# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
12/28/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 03-00706JMS-LEK

**CASE NAME:** Bodell Construction Company, a Utah corporation vs. GMP Hawaii, Inc., a Hawaii corporation, et al.

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI        **REPORTER:**

**DATE:** 12/28/2005        **TIME:**

**ROOM:** LEK CHAMBERS

**COURT ACTION:** EO

Further Settlement Conference [with Counsel Richard C. Sutton, Jr., George Gusman and Ronald T. Ogomori only] set for 01/04/2006 02:00:00 PM before LEK.

cc: all counsel


Submitted by: Warren N. Nakamura, Courtroom Manager