# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/04/2006 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:** CV 03-00706JMS-LEK

**CASE NAME:** Bodell Construction Company, a Utah corporation vs. GMP Hawaii, Inc., a Hawaii corporation, et al.

**ATTYS FOR PLA:**
David Schulmeister
Kristin S. Shigemura

**ATTYS FOR DEF:**
Richard C. Sutton, Jr.
Carrie K. Okinaga
Gary Y. Takeuchi
Maile R. Chun
Bert T. Kobayashi, Jr.
Ronald T. Ogomori
George Gusman
Adam Bialek
Jeffrey Tachiki
Adrian W. Rosehill
Owen H. Matsunaga
Alan J. Ma

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI

**REPORTER:**

**DATE:** 01/04/2006

**TIME:** 2:00-2:50

**ROOM:** LEK CHAMBERS

**COURT ACTION:** EP

Further Settlement Conference [with Counsel Richard C. Sutton, Jr., George Gusman and Ronald T. Ogomori only] held.

Submitted by: Warren N. Nakamura, Courtroom Manager