

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK
OFFICIAL BUSINESS

CV 03-706 JMS-LEK

Keith Hunter
1001 Bishop Strett, Ste 115
Honolulu, Hi 96813

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 03 2006
DISTRICT OF HAWAII

PRESORTED
FIRST CLASS



HONOLULU HI DEC 28'05
PB METER 7044963
U.S. POSTAGE $0.352

Keith Hunter
1001 Bishop Strett, Ste 115
Honolulu, Hi 96813

# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CV 03-00706JMS-LEK

**CASE NAME:** Bodell Construction Company, a Utah corporation vs. GMP Hawaii, Inc., a Hawaii corporation, et al.

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI        **REPORTER:**

**DATE:** 12/28/2005        **TIME:**

**ROOM:** LEK CHAMBERS

**COURT ACTION:** EO

Further Settlement Conference [with Counsel Richard C. Sutton, Jr., George Gusman and Ronald T. Ogomori only] set for 01/04/2006 02:00:00 PM before LEK.

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager