

**ORIGINAL**

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262
E-Mail: rsutton@silawgroup.com

Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH CORPORATION
fka GMP ASSOCIATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 4 o'clock and 40 min. PM
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**NOTICE OF HEARING MOTION; DEFENDANT-COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br>Trial Date:   April 11, 2006<br><br>(Caption Continued) |

CITY AND COUNTY OF HONOLULU,

        Defendant,
        Cross-Claim Plaintiff,
        Cross-Claim Defendant

        vs.

ULTRATECH SYSTEMS, a Foreign Corporation,

        Defendant,
        Cross-Claim Defendant,
            Cross-Claim Plaintiff,

OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,

        Defendant,
        Cross-Claim Plaintiff
        Cross-Claim Defendant

        vs.

ULTRATECH SYSTEMS, a Foreign Corporation

        Defendant,
        Cross-Claim Defendant,
            Cross-Claim Plaintiff,

## NOTICE OF HEARING MOTION

TO:     **DAVID SCHULMEISTER, ESQ.**
**KRISTIN S. SHIGEMURA, ESQ**.
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION

**BERT T. KOBAYASHI, JR., ESQ.**
**RONALD T. OGOMORI, ESQ.**
**GEORGE GUSMAN, ESQ.**
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

**ADRIAN W. ROSEHILL, ESQ.**
**OWEN H. MATSUNAGA, ESQ**
**ALAN J. MA, ESQ.**
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii  96813

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.

**ADAM R. BIALEK, ESQ.**
Wilson Elsner Moskowitz Edelman
  & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

PLEASE TAKE NOTICE that the attached Motion for

Summary Judgment will be heard before the Honorable

_____ in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____, 2006, at _____ \_\_\_.m., or soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 9, 2006.

/s/ Richard C. Sutton, Jr.
RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH
CORPORATION
fka GMP ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**DEFENDANT-COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| CITY AND COUNTY OF HONOLULU,<br><br>Defendant,<br>Cross-Claim Plaintiff,<br>Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendant,<br>Cross-Claim Defendant,<br>Cross-Claim Plaintiff, | Trial Date:   April 11, 2006<br><br>(Caption Continued) |

| |
|---|
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation, <br><br>    Defendant, <br>    Cross-Claim Plaintiff <br>    Cross-Claim Defendant <br><br> vs. <br><br> ULTRATECH SYSTEMS, a Foreign Corporation <br><br>    Defendant, <br>    Cross-Claim Defendant, <br>         Cross-Claim Plaintiff, |

**DEFENDANT-COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant-CounterClaimant OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC. by and through its counsel, RICHARD C. SUTTON, JR. of Sakai Iwanaga Sutton Law Group, hereby respectfully seeks summary judgment on all claims asserted by Plaintiff BODELL CONSTRUCTION; and respectfully seeks summary judgment on all claims asserted by Defendant-Cross-Claim Defendant, Cross-Claim Plaintiff

2

ULTRATECH SYSTEMS; and respectfully seeks summary judgment on all claims asserted by Defendant ENGINEERED SYSTEMS, INC.

This Motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure, and is based on the accompanying Memorandum in Support of Motion, Separate and Concise Statement and attached declarations, exhibits, the files and records of this action, and such other matters as may be brought before the Court.

DATED: Honolulu, Hawaii, January 7, 2006.

_____
RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH
CORPORATION fka GMP
ASSOCIATES

3