UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO.  CV03-00706 HG-LEK<br><br>CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU,<br><br>  Defendant,<br>  Cross-Claim Plaintiff,<br>  Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>  Defendant,<br>  Cross-Claim Defendant,<br>  Cross-Claim Plaintiff,<br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio | (Caption Continued) |

Corporation,

>Defendant,
>Cross-Claim Plaintiff
>Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign Corporation

>Defendant,
>Cross-Claim Defendant,
>Cross-Claim Plaintiff,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on each of the following in the manner specified below, on January 9, 2006, addressed as follows:

|  | Mailed | Delivered |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>BODELL CONSTRUCTION |  | **X** |

|  | Mailed | Delivered |
|---|---|---|
| BERT T. KOBAYASHI, JR., ESQ.<br>RONALD T. OGOMORI, ESQ.<br>GEORGE GUSMAN, ESQ.<br>Kobayashi, Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii  96813 |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii  96813 |  | X |

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.

|  | Mailed | Delivered |
|---|---|---|
| ADAM R. BIALEK, ESQ.<br>Wilson Elsner Moskowitz Edelman<br>  & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407 | X |  |

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

DATED:  Honolulu, Hawaii, January 9, 2006.

_____
RICHARD C. SUTTON, JR.
Attorney for Defendant, Cross-
Claimant-Defendant, Cross-
Claim Plaintiff OHIO PACIFIC
TECH CORPORATION fka GMP
ASSOCIATES

3