
Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262

Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH CORPORATION
fka GMP ASSOCIATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 4 o'clock and 41 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 JMS-LEK<br><br>SEPARATE AND CONCISE STATEMENT IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT GMP HAWAII, INC.'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF RICHARD C. SUTTON, JR.; DECLARATION OF LEE MANSFIELD; EXHIBITS "A" THROUGH "X"; CERTIFICATE OF SERVICE<br><br>Trial Date:   April 11, 2006<br><br>(Caption Continued) |

CITY AND COUNTY OF HONOLULU,

        Defendant,
        Cross-Claim Plaintiff,
        Cross-Claim Defendant

    vs.

ULTRATECH SYSTEMS, a Foreign Corporation,

        Defendant,
        Cross-Claim Defendant,
           Cross-Claim Plaintiff,

OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,

        Defendant,
        Cross-Claim Plaintiff
        Cross-Claim Defendant

    vs.

ULTRATECH SYSTEMS, a Foreign Corporation

        Defendant,
        Cross-Claim Defendant,
           Cross-Claim Plaintiff,

# SEPARATE AND CONCISE STATEMENT IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT GMP HAWAII, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawaii, Defendant-Counterclaimant GMP Hawaii, Inc. ("GMP"), by and through its undersigned attorneys, hereby submits its Separate and Concise Statement of Facts in support of its Motion for Summary Judgment filed January 9, 2006 ("GMP's Concise Statement of Facts").

|    | FACTS | EVIDENTIARY SUPPORT |
|----|-------|---------------------|
| 1. | This litigation arises from the design and construction of the Wahiawa Wastewater Treatment Plant Conversion and Effluent Disposal System including ultraviolet disinfection upgrades (hereinafter "the Project) | Declaration of Lee Mansfield ( ("Mansfield dec") at ¶ 1 |
| 2. | The Project was required by a Consent Decree filed in March of 1998 between the State of Hawaii, Department of Health, and the City and County of Honolulu which required that the quality of the wastewater entering into (Wahiawa Resevoir) Lake Wilson be upgraded. | Mansfield dec at ¶ 2 Exhibit "A" the Consent Decree filed March 2, 1998. Section 7 Stipulated Facts; Section 8 Remedial Actions |

| | | |
|---|---|---|
| 3. | The Consent Decree imposed a strict deadline of March 2001 for completion of the Project and sanctions against the City if the water did not meet a certain quality requirement. | Mansfield dec at ¶ 3<br><br>Exhibit "A" Section 8. Remedial Actions; and Section 12. Stipulated Penalties |
| 4. | In March of 1999, the City and County of Honolulu retained Calvin Kim & Associates and Brown and Caldwell to perform preliminary engineering on the Project which was then supplied to GMP as design engineers. | Exhibit B (Deposition of Cyril Hamada pgs4;11:12;14;42-43. |
| 5. | In the Preliminary Engineering Report, Brown and Caldwell recommended a medium pressure ultraviolet disinfection system to reduce space requirements and provide a system that automatically self-cleans the light bulbs. | Mansfield dec at ¶ 4<br><br>Exhibit "C" (Preliminary Engineering Report) pg 5-23; 5-24. |
| 6. | The City and County of Honolulu retained GMP as the engineering consultant for the design of the Project by contract dated, December 4, 1996. | Mansfield dec at ¶ 5<br><br>Exhibit "D" (Contract for Design) |

| 7. | The City also retained GMP as the construction manager for the Project by separate contract dated, December 30, 1999. Under this contract, GMP was required to determine that the Project was constructed pursuant to the plans and specifications. | Mansfield dec at ¶ 6 Exhibit "E" (Contract for construction management) Sections 2(A)1 and 2(A) 3 of the Special Provisions to the Agreement for Professional Services. |
|---|---|---|
| 8. | On Brown and Caldwell's recommendation and GMP's experience, GMP used as a basis of the design for the project a Trojan 4000 unit, a horizontal lamp medium pressure system. | Mansfield dec at ¶ 7 |
| 9. | GMP prepared the plans and specification for the Project which used for the Trojan 4000 system as the basis of design and therefore called for the Trojan 4000 system or "equal" for the disinfection system. | Mansfield dec at ¶ 8 Exhibit "F" ("Specifications") at Section 11376, 1.2B "Basis of Design"; 2.1A "Manufacturer". |
| 10. | Section 11376, 1.2B of the Specifications further provided that "[a]ny cost resulting from changes due to the use of an alternate system shall be borne by the Contractor." | Mansfield dec at ¶ 9 Exhibit F.Specifications at Section 11376,2.1A, |

| | | |
|---|---|---|
| 11. | Other ultraviolet disinfection system suppliers submitted pre-bid substitution requests to the City and County of Honolulu to be reviewed by GMP as alternates to the Trojan 4000 system. | Mansfield dec at ¶ 10 |
| 12. | Engineered Systems, Inc. ("ESI") was the local representative of Ultra Tech's and on behalf of Ultra Tech, ESI submitted an advertising brochure of the product as a pre-bid substitution request to be considered as the alternate to the Trojan. The only variance listed was "low pressure" instead of medium pressure. | Mansfield dec at ¶ 11 Exhibit "G" (Substitution Request) submitted by Engineered Systems Dated 11/18/99. Cover page |
| 13. | GMP reviewed the Ultra Tech substitution request and informed the City and County of Honolulu that the brochure did not contain sufficient information for GMP to determine whether the product complied with the Specifications and was suitable for the Project. The brochure did not contain any specific information to show that the product complied with the Specifications. | Mansfield dec at ¶ 12 Exhibit "H" (Letter of Transmittal and response to Material Substitution Request to the City December 17, 1999) |

| | | |
|---|---|---|
| 14. | GMP had been retained by the City to provide engineering services and construction management services on other contracts including other wastewater treatment projects. | Mansfield dec at ¶ 13 |
| 15. | The usual procedure for substitutions in a project for the City requires approval of an alternate supplier in advance of the contractor submitting bids. | Mansfield dec at ¶ 14 |
| 16. | Ultra Tech through Bodell did not ask for any clarification of the Specifications. | Exhibit "I" (deposition of Leroy Humke,) pgs. 163-164. |
| 17. | The City and County of Honolulu opened the Project for bids on December 16, 1999. | Exhibit "J" -deposition of Leroy Humke, pgs. 44-45. |
| 18. | Despite GMP's recommendation on the Ultra Tech submittal the City issued a letter on December 9, 1999 stating that Ultra Tech was acceptable for "bidding purposes only" but still had to meet the requirements of the contract documents. | Exhibit "K" , (deposition of Greg Ellner pgs; 144-145 with December 9, 1999 letter from the City to ESI. |
| 19. | Bodell Construction submitted the lowest bid and was retained as the general contractor on the Project. | Exhibit "L" December 30, 1999 letter |

| 20. | Bodell Construction relied on UltraTech as their ultraviolet disinfection supplier when submitting its bid to the City. | Exhibit "M" deposition of Leroy Humke pages 111 – 112, with January 19, 2000 letter from Bodell Construction to the City |
|---|---|---|
| 21. | In its submissions for the Project, Ultra Tech was trying to provide vertical lamp orientation as opposed to the horizontal lamps required under the Specifications | Exhibit "N" December 16, 1999 Fax from Ultra Tech to Bodell |
| 22. | Bodell forwarded a Purchase Order to Ultra Tech for a disinfection system in accordance with the Specifications for the Project which Ultra Tech did not sign. | Exhibit "O" June 6, 2000 Purchase Order from Bodell to Ultra Tech |
| 23. | Greg Ellner of Ultra Tech did not recall signing the purchase order. | Exhibit "P" deposition of Greg Ellner pgs. 275-276 |
| 24. | Leroy Humke of Bodell Construction did not receive a signed purchase order from Ultra Tech. | Exhibit "Q" deposition of Leroy Humke pgs; 149-150. |
| 25. | .Ultra Tech could not supply the horizontal lamp disinfection system required by the Specifications because it could not satisfy the experience requirements of the Specifications | Exhibit "R" July 7, 2000 e-mail printout from Greg Ellner of Ultra Tech to Cyril Hamada of the City |



| 26. | Greg Ellner of Ultra Tech admitted the proposed system could not meet the experience requirement | Exhibit "S" deposition of Greg Ellner pgs; 376-378 |
|---|---|---|
| 27. | Ultra Tech made three attempts to comply with Project Specifications and each was rejected for failure to comply with the contract specifications including comment 3 which is the "experience requirement" | Mansfield dec at ¶15 Exhibit T Review Comments September 7, 2000,for Submittal 30; Exhibit U Review Comments November 28, 2000, for Submittal 30B.; Exhibit V Review Comments December 19, 2000, for Submittal 30C; Comment No.3 on T,U, V is the "experience requirement" under the specifications |
| 28. | GMP prepared a list of deficient items for each submission which Ultra Tech did not meet. | Mansfield dec at ¶16 Exhibit "T" 7, 2000. Exhibit "U" Exhibit "V" Comment 3 on each is "experience requirement". |
| 29. | After failing to meet the horizontal lamp requirements Ultra Tech then tried to make an after bid substitution for vertical lamp low pressure system which was also rejected. | Mansfield dec at ¶17 Exhibit "W" December 21, 2000 letter from Ultra Tech to the City and County of Honolulu |
| 30. | The Project was on the verge of delay and to meet the deadline for completion, Bodell used Trojan ultraviolet disinfectant product for the Project | Mansfield dec at ¶18 Exhibit "X" January 23, 2001, purchase order from Bodell Construction Company to Trojan Technologies. |

DATED: Honolulu, Hawaii, January 9, 2006

_____
RICHARD C. SUTTON, JR.
Attorney for Defendant, Cross-
Claimant-Defendant, Cross-Claim
Plaintiff OHIO PACIFIC TECH
CORPORATION fka GMP ASSOCIATES