
Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262

Attorney for Defendant
OHIO PACIFIC TECH CORPORATION
fka GMP ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| BODELL CONSTRUCTION, a Utah Corporation, | CIVIL NO. CV03-00706 HG-LEK |
|---|---|
| Plaintiff, | **DECLARATION OF RICHARD C. SUTTON, JR.** |
| vs. | |
| OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation, | |
| Defendants. | Trial Date:   April 11, 2006 |
|  | (Caption Continued) |

CITY AND COUNTY OF
HONOLULU,

       Defendant,
       Cross-Claim Plaintiff,
       Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign
Corporation,

       Defendant,
       Cross-Claim Defendant,
         Cross-Claim
Plaintiff,

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
Corporation,

       Defendant,
       Cross-Claim Plaintiff
       Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign
Corporation

       Defendant,
       Cross-Claim Defendant,
         Cross-Claim
Plaintiff,

## DECLARATION OF RICHARD C. SUTTON, JR.

1. I am an attorney for the law firm of Sakai Iwanaga Sutton, counsel for Defendants OHIO PACIFIC TECH CORPORATION, INC. fka GMP ASSOCIATES, INC.("GMP") herein.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit "B" is a true and correct copy of a portion of the June 21, 2005 deposition of Cyril Hamada including pages 4; 11-14; 42-43; 196.

4. Attached hereto as Exhibit "I" is a true and correct copy of a portion of the June 22, 2005 deposition of Leroy Humke, pgs. 5; 163-164.

5. Attached hereto as Exhibit "J" is a true and correct copy of a portion of the June 22, 2005 deposition of Leroy Humke, pgs. 5; 44-45.

6. Attached hereto as Exhibit "K" is a true and correct copy of a portion of the September 1, 2004 deposition of Greg Ellner pgs 3; 144-145 and a true and correct copy of Exhibit 66 to the

deposition which is a December 9, 1999 letter from the City and County of Honolulu to Engineered Systems.

7. Attached hereto as Exhibit "L" is a true and correct copy of a December 30, 1999 letter from the City and County of Honolulu to Bodell Construction Company.

8. Attached hereto as Exhibit "M" is a true and correct copy of a portion of the June 22, 2005 deposition of Leroy Humke pgs.5;110-112;and a true and correct copy of Exhibit 9 to the deposition which is a January 19, 2000 letter from Bodell Construction to the City and County of Honolulu

9. Attached hereto as Exhibit "N" is a true and correct copy of a December 16, 1999 Fax from Ultra Tech to Bodell Construction Company.

10. Attached hereto as Exhibit "O" is a true and correct copy of a June 6, 2000 Purchase Order from Bodell Construction Company to Ultra Tech.

11. Attached hereto as Exhibit "P" is a true and correct copy of a portion of the September 2, 2004 deposition of Greg Ellner pgs 172; 174; 271; 276.

12. Attached hereto as Exhibit "Q" is a true and correct copy of a portion of the June 22, 2005 deposition of Leroy Humke pgs 2; 149-150.

13. Attached hereto as Exhibit "R" is a true and correct copy of a July 7, 2000 e-mail printout from Greg Ellner of Ultra Tech to Cyril Hamada of the City and County of Honolulu.

14. Attached hereto as Exhibit "S" is a true and correct copy of a portion of the June 2, 2005 deposition of Greg Ellner pgs 329; 334; 376-378.

15. Attached hereto as Exhibit "W" is a true and correct copy of a December 21, 2000 letter from Ultra Tech to the City and County of Honolulu.

16. Attached hereto as Exhibit "X" is a true and correct copy of a January 23, 2001, purchase order from Bodell Construction Company to Trojan Technologies.

DATED: Honolulu, Hawaii, January 9, 2006.

_____
RICHARD C. SUTTON, JR.

3