1

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF HAWAII
 3    ------------------------------------------
 4    BODELL CONSTRUCTION, a Utah Corporation,
 5           Plaintiff,
 6       vs.              Case No. 03-00706 HG-LEK
 7    OHIO PACIFIC TECH CORP., INC., fka
 8    GMP ASSOCIATES, INC., an Ohio Corp.;
 9    CITY AND COUNTY OF HONOLULU, et al.,
10           Defendants.
11    and related cross-claims.
12    ------------------------------------------
13
14
15              DEPOSITION OF CYRIL HAMADA
16
17    Taken on behalf of the Plaintiff at Cades Schutte, 1000
18    Bishop St., Suite 1200, Honolulu, Hawaii 96813,
19    commencing at 9:12 a.m., Tuesday, June 21, 2005,
20    pursuant to Notice.
21
22
23    BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
24              Notary Public, State of Hawaii
25
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090



EXHIBIT B

<u>CYRIL HAMADA</u>

called as a witness at the instance of the Plaintiff being first duly sworn to tell the truth, the whole truth, and nothing but the truth testified as follows:

<u>EXAMINATION</u>

BY MR. SCHULMEISTER:

    Q.    Could you state your complete name for the record, please?

    A.    Cyril Masaji Hamada.

    Q.    And your address?

    A.    My home address is 621 7th Avenue, Honolulu, Hawaii.

    Q.    By the way, Mr. Nishioka is representing you today; is that right?

    A.    Yes, he is.

    Q.    Okay.

    MR. NISHIOKA:  For the record, Counsel, I'm representing him at a personal level to the extent that there are possible administrative ramifications from his testimony today.

BY MR. SCHULMEISTER:

    Q.    Have you ever had your deposition taken before?

    A.    No.

    Q.    Okay.  Well, let me just do a brief introduction as to what it is and how it works.  This is

```
 1      Q.   Okay.  So picking back up with your second
 2 employer, how long were you with, what was it again,
 3 Chung?
 4      A.   Chung Dho Ahn and Associates.
 5      Q.   Chung Dho Ahn and Associates.  So it was about
 6 from '73 to about when were you with Chung Dho Ahn and
 7 Associates?
 8      A.   I believe it was about 1980.
 9      Q.   And what type of work were you doing?
10      A.   At Chung Dho Ahn and Associates?
11      Q.   Yes.
12      A.   Civil engineering work, I guess.
13      Q.   What kind of projects were they doing?
14      A.   I remember doing a treatment plant.  I remember
15 doing a pump station.  I remember doing some road work,
16 but that's all I can recall at this time.
17      Q.   Were you doing design work?
18      A.   Yes, I was.
19      Q.   Were you the principal designer for any of
20 these projects?
21      A.   I don't understand principal designer.
22      Q.   Well, the designer in charge, I guess?
23      A.   Some of the projects I was the junior designer
24 and some of the projects I was the principal designer.
25      Q.   Okay.  And then in 1980 you began to work
```

1   somewhere else?
2       A.  I worked -- I began work for the City,
3   Department of Public Works.
4       Q.  Were you ever a principal of Chung Dho Ahn and
5   Associates?
6       A.  No.
7       Q.  Always an employee?
8       A.  Always an employee.
9       Q.  Are they still in business?
10      A.  I don't think so.
11      Q.  What were the circumstances under which you
12  left in 1980 to go to work for the City?
13      A.  I left voluntarily, if that's what...
14      Q.  Was there any change in the business of Chung
15  Dho Ahn and Associates going on at that time?
16      A.  I don't recall.
17      Q.  What prompted you to want to leave?
18      A.  Steady employment or whatever you call it, you
19  know.
20      Q.  Job security?
21      A.  Job security.
22      Q.  Okay.  So were the jobs getting a little few
23  and far between for Chung Dho Ahn and Associates in
24  1980?
25      A.  I don't -- I wouldn't have privy to that

 1    A.   Yes, there is.
 2    Q.   Okay. And do these classifications still --
 3 are they still used?
 4    A.   Yes, they are used still.
 5    Q.   And what are you now?
 6    A.   Presently I'm a civil engineer five. Roman
 7 Numeral V.
 8    Q.   And how long have you been a civil engineer V?
 9    A.   I think -- I think from 1986.
10    Q.   Okay. It's my understanding that -- who do you
11 report to currently?
12    A.   I report to Wesley Yokoyama.
13    Q.   And what is he?
14    A.   He's a civil engineer six. Roman Numeral VI.
15    Q.   And he reports to Eldon Franklin?
16    A.   No, he reports to Guy Inouye.
17    Q.   Oh, that's right. How could I forget that; we
18 just had him last week. And Guy Inouye is?
19    A.   He's a branch chief.
20    Q.   So that goes beyond these classifications?
21    A.   I believe so.
22    Q.   Okay. And have you been with the City
23 continuously from 1980 until the present?
24    A.   No.
25    Q.   Okay. So you worked with the City from 1980

1   A.   Yes.

2   Q.   Was there a bunch of correspondence that was
3   presented to the City in connection with the IDI
4   protest?

5           MR. OGOMORI:   Objection as to form.

6           THE WITNESS:   I can't recall the protest at
7   this time.  I have to look at the documents.
8   BY MR. SCHULMEISTER:

9   Q.   Did you get involved at all in trying to
10  determine whether or not the protest had merit?

11  A.   I don't recall.

12  Q.   Did you ever form an opinion as to whether the
13  protest had merit?

14  A.   I don't recall the protest, so I cannot form an
15  opinion.

16  Q.   All right.  So you don't -- could you look at
17  Exhibit 1 to the Stone deposition.  Exhibit 1 to the
18  Stone deposition is just the front page and an excerpt
19  of a couple of pages from a document entitled
20  Preliminary Engineering Report Wahiawa WWTP
21  Modifications and Outfall Adjustment dated March of
22  1999.  Are you familiar with that report?

23  A.   Yes, I am.

24  Q.   And so for Wahiawa, the preliminary engineering
25  report was prepared by Calvin Kim and Associates and

```
 1    Brown and Coldwell; is that right?
 2         A.    I believe so, yes.
 3         Q.    And then that report was given to GMP and they
 4    were asked to design the facility?
 5         A.    I believe that is correct, yes.
 6         Q.    With regard to Exhibit 1 to the Mansfield
 7    deposition that you were just looking at, was there
 8    specific equipment in the draft preliminary engineering
 9    report for Wahiawa that you were intending to respond to
10    with this comment about proprietary equipment?  And keep
11    in mind that the Stone Exhibit 1 is dated in '99 and
12    your October 23rd, 1998, memo refers to a draft
13    preliminary engineering report.
14         A.    Yes.
15         Q.    But was there something that you were
16    specifically responding to with this comment about the
17    use of proprietary equipment in the preliminary report?
18         A.    Based on my recollection, I was -- they were
19    using -- they were mentioned in the preliminary design
20    report, the medium-pressure unit.
21         Q.    And medium pressure, in your mind, was a
22    reference to proprietary equipment?
23         A.    In my mind, yes.
24         Q.    And explain why.
25         A.    I believe there was only one manufacturer at
```