PRELIMINARY ENGINEERING REPORT

# WAHIAWA WWTP MODIFICATIONS AND OUTFALL ADJUSTMENT

AT WAHIAWA, OAHU, HAWAII

Prepared for:
Department of Design and Construction
City and County of Honolulu
650 South King Street
Honolulu, Hawaii  96813

Prepared by
Calvin Kim & Associates, Inc.
1314 South King Street  Suite 325
Honolulu, Hawaii  96814
and
Brown and Caldwell
119 Merchant Street Suite 200
Honolulu, Hawaii  96813

March 1999

C&C/Bodell
C025962


Plaintiff's EXHIBIT

EXHIBIT C

### Effluent Filtration

Effluent filters will be provided at the Wahiawa plant. They must be able to produce an effluent meeting the R-1 reclaimed water quality requirements identified in the Hawaii Guidelines for the Treatment and Use of Reclaimed Water.[5-3] The filters recommended for use at the Wahiawa plant are continuous backwashing, fluidized bed, upflow filters (such as the Parkson Dynasand filter). In the October 1995 Engineering Report, TETRA filters were recommended because they could potentially be used in conjunction with methanol addition as a denitrification polishing step. As denitrification is no longer a requirement, fluidized bed, upflow filters are now recommended because they are less expensive, take up less space, and are easier to operate. A backup polymer addition system will be provided to allow chemical addition prior to filtration, if needed.

The continuous backwashing, fluidized bed, upflow bed granular media filter is continuously cleaned by recycling the sand internally through an airlift pipe and sand washer. The regenerated sand is redistributed on top of the sand bed, allowing for a continuous uninterrupted flow of filtrate and backwash water.

### Ultraviolet Disinfection

Ultraviolet (UV) disinfection is a rapidly-expanding technology that offers a number of process, cost, and environmental benefits as an alternative to the use of chlorine or chlorine compounds. Recent advances in design will permit its use for production of R-1 reclaimed water under Hawaii Reuse Guidelines, and installations have been made for this purpose at treatment plants on Oahu and Maui.

Up until several years ago, UV disinfection was mostly used for applications where only moderate disinfection levels were required. Chlorine was used almost exclusively for

applications where very low bacterial concentrations were required, such as for water reclamation projects involving unrestricted public access to irrigated areas. However, a few years ago, the University of California at Davis conducted pilot studies specifically to evaluate the use of UV disinfection to meet California's most restrictive water reclamation requirements, which are similar to Hawaii's R-1 criteria. The tests were successful, and now specific criteria for UV systems is contained in the November 1993 Hawaii Reuse Guidelines.

A final decision on the type of UV system should be determined by the design engineer, but a medium-pressure UV system is suggested to reduce space requirements and provide a system that automatically self-cleans the light sleeves.

**Outfall**

One of the elements of the Consent Decree is adjustment of the plant outfall to provide discharge at a greater depth within the reservoir. A tentative layout and profile for the outfall are shown on Figure 5-9. Additional receiving water quality modeling and outfall hydraulic modeling need to be completed before the design is finalized. Additional information on the outfall is presented in Chapter 7 and Appendix C.

**Solids Processing**

The principal solids treatment steps will continue to be carried out at the Honouliuli Wastewater Treatment Plant. Sludge will be thickened at the Wahiawa plant and trucked to the Honouliuli plant for further processing and final disposal.

Currently, waste activated sludge (WAS) is diverted from the return activated sludge (RAS) stream and discharged to the plant headworks. Combined primary and waste activated