## CONTRACT

THIS AGREEMENT made this __4__ day of __December__, 19__96__ by and between the CITY AND COUNTY OF HONOLULU, municipal corporation of the State of Hawaii, hereinafter called the CITY, and GMP ASSOCIATES, INCORPORATED, authorized to do business in Hawaii whose business address is 841 BISHOP STREET, SUITE 1501, HONOLULU, HAWAII, hereinafter called the CONSULTANT.

### WITNESSETH THAT:

WHEREAS, the CITY wishes to obtain the services of a CONSULTANT for a project known as WAHIAWA EFFLUENT REUSE FOR CENTRAL OAHU, herein referred to as the "PROJECT"; and

WHEREAS, the CONSULTANT was selected pursuant to HRS 103D-304, professional services; and

WHEREAS, the Department of Wastewater Management personnel can perform the work under the terms and conditions contained herein, but due to workload and scheduling difficulties, the Department of Wastewater Management personnel are unable to perform the work;

NOW, THEREFORE, the CITY and the CONSULTANT, in consideration of the mutual promises hereinafter set forth, hereby agree that:

1. The CONSULTANT shall perform all of the services required for the PROJECT in accordance with the Special Provisions; and the General Terms and Conditions attached hereto and made part hereof, and the applicable requirements of the U.S. Environmental Protection Agency (EPA), in force as of the date of this CONTRACT; and

OPT-00001



# SPECIAL PROVISIONS

**Paragraph 1. PROJECT.** The project for which the engineering services herein specified are to be rendered is the *WAHIAWA EFFLUENT REUSE FOR CENTRAL OAHU*. The objective of the engineering services is to prepare the necessary environmental documents required for the PROJECT in accordance with Chapter 343, HRS. Additional work for the project may also include the preparation of a Preliminary Engineering Report (PER), ten percent (10%) design for the preferred alternative to be selected through the Environmental Impact Statement (EIS) process, and Engineering and Design services.

**Paragraph 2. SERVICES.** The services to be performed by the CONSULTANT for the PROJECT, include the preparation of an Environmental Assessment (EA) and an Environmental Impact Statement (EIS) for the treatment and disposal of effluent generated by the Wahiawa Community through the advanced treatment, reuse, diversion, and/or discharge of effluent from the Wahiawa Wastewater Treatment Plant (WWTP) meeting State of Hawaii regulations. The CONSULTANT is expected to establish a work plan at the start of the project to include, but not limited to, the Project Objective, Proposed Strategy to address major problems/issues, methodology on achieving participation by all interested parties in a "team effort", proposed plan for early public participation, and overall milestone for project accomplishment.

The CONSULTANT will consider various treatment and disposal alternatives including but not limited to:

- the treatment and disposal of effluent through an ocean outfall
- the treatment and reuse of effluent for agricultural irrigation
- the treatment and disposal of effluent into the Wahiawa Reservoir in compliance with State Department of Health water quality standards.

OPT-00005