CONTRACT NO. F 76480

AGREEMENT FOR PROFESSIONAL SERVICES

THIS AGREEMENT FOR PROFESSIONAL SERVICES dated _December 30_ 1999, (this "Agreement") by and between the CITY AND COUNTY OF HONOLULU, a municipal corporation of the State of Hawaii, whose principal place of business and mailing address is Honolulu Hale, 530 South King Street, Honolulu, Hawaii 96813, hereinafter called the "CITY", and GMP ASSOCIATES, INC., a Hawaii corporation, whose principal place of business and mailing address is 1100 Alakea Street, Suite 1800, Honolulu, Hawaii hereinafter called the "CONSULTANT".

WITNESSETH THAT:

WHEREAS, the CITY desires to engage the CONSULTANT for construction management services for WAHIAWA WASTEWATER TREATMENT PLANT CONVERSION AND EFFLUENT DISPOSAL SYSTEM, hereinafter called the "PROJECT"; and

WHEREAS, the services entered hereunder are technical and professional in nature and City personnel are not able to provide these services; and

WHEREAS, the CONSULTANT was selected pursuant to Section 103D-304 of the Hawaii Revised Statutes as amended and related Hawaii Administrative Rules, relating to procurement of professional services;

NOW, THEREFORE, the CITY and the CONSULTANT, in consideration of the foregoing and of the mutual promises hereinafter set forth, and intending to be legally bound, hereby mutually agree as follows:

1. The CONSULTANT shall perform and complete in a professional manner all of the services required for the Project in accordance with and as set forth in the Contract Documents as hereinafter described, shall furnish all services, labor, goods, materials, supplies,

EXHIBIT E

OPT-00023

SPECIAL PROVISIONS TO THE
AGREEMENT FOR PROFESSIONAL SERVICES

This Special Provisions to the Agreement for Professional Services (this "Special Provisions"), shall be incorporated into and be a part of that certain Agreement for Professional Services, by and between the City and County of Honolulu and GMP Associates, Inc. (the "Consultant"), dated DEC 3 0 1999, 1999 (the "Agreement"). This Special Provisions and the General Terms and Conditions for Contracts for Professional Services for the City and County of Honolulu shall apply to, and are incorporated by reference into the Agreement, except as modified by reference herein. All defined terms in the Agreement shall have the same meaning in this Special Provisions.

1. PROJECT

The project for which the construction management services herein specified are to be rendered in connection with is the construction of WAHIAWA WASTEWATER TREATMENT PLANT CONVERSION AND EFFLUENT DISPOSAL SYSTEM.

2. SERVICES

The services that the CONSULTANT shall provide under the Agreement are set forth as follows:

   A. Construction Support Services

      (1) Assist in the coordination of the work of the Contractor with the activities and responsibilities of the CITY to complete the project in accordance with the CITY'S contract objectives on cost, time, and quality. Provide sufficient qualified personnel with authority to achieve these objectives, within the budget limits of this contract.

-1-

OPT-00028

(2) Schedule and conduct preconstruction meeting and jobsite meetings once every week at which time, Contractor, CITY, Architect-Engineer, and CONSULTANT can discuss jointly such matters as procedures, progress, problems and scheduling.

(3) Monitor the work of the Contractor to determine that the work is proceeding in accordance with the contract documents. Section 4.1.2 of the General Terms and Conditions notwithstanding, the CONSULTANT's monitoring of the Contractor's compliance with City, State, and Federal requirements relating to labor, safety, and pollution to the environment shall consist of bringing to the Contractor's attention for corrective action by the Contractor such incidences of noncompliance as may be detected. Monitoring by the CONSULTANT shall not relieve the Contractor in any way from its obligations and responsibilities under the construction contract. The CONSULTANT shall not be responsible for construction means, methods, techniques, sequences and procedures employed by Contractors in the performance of their Contracts, and shall not be responsible for the failure of any Contractor to carry out work in accordance with the contract documents. Construction means, methods, safety and corrective measures remain the responsibility of the Contractor.

(4) Settle job and contract related problems; coordinate job scheduling, work space and access requirements; and endeavor to see that the installed work is protected. Require that all necessary permits be obtained and maintained.

(5) In collaboration with the CITY, establish and implement procedures for expediting the receiving, coordinating, processing and reviewing of shop drawings, descriptive literature and data, samples, shop test reports, certificates, manufacturer's service manuals, substitutions, value engineering, and all other submittals. All major shop drawing submittals shall be referred to

OPT-00029