COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                         ---:---

 4   BODELL CONSTRUCTION COMPANY, )  CIVIL NO. CV03-00706 HG-LEK
     a Utah Corporation,          )  (Contract)
 5                                )
                  Plaintiff,      )
 6                                )
            vs.                   )
 7                                )
     OHIO PACIFIC TECH, INC., fka )
 8   GMP ASSOCIATES, INC., an Ohio)
     Corporation; CITY AND COUNTY )
 9   OF HONOLULU; ULTRA TECH      )
     SYSTEMS, INC., a foreign     )
10   Corporation,                 )
                                  )
11                Defendant.      )
     _____)
12   CITY AND COUNTY OF HONOLULU, )
                                  )
13       Defendant, Third-Party   )
         Plaintiff, and           )
14       Counterclaim Defendant,  )
                                  )
15          vs.                   )
                                  )
16   ENGINEERED SYSTEMS, INC.,    )
                                  )
17       Third-Party Defendant    )
         and Counterclaim         )
18       Plaintiff.               )
     _____)
19

20                         VOLUME I

21               DEPOSITION OF LEROY HUMKE

22   Taken on behalf of the Defendant, Cross-Claim
     Plaintiff/Defendant and Third-Party
23   Plaintiff/Counterclaim Defendant City and County of
     Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
24   Suite 2600 First Hawaiian Center, 999 Bishop Street,
     Honolulu, Hawaii , commencing at 10:35 a.m., on
25   Wednesday, June 22, 2005, pursuant to Notice.
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

**EXHIBIT I**

5

LEROY HUMKE,

called as a witness by the Defendant Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. OGOMORI

Q   Mr. Humke, my name is Ron Ogomori. I represent the City and County of Honolulu in this matter.

Could you please state your name for the record?

A   LeRoy C Humke.

Q   And what is your Social Security Number?

MR. SCHULMEISTER: Let me just object to that. I mean, what's the purpose for the Social Security Number? His privacy is in issue. Do you typically give your Social Security Number?

THE WITNESS: I definitely do not give my Social Security Number out.

MR. SCHULMEISTER: All right. So unless you have some reason --

Q   (By Mr. Ogomori) What is your current residence address?

1  Q    But when you became aware in this situation that
2  UltraTech had -- at some point, you became aware that
3  the City had issued this letter for UltraTech. Did that
4  seem an unusual procedure to you?
5  A    No. The City can do whatever they want.
6          MR. OGOMORI: Motion to strike
7  non-responsive.
8          THE WITNESS: I'm sorry.
9  BY MR. SUTTON
10 Q    Okay, let's go back to -- I was talking next about
11 the specifications. And you know, that request that you
12 had to do the exceptions to the specifications, do you
13 recall if Bodell, your company, ever listed any
14 exceptions to the ultraviolet specifications in this
15 project?
16 A    On this project?
17         MR. BIALEK: Objection as to form.
18 Q    (By Mr. Sutton) Yes.
19 A    On this project, we couldn't list exceptions.
20 Q    Who could list exceptions?
21 A    You had to do them in advance of.
22 Q    Of what?
23 A    The proposal.
24 Q    Okay, and was that done, to your understanding, by
25 Bodell? Or in other words, did Bodell have any -- take

1  any exceptions prior to the proposal?
2  A   Well, they're typically not exceptions, they're
3  typically just Requests For Information that generate an
4  RFI.
5  Q   Well, to your recollection, did Bodell submit a
6  Request For Information on the ultraviolet disinfection
7  specifications in this project?
8  A   I have no memory of that.
9  Q   And do you recall doing it afterwards, after you
10 had gotten the -- after you had the contract with the
11 City, did you ever try to do any RFIs for the
12 ultraviolet specifications?
13 A   I, personally, no.
14 Q   Next let me have you take a look at exhibit --
15 Ellner Exhibit 81.
16 A   Whose -- Ellner?
17 Q   Ellner's.  Okay, do you have Exhibit 81 in front
18 of you now?
19 A   I do, sir.
20 Q   This is what's entitled the First Amended
21 Complaint.  And this is a copy of the lawsuit that was
22 filed by Bodell on February 17th 2004.  Do you see that?
23 A   I do.
24 Q   Okay.  And did you understand that in this case
25 that Bodell is the plaintiff making claims against other