COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>    Defendant.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>    Third-Party Defendant and Counterclaim Plaintiff. | CIVIL NO. CV03-00706 HG-LEK (Contract) |

**VOLUME I**

DEPOSITION OF LEROY HUMKE

Taken on behalf of the Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu, at the Law Offices of Kobayashi Sugita & Goda, Suite 2600 First Hawaiian Center, 999 Bishop Street, Honolulu, Hawaii, commencing at 10:35 a.m., on Wednesday, June 22, 2005, pursuant to Notice.

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

EXHIBIT I

```
 1
 2                    LEROY HUMKE,
 3   called as a witness by the Defendant Cross-Claim
 4   Plaintiff/Defendant and Third-Party
 5   Plaintiff/Counterclaim Defendant City and County of
 6   Honolulu, having been first duly sworn to tell the
 7   truth, the whole truth and nothing but the truth, was
 8   examined and testified as follows:
 9                    EXAMINATION
10   BY MR. OGOMORI
11   Q    Mr. Humke, my name is Ron Ogomori.  I represent
12   the City and County of Honolulu in this matter.
13        Could you please state your name for the record?
14   A    LeRoy C Humke.
15   Q    And what is your Social Security Number?
16            MR. SCHULMEISTER:  Let me just object to
17   that.  I mean, what's the purpose for the Social
18   Security Number?  His privacy is in issue.  Do you
19   typically give your Social Security Number?
20            THE WITNESS:  I definitely do not give
21   my Social Security Number out.
22            MR. SCHULMEISTER:  All right.  So unless
23   you have some reason --
24   Q    (By Mr. Ogomori)  What is your current residence
25   address?
```

1  Q    They were not?
2  A    No, I don't remember.
3            MR. OGOMORI:  Okay.
4            MR. SCHULMEISTER:  Ron, can I ask for a
5  comfort break?
6            MR. OGOMORI:  Okay.
7       (Recess from 11:37 to 11:46 a.m.)
8  BY MR. OGOMORI
9  Q    Mr. Humke, you had testified earlier that you made
10 it a practice to review contract documents for schedule
11 issues?
12 A    We review them, yes.
13 Q    Let me show you what I'll be marking as Exhibit
14 Number 1.
15           (Deposition Exhibit 1 marked.)
16      Now, Exhibit Number 1 is Addendum Number 3 to
17 contract documents for Wahiawa Waste Water Treatment
18 Plant Effluent Reuse and Wahiawa Reservoir Outflow
19 Adjustment.  And I will refer to this project as "the
20 project" correct?
21 A    Okay.
22 Q    Now, looking at Item Number 1, Notice to
23 Contractors, do you notice that the bid opening date was
24 changed to December 16th 1999?
25 A    I do.

1  Q     Does that coincide with your recollection that the
2  bid deadline or Bodell had to submit their bid proposal
3  by December 16th 1999?
4  A     Yes.
5  Q     Okay. Let me so you what we'll be marking Exhibit
6  Number 2.
7              (Deposition Exhibit 2 marked.)
8        Exhibit No. 2, I will represent to you, is part of
9  the contract documents for the project. And it provides
10 a list of documents that comprise the contract
11 documents, do you see that?
12 A     I do.
13 Q     Okay, and on the bottom part of Exhibit Number 2,
14 it refers to the project, correct?
15              MR. SCHULMEISTER: Are you talking about
16 the lower left?
17              MR. OGOMORI: The lower left.
18              THE WITNESS: Wahiawa Waste Water
19 Treatment Plant, yes, sir.
20 Q     (By Mr. Ogomori) Okay. Now, let me ask you, did
21 Bodell or the Estimating Department within your division
22 review the Notice to Contractors?
23 A     Is that what this is?
24 Q     Well, it just references the documents that
25 comprise the contract documents. I'm just asking if you