```
 1   UNITED STATES DISTRICT COURT           CERTIFIED COPY
     DISTRICT OF HAWAII
 2   - - - - - - - - - - - - - - - - - - - -X
     BODELL CONSTRUCTION COMPANY, a Utah
 3   Corporation,

 4           Plaintiff,

 5       -against-                   Case No.
                                     03-00706
 6   OHIO PACIFIC TECH, INC. Fka
     GMP ASSOCIATES, INC., an Ohio   HG-LEK
 7   corporation; CITY AND COUNTY
     OF HONOLULU; ULTRA TECH
 8   SYSTEMS, INC., a foreign
     corporation,
 9
             Defendants.
10
     - - - - - - - - - - - - - - - - - - - -X
11

12   HELD AT:   Wilson, Elser, Moskowitz,
                   Edelman & Dicker, LLP
13              3 Gannett Drive
                White Plains, New York  10604
14              September 1st, 2004
                10:30 a.m.
15

16              VOLUME I

17        Deposition of GREG ELLNER, a

18   non-party witness, held pursuant to Subpoena,

19   held at the above time and place before a

20   Notary Public of the State of New York.

21   ATKINSON-BAKER, INC.
       COURT REPORTERS
22     330 North Brand Boulevard, Suite 250
       Glendale, California 91203
23     (800) 288-3376

24           Lisa M. Prentice, Reporter

25   FILE NO.: 9E06DC4
```



EXHIBIT K

1

```
 1
 2                              GREG ELLNER, residing
 3                         at 33 Sunset Ridge,
 4                         Carmel, New York,
 5                         10512, having been
 6                         duly sworn by Notary
 7                         Public, Lisa M.
 8                         Prentice, testified as
 9                         follows:
10          (Prior to the commencement of the
11     examination Plaintiff's 1 was marked for
12     identification.)
13 EXAMINATION BY
14 MR. SCHULMEISTER:
15     Q.   Can you, please, state your name for
16 the record.
17     A.   Greg Ellner.
18     MR. BIALEK:  Before we begin I'm
19 sure counsel will be showing you a copy
20 of a subpoena that was served upon me as
21 your counsel which we've agreed to accept
22 service.  In response to the subpoena we
23 have provided, it's on the table for
24 anybody to look at, copies of documents
25 that Mr. Ellner was able to locate.  I
```

1
2  request submitted by Ultra Tech?
3         A.   I would think so and equipment
4  requirements.
5         Q.   Was it your understanding that
6  Paul Scott had, also, been communicating with
7  city officials regarding the substitution
8  requests?
9         A.   Yes.
10        Q.   At that time did you indicate to Mr.
11 Hamada that Ultra Tech system met the project
12 specifications requirements?
13        A.   We indicated that we meet the intent
14 of the specifications with respect to
15 the disinfection requirements and that we will
16 fit in to the channel as shown on the drawings,
17 Exhibit 3.
18        Q.   Let me show you what we marked as
19 Exhibit 66, it's B00098.
20              (Whereupon, Plaintiff's Exhibit 66
21        was marked for Identification.)
22        Q.   Taking a look at what's been
23 marked Plaintiff's Exhibit 66, which purports
24 to be a letter from James Honke of the city to
25 Paul Scott dated December 9th, 1999, would you

```
 1
 2   agree that the letter states, based on the
 3   materials submitted your request to substitute
 4   Ultra Tech UV disinfection system for the
 5   specified Trojan is approved for bidding purposes
 6   only?
 7           MR. BIALEK:  Objection as to form.
 8      A.   Yes.
 9      Q.   Would you agree that the letter
10   states, quote, final approval is subject to
11   review of the fabrication shop drawings and
12   meeting all the requirements of the contract
13   documents?
14           MR. BIALEK:  Objection as to form.
15      A.   Yes.
16      Q.   And you reviewed this letter at or
17   around the time of December 9th, 1999?
18      A.   Yes.
19      Q.   This was provided to you by
20   Engineered Systems?
21      A.   Yes.
22      Q.   Based upon this letter was it your
23   understanding that the city's approval was for
24   bidding purposes only?
25           MR. BIALEK:  Objection as to form.
```

DEC 10 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION

# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET, 2ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4584   FAX: (808) 523-4567

JEREMY HARRIS
MAYOR



RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

December 9, 1999

IDEP 99-336

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1. Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only;

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

PLAINTIFF'S
EXHIBIT NO. 66
FOR IDENTIFICATION
99-04
DATE:   RPTR:

000407

B00098