DEPARTMENT OF BUDGET AND FISCAL SERVICES
# CITY AND COUNTY OF HONOLULU
530 S. KING STREET, ROOM 208   HONOLULU, HAWAII 96813

JEREMY HARRIS
MAYOR



ROY K. AMEMIYA, JR.
DIRECTOR

CAROLL TAKAHASHI
DEPUTY DIRECTOR

December 30, 1999

Bodell Construction Company
P. O. Box 30246
Honolulu, Hawaii 96820

RECEIVED
FEB 0 3 2000
Bodell Construction

Gentlemen:

Subject:   Contract No. F-97110, Wahiawa Wastewater Treatment Plant Effluent Reuse and Wahiawa Reservoir Outfall Adjustment; Job No. W10-99

This is to inform you that you have been awarded the contract for the subject project for the total contract amount of $11,285,933.90 as follows:

| | |
|---|---|
| Basic Bid.............................................. | $ 1,379,923.90 |
| Additive Alternate Nos. A and B... | 9,906,010.00 |
| Total Contract Amount................... | $11,285,933.90 |

Please obtain the contract from the office of the Division of Purchasing, Department of Budget & Fiscal Services, City Hall, Honolulu, Hawaii. This document must be executed by duly authorized officials with notarial acknowledgment of every signature appearing on the contract and bond. In case of a corporation, the titles of the persons signing must be stated and the corporate seal affixed thereto. All signatures must be accompanied by a corporate resolution and/or power of attorney authorizing the persons signing to execute the contract and bond. The contract must be returned within ten (10) calendar days after receipt of this notice, together with copies of insurance policies required under Chapter 7.1 of the General Conditions.

We will forward to you a copy of the contract after it has been fully executed by the City.

Any inquiry regarding this contract should be directed to Erwin Ho, at (808) 523-4798.

Yours truly,

*Caroll Takahashi* DEPUTY DIRECTOR
ROY K. AMEMIYA, JR.
Director of Budget & Fiscal Services

RKA:dq

Attach.
cc: Department of Design & Construction

EXHIBIT L

B00185