COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, <br><br> Defendant. | CIVIL NO. CV03-00706 HG-LEK (Contract) <br><br> COPY |
| CITY AND COUNTY OF HONOLULU, <br><br> Defendant, Third-Party Plaintiff, and Counterclaim Defendant, <br><br> vs. <br><br> ENGINEERED SYSTEMS, INC., <br><br> Third-Party Defendant and Counterclaim Plaintiff. | |

**VOLUME I**

DEPOSITION OF LEROY HUMKE

Taken on behalf of the Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu, at the Law Offices of Kobayashi Sugita & Goda, Suite 2600 First Hawaiian Center, 999 Bishop Street, Honolulu, Hawaii, commencing at 10:35 a.m., on Wednesday, June 22, 2005, pursuant to Notice.

EXHIBIT M

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

```
 1
 2                      LEROY HUMKE,
 3   called as a witness by the Defendant Cross-Claim
 4   Plaintiff/Defendant and Third-Party
 5   Plaintiff/Counterclaim Defendant City and County of
 6   Honolulu, having been first duly sworn to tell the
 7   truth, the whole truth and nothing but the truth, was
 8   examined and testified as follows:
 9                      EXAMINATION
10   BY MR. OGOMORI
11   Q     Mr. Humke, my name is Ron Ogomori.  I represent
12   the City and County of Honolulu in this matter.
13         Could you please state your name for the record?
14   A     LeRoy C Humke.
15   Q     And what is your Social Security Number?
16              MR. SCHULMEISTER:  Let me just object to
17   that.  I mean, what's the purpose for the Social
18   Security Number?  His privacy is in issue.  Do you
19   typically give your Social Security Number?
20              THE WITNESS:  I definitely do not give
21   my Social Security Number out.
22              MR. SCHULMEISTER:  All right.  So unless
23   you have some reason --
24   Q     (By Mr. Ogomori)  What is your current residence
25   address?
```

```
 1         MR. BIALEK:  Objection as to form.
 2         MR. SCHULMEISTER:  I'll join.
 3         THE WITNESS:  I don't know that there
 4  was any understanding other than awarded per plans and
 5  specs.
 6   Q     (By Mr. Ogomori) Okay.  I'm going to mark this as
 7  Exhibit Number 9.
 8              (Deposition Exhibit 9 marked.)
 9      This is a letter from Bodell dated January 19th
10  2000.  And it's addressed to Guy Inouye from the City
11  and County of Honolulu, do you see that?
12   A     I do.
13   Q     And it is a letter signed by Mark Bodell.
14   A     Agreed.
15   Q     Okay, and you are copied on this letter.
16   A     I am.
17   Q     Along with Gary Jeppson and Chuck Eckman.
18   A     Correct.
19   Q     And all three of you were part of the team that
20  prepared the bid proposal for Bodell in regards to the
21  project?
22   A     That would be correct.
23   Q     Okay, and this references a -- the inquiry from
24  the City as to deleting Item Number 81 from Bodell's bid
25  proposal, correct?
```

1  A    It does.
2  Q    Okay, and it provides a breakdown of the cost for
3  Item Number 81.
4  A    It does.
5  Q    And as you testified earlier, on the next page,
6  which is Number BC001594, it includes a table of the bid
7  items that would be impacted by the credit or the
8  deletion of Item Number 81 from Bodell's bid proposal,
9  correct?
10 A    It does.
11 Q    And specifically, in regards to the UV equipment,
12 it provides a cost of 267,500, do you see that?
13 A    I do.
14 Q    In regards to the table -- the section under which
15 Remarks, it says, "See scope letter and quote from
16 ENG'R SYS." Is that Engineered Systems?
17 A    I would assume so.
18 Q    Now, the next page is in fact a bid quote that
19 Bodell had received from Engineered Systems on
20 December 13th 1999, correct?
21              MR. BIALEK:  Objection.
22              MR. SCHULMEISTER:  Objection as to form.
23              THE WITNESS:  It's a letter stating that
24 they're attaching their scope that we discussed earlier.
25 Q    (By Mr. Ogomori) And there is that handwritten

```
 1   notation, 267,500?
 2   A     Yes, sir.
 3   Q     And that's your handwriting?
 4   A     That is.
 5   Q     And so, based upon the quote from Engineered
 6   Systems Inc, you had included or Bodell had included the
 7   cost of 267,500 for the UV equipment for the project?
 8              MR. BIALEK:  Objection.
 9              THE WITNESS:  Say that again?
10         (Record read by reporter.)
11              THE WITNESS:  The call we got from
12   Engineered Systems is the quote we used, yes.
13   BY MR. OGOMORI
14   Q     Okay, and so, basically, this table would --
15   provides the cost that would be changed in regards to
16   this proposal or inquiry to delete Item Number 81?
17              MR. SCHULMEISTER:  Objection as to the
18   form.
19              MR. BIALEK:  I will join.
20              THE WITNESS:  Repeat that.
21         (Record read by reporter.)
22              THE WITNESS:  This is a breakdown of the
23   cost included in Item Number 81 per the inquiry that we
24   got for the possible deletion of Item 81.
25   Q     (By Mr. Ogomori)  Okay.  Take a look at what has
```



**BODELL**
CONSTRUCTION COMPANY
586 Fine Drive • Salt Lake City, Utah 84115-4244
Telephone (801) 261-4343 • Fax (801) 261-1020



CHUCK

January 19, 2000

Division of Infrastructure Design
Department of Design and Construction
City & County of Honolulu
650 South King Street, 14th Floor
Honolulu, Hawaii 96813

Attention:     Guy Inouye

Reference:    Wahiawa Wastewater Treatment Plant Effluent Reuse and Reservoir Outfall Adjustment,
              Job No. W10-99

Dear Mr. Inouye:

Thank you for your call of today regarding contract award. Attached is the back up you requested for bid item no. 81, UV Disinfection Reactor Units, and any associated impacts on related bid items. We trust that you will keep this bid information confidential, as you discussed with LeRoy Humke and Gary Jeppson earlier.

This letter is to assure you that we will cooperate in working with you, on a fair basis, to both the Owner and Contractor, to develop a strategy to obtain the UV equipment at a competitive price, that meets with the required approvals.

We are pleased to be informed that the contract will be awarded in the amount of our submitted bid (Base Bid + Additive Bid Item A + Additive Bid Item B). Following which, we will be open to negotiation to credit the Owner for the cost of the applicable equipment portion, and related direct cost items, of bid item no. 81 currently in our bid. This will permit the Owner, through Bodell Construction Company, to re-bid the UV equipment to the desired specifications and secure competitive pricing (as permitted by a specification that does not specify a "sole source" supplier). Bodell Construction Company will commit that the General Conditions and mark-ups currently included in bid item #81 will not increase should the Owner select a more costly UV equipment package. Should the selected UV equipment package have an impact on direct labor, material or other bid items (structural, electrical work, etc.), such impacts would be addressed through the change order process.

Bodell Construction Company is pleased to be awarded this project. We commit to you the same resources that have been successful on several on several recent City and County projects. These projects have all met or exceeded the Owners requirements for quality, budget constraints and "on time" completion. We look forward to repeating that performance on the Wahiawa project.

Please keep us apprised as to the contract award process and call if we can be of further assistance.

Very Truly Yours,

BODELL CONSTRUCTION COMPANY

Mark B. Bodell
Vice President
Construction Operations

Deposition Exhibit No. 9
Deposition of Humke
Date 6/22/05

cc:    LeRoy Humke
       Gary Jeppson
       Chuck Eckman

C&C/Bodell
BC 001593

C&C/Bodell
BC 001594

WAHIAWA WWTP BID
BREAKDOWN OF BID ITEMS IMPACTED BY CREDIT TO THE OWNER FOR THE UV EQUIPMENT

REPORT DATE 1/14/2000

| BID ITEM | DESCRIPTION | BID AMT | BID AMT BREAKDOWN | REMARKS |
|---|---|---|---|---|
| 80 | UV STRUCTURE | 241,300 | NO CHANGE | |
| | | | | |
| 81 | UV REACTOR UNITS | 487,420 | | |
| | UV EQUIPMENT | | 267,500 | SEE SCOPE LETTER & QUOTE FROM ENG'R SYS |
| | JIB CRANE (CLEANING) | | 20,000 | SEE BODELL PO TO ENG'R SYS FOR JIB CRANE |
| | GRATING | | 20,500 | SEE QUOTE FROM ICSW, INC.+FRT+$5K ALLOW TO BREAKUP QUOTE. |
| | LABOR TO INSTALL | | 25,500 | BCC ESTIMATE |
| | INSTRUMENTATION | | 55,000 | SEE SEPARATE DETAIL SHEET |
| | FRP FRAMING & WEIR | | 10,500 | ALLOWANCE FOR FRP CROSS BARS, SUPPORTS & WEIR |
| | GEN COND & MARKUPS | | 88,420 | APPROXIMATELY 10% GC + 10% OH&P |
| | | | | |
| 82 | UV MECHANICAL | 18,190 | NO CHANGE | |
| 83 | UV ELECTRICAL | 89,090 | (20,000) | CREDIT TO USE ULTRATECH SYS FOR ELECT. IF TROJAN ADD $20,000 TO ELECT. QUOTE SEE STATEMENT BY INNOVATIVE ELEC. |
| | | | | |
| 84 | FRP FLUME INSERT | 6,840 | NO CHANGE | |

DEPO OF L HUMKE EXH 9

# ENGINEERED SYSTEMS INC.

PAGE: 1 OF 8  PHONE:

DATE: December 13, 1999  FAX:

TO: All Bidding Contractors

ATTN: Chief Estimator

RE: Wahiawa WWTP Effluent Reuse and Outfall

On behalf of UltraTech Systems Inc. we are pleased to provide the attached scope of supply. Prices will follow on bid day.

Thank you,
Doug Martin
ES119938a.DM

*$267500*

SKETCH 11376

UV EQUIP.

12/14/99

I CALLED ERIC @ ULTRA TECH
TO VERIFY?

P.O. BOX 865 KAILUA-OAHU, HI 96734 PH:808-263-2232 FAX:808-263-3928

C&C/Bodell
BC 001595

DEPO OF L HUMKE EXH 9