**Sent Event (Event Succeeded)**

| | | | |
|---|---|---|---|
| Date: | 12/16/99 | Time: | 6:37 PM |
| Pages: | 1 | Pages Sent: | 1 |
| Recipient: | Jeppson, Gary | Remote CSID: | 801 261 1020 |
| Company: | Bodell Construction Company | Fax Number: | +1 (801) 261-1020 |
| Duration: | 0 min 25 sec | Status: | Completed |

# UltraTech
systems inc.

**FAX TRANSMISSION COVER SHEET**

DATE: December 16, 1999

TO: Bodell Construction            FAX: on file

ATTN: Leroy Humpkey

FROM: Greg Ellner

SUBJ: Wahiawa Pricing

This fax consists of ( 1 ) page(s) including this page - No originals to follow

Leroy,

Based on our conversation of moments ago, UltraTech's price for a UV system which will be approved is not to exceed $417,500. We guarantee that we will secure R1 Title 22 approval of our UV system.

It is our intention to offer a vertical system and do whatever is necessary to get this system approved. If in the unlikely event that does not happen we will provide our horizontal UV system which already is in conformance with the NWRI guidelines and meets Title 22.

Good luck and please call me tonight at (914) 241-2174 with the build results.

Regards,

*[signature]*

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

EXHIBIT N

DEPO OF L HUMKE EXH 8

Deposition Exhibit No. 8
Humke
6/28/05

U00090