# BODELL CONSTRUCTION COMPANY

586 Fine Drive
Salt Lake City, Utah 84115
Phone: (801) 261-4110 / Fax: (801) 261-1020



## PURCHASE ORDER

*PLEASE REFERENCE THIS NUMBER ON INVOICE* → **PURCHASE ORDER NO. 0120-603**

| To: | Ultra Tech Systems, Inc.<br>15 Kay Fries Drive<br>Stony Point, New York 10980 | Date: 06-Jun-00<br>Ship Via: YOURS/BEST<br>Terms: NET 30 DAYS | Required By: 15-Dec-00<br>F.O.B.: Factory FFA<br>to Job Site |
|---|---|---|---|
| Attn: | Greg Ellner | Ship To: | BODELL CONSTRUCTION COMPANY<br>WAHIAWA WASTEWATER TREATMENT PLANT<br>111 CALIFORNIA AVENUE<br>WAHIAWA, HAWAII 96786<br>ATTENTION: CHUCK ECKMAN |
| Phone: | ((914) 429-0017 | | |
| Fax: | (914) 429-7527 | | |

| TASK CODE | QTY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11366 | 1 | EA | PROVIDE THE ULTRAVIOLET DISINFECTION SYSTEM COMPLETE IN ACCORDANCE WITH THE PROJECT PLANS AND SPECIFICATIONS, INCLUDING ADDENDUM'S 1 THROUGH 3. THE EQUIPMENT SUPPLIED WILL NOT INCLUDE MOTOR OPERATED SLIDE GATES, GRATING, RUBBER MATS OR JIB CRANE.<br><br>TEN (10) COPIES OF COMPLETE SUBMITTAL DATA REQUIRED WITHIN 21 DAYS FOLLOWING APPROVAL OF PURCHASE ORDER | | $267,500.00 |
| | | | TOTAL | | $267,500.00 |

*CHARGE APPLICABLE SALES TAX IF STATE LICENSED.*

PROJECT: **WAHIAWA EFFLUENT REUSE & RESERVOIR OUTFALL ADJUSTMENT**
PRIME CONTRACT: **CITY & COUNTY OF HONOLULU**

---

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE INCLUDED IN THIS AGREEMENT.

The Buyer and Seller signify their understanding of this Agreement with the terms hereof by affixing their signatures hereunto.

| Accepted by: | Ultra Tech Systems, Inc. | Purchased By: | BODELL CONSTRUCTION COMPANY |
|---|---|---|---|
| Signature: | | Signature: | [signature] |
| Name/Title: | | Name/Title: | J. Gary Jeppson/Project Manager |
| Date: | | Date: | June 6, 2000 |
| | | Approved: | [signature] |



OC0131
B00227