```
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
- - - - - - - - - - - - - - - - - - - - - - -X
BODELL CONSTRUCTION COMPANY, a Utah
Corporation,

        Plaintiff,
                                    Case No.
   -against-                        03-00706
OHIO PACIFIC TECH, INC. Fka
GMP ASSOCIATES, INC., an Ohio
HG-LEK corporation; CITY AND COUNTY
OF HONOLULU; ULTRA TECH
SYSTEMS, INC., a foreign
corporation,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - -X
```

**CERTIFIED COPY**

HELD AT:    Wilson, Elser, Moskowitz,
            Edelman & Dicker, LLP
            3 Gannett Drive
            White Plains, New York  10604
            September 2nd, 2004
            10:15 a.m.


VOLUME II

Continued Deposition of GREG ELLNER, a non-party witness, held pursuant to Subpoena, held at the above time and place before a Notary Public of the State of New York.

Lisa M. Prentice, Reporter


ATKINSON-BAKER, INC.
COURT REPORTERS
330 North Brand Boulevard, Suite 250
Glendale, California 91203
(800) 288-3376

FILE NO.: 9E07630

**EXHIBIT** P

172

```
 1
 2                              GREG ELLNER, residing
 3                              at 33 Sunset Ridge,
 4                              Carmel, New York,
 5                              10512, having been
 6                              duly sworn by Notary
 7                              Public, Lisa M.
 8                              Prentice, testified as
 9                              follows:
10          MR. BIALEK:  You understand you're
11     still under oath?
12          THE WITNESS:  Still under oath.
13   EXAMINATION BY
14   MR. OGOMORI:
15          Q.  Mr. Ellner, yesterday you testified
16   that during the latter part of 1999 you had some
17   oral discussions with Cyril Hamada in the city
18   with regard to the Wahiawa wastewater treatment
19   plant?
20          A.  That's correct.
21          Q.  Do you remember how many times you
22   talked to Cyril Hamada?
23          MR. BIALEK:  In '99?
24          MR. OGOMORI:  In '99.
25          A.  A few times.
```

```
 1
 2   UV System in its bid pricing for the contract, do
 3   you see that reference there?
 4       A.   I see it.
 5       Q.   Do you have an understanding that
 6   Ultra Tech incorporated your bid pricing in to
 7   its submittal to the City and County of Honolulu?
 8       MR. BIALEK:   Objection as to form.
 9   You mean Bodell?
10       MR. SUTTON:   Bodell, yes.
11       Q.   Bodell's pricing in its contract with
12   the City and County of Honolulu?
13       A.   I have that understanding.  What I
14   should say, so I've been told.
15       Q.   Let me show you next B227, we'll mark
16   227 and 228 as Exhibit 84.
17           (Whereupon, Plaintiff's Exhibit 84
18       was marked for Identification.)
19       Q.   Exhibit 84, which has the Bates stamp
20   B227 and B228, is entitled purchase order from
21   Bodell Construction, do you recognize this as a
22   purchase order submitted by Bodell Construction
23   to Ultra Tech?
24       A.   I do.
25       Q.   And it's got a date on there of June
```

```
 1  
 2  Ultra Tech to Bodell on July 27th, 2000, where in
 3  that letter is there a reference to the purchase
 4  price?
 5       A.   Third paragraph.
 6       Q.   Could you read the reference?
 7       A.   We're going on the basis that your
 8  order is currently for a horizontal UV System and
 9  the purchase price is not to exceed $417,000.
10       Q.   Did you ever obtain from Bodell
11  Construction a revised purchase order for
12  $417,000?
13       A.   Not that I recall.
14       Q.   As far as this purchase order, which
15  is Exhibit 84, page B227, did you ever sign and
16  return that purchase order?
17       A.   Not that I recall.
18       Q.   Did you consider that the purchase
19  order, which is Exhibit 84, B227, was not
20  correct?
21       A.   Was not correct?
22       Q.   Let me rephrase that.
23            Why didn't you sign that purchase
24  order?
25            MR. BIALEK:  Objection.
```