COPYING PROHIBITED HRS 606-13/HRCP RULE 30

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

BODELL CONSTRUCTION COMPANY, ) CIVIL NO. CV03-00706 HG-LEK
a Utah Corporation,            ) (Contract)
                               )
              Plaintiff,       )
                               )
     vs.                       )
                               )
OHIO PACIFIC TECH, INC., fka   )
GMP ASSOCIATES, INC., an Ohio) )
Corporation; CITY AND COUNTY   )
OF HONOLULU; ULTRA TECH        )
SYSTEMS, INC., a foreign       )
Corporation,                   )
                               )
              Defendant.       )
                               )
CITY AND COUNTY OF HONOLULU,   )
                               )
     Defendant, Third-Party    )
     Plaintiff, and            )
     Counterclaim Defendant,   )
                               )
     vs.                       )
                               )
ENGINEERED SYSTEMS, INC.,      )
                               )
     Third-Party Defendant     )
     and Counterclaim          )
     Plaintiff.                )

VOLUME I

DEPOSITION OF LEROY HUMKE

Taken on behalf of the Defendant, Cross-Claim
Plaintiff/Defendant and Third-Party
Plaintiff/Counterclaim Defendant City and County of
Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
Suite 2600 First Hawaiian Center, 999 Bishop Street,
Honolulu, Hawaii , commencing at 10:35 a.m., on
Wednesday, June 22, 2005, pursuant to Notice.

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

EXHIBIT Q

5

```
 1
 2                         LEROY HUMKE,
 3    called as a witness by the Defendant Cross-Claim
 4    Plaintiff/Defendant and Third-Party
 5    Plaintiff/Counterclaim Defendant City and County of
 6    Honolulu, having been first duly sworn to tell the
 7    truth, the whole truth and nothing but the truth, was
 8    examined and testified as follows:
 9                          EXAMINATION
10    BY MR. OGOMORI
11    Q    Mr. Humke, my name is Ron Ogomori.  I represent
12    the City and County of Honolulu in this matter.
13         Could you please state your name for the record?
14    A    LeRoy C Humke.
15    Q    And what is your Social Security Number?
16              MR. SCHULMEISTER:  Let me just object to
17    that.  I mean, what's the purpose for the Social
18    Security Number?  His privacy is in issue.  Do you
19    typically give your Social Security Number?
20              THE WITNESS:  I definitely do not give
21    my Social Security Number out.
22              MR. SCHULMEISTER:  All right.  So unless
23    you have some reason --
24    Q    (By Mr. Ogomori)  What is your current residence
25    address?
```

149

1    supply you with, and comply with the requirements they

2    said they would.  Did you ever have a feeling that they

3    were not, you know, following through on their promises?

4                    MR. BIALEK:  Objection as to form.

5                    MR. SCHULMEISTER:   I join.

6                    THE WITNESS:  Well, we had a contractual

7    relationship, in my eyes, per the plans and specs and

8    their proposal.  Um, our efforts were to try to achieve

9    that.  Frustrations, not playing fair, one thing or the

10   other, I can't use any of those terminologies.

11   Q     (By Mr. Sutton) Well, did you feel that they

12   didn't live up to what you felt was their contractual

13   objection?

14                   MR. BIALEK:  Objection as to form.

15                   MR. SCHULMEISTER:  Objection as to form.

16                   THE WITNESS:  At the end of the day,

17   they did not comply with their package because they did

18   not get approved.

19   Q     (By Mr. Sutton) Did you have an understanding that

20   they at some point tried to request approval for a

21   vertical system?

22   A     To my knowledge, we never submitted on a vertical

23   system.

24   Q     Okay, now, as far as -- go back to that purchase

25   order, which was Exhibit 84 of Ellner's deposition,

1    which was referred to in Mr. Ogomori's questioning.

2        Do you have that in front of you now?

3    A    I do.

4    Q    Okay, what does a Purchase Order do, to your

5    understanding?

6    A    It forms an agreement.

7    Q    For the purchase of a particular item?

8    A    Yes, sir.

9    Q    And is it Bodell's practice to issue purchase

10    orders for items that they're purchasing provided by

11    supplier on a contract?

12    A    Yes, sir.

13    Q    And now, this purchase order was prepared by

14    Bodell and signed by a representative by Bodell, is that

15    what's shown on this document?

16    A    By two of them.

17    Q    On this document, was there a place provided for

18    the signature of a representative of UltraTech?

19    A    There is.

20    Q    And on this particular exhibit, is there a

21    signature by UltraTech?

22    A    Not the one in front of me.

23    Q    Did you ever get a signed one from UltraTech?

24    A    I have no knowledge of that.

25    Q    Do you recall yourself getting involved at any