329

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---

BODELL CONSTRUCTION COMPANY,
a Utah corporation,

        Plaintiff,

  vs.                  CIVIL NO. 03-00706(HG/LEK)

OHIO PACIFIC TECH, INC., fka GMP   (Contract)
ASSOCIATES, INC., an Ohio
corporation; CITY AND COUNTY OF
HONOLULU; ULTRA TECH SYSTEMS,
INC., a foreign corporation,

        Defendants.

---

CITY AND COUNTY OF HONOLULU,

    Defendant and
    Third-Party Plaintiff,

  vs.

ENGINEERED SYSTEMS, INC.,

    Third-Party Defendant.

---

**ORIGINAL**

DEPOSITION OF GREG ELLNER

VOLUME III

Taken June 2nd, 2005

EXHIBIT S

334

1          GREG ELLNER,
2     Having been first duly sworn,
3     testified upon his oath as follows:
4                EXAMINATION
5  BY MR. SUTTON:
6     Q.   Mr. Ellner, welcome to Hawai'i, and you understand
7  you're under oath again?
8     A.   Yes.
9     Q.   And you understand this is a continuation of your
10 deposition that we commenced in New York last fall?
11    A.   Yes.
12    Q.   And, let's see, I wasn't quite sure, we don't have
13 Adrian Rosehill today.
14         Did I understand you were --
15         MR. BIALEK:  I will be appearing on behalf of
16 UltraTech and Engineered Systems today.
17         MR. SUTTON:  Okay.
18    Q.   Mr. Ellner, to your understanding did UltraTech have
19 some written agreement with Engineered Systems?  Did they have
20 a, you know, a contract or a written agreement with them?
21    A.   No.
22    Q.   Did they have any agreement, to your understanding,
23 to defend or indemnify them?
24    A.   No.
25    Q.   And what was the relationship then between UltraTech

376

1  Q.  Did you ever go to a gaming facility where you saw
2  Cyril Hamada?
3  A.  No.
4  Q.  Did you guys ever go to Las Vegas?  I mean, strike
5  that.
6  Do they ever have any of your trade meetings in Las
7  Vegas?
8  A.  There have been.  Not one when I attended.
9  Q.  And when you're talking about the reference here
10 where Trump was able to only get $90 from you after three
11 hours, was that in Atlantic City?
12 A.  Yes, it was.
13 Q.  Okay.  The next page then, let's go to U 11.  This
14 consists of two pages, U 11 and U 12, and at the bottom it has
15 an e-mail from Cyril to you dated August 8th, 2001.
16 And is this a discussion by him of gaming, to your
17 understanding?
18 A.  Yes.
19 Q.  And then your response on August 8th at the top
20 there, is that also a discussion of gaming?
21 A.  Yes.
22 Q.  Okay.  Then let's turn to the next one, which is U
23 13 and U 14, and U 13 at the bottom there has an e-mail from
24 Cyril Hamada to you of July 6th, 2000.
25 Do you see that?

377

1   A.   Yes.

2   Q.   Let's see. There is reference in Mr. Hamada's
3 e-mail regarding Chuck Eckman.

4        Do you know who that is?

5   A.   Yes.

6   Q.   Who is that?

7   A.   It was a Bodell employee.

8   Q.   And then at the top there, or the first part of his
9 e-mail to you it says, "Thanks for your quick response. Just
10 to satisfy my curiosity, can you meet the experience clause of
11 the specifications?"

12       Did you answer that in your response of July 7th at
13 the top? Take a look at the second paragraph.

14  A.   What was the question?

15  Q.   Let me ask you this.

16       In your response of July 7th, 2000 at the top there,
17 is this your response to Cyril Hamada's e-mail that's at the
18 bottom of the page?

19  A.   Yes.

20  Q.   And did you state in the second paragraph regarding
21 the experience clause, "We do not have the sufficient number
22 of horizontal UV systems of the minimum size specified"? Is
23 that what's stated there?

24  A.   As part of that paragraph, yes.

25  Q.   Okay. So was that in response to his question to

378

1  you about whether you can meet the experience clause of the
2  specifications?
3          MR. BIALEK:  Objection as to form.
4          THE WITNESS:  (Indicating.)
5          MR. SUTTON:  You can answer.
6          MR. BIALEK:  You can answer.
7          THE WITNESS:  Yes.
8  BY MR. SUTTON:
9      Q.  Now, so you go on in that second paragraph, it says,
10 "We do, however, have many vertical UV systems."
11         Do you see that?
12     A.  Um-hum.
13     Q.  Your answer is "yes"?
14     A.  Yes.
15     Q.  Sorry about that.
16         You go on to say, "Being that both your horizontal
17 and vertical systems use the same components, it can be argued
18 that we do meet the experience clause."
19         Is that what's stated there?
20     A.  That's stated there.
21     Q.  Okay.  Now, at the bottom there it says, "Five
22 versus four banks is causing a problem for us in that we
23 stopped your submittal on the five-bank system and started on
24 the four-bank system."
25         What does that reference to?