

**ASSOCIATES, INC.**

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Job No. W10-99

Submittal 30
Specification 11376
Ultraviolet Disinfection



RECEIVED
SEP 0 8 2000
GMP ASSOCIATES, INC.

| | |
|---|---|
| REVIEWED | |
| MAKE CORRECTIONS NOTED | |
| REVISE AND RESUBMIT | |
| REJECTED | X |

Corrections or comments made on the shop drawings during this review do not relieve the Contractor from compliance with the requirements of the drawings and specifications. This review is only for general compliance with the requirements of the contract documents. The Contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

GMP ASSOCIATES, INC.

By __LAM__    Date __9/7/00__

Remarks:

1. Provide all input parameters and assumptions used in the calculation for intensity, including the size of the array used by the program.

2. Provide dosage and hydraulic calculations for peak wet weather flow.

3. Provide an installation list for the type of equipment proposed, i.e., horizontal low pressure units.

4. Provide an analysis by a third party that shows operation of this equipment will not interfere with other plant equipment (refer to paragraph 1.3B).

5. Cleaning station is located in roadway and this is not acceptable.

250030.007


Plaintiff's EXHIBIT 6 Stone 3-1-05

C&C / Bodell
C003812

EXHIBIT T



**GMP ASSOCIATES, INC.** — Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30
Specification 11376
Ultraviolet Disinfection
September 6, 2000
Page 2

6. Equipment is shown on the walkways provided for operator access. This is not acceptable.

7. UV supplier shall provide effluent weir. Provide details for this weir. It is unacceptable that it be provided by "others."

8. Specifications require a dose pacing system. Provide details on this system.

9. Provide UV transmission monitor as required by the specification.

10. It is our understanding that the channel as designed must be modified to accommodate this equipment. Provide design drawings for this modification as called for in paragraph 1.3A.

11. Specification requires that the system be tested to meet California Title 22 or Hawaii R-1. Provide test data.

12. Provide a hoist as is necessary for cleaning. The hoist is part of the cleaning station and must be provided by the UV equipment supplier.

13. Verify that the alarms are as called for in the contract drawings.

14. Provide details on the drain required for the cleaning station.

15. Spare parts: Provide 5% of the total ballasts furnished with the system; and cleaning solution.

16. Provide warranty for U.V. lamps.

17. Provide chemical pump as required for the cleaning station.

18. Provide grating and rubber mats as required by specifications.

—End of Remarks—

250030.007

C&C / Bodell
C003813