PLAINTIFF'S
EXHIBIT NO. 53
FOR IDENTIFICATION
DATE: 9-7-07    RPTR:

Via Email, Fax and FedEx

December 21, 2000

City and County of Honolulu
Department of Design & Construction
650 South King Street, 11th Floor
Honolulu, HI 96813

ATTN: Gary Q. L. Yee, Director
SUBJ: Post Bid Equipment Substitution Request
REF: Wahiawa WWTP Effluent Reuse and Reservoir Outfall Adjustment

Dear Mr. Yee:

Per the GENERAL INSTRUCTIONS TO BIDDERS paragraph 1.13 c4. we are requesting prior written approval to submit an after bid opening substitution request for WAHIAWA WWTP EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT, Job No. W10-99:

| SECTION | ITEM | SPECIFIED | SUBSTITUTE |
|---|---|---|---|
| 11376 | UV Disinfection Equipment | Trojan 4000 | UltraTech T4024i |

We feel that an after bid opening substitution request is in the City's best interest as the vertical UV system provides substantial energy savings as well as significant maintenance savings over both the specified UV equipment and the UV equipment that UltraTech had prequalified for this project (horizontal low pressure UV).

This after bid opening substitution request equipment (vertical low pressure UV) is installed at the Kailua Regional WWTP. Therefore, in addition to the economic benefit there will be a standardization of parts and operating procedure should both Kailua and Wahiawa have the same UV disinfection Equipment.

Normally we would have attempted to substitute prior to bid opening but, we received the California Department of Health Services certification (Title 22) for our vertical lamp low pressure UV system recently.

000292

EXHIBIT W

Mr. Yee
City & County of Honolulu

Page 2
12/21/00

We look forward to receiving written approval to submit an after bid substitution request.

Very truly yours,


UltraTech Systems, Inc.
Greg E. Ellner
President

Cc:   Paul Scott, Engineered Systems

000293