# BODELL CONSTRUCTION COMPANY

586 Fine Drive
Salt Lake City, Utah 84115
Phone: (801) 261-4110 / Fax: (801) 261-1020

## PURCHASE ORDER

*PLEASE REFERENCE THIS NUMBER ON INVOICE* → **PURCHASE ORDER NO. 0139-603**

| To: | Trojan Technologies, Inc.<br>c/o Coombs-Hopkins<br>668 North 44th Street, Suite 251<br>Phoenix, Arizona 85008 | Date: 23-Jan-01<br>Ship Via: YOURS/BEST<br>Terms: 90% NET 30 / 10% START-UP | Required By: 15-Mar-01<br>F.O.B.: Job Site<br>Page 1 of 2 |
|---|---|---|---|
| Attn: | Richard Pearcey (Trojan) / Mike Brown (CH) | Ship To: | BODELL CONSTRUCTION COMPANY |
| Phone: | (519) 457-2701 (Trojan), (602) 275-4303 (CH) | | WAHIAWA WASTEWATER TREATMENT PLANT<br>111 CALIFORNIA AVENUE |
| Fax: | (519) 457-3030 (Trojan), (602) 275-4229 (CH) | | WAHIAWA, HAWAII 96786<br>ATTENTION: KEVIN HARVEY |

| TASK CODE | QTY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 18020 | 1 | LOT | UV EQUIPMENT PER THE PROJECT PLANS AND SPECIFICATIONS CONSISTING OF THE FOLLOWING:<br><br>**ULTRAVIOLET REACTOR** to be supplied preassembled to the greatest degree possible and ready for installation. To consist of the Reaction Chanmber Insert, UV Modules, Power Distribution Centers and Module Removal Mechanism. Each UV module to be completely assembled with UV lamps and sleeves and electrically wired to a Power Distribution Center.<br>**SYSTEM CONTROL CENTER** (1) SCC shall be supplied to monitor and control the UV system. Control to be microprocessor based and include an operator interface and the necessary interconnects for external monitoring. The SCC is to be located outdoors. Enclosure material of construction to be FRP. A plant supplied 4-20-mA flow signal shall be connected to the SCC for dose-pacing of the UV lamps.<br>**POWER DISTRIBUTION CENTER** The power distribution centers shall be preassembled and mounted to a reaction chamber insert by Trojan. The PDC's distribute power tot he modules from the service entrance. Each PDC spans the channels width at the top of the reactor's mid-point. Power services to be terminated at the PDC's in the service entrances provided.<br>**CLEANING SYSTEM** An automatic in place mechanical/chemical cleanin system to be supplied. This system to consist of individual Wiper mechanisms. The cleaning system to be supplied with all required cleaning reagents and solutions necessary for initial equipment testing and start-up.<br>**TROJAN ON-LINE UV TRANSMISSION MONITOR** The on-line UVT equipment continuously monitors the UV transmission of the effluent The systm consists of the sensor, sampler and analyzer. The sensor and sampler are to be located in a downstream common area to all UV lamps and be mounted on railing or other suitable frame. The analyzer to be located adjacent to the SCC. Enclosure materials to be FRP. | | $ 999,126.00 |

Deposition Exhibit No. 12
of Humke
Date 6/22/05

BODELL CONSTRUCTION CO.
Job No.
FEB 01 2001
RECEIVED

C & C / Bodell
BC1 002363

*CONTINUED ON NEXT PAGE*

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE INCLUDED IN THIS AGREEMENT.
The Buyer and Seller signify their understanding of this Agreement with the terms hereof by affixing their signatures hereunto.



EXHIBIT X

# BODELL CONSTRUCTION COMPANY

586 Fine Drive
Salt Lake City, Utah 84115
Phone: (801) 261-4110 / Fax: (801) 261-1020

## PURCHASE ORDER

PLEASE REFERENCE THIS NUMBER ON INVOICE ⟶ **PURCHASE ORDER NO. 0139-603**

To: Trojan Technologies, Inc.
c/o Coombs-Hopkins
668 North 44th Street, Suite 251
Phoenix, Arizona 85008

Attn: Richard Pearcey (Trojan) / Mike Brown (CH)

Phone: (519) 457-2701 (Trojan), (602) 275-4303 (CH)
Fax: (519) 457-3030 (Trojan), (602) 275-4229 (CH)

Date: 23-Jan-01
Ship Via: YOURS/BEST
Terms: 90% NET 30 / 10% START-UP

Ship To: BODELL CONSTRUCTION COMPANY
WAHIAWA WASTEWATER TREATMENT PLANT
111 CALIFORNIA AVENUE
WAHIAWA, HAWAII 96786
ATTENTION: KEVIN HARVEY

Required By: 15-Mar-01
F.O.B.: Job Site
Page 2 of 2

| TASK CODE | QTY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | SAFETY EQUIPMENT Four (4) faceshields shall be provided which block UV light wavelengths between 200 and 400 nm. | | |
| | | | SPARE PARTS 14 each Lamps, 14 each Quartz Sleeves, 7 each Ballasts, 50 each Lamp Seals, 4 each Face Shields, 15 gal Cleaning Solution, 50 Wiper Seals. | | |
| | | | START-UP AND INSTRUCTION Installation Supervision @ 3 days min., Start-up and Testing @ 3 days min., Operator Training @ 1 day. | | |
| | | | THE ABOVE IS PER THE PROJECT PLANS AND SPECIFICATIONS AND YOUR QUOTES DATED OCTOBER 26, 2000 AND JANUARY 19, 2001. DELIVERY OF SUBMITTAL ONE WEEK AFTER RECEIPT OF WRITTEN PURCHASE ORDER. DELIVERY OF EQUIPMENT - MID MARCH 2001. DELIVERY IS REGULAR GROUND AND OCEAN TRANSPORT TO HAWAII. EQUIPMENT F.O.B. FACTORY, FREIGHT PAID TO JOB SITE. | | |
| | | | TOTAL PRICE OF PURCHASE ORDER INCLUDES ALL APPLICABLE TAXES. | | |
| | | | TOTAL | | $999,126.00 |

PROJECT: WAHIAWA EFFLUENT REUSE & RESERVOIR OUTFALL ADJUSTMENT
PRIME CONTRACT: CITY & COUNTY OF HONOLULU

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE INCLUDED IN THIS AGREEMENT.

The Buyer and Seller signify their understanding of this Agreement with the terms hereof by affixing their signatures hereunto.

Accepted by: Trojan Technologies, Inc.
Signature:
Name/Title:
Date:

Purchased By: BODELL CONSTRUCTION COMPANY
Signature:
Name/Title: LeRoy Humke/General Manager - Industrial Div.
Date: January 23, 2001
Approved:

C & C / Bodell
RC1 002364

DEPO OF L HUMKE EXH 12