ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

DAVID SCHULMEISTER    2781-0
KRISTIN S. SHIGEMURA   6957-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
Email: dschulmeister@cades.com
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2006

at 1 o'clock and 13 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br>(Contract)<br><br>NOTICE OF MOTION; PLAINTIFF BODELL CONSTRUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT FILED FEBRUARY 13, 2004; MEMORANDUM IN SUPPORT; DECLARATION OF DAVID SCHULMEISTER; DECLARATION OF LEROY HUMKE; EXHIBITS "1" – "36"; DECLARATION OF SIDNEY ELLNER; EXHIBITS "1" – "7"; DECLARATION OF ARMAND COTE; EXHIBITS "1" – "11"; CERTIFICATE OF SERVICE |

ImanageDB:615646.3

|  |
|---|
| **Hearing:**<br>Date: _____, 2006<br>Time: _____**a.m.**<br>Judge:   **Honorable J. Michael Seabright**<br><br>Trial Date:<br><br>Date:   April 12, 2005<br>Time:  9:00 a.m.<br>Judge:  Honorable J. Michael Seabright |

## NOTICE OF MOTION

TO:    **RICHARD C. SUTTON, JR., ESQ.**
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street

Honolulu, Hawaii 96813
Attorneys for Defendant
OHIO PACIFIC TECH, INC.


**BERT KOBAYASHI, JR., ESQ.**
**GEORGE GUSMAN III, ESQ.**
Kobayashi Sugita & Goda
999 Bishop Street, Ste. 2600
Honolulu, HI 96813

and

**CARRIE K. OKINAGA, ESQ.**
**MAILE R. CHUN, ESQ.**
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU


**ADAM R. BIALEK, ESQ.**
Wilson, Elser, Moskowitz,
  Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.


**ADRIAN W. ROSEHILL, ESQ.**
**OWEN H. MATSUNAGA, ESQ.**
**ALAN J. MA, ESQ.**
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.


NOTICE IS HEREBY GIVEN that *PLAINTIFF BODELL CONSTRUCTION COMPANY'S MOTION TO FOR SUMMARY JUDGMENT*

*AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT FILED FEBRUARY 13, 2004* shall come on for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, on _____, _____ **at** ____ **a.m.**, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 9, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
DAVID SCHULMEISTER
KRISTIN S. SHIGEMURA
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br>(Contract)<br><br>PLAINTIFF BODELL CONSTRUCTION COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU ON COUNTS I AND II OF THE FIRST AMENDED COMPLAINT FILED FEBRUARY 13, 2004 |

**PLAINTIFF BODELL CONSTRUCTION COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU
ON COUNTS I, II, AND III OF THE
FIRST AMENDED COMPLAINT FILED FEBRUARY 13, 2004**

Plaintiff BODELL CONSTRUCTION COMPANY ("**Bodell**") hereby moves this Honorable Court pursuant to Federal Rules of Civil Procedure ("**FRCP**") Rule 56(c) for a order granting it partial summary judgment as to liability only on Counts I and II of Bodell's claims against Defendant City and County of Honolulu (the "**City**") in Bodell's First Amended Complaint filed February 13, 2004 ("**FAC**").

This Motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure ("**FRCP**") and Rule 56.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, and is based upon the memorandum attached hereto, the Separate and Concise Statement of Facts ("**Facts**"), exhibits and declarations filed concurrently herewith, the records and files herein, and such other matters as may be presented to the Court at the hearing on the Motion.

DATED: Honolulu, Hawaii, January 9, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

_____
DAVID SCHULMEISTER
KRISTIN S. SHIGEMURA
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY