IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

BODELL CONSTRUCTION
COMPANY, a Utah corporation,

Plaintiff,

v.

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
corporation; CITY AND COUNTY
OF HONOLULU; ULTRA TECH
SYSTEMS, INC., a foreign
corporation; JOHN DOES 1-50; DOE
CORPORATIONS 1-50,

Defendants.

CIVIL NO. 03-00706 (JMS/LEK)

CERTIFICATE OF COMPLIANCE
WITH L.R. 7.5

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.5

Pursuant to Local Rule 7.5, the undersigned hereby certifies that the foregoing memorandum contains 4,748 words, according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rules 7.5(c) and 7.5(d).

DATED:  Honolulu, Hawaii, January 9, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership

DAVID SCHULMEISTER
KRISTIN S. SHIGEMURA
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY