IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation; JOHN DOES 1-50; DOE CORPORATIONS 1-50,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

DAVID SCHULMEISTER, declares as follows

1. I am counsel for Plaintiff BODELL CONSTRUCTION COMPANY ("Bodell"), and make this declaration based on personal knowledge unless otherwise indicated.

2. Attached hereto as Exhibit "1" is a true and correct copy of a document produced by Defendant City and County of Honolulu (the "City"), bates-stamped C027406, which is an October 23, 1998 memorandum from James K. Honke, Chief Division of Infrastructure Design and Engineering to Stephen

T.C. Ching, Chief Division of Planning and Programming, regarding "Draft Preliminary Engineering Report for Wahiawa WWTP Modification And Outfall Modification."

3. Attached hereto as Exhibit "3" is a true and correct copy of a document produced by the City, bates-stamped C003814-C003827, which is Section 11376, Ultraviolet Disinfection Equipment, for the Project Specifications.

4. Attached hereto as Exhibit "5" is a true and correct copy of a document produced by Defendant Ohio Pacific Tech ("GMP"), bates-stamped OPT-02416-OPT-02427, which is a May 10, 1999 Word Processing Request.

5. Attached hereto as Exhibit "6" is a true and correct copy of a document produced by GMP, bates-stamped OPT-00115-OPT00124, which is a November 18, 1999 letter with enclosures from Paul Scott of Defendant Engineered Systems, Inc. to the City regarding "Wahiawa Wastewater Treatment Plant, Job #W10-99, Substitution Request."

6. Attached hereto as Exhibit "7" is a true and correct copy of a document produced by GMP, bates-stamped OPT-2345- OPT2356, which is a December 17, 1999 Letter of Transmittal from GMP to Guy Inouye enclosing a November 23, 1999 "Response to Material Substitution Request for UltraTech UV Disinfection System."

7. Attached hereto as Exhibit "8" is a true and correct copy of a

ImanageDB:628996.1                               2

document produced by the City, bates-stamped C026306, which is a December 1, 1999 Memorandum from "Cyril" to "The Record" regarding "GMP's Recommendations for Substitution Requests, Wahiawa WWPT Effluent Reuse, Job No. W10-99."

8. Attached hereto as Exhibit "13" is a true and correct copy of a document produced by the City, bates-stamped C027611.

9. Attached hereto as Exhibit "14" is a true and correct copy of a document produced by the City, bates-stamped C026302-C026303, which is a December 30, 1999 email from Guy Inouye regarding "Wahiawa WWTP."

10. Attached hereto as Exhibit "15" is a true and correct copy of a document produced by the City, bates-stamped C027422, which is "Management Team Meeting Notes—January 10, 2000."

11. Attached hereto as Exhibit "18" is a true and correct copy of a document produced by the City, bates-stamped C027424 which is an April 3, 2000 email from Guy Inouye to Dennis Kaneshiro re "wahiawa wwtp."

12. Attached hereto as Exhibit "19" is a true and correct copy of a document produced by the City, bates-stamped C005153-C005154, which is an April 11, 2000 Memorandum and enclosure from Kenneth E. Sprague, Director, Department of Environmental Services, to Gary Q. L. Yee, Director, Department of Design and Construction.

13. Attached hereto as Exhibit "20" is a true and correct copy of a document produced by Hawaii Engineering Services, bates-stamped 000063, which is a May 25, 2000 email from Robert Clay to Mike Elhoff regarding "Wahiawa-Ultratech," with relevant portions marked.

14. Attached hereto as Exhibit "21" is a true and correct copy of a document produced by the Hawaii Engineering Services, bates-stamped 000071, which is a May 31, 2000 email from Mike Elhoff to Robert Clay regarding "Wahiawa," with relevant portions marked.

15. Attached hereto as Exhibit "22" is a true and correct copy of a document produced by the City, bates-stamped C027416, which is a June 25, 2000 email from Guy Inouye to Dennis Kaneshiro and Cyril Hamada regarding "Wahiawa WWTP, UV."

16. Attached hereto as Exhibit "23" is a true and correct copy of a document produced by the City, bates-stamped C027485, which is a June 29, 2000 email from Guy Inouye to Jack Pobuck, regarding "DDC/ENV Meeting."

17. Attached hereto as Exhibit "24" is a true and correct copy of a document produced by the City, bates-stamped C019339-C019340, which is an October 30, 2000 email from Dennis Kaneshiro to Guy Inouye regarding "Wahiawa WWTP, Ultratech."

18. Attached hereto as Exhibit "25" is a true and correct copy of my letter

dated December 20, 2000 to GMP regarding "Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment."

19. Attached hereto as Exhibit "26" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02136, which is a January 4, 2001 email from Arthur J. Shapiro to Lee Mansfield, GMP.

20. Attached hereto as Exhibit "28" is a true and correct copy of a document produced by the City, bates-stamped C007408-C007413, which is entitled, "Ultra Tech Submittal Time Line" with handwritten notes dated February 6, 2003.

21. Attached hereto as Exhibit "29" is a true and correct copy of my May 19, 2003 letter with enclosures to Ivan Lui-Kwan, Director, Budget and Fiscal Services, City and County of Honolulu

22. Attached hereto as Exhibit "30" is a true and correct copy of an October 10, 2000 letter from Mr. Lui-Kwan.

23. Attached hereto as Exhibit "31" is a true and correct copy of a document produced by Bodell, bates stamped B00656-B00658, which is Ultra Tech Systems Partial Installation List.

24. Attached hereto as Exhibit "32" is a true and correct copy of a document produced by Bodell, bates stamped B00660-B00697, which is Ultra Tech Systems Performance Data.

25. Attached hereto as Exhibit "33" are true and correct copies of excerpts from the Deposition of Guy Inouye taken on June 14, 2005.

26. Attached hereto as Exhibit "34" are true and correct copies of excerpts from the Deposition of Cyril Hamada taken on June 21, 2005.

27. Attached hereto as Exhibit "35" is a true and correct copies of excerpts from the Deposition of Lee Mansfield Volume I, taken on February 28, 2005, and Volume II, taken on June 2, 2005.

28. Attached hereto as Exhibit "36" is a true and correct copies of excerpts from the Deposition of Greg Ellner taken on September 1, 2004.

29. I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

DATED: Honolulu, Hawaii, January 9, 2006.

_____
DAVID SCHULMEISTER