IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation; JOHN DOES 1-50; DOE CORPORATIONS 1-50,<br><br>　　　　Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on this date a copy of the foregoing document was served upon the following parties by hand-delivery and U.S. Mail:

**RICHARD C. SUTTON, JR., ESQ.**
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street

Honolulu, Hawaii 96813
Attorneys for Defendant
OHIO PACIFIC TECH, INC.

ImanageDB:615646.3

**BERT KOBAYASHI, JR., ESQ.**
**GEORGE GUSMAN III, ESQ.**
Kobayashi Sugita & Goda
999 Bishop Street, Ste. 2600
Honolulu, HI 96813

and

**CARRIE K. OKINAGA, ESQ.**
**MAILE R. CHUN, ESQ.**
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU


**ADAM R. BIALEK, ESQ.**
Wilson, Elser, Moskowitz,
  Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.


**ADRIAN W. ROSEHILL, ESQ.**
**OWEN H. MATSUNAGA, ESQ.**
**ALAN J. MA, ESQ.**
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.

DATED: Honolulu, Hawaii, January 9, 2006.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>*/s/ David Schulmeister*
>
>DAVID SCHULMEISTER
>KRISTIN S. SHIGEMURA
>Attorneys for Plaintiff
>BODELL CONSTRUCTION COMPANY