08167.00001                                                                                      LAS505957

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | CA |

BODELL CONSTRUCTION COMPANY

**SUBPOENA IN A CIVIL CASE**

V.

OHIO PACIFIC TECH, INC., ET AL.

CASE NUMBER:[1] CV0300706HGLEK

Custodian of Records For:
TO: TROJAN TECHNOLOGIES, INC.
23 MORNINGWOOD DRIVE
LAGUNA NIGUEL, CA 92677-2589
ATTN: SCOTT DUGGAN

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

RE: SEE ATTACHMENT

| PLACE | Quest Discovery Services    5730 Uplander Way, Ste. 101 Culver City, CA 90230   (800) 477-2662 | DATE AND TIME   06/06/05   9:30 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| Attorney for: Defendant | 05/20/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER   JEFFREY S. TACHIKI, ESQ.   BAR #: 231873
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
650 CALIFORNIA STREET   14TH FLOOR
SAN FRANCISCO, CA 94108   415/433-0990

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## Attachment 3

File #: LAS505957

TROJAN TECHNOLOGIES, INC.

Pertaining To:   SEE ATTACHMENT

Date of Birth:
Social Security No.:

**ATTACHMENT A**

Case 1:03-cv 00706 ...   ... 01/19/2006   Page 11 of 43

MAY-19-2005  11:11                                                             P.04/08

## DEFINITIONS

As used herein, the terms:

(A) PERSON(S) and/or INDIVIDUAL(S) - shall refer to a natural person, partnership, corporation, incorporated association, joint venture, or other legal entity.

(B) DOCUMENT(S), WRITING(S), OR WRITTEN - shall refer to the original and any non-identical copy of any written, printed, graphic or photographic matter, typed, or sound reproduction, or other means of preserving thought or expression, of any nature or description, including, but not limited to correspondence, reports, memoranda, agreements, contracts, bids, proposals, daily log reports, telephone logs, drawings, plans, specifications, maps, sketches, surveys, work progress charts, orders to contractors, reports and recordings of telephone or other conversations or of conferences or meetings, change orders, authorization orders, proceed orders, stop orders, checks, photographs, books of account, diaries, telegrams, vouchers, orders, invoices, billings, work papers, graphs, charts, blueprints, studies, analyses, testing reports/results, and any and all writings, including all underlying, supporting or preparatory materials and drafts thereof, now or formerly in the possession, custody or control of the parties, their counsels, or any of their agents, representatives, employees or associates or known by them to exist or to have existed. Handwritten notations of any kind on any copy of a document render it non-identical.

(C) COMMUNICATION - means every manner of transmitting and receiving facts, information, opinions and thoughts, whether orally, by document, writing or copy thereof, or otherwise.

903706.1

MAY-19-2005 11:11                                                                                       P.05/08

(D)  Wahiawa Wastewater Treatment Plant Project – shall refer to the Wahiawa Wastewater Treatment Plant- Effluent Reuse & Wahiawa Reservoir Outfall Adjustment Job No. W10-99, Contract No. F-97710, which was awarded to Bodell by the City.

(E)  GMP – shall refer to Ohio Pacific Tech, Inc. f/k/a Associates, Inc. an Ohio Corporation, and any of its agents, employees and representatives.

(F)  Trojan – shall refer to Trojan Technologies, Inc. its agents, employees and representatives.

(G)  Bodell – shall refer to Bodell Construction Company, a Utah Corporation, its agents, employees and representatives.

(H)  Hawaii Engineering Services – shall refer to Hawaii Engineering Services, Inc. located at 2234 Hoonee Place, Honolulu, Hawaii, 96819-2214, its agents, employees and representatives.

(I)  The Coombs Hopkins Company shall refer to The Coombs Hopkins Company located at 2825 East Cottonwood Parkway, Suite 500, Salt Lake City, UT 84121, and its agents, employees and representatives.

(J)  State of Hawaii – shall refer to the State of Hawaii, its agencies, departments and offices.

(K)  City – shall refer to Defendant, Cross-Claim Plaintiff/Defendant and Third Party Plaintiff City and County of Honolulu and its agents, employees, and representatives.

903706.1

(L)   Inflico Degremont – shall refer to Infilco Degremont located at P.O. Box 71390 8007 Discovery Drive, Richmond, VA 23255-1390, its agents, employees, and representatives.

(M)   All words and phrases shall be construed in accordance with the normal custom and usage in the industries or fields of commerce to which they apply.

903706.1

## Subpoena of Trojan Technologies, Inc.

1. All documents relating to any proposals, specifications and design basis that Trojan generated for GMP for the Wahiawa Wastewater Treatment Plant project.

2. Documents listing the identity of all UV systems installed in the United States from 1998-Present that were sold, installed, or ordered using the model designation: (a) 4000 series or (b) 4000 plus. For each of these systems, provide the following:

    a. The instantaneous peak flow that the system is designed and/or rated to handle;
    b. The level of disinfection called for in the specifications;
    c. The number of lamps used in said system to treat instantaneous peak flow and the number of lamps used for redundancy;
    d. Whether or not there is an uninterrupted power supply;
    e. The sale price of the system in U.S. dollars;
    f. The identity (name and contact information) of the representative who sold said system;
    g. Commissions or any disbursements paid to any entities in connection with the aforementioned sale;
    h. The dosage at peak flow without redundant lamps if present in the operation;
    i. Whether the system has been represented to be California Title 22 or Hawaiian R1 compliant; and
    j. Whether independent validation testing of dosage by Bioassay-dose determination has been conducted.

3. All documents related to campaign contributions made to any Hawaiian public official(s) or candidate(s) for the period 1998-present.

4. The contract(s) between Trojan Technologies, Inc. and Hawaii Engineering Services for the period of 1998-Present.

5. The contract(s) between Trojan Technologies, Inc. and The Coombs Hopkins Company for the period of 1998-2001.

6. Any and all correspondence, communications and documents exchanged between Trojan Technologies, Inc. and /or each of the following with respect to the Wahiawa Wastewater Treatment Plant project:

    i. Hawaii Engineering Services
    ii. GMP
    iii. The City and County of Honolulu
    iv. State of Hawaii
    v. Bodell
    vi. Hawaii State Department of Health

903706.1

MAY-19-2005  11:11                                                                                       P.08/08

7. All documents submitted to the State of California concerning Trojan's application for certification that its Trojan 4000 or 4000 Plus was Title 22 compliant.

8. All documents submitted to the State of Hawaii concerning Trojan's application for certification that its Trojan 4000 or 4000 Plus was Hawaii R.1 compliant.

9. All documents between Trojan and its representatives, for the period of 1998-2001, concerning the drafting of specifications for UV disinfection system(s).

10. All documents between Trojan and Hawaii Engineering Systems concerning UltraTech Systems, Inc. for the period of 1998-present.

11. All documents between Trojan and any other representative concerning UltraTech Systems, Inc., for the period of 1998-present.

12. All documents between Trojan and Hawaii Engineering Systems concerning Infilco Degremont, Inc. for the period of 1998-present.

13. All documents between Trojan and any other representative concerning Infilco Degremont, Inc. for the period of 1998-present.

903706.1

LA S5 05 957** LAS505957

(P )F OF SERVICE BY MAIL - Federal Rul a))

I am employed in the county of SANTA CLARA, my business address is 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, I am over the age of eighteen (18), and am not a party to the within action(s). I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence described below will be deposited with the United States Postal Service today in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit. I served the within copy: SUBPOENA IN A CIVIL CASE, on the below listed entities in said actions by placing said documents in a sealed envelope with postage fully prepaid and addressed as follows:

CADES, SCHUTTE, FLEMING & WRIGHT
ATTORNEYS AT LAW
1000 BISHOP STREET
12TH FLOOR
HONULULU, HI 96824
ATTN: DAVID C. SCHULMEISTER, ESQ.
Represents: PLAINTIFF

SAKI IWANAGA & SUTTON
ATTORNEY AT LAW
201 MERCHANT STREET CITY FINANCIAL TOWER, STE. 2307
HONLULU, HI 96813
ATTN: RICHARD C. SUTTON, JR., ESQ.

OFFICE OF CORPORATION
COUNSEL-HONOLULU
530 SOUTH KING ST., STE. 110
HONOLULU, HI 96813
ATTN: DAVID Z. ARAKAWA, ESQ.
Name: CITY & COUNTY OF HONOLULU

KOBAYASHI, SUGITA & BODA LLP
ATTORNEYS AT LAW
FIRST HAWAIIAN CENTER
999 BISHOP STREET SUITE#2600
HONOLULU, HI 96813
ATTN: BERT KOBAYASHI
Name: OHIO PACIFIC TECH, INC.

and that they were deposited on 05/20/05 for deposit in the United States Postal Service and that the envelope was sealed and placed for collection and mailing that date at Quest Discovery Services, 2025 GATEWAY PLACE #330, SAN JOSE, CA 95110, following ordinary business practices.

DATED: 05/20/05 AT SAN JOSE, CALIFORNIA

I Declare under penalty of perjury that the foregoing is true and correct. *Elsa Morquedo*

This form was printed for all subpoenas in this series

signature