# EXHIBIT "C"

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wemed.com

January 10, 2006

*VIA ELECTRONIC MAIL*

Alex Vesselinovitch, Esq.
Katten Muchin Rosenman
525 W. Monroe
Chicago, IL 60661

  Re: Bodell Construction Company v. Ohio Pacific Tech, Inc. et al.
    <u>Our File No.: 08167.00001</u>

Dear Mr. Vesslinovitch:

  We are in receipt of the discovery documents responsive to the subpoena served on Trojan Technologies. After reviewing same, we have come across a number of documents which we believe should not bear the "highly confidential" designation. As such, we are attempting to work this out amongst the parties, as agreed to under the Protective Order which was entered into on or about October 21, 2005.

  The protective order defined "Highly Confidential" information as:

> *"Information that Trojan believes is highly sensitive proprietary, financial, or trade secret information, that might cause competitive or business damage if it were to be disclosed to another party, including a competitor."*

  The documents which we are seeking a change in designation, do not include any financial, proprietary or trade secret information. They are largely communications between Trojan and outside parties, and/or correspondence between parties other than Trojan.

  Pursuant to Paragraph 5 of the Protective Order, the parties are to resolve such a dispute on an informal basis before seeking relief from the Court. As the current court deadline for dispositive motions is January 23, 2006, we are asking that you review this request and respond to us by the end of this week.

  We have attached copies of the initial documents which we would like you to reconsider. After reviewing same, please let us know if you will concede to having the designation changed, and allow disclosure of these materials, or if we must seek the intervention of the Court.

1074412.1

To:
July 19, 2005
Page 2

If you have any questions or concerns please feel free to contact me at (914) 323-7000 ext. 4019.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Kirsten Bennett -- O'Rourke

cc:   Adam R. Bialek, Wilson Elser
      Chad A. Diehl, Katten Muchin

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1074412.1