# EXHIBIT "D"

## Bialek, Adam

| | |
|---|---|
| **From:** | Bialek, Adam |
| **Sent:** | Thursday, July 14, 2005 12:10 PM |
| **To:** | 'Ronald T. Ogomori' |
| **Cc:** | Keith W. Hunter; 'ge@ultratechsys.com'; Bennett-O'Rourke, Kirsten |
| **Subject:** | Bodell v. City and GMP et al. |

Dear Ron:

    I apologize for not getting this to you sooner. After being away so much in June, things were a little backed up here. Anyway, I have asked Greg to prepare a list of information he will need in order to prepare a proper proposal for you to discuss with the City. The questions are as follows:

In order to consider supplying a replacement UV system, there is information that UltraTech requires:

A.    Will the "new" UV system be grandfathered to meet the old Title 22 - R1 disinfection requirements to which the current system is apparently permitted to comply?

B.    What are the flows that the current systems is disinfecting (12 month period)?
        Peak Flow?
        Average Flow?
        Minimum Flow

What flows would the new system be required or requested to disinfect?

C.    What is the amount of electricity that the present system consumes? UltraTech wants to be able to correlate the electricity consumed with the flow being disinfected. It would also be helpful to know if at least three of the banks of lamps are being operated at all times per Title 22?

D.    What is the current cost per UV lamp and how often are these lamps requiring replacement?

E.    What is the maximum hydraulic flow that the new UV system must pass, that is, flow that will not be disinfected to Title 22 standards?

F.    How much hydraulic head is available to the UV system?

G.    What is the quality of effluent that is currently being produced by the plant:
        TSS?
        BOD?
        % UV Transmission?

H.    Can the plant tolerate a stoppage in flow? If so, for how long?

I.    Are there available as-built drawings showing the dimensions of the UV channels that were constructed?

    I appreciate the work that you are doing in trying to get this matter resolved. As soon as this information is provided, I will pass it along to UTS so that a proposal can be made. UTS is trying to prepare a proposal that will show both the cost savings to the City as well as present a plan for a system that would meet the City's requirements.

    I look forward to receiving this information at your earliest convenience. I again thank you and Mr. Hunter for the time spent in trying to resolve this matter.

Regards,

Adam
_____
Adam R. Bialek, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604
Phone: (914) 323-7000 x4017
Fax: (914) 323-7001
E-Mail: BialekA@wemed.com

150 East 42nd Street
New York, New York 10017
Phone: (212) 490-3000
Fax: (212) 490-3038