# EXHIBIT "E"

Adam

---

From: Bialek, Adam
Sent: Tuesday, August 02, 2005 12:27 PM
To: rogomori@ksglaw.com
Cc: Keith W. Hunter (keithhunter@dpr4adr.com); 'ge@ultratechsys.com'; Bennett-O'Rourke, Kirsten; 'Evelyn Johnson'
Subject: FW: Bodell v. City and GMP et al.

Dear Ron:

I was just checking in to see if there have been any developments on this case. Please let me know whether you were able to get any of this information.

Thanks and Regards,

Adam

---

From: Bialek, Adam
Sent: Thursday, July 14, 2005 12:10 PM
To: 'Ronald T. Ogomori'
Cc: Keith W. Hunter; 'ge@ultratechsys.com'; Bennett-O'Rourke, Kirsten
Subject: Bodell v. City and GMP et al.

Dear Ron:

I apologize for not getting this to you sooner. After being away so much in June, things were a little backed up here. Anyway, I have asked Greg to prepare a list of information he will need in order to prepare a proper proposal for you to discuss with the City. The questions are as follows:

In order to consider supplying a replacement UV system, there is information that UltraTech requires:

A. Will the "new" UV system be grandfathered to meet the old Title 22 - R1 disinfection requirements to which the current system is apparently permitted to comply?

B. What are the flows that the current systems is disinfecting (12 month period)?
            Peak Flow?
            Average Flow?
            Minimum Flow

What flows would the new system be required or requested to disinfect?

C. What is the amount of electricity that the present system consumes? UltraTech wants to be able to correlate the electricity consumed with the flow being disinfected. It would also be helpful to know if at least three of the banks of lamps are being operated at all times per Title 22?