# EXHIBIT "F"

From:      Bialek, Adam
Sent:      Thursday, August 18, 2005 19:15
To:        'rogomori@ksglaw.com'
CC:
BCC:
Subject:   Re: ++++Spam++++ FW: Bodell v. City and GMP et al.

Thanks and I consent.

-----Original Message-----
From: Ronald T. Ogomori <rogomori@ksglaw.com>
To: Bialek, Adam <BialekA@WEMED.com>
Sent: Thu Aug 18 19:14:09 2005
Subject: RE: ++++Spam++++ FW: Bodell v. City and GMP et al.

Dear Adam,


I hope that all is well with you. I hope to get the response to Greg's inquiry you by the end of next week.


In addition, I just talked to Dave about Bodell seeking a continuance of the settlement conference (which is scheduled for September 9th) since we are still waiting on Bodell's demand letter. Take care.


Ron

_____

From: Bialek, Adam [mailto:BialekA@WEMED.com]
Sent: Thursday, August 18, 2005 11:47 AM
To: Ronald T. Ogomori; George Gusman
Cc: keithhunter@dpr4adr.com; Evelyn Johnson; ge@ultratechsys.com; Bennett-O'Rourke, Kirsten; Adrian W. Rosehill; esikailua@aol.com
Subject: ++++Spam++++ FW: Bodell v. City and GMP et al.


Dear Ron and George:

   I trust that this note finds you well and you are enjoying your summer. I just wanted to follow up again to see if you have been able to respond to Greg's inquiries. I would like to be able to have him respond with a proposal for the City, but he still needs the info requested. Please let me know where we stand.

   Thank you in advance for your attention to this matter.

Regards,