# EXHIBIT "G"

Adam R. Bialek, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, New York 10604
Phone: (914) 323-7000 x4017
Fax: (914) 323-7001
E-Mail: BialekA@wemed.com

150 East 42nd Street
New York, New York 10017
Phone: (212) 490-3000
Fax: (212) 490-3038

---

**From:** Bialek, Adam
**Sent:** Friday, October 21, 2005 3:47 PM
**To:** 'Ronald T. Ogomori'; George Gusman
**Cc:** ge@ultratechsys.com; 'Adrian W. Rosehill'; ESIKAILUA@aol.com; 'Evelyn Johnson'; Keith W. Hunter (keithhunter@dpr4adr.com); 'Richard Sutton'; Bialek, Adam
**Subject:** #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al.

Dear Ron and George:

Ron: Congratulations on the birth of your son. It is certainly a special day.

George: As you can see from the exchanges set forth below, I had expected to receive the City's response to UltraTech's inquiries by the end of August. We still have not received any response. As such, can you please follow up with Ron and the City to ascertain whether the City will be providing the information to UltraTech in an effort to resolve the case through a purchase of an upgraded UV system at Wahiawa, or whether the City instead intends to simply negotiate a resolution with UltraTech without regard to the new system. With the next mediation coming up shortly, UltraTech is uncertain whether there has been any change in positions by the City or GMP. We would appreceite some guidance before the mediation so that we do not waste anyone's time.

Thank you for your attention to this matter.

Regards,


Adam

---

| | |
|---|---|
| From: | Bialek, Adam |
| Sent: | Thursday, August 18, 2005 19:15 |
| To: | 'rogomori@ksglaw.com' |
| CC: | |
| BCC: | |
| Subject: | Re: ++++Spam++++ FW: Bodell v. City and GMP et al. |

Thanks and I consent.

-----Original Message-----

11/8/2005