# EXHIBIT "H"

8167-1

## Bialek, Adam

**From:** Bialek, Adam
**Sent:** Tuesday, November 08, 2005 4:25 PM
**To:** 'Ronald T. Ogomori'; 'George Gusman'
**Cc:** 'ge@ultratechsys.com'; 'Adrian W. Rosehill'; 'ESIKAILUA@aol.com'; 'Richard Sutton'; 'Keith W. Hunter (keithhunter@dpr4adr.com)'; 'Evelyn Johnson'; 'David Schulmeister'; Bennett-O'Rourke, Kirsten; Bialek, Adam
**Subject:** RE: #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al.

Dear Ron and George:

I still have not received the information that was requested from the City. Please let us know whether it will be forthcoming or whether the City and/or GMP will be making a monetary offer to settle the UTS claim instead.

By copy of this email to Keith Hunter and Evelyn Johnson, please provide us with the call in instructions for tomorrow's mediation.

Thank you in advance for your attention to this matter.

Regards,

Adam

---

**From:** Bialek, Adam
**Sent:** Wednesday, October 26, 2005 10:23 AM
**To:** 'Keith W. Hunter (keithhunter@dpr4adr.com)'; 'Evelyn Johnson'
**Cc:** 'ge@ultratechsys.com'; 'Adrian W. Rosehill'; 'ESIKAILUA@aol.com'; 'Richard Sutton'; Bialek, Adam; 'Ronald T. Ogomori'; 'George Gusman'; David Schulmeister; Bennett-O'Rourke, Kirsten
**Subject:** RE: #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al.

Dear Mr. Hunter and Ms. Johnson:

As you may be aware, after the last mediation session in June, UltraTech was directed to supply a list of information it needed from the City in order to prepare a proposal for the City to discuss at mediation. While UltraTech provided the City with a list, the City has yet to provide UltraTech with the info. In addition, the City has not tendered any counter offer. Yesterday, I spoke with Ron Ogomori, counsel for the City, and he is still working on the issue with his client. In light of this position, it is not economically realistic for Mr. Ellner or I to physically attend the mediation on November 9. Instead, Adrian Rosehill will be appearing on behalf of both UltraTech and Engineered Systems. He will have full authority to act on behalf of UltraTech should the City and GMP choose to make a monetary offer in lieu of the alternative scenarios we discussed. In addition, Mr. Ellner and I will be available to participate by phone. Can you please let us know the call in information so that we may join the group.

I again thank you in advance for your efforts in attempting to resolve this matter. If you have any questions or comments, please feel free to contact me.

Regards,

Adam

11/8/2005