# EXHIBIT "I"

**Bialek, Adam**

| | |
|---|---|
| From: | Bialek, Adam |
| Sent: | Tuesday, November 08, 2005 8:55 PM |
| To: | 'ggusman@ksglaw.com' |
| Subject: | Re: #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al. |

Thanks George.

-----Original Message-----
From: George Gusman <ggusman@ksglaw.com>
To: Bialek, Adam <BialekA@WEMED.com>; Ronald T. Ogomori <rogomori@ksglaw.com>
CC: Soo K. Paupe <sham@ksglaw.com>; Takeuchi, Gary Y. <gtakeuchi@honolulu.gov>
Sent: Tue Nov 08 20:43:50 2005
Subject: RE: #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al.

Adam,


We have been in contact with the City to provide the information that your client had
requested.  While we have put a significant amount of effort into gathering this
information and documentation, the City is considering various options for the Wahiawa
plant and has not yet made a determination on how it would like to proceed in regard to
the UV System at the plant.  In light of this, it is unlikely that we will be able to
provide any of the requested information to your client at this time.  The City is in the
process of exploring other options to resolve these claims.


Thank you,


George



_____


From: Bialek, Adam [mailto:BialekA@WEMED.com]
Sent: Tuesday, November 08, 2005 11:25 AM
To: Ronald T. Ogomori; George Gusman
Cc: ge@ultratechsys.com; Adrian W. Rosehill; ESIKAILUA@aol.com; Richard Sutton;
keithhunter@dpr4adr.com; Evelyn Johnson; David Schulmeister; Bennett-O'Rourke, Kirsten;
Bialek, Adam
Subject: RE: #2004583 v1 - Re: ++++Spam++++ FW: Bodell v. City and GMP et al.



Dear Ron and George:


   I still have not received the information that was requested from the City.  Please
let us know whether it will be forthcoming or whether the City and/or GMP will be making a
monetary offer to settle the UTS claim instead.


   By copy of this email to Keith Hunter and Evelyn Johnson, please provide us with the
call in instructions for tomorrow's mediation.

1