**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            }
                             } ss.:
COUNTY OF WESTCHESTER        }

    I, Kirsten Bennett O'Rourke, being duly sworn, deposes and says:

    I am not a party to the action, am over the age of 18 years of age and reside in Fairfield County, Connecticut.

    On January 19, 2006, I served the within **MOTION,** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**TO:**

CADES SCHUTTE
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
Attn.:  David Schulmeister, Esq.

OFFICE OF CORPORATION COUNSEL -
HONOLULU
530 S. Kings Street, Suite 110
Honolulu, Hawaii 96813
Attn:   David Z. Arakawa, Esq.
        Corporation Counsel

KOBAYASHI, SUGITA & GODA
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attn:  Ronald T. Ogomori, Esq.

SAKAI IWANAGA SUTTON,
ATTORNEYS AT LAW
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
Attn: Richard C. Sutton, Jr., Esq.

NISHIOKA & FUJIOKA
Davies Pacific Center
841 Bishop Street Ste. 224
Honolulu, HI 96813
Attn.: Greg I. Nishioka, Esq.

GERSON & HIENEMAN
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Attn.: Adrian Rosehill, Esq.

_____
**Kirsten Bennett O'Rourke**

Sworn to before me this
19th day of January, 20061081536.1

_____
Notary Public

EMILY C.F. MANN
ATTORNEY & COUNSELOR AT LAW
State of New York No. 02MA6043015
Residing in Westchester County
Commission Expires June 5, 20 06