IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, <br><br> Defendants. | CIVIL NO.  03-00706 JMS/LEK <br><br> ORDER GRANTING DEFENDANT ULTRA TECH SYSTEMS, INC.'S MOTION TO EXTEND THE COURT IMPOSED DEADLINES FOR FILING DISPOSITIVE MOTIONS |

ORDER GRANTING DEFENDANT ULTRA TECH SYSTEMS, INC.'S MOTION TO EXTEND THE COURT IMPOSED DEADLINES FOR FILING DISPOSITIVE MOTIONS

On January 19, 2006, Defendant Ultra Tech Systems, Inc. moved the court for an extension of time to file dispositive motions.  Magistrate Judge Leslie Kobayashi had previously set January 9, 2006 as the deadline for filing dispositive motions, and Ultra Tech Systems, Inc., now requests that the deadline be extended until February 17, 2006.

Ultra Tech Systems, Inc. has demonstrated good cause why the deadline should be extended. Therefore, the court GRANTS its request: the filing deadline for all dispositive motions in the instant case is hereby extended to February 17, 2006. All other requests contained in Ultra Tech Systems, Inc.'s January 19, 2006 filing are referred to Magistrate Judge Kobayashi for disposition.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 31, 2006



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Bodell Construction Company v. Ohio Pacific Tech, Inc., et al.*, Civ. No. 03-00706JMS/LEK, Order Granting Defendant Ultra Tech Systems, Inc.'s Motion to Extend the Court Imposed Deadlines for Filing Dispositive Motions