IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
------------------------------------- x
BODELL CONSTRUCTION COMPANY, a Utah      : Civil No. 03-00706
Corporation,
                                         : CERTIFICATE OF
              Plaintiff,                   COMPLIANCE WITH
                                         : L.R. 7.5 AND 56(D)
      - against -
                                         :
OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES,
INC., an Ohio corporation; CITY AND COUNTY OF :
HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign
corporation, JOHN DOES 1-50, DOE CORPORATIONS :
1-50,
                                         :
              Defendants.
------------------------------------- x
```

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 AND 56(d)**

Pursuant to Local Rule 7.5 and 56(d), the undersigned hereby certifies that the foregoing concise statement of facts contains 1,081 words according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rule 7.5(d).

1084392.1

Dated: White Plains, New York
       February 17, 2006

                        Yours, etc.,

     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
     Adam R. Bialek
     *Attorneys for Defendant*
     **ULTRA TECH SYSTEMS, INC.**
     3 Gannett Drive
     White Plañís, New Cork 10604
     Tel: (914) 323-7000
     Fax: (914) 323-7001
     File No. 08167.00001