# EXHIBIT 1

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3      _____

 4      BODELL CONSTRUCTION COMPANY,

 5      a Utah corporation,

 6                     Plaintiff,

 7           vs.                        CIVIL NO. 03-00706(HG/LEK)

 8      OHIO PACIFIC TECH, INC., fka GMP   (Contract)

 9      ASSOCIATES, INC., an Ohio

10      corporation; CITY AND COUNTY OF

11      HONOLULU; ULTRA TECH SYSTEMS,

12      INC., a foreign corporation,

13                     Defendants.

14      _____

15              DEPOSITION OF LEE A. MANSFIELD

16                         VOLUME I

17         Taken on behalf of the Plaintiff, BODELL

18      CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19      Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20      9:24 a.m. on February 28th, 2005, pursuant to Notice.

21

22

23      BEFORE:     B. KANOELANI COCKETT

24                  Certified Shorthand Reporter

25                  HI CSR NO. 379, CA CSR NO. 7995
```

**EXHIBIT 3**

1       THE WITNESS: Yeah, sorry, Adam.
2  BY MR. SCHULMEISTER:
3       Q.   During this time frame and let's say December when
4  the bids were open, now we're into February, did you have any
5  discussions with Mike Elhoff or anyone from Trojan about the
6  fact that the low bidder for Wahiawa had bid based on Ultra
7  Tech?
8       A.   Oh, most likely I did.
9       Q.   Okay. And do you remember any of those discussions?
10      A.   No, I don't.
11      Q.   Why do you say "most likely" you did?
12      A.   I'm sure he would have called out what the status of
13 the bid was since he was one of the potential suppliers.
14      Q.   So who would have called?
15      A.   I would imagine Mike Elhoff would have called.
16      Q.   Okay. And when is the first time you ever had any
17 dealings with Mike Elhoff?
18      A.   Dave, that goes back many years, back when he worked
19 for Berkeley Engineering, and I don't know how many years ago
20 that is, probably 15 years ago.
21      Q.   Okay. You have to educate me.
22      A.   Sure.
23      Q.   What is Berkeley Engineering?
24      A.   Well, it was another company that represented
25 suppliers.

1    Q.   Of?

2    A.   All kinds of equipment.

3    Q.   Okay. So the contact you had with him in the past

4  was always as a manufacturer's representative?

5    A.   That's correct.

6    Q.   For equipment for wastewater or all for wastewater

7  treatment plants?

8    A.   We may have. I may have dealt with him on equipment

9  for other things like water treatment, mostly wastewater,

10 though.

11   Q.   All right. Mostly wastewater.

12        And so, I mean, do you have any -- did you have any

13 social relationship with him?

14   A.   I do not.

15   Q.   Okay. But many years of dealing with him as a

16 representative of equipment for plants you were designing?

17   A.   Correct.

18   Q.   And had -- during those years had he provided you

19 manufacturer's specifications in the past for specific

20 products?

21   A.   Yes.

22   Q.   And, I mean, manufacturer's representatives

23 typically lobby the designer to get their product specified,

24 right?

25   A.   Absolutely.

93

1  Q.  And he had been doing that with you for 15 years?

2  A.  Off and on for 15 years.

3  Q.  Okay.

4  A.  I hate to have you --

5  Q.  Was he a success?

6  A.  Well, I don't know.

7  Q.  Varying degrees of success?

8  A.  That would be fine.

9  Q.  Did he have a good reputation with you?

10 A.  Yeah, I think he was a pretty good equipment rep.

11 Q.  How long -- well, was he involved in providing
12 information to you in connection with the preparation for --
13 in connection with your preparation of the UV specs for
14 Honouliuli?

15 A.  I don't recall if it was him, but Trojan was
16 involved in providing us information in preparation of the
17 specs.

18 Q.  Okay. All right. So after the bids were opened,
19 and I guess it was learned that Bodell had bid based on Ultra
20 Tech, you think that it was fairly soon after that that you
21 would have had a conversation with Mr. Elhoff about that,
22 right?

23 A.  Yeah, it would have been -- I would be surprised if
24 I did not have a conversation.

25 Q.  And during those conversations did he learn that the