# EXHIBIT 7

99-1122h.



11/18/99

City & County of Honolulu
Department of Design & Construction
650 S. King St. 14th Floor
Honolulu, HI 96813

Dear Sir:

Subject: Wahiawa Wastewater Treatment Plant
Job # W10-99
Substitution Request

In accordance with the requirements of the Special Provisions, we hereby submit six (6) sets of technical specifications, brochures, variances, and other information so as to compare quality and suitability of the following alternative equipment:

| SECTION | ITEM | SPECIFIED | ALTERNATIVE | VARIANCE |
|---------|------|-----------|-------------|----------|
| 11376/2.1 | U.V. Disinfe | Trojan Tech | Ultratech Sys | Low Pressure |

I further certify that this request for substitution has no other variant features.

Very Truly Yours,

Paul Scott -- Engineered Systems Inc.
PLS/ps

OPT-02347

P.O. BOX 865 · KAILUA OAHU HI 96734 · PH. (808) 262-2232  FAX (808) 262-3928

11/18/99

WE ARE REQUESTING THE APPROVAL OF THE ULTRATECH LOW PRESSURE U.V. DISINFECTION SYSTEM.

ULTRATECH WILL MEET THE INTENT OF THE SPECIFICATIONS WITH RESPECT TO THE DISINFECTION REQUIREMENTS. THE ULTRATECH SYSTEM WILL FIT INTO THE CHANNEL SHOWN ON THE DRAWINGS.

THE LOW PRESSURE U.V. DISINFECTION SYSTEM WILL PROVIDE CONSIDERABLE SAVINGS IN OPERATING COSTS OVER THE MEDIUM PRESSURE SYSTEM SHOWN ON THE DRAWINGS.

WE HAVE HAD AN ULTRATECH U.V. SYSTEM SUCCESSFULLY OPERATING ON AN R-1 APPLICATION IN HAWAII FOR THE LAST 3 YEARS.

ULTRATECH IS PRESENTLY IN THE PROCESS OF SUPPLYING A LARGE U.V. DISINFECTION SYSTEM FOR THE KAILUA WASTEWATER TREATMENT PLANT.

IF YOU HAVE ANY QUESTIONS REGARDING THIS SUBSTITUTION REQUEST PLEASE CALL.

MAHALO. PAUL SCOTT.

OPT-02348

MATERIAL SUBSTITUTION REQUEST

Date: November 23, 1999

Substitution Requested By:
    Company: Engineered Systems
    Address: P.O. Box 865, Kailua, HI 96734
    Contact: Paul Scott      Phone: (808) 263-2232
                                                 Fax: (808) 263-3928

Date of Material Substitution Request Letter: November 19, 1999

Project: Wahiawa WWTP Effluent Reuse & Outfall Adjustment
                                                             Job W10-99

Specification Section: 11376
Specified Items: UV Disinfection
Approved Manufacturer/Model: Trojan Tech

Substitute Manufacturer/Model: Ultratech Systems
Stated Deviations: Low Pressure in lieu of medium pressure

Recommendations:

☐   Based on information provided, the above item may be considered equal to the brand specified. This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents

☐   Based on information provided, the above item may be considered equal to the brand specified, under the following conditions:
_____
_____

This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents.

☒   Based on information provided, the above item may <u>not</u> be considered equal to the brand specified due to:
Insufficient information to determine suitabilty. Supplier shall provide engineering information to demonstrate that this unit meets or exceeds each major requirement of the spec. Specifically, show that the low pressure unit fits in this space indicated on the drawings, provide information on the proposed dose pacing system and give details on the cleaning system, in addition to other requirements. Supplier has only provided sales brochures.

    Review by:    LAM, GMP Associates

OPT-02359