# EXHIBIT 10

**GMS ASSOCIATES, INC.**

1100 Alakea Street, Suite 1800
Honolulu, Hawaii
PH: (808) 521-4711
Fax: (808) 538-3269

## Letter of Transmittal

| DATE Dec. 17, 1999 | JOB NO 2500/01 |
|---|---|
| ATTENTION Mr. Guy Inouye | |
| RE: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment | |

TO: Department of Design and Construction
Division of Infrastructure Design & Engineering
650 South King Street, 14th Floor
Honolulu, HI 96813

WE ARE SENDING YOU ☒ Attached  ☐ Under separate cover via _____ the following items:

☐ Shop drawings  ☐ Prints  ☐ Plans  ☐ Samples  ☐ Specifications
☐ Copy of letter  ☐ Change order  ☒ Copy of Substitution Request

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 11/23/99 | — | Response to Material Substitution Request for UltraTech UV Disinfection System |

THESE ARE TRANSMITTED as checked below:

☐ For approval  ☐ Approved as submitted  ☐ Resubmit ___ copies for approval
☒ For your use  ☐ Approved as noted  ☐ Submit ___ copies for distribution
☒ As requested  ☐ Returned for corrections  ☐ Return ___ corrected prints
☐ For review and comment  ☐ _____
☐ For BIDS DUE _____ 19__ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____

COPY TO File

SIGNED: _____

If enclosures are not as noted, kindly notify us at once.

OPT-02345

Plaintiff's EXHIBIT 20 Stone II 3-2-05

**EXHIBIT 18**

MATERIAL SUBSTITUTION REQUEST

Date: <u>November 23, 1999</u>

Substitution Requested By:
    Company: <u>Engineered Systems</u>
    Address: <u>P.O.Box 865, Kailua, HI 96734</u>
    Contact: <u>Paul Scott</u>  Phone: <u>(808) 263-2232</u>
                                            Fax:    <u>(808) 263-3928</u>

Date of Material Substitution Request Letter: <u>November 19, 1999</u>

Project: <u>Wahiawa WWTP Effluent Reuse & Outfall Adjustment</u>
                                                              Job <u>W10-99</u>

Specification Section: <u>11376</u>
Specified Items: <u>UV Disinfection</u>
Approved Manufacturer/Model: <u>Trojan Tech</u>

Substitute Manufacturer/Model: <u>Ultratech Systems</u>
Stated Deviations: <u>Low Pressure in lieu of medium pressure</u>

Recommendations:

☐    Based on information provided, the above item may be considered equal to the brand specified. This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents

☐    Based on information provided, the above item may be considered equal to the brand specified, under the following conditions:

    <u>                                                                                     </u>

    This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents.

☒    Based on information provided, the above item may <u>not</u> be considered equal to the brand specified due to:
<u>Insufficient information to determine suitabilty. Supplier shall provide engineering information to demonstrate that this unit meets or exceeds each major requirement of the spec. Specifically, show that the low pressure unit fits in this space indicated on the drawings, provide information on the proposed dose pacing system and give details on the cleaning system, in addition to other requirements. Supplier has only provided sales brochures.</u>

    Review by: <u>   LAM, GMP Associates   </u>

OPT-02346



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813 | Name:<br><br>Mr. Guy Inouye | Fax No.:<br><br>523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>  1100 Alakea Street, Suite 1800<br>  Honolulu, Hawaii 96813<br><br>Client Number:                    2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii<br>Date:        December 17, 1999<br><br>Hawaii<br>Time: | Total No. of Pages<br>(Including this Page)<br><br>12 |

Remarks:

OPT-02358

```
                          TRANSACTION REPORT                              P.01
                                                     DEC-17-99 FRI 13:00

    SEND(M)

 DATE   START  RECEIVER            TX TIME  PAGES TYPE        NOTE          M# DP

 DEC-17 12:54  DEPT DESIGN CON IDE  6'49"    12  SEND         (M) OK           096

                                   TOTAL     6M 49S  PAGES:   12
```



# FACSIMILE TRANSMITTAL

| TO: (Company and Address) Division of Infrastructure Design & Engineering Department of Design & Construction 650 South King Street, 14th floor Honolulu, HI 96813 | Name: Mr. Guy Inouye | Fax No.: 523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc. 1100 Alakea Street, Suite 1800 Honolulu, Hawaii 96813  Client Number:  2500/01 | Name: Jay M. K. Stone | Telephone: (808) 521-4711 Fax Number: (808) 538-3269 |
| Subject: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment Copy of UltraTech Substitution Request | Hawaii Date:  December 17, 1999 Hawaii Time: | Total No. of Pages (Including this Page) 12 |

Remarks:

OPT-02357