# EXHIBIT 13

*Cyril*
*Dmts*
*Please prepare bid document for UV equipment.*
*Dennis*

## MANAGEMENT TEAM MEETING NOTES – JANUARY 10, 2000

**George**

1. Kapolei Civic Center/Police Station: Ben announced on TV that we are going to move a couple of hundred people to Kapolei either end of May or June. Our scheduled shows August 18 as completion date, but because we have not decided who will be moving into building, date has been slipping. George to organize information for meeting with Ben. Exterior finishes of building not acceptable by Ben. Ben will call Kurt Mitchell. Meeting to be scheduled with Ben. Meet with Kurt Mitchell first.

2. Bandstand: George and Alfred are working on project. There is a meeting this morning at site with Outdoor Circle. A special arborist for pond needs tobe hired because an arborist is not in the contract. Be sure arborist is there when excavating around the trees. Palms are dying because there is no irrigation. Alfred to advise contractor to irrigate plants inside fence and Parks will water outside of fence. Check with Balfour how much water.

**Roland**

3. Kalaheo Sewer meeting tomorrow night: Ben wants to see display boards. Alfred to find boards and get back to Roland.

4. Blaisdell Center—adding 3rd level of parking. Very expensive. George to forward study to Alvin Au and MD. Study to include cost issue as well as foundation strength and weight of project.

5. Wahiawa STP Bid situation: Per Honke: We are going ahead with award including options to include clarifer and deleting UV disinfection equipment because approval given to vendor through pre-qualifications. Corporation Counsel said we could go that route. Need to come up with expenses for equipment and rebid. Written information was not submitted; only verbal and another vendor complained. We eliminated equipment from package and will procure equipment by itself--this portion of bid based on our error. Will work with ENV to purchase equipment. We have some funds available because project was funded and funds were encumbered for FY99 and FY00. Need to talk to ENV on 2001 budget. Project should be completed in about 14 months. Cyril is project manager. This was discussed with Randy.

6. Mayor's State of City Address will be on January 20, 11:30, City Hall. It is significant for you to attend because Mayor will set the direction for us. Please try to attend.

7. Summary of Bids: Eugene is working on it.

**Gary**

8. Waiola: Escrow for Waiola/Manager's Drive is in process. Bond returned by DPP. Randy was to speak to Balfour regarding easement approval.


Plaintiff's Exhibit 5 Mansfield 2-28-05

C&C/Bodell
C027422