# EXHIBIT 14

| | |
|---|---|
| From: | Clay, Robert |
| Sent: | Wednesday, October 11, 2000 10:59 AM |
| To: | Myers, Nathen; Brown, Neil |
| Subject: | FW: Wahiawa |

-----Original Message-----

| | |
|---|---|
| From: | Mike [SMTP:mike@hiengineering.com] |
| Sent: | Wednesday, October 11, 2000 8:17 AM |
| To: | 'rbraun@trojanuv.com'; 'dschwartzel@trojanuv.com'; 'rclay@trojanuv.com' |
| Cc: | 'dlilley@trojanuv.com'; Nicol |
| Subject: | Wahiawa |

I received David's voice mail yesterday regarding contact by Leroy at Bodell Construction in Salt Lake City.

The situation is that we are in a good position with the city. Based on the poor performance at Kailua, the submittal fiasco on Wahiawa, and a generally negative opinion in Hawaii, Ultratech is not being considered for Wahiawa. Days after the bid opening, I met with the city to address concerns that Trojan was price gouging on Wahiawa, based on comments from the UT rep. and the large disparity in price. In that meeting, we submitted a cost/lamp comparison with similar projects and I covered the ugly history of UV in Hawaii. At the conclusion of the meeting Jimmy Honke apologized to me and accepted that we had priced the job apropriately.

I am not sure what you, if anything offered in your discussion, but I believe our only concession should be to hold our price, not raise it. I spoke with Leroy and Mr. Bodell prior to bid opening and advised them that UT would not be approved. They have told the city that "Mike Elhoff is causing trouble", which the city passed on to me. My relationship and reputation with the city and the consultant couldn't be better. Leroy knows the entire situation and thus has contacted your office as they know I will be a brick wall.

To give any concession at this point will confirm that Trojan was gouging, and if Bodell is made aware that the twinned-module design is cost saving, it will be damaging to our Sand Island negotiations and our overall UV4000 strategy on pending projects. In the twinned-module presentation, I do not recall cost-savings being presented - for good reason - the twinned-module offers significant technical advantage, for which no price break is needed. If owners are made aware of cost savings, for pre-quoted projects, they will all expect bid deductions.

It is my experiance and belief that times have changed, at least in my territory, when contractors on large projects will sell thier soul more than ever to make money. The result is lost trust, last-minute bid pricing, and cut-throat tactics. I can't change thier behavior - just protect myself from it.

Please direct future calls from Bodell to me. I would like to confirm your salespro pricing is correct and send Bodell confirmation that we will honor the previously quoted price.

Thanks, Mike

**Highly-Confidential**                                                                 TROJ0000255