# EXHIBIT 20

Mike

From: Mike
Sent: Wednesday, May 31, 2000 6:16 PM
To: 'rclay@trojanuv.com'
Cc: 'dschwartzel@trojanuv.com'
Subject: Wahiawa

Guys,

I met with Lee and Jay @ GMP regarding the issues. They want the following, Thursday, if possible.

Chino Basin design data
Lake Elsinore design data (original and modification)
Headloss on Wahiawa with one channel, 8 banks, 8 lamp modules, 1600 lamps
Headloss on Wahiawa with one channel, 5 banks, 16 lamp modules, 1600 lamps
Number of Title-22 installations >5mgd, UV4000
Dose calculations for proposed one channel and two channel layout, peak and max. week.

Ultratech is 1600 lamps, 5 banks, 16 lamps/module. They are claiming 1280 lamps at peak flow burning. Any comments?

Thanks, Mike

1 CHANNEL (25 MGD.)
8 BANKS
7 BANKS = 110,000   1400 LAMPS

7 BANKS
6 BANKS = 95,000

2 CHANNELS (20 MGD.)
5 BANKS
4 BANKS = 100,000   1280 LAMPS

Plaintiff's EXHIBIT 15 Mansfield Vol-II

000071