# CERTIFCATE OF SERVICE

STATE OF NEW YORK            }
                             } ss.:
COUNTY OF WESTCHESTER        }

I, Debra Cummings, being duly sworn, deposes and says:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

On February 17, 2006, I served the within **Memorandum of Law in Support** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**TO:**

CADES SCHUTTE
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
Attn.: David Schulmeister, Esq.

OFFICE OF CORPORATION COUNSEL –
HONOLULU
City and County of Honolulu
530 S. Kings Street, Suite 110
Honolulu, Hawaii 96813
Attn: Carrie K. Okinaga, Esq.
      Maile R. Chun, Esq.

KOBAYASHI, SUGITA & GODA
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attn: Ronald T. Ogomori, Esq.

SAKAI IWANAGA SUTTON,
ATTORNEYS AT LAW
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
Attn: Richard C. Sutton, Jr., Esq.

1104681.1

GERSON & HIENEMAN
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Attn.: Adrian Rosehill, Esq.

*Debra Cummings*

Sworn to before me this
17th day of February, 2006

_____
Notary Public

JARRET A. KAHN
Notary Public, State of New York
No. 02KA6042180
Qualified in New York County
Commission Expires May 15, 2006

1104681.1