# EXHIBIT 35

## Kaneshiro, Dennis

**From:** Hamada, Cyril
**Sent:** Monday, October 30, 2000 8:54 AM
**To:** Kaneshiro, Dennis
**Subject:** RE: Wahiawa WWTP, Ultratech

Received from Engineered Systems a request to substitute Ultratech low pressure UV (ULP) disinfection system in lieu of the specified Trojan 4000 medium pressure (TMP) system about November 19, 1999.

From the preliminary engineering report prepared by Brown & Caldwell: "A final decision on the type of UV system should be determined by the design engineer, but a medium pressure UV system is suggested to reduce space requirements and provide a system that automatically self-cleans the light sleeves."

Reviewed the specifications. In my opinion, these specifications rehash the Honouliuli Effluent Reuse and are slanted toward the TMP system. The specifications allow for substitution:

"Capable of meeting the specified performance requirements, operate in an open channel, be of modular design, use UV lamps with electronic ballasts, and incorporate a cleaning system. UV system shall meet the hydraulic profile shown in the contract drawings. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. If structures and equipment need to be modified to meet hydraulic requirements of the plant, all cost shall be borne by the Contractor. Contractor shall submit design calculations showing that the hydraulic profile shown in the contract drawings will be met."

"Space available at the project site is limited. System must be suitable for installation in the area indicated on the plans, without encroaching on adjacent property lines, roadways, or buried piping."

"the manufacturer shall demonstrate to the satisfaction of the Engineer successful performance of the proposed system at a minimum of five (5) other wastewater locations in the United States."

"The manufacturer shall submit at least five (5) permanent wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one (1) year."

"UV disinfection system shall have been tested and certified to meet California Title 22 or Hawaii R-1 quality water."

Subsequent inquiry to California DHS revealed that both the TMP and the ULP meet Title 22. (It should be noted that the TMP units must satisfy additional requirements.)

Was assured by the vendor that space limitations and experience requirements would not be a problem.

(It should be noted that addendum no. 2 to the specifications, contain a clause which is directly contradictory to the language contained in Title 22.)

Finally, the Honouliuli job had the TMP units specified. The City approved the substitution request of Fishcer & Porter low pressure units. During the bidding period, the Fishcer & Porter representative, Don Benke, repeatedly stated the economic benefits of a low pressure system. That is less expensive in first and operating costs. Subsequent research by Black & Veatch substantiates his claim.

Therefore, since the ULP system meets Title 22, and since we approved a LP system for Honouliuli, and since Ultratech was approved for Kailua WWTP (a wastewater facility) and since it purportedly fits into the allocated space, and since there might be an economic benefit to the City, it was my decision to approve the substitution request.

Wrote a memo to Dennis Kaneshiro about November 30, 1999 informing him of my decision.

Since, I did not get any negative feedback, drafted the substitution approval letter, dated December 9, 1999 which was signed by James Honke and mailed to Engineered Systems

C&C/Bodell
C026305

-----Original Message-----
**From:** Kaneshiro, Dennis
**Sent:** Friday, October 27, 2000 12:56 PM

1



Deember 1, 1999

MEMORANDUM

TO:      THE RECORD

FROM:    CYRIL

SUBJECT: GMP'S RECOMMENDATIONS FOR SUBSTITUTION REQUESTS
         WAHIAWA WWTP EFFLUENT REUSE
         JOB NO. W10-99

1. GMP has recommended denial for the USFilter/Zimpro Hydro-clear sand filter based on their specifications which call for an upflow sand filter with continuous backwash (no separate backwash cycling).

   I am going against GMP's recommendation, for this simple reason - the requested sand filters are to be installed in our Honouliuli WWTP facility. This is a defacto approval and to depend on the specs in lieu of any other reasons would put the City in jeopardy of litigation.

2. GMP has recommended denial for Ultratech UV disinfection system based on lack of information on meeting the requirements of the specs.

   I am going to modify GMP's recommendation, allowing them to bid the project provided that they meet all requirements of the specifications. This is another case of defacto approval since these are the units that are being installed at Kailua WWTP.

C&C/Bodell
C026306