Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO
ORIGINAL

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI         5850-0
GEORGE GUSMAN             6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, <br><br> Defendant. | CIVIL NO. CV03-00706 HG-LEK <br> (Contract) <br><br> NOTICE OF MOTION; DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT AGAINST CROSS-CLAIM PLAINTIFF/DEFENDANT ULTRA TECH SYSTEMS, INC. AND THIRD PARTY DEFENDANT/ COUNTERCLAIM PLAINTIFF ENGINEERED SYSTEM, INC.; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

*Caption continued*

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, ) | Hearing Date:  MAY 1 2006 |
| ) | |
| Defendant, Third-Party ) | Time: 9 a.m. |
| Plaintiff, and Counterclaim ) | Judge: Honorable J. Michael Seabright |
| Defendant, ) | |
| ) | Trial Date: April 11, 2006 |
| vs. ) | |
| ) | |
| ENGINEERED SYSTEMS, INC., ) | |
| ) | |
| Third-Party Defendant, ) | |
| Counterclaim Plaintiff and ) | |
| Cross-Claim Plaintiff. ) | |
| ) | |
| CITY AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendant, Cross-Claim ) | |
| Plaintiff/Cross-Claim ) | |
| Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ULTRA TECH SYSTEMS, INC., a ) | |
| foreign Corporation, ) | |
| ) | |
| Defendant, Cross-Claim ) | |
| Defendant/Cross-Claim ) | |
| Plaintiff and Cross-Claim ) | |
| Plaintiff/Defendant, ) | |
| ) | |
| vs. ) | |
| ) | |
| OHIO PACIFIC TECH, INC., fka ) | |
| GMP ASSOCIATES, INC., an Ohio ) | |
| Corporation ) | |
| ) | |
| Cross-Claim ) | |
| Defendant/Plaintiff. ) | |
| ) | |

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO




## NOTICE OF MOTION

TO:   DAVID SCHULMEISTER, ESQ.
       KRISTIN S. SHIGEMURA, ESQ.
       Cades Schutte
       1000 Bishop Street, Suite 1200
       Honolulu, Hawaii 96813
         Attorneys for Plaintiff
         BODELL CONSTRUCTION

       RICHARD C. SUTTON, JR., ESQ.
       Sakai Iwanaga & Sutton
       City Financial Tower, Suite 2307
       201 Merchant Street
       Honolulu, Hawaii 96813
         Attorneys for Defendant
         OHIO PACIFIC TECH CORPORATION, Inc.,
         fka GMP ASSOCIATES, INC.

       CARRIE K. OKINAGA, ESQ.
       MAILE R. CHUN, ESQ.
       Department of Corporation Counsel
       530 S. King Street, Room 110
       Honolulu, Hawaii 96813
         Attorneys for Defendant
         CITY AND COUNTY OF HONOLULU

       ADAM R. BIALEK
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
       3 Gannett Drive
       White Plains, New York 10604-3407
         Attorney for Defendant
         ULTRA TECH SYSTEMS, INC.

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

ADRIAN W. ROSEHILL, ESQ.
OWEN H. MATSUNAGA, ESQ.
ALAN J. MA, ESQ.
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street Suite 780
Honolulu, Hawaii 96813
  Attorneys for Third-Party Defendant
  ENGINEERED SYSTEMS, INC.

NOTICE IS HEREBY GIVEN that Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Motion for Summary Judgment Against Plaintiff Bodell Construction Company, shall come on for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, on _____, __MAY 1 2006__ at __9:00__ a.m., or as soon thereafter as counsel may be heard.

     Dated: Honolulu, Hawaii     February 17, 2006    .

                          */s/ George Gusman III*
                          BERT T. KOBAYASHI, JR.
                          RONALD T. OGOMORI
                          GEORGE GUSMAN III
                          Attorneys for Defendant,
                            Cross-Claim Plaintiff/Defendant and
                            Third-Party Plaintiff/Counterclaim Defendant
                          CITY AND COUNTY OF HONOLULU

Document ID: 396192v2_GGU

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI   5850-0
GEORGE GUSMAN   6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>    Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>    Defendant. | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>)<br>) DEFENDANT, CROSS-CLAIM<br>) PLAINTIFF/DEFENDANT<br>) AND THIRD-PARTY<br>) PLAINTIFF/COUNTERCLAIM<br>) DEFENDANT CITY AND COUNTY<br>) OF HONOLULU'S MOTION FOR<br>) SUMMARY JUDGMENT AGAINST<br>) CROSS-CLAIM<br>) PLAINTIFF/DEFENDANT ULTRA<br>) TECH SYSTEMS, INC. AND THIRD<br>) PARTY DEFENDANT/<br>) COUNTERCLAIM  PLAINTIFF<br>) ENGINEERED SYSTEM, INC.<br>)<br>)<br>)<br>) |

*Caption continued*

Document ID: 396192v2_GGU

CITY AND COUNTY OF HONOLULU,   )
                                )
    Defendant, Third-Party   )
    Plaintiff, and Counterclaim   )
    Defendant,   )
                                )
vs.                             )
                                )
ENGINEERED SYSTEMS, INC.,       )
                                )
    Third-Party Defendant,   )
    Counterclaim Plaintiff and   )
    Cross-Claim Plaintiff.   )

CITY AND COUNTY OF HONOLULU,   )
                                )
    Defendant, Cross-Claim   )
    Plaintiff/Cross-Claim   )
    Defendant,   )
                                )
vs.                             )
                                )
ULTRA TECH SYSTEMS, INC., a     )
foreign Corporation,            )
                                )
    Defendant, Cross-Claim   )
    Defendant/Cross-Claim   )
    Plaintiff and Cross-Claim   )
    Plaintiff/Defendant,   )
                                )
vs.                             )
                                )
OHIO PACIFIC TECH, INC., fka    )
GMP ASSOCIATES, INC., an Ohio   )
Corporation                     )
                                )
    Cross-Claim   )
    Defendant/Plaintiff.   )
                                )

Document ID: 396192v2_GGU

DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT
AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY
AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT
AGAINST CROSS CLAIM PLAINTIFF/DEFENDANT ULTRA TECH
SYSTEMS, INC. AND THIRD PARTY DEFENDANT/COUNTERCLAIM
<u>PLAINTIFF ENGINEERED SYSTEM, INC.</u>

COMES NOW, Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu ("City") and hereby submits this Motion for Summary Judgment ("Motion") in regard to the claims raised by Cross-Claim Plaintiff/Defendant UltraTech System, Inc. ("UTS") and Third-Party Defendant/Counterclaim Plaintiff Engineered Systems, Inc. ("ESI"). The claims raised by UTS and ESI against the City are identical.

This Motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, and is based upon the Statement of Concise Facts and Exhibits attached thereto, Memorandum in Support of Motion, and all other matters presented to this Honorable Court at the hearing on this Motion.

        Dated: Honolulu, Hawaii     February 17, 2006    .



BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

3

Document ID: 396192v2_GGU    

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>        Defendant.<br><br>_____<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>  vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>        Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

*Caption continued*

Document ID: 396192v2_GGU      

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Plaintiff/Cross-Claim | ) |
|     Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Defendant/Cross-Claim | ) |
|     Plaintiff and Cross-Claim | ) |
|     Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim | ) |
|     Defendant/Plaintiff. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, or by hand delivery of same on the date of filing.

Document ID: 396192v2_GGU  

|  | MAIL | HAND DELIVERY |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION | | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. | | X |
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU | | X |

3

Document ID: 396192v2_GGU

 

                            HAND
                      MAIL  DELIVERY

ADAM R. BIALEK
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP  X
3 Gannett Drive
White Plains, New York 10604-3407
 Attorney for Defendant
 ULTRA TECH SYSTEMS, INC.


ADRIAN W. ROSEHILL, ESQ.
OWEN H. MATSUNAGA, ESQ.               X
ALAN J. MA, ESQ.
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street Suite 780
Honolulu, Hawaii  96813
 Attorneys for Third-Party Defendant
 ENGINEERED SYSTEMS, INC.

  Dated: Honolulu, Hawaii    February 17, 2006   .


            */s/ George Gusman III*
            BERT T. KOBAYASHI, JR.
            RONALD T. OGOMORI
            GEORGE GUSMAN III
            Attorneys for Defendant,
             Cross-Claim Plaintiff/Defendant and
             Third-Party Plaintiff/Counterclaim Defendant
            CITY AND COUNTY OF HONOLULU