

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI         5850-0
GEORGE GUSMAN             6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII



| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>            Defendant. | ) CIVIL NO. CV03-00706 ~~HG~~-LEK<br>) (Contract)<br>)<br>) NOTICE OF MOTION;<br>) DEFENDANT, CROSS-CLAIM<br>) PLAINTIFF/DEFENDANT<br>) AND THIRD-PARTY<br>) PLAINTIFF/COUNTERCLAIM<br>) DEFENDANT CITY AND COUNTY<br>) OF HONOLULU'S MOTION FOR<br>) SUMMARY JUDGMENT AGAINST<br>) PLAINTIFF BODELL<br>) CONSTRUCTION COMPANY;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; CERTIFICATE OF<br>) SERVICE<br>)<br>) Hearing Date: MAY 0 1 2006<br>) Time: 9:00 am<br>) Judge: Honorable J. Michael Seabright<br>) Trial Date: April 11, 2006 |

*Caption continued*

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO



| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>　　　Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>　vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>　　　Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CITY AND COUNTY OF HONOLULU,<br><br>　　　Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant,<br><br>　vs.<br><br>ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>　　　Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant,<br><br>　vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation<br><br>　　　Cross-Claim Defendant/Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO



## NOTICE OF MOTION

TO:  DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
  Attorneys for Plaintiff
    BODELL CONSTRUCTION

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
  Attorneys for Defendant
    OHIO PACIFIC TECH CORPORATION, Inc.,
    fka GMP ASSOCIATES, INC.

CARRIE K. OKINAGA, ESQ.
MAILE R. CHUN, ESQ.
Department of Corporation Counsel
530 S. King Street, Room 110
Honolulu, Hawaii 96813
  Attorneys for Defendant
    CITY AND COUNTY OF HONOLULU

ADAM R. BIALEK
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407
  Attorney for Defendant
    ULTRA TECH SYSTEMS, INC.

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

ADRIAN W. ROSEHILL, ESQ.
OWEN H. MATSUNAGA, ESQ.
ALAN J. MA, ESQ.
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street Suite 780
Honolulu, Hawaii 96813
  Attorneys for Third-Party Defendant
  ENGINEERED SYSTEMS, INC.

NOTICE IS HEREBY GIVEN that Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Motion for Summary Judgment Against Plaintiff Bodell Construction Company, shall come on for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, on _____, __MAY 01 2006__ at _9:00_ a.m., or as soon thereafter as counsel may be heard.

    Dated: Honolulu, Hawaii _____February 17, 2006_____.

                              _/s/ George Gusman III_
                              BERT T. KOBAYASHI, JR.
                              RONALD T. OGOMORI
                              GEORGE GUSMAN III
                              Attorneys for Defendant,
                                Cross-Claim Plaintiff/Defendant and
                                Third-Party Plaintiff/Counterclaim Defendant
                              CITY AND COUNTY OF HONOLULU

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI        5850-0
GEORGE GUSMAN            6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>      Defendant. | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF BODELL CONSTRUCTION COMPANY<br><br><br><br><br><br>Trial Date: April 11, 2006 |

*Caption continued*

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO



| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| | ) |
|     Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) |
| | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) |
| | ) |
|     Cross-Claim Defendant/Plaintiff. | ) ) |
| | ) |

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

## DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF BODELL CONSTRUCTION COMPANY

COMES NOW, Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu ("City") and hereby submits this Motion for Summary Judgment ("Motion") in regards to the claims asserted by Plaintiff Bodell Construction Company's ("Bodell") against the City in Bodell's First Amended Complaint ("Complaint") dated February 17, 2004.

This Motion is brought pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, and is based upon the Separate and Concise Statement of Facts ("Statement") and Exhibits, Memorandum in Support of Motion, and all other matters presented to this Honorable Court at the hearing on this Motion.

Dated: Honolulu, Hawaii      February 17, 2006      .


BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
 Cross-Claim Plaintiff/Defendant and
 Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

3

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

 

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| Defendant. | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) |
| vs. | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) |

*Caption continued*

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO



| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
|     Cross-Claim Defendant/Plaintiff. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, or by hand delivery of same on the date of filing.

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO




|  | MAIL | HAND DELIVERY |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION |  | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. |  | X |
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU |  | X |

3

Last Edited: 2/16/2006 7:23:00 AM
Document ID: 396290v1_RTO

|  | MAIL | HAND DELIVERY |
|---|---|---|
| ADAM R. BIALEK<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407<br>  Attorney for Defendant<br>  ULTRA TECH SYSTEMS, INC. | X |  |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ.<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street Suite 780<br>Honolulu, Hawaii 96813<br>  Attorneys for Third-Party Defendant<br>  ENGINEERED SYSTEMS, INC. |  | X |

Dated: Honolulu, Hawaii    February 17, 2006    .

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
  CITY AND COUNTY OF HONOLULU

4