Document ID: 396391v1_GGU

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>　　　　Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>　　　　Defendant. | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5 |
| CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>　　　　Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

*Caption continued*

Document ID: 396391v1_GGU

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>      Defendant, Cross-Claim<br>      Plaintiff/Cross-Claim<br>      Defendant,<br><br>vs.<br><br>ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>      Defendant, Cross-Claim<br>      Defendant/Cross-Claim<br>      Plaintiff and Cross-Claim<br>      Plaintiff/Defendant,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation<br><br>      Cross-Claim<br>      Defendant/Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Concise Statement of Facts in Support of its Motion for Partial Summary Judgment is proportionately spaced, has a typeface of 14 points or more and contains 974 words.

      Dated: Honolulu, Hawaii      February 17, 2006      .

*[signature]*

BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
 Cross-Claim Plaintiff/Defendant and
 Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU