

12/27/99

Mr. Cyril Hamada
City & County of Honolulu
Dept of Design & Construction
650 S. King St. #14th Floor
Honolulu, Hawaii 96813

PLAINTIFF'S
EXHIBIT NO. 67
FOR IDENTIFICATION
DATE: 9-1-04  RPTR: ᏎᏁ

Re: Wahiawa WWTP – Job # W10-99

Subj: U.V. Disinfection System

Mr. Hamada:

I was contacted by your office to provide additional information regarding our proposal that was distributed to the bidding contractors for the above project.

To date, we have not been issued a purchase order by any of the bidding contractors. We understand that the apparent low bidder is Bodell Construction. I spoke to them this morning and they have not been issued a contract as yet. They also were not required to list the manufacturer of the U.V. Equipment supplier that they planned to provide for this project.

We anticipate that there will be some post-award negotiations that will be made regarding this equipment. Since there has been no contractor selected, and the order for the equipment is still very much in question, we decline to provide information specific to this project until we receive some commitment of funds from a customer.

We have always provided any information as required by the City for design considerations and will continue to do so. This information will be provided in as expeditious a manner as possible. I will request our supplier to provide the information requested that does not pertain directly to this project. I will ask for it as soon, as is practical considering the impending holiday.

If you have any questions regarding this information please contact me.

Very truly yours,

[signature]

Paul Scott – Engineered Systems Inc.
PLS/ps

000408

Exhibit "H"

C&C / Bodell
C005752

P.O. BOX 865 · KAILUA-OAHU, HI 96734 · PH. (808) 263-2232 FAX (808) 263-3928