COPY   PROHIBITED HRS 606-13/HR  RULE 30(f)(2)

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3                            ---:---
 4   BODELL CONSTRUCTION COMPANY, )  CIVIL NO. CV03-00706 HG-LEK
     a Utah Corporation,          )  (Contract)
 5                                )
                    Plaintiff,    )
 6                                )
              vs.                 )
 7                                )
     OHIO PACIFIC TECH, INC., fka )
 8   GMP ASSOCIATES, INC., an Ohio)
     Corporation; CITY AND COUNTY )
 9   OF HONOLULU; ULTRA TECH      )
     SYSTEMS, INC., a foreign     )
10   Corporation,                 )
                                  )
11                  Defendant.    )
                                  )
12   CITY AND COUNTY OF HONOLULU, )
                                  )
13       Defendant, Third-Party   )
         Plaintiff, and           )
14       Counterclaim Defendant,  )
                                  )
15            vs.                 )
                                  )
16   ENGINEERED SYSTEMS, INC.,    )
                                  )
17       Third-Party Defendant    )
         and Counterclaim         )
18       Plaintiff.               )
                                  )
19
20                           VOLUME I
21                  DEPOSITION OF LEROY HUMKE
22   Taken on behalf of the Defendant, Cross-Claim
     Plaintiff/Defendant and Third-Party
23   Plaintiff/Counterclaim Defendant City and County of
     Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
24   Suite 2600 First Hawaiian Center, 999 Bishop Street,
     Honolulu, Hawaii , commencing at 10:35 a.m., on
25   Wednesday, June 22, 2005, pursuant to Notice.
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

Exhibit "J"

COPY PROHIBITED HRS 606-13/HR RULE 30(f)(2)

2

```
 1   CITY AND COUNTY OF HONOLULU,  )
                                   )
 2        Defendant, Cross-Claim   )
          Plaintiff/Cross-Claim    )
 3        Defendant,               )
                                   )
 4            vs.                  )
                                   )
 5   ULTRA TECH SYSTEMS, INC., a   )
     foreign Corporation,          )
 6                                 )
          Defendant, Cross-Claim   )
 7        Defendant/Cross-Claim    )
          Plaintiff.               )
 8
 9
10                      VOLUME I
11            DEPOSITION OF LEROY HUMKE
12   Taken on behalf of the Defendant, Cross-Claim
     Plaintiff/Defendant and Third-Party
13   Plaintiff/Counterclaim Defendant City and County of
     Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
14   Suite 2600 First Hawaiian Center, 999 Bishop Street,
     Honolulu, Hawaii , commencing at 10:35 a.m., on
15   Wednesday, June 22, 2005, pursuant to Notice.
16
17   BEFORE:
18        Cassie Uyekubo, CSR 293
          Notary Public, State of Hawaii
19
20
21
22
23
24
25
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

```
 1   supply you with, and comply with the requirements they
 2   said they would.  Did you ever have a feeling that they
 3   were not, you know, following through on their promises?
 4              MR. BIALEK:  Objection as to form.
 5              MR. SCHULMEISTER:  I join.
 6              THE WITNESS:  Well, we had a contractual
 7   relationship, in my eyes, per the plans and specs and
 8   their proposal.  Um, our efforts were to try to achieve
 9   that.  Frustrations, not playing fair, one thing or the
10   other, I can't use any of those terminologies.
11   Q    (By Mr. Sutton) Well, did you feel that they
12   didn't live up to what you felt was their contractual
13   objection?
14              MR. BIALEK:  Objection as to form.
15              MR. SCHULMEISTER:  Objection as to form.
16              THE WITNESS:  At the end of the day,
17   they did not comply with their package because they did
18   not get approved.
19   Q    (By Mr. Sutton) Did you have an understanding that
20   they at some point tried to request approval for a
21   vertical system?
22   A    To my knowledge, we never submitted on a vertical
23   system.
24   Q    Okay, now, as far as -- go back to that purchase
25   order, which was Exhibit 84 of Ellner's deposition,
```

```
 1   which was referred to in Mr. Ogomori's questioning.
 2          Do you have that in front of you now?
 3   A    I do.
 4   Q    Okay, what does a Purchase Order do, to your
 5   understanding?
 6   A    It forms an agreement.
 7   Q    For the purchase of a particular item?
 8   A    Yes, sir.
 9   Q    And is it Bodell's practice to issue purchase
10   orders for items that they're purchasing provided by
11   supplier on a contract?
12   A    Yes, sir.
13   Q    And now, this purchase order was prepared by
14   Bodell and signed by a representative by Bodell, is that
15   what's shown on this document?
16   A    By two of them.
17   Q    On this document, was there a place provided for
18   the signature of a representative of UltraTech?
19   A    There is.
20   Q    And on this particular exhibit, is there a
21   signature by UltraTech?
22   A    Not the one in front of me.
23   Q    Did you ever get a signed one from UltraTech?
24   A    I have no knowledge of that.
25   Q    Do you recall yourself getting involved at any
```

```
 1   STATE OF HAWAII              )
                                  )SS.
 2                                )

 3

 4       I, CASSIE UYEKUBO, C.S.R., a Notary Public in and
     for the State of Hawaii, do hereby certify:
 5

 6       That on June 22, 2005, appeared before me LEROY
     HUMKE, the witness whose testimony is contained herein,
 7   that prior to being examined, the witness was by me duly
     sworn or affirmed; that the proceedings were taken in
 8   computerized machine shorthand by me and were thereafter
     reduced to print under my supervision; that the
 9   foregoing represents, to the best of my ability, a
     correct transcript of the proceedings had in the
10   foregoing matter;

11
         That the witness, if applicable, was notified
12   through counsel, by mail or by telephone to appear and
     sign; that if the transcript is not signed, either the
13   reading and signing were waived by the witness and all
     parties, or the witness has failed to appear and the
14   original is therefore kept on file without signature
     pursuant to Court rules.
15

16       I further certify that I am not counsel for any of
     the parties hereto, nor in any way interested in the
17   outcome of the cause named in the caption.

18

19                                   JUL 0 5 2005
20   Dated: _____

21
                _____
22              Cassie Uyekubo, C.S.R. #293
23              Notary Public, State of Hawaii
                My Commission Expires: November 8, 2005
24

25
```