(7/99a)

GENERAL TERMS AND CONDITIONS
FOR CONTRACTS FOR PROFESSIONAL SERVICES
FOR THE
CITY AND COUNTY OF HONOLULU

SECTION 1 - DEFINITIONS; GENERAL PROVISIONS

    **1.1   DEFINITIONS.** Terms as used in these General Terms and Conditions and the contract, unless the context requires otherwise, shall have the following meaning:

    "Amendment" means modifications.

    "Change order" means a written order signed by the officer-in-charge and approved by the Director of Budget and Fiscal Services, directing the contractor to make changes which the changes clause of the contract authorizes the officer-in-charge to order without the consent of the contractor.

    "City" means the City and County of Honolulu, State of Hawaii.

    "Contract" means the written agreement between the City and the successful contractor.

    "Contractor" or "consultant" means the person having a contract with the City.

    "Day" means calendar day unless otherwise specified.

    "Design and plans" means any and all designs, plans, construction drawings, specifications, cost estimates, work schedules, proposals, studies, reports and other items.

    "Designee" means a person appointed by the Director of Budget and Fiscal Services or the officer-in-charge to act on his/her behalf with delegated authority.

    "Director of Budget and Fiscal Services" means the chief procurement officer of the executive branch of the City and County of Honolulu, or the director's designee.

    "General terms and conditions" means these General Terms and Conditions for Contracts for Professional Services for the City and County of Honolulu.

    "HRS" means the Hawaii Revised Statutes of the State of Hawaii.

    "Modification" means any written alteration in specifications, delivery point, rate of delivery, period of performance, price, quantity, or other provisions of the contract accomplished by mutual action of the parties to the contract.

    "Notice to proceed" means the written document indicating the official commencement date of services.

    "Officer-in-charge" means the head of the department or a designee of the officer-in-charge for which services are being rendered.

GENERAL TERMS AND CONDITIONS    Exhibit "L"    C&C / Bodell
(7/99a)    C001857

(3) If there is no direct expenditure of public funds from the City to the contractor.

(4) Certification of a portion of the total funds required for a contract may be permitted when an immediate solicitation will result in significantly more favorable contract terms and conditions to the City than a solicitation made at a later date; provided that certification for partial funding shall be permitted only if the Director of Budget and Fiscal Services states in the certificate that the availability of funds in excess of the amount certified as available shall be contingent upon future appropriations or special fund revenues. All contracts partially funded shall be enforceable only to the extent to which funds have been certified as available.

(c) Contracts involving federal funds. Unless otherwise specified in the solicitation, for any contract supplemented by federal funds or receiving one hundred per cent federal funds, payment shall be made upon receipt of federal funds. The obligation of the City shall extend only to that portion of funds certified to and payable out of City funds. [3-122-102; 3-122-103, HAR]

**3.4 COMMENCEMENT OF WORK.** Work shall not commence until a contract has been executed and availability of funds certified by the Director of Budget and Fiscal Services, and the officer-in-charge has issued a written notice to proceed or the executed contract specifies the official commencement for services to begin.

## SECTION 4 - LEGAL RELATIONS AND RESPONSIBILITY

### 4.1 INDEPENDENT CONTRACTOR

4.1.1 The contractor shall perform the work as an independent contractor and shall indemnify and hold harmless the City, its departments, and all of their officers, employees or agents, from any and all deaths, injuries, losses and damages to persons or property, and any and all claims, demands, suits, action and liability therefor including reasonable attorney fees and cost of defense, caused by error, omissions or negligence in the performance of the contract by the contractor or the contractor's subcontractors, agents and employees and this requirement shall survive the termination of contract..

The contractor is an independent contractor and shall not be deemed to be an agent, servant, representative or employee of the City. The Contract shall not be construed to create a partnership or joint venture between the City and the contractor.

4.1.2 Laws, regulations. The contractor shall keep itself fully informed of all laws, ordinances, codes, rules and regulations, governmental general and development plans, setback limitations, rights-of-way, and all changes thereto, which in any manner affect the contract and the performance thereof. The contractor shall comply with all such laws, ordinances, codes, rules and regulations, governmental general and development plans, setback limitations, rights-of-way, including the giving of all notices necessary and incident to the proper and lawful prosecution of the work, and all changes thereto. If any discrepancy or inconsistency is discovered between the contract and any such law, ordinance, code, rule, regulation, design standard, design criterion, governmental general and development plans, setback limitation, rights-of-way, the contractor shall forthwith report the same in writing to the officer-in-charge.