Document ID: 396316v1_skh



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>    Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>    Defendant.<br><br>_____<br><br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>    Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>)<br>) CERTIFICATE OF COMPLIANCE<br>) PURSUANT TO RULE 7.5<br>) |

*Caption continued*

Document ID: 396316v1_skh



| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
| | ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| | ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
| | ) |
| Cross-Claim Defendant/Plaintiff. | ) ) ) |

## CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Concise Statement of Facts in Support of its Motion for Partial Summary Judgment is proportionately spaced, has a typeface of 14 points or more and contains 1,093 words.

Dated: Honolulu, Hawaii     February 17, 2006    .

Document ID: 396316v1_skh  

*/s/ George Gusman III*
_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
 Cross-Claim Plaintiff/Defendant and
 Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU