Document ID: 396383v1_GGU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>        Defendant. | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>DECLARATION OF GUY INOUYE; EXHIBITS "A" - "K" and "M" |
| CITY AND COUNTY OF HONOLULU,<br><br>        Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>  vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>        Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

*Caption continued*

Document ID: 396383v1_GGU

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
| Cross-Claim Defendant/Plaintiff. | ) ) ) |

## DECLARATION OF GUY INOUYE

I, Guy Inouye, declare as follows:

1. I am over the age of twenty-one and am competent to testify from personal knowledge regarding the matters set forth herein and if called to testify in this proceeding would do so consistently with the statements contained herein.

Document ID: 396383v1_GGU 

2. I am the Branch Engineer in the Design and Construction Department for the City and County of Honolulu.

3. I am familiar with the City and County of Honolulu's ("City") Wahiawa Wastewater Treatment Plant Project ("Project") and the documents sent out and received by the City in regard to the Project.

4. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

5. Attached hereto as Exhibit "A" is a true and correct copy of the Consent Decree between the City and State filed in the First Circuit Court of the State of Hawaii on March 2, 1998 and the amendment to such Consent Decree dated May 21, 2001, which is kept in the City's files in the ordinary course of business of the City.

6. Attached hereto as Exhibit "B" is a true and correct copy of the Amendment No. 3 to the contract between the City and GMP for GMP to provide engineering design services for the Project, which is kept in the City's files in the ordinary course of business of the City.

7. Attached hereto as Exhibit "C" is a true and correct copy of the Section 11376 of the Project Specifications that provides the requirements

Document ID: 396383v1_GGU

for the UV System for the Project, which is kept in the City's files in the ordinary course of business of the City.

8. Attached hereto as Exhibit "D" is a true and correct copy of the General Instructions to Bidders for the Project, which is kept in the City's files in the ordinary course of business of the City.

9. Attached hereto as Exhibit "E" is a true and correct copy of a letter dated November 18, 1999 from Paul Scott, which is kept in the City's files in the ordinary course of business of the City.

10. Attached hereto as Exhibit "F" is a true and correct copy of a letter dated December 9, 1999 from James Honke to Paul Scott, which is kept in the City's files in the ordinary course of business of the City.

11. Attached hereto as Exhibit "G" is a true and correct copy of a fax dated December 13, 1999 from Doug Martin to "All Bidding Contractors", which is kept in the City's files in the ordinary course of business of the City.

12. Attached hereto as Exhibit "H" is a true and correct copy of a letter dated December 27, 1999 from Paul Scott to Cyril Hamada, which is kept in the City's files in the ordinary course of business of the City.

13.     Attached hereto as Exhibit "I" is a true and correct copy of an e-mail dated December 30, 1999 from me to various City personnel, which is kept in the City's files in the ordinary course of business of the City.

14.     Attached hereto as Exhibit "J" is a true and correct copy of a letter dated January 19, 2000 from Mark Bodell to me, which is kept in the City's files in the ordinary course of business of the City.

15.     Attached hereto as Exhibit "K" is a true and correct copy of the contract between Bodell and the City for the Project, which is kept in the City's files in the ordinary course of business of the City.

16.     Attached hereto as Exhibit "M" is a true and correct copy of GMP's rejection of Bodell Submittal 30c, which was Bodell's final submittal in regard to the use of the UTS System for the Project, which is kept in the City's files in the ordinary course of business of the City.

I declare under penalty of law that the above is true and correct.

Dated: Honolulu, Hawaii     February 17, 2006     .

_____
GUY INOUYE