# ENGINEERED SYSTEMS INC.

PAGE: 1 OF 8      PHONE:

DATE: December 13, 1999     FAX:

TO: All Bidding Contractors

ATTN: Chief Estimator

RE: Wahiawa WWTP Effluent Reuse and Outfall

---

On behalf of UltraTech Systems Inc. we are pleased to provide the attached scope of supply. Prices will follow on bid day.

Thank you,
Doug Martin
ES119938a.DM

*[handwritten notes:]* $425,000  $267,000  SKETTON 11376  UV EQUIP.

*[handwritten note:]* 12/14/99 — I CALLED ERIC @ ULTRA TECH TO VERIFY?

B00102

P.O. BOX 865 KAILUA-OAHU, HI 96734  PH:808-263-2232 FAX:808-263-3928

Exhibit "G"

# UltraTech
systems inc.

December 10, 1999

ATTN: Bidding Contractors
SUBJ: UV System for Wahiawa, HI WWTP

Dear Sir or Madam:

As a named supplier, UltraTech Systems is pleased to offer our UV equipment which is in conformance with this project's plans and specifications. Please note that we have not included any motor operated slide gates, grating or rubber mats (items in Section 2.5 of specification) in our offering.

Highlights of our offering include:

UV System fully factory assembled and tested in our own factory.

Allen Bradley PLC to control the UV system (other brands available). To reduce your installed cost we will match the UV's PLC to the same type of PLC currently at the plant. This assures quick and easy interface to the plant's SCADA system.

10 inch color graphic touch screen system display.

Hand / Off / Auto switches for each UV module.

Low voltage (<24 volts) system controls.

316 passivated and electropolished construction for all wetted metal parts.

The UV system is built and fully tested in our own factory where it will receive UL approval prior to shipment.

Due to the superior nature of our equipment and its power supplies we require a single power feed of 120/208 3 phase 4 wire Wye configuration. Our equipment is so energy efficient that we require only a fraction of the 1048 KW listed in section 2.5G of the specification. As our system draws so much less power, you will realize a significant savings on the electrical switch gear - MCC that is required to feed the UV system.

Another advantage of our offering is that no interruptible power supplies to feed the UV system for Title 22 and / or R1 compliance are required.

Kindly direct questions to our representative Paul (Scotty) Scott of Engineered Systems (808) 263-2232.

Good Luck!!

Sincerely,

UltraTech Systems, Inc.
Greg E. Ellner


UltraTech
systems Inc

B00104

DEC 10 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 2ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4594    FAX: (808) 523-4567

JEREMY HARRIS
MAYOR



RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

December 9, 1999

IDEP 99-336

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii  96734

Dear Mr. Scott:

    Subject:    Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1.    Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

                                      Very truly yours,

                                      JAMES K. HONKE, Chief
                                      Division of Infrastructure Design
                                        and Engineering

B00105