To: "FUJIMOTO,MYRON","Fukunaga,Barry","HAMADA,CYRIL","Hiu,Mike" @ CCHNL,"HONKE,JAMES","Houghton,Tim","KANESHIRO,DENNIS","Nojima,Cynthia" @ CCHNL
Cc: "Franklin,Eldon G."
From: Guy
Subject: Wahiawa WWTP
Date: 12/30/99    Time: 3:26p

For information.

The following actions are being taken relative to the project award:

The Bid Abstract is being processed recommending award to low bidder for "Adjusted" Basic Bid Plus Additive Alternates A and B. The "Adjusted" Basic Bid + A,B reflects the deletion of proposal item no. 81, UV Disinfection Reactor Units (Low bid less $487,420). The action discussed as Plan B during the meeting of 12/27.

The approach is as follows: 1) the deleted UV Disinfection Reactor Units to be procured separately and provided to the contractor as Government Furnished Equipment and; 2) by change order, the contractor to install.

The costs for the project is recommended as follows:

| | |
|---|---|
| As Corrected, Basic Bid + A,B | $11,285,933.90 |
| Less Proposal Item No. 81 | 487,420.00 |
| "Adjusted" Basic Bid + A,B | 10,798,513.90 |
| Add 10% Contingency | 1,079,851.10 |
| Total Amount Encumbered | 11,877,365.00 |

The funding sources are as follows:

| SOURCE | AVAILABLE | ENCUMBERED | BALANCE |
|---|---|---|---|
| FY99 CIP | $10,000,000 | $10,000,000 | $0 |
| FY99 FAC REPL RES | 580,000 | 580,000 | 0 |
| FY00 CIP | 2,000,000 | 1,297,365 | 702,635 |
| TOTAL | 12,580,000 | 11,877,365 | 702,635 |

The $702,635 is to fund the separate equipment purchase and installation.

I spoke with Mr. Leroy Humke, Bodell (low bidder). He confirmed that his Basic Bid was based upon UltraTech equipment. He could not provide and install the specified equipment at the bid price. He is agreeable to the item deletion; receiving the equipment as Government Furnished and; installing as a change order. There was budget in the

C&C/Bodell
C026302



Exhibit "I"

proposal item for ancillary items, in addition to the base UV equipment which will need to be included into the change order to complete the installation (ex. rubber mats, hand rails, etc). He will be providing a breakdown of the proposal item.

C026303