# BODELL
## CONSTRUCTION COMPANY
586 Fine Drive • Salt Lake City, Utah 84115-4244
Telephone (801) 261-4343 • Fax (801) 261-1020


FAXED
CHUCK

January 19, 2000

Division of Infrastructure Design
Department of Design and Construction
City & County of Honolulu
650 South King Street, 14th Floor
Honolulu, Hawaii 96813

Attention:    Guy Inouye

Reference:    Wahiawa Wastewater Treatment Plant Effluent Reuse and Reservoir Outfall Adjustment,
Job No. W10-99

Dear Mr. Inouye:

Thank you for your call of today regarding contract award. Attached is the back up you requested for bid item no. 81, UV Disinfection Reactor Units, and any associated impacts on related bid items. We trust that you will keep this bid information confidential, as you discussed with LeRoy Humke and Gary Jeppson earlier.

This letter is to assure you that we will cooperate in working with you, on a fair basis, to both the Owner and Contractor, to develop a strategy to obtain the UV equipment at a competitive price, that meets with the required approvals.

We are pleased to be informed that the contract will be awarded in the amount of our submitted bid (Base Bid + Additive Bid Item A + Additive Bid Item B). Following which, we will be open to negotiation to credit the Owner for the cost of the applicable equipment portion, and related direct cost items, of bid item no. 81 currently in our bid. This will permit the Owner, through Bodell Construction Company, to re-bid the UV equipment to the desired specifications and secure competitive pricing (as permitted by a specification that does not specify a "sole source" supplier). Bodell Construction Company will commit that the General Conditions and mark-ups currently included in bid item #81 will not increase should the Owner select a more costly UV equipment package. Should the selected UV equipment package have an impact on direct labor, material or other bid items (structural, electrical work, etc.), such impacts would be addressed through the change order process.

Bodell Construction Company is pleased to be awarded this project. We commit to you the same resources that have been successful on several on several recent City and County projects. These projects have all met or exceeded the Owners requirements for quality, budget constraints and "on time" completion. We look forward to repeating that performance on the Wahiawa project.

Please keep us apprised as to the contract award process and call if we can be of further assistance.

Very Truly Yours,

BODELL CONSTRUCTION COMPANY

Mark B. Bodell
Vice President
Construction Operations

cc:    LeRoy Humke
       Gary Jeppson
       Chuck Eckman

EXHIBIT
2
Inouye
6-14-05

B00187

Exhibit "J"

WAHIAWA WWTP BID
BREAKDOWN OF BID ITEMS IMPACTED BY CREDIT TO THE OWNER FOR THE UV EQUIPMENT

REPORT DATE 1/14/2000

| BID ITEM | DESCRIPTION | BID AMT | BID AMT BREAKDOWN | REMARKS |
|---|---|---|---|---|
| 80 | UV STRUCTURE | 241,300 | NO CHANGE | |
| 81 | UV REACTOR UNITS | 487,420 | | |
| | UV EQUIPMENT | | 267,500 | SEE SCOPE LETTER & QUOTE FROM ENG'R SYS |
| | JIB CRANE (CLEANING) | | 20,000 | SEE BODELL PO TO ENG'R SYS FOR JIB CRANE |
| | GRATING | | 20,500 | SEE QUOTE FROM ICSW, INC.+FRT+$5K ALLOW TO BREAKUP QUOTE. |
| | LABOR TO INSTALL | | 25,500 | BCC ESTIMATE |
| | INSTRUMENTATION | | 55,000 | SEE SEPARATE DETAIL SHEET |
| | FRP FRAMING & WEIR | | 10,500 | ALLOWANCE FOR FRP CROSS BARS, SUPPORTS & WEIR |
| | GEN COND & MARKUPS | | 88,420 | APPROXIMATELY 10% GC + 10% OH&P |
| 82 | UV MECHANICAL | 18,190 | NO CHANGE | |
| 83 | UV ELECTRICAL | 89,090 | (20,000) | CREDIT TO USE ULTRATECH SYS FOR ELECT. IF TROJAN ADD $20,000 TO ELECT. QUOTE SEE STATEMENT BY INNOVATIVE ELEC. |
| 84 | FRP FLUME INSERT | 6,840 | NO CHANGE | |

B00188