

**ASSOCIATES, INC.**



RECEIVED

JAN 2 2 2001

BODELL CONSTRUCTION CO.
Job No._____
Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Job No. W10-99

**Submittal 30C**
**Specification 11376**
**Ultraviolet Disinfection**

PLAINTIFF'S
EXHIBIT NO. 58
FOR IDENTIFICATION
DATE: 9-09-60    RPTR:
PENGAD 800-631-6989

| | |
|---|---|
| REVIEWED | |
| MAKE CORRECTIONS NOTED | |
| REVISE AND RESUBMIT | |
| REJECTED | X |

Corrections or comments made on the shop drawings during this review do not relieve the Contractor from compliance with the requirements of the drawings and specifications. This review is only for general compliance with the requirements of the contract documents. The Contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

GMP ASSOCIATES, INC.

By ___LAM___     Date ___12/19/00___

RECEIVED

JAN 2 2 2001

BODELL CONSTRUCTION CO.
Job No._____

Remarks:

The resubmittal, 30C, is rejected due to noncompliance with the contract documents. Specific responses to the vendor's response to each of our 18 comments are as follows:

100 Alakea Street · Suite 1800 · Honolulu, Hawaii 96813-2833 · Telephone: (808) 521-4711 · Fax:(808) 538-3269
E-Mail: gmpassoc@lava.net

Exhibit "M"    000303    B00636
250030.020



ASSOCIATES, INC.

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30C
**Specification 11376**
**Ultraviolet Disinfection**
December 12, 2000
Page 2

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 1. | Accepted Earlier | See Submittal 30B. |
| 2. | Unacceptable | The UV manufacturer still has not shown that the UV system proposed will achieve the performance required in Specification Section 11376, paragraph 2.3B. |
| 3. | Unacceptable | List of installation sites provided does not meet the requirements of Specification Section 11376, paragraph 2.3B. |
| 4. | Unacceptable | Analysis as required by the specifications showing that operation of this equipment will not interfere with other plant equipment at the project site still has not been provided. |
| 5. | Accepted Earlier | See Submittal 30B. |
| 6. | Unacceptable | Equipment remains in the walkway space making access difficult. |
| 7. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |
| 8. | Accepted | None |
| 9. | Accepted | None |
| 10. | Accepted Earlier | See Submittal 30B. |
| 11. | Unacceptable | The test data required by Specification Section 11376, paragraph 1.2A has not been submitted. |
| 12. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |
| 13. | Accepted | None |
| 14. | Accepted Earlier | See Submittal 30B. |
| 15. | Accepted Earlier | See Submittal 30B. |

000304

250030.020

B00637



ASSOCIATES, INC.                                                                                   Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
**Submittal 30C**
**Specification 11376**
**Ultraviolet Disinfection**
December 12, 2000
Page 3

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 16. | Accepted Earlier | See Submittal 30B. |
| 17. | Accepted | None |
| 18. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |

—End of Remarks—

000305

250030.020

B00638

# WAHIAWA WWTP
## EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT
CONTRACT No. W10-99
BODELL CONSTRUCTION COMPANY JOB No. 603

This submittal has been reviewed and verified in accordance with the requirements of the contract documents and is submitted for approval.

SUBMITTAL No.: 30C   DATE: 12-15-00

EQUIPMENT: ULTRAVIOLET DISINFECTION

SPEC. SECTION: 11376   COPIES: 8

PARAGRAPH: 1.3

CONTRACT DRAWING: 221

SUBCONTRACTOR:

SUPPLIER: ENGINEERED SYSTEMS

MANUFACTURER: ULTRATECH INC.

EXCEPTIONS TAKEN: YES X   NO
DETAILS OF EXCEPTION:
STRUCTURE HEIGHT PER RFI 55.

CERTIFIED BY: Tom Swan

BODELL CONSTRUCTION QUALITY CONTROL

000306

B00639

# UltraTech

## systems Inc.

December 13, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: Gary Jeppson
SUBJ: Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Dear Mr. Jeppson:

We appreciate your efforts in faxing us the November 29 rejection of the UV equipment submittal (30B).

It is unfortunate that the format of the Engineer's submittal review and rejection was without explanation nor indication of requested correction. A blanket rejection (does not meet specification) without an explanation or rationale as to why specification is not being met raises the question as to whether our UV equipment received a fair and unbiased review. With timing being of the essence, rejection by the Engineer without any explanation does not seem appropriate.

The 11/28 letter from GMP states that the City has concurred with the rejection and non complying items. As it is our desire to provide a UV system that answers all of the owners concerns we request written confirmation of the City's position on each and every item of non compliance along with the City's rationale for non compliance so we may properly address these issues.

In the hope that a fair and unbiased submittal review is available to UltraTech Systems, responses to GMP's rejection are offered. With timing being of the essence as stated by Safwat Gergis' letter of 11/28 it is expected that this document will be immediately reviewed.

000307

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

B00640

Remarks:    The UV submittal and associated equipment is in compliance with the
requirements for this project. UltraTech has submitted a non proprietary UV
system that more than equals all disinfection performance requirements of Section
11376. Section 11376 describes a sole source patented UV system utilizing
proprietary UV lamps. This proprietary UV system can only be supplied by one
foreign UV manufacturer and GMP is aware of this. UltraTech can not choose to
provide the specified UV equipment which is why a substitution request was
entered and granted for the UV equipment we have submitted.

2.    The rejected submittal contains in tab 3 detailed dosage calculations establishing
the UV dosages required in paragraph 2.3B. We have also provided dosage calculations
for a flow of 2.5 MGD.

In tab 1 performance levels per 2.3B. are listed, we are adding the following:

Fecal Coliforms shall not exceed  200 MPN/100ml for any proper sample.

3.    The overall purpose of an experience clause is to determine quality assurance. We are a
company in the wastewater UV disinfection business for 8 years with personnel
possessing over 150 years of UV disinfection experience. UltraTech has 100 wastewater
UV installations and our personnel are responsible for hundreds more.
In similar sized systems we use the same ballasts, lamps and controls for both our
horizontal and vertical systems. In either orientation, factors such as (lamp) wattage,
intensity and life remain the same. We feel that we more than meet the experience
requirements stated in the specification and have a precedent with the owner who
currently has one of our systems. If GMP feels otherwise, what specific engineering
parameters regarding vertical UV disinfection operation differs from horizontal operation so
that a vertical system is considered a different type of equipment?. Should GMP have
valid engineering concerns we would be pleased to address any and all of them.

To further our position that we meet the experience clause of the specification and to
illustrate that the purpose of the experience clause is to limit new upstart UV suppliers with
no history or successful installations we point to specification section 2.1.C requiring that
the UV system be furnished with the manufacturer's latest components and equipment
available at time of shipment. This requirement is for the UV system to be furnished with
the latest and greatest components available. If the equipment is to be built with the latest
components, then the experience being required by specification is primarily that of the UV
company and its personnel and not the components themselves.

4.    The specification in 1.3B.D states:

"UV manufacturer shall submit written third party design validation and test data
demonstrating that the system being provided will not have an adverse effect on
surrounding plant equipment. EMI/RFI, distributed capacitance effect, skin effect
and ground fault circuit interruption shall be addressed in the report".



000308

B00641

The above para___ __h applies to a medium pressure lam__ V system but only partially to our low pressure lamp UV system.

Our equipment has no moving part's with exception of small fans. The only potential interference the UV system can exhibit to other plant equipment is that of electrical harmonics. An independent analysis of harmonics was submitted and is located in tab 1. Should this not be sufficient UltraTech, guarantees per 1.5.D that the UV system operation shall not have an adverse effect on other plant equipment's operation.

6.   In an effort to make the UV system more user friendly we suggested location of the control panel near the UV lamp modules. As this is not acceptable, the control panel will be located in the reclaim building as shown on the drawings.

7.   UltraTech under a change order from Bodell will provide the weir.

8.   To provide dose pacing per specification, a continuous on line UV transmission analyzer as manufactured by H. F. Scientific will be provided with the UV system. The UV's PLC, based on the measured UV transmission and effluent flow rate shall determine the number of UV lamps that are to be operating. A cut sheet for UVT analyzer has been provided, see tab 5.

9.   See response 8.

11.   Section 1.2 A paragraph 3 does not require any data be furnished. The low pressure UV lamp "conforming" UV system is what Title 22 and thus R1 are based on. Any UV system that is not a "conforming" UV system needs to be tested and certified by the California Department of Health Services (CADHS) that it meets Title 22 - NWRI guidelines. Such is the case for the basis of bid medium pressure UV system. Located in the October submittal is certification from CADHS establishing compliance with Title 22 for the submitted UltraTech UV system.

It is our feeling that the Engineer is applying the requirements of Title 22 as they pertain to the non conforming medium pressure UV 4000 system towards our conforming low pressure UV system. This application is not correct.

Non conforming UV systems such as the basis of bid UV 4000 require proof that they can provide the performance of the low pressure conforming UV systems. The NWRI guidelines on page 4 state:
> "UV systems that do not conform to the requirements set forth in this report may be acceptable if it can be demonstrated, to the satisfaction of the California Department of Health Services, that they provide a degree of treatment and reliability equal to systems that have been shown to be acceptable to the regulatory agencies. Determination of equivalency may require studies directed at the inactivation of viruses or other microorganisms by the proposed UV system.



UltraTech
systems Inc

B00642

000309

Specific conditions that would require the determination of equivalency using a standard predetermined protocol would include, but not be limited to, the following:

1. When UV disinfection systems with different lamp orientation are proposed.

2. When a UV disinfection system is proposed with a different UV dose than that called for in the guidelines.

3. When medium and high energy UV lamps are proposed.

4. When a UV disinfection system is proposed for wastewater reclamation application where the transmittance of the filtered effluent is below 55 percent"

It may be GMP's prerogative to request additional information, but what additional testing requirements over and above Title 22 are required? As established by the CADHS letter contained in the submittal the UltraTech horizontal UV is certified under the current Title 22 and fully compliant under the NWRI guidelines.

12.    UltraTech under a change order from Bodell will provide the crane.

13.    All of the alarms listed in 2.4.H.3 are present in the submitted UV system. Below is an item by item comparison:

a. UV controller failure:
   Not clearly stated in our submittal. We had stated - In the event of failure or interruption of the control and monitoring system the UV system will continue to provide disinfection. We will expand on this by adding, that in the event of a PLC failure all UV lamps in automatic mode will turn on and a contact will be provided to indicate a failure of the PLC

b. Individual lamp failure:
   Present in submitted UV system see minor alarm 2.

c. Adjacent lamp failure:
   Present in submitted UV system see major alarm 4.

d. Multiple lamp failure - >5%
   Present in submitted UV system see major alarm 5.

e. Module failure
   Present in submitted UV system see major alarm 2.

f. Low UV Intensity
   Present in submitted UV system see minor alarms 1.



g. Low Low ( Intensity
   Present in submitted UV system see major alarms 2. Referred to as Unsafe UV intensity.

h. Low UV transmission
   With the addition of the continuous UV transmission analyzer this alarm is now present in the UV system.

i. Low-low UV transmission
   With the addition of the continuous UV transmission analyzer this alarm is now present in the UV system

17. A chemical feed pump shall be provided. Although a chemical pump is not required as stated in our previous submittal, one is provided as evidenced by the cut sheet which is located in tab 5 .

18. UltraTech under a change order from Bodell will provide the grating and rubber mats.

With the responses and modifications to our submittal as outlined above we request that the UltraTech submittal be reconsidered and approved as modified. In the event that any items require additional information, we expect that a rationale including an explanation stating why additional information is required will be provided so it may be properly responded. to.

Sincerely yours,

Greg E. Ellner
UltraTech Systems

cc:    Steve Marcellino, Esq. Wilson, Elser, Moskowitz & Dickler
       Jeffrey Lewis, Esq. Patterson, Belknap, Webb & Tyler
       Paul Scott, Engineered Systems
       Leroy Humke, Bodell Construction
       Richard Sakaji, Ph D., California Department of Health Services



000311        B00644



ASSOCIATES, INC.

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Job No. W10-99

**Submittal 30B**
**Specification 11376**
**Ultraviolet Disinfection**

| | |
|---|---|
| REVIEWED | |
| MAKE CORRECTIONS NOTED | |
| REVISE AND RESUBMIT | |
| REJECTED | X |

Corrections or comments made on the shop drawings during this review do not relieve the Contractor from compliance with the requirements of the drawings and specifications. This review is only for general compliance with the requirements of the contract documents. The Contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

**RECEIVED**

NOV 2 9 2000

**BODELL CONSTRUCTION CO.**
Job No._____

GMP ASSOCIATES, INC.

By ___LAM___          Date ___11/28/00___

Remarks:

The resubmittal, 30B, is rejected due to noncompliance with the contract documents. The resubmittal has failed to show that UltraTech satisfies the qualification and testing requirements of Section 11376, paragraph 1.2A. In addition, UltraTech continues to choose not to provide the equipment and services as clearly called for in Section 11376. Specific responses to the vendor's response to each of our 18 comments are as follows:

B00645

000312

250030.016

1100 Alakea Street • Suite 1800 • Honolulu, Hawaii 96813-2833 • Telephone: (808) 521-4711 • Fax: (808) 538-3269
E-Mail: gmpassoc@lava.net



ASSOCIATES, INC.                                                                           Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
**Submittal 30B**
**Specification 11376**
**Ultraviolet Disinfection**
November 28, 2000
Page 2

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 1. | Accepted | None |
| 2. | Unacceptable | The UV manufacturer has not shown that the UV system proposed will achieve the performance required in Specification Section 11376, paragraph 2.3B. |
| 3. | Unacceptable | List of installation sites provided does not meet the requirements of Specification Section 11376, paragraph 2.3B. |
| 4. | Unacceptable | Analysis as required by the specifications showing that operation of this equipment will not interfere with other plant equipment at the project site was not provided. |
| 5. | Accepted | None |
| 6. | Unacceptable | Equipment remains in the walkway space making access difficult. |
| 7. | Unacceptable | Supply of the effluent weir by others is not acceptable. The specifications clearly call for the UV supplier to provide the effluent weir. |
| 8. | Unacceptable | The submittal does not provide a dose pacing system that will turn the UV lamps off and on in proportion to both flow and fluid transmittance as required to comply with the contract specification. |
| 9. | Unacceptable | The submittal does not provide an on-line transmission monitor as required to comply with the contract specification. |
| 10. | Acceptable | UV channel may need to be modified. |
| 11. | Unacceptable | The test data required by Specification Section 11376, paragraph 1.2A has not been submitted. |
| 12. | Unacceptable | Supply of the crane by others is not acceptable. Specifications require that the crane be provided by the UV supplier. |

B00646

000313          250030.016



ASSOCIATES, INC.

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
**Submittal 30B**
**Specification 11376**
**Ultraviolet Disinfection**
November 28, 2000
Page 3

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 13. | Unacceptable | The submittal does not provide all alarms as required by the contract specifications. |
| 14. | Accepted | None |
| 15. | Accepted | None |
| 16. | Accepted | None |
| 17. | Unacceptable | Submittal does not provide a chemical pump as required per contract specifications. |
| 18. | Unacceptable | Supply of the grating and rubber mats by others is not acceptable. The specifications clearly call for the UV supplier to provide the grating and rubber mats. |

—End of Remarks—

B00647

000314    250030.016

⚠ 1 page has been tr⟨…⟩mitted.
Please contact our ⟨…⟩ice if all pages are not received.

## Bodell Construction Company                    *Fax Transmittal*

111 California Drive, c/o WAHIAWA WWTP  (Wahiawa)
P. O. BOX 860240
WAHIAWA, HI  96786
622-3752 / 622-2752 (fax)

| | |
|---|---|
| PROJECT NO. 603 | DATE: November 8, 2000 |

**To:** GMP Associates, Inc.
1100 Alakea Street
Suite 1800
Honolulu, HI  96813
Phone #: 521-4711 / Fax #: 538-3269

ATTENTION:
Safwat Gergis

REFERENCE:
WAHIAWA WWTP EFFLUENT REUSE & OUTFALL A
WAHIAWA, HI

SUBJECT:
SUBMITTAL 30B

| TRANSMITTAL SENT VIA: Fax & Hand Deliver | TRANSMITTAL NO: 218 |
|---|---|

---

**WE ARE SENDING YOU** the following:

[X] Attached    [ ] Under separate cover via: _____

[X] Submittal/Shop Drawings   [ ] Specifications   [ ] Copy of letter   [ ] Change order   [ ] Contract
[ ] Prints                    [ ] Plans            [ ] Samples          [ ] _____

| COPIES | DATE | PAGES | DESCRIPTION | STATUS |
|---|---|---|---|---|
| 8 | NOV 8 00 | | SUBMITTAL 30B | |
| | | | SPEC. SECTION 11366 | |
| | | | ULTRAVIOLET DISINFECTION SYSTEM | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

**THESE TRANSMISSIONS ARE:**

[X] For your approval            [ ] Approved as submitted        [ ] Resubmit with  0  copies for approval
[ ] For your use                 [ ] Approved as noted            [ ] Submit  0  copies for distribution
[X] As per your request          [ ] Revise and resubmit          [ ] Return  0  corrected prints
[X] For your review and comment(s)  [X] TO BE DELIVERED TO THE JOBSITE OFFICE
[ ] FOR BIDS DUE:                                                 [ ] PRINTS RETURNED AFTER LOAN TO US

---

**REMARKS:**

SAFWAT--------------enclosed is the second ultraviolet equipment resubmittal.  The enclosed letter from UltraTech addresses all 18 remarks from the review of Submittal 30.

To avoid further schedule impacts, please complete your review not later than November 20, 2000.

Signed: *Tom Swan*
Tom Swan

**File:** 11366

c: David Schulmeister, Cades Schutte Fleming & W

Rec'd by:
⟨signature⟩
Nov 08 @ 1:30 pm

**B00648**

*If enclosures are not as noted, kindly notify us at once*

000315

**Bodell Construction Company**                 *Transmittal*

111 California Drive, c/o WAHIAWA WWTP (Wahiawa)
P. O. BOX 860240
WAHIAWA, HI 96786
622-3752 / 622-2752 (fax)

| PROJECT NO. 603 | DATE: November 2, 2000 |
|---|---|

ATTENTION: Safwat Gergis

REFERENCE: WAHIAWA WWTP EFFLUENT REUSE & OUTFALL A WAHIAWA, HI

**To:** GMP Associates, Inc.
1100 Alakea Street
Suite 1800
Honolulu, HI 96813
Phone #: 521-4711

SUBJECT: SUBMITTAL 30B

| TRANSMITTAL SENT VIA: Hand Deliver | TRANSMITTAL NO: 213 |
|---|---|

## WE ARE SENDING YOU the following:

[X] Attached      [ ] Under separate cover via: _____

[X] Submittal/Shop Drawings    [ ] Specifications    [ ] Copy of letter    [ ] Change order    [ ] Contract

[ ] Prints    [ ] Plans    [ ] Samples    [ ]

| COPIES | DATE | PAGES | DESCRIPTION | STATUS |
|---|---|---|---|---|
| 8 | NOV 2 00 | | SUBMITTAL 30B | |
| | | | SPEC. SECTION 11366 | |
| | | | ULTRAVIOLET DISINFECTION | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## THESE TRANSMISSIONS ARE:

[X] For your approval    [ ] Approved as submitted    [ ] Resubmit with 0 copies for approval

[ ] For your use    [ ] Approved as noted    [ ] Submit 0 copies for distribution

[ ] As per your request    [ ] Revise and resubmit    [ ] Return 0 corrected prints

[X] For your review and comment(s)    [X] TO BE DELIVERED TO THE JOBSITE OFFICE

[ ] FOR BIDS DUE: _____    [ ] PRINTS RETURNED AFTER LOAN TO US

## REMARKS:

SAFWAT----------enclosed is the second ultraviolet equipment resubmittal. The enclosed letter from UltraTech addresses all 18 remarks from the review of Submittal 30.

Signed: *Tom Swan*

Tom Swan

**File:** 11366

cc:

*If enclosures are not as noted, kindly notify us at once*      B00649

# WAHIAWA WWTP
## EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT
CONTRACT No. W10-99
BODELL CONSTRUCTION COMPANY JOB No. 603

This submittal has been reviewed and verified in accordance with the
requirements of the contract documents and is submitted for approval.

SUBMITTAL No.: 30 B    DATE: 11-2-00

EQUIPMENT: ULTRAVIOLET DISINFECTION

SPEC. SECTION : 11376    COPIES: 8

PARAGRAPH: 1.3

CONTRACT DRAWING: 221

SUBCONTRACTOR: _____

SUPPLIER: ENGINEERED SYSTEMS

MANUFACTURER: ULTRATECH INC.

EXCEPTIONS TAKEN: YES  X   NO
DETAILS OF EXCEPTION:
STRUCTURE HEIGHT PER RFI 55.
CONTROLS LOCATION PER RFI 89.
NO TROJAN DOSE PACING SYSTEM
PER 2.4 I.

CERTIFIED BY: _Tom Inman_

BODELL CONSTRUCTION QUALITY CONTROL

B00650

000317



**UltraTech**

**s y s t e m s** Inc.

October 30, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: J. Gary Jeppson
SUBJ: UV System Submittal for Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall
Adjustment Job No. W10-99 - Specification 11376

Dear Mr. Jeppson:

In reference to the submittal comments offered by GMP, we are pleased to provide the
additional information contained herein and to be present in our submittal.

Compliance with Title 22 is required for this project. As the specification contains confusing and
in some cases conflicting information per Title 22, your assistance in providing written direction
from the owner regarding these confusing areas would be helpful. As interpretation of the
confusing information is not presently available to UltraTech we have offered multiple responses
to address possible interpretations of the specification regarding flow range and dosage.

1. *Provide all input parameters and assumptions used in the calculation for intensity,
   including the size of the array used by the program.*

    All information pertaining to the UV intensity calculation is provided in section 3 of our
    submittal. The information is in the form of print out of the UVDIS 3.1 software utilizing a
    4 x 4 array. The calculated UV intensity was 6,021.75 $\mu W/cm^2$.

B00651

15 Kay Fries Drive ● Stony Point, NY 10980 ● (914) 429-0017 ● FAX (914) 429-7527

000318

2. *Provide dosage and hydraulic calculations for peak wet weather flow.*

Dosage & Hydraulic calculations for the specified peak wet weather flow of 6.5 MGD are present in section 3 of the submittal. (The dose calculation was performed per Title 22 which requires UV lamp output of no more than 70%.) The specification calls for UV lamp output of more than 70%. Should the specification be followed, the amount of UV equipment necessary to achieve the requested calculated dose would be reduced.

The current version of the <u>UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification</u> published by the National Water Research Institute forms the core of Title 22. There is no mention in Title 22 of "peak wet weather flow". Title 22 requires a UV system that is sized for "maximum week flow" and "peak flow (maximum day)". Section 2.3A.1.a. of the project specifications list 5 flow ranges. A written explanation of the flows and their corresponding relation to the performance requirement of 2.3.B.4. would be appreciated. We have included hydraulic and dose calculations for 3.5 and 2.5 MGD.

3. *Provide an installation list for the type of equipment proposed, i.e., horizontal low pressure units.*

The list contained in this submittal contains both horizontal and vertical UV systems. A system with the designation "E" has horizontal lamp orientation while "T" exhibits vertical lamp orientation. Both our horizontal lamp - Eliminator™ series and vertical lamp - Terminator™ series UV systems use the same UV lamps, ballasts, and control circuit cards. Systems designated with an "*" have not been in operation for 1 year.

4. *Provide an analysis by a third party that shows operation of this equipment will not interfere with other plant equipment (refer to paragraph 1.3B).*

The UV system will not interfere with the operation of other plant equipment. An independent report detailing total harmonic distortion of less than 10% has been placed in section 1 of the submittal.

5. *Cleaning station is located in roadway and this is not acceptable.*

The location of the cleaning station and crane is flexible. We will relocate the station to the south side of the channel opposite the roadway. Drawings showing this change are to be provided.



B00652

000319

6. *Equipment is shown on the walkway provided for operator access. This is not acceptable.*

> The control box is shown in a recommended location, it was not our intent to place it in a walkway. We would be pleased to relocate the control box to a more desirable location, kindly advise.

7. *UV supplier shall provide effluent weir. Provide details for this weir. It is unacceptable that it be provided by others.*

> The contract to provide equipment on this project is with Bodell Construction who will be providing the weir and information regarding it. UltraTech will review the weir submittal to verify compatibility with the UV equipment.

8. *Specifications require a dose pacing system. Provide details on this system.*

> UltraTech equipment utilizes UV lamps that are either on or off, lamp intensity can not be varied thus a dose pacing system is not applicable to our equipment. The dose pacing system as specified is part of a proprietary piece of equipment manufactured by Trojan Technologies.

> The purpose of dose pacing is to save energy and to maximize the useful life of UV lamps. To accomplish this, the submitted equipment turns on and off UV lamps in direct proportion to a signal provided by the effluent flow meter. This method of "flow pacing" allows our horizontal system to have up to 5 increments of operation - proportional to effluent flow. Our vertical UV system can provide up 20 increments of operation in direct proportion to effluent flow.

> Please note that at the Average flow of 2.5 MGD the specified UV system would draw about 200 kW of power while the UltraTech horizontal system requires only 35 kW of power. At 10¢ per kWH the yearly savings on power alone associated with our horizontal equipment is $144,540. A further savings of 14 kW ($12,264) is provided by a vertical UV system. The yearly power savings associated with our vertical system at 2.5 MGD is $156,804 over the specified system. Additional savings of $5,500 is associated with our vertical system as the annualized number of UV lamps requiring replacement will be reduced by 224.



B00653

000320

9. *Provide UV transmission monitor as required by the specification.*

A UV transmission measuring at 254nm spectrophotometer will be provided. This unit reads out in 0-100% scale. A cut sheet is located in section 5 of the submittal. This a laboratory based unit which requires that an operator introduce a sample to the unit each time a reading is desired.

10. *It is our understanding that the channel as designed must be modified to accommodate this equipment. Provide design drawings for this modification as called for in paragraph 1.3A*

This is being handled by Bodell Construction who will coordinate the structure for the UV equipment. Bodell has placed within the UltraTech submittal the requested information.

11. *Specification requires that the system be tested to meet California Title 22 or Hawaii R-1. Provide test data.*

Title 22 does not require that a UV system be tested. The UltraTech UV system that is submitted is a conforming UV system and Title 22 approved. Documentation by the California Department of Health Services attesting to Title 22 approval is contained in this submittal, section 1.

12. *Provide a hoist as is necessary for cleaning. The hoist is part of the cleaning station and must be provided by the UV equipment supplier.*

The contract to provide equipment on this project is with Bodell Construction who will be providing the hoist and information regarding it. The requested information is located within the UltraTech submittal by Bodell.

13. *Verify that the alarms are as called for in the contract drawings.*

We verify that all alarms applicable to our equipment shall be provided. These alarms are all listed in detail in the operating section of the submittal.

14. *Provide details on the drain for the cleaning station.*

The stainless cleaning tank liner shall be provided with a 2" NPT female coupling in a suitable location. An isolation valve will be installed next to the tank. The gravity, drainline will be routed under the UV structure and will tie to Line 42 at the wye at STA. 1 + 10.21.



15. *Spare parts: Provide 5% of the Total ballasts furnished with the system; and cleaning solution.*

  5% of the ballasts shall be provided along with 100 lbs of anhydrous citric acid.

16. *Provide warranty for UV lamps.*

  The lamp warranty can be found in the "Equipment Warranty" section of this submittal, section 9.

17. *Provide Chemical pump as required for the cleaning station*

  PVC diffusers are located in the bottom of the cleaning tank. A blower has been provided to generate air turbulence that causes agitation (see tab 5). A pump for cleaning is not required.

18. *Provide grating and rubber mats as required by specifications*

  The contract to provide equipment on this project is with Bodell Construction who will be providing the grating and rubber mats and information regarding them see Bodell Construction submittal #26 – excerpt contained herein.

We look forward to a receiving a submittal review & response.

Sincerely,

UltraTech Systems, Inc.
Greg E. Ellner



B00655

000322