James D. Boughey (HSB No. 6546)
Jeffrey S. Tachiki (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370
James.Boughey@wilsonelser.com

Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York  10604-3407
Telephone:  (914) 323-7000
Facsimile:   (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRA TECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>        Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>        Defendants.<br>-------------------------------------------------<br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant/Third-Party Plaintiff,<br>v.<br><br>ENGINEERED SYSTEMS, INC., | Civil No. 03-00706 (JMS/LEK)<br><br>**Notice of Motion; CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., and THIRD PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC**. Motion for Partial Summary Judgment Against the City and County of Honolulu and Ohio Pacific Tech f/k/a GMP Associates, Inc., on UTS' and ESI'S Cross-Complaints and Dismissing the Cross-Claims brought against UTS and ESI by the City and GMP |

1103825.1

|  |  |
|---|---|
| Third-Party Defendant/Cross-Claim Plaintiff. | **Hearing:** |
|  | Date:   Monday May 1, 2006 |
| CITY AND COUNTY OF HONOLULU, | Time:   9:00 a.m. |
|  | Judge:  Honorable J. Michael Seabright |
| Defendant/Cross-Claim Plaintiff, | **Trial Date:** |
| v. |  |
|  | Date:   TBD |
| ULTRA TECH SYSTEMS, INC., a foreign corporation, | Time:   9:00 a.m. |
|  | Judge:  Honorable J. Michael Seabright |
| Cross-Claim Defendant/ Cross-Claim Plaintiff. |  |

## NOTICE OF MOTION

TO:   **David Schulmeister**
**Cades Schutte**
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

**Richard C. Sutton, Jr., Esq.**
**Sakai Iwanaga & Sutton**
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813

**Ronald T. Ogomori, Esq.**
**George Gusman, Esq.**
**Kobayashi, Sugita & Goda**
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

**Carrie K. Okinaga, Esq.**
**Maile R. Chun, Esq.**
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

**Adrian W. Rosehill, Esq.**
Gerson & Hienerman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

1103825.1

NOTICE IS HEREBY GIVEN THAT CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRA TECH SYSTEMS INC., AND THIRD PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC. MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU and OHIO PACIFIC TECH, INC., f/k/a GMP ASSOCIATES, INC., shall come on for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled Court, in his courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96580, on May 1, 2006 at 9 a.m., or as soon thereafter as counsel can be heard.

Dated: February 17, 2006
      White Plains, New York

                Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *[signature]*
Adam R. Bialek
*Attorneys for Defendant*
**ULTRA TECH SYSTEMS, INC.**
3 Gannett Drive
White Plains, New York 10604
Tel: (914) 323-7000

1103825.1