IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

------------------------------------- x
BODELL CONSTRUCTION COMPANY, a Utah Corporation,

       Plaintiff,

 - against -

OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, JOHN DOES 1-50, DOE CORPORATIONS 1-50,

       Defendants.
------------------------------------- x

: Civil No. 03-00706

: **CERTIFICATE OF COMPLIANCE WITH**
: **L.R. 7.5 AND 56(D)**

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 AND 56(d)

Pursuant to Local Rule 7.5 and 56(d), the undersigned hereby certifies that the foregoing concise statement of facts contains 1,081 words according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rule 7.5(d).

1084392.1

Dated: White Plains, New York
       February 17, 2006

                              Yours, etc.,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: _____
                        Adam R. Bialek
                        *Attorneys for Defendant*
                        **ULTRA TECH SYSTEMS, INC.**
                        3 Gannett Drive
                        White Plañís, New Cork 10604
                        Tel: (914) 323-7000
                        Fax: (914) 323-7001
                        File No. 08167.00001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
----------------------------------------- x
BODELL CONSTRUCTION COMPANY, a Utah       :  Civil No. 03-00706
Corporation,
                                          :  **CERTIFICATE OF
                    Plaintiff,               COMPLIANCE WITH
                                          :  L.R. 7.5 AND 56(D)**
        - against -
                                          :
OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES,
INC., an Ohio corporation; CITY AND COUNTY OF :
HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign
corporation, JOHN DOES 1-50, DOE CORPORATIONS :
1-50,
                                          :
                    Defendants.
----------------------------------------- x
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a copy of the foregoing document was served upon the following parties by U.S. mail:

**David Schulmeister**
**Cades Schutte**
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

**Richard C. Sutton, Jr., Esq.**
**Sakai Iwanaga & Sutton**
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813

**Ronald T. Ogomori, Esq.**
**George Gusman, Esq.**
**Kobayashi, Sugita & Goda**
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

- 3 -

1084392.1

**Carrie K. Okinaga, Esq.**
**Maile R. Chun, Esq.**
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813

**Adrian W. Rosehill, Esq.**
Gerson & Hienerman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813


Dated:  White Plains, New York
        February 17, 2006

              Yours, etc.,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By: _____
           Kirsten E. Bennett
           *Attorneys for Defendant*
           **ULTRA TECH SYSTEMS, INC.**
           3 Gannett Drive
           White Plañís, New Cork 10604
           Tel: (914) 323-7000
           Fax: (914) 323-7001
           File No. 08167.00001