# EXHIBIT 1

1

1             IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF HAWAII

3   ————————————————————————

4 BODELL CONSTRUCTION COMPANY,

5 a Utah corporation,

6                  Plaintiff,

7         vs.              CIVIL NO. 03-00706(HG/LEK)

8 OHIO PACIFIC TECH, INC., fka GMP    (Contract)

9 ASSOCIATES, INC., an Ohio

10 corporation; CITY AND COUNTY OF

11 HONOLULU; ULTRA TECH SYSTEMS,

12 INC., a foreign corporation,

13                 Defendants.

14   ————————————————————————

15          DEPOSITION OF LEE A. MANSFIELD

16                  VOLUME I

17      Taken on behalf of the Plaintiff, BODELL

18 CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19 Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20 9:24 a.m. on February 28th, 2005, pursuant to Notice.

21

22

23 BEFORE:       B. KANOELANI COCKETT

24               Certified Shorthand Reporter

25               HI CSR NO. 379, CA CSR NO. 7995

**EXHIBIT 3**

91

1          THE WITNESS:  Yeah, sorry, Adam.

2     BY MR. SCHULMEISTER:

3          Q.    During this time frame and let's say December when

4     the bids were open, now we're into February, did you have any

5     discussions with Mike Elhoff or anyone from Trojan about the

6     fact that the low bidder for Wahiawa had bid based on Ultra

7     Tech?

8          A.    Oh, most likely I did.

9          Q.    Okay.  And do you remember any of those discussions?

10         A.    No, I don't.

11         Q.    Why do you say "most likely" you did?

12         A.    I'm sure he would have called out what the status of

13    the bid was since he was one of the potential suppliers.

14         Q.    So who would have called?

15         A.    I would imagine Mike Elhoff would have called.

16         Q.    Okay.  And when is the first time you ever had any

17    dealings with Mike Elhoff?

18         A.    Dave, that goes back many years, back when he worked

19    for Berkeley Engineering, and I don't know how many years ago

20    that is, probably 15 years ago.

21         Q.    Okay.  You have to educate me.

22         A.    Sure.

23         Q.    What is Berkeley Engineering?

24         A.    Well, it was another company that represented

25    suppliers.

92

1    Q.   Of?

2    A.   All kinds of equipment.

3    Q.   Okay.  So the contact you had with him in the past

4  was always as a manufacturer's representative?

5    A.   That's correct.

6    Q.   For equipment for wastewater or all for wastewater

7  treatment plants?

8    A.   We may have.  I may have dealt with him on equipment

9  for other things like water treatment, mostly wastewater,

10  though.

11    Q.   All right.  Mostly wastewater.

12    And so, I mean, do you have any -- did you have any

13  social relationship with him?

14    A.   I do not.

15    Q.   Okay.  But many years of dealing with him as a

16  representative of equipment for plants you were designing?

17    A.   Correct.

18    Q.   And had -- during those years had he provided you

19  manufacturer's specifications in the past for specific

20  products?

21    A.   Yes.

22    Q.   And, I mean, manufacturer's representatives

23  typically lobby the designer to get their product specified,

24  right?

25    A.   Absolutely.

93

1    Q.    And he had been doing that with you for 15 years?

2    A.    Off and on for 15 years.

3    Q.    Okay.

4    A.    I hate to have you --

5    Q.    Was he a success?

6    A.    Well, I don't know.

7    Q.    Varying degrees of success?

8    A.    That would be fine.

9    Q.    Did he have a good reputation with you?

10    A.    Yeah, I think he was a pretty good equipment rep.

11    Q.    How long -- well, was he involved in providing

12 information to you in connection with the preparation for --

13 in connection with your preparation of the UV specs for

14 Honouliuli?

15    A.    I don't recall if it was him, but Trojan was

16 involved in providing us information in preparation of the

17 specs.

18    Q.    Okay.  All right.  So after the bids were opened,

19 and I guess it was learned that Bodell had bid based on Ultra

20 Tech, you think that it was fairly soon after that that you

21 would have had a conversation with Mr. Elhoff about that,

22 right?

23    A.    Yeah, it would have been -- I would be surprised if

24 I did not have a conversation.

25    Q.    And during those conversations did he learn that the