# EXHIBIT 3

# WORD PROCESSING REQUEST

**CIRCLE ONE:**   (DRAFT)   RE-DRAFT   FINAL

5/10/99

1. Fill out **ALL** information accurately to ensure timeliness and proper project charges.
2. Keep ORIGINAL request form attached to the document when submitting drafts of the SAME job, no matter how many drafts are requested.
3. Project Manager: please submit outline identifying who will be submitting what sections. Also, attach sample of document showing layout and typestyle.

Project No.: 2500 / 00    Dept: ED    Phase: 10    Task: WP
Client Name: CITY D.D.C.    Project Name: WAHIAWA WWTP EFFLUENT REUSE & LAKE WILSON OUTFALL ADJUSTMEN
Document Name: UV SPECS    Doc. No.: ____    Disk No. ____
CREATE NEW DOCUMENT AND SUPERCOPY FROM:    Doc. No.: ____    Disk No. ____

DESCRIPTION OF WORD PROCESSING (Check Preferences):

| Paper | | Type | | Client Request (Please attach sample layout) | |
|---|---|---|---|---|---|
| Draft Paper | ✓ | Report | | Double Space | |
| Letterhead | | Specification | ✓ | Single Space | |
| 2nd Page | | Letter | | Type Style (Wang): | |
| Other | | Memorandum | | 12 pitch | |
| | | Proposal | | 10 pitch | |
| | | Billing | | Word Perfect: | |
| | | Facsimile | | Point Size: | |
| | | Other | | Type Style: | |
| Specifications | | | | Print Only | |
| SPECSINTACT: Print Section(s) listed which are NOT to be included in job | | | | SUPERCALC 5 | |
| Print Section(s) listed which ARE to be included in job | | | | Microsoft Excel | |
| FINAL printout for ALL sections | | | | Other | |
| SPECTEXT: | | | | | |

DATE DRAFT REQUIRED: 5/10/99    FINAL: ____
RETURN TO: DISKETTE — JMKS   HARDCOPY (CONVERTED FORMAT) - KG
PROOFREAD BY: ____    DATE: ____
SPECIAL INSTRUCTIONS: REFORMAT ATTACHED VENDOR SPECS TO MATCH GMP SPEC FORMAT. HARDCOPY OF VENDOR SPEC ATTACHED. DISKETTE W/VENDOR SPEC ATTACHED.
SUBMITTED BY: JMKS
DATE: 5/8/99    TIME: 1:35 PM

Plaintiff's EXHIBIT 9 Stone II 3-2-05

OPT-02416

WPFOF

TROJAN SYSTEM UV4000™ STANDARD SPECIFICATION
WAHIAWA, HI
ULTRAVIOLET DISINFECTION EQUIPMENT


PART 1    GENERAL

1.1    DESCRIPTION

   A.   Scope: Furnish all labor, materials, equipment and
        appurtenances required to provide an open channel, gravity
        flow, high intensity medium pressure lamp, ultraviolet (UV)
        disinfection system complete with an automatic
        mechanical/chemical cleaning system and electronic
        ballasts. The UV system to be complete and operational
        with all control equipment and accessories as shown and
        specified. This system will be capable of disinfecting
        secondary effluent to meet the water quality standards
        listed in this section.

        The ultraviolet disinfection system shall be purchased from
        Trojan Technologies Inc. by the Contractor. The system to
        be installed by the Contractor and tested and commissioned
        by Trojan Technologies, as specified in this section. The
        purchased price of the equipment and services furnished by
        the manufacturer have been prenegotiated by the owner.

   B.   Related Work Specified Elsewhere:

        1.   Section ___: Installed Concrete

        2.   Section ___: Anchor Bolts, Expansion Anchors and
             Concrete Inserts

        3.   Section ___: Electrical

        4.   Section ___: Grating

        5.   Section ___: Sluice Gates

1.2   QUALITY ASSURANCE

   A. Prequalification Requirements: To be acceptable, the manufacturer must be able to demonstrate to the satisfaction of the engineer successful performance of the proposed system at a minimum of fifteen (15) other locations.

   The manufacturer must have at least eight (8) permanent wastewater installations of this equipment type in North America disinfecting a peak flow of 10 MGD or greater.

   B. Design Criteria:

   1. Provide equipment which shall disinfect an effluent with the following characteristics:

      a. Current Peak Flow:   6.5 US MGD

      b. Average Flow: 2.50003   US MGD

      c. Minimum Flow: ___ US MGD

      d. Total Suspended Solids: 5 mg/L (30 day average of consecutive daily grab samples)

      e. Annual Effluent Temperature Range: ___ to ___ F

      f. Average Turbidity:  2 NTU (for reuse applications)

      g. 5-Day B.O.D.: ___ mg/L

      h. Ultraviolet Transmittance @ 253.7 nm:  55%

      i. Effluent standard to be achieved:  2.2 FC/100 mL, based on a 30 day geometric mean average calculation, for the effluent standard as specified above.

   2. The UV system is to be installed in 1 effluent channels)(with 2 reactors per channel) each channel measuring:

2                                    ULTRAVIOLET DISINFECTION
                                                    EQUIPMENT
                                                    250000.001

OPT-02418

       a. Length:     65 ft

       b. Width:      61 in

       c. Depth:      130 in

3. The effluent depth in the channel shall not exceed 53.85 upstream of the UV system. The headloss across the UV reactor(s) at peak flow will not exceed 5.85 in. An additional headloss of 18 in is required across the level controller. Total system headloss is 23.85.

4. a. The UV reactor shall be supplied preassembled and ready for installation.

   b. The UV system will consist of 2 UV reactor(s), 1 automatic level controller(s) and a system control panel.

   c. The UV system must fit within the UV channel(s) as stated with modification.

C. Performance Requirement: The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit: 2.2 FC/100 mL, based on a 7 Geometric Mean total coliform calculation basis, for the effluent standard as specified.

1.3 SUBMITTALS

Submit for review, engineering drawings showing the following:

a. Complete description in sufficient detail to permit an item comparison with the specifications.

b. Dimensions and installation requirements.

c. Descriptive information including catalog cuts and manufacturers' specifications for all components.

d. Electrical schematics and layouts.

3          ULTRAVIOLET DISINFECTION
                            EQUIPMENT
                            250000.001

OPT-02419

1.4   GUARANTEE

   a. Equipment: The equipment furnished under this section shall be free of defects in materials and workmanship, including damages that may be incurred during shipping, storage and installation for a period of one (1) year from date of start up or one and a half (1.5) years from date of shipment.

   b. UV Lamps: The UV lamps to be warranted for a minimum of 5000 hours, on a prorated basis.

PART 2   PRODUCTS

2.1   MANUFACTURER

The physical layout of the system shown on the Engineering Drawings and the equipment specified herein are based solely upon the System UV4000™, as manufactured by Trojan Technologies Inc.

To be acceptable, the UV system must operate in an open channel, be of modular design, use high intensity medium pressure UV lamps, electronic ballasts with multiple power settings, and incorporate an automatic, mechanical/chemical cleaning system. UV systems using an air scour technology are not acceptable for the high intensity, medium pressure UV lamp.

The UV system must be designed to fit within the channel dimensions described, without modification.

The System UV4000™ to be furnished with the latest components and equipment available at the time of shipment.

2.2   GENERAL REQUIREMENTS

   A. Provide a UV disinfection system complete with UV modules, control panel, detection systems and automatic level controller(s), as herein specified.

B.  The system shall be designed to allow for complete system shut down or by-pass.

C.  The system shall be able to continue providing disinfection while replacing UV lamps, quartz sleeves and ballasts, and while cleaning the sleeves.

D.  UV systems with mechanical only, e.g. without simultaneous chemical-mechanical cleaning action, wiping systems (steel brushes, rings, etc.) will be unacceptable.

2.3  DESIGN, CONSTRUCTION AND MATERIALS

A.  General:

1.  All metal components in contact with effluent shall be Type 304 or Type 316 stainless steel.

2.  All material exposed to UV light shall be Type 316 stainless steel, Type 214 quartz or a suitably UV resistant material.

3.  The system shall be designed for complete immersion of the UV lamps including both electrodes and the full length of the lamp in the effluent. Both lamp electrodes shall operate at the same temperature and be cooled by effluent. The major axis of the UV lamps shall be parallel to flow. UV systems that operate lamps placed perpendicular to the flow are unacceptable.

B.  UV Module:

1.  Each UV module shall consist of UV lamps mounted on Type 316 stainless steel frame.

2.  Each lamp shall be enclosed in an individual quartz sleeve, one end of which shall be closed and the other sealed with compressed o-rings.

3.  Electronic ballasts to be housed integral to each UV Module.

    4. All wires connecting the lamps to the main power supply shall be enclosed inside the frame of the UV module and not exposed to the effluent.

    5. Each quartz sleeve to be independently sealed within the module.

    6. The UV module shall be designed such that operating personnel at the plant can change the lamps and quartz sleeves.

C. UV Lamps:

    1. The filament shall be significantly rugged to withstand shock and vibration.

    2. Lamp bases to be resistant to UV and ozone.

    3. To be operated by electronic ballasts at multiple power settings.

D. Lamp End Seal and Lamp Holder:

    1. The open end of the lamp sleeve shall be sealed by means of a Type 316 stainless steel sleeve nut which threads onto a sleeve cap and compresses the sleeve O-ring.

    2. The sleeve nut surface shall allow for positive tightening.

E. UV Lamp Sleeves:

    1. Type 214, or equivalent, clear fused quartz tubing.

F. Automatic Level Controller:

    1. Located at the discharge end of channel.

    2. Designed to maintain a minimum effluent level, within tolerance as required to keep lamps submerged.

    3.    Constructed of Type 304 stainless steel.

G. Electrical:

    a.    The UV disinfection system shall be divided into electrical sub-systems.

    b.    Each bank shall be powered from a power distribution center. Service entrance for power feed termination to be provided.

    c.    Maximum total power consumption rating shall be no greater than 403.2kW.

    d.    Electrical supply to each Power Distribution Center shall be 480 Volts, 3 phase, 4 wire, 108.1 kVA.

    e.    One power feed to each reactor of 120/208V, 1 phase, 2 wire, 5 kVA required for the mechanical systems.

    f.    Signal wiring interfacing the UV system and the System Control Center (SCC), shall be as shown on the Engineering Drawings.

H. Control and Instrumentation:

    1.    System Control: To be programmable logic controller (PLC), or microprocessor, based. Operator Interface to incorporate a touchscreen, or keypad, and be wall mounted indoors.

    2.    Trojan On-Line UV Transmission Monitor UVT 2537TM:

        a.    An on-line UV transmission (UVT) monitor will automatically track the transmissibility of the effluent at the 253.7 nm germicidal wavelength.

        b.    The monitoring will be continuous. To insure valid results, an automatic calibration sequence will be utilized. The UVT will be measured from 0 to 100%, with an accuracy of + 1%.

      c. The on-line monitor will incorporate a display screen for visual trend analysis on a 60 minute or 24 hour basis.

      d. A 4-20mA analog output, and 2 digital outputs to be available for interfacing the UVT Monitor with the System Control Center (SCC). This will create an effluent UV demand feedback loop. The SCC will turn lamps on/off in response to the effluent's UVT.

      e. Equipment to include analyzer, sensor and sampler, all in separate enclosures. The analyzer to be located not more than 1000 feet from the effluent channel being monitored.

      f. Power feed of 120/208 V, 1 phase, 2 wire, 500 VA required to sampler at the channel end.

3. Alarm Conditions:

      a. Individual lamp failure - failed lamps shall be indicated by specific address (i.e. bank #/ module #/ lamp#).

      b. Module failure - failure of any module shall be indicated by specific address.

      c. Low UV Dose - will occur when the design dose is not being delivered.

      d. Low UV Transmission - will occur once minimum design UVT has been exceeded.

      e. Alarm history register - a record of the 20 most recent alarm conditions, recorded by alarm type, date and time of occurrence.

**Note to Specifier:** The remote monitoring modem option requires a dedicated phone line terminated at the System Control Center. This system is called the Trojan On-Line RMI System.

      8      ULTRAVIOLET DISINFECTION EQUIPMENT
250000.001

OPT-02424

4. Trojan On-Line RMI System™ (Optional): System Control Center must include capabilities for remote monitoring and control by means of a 9600 Baud Modem. Data transfer to a remote computer is to be provided through a dedicated telephone line terminated in the System Control Center. Software must incorporate remote monitoring of the following conditions: Bank status, module status, individual lamp status, elapsed time, UV intensity, effluent flow (where applicable). The modem can be disabled at the System Control Center by plant personnel.

5. Trojan On-Line GUI System™ (Optional): Provide a Windows™ based software package to graphically simulate the UV system on a stand along personal computer. Software to monitor, control and archive the UV system's performance variables and monitor and archive the alarm conditions. Refer to the GUI specification for details.

I. Dose Pacing: A dose-pacing system shall be supplied to turn the UV banks on and off in relationship to a 4-20 mA DC signal from an effluent flow monitor, in conjunction with the signal from the UVT monitor. The system to be dose-paced such that as the flow and effluent quality change, the design dose delivered is optimized while conserving power. The dose-pacing system shall allow the operator to vary the flow rate setting. Logic and time delays shall be provided to regulate the UV bank ON/OFF cycle.

J. Cleaning System: To have mechanical and chemical cleaning abilities, complete with an automatically initiated and controlled cleaning cycle. The cleaning system, including both the mechanical and chemical components, shall be fully operational without requiring either lamps or modules be placed out of service. Cleaning cycle intervals to be field adjustable within the range of once/hour to once/month. Manual cleaning system control to be available through the operator interface. The system to be provided with the required cleaning reagents and solutions necessary for initial equipment testing and for equipment start-up.

K.  Spare Parts: The following spare parts and safety equipment to be supplied.

   1.  12  UV Lamp(s)

   2.  12  Quartz Sleeve(s)

   3.  Sleeve Holder Seal(s)

   4.  Face Shield(s), able to block UV light wavelengths between 200 and 400 nm

   5.  Gallons of Cleaning Solution

2.4  ANCILLARY EQUIPMENT

Automatic Slide/Sluice Gates: These gates are required, two per channel, if the UV system is to operate in an automatic mode for multiple channel configurations. These gates are not to be supplied by the UV manufacturer. Additionally, it shall be the gate manufacturer's responsibility to properly install and set up each gate, such that a gate closed limit switch, one per gate, is transmitted to the UV System Control Center (SCC). Each gate shall be able to receive one opening and one closing signal from dry 10 amp contacts located in the SCC. To insure disinfection under all conditions, gate interlocking, both mechanical and electrical, shall be required to prevent all gates from being closed at any given time. These interlocks are to be the responsibility of the gate manufacturer.

PART 3   EXECUTION

3.1  INSTALLATION

In accordance with the contract drawings, manufacturer's engineering drawings and instructions.

3.2    MANUFACTURER'S SERVICES

    1.    a.   Installation supervision:  As required for proper installation.

         b.   Start-up and field testing:  2 full days on site.

         c.   Operator training:  1 full day on site.

    2.   Service scheduling:  By owner on request any time during a 1 year warranty period.

END OF SECTION