# EXHIBIT 4

HESpumps@aol.com, 03:49 PM 8/18/99 , Re: Jay Stone - Wahiawa

To: HESpumps@aol.com
From: "GMP Associates, Inc." <gmpassoc@lava.net>
Subject: Re: Jay Stone - Wahiawa
Cc:
Bcc:
X-Attachments:

I will be available tomorrow morning. Do you have questions for me? I just need to know what will happen if we flood the UV equipment.

Right now we are wrestling with the hydraulics. Depending on the reservoir elevation, the UV channel may be completely flooded at peak flow. In order to prevent flooding of the equipment and keep the maximum submergence less than 88 inches, I need to raise the channel such that the channel floor is 2.5 to 3 feet above the existing grade. I may be able to lower the channel a foot if allow the water level to reach the maximum submergence.

By the way, can you double-check that the low-pressure system cannot fit within the boundaries that we sent you?

Another vendor claims to be able to fit in a low-pressure vertical system within the boundaries.

Sincerely,

Jay M. K. Stone

At 08:14 PM 8/18/99 EDT, you wrote:
>Jay & Neil - If my plane out of Guam makes it, can we conference call
>tomorrow am? I will be in the office from 6:30am on.
>
>Thanks, Mike
>
>



OPT-02300