# EXHIBIT 8

Deember 1, 1999

MEMORANDUM

TO:        THE RECORD

FROM:      CYRIL

SUBJECT:   GMP'S RECOMMENDATIONS FOR SUBSTITUTION REQUESTS
           WAHIAWA WWTP EFFLUENT REUSE
           JOB NO. W10-99

1.    GMP has recommended denial for the USFilter/Zimpro Hydro-clear
      sand filter based on their specifications which call for an
      upflow sand filter with continuous backwash (no separate
      backwash cycling).

      I am going against GMP's recommendation, for this simple
      reason - the requested sand filters are to be installed in our
      Honouliuli WWTP facility. This is a defacto approval and to
      depend on the specs in lieu of any other reasons would put the
      City in jeopardy of litigation.

2.    GMP has recommended denial for Ultratech UV disinfection
      system based on lack of information on meeting the
      requirements of the specs.

      I am going to modify GMP's recommendation, allowing them to
      bid the project provided that they meet all requirements of
      the specifications. This is another case of defacto approval
      since these are the units that are being installed at Kailua
      WWTP.

C&C/Bodell
C026306

EXHIBIT 13