# EXHIBIT 10

1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
PH:    (808) 521-4711
Fax:    (808) 538-3269

GMS
ASSOCIATES, INC.
ENGINEERS/ARCHITECTS

# Letter of Transmittal

| DATE Dec. 17, 1999 | JOB NO 2500/01 |
|---|---|
| ATTENTION Mr. Guy Inouye | |
| RE: Wahiawa WWTP Effluent Reuse and Wahiawa | |
| Reservoir Outfall Adjustment | |
| | |
| | |
| | |
| | |

TO: Department of Design and Construction

Division of Infrastructure Design & Engineering

650 South King Street, 14th Floor

Honolulu, HI 96813

WE ARE SENDING YOU ☐ Attached    ☐ Under separate cover via _____ the following items:

☐ Shop drawings    ☐ Prints    ☐ Plans    ☐ Samples    ☐ Specifications

☐ Copy of letter    ☐ Change order    ☒ Copy of Substitution Request _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 11/23/99 | —— | Response to Material Substitution Request for UltraTech UV Disinfection System |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☐ For approval        ☐ Approved as submitted    ☐ Resubmit ___ copies for approval

☒ For your use        ☐ Approved as noted        ☐ Submit ___ copies for distribution

☒ As requested        ☐ Returned for corrections  ☐ Return ___ corrected prints

☐ For review and comment    ☐ _____

☐ For BIDS DUE _____ 19__ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____
_____
_____
_____

Plaintiff's
EXHIBIT
20    Stone II
3-2-05

COPY TO File _____

SIGNED: _____

If enclosures are not as noted, kindly notify us at once.

OPT-02345

# EXHIBIT 18

MATERIAL SUBSTITUTION REQUEST

Date: November 23, 1999

Substitution Requested By:
    Company: Engineered Systems
    Address: P.O.Box 865, Kailua, HI 96734
    Contact: Paul Scott          Phone: (808) 263-2232
                                 Fax:   (808) 263-3928

Date of Material Substitution Request Letter: November 19, 1999

Project: Wahiawa WWTP Effluent Reuse & Outfall Adjustment
                                    Job W10-99

Specification Section: 11376
Specified Items:  UV Disinfection
Approved Manufacturer/Model: Trojan Tech

Substitute Manufacturer/Model: Ultratech Systems
Stated Deviations: Low Pressure in lieu of medium pressure

Recommendations:

☐    Based on information provided, the above item may be considered
     equal to the brand specified.  This consideration does not
     relieve the Contractor nor the Supplier of their responsibility
     to meet the requirements of the Contract Documents

☐    Based on information provided, the above item may be considered
     equal to the brand specified, under the following conditions:

     _____
     _____
     _____

     This consideration does not relieve the Contractor nor the
     Supplier of their responsibility to meet the requirements of the
     Contract Documents.

☒    Based on information provided, the above item may not be
     considered equal to the brand specified due to:
     Insufficient information to determine suitabilty. Supplier shall
     provide engineering information to demonstrate that this unit meets
     or exceeds each major requirement of the spec. Specifically, show
     that the low pressure unit fits in this space indicated on the
     drawings, provide information on the proposed dose pacing system
     and give details on the cleaning system, in addition to other
     requirements. Supplier has only provided sales brochures.

     Review by:     LAM, GMP Associates

                                              OPT-02346



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813 | Name:<br><br>Mr. Guy Inouye | Fax No.:<br><br>523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>1100 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br><br>Client Number:                    2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir<br>Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii<br>Date:        December 17, 1999<br><br>Hawaii<br>Time: | Total No. of Pages<br>(Including this Page)<br><br>12 |

Remarks:

OPT-02358

```
                                                                                    P. 01    X
                              TRANSACTION REPORT                                              X
                              ─────────────────                    DEC-17-99 FRI 13:00       X
                                                                                             X
         SEND(M)                                                                             X
                                                                                             X
    DATE  START RECEIVER          TX TIME PAGES TYPE          NOTE                  M# DP     X
    ─────────────────────────────────────────────────────────────────────────────          X
    DEC-17 12:54 DEPT DESIGN CON IDE  6'49"  12 SEND          ( M) OK                  096    X
    ─────────────────────────────────────────────────────────────────────────────          X
                                   TOTAL            6M 49S  PAGES:    12                      X
                                                                                             X
```



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813 | Name:<br><br>Mr. Guy Inouye | Fax No.:<br><br>523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>1100 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br><br>Client Number:          2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir<br>Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii<br>Date:    December 17, 1999<br><br>Hawaii<br>Time: | Total No. of Pages<br>(Including this Page)<br><br>12 |

Remarks:

OPT-02357