# EXHIBIT 26


UltraTecn systems Inc.

## Partial Installation List:

| Installation | State | MGD | Modules | Contact | Phone | Address |
|---|---|---|---|---|---|---|
| West Boise | ID | 70 | T4024I [64] | Delivered | | |
| Kailua | HI | 30 | T4024I [18] | Ivan Hawkins | 254-4063 | 95 Kaneohe Bay Drive Kailua, Hawaii |
| Meadville | PA | 21.58 | T4024I [24] | Eric Schall | 814-724-6058 | 1320 Park Avenue Meadville, PA 16335 |
| Harris County WCID 21 | TX | 14.50 | T2820R [24] | Butch Voytek | 281-452-4726 | 218 Cedar Lane Channelview, TX 77530 |
| Jackson | WY | 09.50 | T4024I [12] | Kelly Rubrecht | 307-733-4203 | 5450 South Ricks Road Jackson, WY 83001 |
| Crow Creek | WY | 9.0 | T4024I [12] | Delivery Spring 2000 | | |
| Broomfield | CO | 08.00 | T4024I [06] | Norm Henderson | 303-464-5940 | 2985 West 124th Avenue Broomfield, CO 80020 |
| Copperas Cove | TX | 08.00 | T4024I [10] | John D'Emery | 254-547-3255 | 2711 Big Valley Road Copperas Cove, TX 76522 |
| Louisville | CO | 7.2 | T4024I [5] | Delivered | | |
| Hammonton | NJ | 06.25 | T2820R [10] | Anthony Sbarra | 609-567-4331 | 100 Central Avenue Hammonton, NJ 08037 |
| Lawrenceville | VA | 06.20 | T4024I [06] | C.J. Dean | 804-848-2729 | 1325 Brickyard Street Lawrenceville, VA 23868 |
| Weatherford | TX | 06.11 | T4024I [12] | Devrus Deal Ken Josey | 817-598-4143 | 1327 East Eureka Street Weatherford, TX 76086 |
| Fort Carson | CO | 06.00 | E-8 [30] | Chick Crosby | 719-526-4074 | Building 3900, McGrath Avenue Fort Carson, CO 80913 |
| Hollister | MO | 05.34 | T4024I [06] | Brent Daniels | 417-334-3330 | Old Mill Road Hollister, MO 65672 |
| Cinco Ranch, MUD 1 | TX | 05.20 | T4024I [06] | Kirk Hardesty | 281-578-4231 | 283 Lockhaven Drive, Suite 214 Houston, TX 77073 |
| Fort Morgan | CO | 05.00 | T2820I [08] | Gary Dreesen | 970-542-0726 | 18169 Road 22 Fort Morgan, CO 80701 |
| Tri-Lakes | CO | 04.80 | T4024I [6] | Bill Burks | 719-481-4053 | 1845 Woodmore Drive Monument, CO 80132 |
| Payson | AZ | 04.78 | EP-30L [4] | Joel Goode | 520-474-5257 | 2200 West Baby Doll Ranch Rd. –Payson, AZ 85547 |
| Pueblo West | CO | 4.7 | E-6 [8] | Delivered | | |
| Richmond | TX | 04.50 | T2820I [8] | James Sebesta | 281-341-7882 | 220 Legion Drive Richmond, TX 77469 |
| Prescott | AZ | 3.6 | T4024I [4] | Started Up | | |
| Telluride | CO | 03.47 | T-2820 | Bill Goldworthy | 970-728-4025 | 1200 Highway 145 Telluride, CO 81435 |
| Snowmass | CO | 03.20 | T4024I [4] | Gary Vann | 970-923-2056 | 660 Fairway Drive Snowmass, CO 81615 |
| Owasso | OK | 02.95 | T-2816R [2] | Charles Nicholson | 918-272-4338 | 600 South Main Street Owasso, OK 74055 |
| Leavenworth | WA | 02.60 | T4024I [4] | Bill Russ | 509-548-5994 | 700 U.S. Highway 2 Leavenworth, WA 98826 |

000327                                        B00656

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

**Exhibit 31**

| Location | State | | Type | Contact | Phone | Address |
|---|---|---|---|---|---|---|
| quaw Creek | CO | 02.50 | E-8 [18] | Bob Will | 970-926-3095 | Lake Creek Village Drive 32500 US Hwy 6 Edwards, CO 81632 |
| Erie | CO | 02.5 | T2820I [4] | Mike Wallace | 303-828-3096 | 1000 Briggs Street Erie, CO 80516 |
| Bandon | OR | 02.43 | T4024I [6] | Bill Nielsen Don Schoonmaker | 541-357-9122 | 555 Highway 101 Bandon, OR 97411 |
| Clay Center | KS | 2.0 | T4024I [3] | Started Up | | |
| Keystone | SD | 02.00 | E-4 [20] | Tom Malloy | 605-666-4354 | 24239 Playhouse Road Keystone, SD 57751 |
| Bullhead City | AZ | 1.8 Reuse | T2820I [7] | Started Up | | |
| Pinckneyville | IL | 01.44 | T-2816R [3] | Kevin Van Deaver | 618-357-5214 | 403 Waterworks Road Pinckneyville, IL 62274 |
| Pinconning | MI | 01.30 | E-8 [12] | Tim Stalker | 517-879-2901 | 208 Manitou Street Pinconning, MI 48650 |
| Bosque Farms | NM | 01.00 | E-4 [10] | Kurt Moffat | 505-837-2358 | 1455 West Bosque Loop Bosque Farms, NM 87068 |
| BARC West, U.S. Dept. of Agriculture | MD | 00.76 | E-4 [18] | Randy Flannery | 301-504-7123 | Building 015 Beltsville, MD 20705 |
| Hassayampa | AZ | 00.75 | T2820I [4] | Bill Delony | 520-445-0178 | 1990 Country Club Drive Prescott, AZ 86303 |
| McAlester Army Depot | OK | 00.75 | T2816I [3] | Scott Sullivan Aubrey Edwards | 918-420-7254 918-420-6297 | Highway 69 Supply Warehouse #8 Savannah, OK 74501 |
| Otto Township | PA | 00.58 | E-4 [6] | David Ball | 814-966-3800 | 1281 Main Street Duke Center, PA 16729 |
| Medford | MN | 00.57 | E-4 [4] | Keith Maas | 507-451-7676 | 408 Southeast Second Ave Medford, MN 55049 |
| Booneville | KY | 00.50 | E-4 [06] | David Hall | 606-593-5271 | Shepards Lane Booneville, KY 41314 |
| Mabton | WA | 00.50 | E-4 [8] | Wayne Beeman | 509-894-4134 | 900 Vance Road Mabton, WA 98935 |
| Warsaw | KY | 00.50 | E-4 [6] | Jerry Hutchison | 606-567-6300 | 101 West Market Street Warsaw, KY 41095 |
| Las Animas | CO | 0.5 | E-4 [6] | Delivered | | |
| Rocky Flats | CO | 00.40 | T-2816R [3] | Lou Barnhouse | 303-966-4502 | Building 995 Golden, CO 80402 |
| Victoria | VA | 00.40 | T-2816 [3] | Frank Gallion | 804-696-3037 | 1802 Main Street Victoria, VA 23974 |
| Crested Butte, South | CO | 00.36 | E-4PKG [5] | John Dietrich | 970-349-5480 | 280 Cement Creek Road Crested Butte, CO 81224 |
| Culebra Creek | TX | 00.30 | E-2 [6] | Kevin O'Brian | 210-704-1900 | 9500 Adamshill San Antonio, TX 78245 |
| Lawton | MI | 00.25 | E-2 [5] | Andy Custard | 616-624-6522 | 200 James Street Lawton, MI 49065 |
| Deep River | CT | 00.17 | EP-12L [2] | Pete Lewis | 860-526-6044 | 99 Winter Avenue Deep River, CT 06417 |
| Fort Sumner | NM | 00.15 | E-2PKG [5] | Chester Ramsey (Contractor) | 505-355-7508 | 501 Avenue "C" Fort Sumner, NM 88119 |
| North Hampton, Nassawadox Hosp. | VA | 00.11 | E-2 [10] | Jeff McCoy | 757-414-8359 | 9507 Hospital Avenue Nassawadox, VA 23413 |
| Deer Park | WI | 00.08 | EP-12L [1] | Tom Krueger | 715-269-5697 | 2073 County Road "H" Deer Park, WI 54007 |



UltraTech systems Inc

000328      B00657

| | | | | | | |
|---|---|---|---|---|---|---|
| gil Inc./Ozark | AR | 00.06 | E-8 [9] | David Hyde | 501-667-8536 | |
| Remington | KY | 00.06 | E-2 [2] | Joe Zajk | 270-856-4209 | 22 Rifle Trail<br>Hickory, KY 42051 |
| Boyce | VA | 00.05 | E-2 [08] | Rodney Lloyd | 540-837-2239 | 15 West Main Street<br>Boyce, VA 22620 |
| Ilium | CO | 00.04 | E-4 [1] | Bill Cantlin | 970-728-4554 | 160 K Society Drive<br>Telluride, CO 80222 |
| King William | VA | 00.03 | E-2 [2] | Bernie Pere | 804-769-9472 | 542 Acquinton Church Road<br>King William 23806 |
| Olde Mill Golf Course | VA | | E-2 [1] | Bill Helms | 540-398-2007 | 2258 Stone Mountain Road<br>Laurel Fork, VA 24352 |



UltraTech systems Inc

000329

B00658