# EXHIBIT 32

224



1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3     _____

4     BODELL CONSTRUCTION COMPANY,

5     a Utah corporation,

6                    Plaintiff,

7          vs.                        CIVIL NO. 03-00706(HG/LEK)

8     OHIO PACIFIC TECH, INC., fka GMP    (Contract)

9     ASSOCIATES, INC., an Ohio

10    corporation; CITY AND COUNTY OF

11    HONOLULU; ULTRA TECH SYSTEMS,

12    INC., a foreign corporation,

13                   Defendants.

14    _____

15              DEPOSITION OF JAY M.K. STONE

16                      VOLUME II

17       Taken on behalf of the Plaintiff, BODELL

18    CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19    Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20    9:07 a.m. on March 2nd, 2005, pursuant to Third Amended

21    Notice.

22

23    BEFORE:      B. KANOELANI COCKETT

24                 Certified Shorthand Reporter

25                 HI CSR NO. 379, CA CSR NO. 7995




401

Q.    And whose handwriting is it?

A.    It looks like my handwriting.

Q.    So you personally would have received this document, right?

A.    I had a copy of the document.

Q.    And you would have read this first page because you wrote on it, correct?

A.    Yes.

Q.    Is there anything unclear about this page when you read it that it was for the Wahiawa Hawai'i Wastewater Treatment Plant?  I mean, it's fairly clear on its face, correct?

A.    Yes, it is.

Q.    And do you see that there is a paragraph right at the bottom middle of the page that says, "The contents and drawings contained in this submittal package relate to proprietary subject matter."

Do you see that?

A.    Yes, I see that.

Q.    And you had read that when you received this?

A.    I don't recall if I read it.  I see it now.

Q.    Do you see that it says, "Any party assuming custody does so with the express understanding and agreement that neither receipt nor possession thereof confers or transfers any right to use, reproduce or disclose its contents, or any

402

part thereof, in any manner or for any purpose whatsoever"?

Do you read that?

    A.    Yes, I read that.

    Q.    Is that clear, or is it confusing?

        MR. SUTTON:  Object to the form of the question.

BY MR. BIALEK:

    Q.    Is it clear to you?

    A.    I understand the statement.

    Q.    You understand.  Okay.

        When did you first learn of the UVDIS test or --

    A.    I didn't learn of it.

    Q.    Is UVDIS a test or is it a tool to test?

    A.    It is neither.

    Q.    What is UVDIS?

    A.    It is a software program.

    Q.    When did you first learn of it?

    A.    I don't recall when I first learned of it.

    Q.    How did you first learn of it?

    A.    I believe I said I had mentioned that -- I believe I

said earlier that I had read about it in an EPA design manual.

    Q.    Do you know how you got Karl Scheible's phone

number?

    A.    No, I don't know how I received the phone number.

    Q.    Can you look at Exhibit 3 to your deposition.

        Tell me:  Did anyone assist you in preparing this