# EXHIBIT 34



REC'D GMP ASSOC.
5/9/00 1030am
FROM BODELL CON. CO.

# WAHIAWA, HAWAII
# WASTEWATER TREATMENT PLANT

## Ultraviolet Disinfection Equipment
## Pre Submittal Package

### Bodell Construction Company
### Gary Jeppson

### GMP Engineers
### Lee Mansfield, P.E.
### May, 2000

THE CONTENTS AND DRAWINGS CONTAINED IN THIS SUBMITTAL PACKAGE RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER.

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527



Plaintiff's
EXHIBIT
2
Stony
3-1-05

OPT-02119

# EXHIBIT 24



May 8, 2000

Bodell Construction Company
586 West Fine Drive
Salt Lake City, UT  84115

ATTN: J. Gary Jeppson
SUBJ: UV System - Wahiawa, HI WWTP

Dear Mr. Jeppson:

This document has been prepared in response to your request for additional information.

In summary, our bid horizontal UV system was title 22 compliant prior to the bid.  Our offering meets all performance aspects of the specification and fits in to the available space  Enclosed dose calculations demonstrate full compliance with this project's performance requirements.

Please note that at time of the bid only our horizontal lamp, parallel to flow UV system was Title 22 compliant.  Our vertical lamp, perpendicular to flow UV system has been submitted for Title 22 compliance and we expect a positive response from the California Department of Health Services shortly.

Although not specifically mentioned in the specifications, no uninterruptible power supplies (UPS) are required with our UV system.  When inefficient medium pressure UV lamp systems loose power, even for a fraction of a second and the lamps go out, the lamps can not be restarted and turn on for 30 minutes or longer.  Our low pressure UV lamps will restart the instant power is restored.  This restart problem is more acute in warmer climates.  The warmer it is, the longer it takes for a medium pressure lamp to be restarted.  Florida has already required UPS for all medium pressure UV installations.  There has been talk that this requirement may be added to Title 22.

OPT-02120

Mr. Jeppson                                          Page 2
Wahiawa, HI WWTP                                     5/8/00

**Variances From Specification**

Any variances with the specification are listed below:

   2.4D1  Our lamps are secured using UV resistant materials other than 316 SS.

   2.4G4  Power feed is to be 120/208 Vac 3 Phase 4 Wire Wye configuration power. 387
          amps

**Dose & Headloss Calculations**

The offered Terminator™ horizontal lamp, parallel to flow UV system delivers more than the
specified 140,000 $\mu$Ws/cm$^2$ dose at the peak wet weather flow of 6.5 MGD. Headloss is
substantially less than the specified UV system.

EPA UVDIS 3.1 software was run to calculate the average intensity of our UV system. The result
of this "point source summation" calculation is 6,021.754 $\mu$Ws/cm$^2$ in 55% UV transmission
effluent.

Per specification, dose calculation in accordance with 2.3 B. along with a hydraulic headloss
calculation are listed on the following pages:



Mr. Jeppson                                                    Page 3
Wahiawa, HI WWTP                                               5/8/00

## Horizontal UV System Hydraulic Calculation 5 Banks

### Operational Data

| | |
|---|---|
| Flow Rate per Channel (MGD) | 5.50 |
| Flow Rate per Channel (GPM) | 4,514 |
| Flow Rate per Channel (Q) cu.in./min | 1,042,708 |
| Lamps per Module | 16 |
| Modules per Bank | 20 |
| Lamps per Bank | 320 |
| Banks per Channel | 5 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 48.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module (f) | 0.094 |

### Cross Sectional Dimensions:

| | |
|---|---|
| Height at Channel (hc) in. | 48.000 |
| Width at Channel (wc) in. | 60.000 |
| Wetted Area of Cross Section (Ac) sq.in. | 2,880.000 |
| Height at Supports (hs) in. | 48.000 |
| Width at Supports (ws) in. | 33.800 |
| Wetted Area of Cross Section (As) sq.in. | 1,622.400 |
| Height at Quartz Jacket Row (hj) in. | 48.000 |
| Width at Quartz Jacket Row (wj) in. | 41.880 |
| Wetted Area of Cross Section (Aj) sq.in. | 2,648.494 |

### Module Dimensions (Horizontal):

| | |
|---|---|
| Module Width in. | 1.310 |
| Module Length in. (direction of flow) | 63.000 |
| Channel Volume per Bank cu.in. | 181,440.000 |
| Channel Volume per Module cu.in. | 9,072.000 |
| Volume of Wetted Quartz Jacket cu.in. | 40.559 |
| Volume of Wetted Support cu.in. | 82.373 |
| Total Wetted Volume of Module cu.in. | 731.311 |
| Effluent Volume of Bank cu.in. | 166,813.790 |
| Wetted Jacket Surface Area sq.in. | 179.126 |
| Wetted Support Surface Area sq.in. | 251.520 |
| Wetted Channel Surface Area sq.in. | 9,828.000 |
| Total Wetted Surface Area of Module sq.in. | 430.646 |
| Total Wetted Surface Area of Bank sq.in. | 8,612.9202 |

### Cross Section Velocities

| | |
|---|---|
| Velocity in Channel (Vic) in./s | 6.034 |
| Velocity through Supports (Vs) in./s | 10.712 |
| Velocity along Jacket Row (Vj) in./s | 6.562 |

### Equivalent Diameters

| | |
|---|---|
| Equiv. D for Channel (Dc) in. | 60.571 |
| Equiv. D for Support Section (Ds) in. | 45.462 |
| Equiv. D for Quartz Jacket Row (Dj) in | 58.085 |

### Head Losses - Contractions

| | |
|---|---|
| From Channel to Supports (Hccs) in. | 0.032 |
| From Jacket to Supports (Hcjs) in. | 0.029 |

### Head Losses - Expansions

| | |
|---|---|
| From Supports to Jackets (Hesj) in. | 0.022 |
| From Supports to Channel (Hesc) in. | 0.028 |

### Head Loss - Friction

| | |
|---|---|
| Velocity along Quartz Jacket in./s | 6.562 |
| $Vj^2$ | 43.055 |
| Hydraulic Radius (r) in. | 21.066 |
| L = Length of Quartz Jacket in. | 63.000 |
| $Hf = f \times L \times Vj^2 / r \times 2 \times g$ | 0.016 |

### Total Head Loss in.

| | |
|---|---|
| Total Head Loss per Bank in. | 0.127 |
| Total Head Loss per Channel in. | 0.637 |



**UltraTech**
s y s t e m s   i n c

Mr. Jeppson
Wahiawa, HI WWTP

6-5

Page 4
5/8/00

## Horizontal Dose Calculation 4 Banks in Service

| Operational Data - Horizontal Dosage | Value | Unit | Conv. Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 60.00 | in. | 152.40 | cm |
| h - Nominal effluent height | 48.00 | in. | 121.92 | cm |
| Q = max flow through one channel | 4,514 | GPM | | |
| n = number of banks per channel | 4 | | | |
| Lm = Lamps per UV module | 16 | | | |
| Mc = Number of Modules across channel | 20 | | | |
| Vi = Effluent volume per UV lamp<br>= ((S x h / Lm) - (Pi x $r^2$)) / 1000 | 8.54 | ltr. | | |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm² | | |
| Vr = Effluent volume in reaction area<br>= ((w x h) - (Lm x Mc x Pi x $r^2$)) R x n / 231 | 2,888.55 | gal. | | |
| T = Retention Time in UV channel<br>= (Vr / Q) x 60 sec./min | 38.40 | sec. | | |
| UV Dosage | 161,845.79 | uW-sec/cm² | | |

*(handwritten: 5,640 vs 6021)*

## Cleaning System

An out of channel cleaning system is supplied. Cleaning is accomplished by removing an entire bank of UV lamps and placing the bank into the UltraTech supplied cleaning vault where a cleaning agent is agitated by an UltraTech supplied blower and diffusers. This cleaning system is per 2.4J2. Drawings show location of the cleaning system.



UltraTech
s y s t e m s Inc



OPT-02123

**Mr. Jeppson**                                                                                          **Page 5**
**Wahiawa, HI WWTP**                                                                                 **5/8/00**

Horizontal System Overview

UltraTech's offering is in conformance with this project's plans and specifications. Our equipment
fits into an outdoor disinfection channel with an effluent level of 48". The UV disinfection modules
are to be arranged in a single 61" wide channel with five banks of UV modules in series. Only 4
banks are required for operation while the 5th bank is an automatically available redundant bank.

The UltraTech Eliminator™ UV system consists of horizontal UV disinfection modules, system
control center, Remote Power Monitoring Stations, UV detection systems, module mounting
hardware - support racks, and spares necessary to disinfect up to the present wet weather peak
flow of 6.5 MGD and provide Fecal Coliform counts of less than 2.2/100ml.

All of the control and instrumentation features that are listed in the specifications are included in
our UV system. As we are providing an Allen Bradley PLC we will interface with a SCADA
system in a seamless manner. The controls and instrumentation reside in a remote weatherproof
stainless steel floor standing enclosure. UltraTech's design provides for a single control center to
operate the entire UV system. This speeds up and simplifies installation. UltraTech supplied
"plug in" cabling delivers power from the remote power monitoring stations (RPMS) to each UV
module.

**General Description of Horizontal Offering**

| | |
|---|---|
| 100 | Eliminator™ UTS-16H (16) lamp horizontal 316 SS UV disinfection modules to be installed in one channel, 5 banks in series. |
| 1 | Control center. This stainless steel enclosure contains system display(s) screen and associated control electronics. All of the monitoring, alarm, and display functions required in the specifications are present in this control center. Power feed is 120/208 VAC 3 phase, Wye configuration. |
| 10 | Power Distribution Centers - Remote Power Monitoring Stations (RPMS) providing power to each of the 5 banks of UV modules. |
| 5 | UV Intensity monitoring systems - 1 per bank. |
| 5 | Module support racks of stainless steel - 1 per bank. An entire bank of modules can be lifted out as a unit and placed in the cleaning vault. |
| 1 | Lot of spares |
| 1 | Cleaning system complete with embedded stainless steel vault (liner) to accommodate an entire bank of UV modules. Blower for agitation is provided. |
| 1 | Level Controller. |
| 1 | Performance guarantee - Title 22. |

A crane is required to lift the UV modules from the channel.



**Mr. Jeppson**
**Wahiawa, HI WWTP**

**Page 6**
**5/8/00**

Should you have questions, please feel free to call.

Sincerely yours,

Greg E. Ellner

GEE:cq





OPT-02126

OPT-02127



OPT-02128





OPT-02129

May-04-00 02:09P DWP  Berkeley                    +51  540 2181          P.01

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                                    GRAY DAVIS, Governor

# DEPARTMENT OF HEALTH SERVICES
DRINKING WATER TECHNICAL OPERATIONS BRANCH
2151 BERKELEY WAY, ROOM 458
BERKELEY, CA 94704-1011
(510) 540-2158    FAX (510) 540-2181



*REC'D FROM*
*BODELL CON. CO.*

*GMP ASSOC  5/5/00 1030AM*

May 5, 2000

Greg Ellner
UltraTech Systems, Inc.
15 Kay Fries Dr.
Stony Point, NY 10980

Dear Mr. Ellner:

It was pleasure talking with you on the telephone this morning. Based on past correspondence, I have taken the liberty of revising the content of this letter from our previous discussions. Rather than send you a separate statement regarding your horizontal parallel to flow UV system, I am enclosing a copy of a letter transmitted to Mr. Tomas See of Hawaii's State Department of Health, Wastewater Branch, Planning & Design Section. The letter outlines the Department's position on the use of "low pressure low intensity" horizontal UV lamp systems that conform to the National Water Research Institute's UV disinfection guidelines. As you will note from the letter, the Department's position has been that such systems are *not* required to conduct any type of performance validation.

Your request to review the HydroQual, Inc. bioassay results for the purpose of having the 40 lamp vertical system accepted for wastewater reclamation and water recycling applications in California has been noted. The data from your submittal is being reviewed and will be forwarded with a recommendation to the Department's Water Recycling Committee for their review, comments, and decision (Hopefully within two months).

If you have any questions or issues regarding the contents of this letter, please feel free to contact me at (510) 849-5050.

Very truly yours,

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:    chron

encl.

| Post-It® Fax Note | 7671 | Date 4May00 | # of pages▶ 3 |
|---|---|---|---|
| To G. Ellner | | From R Sakaji | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

OPT-02130

-00 02:09P DWP - Berkel                    +510 540 218              P.01        P.02

LIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                                    GRAY DAVIS, Governor          Governor

RTMENT OF HEALTH SERVICES
, WATER TECHNICAL OPERATIONS BRANCH
KELEY WAY, ROOM 458
Y, CA 94704-1011
2158    FAX (510) 540-2181

 

May 5, 2000

Greg Ellner
UltraTech Systems, Inc.
15 Kay Fries Dr.
Stony Point, NY 10980

Dear Mr. Ellner:

It was pleasure talking with you on the telephone this morning. Based on past
correspondence, I have taken the liberty of revising the content of this letter from our
previous discussions. Rather than send you a separate statement regarding your
horizontal parallel to flow UV system, I am enclosing a copy of a letter transmitted to Mr.
Tomas See of Hawaii's State Department of Health, Wastewater Branch, Planning &
Design Section. The letter outlines the Department's position on the use of "low pressure
low intensity" horizontal UV lamp systems that conform to the National Water Research
Institute's UV disinfection guidelines. As you will note from the letter, the Department's
position has been that such systems are not required to conduct any type of performance
validation.

Your request to review the HydroQual, Inc. bioassay results for the purpose of having the
40 lamp vertical system accepted for wastewater reclamation and water recycling
applications in California has been noted. The data from your submittal is being
reviewed and will be forwarded with a recommendation to the Department's Water
Recycling Committee for their review, comments, and decision (Hopefully within two
months).

If you have any questions or issues regarding the contents of this letter, please feel free to
contact me at (510) 849-5050.

Very truly yours,

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:    chron

encl.

Post-It* Fax Note    7671    Date 4May00    # of pages ▶ 3
To G. Ellner                From R.Sakaji
Co./Dept.                    Co.
Phone #                      Phone #
Fax #                        Fax #

OPT-02131

May 4, 2000
Page 2 of 2


Very truly yours,


Original signed by

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:    R. Hultquist
       J. Stone
       chron

OPT-02132

May-04-00 12:44P DWP   Berkeley                +51  540 2181        P.01
FEB 20 '96 07:21 FR SALT LAKE COURTYARD  801 531 6000 TO 19163231382        P.02

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                    PETE WILSON, Governor

DEPARTMENT OF HEALTH SERVICES
714/744 P STREET
P.O. BOX 942732
SACRAMENTO, CA  94234-7320
(916) 322-1553

REC'D GMP ASSOC.
5/9/00  10:30AM
FROM BODELL  CON. CO.        September 8, 1995

To: Grey ELLNER

FAX: G14 - 429-7527

Dr. Bill Cairns, Ph.D.
Research Manager
Trojan Technologies Inc.
3020 Gore Road
London, Ontario
CANADA N5V 4T7

Dear Dr. Cairns:

CONDITIONAL BLANKET ACCEPTANCE OF TROJAN SYSTEM UV4000(TM) FOR
DISINFECTION OF FILTERED WASTEWATER FOR USE OR DISCHARGE

The Department of Health Services (DHS) has reviewed the Technical Report by
Trojan Technologies Inc. that is cited below.  Trojan Technologies Inc.
submitted the Technical Report to support its request for DHS acceptance of
the Trojan System UV4000 (TM) medium pressure (high intensity) lamp system
for disinfection of filtered wastewater to produce reclaimed water equivalent
to that specified in Section 60313[b] of Title 22 of the California Code of
Regulations (CCR).  The Trojan System UV4000(TM) has UV lamps oriented
horizontal and parallel to the flow.

As you are aware, the National Water Research Institute (NWRI) published
guidelines in 1993 for use of low pressure (low intensity) UV lamp
technologies to provide such equivalent treatment.  Those guidelines are
entitled, UV Disinfection Guidelines for Wastewater Reclamation in California
and UV Disinfection Research Needs Identification.

Trojan's request for acceptance of the System UV4000(TM) is consistent with
the following provision of page 16 of the Guidelines:

"UV disinfection systems that do not conform to the requirements
specified in the Wastewater Reclamation Criteria may be acceptable if it
can be demonstrated to the satisfaction of the California Department of
Health Services that they provide a degree of treatment and reliability
equal to systems that have been shown to be acceptable to the regulatory
agencies.  Determination of equivalency may require studies directed at
the inactivation of viruses or other microorganisms by the UV system."

DHS accepts disinfection of filtered wastewater by the Trojan System
UV4000(TM) as equivalent to the treatment that Section 60313[b] cites if the
following conditions are maintained at all times when treatment equivalent to
Section 60313[b] is required for use of reclaimed water or for discharge of
wastewater based on the peak design flow when the effluent is going to be
used:

OPT-02133

Dr. Bill Cairns, Ph.D.
Page 2

(1) filter effluent is continuously analyzed for turbidity by a continuous recording turbidimeter, and filtration and turbidity shall comply with Section 60301[r] of Title 22 CCR; and

(2) samples of disinfected effluent shall be taken and analyzed for total coliform bacteria at least daily. The median concentration of total coliform bacteria shall not exceed an MPN of 2.2 per 100 milliliters utilizing the bacteriological results of the last seven days for which analyses have been completed, and the number of total coliform bacteria shall not exceed an MPN of 23 per 100 milliliters in more than one sample in any 30 day period; and

(3) one of the following:

   (a) for equalized flow of the design year, the UV system delivers a UV dose of at least 140 mW-s/square cm under the worst operating conditions with three UV banks operational and one UV bank redundant, subject to all of the conditions indicated in the NWRI Guidelines; or

   (b) for variable flow of the design year, the UV system delivers a UV dose of at least 100 mW-s/square cm under the worst operating conditions at the peak daily instantaneous wastewater flow rate with a minimum of three UV banks operational, and a UV dose of at least 140 mW-s/square cm with a minimum of four UV banks operational, subject to all of the conditions indicated in the NWRI Guidelines; or

   (c) the UV system delivers a specific lower UV dose that DHS has accepted based on the results of site-specific pilot tests, and/or other supporting data, that established to DHS' satisfaction that the water quality justifies the use of the lower UV dose, based on the peak design flow.

Please call me if you have questions. My number is (916) 322-1553.

Sincerely,

Michael L. Kiado, P.E.
Senior Sanitary Engineer
Drinking Water Program

OPT-02134

Dr. Bill Cairns, Ph.D.
Page 3


cc: Dr. Teng-Chung Wu
    San Francisco Bay Regional
    Water Quality Control Board
    2101 Webster Street, Suite 500
    Oakland, CA 94612
    FAX 8-541-1380

    Mr. David Schwartzel, P. Eng.
    Regional Manager, Municipal Systems
    Trojan Technologies Inc.
    690 E. Taylor Ave., Suite 1
    Fairfield, CA 94533-4006
    FAX (707) 428-5705

    Clifford Bowen, District Engineer
    Department of Health Services
    Drinking Water Program
    2151 Berkeley Way, Room 458
    Berkeley, CA 94704


### REFERENCE CITED


Trojan Technologies Inc., Technical Review:Ultraviolet Disinfection of Wastewater to California Wastewater Reclamation Criteria (Title 22, Division 4, Chapter 3, of the California Code of Regulations) using Trojan Technologies' System UV4000 (TM) (High Intensity UV Lamp Technology), prepared for State of California Department of Health Services, August 1995.

OPT-02135