# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company. A Utah corporation vs. Ohio Pacific Tech., Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 2/28/2006 | TIME: | |

COURT ACTION:  EO: COURT ORDER WITHDRAWING ORDER GRANTING APPLICATION OF ADAM BIALEK FOR ADMISSION PRO HAC VICE, FILED DECEMBER 27, 2004.

  The Court hereby withdraws its Order Granting Application of Adam Bialek for Admission Pro Hac Vice, filed December 27, 2004 ("Order"), on the basis that LR83.1(e) requires that the attorney seeking admission pro hac vice must "designate in the application a member in good standing of the bar of this court who maintains an office within the district to serve as associate counsel."  LR83.1(e)(5).  Mr. Bialek designated James D. Boughey, Esq., who is an active member of the State Bar of Hawai`i, but who does not appear to maintain an office within the District of Hawai`i.  Rather, Mr. Boughey's office address, as listed in the Application and Declaration of Adam Bialek in Support of Admission Pro Hac Vice, lodged on December 20, 2004, is located in San Francisco, California.

  For the foregoing reasons, the Order is hereby WITHDRAWN.  This withdrawal is without prejudice, and Defendant Ultra Tech Systems, Inc. has until March 29, 2006 in which to file an affidavit or declaration attesting to the address of Mr. Boughey's office maintained in the District of Hawai`i or to file an Application for Admission Pro Hac Vice that complies with the requirements set forth in the Local Rules for the District of Hawai`i.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager