James D. Boughey (HSB No. 6546)
Jeffrey S. Tachiki (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
James.Boughey@wilsonelser.com

Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2006

at 10 o'clock and __ min. __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, INC., a foreign corporation,<br><br>    Defendants.<br>-------------------------------------------------<br>CITY AND COUNTY OF HONOLULU,<br><br>    Defendant/Third-Party Plaintiff,<br>v.<br><br>ENGINEERED SYSTEMS, INC., | Civil No. 03-00706 (JMS/LEK)<br>(Contract)<br><br>**CONCISE STATEMENT OF FACTS IN SUPPORT OF ULTRA TECH SYSTEMS, INC., and ENGINEERED SYSTEMS INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE CITY AND COUNTY OF HONOLULU AND OHIO PACIFIC TECH f/k/a GMP ASSOCIATES, INC.,**<br><br>**Hearing:**<br>Date: May 1, 2006<br>Time: 9 am<br>Judge: Honorable J. Michael Seabright |

1080838.2

|  |  |
|---|---|
| Third-Party Defendant/<br>Cross-Claim Plaintiff | **Trial Date:** |
| CITY AND COUNTY OF HONOLULU, | Date: TBD<br>Time: 9:00 a.m.<br>Judge: Honorable J. Michael Seabright |
| Defendant/Cross-Claim Plaintiff, |  |
| v. |  |
| ULTRATECH SYSTEMS, INC., a foreign corporation, |  |
| Cross-Claim Defendant/<br>Cross-Claim Plaintiff. |  |

Adam R. Bialek, being duly sworn, deposes and states upon information and belief:

1) I am a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant/Cross-Claim Plaintiff, ULTRATECH SYSTEMS, INC., and special counsel (for this motion) to Third-Party Defendant/Cross-Claim Plaintiff, ENGINEERED SYSTEMS, INC., and submit the following concise statement of facts with supporting exhibits:

## CONCISE STATEMENT OF FACTS

| 1. | The City and County of Honolulu published specifications for public bidding for the construction of an ultraviolet disinfection system at the Wahiawa Wastewater Treatment Plant ("WWTP" or the "Project"). | **Exhibit 25**, Specification |
|---|---|---|
| 2. | The City's Chief Director of Infrastructure, Design and Engineering, James Honke, issued a memo noting, the City, "strongly discouraged the use of proprietary equipment." | **Exhibit 2**, Memorandum of James Honke, October 23, 1998 |
| 3. | The consulting firm retained by the City, Ohio Pacific Tech Associates, f/k/a GMP ("GMP"), obtained and relied on a copy of Trojan Technologies specifications when drafting the specifications for the WWTP. | **Exhibit 3**, Word Processing Request/Vendor Specifications, May 10, 1999; **Exhibit 36** Mansfield deposition at P.159. |
| 4. | The Project UV specification is a "performance" specification – not a "design" specification. | **Exhibit 29**, Affidavit of Greg Ellner; **Exhibit 27** Decl. of |

1080838.2

|   |   |   |
|---|---|---|
|   |   | Sid Ellner |
| 5. | Prior to day bids were due to the City, UTS, through its local representative submitted a proposal to the City for UTS' equipment to be considered for the U.V. system that was identified in the City's specifications. The City approved UTS for the project. | **Exhibit 9**, Letter from City of Honolulu to Greg Ellner, 12/9/99. **Exhibit 7**, Material Substitution Request |
| 6. | When the bids were opened, it was learned that Bodell was the low bidder, and that Bodell used UTS' equipment in its bid. Ultimately, Bodell Construction Co. was awarded the Wahiawa contract, relying on the bid submitted by UTS. | **Exhibit 16** Contract between Bodell and the City |
| 7. | Upon realizing that Bodell's winning bid included the UltraTech system, a systematic effort was begun by the City, Hawaii Engineering Services, ("HES") and GMP, to remove the UTS system from the contract and substitute the Trojan system. | **Exhibit 12**, Email from Guy Inouye to Cyril Hamada, 12/30/99 |
| 8. | Further evidence of the City's reliance on input from HES is present in a memo summarizing a team meeting had by the City on 1/10/00. | **Exhibit 13**, Management Team Meeting Notes, January 10, 2000. |
| 9. | A meeting was held amongst the City, GMP, and Bodell on April 27, 2000. At the meeting, GMP took the position that UTS would not be approved for meeting the specifications called for in the Project, before even reviewing UTS' specifications. | **Exhibit 17**, Project Meeting Minutes, April 27, 2000 |
| 10. | In response to a request for additional information by GMP, UTS submitted a package containing highly confidential proprietary information regarding its UV system. The pre-submittal package clearly notes in bold, capitalized letters that the information was proprietary and confidential and should not be disclosed. | **Exhibit 34**, Pre-submittal package |
| 11. | GMP promptly shared this confidential and proprietary information with HES and Trojan. | **Exhibits 19, 20, 21** emails between HES and Trojan indicating they have UTS specifications, and are working to "to get UltraTech rejected" |
| 12. | GMP worked diligently to ensure that UTS would not be deemed to meet the specifications for the Project. | **Exhibit 22**, "Memorandum of June 4, 2000 "Comments and Concerns on Ultratech Pre-Submittal." |
| 13. | Multiple meetings were had at the request of HES between the City, GMP, and HES regarding the rejection of the UTS system. | **Exhibits 14, 20**, Email from Mike Elhoff at HES to Trojan, citing his meetings with GMP and the City. |
| 14. | Despite UTS and ESI's repeated submissions illustrating that the UTS equipment more than met the | Exhibit 33, Demand by City to Bodell to use Trojan |

1080838.2

|     | experience requirements, the City and GMP insisted on using the Trojan equipment. | equipment. |
| --- | --- | --- |
| 15. | UTS lost profits, as well as the cost of its expended labor, time and effort. UTS also lost the value of replacement bulbs and equipment. ESI lost the commission it would have received had the City and GMP refrained from intentionally interfering with Bodell and UTS business relationship. | Exhibit 29, Affidavit of Greg Ellner |

1080838.2

UTS and ESI are united in interest in exposing the conduct of The City and GMP, and in showing how such conduct intentionally and/or negligently interfered with the business relations with Bodell.

**WHEREFORE,** it is respectfully submitted that UTS' and ESI's motions for summary judgment on their cross-claims, and motions for summary judgment seeking dismissal of the City's and GMP's cross-claims, be granted in their entirety, in addition to such other, further and different relief as this Court deems just and proper.

Dated: February 17, 2006
      White Plains, New York

                        Yours, etc.,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

              By: _____
                    Adam R. Bialek
                    *Attorneys for Cross-Claim Defendant/*
                    *Cross-Claim Plaintiff*
                    **ULTRA TECH SYSTEMS, INC. and**
                    Special Counsel to ESI for this motion
                    3 Gannett Drive
                    White Plains, New York  10604
                    Tel: (914) 323-7000

## **CERTIFCATE OF SERVICE**

STATE OF NEW YORK            }
                             } ss.:
COUNTY OF WESTCHESTER        }

    I, Debra Cummings, being duly sworn, deposes and says:

    I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

    On February 17, 2006, I served the within **Notice of Motion and Declaration of Counsel with supporting exhibits, Concise Statement of Facts and Certification of Compliance with L.R. 75 & 56(D)** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**TO:**

CADES SCHUTTE
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
Attn.:  David Schulmeister, Esq.

OFFICE OF CORPORATION COUNSEL –
HONOLULU
City and County of Honolulu
530 S. Kings Street, Suite 110
Honolulu, Hawaii 96813
Attn:   Carrie K. Okinaga, Esq.
        Maile R. Chun, Esq.

KOBAYASHI, SUGITA & GODA
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attn:  Ronald T. Ogomori, Esq.

SAKAI IWANAGA SUTTON,
ATTORNEYS AT LAW
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
Attn: Richard C. Sutton, Jr., Esq.

1104681.1

GERSON & HIENEMAN
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Attn.: Adrian Rosehill, Esq.

_____
**Debra Cummings**

Sworn to before me this
17th day of February, 2006

_____
Notary Public

MAURA LOOBY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LO4921163
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES MAY 31, 20_06_

1104681.1