IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | : Civil No. 03-00706 |
| Plaintiff, | : **CERTIFICATE OF COMPLIANCE WITH** : **L.R. 7.5 AND 56(D)** |
| - against - | : |
| OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, JOHN DOES 1-50, DOE CORPORATIONS 1-50, | : : : |
| Defendants. | : |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 AND 56(d)

Pursuant to Local Rule 7.5 and 56(d), the undersigned hereby certifies that the foregoing concise statement of facts contains 1,081 words according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rule 7.5(d).

Dated:  White Plains, New York
        February 17, 2006

                        Yours, etc.,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By:

                        Adam R. Bialek
                        *Attorneys for Defendant*
                        **ULTRA TECH SYSTEMS, INC.**
                        3 Gannett Drive
                        White Plañís, New Cork 10604
                        Tel: (914) 323-7000
                        Fax: (914) 323-7001
                        File No. 08167.00001

1084392.1