James D. Boughey (HSB No. 6546)
Jeffrey S. Tachiki (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370
James.Boughey@wilsonelser.com


Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York  10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRA TECH SYSTEMS, INC.


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | Civil No. 03-00706 (JMS/LEK) |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL** |
| OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | |
| Defendants. | |
| ------------------------------------------------ | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| ENGINEERED SYSTEMS, INC., | |

1104469.2

Third-Party Defendant/Cross- )
    Claim Plaintiff. )
                   )

CITY AND COUNTY OF HONOLULU, )
                   )
    Defendant/Cross-Claim Plaintiff, )
                   )
    v. )
                   )

ULTRA TECH SYSTEMS, INC., a foreign )
corporation, )
                   )
    Cross-Claim Defendant/ )
        Cross-Claim Plaintiff. )
                   )

## DECLARATION OF COUNSEL

ADAM R. BIALEK, declares as follows:

1.    I am counsel for Cross- Claim Defendant/Cross-Claim Plaintiff ULTRATECH SYSTEMS INC.,("UTS") and special counsel (for this motion) for Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. ("ESI"), and make this declaration based on personal knowledge and information contained in our files unless otherwise indicated.

2.    Attached hereto as Exhibit "1" is a true and correct copy of pages 91-93 of the Deposition of Lee Mansfield of GMP ASSOCIATES, INC. n/k/a Ohio Pacific Tech, Inc. ("GMP").

3.    Attached hereto as Exhibit "2" is a true and correct copy a memorandum issued by James K. Honke, Chief Division of Infrastructure Design and Engineering, dated October 23, 1998.

4.    Attached hereto as Exhibit "3" is a true and correct copy of a May 10, 1999 Word Processing Request produced by GMP.

1104469.2

5.     Attached hereto as Exhibit "4" is a true and correct copy of an email dated August 18, 1999 from Jay Stone of GMP to Mike Elhoff of Hawaii Engineering Services ("HES") regarding manufacturer Infilco Degremont Inc.'s ("IDI") request for consideration.

6.     Attached hereto as Exhibit "5" is a true and correct copy of a string of emails from Mike Elhoff to Trojan Technologies Inc. ("Trojan") and Jay Stone of GMP dated August 1999.

7.     Attached hereto as Exhibit "6" is a true and correct copy of letters from IDI to GMP, dated August 23, 1999 and September 23, 1999, respectively, regarding their request for consideration with respect to the Wahiawa Project.

8.     Attached hereto as Exhibit "7" is a true and correct copy of UTS' "Material Substitution Request" submitted by ESI to GMP.

9.     Attached hereto as Exhibit "8" is a true and correct copy of a "Memo to the Record" drafted by Cyril Hamada of the City of Honolulu's Engineering Department, dated December 1, 1999.

10.    Attached hereto as Exhibit "9" is a true and correct copy of the City's approval letter dated December 9, 1999, approving the UTS U.V. disinfection equipment for the Wahiawa Project.

11.    Attached hereto as Exhibit "10" is a true and correct copy of a fax from GMP to the City dated December 17, 1999 including GMP's response to the UTS' substitution request.

12.    Attached hereto as Exhibit "11" is a true and correct copy of Guy Inouye's deposition testimony, pages 59-61.

1104469.2

13.　　Attached hereto as Exhibit "12" is a true and correct copy of an email from Guy Inouye, dated December 30, 1999 outlining the plan to delete the UTS' disinfection equipment from the bid.

14.　　Attached hereto as Exhibit "13" is a true and correct copy of the City's "Management Meeting Notes" dated January 10, 2000.

15.　　Attached hereto as Exhibit "14" is a true and correct copy of an email between HES and Trojan, dated October 11, 2000, regarding HES meeting with the City days after bid opening.

16.　　Attached hereto as Exhibit "15" is a true and correct copy of the deposition testimony of Cyril Hamada at pages 180-184.

17.　　Attached hereto as Exhibit "16" is a true and correct copy of the contract executed between Bodell Construction Company ("Bodell") and the City.

18.　　Attached hereto as Exhibit "17" is a true and correct copy of the City's "Project Meeting Minutes" dated April 27, 2000.

19.　　Attached hereto as Exhibit "18" is a true and correct copy of the City's "Meeting Minutes" dated May 2, 2000.

20.　　Attached hereto as Exhibit "19" is a true and correct copy of an email from HES to Trojan dated May 25, 2000 stating, "your assistance has been great in getting UTS rejected".

21.　　Attached hereto as Exhibit "20" is a true and correct copy of an email from HES to Trojan dated May 31, 2000 regarding a meeting with GMP.

22.　　Attached hereto as Exhibit "21" is a true and correct copy of a fax from Trojan to HES concerning UTS' proprietary information.

1104469.2

23.     Attached hereto as Exhibit "22" is a true and correct copy a document entitled "Comments and Concerns" on UTS Pre-Submittal Package, dated June 4, 2000.

24.     Attached hereto as Exhibit "23" is a true and correct copy of an email from Guy Inouye of the City regarding "meeting with Mike Elhoff regarding his concerns on the UTS submittal".

25.     Attached hereto as Exhibit "24" is a true and correct copy is a true and correct copy of GMP's final rejection of the UTS U.V. equipment submittal, dated November 28, 2000.

26.     Attached hereto as Exhibit "25" is a true and correct copy of the Specification for the U.V. equipment drafted by GMP.

27.     Attached hereto as Exhibit "26" is a true and correct copy of the UTS installation list provided to Bodell and GMP.

28.     Attached hereto as Exhibit "27" is a true and correct copy of the Declaration of Sidney Ellner.

29.     Attached hereto as Exhibit "28" is a true and correct copy of the Declaration of Armand Cote.

30.     Attached hereto as Exhibit "29" is a true and correct copy of the Affidavit of Greg Ellner.

31.     Attached hereto as Exhibit "30" is a true and correct copy of various Codes of Ethics for Engineers.

32.     Attached hereto as Exhibit "31" is a true and correct copy of the Deposition testimony of Lee Mansfield of GMP at pages 112; 128-130; and 299-300.

33.     Attached hereto as Exhibit "32" is a true and correct copy of the Deposition of Jay Stone of GMP at pages 401-402.

1104469.2

34.    Attached hereto as Exhibit "33" is a true and correct copy of a letter from Bodell to Trojan dated October 11, 2000 confirming GMP's direction to use Trojan equipment at Wahiawa.

35.    Attached hereto as Exhibit "34" is a true and correct copy of UTS' pre-submittal package (proprietary and confidential) submitted to GMP in May 2000.

36.    Attached hereto as Exhibit "35" is a true and correct copy of an email from Cyril Hamada dated October 30, 2000 outlining his reasons for overruling GMP and approving the UTS U.V. equipment for the Wahiawa project.

Dated:    White Plains, New York
          February 17, 2006

                              Yours, etc.

          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____
                                  Adam R. Bialek
                                  Attorneys for Cross-Claim Defendant/Cross-
                                  Claim Plaintiff UltraTech Systems, Inc. and
                                  Special Counsel to Third-Party
                                  Defendant/Cross-Claim Plaintiff
                                  Engineered Systems, Inc.
                                  3 Gannett Drive
                                  White Plains, New York 10604
                                  (914) 323-7000
                                  Fax (914) 323-7001
                                  File No. 08167.00001

Sworn to me this ⧸𝟷𝟽𝐻 day of February 2006

_____

Notary Public

DEBRA CUMMINGS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CU5078272
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 19, 2007

1104469.2