OCT 2 6 1998

IDEP 98-318

October 23, 1998

MEMORANDUM

TO: MR. STEPHEN T.C. CHING, CHIEF
DIVISION OF PLANNING AND PROGRAMMING

FROM: JAMES K. HONKE, CHIEF
DIVISION OF INFRASTRUCTURE DESIGN AND ENGINEERING

SUBJECT: DRAFT PRELIMINARY ENGINEERING REPORT FOR
WAHIAWA WWTP MODIFICATION AND OUTFALL MODIFICATION

Our comments on the draft preliminary engineering report for the Wahiawa WWTP Modification and Outfall are as follows:

1. We strongly discourage the use of proprietary equipment in the preliminary report.

   The use of proprietary equipment must be approved by the Director of Budget and Fiscal Services prior to advertising for bids.

   Bidding experience from the Honouliuli WWTP Reclamation project has shown that the use of proprietary equipment will cause bidding protests. These protests were based primarily on the use of California Title 22 standards used in the specifications. Also, there were claims on the equivalency of Dynasand and Waterlink. In addition, there were claims and counterclaims on the cost-efficiencies of the various products. These issues have not been resolved.

   There were also protests filed on UV disinfection by Infilco-Dregremont. Claims and counterclaims by low-pressure and medium-pressure lamps regarding lamp life, squeegee efficiency, power costs, germicidal efficiency, emergency power generator, etc., were left unresolved. There is also a question on the appropriateness of using the medium-pressure lamps for a flow of 2.5 mgd.

2. The electrical upgrade, in our opinion, is not suitable.

   The new MCC #3 will be an outdoor location. While it may entail more work, using the old MCC #3 location is preferred.

   The use of a centralized bus in the Dewatering and Control Building is not truly a redundant system and will hamper troubleshooting. Please see attachment for preferred arrangement.

Should you have any questions, please call Cyril Hamada at extension 4323.

Attachment

CH:gs


Plaintiff's EXHIBIT
Mansfield
2-28-05

C&C/Bodell
C027406