Mike

| | |
|---|---|
| From: | Clay, Robert [RClay@CALIFORNIA.TrojanUV.com] |
| Sent: | Thursday, May 25, 2000 10:25 AM |
| To: | 'Mike' |
| Subject: | RE: Wahiawa - Ultratech |

Mike,

Here are the details of projects with T22 or R1 approval being installed with 5 banks per channel.

Lake Elsinore:
* Three channels;
* 5 banks per channel;
* 2 channels with 8-lamp modules and a total of 600 lamps per channel;
and
* 1 channel with 16-lamp modules with a total of 2000 lamps.

Makena:
1 channel;
5 banks per channel; and
8-lamp modules with 760 lamps.

Robert


> -----Original Message-----
> From: Mike [SMTP:mike@hiengineering.com]
> Sent: Wednesday, May 24, 2000 4:35 PM
> To: 'rclay@trojanuv.com'; 'rbraun@trojanuv.com'
> Cc: 'nmyers@trojanuv.com'
> Subject: Wahiawa - Ultratech
>
> Robert/Nathen, thank you for your prompt reply. I will be following up
> with
> further status. Your assistance has been great in our effort get
Ultratech
> rejected.
>
> I need the project design for Lake Elsinore, including number of
lamps,
> lamps per module, number of banks/channels. Also need confirmation
that
> this
> was designed under current T-22 guidelines. Jay Stone requested this.
>
> I would like Ron's help with any ammunition regarding Ultratech, with
> respect to a database of Ultratech installations, 16-lamp module, and
any
> competitive information you can provide from London. Please advise.
>
> Aloha, Mike



000003

# EXHIBIT 20

Mike

From:     Mike
Sent:     Wednesday, May 31, 2000 6:16 PM
To:       'rclay@trojanuv.com'
Cc:       'dschwartzel@trojanuv.com'
Subject:  Wahiawa

Guys,

I met with Lee and Jay @ GMP regarding the issues. They want the following, Thursday, if possible.

Chino Basin design data
Lake Elsinore design data (original and modification)
Headloss on Wahiawa with one channel, 8 banks, 8 lamp modules, 1600 lamps
Headloss on Wahiawa with one channel, 5 banks, 16 lamp modules, 1600 lamps
Number of Title-22 installations >5mgd, UV4000
Dose calculations for proposed one channel and two channel layout, peak and max. week.

Ultratech is 1600 lamps, 5 banks, 16 lamps/module. They are claiming 1280 lamps at peak flow burning. Any comments?

Thanks, Mike


1 CHANNEL   (25 MOD.)
8 BANKS
7 BANKS = 110,000    1400 LAMPS

7 BANKS
6 BANKS = 95,000


2 CHANNELS   (20 MOD.)
5 BANKS
4 BANKS = 100,000    1280 LAMPS


Plaintiff's EXHIBIT 15 Mansfield

000071