Mike
_____

From:       Mike
Sent:       Wednesday, May 31, 2000 6:16 PM
To:         'rclay@trojanuv.com'
Cc:         'dschwartzel@trojanuv.com'
Subject:    Wahiawa

Guys,

I met with Lee and Jay @ GMP regarding the issues. They want the following, Thursday, if possible.

Chino Basin design data
Lake Elsinore design data (original and modification)
Headloss on Wahiawa with one channel, 8 banks, 8 lamp modules, 1600 lamps
Headloss on Wahiawa with one channel, 5 banks, 16 lamp modules, 1600 lamps
Number of Title-22 installations >5mgd, UV4000
Dose calculations for proposed one channel and two channel layout, peak and max. week.

Ultratech is 1600 lamps, 5 banks, 16 lamps/module. They are claiming 1280 lamps at peak flow burning. Any comments?

Thanks, Mike


<u>1 CHANNEL</u>   (25 MGD.)

8 BANKS

7 BANKS = 110,000    1400 LAMPS


7 BANKS

6 BANKS = 95,000


<u>2 CHANNELS</u>   (20 MOD.)

5 BANKS

4 BANKS = 100,000    1280 LAMPS

Plaintiff's EXHIBIT 15 Mansfield Vol. II

1

000071