*Please follow up on the ACTION items — Dennis*

Kaneshiro, Dennis

From: Inouye, Guy
Sent: Monday, June 05, 2000 12:02 PM
To: Kaneshiro, Dennis; Hamada, Cyril
Cc: Honke, James
Subject: Wahiawa WWTP, UV

Cyril, Dennis,

Meeting was held this past Friday with Mike Elhoff, Jimmy, Eldon and I (meeting requested by Mike).

Purpose of the meeting was for Mike to state his position on the informal submittal from Bodell on the UV equipment. I previously informed Mike that an informal submittal was submitted during Precon and that we were reviewing.

Mike believes an informal submittal is not proper, especially if we will allow the Contractor multiple opportunities to meet the specs. The Contractor's opportunity was prior to bid opening. Mike continues to believe the substitution does not meet and that the approval was not proper. Major items which do not meet: 1) the equipment does not fit within the space; 2) the equipment does not meet the experience requirement and; 3) the unit is not tested AND certified as Title 22 compliant.

I informed Mike that following the evaluation of the presubmittal, staff will brief Jimmy and make recommendation.

ACTIONS:

1. Please advise of target date for informal submittal review completion.

2. Please package the Ultratech submittal package. Still awaiting. Request from GMP, if not available.

3. Please call DOH for information. Mike Elhoff stated that Tomas See, DOH, has taken the position that Hawaii does not follow the California practice of equipment acceptance based upon NWRI conformance. Please call Tomas to confirm DOH's position and to identify the impacts upon the project.

C&C/Bodell
C027416

Plaintiff's EXHIBIT 11 Mansfield 2/28/05

1