SECTION 11376

ULTRAVIOLET DISINFECTION EQUIPMENT

PART 1     GENERAL

1.1     SCOPE

A.  Furnish all labor, materials, equipment, and appurtenances
required to provide an open channel, gravity flow,
ultraviolet (UV) disinfection system complete with a
cleaning system, lamps and electronic ballasts.  The UV
system to be complete and operational with all control
equipment and accessories as shown on contract drawings and
specified herein.  This system shall be capable of
disinfecting secondary effluent to meet the water quality
standards listed in this section.

1.2     QUALITY ASSURANCE

A.  Qualification Requirements:

To be acceptable, the manufacturer shall be able to
demonstrate to the satisfaction of the Engineer successful
performance of the proposed system at a minimum of five (5)
other wastewater locations in the United States.

The manufacturer shall submit at least five (5) permanent
wastewater installations using this equipment type, in
North America, disinfecting a peak flow of 5 MGD or greater
for at least one (1) years.

UV disinfection system shall have been tested and certified
to meet California Title 22 or Hawaii R-1 quality water.

B.  Basis of Design

The contract drawings and specifications are based on
System UV 4000™ medium pressure UV lamp technology
manufactured by Trojan Technologies, Inc.  Any cost
resulting from changes due to the use of an alternate
system shall be borne by the Contractor.  The Contractor
shall submit design drawings to the Engineer for approval,
showing proposed changes in the structure, piping,
equipment, controls philosophy and wiring due to the use of
an alternate system.

C&C / Bodell
C003814

1.3     SUBMITTALS

A.  Submit in accordance with Section 172, engineering drawings
showing the following:

WAHIAWA WWTP EFFLUENT                          ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                                     EQUIPMENT
OUTFALL ADJUSTMENT              11376-1                       250000.052

Plaintiff's
EXHIBIT
2  Mansfield
2-28-05

1. Complete description in sufficient detail to permit an item comparison with the specifications.
2. Dimensions and installation requirements including layout.
3. Descriptive information including catalog cuts and manufacturers' specifications for all components.
4. Electrical schematics and layouts.
5. Design drawings and structural calculations when the equipment requires any change in structural concrete, whether channel configuration or otherwise, from that indicated in contract drawings. Drawings shall be stamped and signed by a Structural Engineer licensed in the State of Hawaii.

B. UV manufacturer shall submit written third party design validation and test data demonstrating that the system being provided will not have an adverse effect on surrounding plant equipment. EMI/RFI, distributed capacitance effect, skin effect and ground fault circuit interrupt operation shall be addressed in the report.

C. Operation and Maintenance Data: Provide in accordance with Section 170.

1.4  SERVICES OF MANUFACTURER'S REPRESENTATIVE

A. Manufacturer's representative shall provide the following services:
   1. Installation supervision:  As required for proper installation, but not less than three (3) full days.
   2. Start-up and field testing: Not less than three (3) full days on site.
   3. Operator training: one (1) full day on site.

B. Service scheduling:  By City on request any time during the 1-year warranty period.

1.5  WARRANTY

Warranty shall be in accordance with GENERAL CONDITIONS.

A. Equipment: The equipment furnished under this section shall be free of defects in materials and workmanship, including damages that may be incurred during shipping, storage and installation for a period of one (1) year from date of final acceptance.

B. UV Lamps: The UV lamps shall be fully warranted for a period of one (1) year from date of final acceptance.

C. Performance: The UV disinfection system manufacturer shall provide a written guarantee that the system will meet the

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT                11376-2

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

C&C / Bodell
C003815

performance criteria and test criteria specified.  If the
system fails to meet the performance criteria or test
criteria, the UV disinfection system manufacturer shall
take corrective action to remedy any deficiencies at no
additional cost to the City.  Any proposed remedial action
shall be submitted to the Engineer for approval prior to
any work being performed.

D.  The UV disinfection system manufacturer shall provide a
written guarantee that the system will not have an adverse
effect on surrounding plant equipment.  If the system does
have an adverse effect on surrounding plant equipment, the
UV disinfection system manufacturer shall take corrective
action to remedy any adverse effect on surrounding plant
equipment.  Any proposed corrective action shall be
submitted to the Engineer for approval prior to any work
being performed.

PART 2    PRODUCTS

2.1    MANUFACTURER

A.  UV system shall be System UV 4000™, as manufactured by
Trojan Technologies, Inc. or equal.

B.  To be acceptable, alternate UV systems must the following
requirements:
1.  Capable of meeting the specified performance
requirements, operate in an open channel, be of modular
design, use UV lamps with electronic ballasts, and
incorporate a cleaning system.  UV system shall meet
the hydraulic profile shown in the contract drawings.
Any cost resulting from changes due to the use of an
alternate system shall be borne by the Contractor.  If
structures and equipment need to be modified to meet
the hydraulic requirements of the plant, all cost shall
be borne by the Contractor.  Contractor shall submit
design calculations showing that the hydraulic profile
shown in the contract drawings will be met.

2.  Space available at the project site is limited.  System
must be suitable for installation in the area indicated
on the plans, without encroaching on adjacent property
lines, roadways, or buried process piping.

C.  The UV system being provided shall be furnished with the
manufacturer's latest components and equipment available at
the time of shipment.

C&C / Bodell
C003816

WAHIAWA WWTP EFFLUENT                        ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                                        EQUIPMENT
OUTFALL ADJUSTMENT              11376-3                       250000.052

2.2    GENERAL REQUIREMENTS

A.    Provide a UV disinfection system complete with UV modules, control panel and detection systems as herein specified.

B.    The UV system shall be designed to allow for complete system shut down or bypass.

C.    The system shall be able to continue disinfection while UV lamps, quartz sleeves, and ballasts are replaced. The system shall also be able to continue disinfection while the sleeves are being cleaned.

2.3    PERFORMANCE AND DESIGN REQUIREMENTS

A.    Design Criteria

1.    Provide equipment which shall disinfect an effluent with the following characteristics:

a.    Flow Range:

| | |
|---|---|
| 0.7 MGD | (Daily Minimum) |
| 2.4 MGD | (Daily Maximum) |
| 2.5 MGD | (Average Dry-Weather Flow) |
| 3.5 MGD | (Peak Dry-Weather Flow) |
| 6.5 MGD | (Peak Wet-Weather Flow) |

b.    Total Suspended Solids:      0.5 mg/L (Maximum)
c.    Average Turbidity:           2 NTU
d.    Wastewater Transmittance:    55 percent (Minimum)

B.    Performance Requirement

The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the worst operating conditions:

1.    Not to exceed 2.2/100mL FC, based on a 7-day moving median.
2.    Not to exceed 23/100mL FC more than once during any 30-day period.
3.    Not to exceed 200/100mL FC for any sample.
4.    Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow. Dosage calculated using the point-source summation method.
   a.    UV lamp output of more than 70 percent if nominal (new) output.
   b.    Transmittance through quartz sleeve not more than 70 percent.
   c.    UV dose is achieved with a minimum pf three ultraviolet banks in series.

C&C / Bodell
C003817

WAHIAWA WWTP EFFLUENT                    ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                              EQUIPMENT
OUTFALL ADJUSTMENT            11376-4                  250000.052

2.4    DESIGN, CONSTRUCTION AND MATERIALS

A.  General:
    1.  All metal components shall be type 316 stainless steel.
    2.  All material exposed to UV light shall be type 316 stainless steel.
    3.  The system shall be designed for complete immersion of the UV lamps including both electrodes and the full length of the lamp in the effluent.  Both lamp electrodes shall operate at the same temperature and be cooled by the effluent. The major axis of the UV lamps shall be horizontal and parallel to flow. UV systems that operate with lamps placed perpendicular to the flow are unacceptable.

B.  UV Module:
    1.  Each UV module shall consist of UV lamps mounted on type 316 stainless steel frame.
    2.  Each lamp shall be enclosed in an individual quartz sleeve, one end of which shall be closed and the other sealed with compressed O-rings.
    3.  Electronic ballasts shall be housed integral to each UV Module or separately in the Power Distribution Center.
    4.  All wires connecting the lamps to the main power supply shall be enclosed inside the frame of the UV module and not exposed to the effluent.
    5.  Each quartz sleeve shall be independently sealed within the module.
    6.  The UV module shall be designed such that operating personnel at the plant can change the lamps and quartz sleeves.

C.  UV Lamps:
    1.  The filament shall be significantly rugged to withstand shock and vibration.
    2.  Lamp bases shall be resistant to UV and ozone.
    3.  To be operated by electronic ballasts.

D.  Lamp End Seal and Lamp Holder:
    1.  The open end of the lamp sleeve shall be sealed by means of a type 316 stainless steel sleeve nut which threads onto a sleeve cap and compresses the sleeve O-ring.
    2.  The sleeve nut surface shall allow for positive tightening.

E.  UV Lamp Sleeves:
    1.  Type 214, or equivalent, clear fused quartz tubing.

F.  Fixed Weir Plate
    1.  Weirs shall be FRP type.  All hardware shall be type 316 stainless steel. Provide neoprene gaskets.

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT                11376-5        ULTRAVIOLET DISINFECTION
                                                                EQUIPMENT
                                              C&C / Bodell              250000.052
                                                C003818

2. Weir shall be located at the discharge end of channel.
3. Discharge end weir shall be designed to maintain a minimum effluent level, within tolerance as required to keep lamps submerged.

G. Electrical:
   1. The UV disinfection system shall be divided into electrical sub-systems.
   2. Each bank shall be powered from a Power Distribution Center. Service entrance for power feed termination shall be provided by UV manufacturer.
   3. Maximum total power consumption rating shall be no greater than 1048 kW for the future design peak flow.
   4. Electrical supply to each Power Distribution Center shall be 480 Volts, 60 Hz, 3 phase, 4 wire, 108.1 kVA.
   5. One power feed to each reactor of 120/208V, 3 phase, 4 wire, 5 kVA required for the mechanical systems.
   6. Signal wiring interfacing the UV system and the System Control Center (SCC) shall be as shown on the contract drawings. Required signals interfacing the UV System to the plant's Supervisory Control and Data Acquisition (SCADA) system are shown on the contract drawings.

H. Control and Instrumentation:
   1. System Control Center (SCC): Shall be a programmable logic controller (PLC), or microprocessor, based. The operator interface to incorporate a touch screen or keypad. The system controller shall be suitable for outdoor installation. For outdoor installation system controller shall be housed in a NEMA 4X enclosure. Enclosure shall allow for display to be read without opening the enclosure. System controller shall be capable of relaying the following information to the plant's SCADA system: UV intensity of each bank, UV transmittance, UV dosage, and lamp age of each bank. The plant's SCADA system shall record this information.

   2. On-Line UV Transmission Monitor:
      a. An on-line UV transmission (UVT) monitor will automatically track the transmissibility of the effluent at the 253.7nm germicidal wavelength.
      b. The monitoring shall be continuous. To ensure valid results, an automatic calibration sequence shall be utilized. The UVT shall be measured from 0 to 100%, with an accuracy of ±1%.
      c. The on-line monitor will incorporate a display screen for visual trend analysis on a 60-minute or 24-hour basis.
      d. A 4-20mA analog output to be available for interfacing the UVT Monitor with the System Control Center (SCC). This will create an effluent UV demand feedback loop. The SCC will vary lamp

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT             11376-6

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

C&C / Bodell
C003819

output or number of banks on-line in response to
the effluent's UVT.

e.  Equipment to include analyzer and sample pump
located in a common NEMA 4X enclosure, and a sensor
for mounting in the UV channel downstream of the UV
reactors.  The analyzer shall be located adjacent
to the UV channel and not more than 1,000 feet from
the SCC.

f.  Power feed of 120V, 1 phase, 2 wire, 500VA required
to sampler at the channel end.

3.  Alarm Conditions:

a.  UV controller failure—failure of System Control
Center (SCC).

b.  Individual lamp failure—failed lamps shall be
indicated by specific address ( i.e. bank # /
module # / lamp #)

c.  Adjacent lamp failure—two or more adjacent lamps
have failed.

d.  Multiple lamp failure—more than five (5) percent
of lamps in bank have failed.

e.  Module failure—failure of any module shall be
indicated by specific address.

f.  Low UV Intensity for each bank—will occur when the
design intensity is not being delivered.

g.  Low-low UV Intensity for each bank—will occur when
a predetermined minimum design intensity is not
being delivered.

h.  Low UV Transmission—will occur when transmittance
falls below minimum design UVT.

i.  Low-low UV Transmission—will occur when
transmittance falls below predetermined minimum
UVT.

j.  Alarm history register—a record of the 20 most
recent alarm conditions, recorded by alarm type,
date and time of occurrence.

I.  Dose-Pacing:

A dose-pacing system shall be supplied to vary the
intensity of the UV output or number of banks on-line in
relationship to a 4-20 mA DC signal from a flow monitor, in
conjunction with the signal from the UVT monitor.  The
system to be dose-paced such that as the flow and effluent
quality change, the design dose delivered is optimized
while conserving power.  The dose-pacing system shall allow
the operator to vary the flow rate setting.  Logic and time
delays shall be provided to regulate the UV bank ON/OFF
cycle.

J.  Cleaning Systems:

C&C / Bodell
C003820

WAHIAWA WWTP EFFLUENT                    ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                              EQUIPMENT
OUTFALL ADJUSTMENT          11376-7                   250000.052

Cleaning system shall be provided as part of the UV
disinfection system. Contract drawings are based on an
integral, automatic mechanical/chemical cleaning system.
An out-of-channel system shall be provided for any UV
system without an integral, automatic, mechanical/chemical
cleaning system. Contractor shall bear all additional cost
for this cleaning system.

1.   Mechanical and Chemical Cleaning System:

     Cleaning system shall have mechanical and chemical
     cleaning abilities, complete with an automatically
     initiated and controlled cleaning cycle. The cleaning
     system, including both the mechanical and chemical
     components, shall be fully operational without
     requiring either lamps or modules be placed out of
     service. Cleaning cycle intervals to be field
     adjustable within the range of once/hour to once/month.
     Manual cleaning system control shall be available
     through the operator interface at the SCC. The system
     shall be supplied with the required cleaning reagents
     and solutions necessary for initial equipment testing
     and for equipment start-up.

2.   Out-of-Channel Cleaning System:

     Out-of-channel cleaning system shall consist of a
     hoisting system complete with infrared pendant,
     cleaning basin, air blower, CPVC diffusers, chemical
     pump, valves, piping, concrete pad, railings, grating,
     rigging, basin drain to headworks, and appurtenances.
     Cleaning system shall be provided as part of the UV
     disinfection system. Double containment of all acid
     storage and cleaning system piping shall be required.

     Cleaning basin shall be constructed of reinforced
     concrete and type 316 stainless steel. An acid
     resistant 11 gauge, type 316 stainless steel liner
     shall be provided for the cleaning basin. Liner sheets
     shall be fitted to the concrete formwork, welded in
     place, and attached to the basin in accordance with the
     manufacturer's recommendations. Liner shall be fully
     tested for pinholes and joint integrity after
     installation. No piping shall penetrate the basin's
     liner. There shall be type 316 stainless steel
     supports within the basin to seat the UV racks above
     the air piping. If type 316 stainless steel is
     incompatible with UV manufacturer's cleaning solution,
     components shall be constructed of manufacturer's
     recommended materials.

C&C / Bodell
C003821

WAHIAWA WWTP EFFLUENT                    ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                                EQUIPMENT
OUTFALL ADJUSTMENT          11376-8                      250000.052

Cleaning basin shall be provided with a cover system.
Cover system shall support a 350-pound load placed at
any location on the cover. The overall cover dimension
shall be equal to the exterior dimension of the basin.
The cover shall consist of three sections which are
easily liftable and removable, and which are designed
to be supported by the basin walls only. An overlap
shall be provided between the three sections to make
the cover watertight. Each section shall be provided
with lifting handles.

Size of diffusers, air blower, chemical pump, and all
required valves and piping shall be as recommended by
UV manufacturer. Materials of construction of these
items shall be as recommended by manufacturer.

Engineer reserves the right to require additional
equipment and/or services to effect a fully operational
out-of-channel cleaning system at no additional charge
to the City. All aspects of the out-of-channel
cleaning system design including the structural,
mechanical, civil, electrical, equipment, wiring,
piping and related design considerations shall be the
responsibility of the Contractor. Contractor shall
submit to the Engineer for approval design drawings
showing the proposed structure, piping, equipment,
controls and wiring. Structural drawings shall be
stamped and signed by a Structural Engineer licensed in
the State of Hawaii.

K.  Spare Parts:

The following spare parts and safety equipment shall be
supplied.
1.  Ten (10) percent of the total number of lamps furnished
    for the system.
2.  Ten (10) percent of the total number of quartz lamp
    sleeves furnished for the system.
3.  Five (5) percent of the total number of ballasts
    furnished for the system.
4.  Fifty (50) lamp O-ring seals.
5.  Four (4) Face Shield(s), able to block UV light
    wavelengths between 200 and 400nm
6.  Cleaning Solution, quantity shall be as recommended by
    manufacturer.
7.  Ten (10) electronic ballasts.
8.  Fifty (50) wiper seals.
9.  Engineer reserves the right to require additional spare
    parts for alternate systems at no additional charge to
    the City.

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT          11376-9

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052
C&C / Bodell
C003822

2.5    ANCILLARY EQUIPMENT

A.    Motor Operated Slide Gates: UV manufacturer shall provide motor operated slide gates as shown in the contract drawings. Slide gates and motor operator shall conform to Section 15100, Valves, Gates, and Appurtenances.

B.    Grating: UV manufacturer shall provide all fiberglass reinforced plastic grating and support members for UV disinfection channel. UV manufacturer shall supply grating that conforms to Section 06610, Fiberglass Reinforced Plastic Fabrications.

C.    Rubber Mats: Rubber mats shall be 1/4-inch thick with corrugated surface. Mats shall be black. Mats shall be suitable for outdoor use. Mats shall be placed over all access grating over the UV channels. Mats shall be suitable for exposure to ultraviolet light. Mats shall be cut into segments as required to allow for easy access to grating and UV components.

PART 3    EXECUTION

3.1    INSTALLATION

A.    Installation shall be in accordance with the contract drawings, manufacturer's engineering drawings and instructions.

3.2    START-UP

A.    The Contractor shall have a manufacturer's representative check and verify that the installation of the UV disinfection equipment is in accordance with drawings and manufacturer's installation instructions.

B.    The Contractor shall start up and test the UV disinfection system under direct supervision of the manufacturer's representative and in accordance with these specifications and manufacturer's instructions.

C.    The Contractor shall have manufacturer's representative instruct plant personnel on operation and maintenance of the UV disinfection equipment.

3.3    TESTING

A.    Testing shall be done under the supervision of the manufacturer's representative and witnessed by the Engineer. The Contractor shall give the Engineer a minimum

of 15 days advance notice of the testing to enable the Engineer to witness the testing.

B.   The Contractor shall furnish all power, materials, instrumentation, equipment, labor, and appurtenances to conduct the tests.

C.   The Contractor shall submit to the Engineer six (6) copies of full and complete test reports for all tests performed. The test report shall describe the units tested; the type of tests; test setup, procedures and instrumentation; and test flow rates, levels and all other data and results required to demonstrate that all items tested meet specified requirements.

D.   Testing shall be in accordance with Section 115, Final Acceptance Tests.  Contractor shall demonstrate that performance criteria specified herein is met by the equipment provided.  If the disinfection system does not meet the performance criteria, Contractor and manufacturer shall at no cost to the City make modifications to the system and retest the system.

PART 4    MEASUREMENT

4.1    MEASUREMENT

A.   UV disinfection equipment shall not be measured directly, but shall be part of a lump sum bid.

PART 5    PAYMENT

5.1    PAYMENT

A.   Payment shall be made at the lump sum bid for the UV disinfection reactors.  Payment shall be full compensation for furnishing material, labor, tools, equipment, other required items, services, and test to complete the work in-place complete.

END OF SECTION

C&C / Bodell
C003824

WAHIAWA WWTP EFFLUENT                          ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                                         EQUIPMENT
OUTFALL ADJUSTMENT            11376-11                      250000.052

THIS PAGE LEFT INTENTIONALLY BLANK

C&C / Bodell
C003825

ITEM NO. 4 - INDEX TO SPECIAL PROVISIONS

1.    DIVISION 7 - THERMAL AND MOISTURE PROTECTION.  Add new Section 07110
      SHEET MEMBRANE WATERPROOFING before Section 07120 FLUID APPLIED MEMBRANE
      WATERPROOFING.

ITEM NO. 5 - LABOR AND MATERIAL PAYMENT BOND (SURETY)

1.    Delete the first LABOR AND MATERIAL PAYMENT BOND (SURETY), dated
      11/7/95, in its entirety.  The second LABOR AND MATERIAL PAYMENT BOND
      (SURETY), dated 1/98, is to be used.

ITEM NO. 6 - SPECIFICATIONS

1.    Section 151 -FIELD OFFICE AND FIELD TELEPHONE
      (1)    Page 151-1.  Delete the last paragraph of this section and replace
             it with the following:

      "Payment for furnishing and maintaining the field office shall be made
      from item nos. 2, 102, 171, and 201 in the Revised Proposal.  Payment
      for the field office shall be made from these allowances and shall be
      for the actual costs incurred.  Any unused portion of the allowances
      shall remain with the City and County of Honolulu."

2.    Insert attached Section 07110 SHEET MEMBRANE WATERPROOFING before
      Section 07120 FLUID APPLIED MEMBRANE WATERPROOFING.

3.    Section 10211 FIXED METAL WALL LOUVERS
      (1)    Page 10211-2, subsection 2.1, paragraph A. Change specified model
             number from "Model 6135" to "Model 6115."

      (2)    Page 10211-3, subsection 2.5, paragraph B. Change specified
             material thickness from "0.81 inch minimum" to "0.081 inch
             minimum."

      (3)    Page 10211-2, subsection 2.5, paragraph C. Change specified
             material thickness from "0.81 inch minimum" to "0.081 inch
             minimum."

4.    Section 11376 ULTRAVIOLET DISINFECTION EQUIPMENT
      (1)    Page 11376-4, subsection 2.3, paragraph A, subparagraph 1, item a.
             Change the Design Criteria for Total Suspended Solids from
             "0.5 mg/L (Maximum)" to "5.0 mg/L (Maximum)".

      (2)    Page 11376-4, subsection 2.3, paragraph B.  Delete this paragraph
             and its subparagraphs in their entirety, and replace with the
             following:

             "B.   -Performance Requirement

             The ultraviolet disinfection system shall produce an effluent
             conforming to the following discharge permit requirements under
             the operating condition of 3 of the 4 UV banks on-line:

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR                    2          C&C / Bodell          ADDENDUM NO. 2
OUTFALL ADJUSTMENT                                      C003826                250000.214

1.  Not to exceed 2.2/100mL FC, based on a 7-day moving median.
2.  Not to exceed 23/100mL FC more than once during any 30-day period.
3.  Not to exceed 200/100mL FC in any sample.
4.  Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow.  Dosage calculated using the point-source summation method.
    a.  UV lamp output of more than 70 percent of nominal (new) output.
    b.  Transmittance through quartz sleeve not more than 70 percent.
    c.  UV dose is achieved with a minimum of three ultraviolet banks in series."

5.  Section 15160 PUMPS

    (1)  Page 15160-10, subsection 2.4, paragraph D, subparagraph 5. Delete this subparagraph in its entirety and replace it with the following:

        "5.  Volute: Pump volute shall be single piece gray iron, Class 35B, non-concentric design with smooth passages large enough to pass any solids that may enter the impeller."

6.  Section 15784 UNITARY AIR CONDITIONERS

    (1)  Page 15784-2, subsection 2.1, paragraph A.  Delete this paragraph in its entirety and replace it with the following:

        "A.  Manufacturer: Marvair Model AVPXXACAM or equal.  XX designates the capacity of the unit."

ITEM NO. 7 - REVISIONS TO CONTRACT DRAWINGS

1.  Drawing S203, Sheet 91.

    (1)  Change vertical reinforcement at each face of wall from #6@12" to #6@6", as shown in attached Figure S-1. Note: Figure S-1 is reduced in size and, therefore, is not to scale.

2.  Drawing M400, Sheet 143.

    (1)  Add the following notes to this drawing:

        "5.  TREATMENT PLANT PERSONNEL SHALL BE RESPONSIBLE FOR DRAINING SLUDGE FROM THE EXISTING GRAVITY THICKENER TANKS. CONTRACTOR SHALL COORDINATE WITH PLANT PERSONNEL FOR SCHEDULING OF DRAINING THE TANKS.  AFTER THE TANKS ARE DRAINED, CONTRACTOR SHALL CLEAN INTERIOR OF TANKS BEFORE PROCEEDING WITH CONVERSION OF TANKS TO DISSOLVED-AIR FLOTATION THICKENERS."