

*Representing the interest of engineers across America*

- Inside AAES
- Membership
- News Center
- Publications
- Diversity
- Resources
- Contact Us
- Search/Site Map
- AAES Home

## Public Policy

- Public Policies & Objectives
- Policy Statements
- Activities
- Fast Facts
- Resources
- Archives
- Coalitions & Taskforces

**Policy Statements**     2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997

**Draft Code of Ethics**

September 9, 2000
Contact: Allison Sayler
Te: 202-296-2237, ext. 14
Email: asayler@aaes.org

DRAFT MODEL CODE of ETHICS for ENGINEERS

PREAMBLE

In recognition of the importance of our technologies in affecting the quality of life throughout the world, and in accepting a personal obligation to the profession, its members and the communities served, engineers shall commit themselves to the highest ethical and professional conduct.

FUNDAMENTAL PRINCIPLE

Engineers as professionals are dedicated to improving the understanding of technology, its appropriate application, and potential consequences of its use. To that end, engineers shall uphold and advance the integrity and honor of the engineering profession by using their knowledge and skill for the enhancement of human welfare and the environment; being honest and impartial; serving with fidelity the public, their employers and clients; and striving to increase the competence and prestige of the engineering profession.

CANONS OF PROFESSIONAL CONDUCT

- Engineers shall hold paramount the safety, health and welfare of the public and shall strive to comply with the principles of sustainable development in the performance of their professional duties.

- Engineers who perceive that pursuit of their professional duties might have adverse consequences for the present or future public health and safety or the environment shall formally advise their employers, clients, or any appropriate authority and, if warranted, consider further disclosure.

- Engineers shall strive to act in accordance with all applicable laws and these Canons, lend suppor to others who strive to do likewise, and report violations to appropriate authorities.

- Engineers shall perform only those services that they are qualified by training or experience to perform, and provide full disclosure of their qualifications.

- Engineers shall present all data, claims and estimates truthfully; and shall be honest and truthful in all aspects of their professional activities. Engineers shall issue public statements and make presentations on professional matters in an objective and truthful manner.

- Engineers shall continue their professional development and maintain an ethical commitment

throughout their careers, shall encourage similar actions by their colleagues, and shall provide opportunities for the professional and ethical training of those engineers under their supervision.

- Engineers shall act in a professional and ethical manner towards each employer or client and act as faithful agents or trustees, disclosing nothing of a proprietary nature concerning the business affairs or technical processes of any present or former client or employer without specific consent unless necessary to abide by other provisions of this Code or applicable laws.

- Engineers shall disclose to affected parties known or potential conflicts of interest or other circumstances which might influence, or appear to influence, their judgment or impair the fairness or quality of their performance.

- Engineers shall treat fairly all persons.

- Engineers shall build their professional reputation on the merit of their services, shall not compete unfairly with others, and shall avoid injuring others, their property, reputation, or employment.

- Engineers shall reject bribery and coercion in all their forms.

- Engineers shall accept responsibility for their actions; be open to and acknowledge criticism of their work; offer honest criticism of the work of others; properly credit the contributions of others; and shall not accept credit for work not theirs.

Back to Top

Communications | Engineering Workforce Commission | International | Public Policy
Inside AAES | Membership | News Center | Publications | Diversity | Resources
Contact Us | Search/Site Map | AAES Home

American Association of Engineering Societies
1828 L Street, NW, Suite 906, Washington, D.C 20036 202-296-2237 Fax 202-296-1151

Copyright © 2003-2004 American Association of Engineering Societies. All rights reserved.

# ASCE Code of Ethics

*The original text of this code can be found on the ASCE website*

## Code of Ethics

### Fundamental Principles

Engineers uphold and advance the integrity, honor and dignity of the engineering profession by:

1. using their knowledge and skill for the enhancement of human welfare and the environment
2. being honest and impartial and serving with fidelity the public, their employers and clients
3. striving to increase the competence and prestige of the engineering profession
4. supporting the professional and technical societies of their disciplines

### Fundamental Cannons

1. Engineers shall hold paramount the safety, health and welfare of the public and shall strive to comply with the principles of sustainable development in the performance of their professional duties.
2. Engineers shall perform services only in areas of their competence.
3. Engineers shall issue public statements only in an objective and truthful manner.
4. Engineers shall act in professional matters for each employer or client as faithful agents or trustees, and shall avoid conflicts of interest.
5. Engineers shall build their professional reputation on the merit of their services and shall not compete unfairly with others.
6. Engineers shall act in such a manner as to uphold and enhance the honor, integrity, and dignity of the engineering profession.
7. Engineers shall continue their professional development throughout their careers, and shall provide opportunities for the professional development of those engineers under their supervision.

### Guidelines to Practice Under the Fundamental Cannons of Ethics

#### Canon 1

Engineers shall hold paramount the safety, health and welfare of the public and shall strive to comply

Engineers shall hold paramount the safety, health and welfare of the public and shall strive to comply with the principles of sustainable development in the performance of their professional duties.

a. Engineers shall recognize that the lives, safety, health and welfare of the general public are dependent upon engineering judgments, decisions and practices incorporated into structures, machines, products, processes and devices.

b. Engineers shall approve or seal only those design documents, reviewed or prepared by them, which are determined to be safe for public health and welfare in conformity with accepted engineering standards. Engineers whose professional judgment is overruled under circumstances where the safety, health and welfare of the public are endangered, or the principles of sustainable development ignored, shall inform their clients or employers of the possible consequences.

c. Engineers who have knowledge or reason to believe that another person or firm may be in violation of any of the provisions of Canon 1 shall present such information to the proper authority in writing and shall cooperate with the proper authority in furnishing such further information or assistance as may be required.

d. Engineers should seek opportunities to be of constructive service in civic affairs and work for the advancement of the safety, health and well-being of their communities, and the protection of the environment through the practice of sustainable development.

e. Engineers should be committed to improving the environment by adherence to the principles of sustainable development so as to enhance the quality of life of the general public.

## Canon 2

Engineers shall perform services only in areas of their competence.

a. Engineers shall undertake to perform engineering assignments only when qualified by education or experience in the technical field of engineering involved.

b. Engineers may accept an assignment requiring education or experience outside of their own fields of competence, provided their services are restricted to those phases of the project in which they are qualified. All other phases of such project shall be performed by qualified associates, consultants, or employees.

c. Engineers shall not affix their signatures or seals to any engineering plan or document dealing with subject matter in which they lack competence by virtue of education or experience or to any such plan or document not reviewed or prepared under their supervisory control.

## Canon 3

Engineers shall issue public statements only in an objective and truthful manner.

a. Engineers should endeavor to extend the public knowledge of engineering and sustainable development, and shall not participate in the dissemination of untrue, unfair or exaggerated statements regarding engineering.

b. Engineers shall be objective and truthful in professional reports, statements, or testimony. They shall include all relevant and pertinent information in such reports, statements, or testimony.

c. Engineers, when serving as expert witnesses, shall express an engineering opinion only when it is founded upon adequate knowledge of the facts, upon a background of technical competence, and upon honest conviction.

d. Engineers shall issue no statements, criticisms, or arguments on engineering matters which are

inspired or paid for by interested parties, unless they indicate on whose behalf the statements are made.

e. Engineers shall be dignified and modest in explaining their work and merit, and will avoid any act tending to promote their own interests at the expense of the integrity, honor and dignity of the profession.

## Canon 4

Engineers shall act in professional matters for each employer or client as faithful agents or trustees, and shall avoid conflicts of interest

a. Engineers shall avoid all known or potential conflicts of interest with their employers or clients and shall promptly inform their employers or clients of any business association, interests, or circumstances which could influence their judgment or the quality of their services.

b. Engineers shall not accept compensation from more than one party for services on the same project, or for services pertaining to the same project, unless the circumstances are fully disclosed to and agreed to, by all interested parties.

c. Engineers shall not solicit or accept gratuities, directly or indirectly, from contractors, their agents, or other parties dealing with their clients or employers in connection with work for which they are responsible.

d. Engineers in public service as members, advisors, or employees of a governmental body or department shall not participate in considerations or actions with respect to services solicited or provided by them or their organization in private or public engineering practice.

e. Engineers shall advise their employers or clients when, as a result of their studies, they believe a project will not be successful.

f. Engineers shall not use confidential information coming to them in the course of their assignments as a means of making personal profit if such action is adverse to the interests of their clients, employers or the public.

g. Engineers shall not accept professional employment outside of their regular work or interest without the knowledge of their employers.

## Canon 5

Engineers shall build their professional reputation on the merit of their services and shall not compete unfairly with others.

a. Engineers shall not give, solicit or receive either directly or indirectly, any political contribution, gratuity, or unlawful consideration in order to secure work, exclusive of securing salaried positions through employment agencies.

b. Engineers should negotiate contracts for professional services fairly and on the basis of demonstrated competence and qualifications for the type of professional service required.

c. Engineers may request, propose or accept professional commissions on a contingent basis only under circumstances in which their professional judgments would not be compromised.

d. Engineers shall not falsify or permit misrepresentation of their academic or professional qualifications or experience.

e. Engineers shall give proper credit for engineering work to those to whom credit is due, and shall recognize the proprietary interests of others. Whenever possible, they shall name the person or

persons who may be responsible for designs, inventions, writings or other accomplishments.

f. Engineers may advertise professional services in a way that does not contain misleading language or is in any other manner derogatory to the dignity of the profession. Examples of permissible advertising are as follows:
   - Professional cards in recognized, dignified publications, and listings in rosters or directories published by responsible organizations, provided that the cards or listings are consistent in size and content and are in a section of the publication regularly devoted to such professional cards.
   - Brochures which factually describe experience, facilities, personnel and capacity to render service, providing they are not misleading with respect to the engineer's participation in projects described.
   - Display advertising in recognized dignified business and professional publications, providing it is factual and is not misleading with respect to the engineer's extent of participation in projects described.
   - A statement of the engineers' names or the name of the firm and statement of the type of service posted on projects for which they render services.
   - Preparation or authorization of descriptive articles for the lay or technical press, which are factual and dignified. Such articles shall not imply anything more than direct participation in the project described.
   - Permission by engineers for their names to be used in commercial advertisements, such as may be published by contractors, material suppliers, etc., only by means of a modest, dignified notation acknowledging the engineers' participation in the project described. Such permission shall not include public endorsement of proprietary products.
g. Engineers shall not maliciously or falsely, directly or indirectly, injure the professional reputation, prospects, practice or employment of another engineer or indiscriminately criticize another's work.
h. Engineers shall not use equipment, supplies, laboratory or office facilities of their employers to carry on outside private practice without the consent of their employers.

## Canon 6

Engineers shall act in such a manner as to uphold nad enhance the honor, integrity, and dignity of the engineering profession.

a. Engineers shall not knowingly act in a manner which will be derogatory to the honor, integrity, or dignity of the engineering profession or knowingly engage in business or professional practices of a fraudulent, dishonest or unethical nature.

## Canon 7

Engineers shall continue their professional development throughout their careers, and shall provide opportunities for the professional development of those engineers under their supervision.

a. Engineers should keep current in their specialty fields by engaging in professional practice, participating in continuing education courses, reading in the technical literature, and attending professional meetings and seminars.
b. Engineers should encourage their engineering employees to become registered at the earliest possible date.

  c. Engineers should encourage engineering employees to attend and present papers at professional and technical society meetings.

  d. Engineers shall uphold the principle of mutually satisfying relationships between employers and employees with respect to terms of employment including professional grade descriptions, salary ranges, and fringe benefits.

1. As adopted September 2, 1914, and most recently amended November 10, 1996.

2. The American Society of Civil Engineers adopted *The Fundamental Principles of the ABET Code of Ethics of Engineers* as accepted by the Accreditation Board for Engineering and Technology, Inc. (ABET). (By ASCE Board of Direction action April 12-14, 1975)

3. In November 1996, the ASCE Board of Direction adopted the following definition of Sustainable Development: "Sustainable Development is the challenge of meeting human needs for natural resources, industrial products, energy, food, transportation, shelter, and effective waste management while conserving and protecting environmental quality and the natural resource base essential for future development."

---

**ASCE Edict**
**ASCE Enforcement Statement**
**ASCE Education Statement**
**Return to Codes of Ethics and Conduct**

Return to top.

Help us evaluate and improve our site by taking this online survey.

Copyright 1995-2004 Online Ethics Center for Engineering and Science, Terms of Service



# American Council of Engineering Companies Ethical Guidelines

*Adopted October 1980*

## Preamble

Consulting engineering is an important and learned profession. The members of the profession recognize that their work has a direct and vital impact on the quality of life for all people. Accordingly, the services provided by consulting engineers require honesty, impartiality, fairness and equity and must be dedicated to the protection of public health, safety and welfare. In the practice of their profession, consulting engineers must perform under a standard of professional behavior which requires adherence to the highest principles of ethical conduct on behalf of the public, clients, employees and the profession.

### I. Fundamental Canons

Consulting engineers, in the fulfillment of their professional duties, shall:

1. Hold paramount the safety, health and welfare of the public in the performance of their professional duties.
2. Perform services only in areas of their competence.
3. Issue public statements only in an objective and truthful manner.
4. Act in professional matters for each client as faithful agents or trustees.
5. Avoid improper solicitation of professional assignments.

### II. Rules of Practice

1. Consulting engineers shall hold paramount the safety, health and welfare of the public in the performance of their professional duties.

    a. Consulting engineers shall at all times recognize that their primary obligation is to protect the safety, health, property and welfare of the public. If their professional judgment is overruled under circumstances where the safety, health, property or welfare of the public are endangered, they shall notify their client and such other authority as may be appropriate.

    b. Consulting engineers shall approve only engineering work which, to the best of their knowledge and belief, is safe for public health, property and welfare and in conformity with accepted standards.

   c. Consulting engineers shall not reveal facts, data or information obtained in a professional capacity without the prior consent of the client except as authorized or required by law or these Guidelines.

   d. Consulting engineers shall not permit the use of their name or firm nor associate in business ventures with any person or firm which they have reason to believe is engaging in fraudulent or dishonest business or professional practices.

   e. Consulting engineers having knowledge of any alleged violation of these Guidelines shall cooperate with the proper authorities in furnishing such information or assistance as may be required.

2. Consulting engineers shall perform services only in the areas of their competence.

   a. Consulting engineers shall undertake assignments only when qualified by education or experience in the specific technical fields involved.

   b. Consulting engineers shall not affix their signatures to any plans or documents dealing with subject matter in which they lack competence nor to any plan or document not prepared under their direction and control.

   c. Consulting engineers may accept an assignment outside of their fields of competence to the extent that their services are restricted to those phases of the project in which they are qualified and to the extent that they are satisfied that all other phases of such project will be per-formed by registered or otherwise qualified associates, consultants or employees, in which case they may then sign the documents for the total project.

3. Consulting engineers shall issue public statements only in an objective and truthful manner.

   a. Consulting engineers shall be objective and truthful in professional reports, statements or testimony. They shall include all relevant and pertinent information in such reports, statements or testimony.

   b. Consulting engineers may express publicly a professional opinion on technical subjects only when that opinion is founded upon adequate knowledge of the facts and competence in the subject matter.

   c. Consulting engineers shall issue no statements, criticisms, or arguments on technical matters which are inspired or paid for by interested parties, unless they have prefaced their comments by explicitly identifying the interested parties on whose behalf they are speaking and by revealing the existence of any interest they may have in the matters.

4. Consulting engineers shall act in professional matters for each client as faithful agents or trustees.

   a. Consulting engineers shall disclose all known or potential conflicts of interest to their clients by promptly informing them of any business association, interest or other circumstances which could influence or appear to influence their judgment of the quality of their services.

   b. Consulting engineers shall not accept compensation, financial or otherwise, from more than one party for services on the same project, or for services pertaining to the same project, unless the

circumstances are fully disclosed to, and agreed to, by all interested parties.

c. Consulting engineers in public service as members of a governmental body or department shall not participate in decisions with respect to professional services solicited or provided by them or their organizations in private engineering practices.

d. Consulting engineers shall not solicit or accept a professional contract from a governmental body on which a principal or officer of their organization serves as a member.

5. Consulting engineers shall avoid improper solicitation of professional assignments.

a. Consulting engineers shall not falsify or permit misrepresentation of their, or their associates', academic or professional qualifications. They shall not misrepresent or exaggerate their degree of responsibility in or for the subject matter of prior assignments. Brochures or other presentations incident to the solicitation of assignments shall not misrepresent pertinent facts concerning employees, associates, joint ventures or past accomplishments with the intent and purpose of enhancing their qualifications and their work.

b. Consulting engineers shall not offer, give, solicit or receive, either directly or indirectly, any political contribution in an amount intended to influence the award of a contract by public authority, or which may be reasonably construed by the public of having the effect or intent to influence the award of the contract. They shall not offer any gift or other valuable consideration in order to secure work. They shall not pay a commission, percentage or brokerage fee in order to secure work except to a bona fide employee or bona fide established commercial or marketing agencies retained by them.

Special Note: These guidelines do not prohibit design competitions, free services, or contingent arrangements.

**ACEC homepage**
**Return to the Index of Codes of Ethics**

Return to top.

Help us evaluate and improve our site by taking this online survey.

Copyright 1995-2004 Online Ethics Center for Engineering and Science, Terms of Service








## NSPE Code of Ethics for Engineers

**Preamble**
Engineering is an important and learned profession. As members of this profession, engineers are expected to exhibit the highest standards of honesty and integrity. Engineering has a direct and vital impact on the quality of life for all people. Accordingly, the services provided by engineers require honesty, impartiality, fairness, and equity, and must be dedicated to the protection of the public health, safety, and welfare. Engineers must perform under a standard of professional behavior that requires adherence to the highest principles of ethical conduct.

**I. Fundamental Canons**

Engineers, in the fulfillment of their professional duties, shall:

1. Hold paramount the safety, health and welfare of the public.

2. Perform services only in areas of their competence.

3. Issue public statements only in an objective and truthful manner.

4. Act for each employer or client as faithful agents or trustees.

5. Avoid deceptive acts.

6. Conduct themselves honorably, responsibly, ethically, and lawfully so as to enhance the honor, reputation, and usefulness of the profession.

**II. Rules of Practice**

1. Engineers shall hold paramount the safety, health, and welfare of the public.

a. If engineers' judgment is overruled under circumstances that endanger life or property, they shall notify their employer or client and such other authority as may be appropriate.

b. Engineers shall approve only those engineering documents that are in conformity with applicable standards.

c. Engineers shall not reveal facts, data, or information without the prior consent of the client or employer except as authorized

or required by law or this Code.

d. Engineers shall not permit the use of their name or associate in business ventures with any person or firm that they believe are engaged in fraudulent or dishonest enterprise.

e. Engineers shall not aid or abet the unlawful practice of engineering by a person or firm.

f. Engineers having knowledge of any alleged violation of this Code shall report thereon to appropriate professional bodies and, when relevant, also to public authorities, and cooperate with the proper authorities in furnishing such information or assistance as may be required.

2. Engineers shall perform services only in the areas of their competence.

a. Engineers shall undertake assignments only when qualified by education or experience in the specific technical fields involved.

b. Engineers shall not affix their signatures to any plans or documents dealing with subject matter in which they lack competence, nor to any plan or document not prepared under their direction and control.

c. Engineers may accept assignments and assume responsibility for coordination of an entire project and sign and seal the engineering documents for the entire project, provided that each technical segment is signed and sealed only by the qualified engineers who prepared the segment.

3. Engineers shall issue public statements only in an objective and truthful manner.

a. Engineers shall be objective and truthful in professional reports, statements, or testimony. They shall include all relevant and pertinent information in such reports, statements, or testimony, which should bear the date indicating when it was current.

b. Engineers may express publicly technical opinions that are founded upon knowledge of the facts and competence in the subject matter.

c. Engineers shall issue no statements, criticisms, or arguments on technical matters that are inspired or paid for by interested parties, unless they have prefaced their comments by explicitly identifying the interested parties on whose behalf they are speaking, and by revealing the existence of any interest the engineers may have in the matters.

4. Engineers shall act for each employer or client as faithful agents or trustees.

a. Engineers shall disclose all known or potential conflicts of

interest that could influence or appear to influence their judgment or the quality of their services.

b. Engineers shall not accept compensation, financial or otherwise, from more than one party for services on the same project, or for services pertaining to the same project, unless the circumstances are fully disclosed and agreed to by all interested parties.

c. Engineers shall not solicit or accept financial or other valuable consideration, directly or indirectly, from outside agents in connection with the work for which they are responsible.

d. Engineers in public service as members, advisors, or employees of a governmental or quasi-governmental body or department shall not participate in decisions with respect to services solicited or provided by them or their organizations in private or public engineering practice.

e. Engineers shall not solicit or accept a contract from a governmental body on which a principal or officer of their organization serves as a member.

5. Engineers shall avoid deceptive acts.

a. Engineers shall not falsify their qualifications or permit misrepresentation of their or their associates' qualifications. They shall not misrepresent or exaggerate their responsibility in or for the subject matter of prior assignments. Brochures or other presentations incident to the solicitation of employment shall not misrepresent pertinent facts concerning employers, employees, associates, joint venturers, or past accomplishments.

b. Engineers shall not offer, give, solicit or receive, either directly or indirectly, any contribution to influence the award of a contract by public authority, or which may be reasonably construed by the public as having the effect of intent to influencing the awarding of a contract. They shall not offer any gift or other valuable consideration in order to secure work. They shall not pay a commission, percentage, or brokerage fee in order to secure work, except to a bona fide employee or bona fide established commercial or marketing agencies retained by them.

### III. Professional Obligations

1. Engineers shall be guided in all their relations by the highest standards of honesty and integrity.

a. Engineers shall acknowledge their errors and shall not distort or alter the facts.

b. Engineers shall advise their clients or employers when they believe a project will not be successful.

c. Engineers shall not accept outside employment to the detriment of their regular work or interest. Before accepting any outside engineering employment they will notify their employers.

d. Engineers shall not attempt to attract an engineer from another employer by false or misleading pretenses.

e. Engineers shall not promote their own interest at the expense of the dignity and integrity of the profession.

2. Engineers shall at all times strive to serve the public interest.

a. Engineers shall seek opportunities to participate in civic affairs; career guidance for youths; and work for the advancement of the safety, health, and well-being of their community.

b. Engineers shall not complete, sign, or seal plans and/or specifications that are not in conformity with applicable engineering standards. If the client or employer insists on such unprofessional conduct, they shall notify the proper authorities and withdraw from further service on the project.

c. Engineers shall endeavor to extend public knowledge and appreciation of engineering and its achievements.

3. Engineers shall avoid all conduct or practice that deceives the public.

a. Engineers shall avoid the use of statements containing a material misrepresentation of fact or omitting a material fact.

b. Consistent with the foregoing, engineers may advertise for recruitment of personnel.

c. Consistent with the foregoing, engineers may prepare articles for the lay or technical press, but such articles shall not imply credit to the author for work performed by others.

4. Engineers shall not disclose, without consent, confidential information concerning the business affairs or technical processes of any present or former client or employer, or public body on which they serve.

a. Engineers shall not, without the consent of all interested parties, promote or arrange for new employment or practice in connection with a specific project for which the engineer has gained particular and specialized knowledge.

b. Engineers shall not, without the consent of all interested parties, participate in or represent an adversary interest in connection with a specific project or proceeding in which the engineer has gained particular specialized knowledge on behalf of a former client or employer.

5. Engineers shall not be influenced in their professional duties

by conflicting interests.

a. Engineers shall not accept financial or other considerations, including free engineering designs, from material or equipment suppliers for specifying their product.

b. Engineers shall not accept commissions or allowances, directly or indirectly, from contractors or other parties dealing with clients or employers of the engineer in connection with work for which the engineer is responsible.

6. Engineers shall not attempt to obtain employment or advancement or professional engagements by untruthfully criticizing other engineers, or by other improper or questionable methods.

a. Engineers shall not request, propose, or accept a commission on a contingent basis under circumstances in which their judgment may be compromised.

b. Engineers in salaried positions shall accept part-time engineering work only to the extent consistent with policies of the employer and in accordance with ethical considerations.

c. Engineers shall not, without consent, use equipment, supplies, laboratory, or office facilities of an employer to carry on outside private practice.

7. Engineers shall not attempt to injure, maliciously or falsely, directly or indirectly, the professional reputation, prospects, practice, or employment of other engineers. Engineers who believe others are guilty of unethical or illegal practice shall present such information to the proper authority for action.

a. Engineers in private practice shall not review the work of another engineer for the same client, except with the knowledge of such engineer, or unless the connection of such engineer with the work has been terminated.

b. Engineers in governmental, industrial, or educational employ are entitled to review and evaluate the work of other engineers when so required by their employment duties.

c. Engineers in sales or industrial employ are entitled to make engineering comparisons of represented products with products of other suppliers.

8. Engineers shall accept personal responsibility for their professional activities, provided, however, that engineers may seek indemnification for services arising out of their practice for other than gross negligence, where the engineer's interests cannot otherwise be protected.

a. Engineers shall conform with state registration laws in the practice of engineering.

b. Engineers shall not use association with a nonengineer, a

corporation, or partnership as a "cloak" for unethical acts.

9. Engineers shall give credit for engineering work to those to whom credit is due, and will recognize the proprietary interests of others.

a. Engineers shall, whenever possible, name the person or persons who may be individually responsible for designs, inventions, writings, or other accomplishments.

b. Engineers using designs supplied by a client recognize that the designs remain the property of the client and may not be duplicated by the engineer for others without express permission.

c. Engineers, before undertaking work for others in connection with which the engineer may make improvements, plans, designs, inventions, or other records that may justify copyrights or patents, should enter into a positive agreement regarding ownership.

d. Engineers' designs, data, records, and notes referring exclusively to an employer's work are the employer's property. The employer should indemnify the engineer for use of the information for any purpose other than the original purpose.

e. Engineers shall continue their professional development throughout their careers and should keep current in their specialty fields by engaging in professional practice, participating in continuing education courses, reading in the technical literature, and attending professional meetings and seminars.

—As Revised January 2003

"By order of the United States District Court for the District of Columbia, former Section 11(c) of the NSPE Code of Ethics prohibiting competitive bidding, and all policy statements, opinions, rulings or other guidelines interpreting its scope, have been rescinded as unlawfully interfering with the legal right of engineers, protected under the antitrust laws, to provide price information to prospective clients; accordingly, nothing contained in the NSPE Code of Ethics, policy statements, opinions, rulings or other guidelines prohibits the submission of price quotations or competitive bids for engineering services at any time or in any amount."

Statement by NSPE Executive Committee

In order to correct misunderstandings which have been indicated in some instances since the issuance of the Supreme Court decision and the entry of the Final Judgment, it is noted that in its decision of April 25, 1978, the Supreme Court of the United States declared: "The Sherman Act does not require competitive bidding."

It is further noted that as made clear in the Supreme Court decision:

1. Engineers and firms may individually refuse to bid for engineering services.

2. Clients are not required to seek bids for engineering services.

3. Federal, state, and local laws governing procedures to procure engineering services are not affected, and remain in full force and effect.

4. State societies and local chapters are free to actively and aggressively seek legislation for professional selection and negotiation procedures by public agencies.

5. State registration board rules of professional conduct, including rules prohibiting competitive bidding for engineering services, are not affected and remain in full force and effect. State registration boards with authority to adopt rules of professional conduct may adopt rules governing procedures to obtain engineering services.

6. As noted by the Supreme Court, "nothing in the judgment prevents NSPE and its members from attempting to influence governmental action . . ."

NOTE: In regard to the question of application of the Code to corporations vis-à-vis real persons, business form or type should not negate nor influence conformance of individuals to the Code. The Code deals with professional services, which services must be performed by real persons. Real persons in turn establish and implement policies within business structures. The Code is clearly written to apply to the Engineer and items incumbent on members of NSPE to endeavor to live up to its provisions. This applies to all pertinent sections of the Code.

NSPE Orders | NSPE Member Services | Webmaster
NSPE: 1420 King Street, Alexandria, VA 22314 / 703-684-2800
Copyright © 2006 National Society of Professional Engineers