```
                                                          1
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3    _____

 4   BODELL CONSTRUCTION COMPANY,

 5   a Utah corporation,

 6                  Plaintiff,

 7         vs.                      CIVIL NO. 03-00706(HG/LEK)

 8   OHIO PACIFIC TECH, INC., fka GMP   (Contract)

 9   ASSOCIATES, INC., an Ohio

10   corporation; CITY AND COUNTY OF

11   HONOLULU; ULTRA TECH SYSTEMS,

12   INC., a foreign corporation,

13                  Defendants.

14   _____

15             DEPOSITION OF LEE A. MANSFIELD

16                       VOLUME I

17        Taken on behalf of the Plaintiff, BODELL

18   CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19   Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20   9:24 a.m. on February 28th, 2005, pursuant to Notice.

21

22

23   BEFORE:      B. KANOELANI COCKETT

24                Certified Shorthand Reporter

25                HI CSR NO. 379, CA CSR NO. 7995
```

159

1   MR. SCHULMEISTER: Before he finishes his answer?
2   I'll object to that. I think the answer should be completed
3   prior to conferring with your client.
4   MR. BIALEK: We join.
5   MR. ROSEHILL: I'll join in that.
6   (Whereupon Mr. Sutton and the witness left the room.)
7   (Off-the-record discussion was held.)
8   MR. SCHULMEISTER: We're back on the record.
9   Q.  Would you like to complete your answer?
10  A.  I'm going to have to ask it read back, question and
11  answer. Then I'll complete it.
12  Q.  Okay.
13  (The record was read.)
14  BY MR. SCHULMEISTER:
15  Q.  Were you done with your answer?
16  A.  Yeah, that answers your question.
17  Q.  All right. Okay. Have you drafted any ultraviolet
18  disinfection equipment specification subsequent to Wahiawa?
19  A.  No.
20  Q.  Okay. So would it be fair to say that all of the
21  ultraviolet disinfection equipment specifications you've ever
22  drafted were designed around Trojan 4000?
23  A.  Yes.
24  Q.  And all of them excluded vertical systems?
25  A.  I'd have to review the Honouliuli specs. I believe

# EXHIBIT 36

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3    _____

 4    BODELL CONSTRUCTION COMPANY,

 5    a Utah corporation,

 6              Plaintiff,

 7         vs.                          CIVIL NO. 03-00706(HG/LEK)

 8    OHIO PACIFIC TECH, INC., fka GMP    (Contract)

 9    ASSOCIATES, INC., an Ohio

10    corporation; CITY AND COUNTY OF

11    HONOLULU; ULTRA TECH SYSTEMS,

12    INC., a foreign corporation,

13              Defendants.

14    _____

15              DEPOSITION OF LEE A. MANSFIELD

16                       VOLUME I

17       Taken on behalf of the Plaintiff, BODELL

18    CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19    Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20    9:24 a.m. on February 28th, 2005, pursuant to Notice.

21

22

23    BEFORE:      B. KANOELANI COCKETT

24                 Certified Shorthand Reporter

25                 HI CSR NO. 379, CA CSR NO. 7995
```

159

         MR. SCHULMEISTER:  Before he finishes his answer?
I'll object to that.  I think the answer should be completed
prior to conferring with your client.
         MR. BIALEK:  We join.
         MR. ROSEHILL:  I'll join in that.
         (Whereupon Mr. Sutton and the witness left the room.)
         (Off-the-record discussion was held.)
         MR. SCHULMEISTER:  We're back on the record.
    Q.   Would you like to complete your answer?
    A.   I'm going to have to ask it read back, question and
answer.  Then I'll complete it.
    Q.   Okay.
         (The record was read.)
BY MR. SCHULMEISTER:
    Q.   Were you done with your answer?
    A.   Yeah, that answers your question.
    Q.   All right.  Okay.  Have you drafted any ultraviolet
disinfection equipment specification subsequent to Wahiawa?
    A.   No.
    Q.   Okay.  So would it be fair to say that all of the
ultraviolet disinfection equipment specifications you've ever
drafted were designed around Trojan 4000?
    A.   Yes.
    Q.   And all of them excluded vertical systems?
    A.   I'd have to review the Honouliuli specs.  I believe