# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | David Schulmeister |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr.<br>George Gusman<br>Adam Bialek<br>Adrian W. Rosehill<br>Dan Habib |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 2/28/2006 | TIME: | 9:05-9:20 |

COURT ACTION:   EP: Trial Re-Setting Conference held.  Adam Bialek participated by phone. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on October 17, 2006 at 9:00 a.m. before JMS
2. Final Pretrial Conference on September 5, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by August 29, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by September 26, 2006
8b. File opposition memo to a Motion in Limine by October 3, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline August **17**, 2006
13. **Further** Settlement Conference set for June 20, 2006 at 2:00 p.m. before LEK

14. **Updated** Settlement Conference statements by June 13, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 3, 2006
21. File Final witness list by September 26, 2006
24. Exchange Exhibit and Demonstrative aids by September 19, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 26, 2006
26. File objections to the Exhibits by October 3, 2006
28a. File Deposition Excerpt Designations by September 26, 2006
28b. File Deposition Counter Designations and Objections by October 3, 2006
29. File Trial Brief by October 3, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager


CIVIL NO. 03-00706JMS-LEK;
Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al.;
Rule 16 Scheduling Conference Minutes
2/28/2006