DEPARTMENT OF DESIGN AND CONSTRUCTION

WAHIAWA WASTEWATER TREATMENT PLANT EFFLUENT REUSE AND
RESERVOIR OUTFALL ADJUSTMENT

PROJECT PHASING MEETING MINUTES

APRIL 27, 2000

*The City recommended phasing of the project due to the ongoing negotiations with Dole
Foods to allow the installation and use of the extended outfall and asked the contractor
what would be the additional cost.*

The contractor, Bodell Construction, stated that they do not anticipate and additional
costs for the phasing of the project unless the outfall work is extended past November 1,
2000. The contractor stated that Healy Tibbitts Builders, the subcontractor for the outfall,
would need four months to complete the outfall work.

The contractor was asked for a performance schedule and if the contractor could
complete the plant upgrade work by March 2, 2000. The contractor to submit a
performance schedule.

The contractor asked about the UV disinfection and stated that they plan to install the
Ultra Tech (sp) System as opposed to the specified Trojan System. The contractor felt
that the Trojan system would use too much energy and would have a purchase price of
one million dollars as opposed to the Ultra Tech System, which would be about four
hundred thousand and use less energy. Also, that the Ultra Tech System is easier to
maintain in changing the UV bulb. GMP, the design consultants for the project stated
that their review of the Ultra Tech System revealed that the system would be too large for
the space provided and the purchase and high-energy costs would be offset by a better
system.

The contractor stated that the Kailua Treatment Plant has the Ultra Tech System. GMP
stated that the UV system at Kailua was to treat primary effluent whereby the Wahiawa
Plant would have to treat R1 water.

The contractor stated that the vendor will be presenting the Ultra Tech System and GMP
will review it then. GMP asked that they wanted the proposal be sent to them before the
presentation so that their sub-consultant could come up with knowledgeable questions.

C&C/Bodell
C026298



EXHIBIT "B"