ORIGINAL

Adrian W. Rosehill (        )
GERSON & HIENEMAN
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
Telephone: (808) 524-4800
Facsimile: (808) 537-1420

Adam Bialek (Pro Hac Vice Application Pending)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Adam.Bialek@WilsonElser.com

Attorneys for Defendant
ULTRA TECH SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at 12 o'clock and 20 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | Case No.: CV03-00706 (JMS/LEK)<br><br>**APPLICATION AND DECLARATION OF ADAM BIALEK IN SUPPORT OF ADMISSION *PRO HAC VICE***<br><br>Trial date: |

Pursuant to LR 83.1(e) (2003), I, Adam R. Bialek, do hereby declare that the following is true and correct:

1. I reside at 23 Estate Drive, Jericho, NY 11753. My office is located at 3 Gannett Drive, White Plains, NY 10604.

1

Declaration of Adam R. Bialek in Support of Admission *Pro Hac Vice*

136967.2

2. I was admitted to practice in the Supreme Court of the State of New York for the Second Judicial Department on March 25, 1992.

3. I am an attorney at law, licensed to practice and in good standing in the courts of the State of New York.

4. I have never been censured, disbarred or otherwise disciplined by any court in this nation.

5. I have not applied for admission *pro hac vice* in the United States District Court District of Hawaii within the past year although I was considered admitted pro hac vice until recently. I am submitting this request, as my recent pro hac admission was rescinded due to the fact that my sponsoring attorney did not have a physical office in the State of Hawaii.

6. Adrian W. Rosehill, of the Law Firm of Gerson & Hieneman, 1001 Bishop Street, Suite 780, Honolulu, Hawaii 96813, Telephone (808) 524-4800, an active member of the State Bar of Hawaii and admitted to practice in the Federal District Court, District of Hawaii, is the attorney of record for defendant, Engineered Systems, Inc., in this matter. Defendant Engineered Systems, Inc. and Defendant UltraTech have a common interest with respect to this litigation and Mr. Rosehill has been given authority to appear on behalf of UltraTech Systems, Inc. throughout this litigation. Mr. Rosehill's written consent is attached hereto.

I declare under penalty of perjury pursuant to the laws of the State of Hawaii that the foregoing is true and correct.

Executed on April 6, 2006 in White Plains, New York.

By: _____
Adam R. Bialek

2
Declaration of Adam R. Bialek in Support of Admission *Pro Hac Vice*

136967.2