# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY
Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London • Las Vegas
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

April 11, 2005

**RECEIVED**
CLERK, U.S. DISTRICT COURT
APR 12 2006
DISTRICT OF HAWAII

**BY FEDERAL EXPRESS**

Clerk of the Court
United States District Court
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    Re:    Bodell Construction Co. v. Ohio Pacific Tech, Inc. et al.
            USDC Civil No. 03-00706 HG/LEK
            Our File No.: 08167.00001

To Whom It May Concern:

Please find enclosed an application for pro hac vice admission to this Court, submitted on behalf of Adam R. Bialek. Mr. Bialek had previously been admitted pro hac vice, but his admission was recently rescinded due to the fact that his sponsoring attorney failed to maintain an office in the State of Hawaii.

We have also enclosed a cheque in the amount of $225.00 as indicated by the Court's posted fee schedule.

Thank you in advance for your attention to this matter.

                Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                Kirsten Bennett O'Rourke

1144107.1