```
Adrian W. Rosehill (3868)
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone:  (808) 526-0892
Facsimile:   (808) 533-4399

Adam Bialek (Pro Hac Vice Application Pending)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York  10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Adam.Bialek@WilsonElser.com

Attorneys for Defendant
ULTRATECH SYSTEMS, INC.
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at 12 o'clock and 20 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | Case No.: CV03-00706- (JMS/LEK)<br><br>**WRITTEN CONSENT OF ADRIAN W. ROSEHILL RE: APPLICATION AND DECLARATION OF ADAM BIALEK IN SUPPORT OF ADMISSION PRO HAC VICE**<br><br>Trial date:   October 17, 2006 |

Pursuant to Local Rules 83.1(e), I, Adrian W. Rosehill, do hereby declare that the following is true and correct:

1. I am a member of the Hawaii State Bar, licensed to practice and in good standing in the courts of Hawaii.

2. My office is located at 841 Bishop Street, Suite 2115, Honolulu, Hawaii 96813.

---
Written Consent re: Adam Bialek's Application for Admission Pro Hac Vice

1122626.1

3. I hereby consent to the admission of Adam Bialek *pro hac vice* into this court.

Dated: April 6, 2006

**STUBENBERG & DURRETT**

By: _____
Adrian W. Rosehill

*Digitally signed by Adrian W. Rosehill
DN: CN = Adrian W. Rosehill, C = US, O = Stubenberg & Durrett
Reason: I am the author of this document
Date: 2006.04.06 10:00:33 -10'00'*