*Cyril*
*Please follow*
*up on Guy's*
*requests.*
*— Dennis*
*Also, attend*
*meeting.*

To: "HAMADA,CYRIL","KANESHIRO,DENNIS"
Cc: "Franklin,Eldon G.","HONKE,JAMES"
From: Guy
Subject: Wahiawa WWTP bid
Date: 12/20/99    Time: 12:53p

Originated by:  JPOBUK @ SMTP (Pobuk, Jack) {jpobuk@co.honolulu.hi.us}12/20/99
11:44a
Forwarded by:  MCA0006 @ CCHNL         12/20/99 12:53p (UNCHANGED)


cyril, dennis,

can you please help me information for tomorrow's meeting.   need by noon, tomorrow.


1.   opinion on bid results; if bid prices are fair;
2.   copy of the proposal describing the facilities associated with each alternative and;
3.   assessment of Ultratech substitution action (whether the Trojan threat of protest has
merit).

thank you.

          * * * * * * PREVIOUS MESSAGE FOLLOWS * * * * * * *

 To: "Inouye, Guy" <MCA0006@co.honolulu.hi.us>, "Richardson, George"
<MDA0014@co.honolulu.hi.us>, "Tanimoto, Ross" <rtanimoto@co.honolulu.hi.us>,
"Ulep, Silvestre" <sulep@co.honolulu.hi.us>, "Nagamine, David"
<dnagamine@co.honolulu.hi.us>, "Ng, Earl" <MDA0060@co.honolulu.hi.us>,
"Musico, Nic" <MDA0064@co.honolulu.hi.us>, "Takanishi, Dale"
<MDA0055@co.honolulu.hi.us>
 Cc: "Honke, James" <MCA0001@co.honolulu.hi.us>, "Hamada, Cyril"
<MCA0004@co.honolulu.hi.us>, "Kaneshiro, Dennis"
<MCA0003@co.honolulu.hi.us>, "Kunioka, Sandra L."
<MAA0030@co.honolulu.hi.us>, "Lee, Eugene" <WAA0006@co.honolulu.hi.us>,
"Franklin, Eldon G." <MBA0074@co.honolulu.hi.us>
 From: "Pobuk, Jack" <jpobuk@co.honolulu.hi.us>


I set up a meeting for Dec. 21, 1999, 2 P.M., 3rd. floor conference room, to
discuss the results of the Wahiawa WWTP Project bids.

Purpose of meeting is to go over the results of the Dec. 16 bid opening,
what is included in all the Alternate bid items (A to G), discuss
recommendation for award, and budget issues.  (i.e., $100,000 from Project
Adjustment Account to increase contingency funds?)

**EXHIBIT 65**

C&C/Bodell
CH 01370

From ENV Admin., attendees will be Kenn S., Barry F., and Jack P.

Guy, please arrange for appropriate representation from DDC.  I spoke with Jimmy H. this morning - he may be interested in attending.

To ENV WTD Division:  please send a representative

To EQ Division:  please send a representative

Jack Pobuk
Dept. of Environmental Services (ENV)
City and County of Honolulu
voice: (808) 527-6696
fax:    (808) 527-6675

C&C/Bodell
CH 01371