IDEP 99-251

December 30, 1999

MEMORANDUM

TO:        MS. ANN SAKURAO, FISCAL OFFICER
           DEPARTMENT OF BUDGET AND FISCAL SERVICES

FROM:      RANDALL K. FUJIKI, DIRECTOR
           DEPARTMENT OF DESIGN AND CONSTRUCTION

SUBJECT:   RELEASE OF FUNDS FOR
           WAHIAWA WWTP CONVERSION AND EFFLUENT DISPOSAL

Please process an allotment voucher for $580,000 using the FY99 Facility Replacement Reserve (Account No. 670-5100-99-98806C).

Funding source for the project are Account Nos. 670-5095-99-96807C ($10,000,000) and 670-5128-00-96807C ($2,000,000).

Bid opening was on December 16, 1999, for $10,798,513.90 and contingency of $1,079,851.00. The additional funding required to procure project equipment.

Your expeditious attention to this matter would be greatly appreciated.

If there are any questions, please contact Dennis Kaneshiro at extension 5848.

DK:gs

**EXHIBIT 66**

C&C/Bodell
CH 01395