To: "Toyota,Lesley"
Cc: Cyril
From: KANESHIRO, DENNIS
Subject: RE: Wahiawa
Date: 1/12/00   Time: 6:46a

Originated by: LTOYOTA @ SMTP (Toyota, Lesley) {ltoyota@co.honolulu.hi.us} 1/12/00 6:28a
Forwarded by: MCA0003 @ CCHNL            1/12/00  6:46a (CHANGED)

Lesley T.

Yes, the contractor has 180 days after the Feb. date to complete the system. For your information, we did not have funds to build everything else we awarded. The conversion of the aeration units for nutrient removal, the solids treatment improvements, the control building and some other auxiliary facilities. Also, the UV equipment must still be purchased by the City. We had some problems with the bidding on the equipment and had to take it out.

I have attached a copy of the memo that I drafted. There may still be some changes before it gets signed However, you should have a signed copy by tomorrow morning. Again, I apologize for being late.

Dennis K.

*******PREVIOUS MESSAGE FOLLOWS*******

To: 'DK' <mca0003%cchnl@co.honolulu.hi.us>
From: "Toyota, Lesley" <ltoyota@co.honolulu.hi.us>

Dennis,
thanks for the information! I also received Bill's information. Just wanted to confirm....the +180 days means Bodell has up to 180 days after the February date to complete the systems? Thanks!!

lesley t.

-----Original Message-----
From: DK [mailto:mca0003%cchnl@co.honolulu.hi.us]
Sent: Monday, January 10, 2000 2:00 PM
To: ltoyota@co.honolulu.hi.us
Subject: Wahiawa
Importance: High


Lesley,

Sorry, we are writing the formal reply but it won't reach you in time. I hope Bill has sent his part of the information separately.

The Wahiawa WWTP Conversion & Effluent Disposal System project was advertised on November 15, 1999. The bid opening was on December 16, 1999. The low bidder is Bodell Construction and they will construct the following for $10,798,513.90.

| | |
|---|---|
| Outfall Replacement | February 28, 2001 |
| Sand Filters and Disinfection System | February 28, 2001 + 180 days |
| Secondary Clarifier Replacement | February 28, 2001 + 180 days |

The UV equipment will be furnished by the City through a separate bid and installed by the contractor by the date stated above.

Dennis.

Attachments: WAHIAWA1 [Word Perfect (5.1)]

EXHIBIT 67

C&C/Bodell
CH 01410

To: "KANESHIRO,DENNIS","Toyota,Lesley"
Cc: "HAMADA,CYRIL","INOUYE,GUY","Steinberger,Tim"
From: Liu, Bill
Subject: Wahiawa Status
Date: 1/12/00   Time: 10:27a

Originated by: MCA0003 @ CCHNL        1/11/00  6:01p
Forwarded by: MBA0035 @ CCHNL         1/12/00 10:27a (CHANGED)

FOR DENNIS:  In response to your message below, we submitted our reply by DCP 2000-001 MEMO of January 4, 2000 w/copy to: C. Hamada (DDC IDE).

**********PREVIOUS MESSAGE FOLLOWS**************

Lesley,

Sorry, we are writing the formal reply but it won't reach you in time. I hope Bill has sent his part of the information separately.

The Wahiawa WWTP Conversion & Effluent Disposal System project was advertised on November 15, 1999. The bid opening was on December 16, 1999. The low bidder is Bodell Construction and they will construct the following for $10,798,513.90.

| | |
|---|---|
| Outfall Replacement | February 28, 2001 |
| Sand Filters and Disinfection System | February 28, 2001 + 180 days |
| Secondary Clarifier Replacement | February 28, 2001 + 180 days |

The UV equipment will be furnished by the City through a separate bid and installed by the contractor by the date stated above.

Dennis.

================================================================================

FOR LESLEY:  This is in response to your question below. First, I believe to generate a memo now has been Over Taken by Events (OBE) based on the construction sked provided. Second, I wasn't aware of the need to prepare a memo regarding agreements made with DOH. Third, I suggest you review the meeting minutes of October 19, 1999 betn State DOH and City reps.  bill.

*************PREVIOUS MESSAGE FOLLOWS************

To: MBA0035 @ CCHNL ("Liu, Bill")
From: Toyota, Lesley
Subject: Wahiawa status
Date: 1/10/00   Time: 10:13a

 To: "Liu, Bill" <MBA0035@co.honolulu.hi.us>
 From: "Toyota, Lesley" <ltoyota@co.honolulu.hi.us>

Bill,
Thank you for the status update from your division!

Will there be a memo forthcoming from you folks regarding the agreements made with DOH about putting in the UV and rapid sand filter after the March 2, 2001 deadline, and just installing the deeper outfall by the deadline? Cannot recall if you or Tim agreed to generate the memo....pls. let me know, when you can...

thanks very much again,

lesley t.

C&C/Bodell
CH 01411