```
To: "HAMADA,CYRIL","KANESHIRO,DENNIS",SEND @ SMTP
{chamada@co.honolulu.hi.us},SEND @ SMTP {dkaneshiro@co.honolulu.hi.us}
Cc: "Liu,Bill"
From: Guy
Subject: C&C HONO v. Wahiawa Water, Co
Date: [REDACTED]    Time: 8:46a

Originated by: MBA0035 @ CCHNL        3/24/00   7:54a
Forwarded by:  MBA0035 @ CCHNL        3/29/00   1:22p (CHANGED)
Forwarded by:  MCA0006 @ CCHNL        3/30/00   8:46a (CHANGED)
```

dennis, cyril,

please provide status to Bill of the ROE, Dam Alteration permit and UV rebid.

thank you.

\*\*\*\*\*\*PREVIOUS MESSAGE FOLLOWS\*\*\*\*\*\*

In preparation for a meeting w/Kenn Sprague set for 8:30 a.m. Wednesday, April 5, 2000, HMB 14th Flr. Conf. Rm, I would appreciate your help on the folg:

GUY: Status of of construction Right-of-Entry and/or construction easements? Per Ted, this is not Construction Management Division's responsibility. Status of Application of Plans and Specifications for Construction, Enlargement, Repair, Alteration or Removal of Dam? Status of Government Furnished Equipment (GFE) UV?

TED: Since the NTP has not been issued and a Construction Management contract awarded, how do you see the City complying with the Consent Decree requirement that the City must construct and complete modifications to the Wahiawa WWTP by March 2, 2001?

LESLEY: Status of NPDES Permit?

\*\*\*\*\*\*\*\*\*\*\*PREVIOUS MESSAGE FOLLOWS\*\*\*\*\*\*\*\*\*\*\*

**REDACTED**

---

**EXHIBIT 68**

C&C/Bodell
CH 01546

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

Document(s)

CH 01546A

Withheld Due to Privilege