Document ID: 364356v4

**BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.**
**Civil No. CV03-00706 (HG/LEK)**

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C000001 | Undated | City Department of Design and Construction | None | File cover sheet identifying corresp. with corp. counsel | Work product |
| C000002 | 8/23/00 | Lum, Jared | Steinberger, Tim; Chun, Maile R.; Liu, William; Inouye, Guy; Franklin, Eldon; Ho, Alex; Nagamine, David; David; Tanimoto, Ross; Ulep, Silvestre Cc: Toyota, Lesley | e-mail | Attorney client |
| C000003 | 3/4/03 | Bert T. Kobayashi | Guy Inouye; Eldon Franklin Cc: Maile Chun; Ivan Lui Kwan; Tim Steinberger; Frank Doyle | Memorandum | Attorney client |
| C000004 | 6/5/03 | Theodore S. Saito | Maile Chun | Fax transmittal | Attorney client |
| C000008 | 1/24/01 | Theodore S. Saito | Maile Chun | Fax transmittal | Attorney client |
| C000009 | 11/21/00 | Theodore S. Saito | Maile Chun | Fax transmittal | Attorney client |
| C000010 | 11/8/00 | Takeuchi, Gary Y. | Saito, Theodore | e-mail | Attorney client |
| C000010 | 11/8/00 | Saito, Theodore | Takeuchi, Gary Y. | e-mail | Attorney client |
| C000010 | 11/6/00 | Takeuchi, Gary Y. | Saito, Theodore | e-mail | Attorney |

Page 1 of __

Document Id: 364356

**EXHIBIT 71**

Document ID: 36435604

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C005427 | 2/7/01 | Rae M. Loui, P.E. | Mr. Greg E. Ellner | Draft letter in response to claims made by Bodell in regard to the UltraTech UV System | Work product |
| C005686 | 3/8/00 | Bill Liu | Cheryl Okuma-Sepe | Transmittal w/handwritten note | Attorney client |
| C005687 | 3/8/00 | Bill Liu | Cheryl Okuma-Sepe | Transmittal | Attorney client |
| C007340 | 5/14/04 | Inouye, Guy | Takeuchi, Gary Y.; Franklin, Eldon; Fujimoto, Myron; Saito, Theodore; Hiu, Mike Cc: Steinberger, Tim E.; Chun, Maile R. | e-mail | Attorney client |
| C007340 | 5/13/04 | Takeuchi, Gary Y. | Franklin, Eldon; Inouye, Guy; Fujimoto, Myron; Saito, Theodore; Hiu, Mike Cc: Steinberger, Tim E.; Chun, Maile R. | e-mail | Attorney client |
| C010891 | Undated | Division of Purchasing | Corp. Counsel | Delivery Note | Attorney client |

Document Id: 364356

Document ID: 3643564

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022191-C022192 | 7/12/00 | Toyota, Lesley | Liu, William; Steinberger, Tim<br>Cc: Tanimoto, Ross; Lum, Jared | e-mail | Work product: response in e-mail string regarding funding for the City to retain a third-party to conduct water quality monitoring pursuant to the requirements of the Consent Decree |
| C022233 | 6/7/00 | Liu, William | Steinberger, Tim; Inouye, Guy; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito, Theodore<br>Cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |

Document Id: 364356

Document ID: 364356v4

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022235 | 6/8/00 | Inouye, Guy | Liu, William; Steinberger, Tim; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito, Theodore<br>Cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |
| C022235-C022236 | 6/7/00 | Liu, William | Steinberger, Tim; Inouye, Guy; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito, Theodore<br>Cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |
| C022266 | 4/28/00 | Chun, Maile R. | Lum, Jared; Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Tanimoto, Ross; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022266 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Tanimoto, Ross; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

Page 48 of __

Document ID: 364356v4

**BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.**
**Civil No. CV03-00706 (HG/LEK)**

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022266 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022267 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| C022268-C022269 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |

Page 49 of __

Document ID: 36436v4

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022270 | 4/28/00 | Fukunaga, Barry A. | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R. | e-mail | Attorney client |
| C022270-C022271 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| C022272 | 4/28/00 | Franklin, Eldon | Lum, Jared; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

Page 50 of __

Document ID: 364356v4

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022272 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy Cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022272 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022272-C022273 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |

Page 51 of __

Document Id: 364356

Document ID: 3643569v4

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022274 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy <br> Cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022274 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy <br> Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022274-C022275 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy <br> Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |

Document Id: 364356

Document ID: 364356v4

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022276 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| C022276-C22277 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| C022278 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk; Inouye, Guy; Inouye, Guy<br>Cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| C022283 | 4/6/00 | Liu, William | Okuma-Sepe, Cheryl K.<br>Cc: Steinberger, Tim; Wong, Winston K.Q.; Libby, Roland; Toyota, Lesley; Franklin, Eldon; Fukunaga, Barry A.; Inouye, Guy; Saito, Theodore; Hamai, Jay; Hamada, Cyril; Pobuk, Jack; Iwata, Jerry | e-mail | Attorney client |

Page 53 of __

Document Id: 364356

Document ID: 36435614

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| C022283 | Undated | Okuma-Sepe, Cheryl K. | Steinberger, Tim; Liu, Bill; Wong, Winston K.Q; Libby, Roland; Franklin, Eldon; Fukunaga, Barry A.; Inouye, Cindy S.; Hamada, Cyril; Saito, Theodore; Pobuk, Jack; Toyota, Lesley | e-mail | Attorney client |
| C022284 | 4/7/00 | Liu, William | Steinberger, Tim; Okuma-Sepe, Cheryl K. Cc: Wong, Winston K.Q.; Fukunaga, Barry A.; Libby, Roland; Franklin, Eldon; Toyota, Lesley; Inouye, Guy; Saito, Theodore; Iwata, Jerry; Pobuk, Jack; Hamada, Cyril; Hamai, Jay; Fujimoto, Myron | e-mail | Attorney client |
| C024454 | 9/10/00 | Liu, William | Toyota, Lesley; Saito, Theodore; Hamada, Cyril Cc: Steinberger, Tim; Fujimoto, Myron; Franklin, Eldon; Pobuk, Jack; Inouye, Guy; Okuma-Sepe, Cheryl K.; Wong, Winston K.Q.; Iwata; Iwata, Jerry | e-mail | Attorney client |
| C024488 | 10/2/00 | Franklin, Eldon | Sprague, Kenneth E. Cc: Fukunaga, Barry A.; Toyota, Lesley; Honke, James; Hamai, Jay; Inouye, Guy; Liu, William; Chun, Maile R. | e-mail | Attorney client |

Page 54 of __

Document Id: 364356