BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH00281 | 12/17/99 | Cyril Hamada | James K. Honke via Dennis Kaneshiro | Memorandum discussing legal advice given deputy corporation counsel Cynthia Nojima regarding protest from Mike Elhoff | Work product |
| CH00392-00399 | 12/22/98 | Maile Chun | Dennis Kaneshiro | memorandum | Attorney client |
| CH00455 | 1/18/99 | Cyril Hamada/Dennis Kaneshiro | Maile Chun | memorandum marked draft | Attorney client |
| CH00480 | 1/25/99 | Kaneshiro, Dennis | Chun, Maile R. cc: Cyril Hamada | e-mail | Attorney client |
| CH00482 | 1/25/99 | Dennis Kaneshiro | Chun, Maile R. cc: Cyril Hamada | e-mail | Attorney client |
| CH00483 | 1/22/99 | Liu, Bill | Chun, Maile R.; Inouye, Guy; Iwata, Jerry T.; Molle, Kathryn M. cc: Tanimoto, Ross; Toyota, Lesley | e-mail | Attorney client |
| CH00533 | 2/8/99 | Liu, Bill | Chun, Maile R. | e-mail | Attorney client |

- 1 -

Document Id: 395286

**EXHIBIT 72**

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH00925-00927 | 9/16/99 | Cynthia M. Nojima | Roy K. Amemiya, Jr. cc: Benjamin B. Lee; Randall K. Fujiki | letter | Attorney client |
| CH01014-01015 | 10/22/99 | Liu, Bill | Chun, Maile R. cc: Hamada, Cyril; Inouye, Guy; Kaneshiro, Dennis; Steinberger, Tim; Tanimoto, Ross; Toyota, Lesley | e-mail | Attorney client |
| CH01397 | 1/5/00 | Liu, Bill | Chun, Maile R. cc: Hamada, Cyril; Iwata, Jerry T.; Steinberger, Tim; Toyota, Lesley | e-mail | Attorney client |
| CH01488-01493 | 3/8/00 | Bill Liu | Cheryl Okuma-Sepe, Esq. cc: J. Iwata; L. Toyota; G. Inouye; T. Steinberger | Fax transmittal w/attachments | Attorney client |
| CH01525 | 3/20/00 | Liu, Bill | Hamada, Cyril; Inouye, Guy; Kaneshiro, Dennis; Steinberger, Tim; SEND @ SMTP (cokumasepe@co.honolulu.hi.us); SEND @ SMTP (jiwata@co.honolulu.hi.us); SEND @ SMTP (jilum@co.honolulu.hi.us); SEND @ SMTP (ltoyota@co.honolulu.hi.us); SEND @ SMTP (wkwong@co.honolulu.hi.us) | e-mail w/hand written notes | Attorney client; Work product |

- 2 -

Document Id: 395286

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01540 | 3/22/00 | Inouye, Guy | Kaneshiro, Dennis; Hamada, Cyril; Saito, Theodore cc: Honke, James; Fujimoto, Myron; Franklin, Eldon | e-mail discussing actions to be taken following meeting with corporation counsel to respond to letter from Goodsill Anderson Quinn & Stifel regarding claim by Wahiawa Water Company | Attorney client/ Work product |
| CH01546-01546A | 3/23/:0 | Liu, Bill | Inouye, Guy; Steinberger, Tim; SEND @ SMTP (kmolle@co.honolulu.hi.us); SEND @SMTP (ltoyota@co.honolulu.hi.us); SEND @ SMTP (wkwong@co.honolulu.hi.us) cc: Saito, Theodore | e-mail | Attorney client |

- 3 -

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01555 | 4/5/00 | Okuma-Sepe, Cheryl K. | Steinberger, Tim; Liu, Bill; Wong, Winston K.Q.; Libby, Roland; Franklin, Eldon; Fukunaga, Barry A.; Inouye, Cindy S.; Hamada, Cyril; Saito, Theodore; Pobuk, Jack; Toyota, Lesley | e-mail | Attorney client |
| CH01561 | 4/7/00 | Inouye, Guy | Kaneshiro, Dennis | e-mail forwarding on previous communication with corporation counsel's office for further action | Work product |
| CH01561 | 4/6/00 | Liu, William | Okuma-Sepe, Cheryl K. cc: Steinberger, Tim; Wong, Winston K.Q.; Libby, Roland; Toyota, Lesley; Franklin, Eldon; Fukunaga, Barry A.; Inouye, Guy; Saito, Theodore; Hamai, Jay; Hamada, Cyril; Pobuk, Jack; Iwata, Jerry | e-mail | Attorney client |
| CH01561 | | Okuma-Sepe, Cheryl K. | Steinberger, Tim; Liu, Bill; Wong, Winston K.Q.; Libby, Roland; Franklin, Eldon; Fukunaga, Barry A.; Inouye, Cindy S.; Hamada, Cyril; Saito, Theodore; Pobuk, Jack; Toyota, Lesley | e-mail | Attorney client |

- 4 -

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01573 | 4/18/00 | Franklin, Eldon | Tanaka, Alfred; Fujimoto, Myron; Saito, Theodore cc: Libby, Roland; Yee, Gary Q.L.; Honke, James; Inouye, Guy; Kaneshiro, Dennis; Hamada, Cyril; Iwata, Jerry; Hamai, Jay; Steinberger, Tim; Liu, William; Sprague, Kenneth E.; Fukunaga, Barry A.; Pobuk, Jack; Tanimoto, Ross; Toyota, Lesley; Okuma-Sepe, Cheryl K. | e-mail | Attorney client |
| CH01576 | 4/20/00 | Omatsu, Sean | Steinberger, Timothy E.; Okuma-Sepe, Cheryl K.; Wong, Winston K.Q.; Fukunaga, Barry A.; Franklin, Eldon G.; Franklin, Eldon; Toyota, Lesley; Inouye, Guy; Inouye, Guy; Iwata, Jerry; Iwata, Jerry T.; Pobuk, Jack; Hamada, Cyril; Hamada, Cyril; Hamai, Jay; Hamai, Jay; Hamai, Jay K.; Fujimoto, Myron; Fujimoto, Myron; Fujimoto, Myron T.; Kaneshiro, Dennis; Kaneshiro, Dennis; Liu, Bill | e-mail w/hand written notes | Attorney client |
| CH01578 | 4/24/00 | Tanaka, Alfred | Franklin, Eldon; Fujimoto, Myron; Saito, Theodore; Libby, Roland; Yee, Gary; Honke, James; Inouye, Guy; Kaneshiro, Dennis; Hamada, Cyril; Iwata, Jerry; Hamai, Jay; Steinberger, Tim; Liu, William; Sprague, Kenneth; Fukunaga, Barry; Pobuk, Jack; Tanimoto, Ross; Toyota, Lesley; Okuma-Sepe, Cheryl | E-mail | Attorney client |

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01578 | 4/18/00 | Franklin, Eldon | Tanaka, Alfred; Fujimoto, Myron; Saito, Theodore; Libby, Roland; Yee, Gary; Honke, James; Inouye, Guy; Kaneshiro, Dennis; Hamada, Cyril; Iwata, Jerry; Hamai, Jay; Steinberger, Tim; Liu, William; Sprague, Kenneth; Fukunaga, Barry; Pobuk, Jack; Tanimoto, Ross; Toyota, Lesley; Okuma-Sepe, Cheryl | E-mail | Attorney client |
| CH01584-01588 | 4/26/00 | Liu, William | Okuma-Sepe, Cheryl K.; Toyota, Lesley; Steinberger, Tim; Pobuk, Jack; Wong, Winston K.Q.; Inouye, Guy | e-mail with attachment of draft memorandum of agreement between the City and Dole Food Company Hawaii | Attorney client / Work Product |
| CH01593 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

- 6 -

**BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.**
**Civil No. CV03-00706 (HG/LEK)**

# PRIVILEGE LOG
## of Documents Produced by Cyril Hamada (Jan. 2006)

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01593-01594 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01595 | 4/26/00 | Liu, William | Okuma-Sepe, Cheryl K.; Toyota, Lesley; Steinberger, Tim; Pobuk, Jack; Wong, Winston K.Q.; Inouye, Guy | e-mail | Attorney client |
| CH01596 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| CH01596 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

Document Id: 395286

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01596-01597 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01598-01599 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01601 | 4/28/00 | Franklin, Eldon | Lum, Jared; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| CH01601 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy<br>cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

Document Id: 395286

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG

of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01601 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| CH01601-01602 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01603 | 4/28/00 | Chun, Maile R. | Lum, Jared; Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Tanimoto, Ross; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |

- 9 -

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| Bates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01603 | 4/28/00 | Lum, Jared | Franklin, Eldon; Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| CH01603 | 4/28/00 | Franklin, Eldon | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A.; Honke, James; Iwata, Jerry; Libby, Roland; Yee, Gary Q.L. | e-mail | Attorney client |
| CH01604 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01605 | 4/28/00 | Fukunaga, Barry A. | Toyota, Lesley; Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R. | e-mail | Attorney client |

- 10 -

BODELL CONSTRUCTION CO. v. GMP HAWAII, ET AL.
Civil No. CV03-00706 (HG/LEK)

# PRIVILEGE LOG
of Documents Produced by Cyril Hamada (Jan. 2006)

| ates Stamp Number | Date | Author | Recipient | Type of Document | Reason Withheld |
|---|---|---|---|---|---|
| CH01605-01606 | 4/27/00 | Toyota, Lesley | Saito, Theodore; Liu, Bill; Steinberger, Tim; Hamada, Cyril; Franklin, Eldon; Franklin, Eldon G.; Pobuk, Jack; Inouye, Guy; Inouye, Guy cc: Lum, Jared; Tanimoto, Ross; Chun, Maile R.; Fukunaga, Barry A. | e-mail | Attorney client |
| CH01664 | 6/7/00 | Liu, William | Steinberger, Tim; Inouye, Guy; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito Theodore cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |
| CH01665 | 6/7/00 | Liu, William | Steinberger, Tim; Inouye, Guy; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito Theodore cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |
| CH01666 | 6/8/00 | Inouye, Guy | Liu, William; Steinberger, Tim; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito Theodore cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |
| CH01666-01667 | 6/7/00 | Liu, William | Steinberger, Tim; Inouye, Guy; Toyota, Lesley; Okuma-Sepe, Cheryl K.; Saito Theodore cc: Hamada, Cyril; Iwata, Jerry; Wong, Winston K.Q.; Kaneshiro, Dennis | e-mail | Attorney client |

Document Id: 395286