IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>  Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 |

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.5**

Pursuant to Local Rule 7.5, the undersigned hereby certifies that the foregoing concise statement of facts contains 7089 words, according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rules 7.5(d).

ImanageDB:642514.2

DATED: Honolulu, Hawaii, April 13, 2006.

    CADES SCHUTTE
    A Limited Liability Law Partnership

    _____
    DAVID SCHULMEISTER
    KRISTIN S. SHIGEMURA
    Attorneys for Plaintiff
    BODELL CONSTRUCTION COMPANY