IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document was served upon the following parties by hand-delivery or electronically through CM/ECF as noted below:

    **RICHARD C. SUTTON, JR., ESQ.**   (ELECTRONICALLY)
    Sakai Iwanaga & Sutton
    City Financial Tower, Suite 2307
    201 Merchant Street
    Honolulu, Hawaii 96813
    (rsutton@silawgroup.com)

    Attorneys for Defendant
    OHIO PACIFIC TECH INC.

ImanageDB:645241.1

| | |
|---|---|
| **BERT KOBAYASHI, JR., ESQ.**<br>**GEORGE GUSMAN III, ESQ.**<br>Kobayashi Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii  96813<br>     and | **(HAND DELIVERY)** |
| **CARRIE K. OKINAGA, ESQ.**<br>**MAILE R. CHUN, ESQ.**<br>Department of the Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii  96813<br>(mchun@honolulu.gov)<br><br>Attorneys for Defendant<br>**CITY AND COUNTY OF HONOLULU** | **(ELECTRONICALLY)** |
| **ADAM R. BIALEK, ESQ.**<br>Wilson, Elser, Moskowitz,<br>  Edelman & Dicker LLP<br>3 Gannet Drive<br>White Plains, New York 10604<br>(Adam.Bialek@wilsonelser.com)<br><br>Attorney for Defendant<br>ULTRA TECH SYSTEMS, INC. | **(ELECTRONICALLY)** |
| **ADRIAN W. ROSEHILL, ESQ.**<br>**OWEN H. MATSUNAGA, ESQ.**<br>**ALAN J. MA, ESQ.**<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813<br><br>Attorneys for Third-Party Defendant<br>ENGINEERED SYSTEMS, INC. | **(HAND DELIVERY)** |

DATED: Honolulu, Hawaii, April 13, 2006.

          CADES SCHUTTE
          A Limited Liability Law Partnership

          _____
          DAVID SCHULMEISTER
          KRISTIN S. SHIGEMURA
          Attorneys for Plaintiff
          BODELL CONSTRUCTION COMPANY