IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>　　　　Plaintiff,<br>　vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>　　　　Defendant.<br>_____<br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>　vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>　　　　Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff.<br>_____ | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>DECLARATION OF WESLEY CHANG; EXHIBIT "A" |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Plaintiff/Cross-Claim | ) |
|     Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Defendant/Cross-Claim | ) |
|     Plaintiff and Cross-Claim | ) |
|     Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim | ) |
|     Defendant/Plaintiff. | ) |

## DECLARATION OF WESLEY CHANG

I, WESLEY CHANG, declare as follows:

1.  I am over the age of twenty-one and am competent to testify from personal knowledge regarding the matters set forth herein and if called to testify in this proceeding would do so consistently with the statements contained herein.

2. I make this declaration upon personal knowledge unless otherwise indicated.

3. I am currently employed as an estimator for Hawaiian Dredging Construction Company ("HDCC"), and was employed in this capacity in December of 1999.

4. I have a general recollection of the City and County of Honolulu's ("City") Wahiawa Wastewater Treatment Plant Project ("Project") as I participated in the preparation of HDCC's bid on the Project.

5. HDCC bid on the Project utilizing the Trojan Technologies Ultraviolet Disinfection System ("Trojan System").

6. Exhibit "A" attached hereto is a copy of a letter dated December 9, 1999 from the City to Paul Scott regarding the UltraTech Ultraviolet Disinfection System ("UTS UV System").

7. I believe that the General Instructions to Bidders for the Project put the risk on the contractor that if the UTS UV System failed to satisfy the requirements of the Project's contract documents that the contractor would bear all expenses associated with obtaining a UV System that did in fact satisfy the requirements of the City's contract documents.

8.  This risk would be of particular concern to HDCC if there was a large price difference between the UTS UV System and the Trojan UV System.

9.  Exhibit "A" would also be of concern since it would be difficult to determine and quantify how the UTS UV System would affect other aspects of the Project since the Trojan UV System was the specified product and appears to be the basis of the design for the Project.

10. Even if we received the UTS UV System quotation, HDCC would not have utilized the UTS UV System considering the risk imposed on the contractor by the City's General Instructions to Bidders if the UTS UV System was ultimately rejected.

I declare under penalty of law that the above is true and correct.

Dated: Honolulu, Hawaii  4/7/06                         .

_____
WESLEY CHANG

DEC 10 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 2ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4584   FAX: (808) 523-4567



JEREMY HARRIS
MAYOR

RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

IDEP 99-336

December 9, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

    Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1. Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

PLAINTIFF'S
EXHIBIT NO. 66
FOR IDENTIFICATION
DATE: 9-7-04   RPTR: LP

000407

B00098

Exhibit A