IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

BODELL CONSTRUCTION
COMPANY, a Utah corporation,

Plaintiff,

v.

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an
Ohio Corporation; CITY AND
COUNTY OF HONOLULU;
ULTRA TECH SYSTEMS, INC.,
a foreign corporation; JOHN
DOES 1-50; DOE
CORPORATIONS 1-50

Defendants.

CIVIL NO. 03-00706(JMS/LEK)

DECLARATION OF BRUCE A.
BELL, Ph.D., P.E., DEE

## DECLARATION OF BRUCE A. BELL, Ph.D., P.E., DEE

I BRUCE A. BELL, hereby declare as follows:

1. I reside in Monroe, New York and am currently president of Carpenter Environmental Associates, Inc and environmental engineering and science firm. I have a bachelors degree in civil engineering, a master of science degree in civil engineering and a doctorate in environmental engineering all from New York University. I have over 35 years of experience in environmental engineering including the design and supervision of construction of wastewater treatment plants; teaching environmental engineering on the graduate and undergraduate

levels; performing and supervising research; and, providing litigation support. My Curriculum Vita setting forth my experience in more detail is attached.

2. I have reviewed the Declaration of Sidney Ellner in this matter along with the specifications for the subject project, correspondence, submittal review comments, depositions and other documents. I have prepared this Declaration in response to the Declaration of Sidney Ellner.

3. I have reviewed Section 11376 of the Specifications, entitled ULTRAVIOLET DISINFECTION EQUIPMENT and these are appropriate specifications for this equipment. This section of the specifications is a typical equipment system specification in which the engineer specifies, both the performance required of the equipment and details of the equipment to be provided by the contractor. In my experience, specifications that call for specific performance from equipment also define particular requirements for that equipment such as material of construction and equipment configuration.

4. It is also common, as contained in Section 11376 of the specifications, to require that in order to be approved for bidding and installation, certain experience be demonstrated by the proposed vendor by having installed the equipment at a number wastewater treatment plants over a given size.

5. In order to prepare specifications and drawings, engineers routinely consult with various manufacturers to obtain the information necessary to prepare plans and specifications. Engineers generally must select equipment from one manufacturer to enable the engineer to obtain the dimensions and characteristics of the equipment necessary to allow the engineer to prepare the plans and specifications. As in the current case, contractors are allowed to select other approved vendors that meet the specifications and to provide the engineers with shop drawings and other submittals that show the additional changes that will be made by the contractor to accommodate alternate equipment that meets the specifications.

6. The specifications prepared by GMP were not sole source specifications. IDI had installations of horizontal UV systems that met the experience requirements of the specifications. The fact that IDI met those requirements by purchasing the rights to equipment designs that had been installed by others is irrelevant. The equipment offered by IDI had been installed in a sufficient number of wastewater treatment plants in the United States of sufficient size to comply with the specifications.

7. I have reviewed the comments on submittals prepared by GMP in response to Bodell's submittals 30, 30B, and 30C. GMP rejected each of these submittals and provided comments detailing the deficiencies in the submittals. Based upon the comments prepared by GMP, the Ultra Tech equipment offered by Bodell did not meet all the requirements of the specifications. GMP's rejection of the submittals was proper.

I declare under penalty of law that the foregoing is true and accurate.

DATED: Monroe, New York, January 9, 2006

Bruce A. Bell, Ph.D., P.E., DEE

CARPENTER ENVIRONMENTAL ASSOCIATES, INC.
CEA ENGINEERS, P.C.

CURRICULUM VITAE

BRUCE A. BELL, Ph.D., P.E., DEE, PRESIDENT

## EDUCATION
B.S. Civil Engineering, New York University, 1968
M.S. Civil Engineering, New York University, 1969
Ph.D. Environmental Engineering, New York University, 1974

## REGISTRATION
Registered professional engineer in New York and New Jersey
Diplomate, American Academy of Environmental Engineers

## PROFESSIONAL HISTORY
**President, Carpenter Environmental Associates, Inc., Monroe, New York, 1978 – present**
Promoted to President in 1991.

Responsible for technical direction of all engineering activities of the firm including:

### Wastewater/Stormwater
- Design and supervision of construction for the upgrading of municipal sewage treatment plants.
- Design of several small private wastewater treatment plants.
- Collection system evaluations: CSO/SSO.
- Operational evaluation, process testing and review, and troubleshooting of POTWs.
- Facility Planning review and analysis.
- Conceptual design for biological nutrient removal.
- Peer review of biological nutrient removal and BAF applied research
- Waste treatability studies for industrial wastes.
- Sludge treatment and management evaluations.
- Water quality modeling; Waste assimilative capacity studies.
- Stormwater runoff modeling.
- NPDES permitting, comments, negotiations, and appeals.
- Industrial pretreatment studies and implementation of industrial pretreatment programs.
- Preparation of stormwater management plans and Stormwater Pollution Prevention Plans (SWPPPs).

### Site Assessments/Hazardous Materials
- SPCC/DPCC Plans.
- Hazardous waste site assessment and remediation.
- Preparation and evaluation of environmental impact statements.
- RCRA closures.

### Litigation Support
- Technical litigation support and expert witness testimony at deposition and trial in federal and state courts in the areas of: Clean Water Act, RCRA, CAFOs, Storm Water, and Insurance.

**Associate Professor and Professor of Engineering, The George Washington University, Washington, D.C., 1978 - 1987**
Promoted to Professor of Engineering in 1982.

Responsible for the University's environmental engineering program.

Directed both graduate and sponsored research.

Taught undergraduate and graduate courses in water supply, wastewater treatment, industrial waste treatment, sanitary engineering design, hydraulics, environmental chemistry, principles of environmental engineering, and environmental impact assessment.

Served as visiting research scientist and consultant at the U.S. Army Medical Bioengineering Research and Development Laboratory.

**Project Manager and Vice President, Flood & Associates, Inc., Consulting Engineers of Jacksonville, Florida, 1975 - 1978**
Promoted to vice president and director of environmental engineering design in 1976.

Responsible for the technical and financial aspects of all of the firm's environmental engineering design projects.

Served as project manager for numerous major treatment plant, collection system, and pumping station design projects including: design of a 20 MGD advanced wastewater treatment plant which included phosphorous removal, nitrification, denitrification, filtration and ozonation, as well as sludge incineration and lime recovery through recalcination; design of the upgrading and expansion of a 10 MGD lime water softening plant; design of sludge and solids handling systems for a 35 MGD municipal wastewater treatment plant; design of a 5 MGD pure oxygen expansion for a combined municipal/brewery waste treatment plant; design of a 15 MGD activated sludge plant; and design of several large wastewater pumping stations and associated gravity sewers.

Responsible for review of technical content of the firm's 201 Facilities Plans and sludge management studies.

Directed the firm's efforts as consultant to the Commonwealth of Virginia in the research, development, planning, and design related to the contamination of the James River and Hopewell wastewater treatment plant with the pesticide Kepone. Responsible for the preparation of alternative analysis for the remediation of Kepone contamination of the Hopewell wastewater treatment plant. Directed research efforts in Kepone biodegradation and incineration.

**Systems Manager, Envirotech Corporation, Belmont, California, 1973 - 1975**
Responsible for profit and loss for chemical-physical and advanced wastewater treatment systems, including thermal and solids handling systems and carbon regeneration systems.

Provided marketing and technical sales support, as well as application engineering.

Responsible for allocation and management of research and development funds in the area of advanced wastewater treatment.

Directed pilot studies in the areas of advanced wastewater treatment, carbon regeneration, and thermal sludge disposal. Carried out research into carbon adsorption and regeneration.

Responsible for process and system designs for solids handling systems and advanced wastewater treatment systems.

Instructor of Civil Engineering, New York University, New York, 1969 - 1973
Taught sixteen different courses in Civil and Sanitary Engineering.

Maintained active consulting practice in environmental engineering.

Consulting activities included wastewater treatability studies, pilot plant investigations, design of industrial pretreatment facilities, lake evaluations, and environmental impact analysis.

AFFILIATIONS
Water Environment Federation
International Water Association
American Society of Civil Engineers
American Academy of Environmental Engineers

HONORS
Diplomate of the American Academy of Environmental Engineers
Member of Tau Beta Pi, Chi Epsilon, and Perstare et Praestare honor societies
Received the Founders Day Award and Hydraulics Prize from New York University
Received the Outstanding Design Achievement Award from the Florida WPCA
Nominated for the WPCF Eddy Medal for paper on Munitions Waste Treatment
Listed in Who's Who in the South and Southwest, International Who's Who in Engineering, and American Men and Women of Science

Revised 9/7/05

3

PROFESSIONAL ACTIVITIES

Served as a reviewer for WPCF (WEF) Manuals of Practice for Sludge Thickening, Nutrient Removal, and Sludge Conditioning.

Member of ASCE publication review committee (1979 -    ).

Member WPCF Technical Practices Committee (1977 - 1988).

Reviewer, Research and Equipment proposals, NSF (1979 - 1988).

Member Program Committee and Conference Co-chair, Seminar on Development and Assessment of Environmental Quality Standards, American Academy of Environmental Engineers (1981).

Faculty, short course on Hazardous Waste Management, Harvard School of Public Health (1982).

Faculty, short courses on Hazardous Waste Management in the 80's, American Public Health Association (1983).

Conference Co-Chairman, Conference on the Treatment of Metal Bearing Wastewaters, NRDC/Texas Instruments, Inc., Mansfield, MA. (1985).

State Membership Chairman, American Academy of Environmental Engineers (1985 - 1987).

Faculty member and developer of course materials, Industrial Pretreatment Enforcement – A Workshop for POTW Attorneys, USEPA and Environmental Law Institute (1990 - 1992).

Faculty member New England Judges' Conference on Environmental Law, Environmental Law Institute, (1991).

Faculty member, New Jersey Judicial College (1992).

Course developer and faculty member "Basic Enforcement Skills," USEPA National Environmental Training Institute, (1992-1993).

Member, Nitrogen Technical Advisory Committee, New York City Department of Environmental Protection (1994 -    ).

Member, Technical Review Committee for upgrading of Passaic Valley Sewerage Commissioners 330 mgd pure-oxygen treatment plant, Newark, New Jersey (1995 - 2000)

Adjunct Professor, taught graduate course - Analysis of Receiving Waters, New Jersey Institute of Technology (1995 - 1997).

Member, Water Supply and Wastewater sub-committee, American Academy of Environmental Engineers, (1996-    ).

Member, Plant Operation and Design Technical Advisory Committee for 100,000 gpd municipal package plant, Town of Saluda, North Carolina (1998 - 2002).

Reviewer, *Reference Manual on Scientific Evidence*, Federal Judicial Center (2000).

## PUBLICATIONS

1. Schneider, G., Cardenas, R.R., Jr., Bell, B.A. and Beale, D., *The Passaic River*, Proceedings, Essex County Environmental Problems and Resources Conference, 1971.

2. Cardenas, R.R., Jr. and Bell, B.A., *Impact - An Environmental Case Study Involving a Lake and a Builder*, Proceedings, American Water Resources Association Conference, St. Louis, MO, 1972.

3. Bell, B.A., *Advanced Wastewater Treatment*, Australian Process Engineering, 1974.

4. Bell, B.A., *Concepts and Operating Experiences - Advanced Wastewater Treatment Plants*, Proceedings, Sixth Federal Convention, Australian Water and Wastewater Association, Melbourne, Australia, 1974.

5. Bell, B.A. and Molof, A.H., *A New Model of Granular Activated Carbon Adsorption Kinetics*, Water Research, 9, 857-860, 1975.

6. Bell, B.A. and Molof, A.H., *Use of Continuously Stirred Flow Systems for Laboratory Investigation of Wastewater Treatability with Activated Carbon*, Proceedings 30th Annual Purdue Industrial Waste Conference West Lafayette, IN, 1975.

7. Gidlund, E.R. and Bell, B.A., *Groundwater*, in Encyclopedia of Environmental Science and Engineering, E. Ziegler and J. Pfafflin, Eds., Gordon and Breach, Science Publication, New York, 1976.

8. Bell, B.A. and Tsumpes, R.V., *Advanced Wastewater Treatment - Pensacola, Florida*, Proceedings, Florida Section, ASCE, Orlando, FL, 1976.

9. Bell, B.A. and Tsumpes, R.V., *Brewery Waste Treatment - Trials and Tribulations*, Proceedings 5th Annual WWEMA Industrial Pollution Conference, Atlanta, GA, 1977.

10. Bell, B.A. and Zaferatos, T.E., *Evaluation of Alternate Solids Handling Methods for Advanced Waste Treatment Lime Sludges*, Journal of the Water Pollution Control Federation, 49, 146, 1977.

11. Bell, B.A. and Welday, J.M., *Comparison of Complete Mixed Activated Sludge and Unox Treatment of Brewery Wastes*, Water – 1977, G. Bennett, Ed. AIChE Symposium Series, 74, 29, 1978.

12. Bell, B.A., Whitmore, F.C. and Cardenas, R.R. Jr., *Anaerobic Biodegradation of Kepone in Sewage Sludge*, Proceedings, 1978 National Conference on Control of Hazardous Material Spills, Miami Beach, Florida, 1978.

13. Bell, B.A., Gilley, W.F. and Welday, J.M., *Alternate Methods for the Disposal of the Pesticide Kepone*, Proceedings, Third Annual Conference on Treatment and Disposal of Industrial Wastewaters and Residues, Houston, Texas, 1978.

14. Bell, B.A. and Welday, J.M., *Pure Oxygen and Air Activated Sludge Treatment of Brewery Wastes*, Proceedings, International Environmental Colloquium, University of Liege, Liege, Belgium, 1978.

15. Bell, B.A. and Welday, J.M., *Thermal Conditioning and Incineration of Combined Brewery/Municipal Sludges*, Proceedings, 7th Annual WWEMA Industrial Pollution Conference, Philadelphia, PA, 1979.

Revised 9/7/05

16. Bell, B.A., *Energy Conservation and Production from the Anaerobic Digestion of Thermally Conditioned Sludges and Decant Liquors*, Proceedings Energy Optimization of Water and Wastewater Management for Municipal and Industrial Applications Conference, US D.O.E., ANL/EES-TM-96, 1979.

17. Bell, B.A., Jeris, J.S. and Welday, J.M., *Anaerobic Fluidized Bed Treatment of Sludge Conditioning Decant Liquor*, Proceedings Anaerobic Filters: An Energy Plus for Wastewater Treatment, US D.O.E. Symposium, Orlando, FL, 1980.

18. Bell, B.A., *Advanced Wastewater Treatment*, in Manual of Instruction for Wastewater Treatment Plant Operators, New York State Department of Environmental Conservation, 1980.

19. Bell, B.A., Jeris, J.S. and Welday, J.M., *Treatment of Liquors from Thermally Conditioned Sludges by Conventional and Fluid Bed Anaerobic Systems*, Proceedings ASCE National Conference on Environmental Engineering, New York, NY, 1980.

20. Bostater, C.R., Jr., Ambrose, R.B. and Bell, B.A., *Modeling the Fate and Transport of Chemicals in Estuaries: Current Approaches and Future Needs*, Aquatic Toxicology and Hazard Assessment: 4th Congress ASTM, STP 737, D.R. Branson and K.L. Dickson, Eds. American Society for Testing and Materials, 1981.

21. Mandt, M.G. and Bell, B.A., Oxidation Ditches in Wastewater Treatment, Ann Arbor Science Publishers, Ann Arbor, MI, 1982.

22. Bell, B.A., Cardenas, R.R., Jr., Huddleston, R.E., Jr. and Martin A.R., *Procedure for Evaluation of the Impact of Intermittently Discharged Industrial Wastes on Municipal Treatment Facilities*, in Industrial Wastes, J.E. Alleman and J.T. Kavanagh Eds., Ann Arbor Science Publishers, Ann Arbor, MI, 1982.

23. Kobylinski, E.A. and Bell, B.A., *Light Metal Cation Inhibition in Anaerobic Digestion*, Proceedings ASCE Environmental Engineering Conference Boulder, CO, 1983.

24. Bell, B.A. and Kobylinski, E.A., *Design of Anaerobic Digestion of Lime Sludges*, Journal of Water Science and Technology, 16, 375-386 (1984).

25. Bell, B.A., and Hardcastle, G.J., *Treatment of a High Strength Industrial Waste in a Continuously Fed, Intermittently Operated Activated Sludge System*, Journal of the Water Pollution Control Federation, 56, 11, 1160-1164, 1984.

26. Gidlund, E.R. and Bell, B.A., *Groundwater*, in Encyclopedia of Environmental Engineering, 2nd Ed., J. Pfafflin, Ed., Gordon Breach Publishers, London, England, 1984.

27. Biswas, H., Bell, B.A., and Stuart, T.S., *A Method for Establishing Site-Specific Stream Design Flows for Wasteload Allocations*, Journal of the Water Pollution Control Federation, 56, 10, 1123-1130, 1984.

28. Bell, B.A., and Burrows, W.D., *Biological Treatment of Explosive Bearing Wastewaters*, in Toxic and Hazardous Wastes, Proceedings of the Nineteenth Mid-Atlantic Industrial Waste Conference, Jeffrey C. Evans, Ed., 1987.

29. Cardenas, Jr., R.R., Bell, B.A., and Hatim, M., *Application of Ultraviolet Disinfection in Small Systems*, in Resource Mobilization for Drinking Water and Sanitation in Developing Countries, pp 678 - 685, F.W. Montanari, T.P. Thompson, T.P. Curran, and W. Saukin, Eds., 1987.

30. Bell, B.A. and Burrows, W.D., Removal and Degradation of TNT in a Semicontinuous Activated Sludge Treatment System, in Hazardous and Industrial Wastes, Proceedings of the Twenty First Mid-Atlantic Industrial Waste Conference, C.A. Cole and D.A. Long, Eds., pp 344 – 356, 1989.

31. Joo, H.J., Sijin, L. and Bell, B. A., *CFID Application on Industrial Wastewater; Organic and Nitrogen Removal*, Proceedings of 2nd WEF Asia/Pacific Rim Conference on Water Pollution Control, Yokohama, Japan, 1992.

32. Garabed, S., Amuro, A., Stone, J., Bell, B., and Melnyk, P., *A Full Scale Comparison of Conventional and DAF Primary Treatment*, NYWEA Environmental Technical Conference, Lake George, NY, 1996.

Revised 9/7/05

## SELECTED TECHNICAL REPORTS

*Environmental Impact of a Proposed Housing Development on Lake Waneta, N.Y.*, with R.R. Cardenas, Jr., 1972.

*Water System Evaluation, Pensacola, Florida*, Flood & Associates, Inc., 1976.

*Kepone Incineration Test Program*, with F.V. Whitmore, U.S.E.P.A., EPA-600/278-108, 1978.

*Anaerobic Digestion of Thermal Sludge Conditioning Decant Liquor and Conditioned Sludge*, Carpenter Associates, Inc., 1979.

*Discharge and Treatment of Spent Toner Wastes*, Carpenter Environmental Associates, Inc., 1981.

*Final Technical Report, Cation Toxicity in the Anaerobic Digestion of Lime Sludge*, U.S. Army Medical Bioengineering Research and Development Laboratory, Technical Report 8205, 1982.

*Final Technical Report, Munitions Wastewater Treatment in Semicontinuous Activated Sludge Treatment Systems*, U.S. Army Armament Research and Development Center, Large Caliber Weapon Systems Laboratory, Dover, N.J., Contractor Report ARLCD-CR-84029, 1984.

*Environmental Evaluation of the Use, Handling, Storage and Transportation of Chemicals at an Industrial Facility in Briarcliff Manor, N.Y.*, Carpenter Environmental Associates, Inc., 1985.

*Final Technical Report, A Simplified Method for the Determination of Mixing Zones in Estuaries*, USEPA, 1985.

*Final Technical Report, Pilot Scale Evaluation of Semicontinuous Activated Sludge Treatment of Munitions Bearing Wastewater*, U.S. Army Armament Research and Development Center, Large Caliber Weapon Systems Laboratory, Dover, N.J. Carpenter Environmental Associates, Inc., 1987.

*Engineering Report - Hamlet Sewage Treatment Plant Improvements, Town of Tuxedo, N.Y.*, Carpenter Environmental Associates, Inc., 1987.

Expert Witness Report *Evaluation of Lack of Compliance with NJPDES Permit, P. D. Oil & Chemical Storage, Inc., Bayonne, New Jersey*, Carpenter Environmental Associates, Inc., 1988.

*Final Report, Conceptual Design, Biological Nutrient Removal, Annapolis Water Reclamation Facility, Annapolis, Maryland*, Carpenter Environmental Associates, Inc., 1989.

SPCC and ISC plans, ARDEC, Picatinny Arsenal, New Jersey, Carpenter Environmental Associates, Inc., 1990. Updated 1999.

Expert Witness Report *Evaluation of Lack of Compliance with NJPDES Permit, Yates/Circuit Foil, Bordentown, New Jersey*, Carpenter Environmental Associates, Inc., 1992.

*New Lisbon Development Center Wastewater Treatment Plant Optimization Study*, New Jersey Department of Human Services, Carpenter Environmental Associates, Inc., 1992.

*Comparison of Dissolved Air Flotation and Conventional Clarification, Sand Island Wastewater Treatment Plant, Honolulu, Hawaii,* P.B. Melnyk, GMP Associates, Inc. and Carpenter Environmental Associates, Inc., 1994.

*Nitrification Toxicity Study,* Mount Pocono (PA) Municipal Authority, Carpenter Environmental Associates, Inc., 1994.

*Evaluation of Wastewater Treatment Plant, New Lisbon Development Center,* New Jersey Department of Human Services, Carpenter Environmental Associates, Inc., 1995.

*Wastewater Treatment Plant Preliminary Evaluation at Floyd Bennett Field,* U. S. Department of the Interior, Carpenter Environmental Associates, Inc., 1995.

Expert Witness Report: *Interference with Operation of the Hammond Sanitary District Wastewater Treatment Plant, Combined Sewer Overflow not in Compliance with Permit Conditions and Pollutant Loadings to the West Branch of the Grand Calumet River,* prepared for USDOJ, Carpenter Environmental Associates, Inc.,1995, Updated 1999.

*Report on the Actions Needed for Evans Industries, Inc., Evans Cooperage Company, Inc., and Evans Container Corporation, Inc. to Come into Compliance with their Clean Water Act Discharge Permit,* Carpenter Environmental Associates, Inc., 1997.

*Evaluation Of and Comments on UPRC's Draft NPDES Permit,* Carpenter Environmental Associates, Inc., 2000.

*Problem Assessment From, and Approach to Minimizing Sanitary Sewer Overflows Along the California Coastline,* Carpenter Environmental Associates, Inc., 2001.

*Needs Assessment and Cost Estimate to Upgrade Tewskbury, NJ Wastewater Treatment Plant,* Carpenter Environmental Associates, Inc., 2001.

*Evaluation of Proposed Trickling Filter and Clarifier Upgrades at the Tinicum, PA Wastewater Treatment Plant,* Carpenter Environmental Associates, Inc., 2002.

*Expert Witness Report of Bruce A. Bell, Ph.D., P.E., DEE Regarding City of Los Angeles, California, Capacity Related SSOs,* Prepared for the Santa Monica Baykeeper and USDOJ, 2003.



**CARPENTER ENVIRONMENTAL ASSOCIATES, Inc.** **CEA ENGINEERS, P.C.**

Phone: 845-781-4844
Fax: 845-782-5591
www.ceaenviro.com

*Mailing Address*
PO BOX 856
MONROE, NEW YORK 10949

*Address For All Deliveries Other Than US Postal Service*
307 MUSEUM VILLAGE ROAD
MONROE, NEW YORK 10950

# Carpenter Environmental Associates, Inc.
# CEA Engineers, P.C.

Carpenter Environmental Associates, Inc./CEA Engineers, P.C. (CEA) is a specialty environmental science and engineering firm. Founded in 1977, CEA offers years of experience combined with a highly trained staff that enables us to provide the technical, regulatory, and managerial expertise necessary to successfully complete projects.

Environmental science and engineering services provided by CEA include wastewater and stormwater management, wetland and ecological investigations, environmental site assessments, site investigations and remediation, permitting services, and litigation support. We provide our services to a wide range of clients including all levels of government, industry, unions, real estate developers, attorneys, consulting firms, environmental organizations, and financial institutions.

CEA's staff consists of engineers, scientists, technicians, and support personnel. Most of our engineers and scientists have advanced degrees. As well as having extensive scientific and technical knowledge, CEA professionals are well versed in environmental statutes and implementing regulations including the Clean Water Act (CWA), Resource Conservation and Recovery Act (RCRA), Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), New Jersey Industrial Site Recovery Act (ISRA), New York State Environmental Quality Review Act (SEQRA), and many other federal, state, and local laws and regulations.

The training and expertise of our staff brings to our clients a balanced, innovative viewpoint exploring imaginative alternatives based on sound professional practice and grounded in fundamental environmental science and engineering principles.

In order to ensure a high quality work product, we maintain an extensive in-house quality control program. Up-to-date and continuously upgraded computer, word-processing, reproduction, and drafting/mapping capability allow efficient data management, modeling, and report preparation.

The relatively small size of CEA allows our principals and senior level staff to be intimately involved in all projects and assures the highest level of professional expertise and service to our clients. CEA has a strong reputation for high quality work, delivered on time, and within budget.

Rev. 10/26/05

# Environmental Services

**Wastewater and Stormwater Management:**

- Wastewater treatment process design, troubleshooting, evaluation, and process optimization
- Combined Sewer Overflow (CSO) and Sanitary Sewer Overflow (SSO) evaluations
- Industrial pretreatment program (IPP) implementation, management, evaluation, and guidance
- Stormwater management and design, drainage design, and SWPPP development and inspection
- Receiving water impact assessment and modeling
- Flooding Analyses

**Wetland and Ecological Investigations:**

- Wetland delineation
- Wetland mitigation/creation/restoration
- Environmental impact assessments
- Rare and endangered species investigations
- Natural Resource Inventories

**Property Transfer:**

- Environmental site assessments and investigations
- ISRA compliance
- Site Investigation
- Site Remediation

**Permitting:**

- Wetlands (state, local, and U.S. Army Corps of Engineers)
- Environmentally sensitive areas
- NPDES

**Litigation Support:**

- Case evaluation
- Discovery support
- Information analysis and opinion formation
- Settlement support
- Expert witness report preparation and analysis
- Deposition hearing and trial testimony



CARPENTER
ENVIRONMENTAL
ASSOCIATES, Inc.
CEA ENGINEERS, P.C.

Phone: 845-781-4844
Fax: 845-782-5591
www.ceaenviro.com

*Mailing Address*
PO BOX 655
MONROE, NEW YORK 10949

*Address For All Deliveries Other Than US Postal Service*
307 MUSEUM VILLAGE ROAD
MONROE, NEW YORK 10950

## Litigation Support

CEA has a long history of providing technical expertise to both plaintiffs and defendants in cases involving a wide range of environmental issues including wastewater and stormwater; hazardous waste; wetlands and environmental impact; permitting actions; and insurance defense cases. Legal support services include providing analysis, advice, discovery support, affidavits, expert witness reports, analysis and rebuttal of opposing expert witness reports, testimony at depositions and trial, as well as testimony at administrative law hearings and trials at both the federal and state level. CEA professionals are familiar with all aspects of the legal system enabling the firm to effectively provide the technical expertise required for effective litigation support.

- **Case Evaluation:** We provide technical evaluation of prospective cases involving environmental issues to determine the technical merit of a case. Evaluations may include analyzing compliance history, identifying potential solutions to noncompliance issues, and/or determining the significance of noncompliance on environmental impacts.

- **Discovery:** CEA is familiar with all aspects of the discovery process. We provide discovery support, including, input to requests for production of documents; input to, preparation of, and response to interrogatories, and deposition testimony and assistance with deposition of opposing parties. Our experience with discovery makes us able to provide expert technical guidance throughout the process.

- **Information Analysis and Opinion Formation:** CEA's professional background includes a wide range of environmental issues, enabling the comprehensive and timely analysis of the technical aspects of a case and the development of a well-supported opinion.

- **Settlement:** After thoroughly evaluating a case, we provide technical support throughout settlement negotiations including suggestions for compliance strategies, engineering designs, proposed studies, and opposing party's settlement offer analysis.

- **Expert Witness Report Preparation:** We have an understanding of the tight deadlines that attorneys face. We have prepared numerous expert reports, many on an expedited basis. Expert witness reports include those intended to satisfy the legal minimum to testify, as well as those intended as an educational tool, thoroughly explaining the technical and regulatory aspects of the case.

- **Trial Testimony:** CEA personnel provide expert witness testimony at trials in federal and state courts, hearings, and before legislative boards in a wide range of environmental areas including wetlands, wastewater and stormwater management and engineering, and hazardous waste. CEA personnel have provided testimony in a number of landmark environmental cases.

Rev. 10/26/05

## Representative Projects

**Chesapeake Bay Foundation, Inc., Natural Resources Defense Council, Inc. v Gwaltney of Smithfield, Ltd. Civil Action No. 84-0366-R**

CEA's President, Dr. Bruce Bell, provided expert witness testimony for Plaintiffs in a citizen's suit that was brought against Gwaltney for violations of its NPDES permit. The decision found that Gwaltney had violated and may continue in the future to violate its permit. The case was appealed to the Supreme Court to determine whether the Clean Water Act authorizes citizen suits for past violations of NPDES permits. The Supreme Court ruled that the CWA authorizes suits based upon alleged present or future violations. As Dr. Bell's testimony established the possibility of future violations, the plaintiffs prevailed.

**Friends of the Earth, et al v Laidlaw Environmental Services Inc.    Action No. 3-92-1697-17**

CEA provided litigation support including deposition and trial testimony in this landmark citizen suit. CEA analyzed the causes of Laidlaw's non-compliance with effluent limitations for mercury and the costs of compliance. CEA's analysis help convince the District Court that the State of South Carolina's enforcement action and collection of a $100,000 fine did not constitute diligent enforcement and did not preclude a citizen's suit. Ultimate review of the case by the United States Supreme Court resulted in a landmark ruling on citizen suits.

**Interfaith Community Organization (ICO) v. Honeywell International, et al., Action No. 96-2997**

The Roosevelt Drive-In site in Jersey City, New Jersey, was created from the Hackensack River by filling with Chromium Ore Processing Residue creating a 34-acre site heavily contaminated with hexavalent chromium. After years of inaction, despite an Administrative Consent Order from NJDEP, ICO filed a RCRA citizen suit to compel an end to the immanent and substantial endangerment and to force a remedy. CEA provided deposition and trial testimony in the areas of sediment contamination, history of site contaminated surface water discharges, and remedy. The District Court ordered one of the largest excavation remedies ever undertaken for the site along with remediation of groundwater and sediment contamination.

**United States of America v Hammond Sanitary District, et al.. Civil No. 2:93CV 225JM**

The Department of Justice brought a civil action against the Hammond Sanitary District and three of its significant industrial users for actions that resulted in the degradation of water and sediment quality in the Grand Calumet River. CEA demonstrated that the industrial users interfered with the proper operation of the Hammond wastewater treatment plant. CEA also demonstrated that: Hammond operated its combined sewer overflows in a manner that did not comply with the conditions of its NPDES permit; Hammond did not properly administer its industrial pretreatment program, and; Hammond discharged pollutant loads in excess of NPDES permit limits that damaged the sediment in the Grand Calumet River. CEA's findings resulted in the industrial users and the Hammond Sanitary District reaching settlements with the Department of Justice.

## Key Personnel

Bruce A. Bell, Ph.D., P.E., DEE, President, has over 30 years of experience in litigation support and expert witness testimony. He has testified in trial in state and federal courts.

Ralph E. Huddleston, Jr., Senior Vice President, is a biologist with over 25 years of experience in the environmental field. He has provided expert witness testimony for permit hearings on the local, state, and federal level.

Steven R. Garabed, P.E., Senior Engineer, has over 13 years of experience in the environmental field. He is also experienced in discovery support, settlement efforts, and deposition and expert report preparation.



**CARPENTER
ENVIRONMENTAL
ASSOCIATES, Inc.**
CEA ENGINEERS, P.C.

Phone: 845-781-4844
Fax: 845-782-5591
www.ceaenviro.com

*Mailing Address*
PO BOX 656
MONROE, NEW YORK 10949

*Address For All Deliveries Other Than US Postal Service*
307 MUSEUM VILLAGE ROAD
MONROE, NEW YORK 10950

## Wastewater and Stormwater Management

CEA has extensive and varied experience in wastewater and stormwater management. CEA's co-founder and president, Bruce A. Bell, Ph.D., P.E., DEE, has over 35 years of experience in wastewater and stormwater management. CEA personnel have been involved with the industrial pretreatment program since its inception, lending their expertise to both industrial users and municipalities. Since the implementation of the Phase II Stormwater Regulations, CEA has completed numerous Stormwater Pollution Prevention Plans and designed a number of Stormwater Treatment Systems. CEA offers a wide spectrum of wastewater and stormwater management expertise to complete projects efficiently.

- **Wastewater Treatment:** Plant optimization to increase operating efficiency can result in cost savings and consistent compliance with effluent limitations. CEA has extensive experience in the evaluation and design of wastewater facilities, including process optimization. Evaluation of wastewater treatment plants is one of our specialties. We also provide collection system evaluations including CSO control and SSO elimination. CEA has provided peer review services for wastewater treatment programs in a number of cities.

- **Industrial Pretreatment Program:** Proper management and compliance with IPP is a challenge to municipalities and industry alike. CEA has managed, or assisted municipalities in the management of all aspects of the federally mandated industrial pretreatment program. We also evaluate processes of industrial users and recommend and implement optimization measures to achieve compliance with categorical and local limits. CEA develops and negotiates permit limits and monitoring requirements for significant industrial users.

- **Stormwater:** Stormwater management is the new frontier in the battle against water pollution. The Phase II Stormwater Regulations require the development of detailed stormwater management plans also known as Stormwater Pollution Prevention Plans (SWPPPs) that detail how stormwater will be controlled both during and after construction. CEA has extensive experience in stormwater management, conveyance, and treatment. CEA designs stormwater conveyance and controls, develops pre- and post-development hydrologic balances, ensures sustainability of wetlands, and designs erosion control measures. SWPPPs prepared by CEA have received high praise from local regulators and SWPPP's with CEA's name on the cover are immediately recognized as technically superior and complete documents.

- **Stormwater/Watershed Modeling:** The availability of Geographical Information System (GIS) Software and Data now allows the modeling of complex drainage systems and conditions. CEA is proficient at utilizing the power of GIS, gage adjusted radar rainfall, and stormwater models such as WMS to assess stormwater and flooding impacts due to changes in land use.

- **Receiving Water Impacts:** Proper design and permitting of facilities requires an analysis of the potential impacts on receiving waters from facility discharges. CEA's over 25 years of experience includes modeling of rivers, streams, lakes, and estuaries to support permit applications and to assess the potential for environmental impact.

- **Permitting:** All dischargers of wastewater and stormwater to waters of the United States require a NPDES permit. CEA guides applicants through all aspects of obtaining and implementing NPDES permits. We also analyze and critique permits on behalf of interested parties.

Rev. 10/26/05

## Representative Projects

**West Virginia Flooding:** CEA was retained to evaluate the impact of mountaintop mining and timbering on stormwater runoff. As part of our analysis, we evaluated the impacts the creation of haul and skid roads played on changes in the stormwater runoff volumes. CEA utilized GIS, Gage Adjusted Radar Rainfall, and the Watershed Modeling System (WMS), to determine peak stormwater runoff rates prior to and after timbering practices were completed. For the post-timbered condition, CEA simulated stormwater flow down the skid and haul roads. CEA's analysis showed that timbering significantly increased the stormwater runoff in the study area, increasing the risk of flooding.

**Toys "R" Us Distribution Center:** CEA delineated on-site wetlands for a 1 million square foot distribution center proposed on 157 acres in Henry County, Georgia. CEA minimized the disturbance to the on-site wetlands while assuring that the utilization of the site was maximized. We designed an 8.75-acre mitigation area/stormwater detention basin for the establishment of new wetlands to offset the disturbance to the on-site wetlands, while providing the required stormwater control. Applications for a Nationwide Permit #26 and a Georgia Stream Buffer Encroachment Permit were prepared, expedited, and approved in a timely manner.

**Picatinny Arsenal Stormwater Pollution Prevention Plan:** The Picatinny Arsenal is located on 6,491 acres in Morris County, New Jersey, and has been in operation for over 100 years as a military installation responsible for the production of ammunition and weapons research. CEA coordinated with ARDEC personnel to identify all sites at the Arsenal with activities regulated under the State of New Jersey stormwater regulations. We then inspected each site and collected information concerning current operations, procedures, drainage patterns, and proximity of these areas to wetlands and waterways. CEA developed site specific Stormwater Pollution Prevention Plans (SWPPPs) to provide for reduction of potential stormwater pollution while providing the greatest flexibility to the site operations. Best Management Practices (BMPs) were developed and included in the plan for each site and assembled in a comprehensive plan with generalized Arsenal-wide BMPs.

**Barr Laboratories, Inc. Stormwater Pollution Prevention Plan:** CEA designed a water quality/quantity stormwater retention pond for Barr Laboratories', Pomona, New York, Facility. The pond was situated in a NYSDEC wetlands adjacent area, and was considered by the NYSDEC to be part of the wetlands mitigation for the site. We designed the pond to remove pollutants from a proposed parking lot expansion. To meet the water quality goals for the site, catch basin inserts were also utilized to remove sediments, oils, and nutrients from the stormwater. CEA then developed a Stormwater Pollution Prevention Plan (SWPPP) for the site, which included the water quality/quantity pond, the catch basin inserts, and a soil erosion and sediment control plan. The plan was reviewed and approved by the NYSDEC, and NYSDEC allowed coverage under the SPDES General Permit for Stormwater Discharges from Construction Activity.

## Key Personnel

Bruce A. Bell, Ph.D., P.E., DEE, President, has over 30 years experience in Wastewater/Stormwater Management and directs projects in the areas of design of wastewater treatment facilities, stormwater, sanitary and drainage design, sludge treatment, and management evaluations.

Steven R. Garabed, P.E., Senior Engineer, has over 13 years of experience in the environmental field and is responsible for managing the design of stormwater and sanitary sewer systems, wastewater treatment facilities, pump stations, and stormwater treatment systems, as well as the completion of all GIS-based watershed modeling.



**CARPENTER
ENVIRONMENTAL
ASSOCIATES, Inc.**
**CEA ENGINEERS, P.C.**

Phone: 845-781-4844
Fax: 845-782-5591
www.ceaenviro.com

*Mailing Address*
PO BOX 656
MONROE, NEW YORK 10949

*Address For All Deliveries Other Than US Postal Service*
307 MUSEUM VILLAGE ROAD
MONROE, NEW YORK 10950

## Selected Clients

### CONSULTANTS

- Atzl, Scatassa & Zigler Land Surveyors
- CG Engineers, Inc.
- Disposal Safety, Inc.
- Dolf Rotfeld Engineering, PC
- Greeley and Hansen
- Hazen and Sawyer Engineers
- ICF Kaiser Engineers, Inc.
- Indyk & Terry
- Keane-Coppleman Engineers
- Landrum & Brown

- Land Planners and Engineering Consultants PC
- Louis Berger & Associates, Inc.
- M&E Associates, Inc.
- Malcolm Pirnie Engineers
- McKeown & Franz
- Parsons, Brinckerhoff, Quade & Douglass, Inc.
- Riddick Associates
- Roy F. Weston, Inc.

- Schoor DePalma
- Stanley Krebushevski, AIA
- Sverdrup
- Urbitran Associates, Inc.
- Versar, Inc.

### DEVELOPERS/BANKS

- Carlton Construction
- CB Richard Ellis
- D.A.L. Associates
- Exeter Building Corporation
- Farr Development, LLC
- First National Corporation
- Ginsburg Development Corporation
- Heights Equities, Inc.

- Master Associates
- JPMorgan Chase
- Leewood Real Estate Group
- McCann Real Equities Development
- Norwood West Estates
- Pleasant Plains Associates
- Rank-Ahnert, Inc.
- RD Management

- Ridgewood Savings Bank
- V. Paulius and Associates
- Van Harken Builders
- Waterside Associates
- Woodrose Associates
- Woodrow Associates

### ENVIRONMENTAL ORGANIZATIONS & ADVOCACY GROUPS

- American Littoral Society
- American Canoe Association
- Battenkill Conservancy
- Catskill Center
- Chesapeake Bay Foundation
- Coalition for a Livable West Side
- Communities for a Better Environment
- Connecticut Fund for the Environment
- Delaware Riverkeeper Network
- Friends of the Earth
- Hudson River Fisherman's Association
- Long Island Soundkeeper
- Natural Resources Defense Council

- New Jersey Public Interest Research Group
- New York Coastal Fisherman's Association
- New York/New Jersey Baykeeper
- New York Public Interest Research Group
- Puget Soundkeeper
- Riverdale Nature Preservancy, Inc.
- Riverkeeper, Inc
- Santa Barbara Channelkeeper.
- San Diego Baykeeper
- San Francisco Baykeeper

- Santa Monica Baykeeper
- Scenic Hudson
- Sierra Club
- Soundwatch
- South Carolina Environmental Law Project
- The DOE Fund, Inc.
- Theodore Gordon Flyfishers, Inc.
- Trial Lawyers for Public Justice
- Trout Unlimited Catskill Mountain Chapter
- Trout Unlimited, New Jersey
- Upper Chattahoochee Riverkeeper
- Waterkeeper Alliance

Rev. 10/26/05

## GOVERNMENTS/AGENCIES

- Bergen County, NJ
- Borough of East Stroudsburg, PA
- Borough of Manhattan, NY
- Cape Cod Commission, MA
- City of Casper, WY
- City & County of Honolulu, HI
- City of Saluda, NC
- City of San Diego, CA
- Jacksonville Electric Authority, FL
- Joint Regional Sewerage Board, Haverstraw, NY
- Mount Pocono Municipal Authority, PA
- New Haven WPCA, CT
- New Jersey Department of Human Services
- New York City, NY

- New York City Department of Homeless Services
- Orange County, NY
- Passaic County Sewerage Commissioners, NJ
- Rockland County Sewer District #1, Orangetown, NY
- State of North Carolina Attorney General's Office
- Town of Bloomfield, NJ
- Town of Clarkstown, NY
- Town of Goshen, NY
- Town of Haverstraw, NY
- Town of Jericho, NY
- Town of Morristown, NY
- Town of Montclair, NJ, Board of Education

- Town of Yorktown, NY
- Town of Mt. Kisco, NY
- Town of North Bergen, NJ
- Town of Orangetown, NY
- Town of Portsmouth, RI
- Town of Pound Ridge, NY
- Town of Tuxedo, NY
- Town of Yorktown Heights, NY
- United States Army Corps of Engineers
- United States Department of the Army
- United States Department of Energy
- United States Department of Justice
- United States National Park Service
- Westchester County, NY

## INDUSTRIES/INSTITUTIONS

- Allstates Air Cargo
- Aramco Products, Inc.
- Barr Laboratories, Inc.
- Bergen Jaguar
- Breeze-Eastern, A Division of TransTechnology Corporation
- Brakewell Steel Fabricators, Inc.
- Browning Ferris Industries
- Busse Hospital Disposables, Inc.
- Central Hudson Gas & Electric
- Ciba-Geigy Corporation

- Combustion Process Manufacturing Corporation
- Concrete Stone and Tile Corp.
- Crompton & Knowles Corporation
- Curtiss-Wright Corporation
- Disc Graphics Label Group, Inc.
- Home Depot
- International Business Machines
- International Speedway Corporation
- Magaschoni Apparel Group
- Mobil Oil Corporation
- Stryker Orthopaedics

- PepsiCo
- Phillips Petroleum PureWorld Botanicals, Inc.
- R. Newmann and Company
- The Roberts Filter Group
- Sisters of Charity of Saint Elizabeth
- Chevron U.S.A., Inc.
- Toys "R" Us
- Union Carbide Corporation
- Vinyl Building Products, Inc.
- Yeshiva Ch'san Sofer

## LAW FIRMS

- Arnold & Porter, LLP
- Balber Pickard Battistoni Maldonado & Van Der Tuyn, P.C.
- Briggs Law Corporation
- Broach & Stulberg, LLP
- Cohen Milstein Hausfeld & Toll, PLLC
- D. David Altman, Co.
- David Tykulsker & Associates
- Earthjustice Legal Defense Fund
- Elder & Long
- Farer Fersko
- Golden Rothschild Spagnola & Difazio
- Goldstein, Demchak, Baller, Borgen & Dardarian
- Goldstein, Goldstein, Rikon & Gottlieb, PC

- Granik Silverman Campbell & Hekker
- Harmon Weiss & Jordan
- Keane & Beane, PC
- Kennedy Madonna, LLP
- Kleinbard Bell & Brecker, LLP
- Law Offices of James B. Bacon
- Lawyers for Clean Water
- Lebson, Prigoff, & Baker, LLP
- Lee & Amtzis, LLP
- Lord Bissel & Brook, LLP
- McManimon & Scotland, LLC
- Miles & Stockbridge, PC
- O'Brien Liotta Mandel & Kupfer, LLP
- New York/New Jersey Baykeeper
- Pace Environmental Litigation Clinic, Inc.
- Pepe & Hazard, LLP

- Riker, Danzig, Scherer, Hyland & Scherer, LLP
- Rivkin Radler, LLP
- Rutgers Environmental Law Clinic Rose & Rose, P.C.
- Shearman & Sterling, LLP
- Sive Paget & Riesel, P.C.
- Sokol Behot & Fiorenzo
- Spector Gadon & Rosen, PC
- Stradley Ronon Stevens & Young, LLP
- Terris Pravlik & Millian, LLP
- The Calwell Practice
- Thurm & Heller, LLP
- University of Maryland Law Clinic
- Williams Cuker Berezofsky
- Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
- Zarin & Steinmetz

# UNIONS

- Affiliated Construction Trades Foundation
- Amalgamated Clothing & Textile Workers Union
- Service Employees Int'l Union
- Tri-State Building & Construction Trades Council
- Int'l Federation of Chemical, Energy, Mine and General Workers Union
- Int'l Union of Operating Engineers

- United Auto Workers Int'l Union
- United Food & Commercial Workers Union
- United Mine Workers of America
- United Paperworkers Int'l Union
- United Steelworkers of America

Carpenter Environmental Associates, Inc.
CEA Engineers, P.C.

Hourly Rates

| Category Description | Hourly Rates* |
|---|---|
| Principal | $255.00 |
| Sr. Vice President | $220.00 |
| Sr. Engineer | $165.00 |
| Sr. Scientist | $128.00 |
| Project Engineer | $105.00 |
| Environmental/Civil Engineer | $98.00 |
| Environmental Scientist | $96.00 |
| Information Technology Specialist | $85.00 |
| Graphics Technician | $ 75.00 |
| Sr. Technician | $ 68.00 |
| Technician | $64.00 |
| Clerical | $ 61.00 |

*Hourly rates are valid through September 30, 2006.

09/05