IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>) |
| Plaintiff, | ) DECLARATION OF GUY INOUYE;<br>) EXHIBITS "A", "D", "F" and "G" |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | )<br>)<br>) |
| vs. | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | )<br>)<br>) |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Plaintiff/Cross-Claim | ) |
|     Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Defendant/Cross-Claim | ) |
|     Plaintiff and Cross-Claim | ) |
|     Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim | ) |
|     Defendant/Plaintiff. | ) |

## DECLARATION OF GUY INOUYE

I, Guy Inouye, declare as follows:

1. I am over the age of twenty-one and am competent to testify from personal knowledge regarding the matters set forth herein and if called to testify in this proceeding would do so consistently with the statements contained herein.

2. I am the Branch Engineer in the Design and Construction Department for the City and County of Honolulu.

3. I am familiar with the City and County of Honolulu's ("City") Wahiawa Wastewater Treatment Plant Project ("Project") and the documents sent out and received by the City in regard to the Project.

4. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

5. Attached hereto as Exhibit "A" is a true and correct copy of a letter dated December 9, 1999 from James Honke to Paul Scott, which is kept in the City's files in the ordinary course of business of the City.

6. Attached hereto as Exhibit "D" is a true and correct copy of the Section 11376 of the Project Specifications that provides the requirements for the UV System for the Project, which is kept in the City's files in the ordinary course of business of the City.

7. Attached hereto as Exhibit "F" is a true and correct copy of Bodell's Submittal Log, which was included in Bodell's claim binder submitted to the City, which is kept in the City's files in the ordinary course of business of the City.

8. Attached hereto as Exhibit "G" is a true and correct copy of the General Instructions to Bidders for the Project, which is kept in the City's files in the ordinary course of business of the City.

I declare under penalty of law that the above is true and correct.

Dated: Honolulu, Hawaii _____April 13, 2006_____.

_____
GUY INOUYE