DEC 1 0 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION
# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET, 3ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4504   FAX: (808) 523-4567



JEREMY HARRIS
MAYOR

RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

IDEP 99-336

December 9, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1   Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

PLAINTIFF'S
EXHIBIT NO. 66
FOR IDENTIFICATION
DATE: 9-7-04   RPTR: Lp

000407

B00098

Exhibit A