```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                         ---:---

 4  BODELL CONSTRUCTION COMPANY, )  CIVIL NO. CV03-00706 HG-LEK
    a Utah Corporation,          )  (Contract)
 5                               )
              Plaintiff,         )
 6                               )
          vs.                    )
 7                               )
    OHIO PACIFIC TECH, INC., fka )
 8  GMP ASSOCIATES, INC., an Ohio)
    Corporation; CITY AND COUNTY )
 9  OF HONOLULU; ULTRA TECH      )
    SYSTEMS, INC., a foreign     )
10  Corporation,                 )
                                 )
11            Defendant.         )
                                 )
12  CITY AND COUNTY OF HONOLULU, )
                                 )
13      Defendant, Third-Party   )
        Plaintiff, and           )
14      Counterclaim Defendant,  )
                                 )
15          vs.                  )
                                 )
16  ENGINEERED SYSTEMS, INC.,    )
                                 )
17      Third-Party Defendant    )
        and Counterclaim         )
18      Plaintiff.               )
                                 )
19  

20                         VOLUME I

21              DEPOSITION OF LEROY HUMKE

22  Taken on behalf of the Defendant, Cross-Claim
    Plaintiff/Defendant and Third-Party
23  Plaintiff/Counterclaim Defendant City and County of
    Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
24  Suite 2600 First Hawaiian Center, 999 Bishop Street,
    Honolulu, Hawaii , commencing at 10:35 a.m., on
25  Wednesday, June 22, 2005, pursuant to Notice.
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

Exhibit C

COPY PROHIBITED HRS 606-13/HR RULE 30(f)(2)

2

```
1   CITY AND COUNTY OF HONOLULU,  )
                                   )
2        Defendant, Cross-Claim    )
         Plaintiff/Cross-Claim     )
3        Defendant,                )
                                   )
4            vs.                   )
                                   )
5   ULTRA TECH SYSTEMS, INC., a    )
    foreign Corporation,           )
6                                  )
         Defendant, Cross-Claim    )
7        Defendant/Cross-Claim     )
         Plaintiff.                )
8
9
10                     VOLUME I
11             DEPOSITION OF LEROY HUMKE
12  Taken on behalf of the Defendant, Cross-Claim
    Plaintiff/Defendant and Third-Party
13  Plaintiff/Counterclaim Defendant City and County of
    Honolulu, at the Law Offices of Kobayashi Sugita & Goda,
14  Suite 2600 First Hawaiian Center, 999 Bishop Street,
    Honolulu, Hawaii , commencing at 10:35 a.m., on
15  Wednesday, June 22, 2005, pursuant to Notice.
16
17  BEFORE:
18       Cassie Uyekubo, CSR 293
         Notary Public, State of Hawaii
19
20
21
22
23
24
25
```

1   A       I could use their -- for bidding purposes.
2   Q       Okay. Now, going down to the next line it says,
3   "Final approval is subject to review of the fabrication
4   drawings, shop drawings, and meeting all the
5   requirements of the contract documents."
6           Do you see that?
7   A       I do.
8   Q       And you reviewed this document prior to Bodell
9   submitting its bid proposal for the project, correct?
10  A       I would have read it, yes.
11  Q       Okay, how did you interpret that line to mean?
12  A       The same as I interpret all proposals I get from
13  vendors or submittals.
14  Q       That the approval is subject to the vendor
15  establishing that the equipment meets all the
16  requirements for the contract documents?
17  A       That it complies with the contract documents, yes.
18  Q       And satisfies all the requirements?
19  A       Yes. Yeah.
20  Q       All right. So did you understand that this letter
21  provided a conditional approval that was subject to the
22  vendor, in this case, UltraTech, meeting all the
23  requirements of the contract documents?
24  A       Meeting the requirements. You know, not all the
25  time do they meet all. Not everybody meets all.

1  There's things in there that change -- equipment's been
2  outdated, things like that.  So, to meet the contract
3  requirements -- that's what I read that as, as far as
4  certain language in the contract.
5  Q    Okay.  After getting this letter -- or let me ask
6  you this.  Who did you receive this letter from?
7  A    Oh, I don't recall that, if the City sent it to
8  Paul Scott, I --
9  Q    After getting this letter and reviewing it, did
10 you ever seek clarification from the City in regards to
11 the contents of this letter?
12             MR. SCHULMEISTER:  You mean, before bid,
13 right?
14             MR. OGOMORI:  Before bid.
15             THE WITNESS:  Not that I recall.
16 Q    (By Mr. Ogomori) Okay, did you ever seek
17 clarification from UltraTech prior to bid?
18 A    Other than we would expect their scope of work to
19 comply with the contract documents.
20 Q    Okay, what about from GMP?  Did you ever seek
21 clarification prior to submitting the bid on the
22 project?
23             MR. SCHULMEISTER:  Classification
24 regarding what?
25             MR. OGOMORI:  Regarding this document.

```
 1   STATE OF HAWAII            )
                                )SS.
 2                              )

 3

 4       I, CASSIE UYEKUBO, C.S.R., a Notary Public in and
     for the State of Hawaii, do hereby certify:
 5

 6       That on June 22, 2005, appeared before me LEROY
     HUMKE, the witness whose testimony is contained herein;
 7   that prior to being examined, the witness was by me duly
     sworn or affirmed; that the proceedings were taken in
 8   computerized machine shorthand by me and were thereafter
     reduced to print under my supervision; that the
 9   foregoing represents, to the best of my ability, a
     correct transcript of the proceedings had in the
10   foregoing matter;

11
         That the witness, if applicable, was notified
12   through counsel, by mail or by telephone to appear and
     sign; that if the transcript is not signed, either the
13   reading and signing were waived by the witness and all
     parties, or the witness has failed to appear and the
14   original is therefore kept on file without signature
     pursuant to Court rules.
15

16       I further certify that I am not counsel for any of
     the parties hereto, nor in any way interested in the
17   outcome of the cause named in the caption.

18

19                             JUL 0 5 2005

20   Dated: _____

21

22       _____
         Cassie Uyekubo, C.S.R. #293
23       Notary Public, State of Hawaii
         My Commission Expires: November 8, 2005
24

25
```

[Notary seal: CASSIE UYEKUBO, NOTARY PUBLIC, STATE OF HAWAII]