224

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF HAWAII

3    _____

4    BODELL CONSTRUCTION COMPANY,

5    a Utah corporation,

6                      Plaintiff,

7         vs.                          CIVIL NO. 03-00706(HG/LEK)

8    OHIO PACIFIC TECH, INC., fka GMP    (Contract)

9    ASSOCIATES, INC., an Ohio

10   corporation; CITY AND COUNTY OF

11   HONOLULU; ULTRA TECH SYSTEMS,

12   INC., a foreign corporation,

13                      Defendants.

14   _____

15   CITY AND COUNTY OF HONOLULU,

16            Defendant and

17            Third-Party Plaintiff,

18        vs.

19   ENGINEERED SYSTEMS, INC.,

20            Third-Party Defendant.

21   _____

22

23            DEPOSITION OF LEE A. MANSFIELD

24                    VOLUME II

25            Taken June 2nd, 2005

Exhibit H

239

1        A.    Excuse me, David, what number again?

2        Q.    23.

3        A.    I've looked at this.

4        Q.    Okay.  Exhibit 23 purports to be an e-mail from

5   Arthur J. Shapiro to you dated January 4th, 2001; is that

6   right?

7        A.    That's correct.

8        Q.    And do you remember this one?

9        A.    I do.

10       Q.    Okay.  And who is Mr. Shapiro?

11       A.    He's with IDI.  I don't know what his title is.

12       Q.    Have you ever met him?

13       A.    Not that I recall.

14       Q.    Okay.  And in this e-mail Mr. Shapiro states that

15   IDI has numerous installations of its horizontal format UV

16   systems which would meet the five MGD flow capacity and lists

17   a number of plants.

18            Was this in response to some inquiry that originated

19   with you?

20       A.    It was.

21       Q.    And what was the inquiry?

22       A.    Wanted to know if he'd meet the requirement in our

23   specifications for facilities; in five facilities in operation

24   for more than one year.

25       Q.    And when did you make that inquiry?

240

1    A.    On or around this time period beginning of 2001.

2    Q.    And what prompted you to make the inquiry then?

3    A.    I wanted to satisfy myself that the requirement in

4    the specs wasn't too onerous.

5    Q.    What do you mean by "too onerous"?

6    A.    Well, I wanted to make sure there was someone else

7    who could meet that experience requirement.

8    Q.    And why were you concerned about that in January

9    2001?

10    A.    The answer to your earlier question, I wanted to

11    satisfy myself that that requirement wasn't too stringent.

12    Q.    Well, what would have made it too stringent?

13    A.    Made it too stringent no one could have met it.

14    Q.    And if no one -- if the answer had been that -- from

15    IDI had been that they couldn't meet it, would that have

16    caused -- what would that have prompted you to do, if

17    anything?

18    A.    You know, I don't know.  I wouldn't speculate.

19    Q.    So upon receipt of this e-mail did you conclude that

20    the requirement was not too onerous?

21    A.    Yes.

22    Q.    And how so?

23    A.    Because this manufacturer looked as though he could

24    meet the requirement.

25    Q.    Could you look at Exhibit 22 to the deposition of

308

1                       C E R T I F I C A T E

2    STATE OF HAWAII                    )

3                                       )ss.

4    CITY AND COUNTY OF HONOLULU        )

5              I, B. KANOELANI COCKETT, CSR, Notary Public,

6    State of Hawai'i, do hereby certify;

7              That on June 2nd, 2005, at 2:09 p.m. appeared before

8    me LEE A. MANSFIELD, the witness whose deposition is contained

9    herein; that prior to being examined he was by me previously

10   duly sworn;

11             That the deposition was taken down by me in

12   machine shorthand and was thereafter reduced to

13   typewritten form under my supervision; that the foregoing

14   represents, to the best of my ability, a true and correct

15   transcript of the proceedings had in the foregoing matter.

16             I further certify that I am not an attorney for

17   any of the parties hereto, nor in any way concerned with

18   the cause.

19             Dated this 16th day of June 2005 in Honolulu,

20   Hawai'i.

21   _B. Kanoelani Cockett_____

22   B. KANOELANI COCKETT,

23   HI CSR NO. 379, CA CSR No. 7995

24   Notary Public, State of Hawai'i

25   My commission expires:  February 19th, 2009