Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI        5850-0
GEORGE GUSMAN            6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Facsimile: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>) |
| Plaintiff, | ) DEFENDANT, CROSS-CLAIM<br>) PLAINTIFF/DEFENDANT AND |
| vs. | ) THIRD-PARTY PLAINTIFF/ |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) COUNTERCLAIM DEFENDANT CITY<br>) AND COUNTY OF HONOLULU'S<br>) CONCISE STATEMENT OF FACTS<br>) OF ITS MEMORANDUM IN<br>) OPPOSITION TO CROSS-CLAIM<br>) PLAINTIFF/DEFENDANT |
| Defendant. | ) ULTRATECH SYSTEMS, INC.'S<br>) MOTION FOR SUMMARY<br>) JUDGMENT; DECLARATION OF<br>) BRUCE BELL; DECLARATION OF<br>) CYRIL HAMADA; DECLARATION<br>) OF GUY INOUYE; DECLARATION<br>) OF COUNSEL; EXHIBITS "A" and<br>) "G"; CERTIFICATE OF SERVICE<br>)<br>) Trial Date: April 11, 2006 |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| | ) |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) |
| | ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) |
| | ) |
| Cross-Claim Defendant/Plaintiff. | ) ) |
| | ) |

2

**DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT
AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT
CITY AND COUNTY OF HONOLULU'S CONCISE STATEMENT
OF FACTS OF ITS MEMORANDUM IN OPPOSITION TO
CROSS-CLAIM PLAINTIFF/DEFENDANT ULTRATECH
SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rules 56. 1 and 7.5 of the Local Rules for the United States District Court for the District of Hawaii, Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu hereby submits its Concise Statement of Facts of its Memorandum in Opposition to Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc.'s Motion for Summary Judgment, which is being filed contemporaneously herein.

Dated: Honolulu, Hawaii _____ April 13, 2006 _____.

*[signature]*
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
  CITY AND COUNTY OF HONOLULU

DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT
AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT
CITY AND COUNTY OF HONOLULU'S CONCISE STATEMENT
OF FACTS OF ITS MEMORANDUM IN OPPOSITION TO
CROSS-CLAIM PLAINTIFF/DEFENDANT ULTRATECH
SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

The City admits the facts set forth in paragraphs 1, 4, and 6 of the Concise Statement of Facts submitted in support of Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc.'s ("UTS") Motion for Summary Judgment ("MSJ"). The City disputes all other facts set forth in the Concise Statement of Facts submitted in support of UTS' MSJ based on the facts incorporated and set forth herein.

The City hereby incorporates the statement of undisputed facts set forth in its MSJ.

In addition to the statement of undisputed facts set forth in the MSJ, the City respectfully asserts that the following facts are undisputed and directly refute the facts and arguments set forth in UTS' MSJ:

| CONCISE STATEMENT OF FACTS | SOURCE |
|---|---|
| 1. On December 9, 1999, the City issued a letter to Paul Scott regarding the approval of the UTS System for "bidding purposes only" and requiring that the UTS System satisfy all requirements of the Project's contract documents. | Exhibit "A" |
| 2. Part 2.4(A)(3) of Section 11376 of the Project's contract documents (hereinafter "UV System Specifications") prohibited vertical UV Systems. | Exhibit "B" |

| 3. | Ellner admitted that Part 2.4(a)(3) of the UV System Specifications contained language which expressly prohibited vertical UV Systems. | Exhibit "C" at pp. 135-138 |
|---|---|---|
| 4. | Part 1.2(A) of the UV System Specifications required that the UV system "have been tested and certified to meet California Title 22 or Hawaii R-1 quality water." | Exhibit "B" |
| 5. | Ellner understood that the requirements of Part 1.2(A) of the UV System Specifications applied to both UTS' horizontal and vertical UV Systems. | Exhibit "C" at pp. 49-51; 61-62; 66-70 |
| 6. | The UTS vertical UV System is a non-conforming system. | Exhibit "C" at pp. 50-59 |
| 7. | At the time of Bodell's bid, UTS' vertical UV System did not have the required approval from the California Department of Health indicating confirmation of compliance with California Title 22. | Exhibit "C at pp. 176-180 |
| 8. | Bodell submitted a Submittal Log, which was included in Bodell's claim binder submitted to the City. | Exhibit "D" |
| 9. | UTS first received confirmation that its vertical UV System was in compliance with California Title 22 by way of letter dated October 23, 2000 from Richard Sakaji to Ellner. | Exhibit "C" at pp. 81-84 and Exhibit "E" |
| 10. | Ellner admitted that the UTS' horizontal UV System did not satisfy the experience requirement set forth in Part 1.2(A) of the UV System Specifications. | Exhibit "C" at pp. 66-70 |

2

| | | |
|---|---|---|
| 11. | Pursuant to the expert opinion of Dr. Bruce Bell, the UTS System presented by Bodell did not satisfy the requirements of the UV Project Specifications. | Declaration of Bruce Bell, which was originally attached to the City's Expert and Expert Disclosures dated January 9, 2006 |
| 12. | Another UV System provider by the name of IDI could have provided a horizontal UV System that satisfied the experience requirement set forth in the UV System Specification. | Declaration of Bruce Bell and Exhibit "F" at pp. 239-240 |
| 13. | Ellner admitted that he has no evidence of any improper or bad faith actions on the part of the City. | Exhibit "C" at pp. 473-474 |
| 14. | Ellner admitted that he has no evidence of any intent on the part of anyone at the City to interfere with any alleged relationship between Bodell and UTS. | Exhibit "C" at pp. 473-474 |
| 15. | GMP was not an agent of the City. GMP instead served as an independent contractor as set forth in Section 4.1.1 of the General Conditions of the City's contract with GMP. | Exhibit "G" |

3

| | |
|---|---|
| 16. Hamada relied upon the false representations of Ellner and Paul Scott in issuing the December 9, 1999 letter regarding the UTS System. | Exhibit "A" and Declaration of Cyril Hamada, which was originally submitted to Court attached to Defendant City and County of Honolulu's Motion for Leave to File an Amended Answer to Assert A Cross Claim Against Defendant Ultra Tech Systems, Inc. and Leave to File a Third Party Complaint Against Engineered Systems, Inc., filed herein on September 10, 2004 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>       Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>       Defendant.<br><br>_____<br>CITY AND COUNTY OF HONOLULU,<br><br>       Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>       Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff.<br>_____ | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5 |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim | ) |
| Plaintiff/Cross-Claim | ) |
| Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
| Cross-Claim Defendant/Plaintiff. | ) |

## CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Concise Statement of Facts in Support of its Motion for

2

Partial Summary Judgment is proportionately spaced, has a typeface of 14 points or more and contains 690 words.

Dated: Honolulu, Hawaii _____ April 13, 2006 _____.

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>      Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>      Defendant.<br>_____<br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>      Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff.<br>_____ | ) CIVIL NO. CV03-00706 HG-LEK<br>) (Contract)<br>)<br>) DECLARATION OF COUNSEL;<br>) EXHIBITS "C", "E" and "F"<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*Caption continued*