| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) |
| vs. | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
|     Cross-Claim Defendant/Plaintiff. | ) |

## DECLARATION OF COUNSEL

I, George Gusman, III, declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii.

2. I am an associate with the law firm Kobayashi, Sugita & Goda and am one of the attorneys representing Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu.

3. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

4. Attached hereto as Exhibit "C" is a true and correct copy of selected pages from the deposition of Greg Ellner, taken on September 1 and September 2, 2004, which is kept in my offices' file in the ordinary course of business.

5. Attached hereto as Exhibit "E" is a true and correct copy of a letter dated October 23, 2000 from Richard Sakaji of the California Department of Health to Greg Ellner, which was attached as Exhibit "46" to Greg Ellner's deposition taken on September 1, 2004, which is kept in my offices' file in the ordinary course of business.

6. Attached hereto as Exhibit "F" is a true and correct copy of selected pages from the deposition of Lee Mansfield, taken on June 2, 2005, which is kept in my offices' file in the ordinary course of business.

Pursuant to Circuit Court Rule 7(g), I declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii   April 13, 2006   .

GEORGE GUSMAN III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>  Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>  Defendant.<br>_____<br>CITY AND COUNTY OF HONOLULU,<br><br>  Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>  Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff.<br>_____ | CIVIL NO. CV03-00706 HG-LEK (Contract)<br><br>CERTIFICATE OF SERVICE |

*Caption continued*