DEPARTMENT OF DESIGN AND CONSTRUCTION

# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET, 3ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4594     FAX: (808) 523-4567



JEREMY HARRIS
MAYOR

RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

IDEP 99-336

December 9, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii  96734

Dear Mr. Scott:

Subject:    Wahiawa WWTP Effluent Reuse and
            Wahiawa Reservoir Outfall Adjustment
            Substitution Request
            Job No. W1C-99

PLAINTIFF'S
EXHIBIT NO. 66
FOR IDENTIFICATION
DATE 9-1-04 RPTR: LP

Based on the material submitted your request to:

1    Substitute Ultratech UV disinfection system for the specified Trojan is approved
     for bidding purposes only;

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the
requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

000407

B00098

Exhibit A