WAI__A WWTP EFFLUENT REUSE AND O__LL ADJUSTMENT
CITY AN_ __NTY OF HONOLULU JOB W10-99
BODELL CONSTRUCTION COMPANY Job. 603

## SUBMITTAL LOG UPDATE: 8/30/01

| SUB NO. | SPEC SECTION | DESCRIPTION | VENDOR | BCC SENT | C&C APPROVED | BCC REC'D | DAYS HELD | DAYS +/-10 | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3300 | CAST-IN-PLACE CONCRETE | HI CEMENT | 3/29/00 | 5/20/00 | 6/6/00 | | -30 | RESUBMIT |
| 1A | 3300 | CONCRETE RESUBMITTAL | HI CEMENT | | 6/1/00 | 6/15/00 | 6 | 6 | APPROVED |
| 1B | 3300 | HRWR ADMIXTURE | CAID&ASSOC | 6/20/00 | 6/26/00 | 6/28/00 | | -30 | APPROVED |
| 1B | 3300 | HRWR ADMIXTURE--SLUMP RECS. | CAID&ASSOC | 6/22/00 | 6/26/00 | 6/28/00 | | | APPROVED |
| 1C | 3300 | PRESSURE EPOXY INJECTION | BODELL | 7/26/00 | | 8/7/00 | | | REVISE AND RESUBMIT |
| 1D | 3300 | DOWEL SPLICERS | BODELL | 8/9/00 | 8/22/00 | 8/24/00 | | | APPROVED |
| .1E | .3300 | CONCRETE REPAIR | SAUEREISEN | 8/11/00 | 8/22/00 | 8/24/00 | | | APPROVED |
| 1F | 3300 | MIX DESIGN FOR BASE OF WALL | HI CEMENT | 1/3/01 | 1/9/01 | 1/9/01 | | | APPROVED |
| 2 | 5500 | METAL FABRICATIONS | KELRAD | 4/25/00 | 6/26/00 | 6/27/00 | 61 | 31 | APP.-R&R-MCN |
| 2A | 5500 | METAL FABRICATIONS-UV & FLUME | KELRAD | 6/28/00 | 7/11/00 | 7/12/00 | 13 | -17 | REVISE AND RESUBMIT |
| 3 | 5723 | STAIR NOSING | STER/KELRAD | 5/5/00 | 5/31/00 | 6/2/00 | 26 | -4 | APPROVED |
| 4 | 15784 | UNITARY AIR CONDITIONERS | HSI Mechanical | 5/10/00 | 5/31/00 | 6/2/00 | 20 | -10 | REVISE AND RESUBMIT |
| 4A | 15784 | UNITARY AIR CONDITIONERS | HSI Mechanical | 6/29/00 | 7/6/00 | 7/7/00 | 8 | -22 | REVISE AND RESUBMIT |
| 4B | 15784 | UNITARY AC--copolymer substitute | HSI Mechanical | 10/16/00 | 10/17/00 | | | | SUBSTITUTE OK |
| 4C | 15,784,870 | AC & VENTILATOR DRAFT O & M | HSI Mechanical | 2/9/01 | 2/15/01 | 2/15/01 | 6 | | APPROVED |
| 4D | 15784, 15870 | AC & VENTILATOR--FINAL O & M | HSI Mechanical | 2/22/01 | | | | | |
| 4E | 15,990 | AC TESTING | HSI Mechanical | 5/18/01 | | | | | |
| 4F | 15,990 | AC TEST RESULTS | HIS Mechanical | 7/27/01 | 8/1/01 | 8/2/01 | 6 | | APPROVED |
| 5 | 15870 | POWER VENTILATORS | HSI Mechanical | 5/10/00 | 5/31/00 | 6/2/00 | 22 | -8 | FAC-RESUB. FRAMING PLAN |
| 6 | 15940 | AIR INLETS AND OUTLETS | HSI Mechanical | 5/10/00 | 5/31/00 | 6/2/00 | 22 | -8 | FAC-ADD DAMPER |
| 7 | 15910 | DUCTWORK ACCESSORIES | HSI Mechanical | 5/16/00 | 5/31/00 | 6/2/00 | 15 | -15 | MCN |
| 8 | 15160.2.5 | BACKWASH AND SLUDGE PUMPS | PROMARK | 5/16/00 | 6/19/00 | 6/23/00 | 36 | 6 | REVISE AND RESUBMIT |
| 8A | 15160.2.5 | SUPPLEMENTAL DATA | PROMARK | 6/23/00 | 6/26/00 | 6/27/00 | 4 | -26 | REVISE AND RESUBMIT |
| 8B | 15160.2.5 | BW AND SLUDGE PUMP RESUBMITTA | PROMARK | 10/9/00 | 10/11/00 | 10/26/00 | 17 | -13 | APPROVED |
| 8C | 15160.2.5 | BW PUMP DRAFT MANUAL | PROMARK | 4/3/01 | 4/10/01 | 4/12/01 | 9 | -21 | APPROVED |
| 8D | 15160.2.5 | BOTTOMS PUMP DRAFT MANUAL | PROMARK | 4/10/01 | 4/11/01 | 5/4/01 | 24 | -6 | APPROVED |
| 8E | 15160.2.5 | BW FINAL O & M MANUAL | PROMARK | 7/9/01 | | | | | |
| 9 | 15160.2.6 | CLARIFIER SCUM PUMPS | PROMARK | 5/16/00 | 6/9/00 | 6/15/00 | 30 | 0 | NOT REVIEWED-REJECTED |
| 9A | 15160.2.6 | SCUM PUMP RESUBMITTAL | PROMARK | 6/22/00 | 6/26/00 | 6/27/00 | 4 | -26 | REVISE AND RESUBMIT |
| 9B | 15160.2.6 | SCUM PUMPSUPPLEMENT TO RESUB | PROMARK | 6/23/00 | 6/26/00 | 6/27/00 | 4 | -26 | REVISE AND RESUBMIT |
| 9C | 15160.2.6 | SCUM PUMP RESUBMITTAL | PROMARK | 10/31/00 | 11/20/00 | 11/21/00 | 20 | -10 | MAKE CORRECTIONS |
| 9D | 15160.2.6 | SCUM PUMP | PROMARK | | | | | | |
| 9E | 15160.2.6 | SCUM PUMP DRAFT MANUAL | PROMARK | 4/10/01 | 4/11/01 | 5/14/01 | 34 | | APPROVED |
| 9F | 15160.2.5,2.6 | SCUM & BOTTOMS PUMP FINAL MAN | PROMARK | 7/10/01 | | | | | |
| 10 | 15160.2.4 | SECONDARY EFFLUENT PUMPS | PROMARK | 5/16/00 | 6/14/00 | 6/15/00 | 30 | 0 | NOT REVIEWED-REJECTED |
| 10A | 15160.2.4 | SE PUMPS--RESUBMITTAL | PROMARK | 6/23/00 | 6/27/00 | 6/28/00 | 5 | -25 | REJECTED |
| 10B | 15160.2.4 | SE PUMPS--RESUBMITTAL | PROMARK | 10/10/00 | 10/12/00 | 10/26/00 | 16 | -14 | REJECTED |
| 11 | 173 | FACTORY REP-CLARIFIERS | CBC-WALKER | 5/18/00 | 6/19/00 | 6/20/00 | 30 | 0 | APPROVED |
| 11A | 173 | FACTORY REP-SLIDE GATES | WATERMAN | 6/21/00 | | 6/27/00 | 6 | -24 | APPROVED |
| 11B | 173 | FACTORY REP-SAND FILTER | BC-PARKSON | 6/16/00 | 6/20/00 | 6/22/00 | 6 | -24 | APPROVED |

B00239

Exhibit D

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11B | 73 | FACTORY REP-SAND FILTER | PARKSON | | | 5/16/01 | 5/21/01 | 17 | APPROVED |
| 11C | 73 | FACTORY REP-COMPRESSOR | STARR & CO | | | | 7/18/00 | 13 | -13 | REVISE AND RE: |
| 11D | 173 | FACTORY REP-SEF PUMPS | BERKLEY | ..,19/01 | 1/31/01 | 2/1/01 | 13 | -17 | APPROVED |
| 11E | 173 | FACTORY REP-GENERATOR | IE-PDDA | 1/23/01 | | | | -17 | REVISE AND RESUBMIT |
| 11F | 173 | FACTORY REP-GEN SET RESUB | IE-PDDA | 2/12/01 | 2/14/01 | 3/2/01 | 20 | | APPROVED |
| 11G | 173 | FACTORY REP--SCADA & INSTR. | IE-DYNATEK | 2/28/01 | | 3/5/01 | 5 | | APPROVED |
| 11H | 173 | FACTORY REP-UV | TROJAN | 4/2/01 | 4/10/01 | 4/24/01 | 22 | | APPROVED |
| 11H-2 | 173 | FACTORY REP-UV -add local tech. | TROJAN-HES | 4/30/01 | | 5/1/01 | 2 | | APPROVED |
| 11i | 173 | FACTORY REP-VERT.TURBINE PUMP | Eng SYSTEMS | 4/6/01 | | | | | |
| 12 | 15160.2.3 | PROGRESSING CAVITY PUMP | PROMARK | 6/7/00 | 6/19/00 | 7/19/00 | 42 | 12 | MAKE CORRECTIONS |
| 12a | 15160.2.3 | PROG. CAVITY PUMP DRAFT O & M | PROMARK | 7/13/01 | 7/17/01 | 8/29/01 | 46 | | REVISE AND RESUBMIT |
| 13 | 3200 | CONCRETE REINFORCEMENT-PARTIA | ALOHA STEEL | 6/7/00 | 6/7/00 | 6/9/00 | 2 | -28 | MCN-UV, RESUBMIT-OTHERS |
| 13A | 3200 | REBAR RESUBMITTAL | ALOHA STEEL | 6/9/00 | 6/25/00 | 6/28/00 | 18 | -12 | APPROVED |
| 13B | 3200 | BACKWASH PUMP STA. SHOP DRAW | ALOHA STEEL | 6/15/00 | 6/26/00 | 6/28/00 | 12 | -18 | MCN |
| 13C | 3200 | FILTER WALL SHOP DRAWINGS | ALOHA STEEL | 6/30/00 | | 7/14/00 | 14 | -16 | MAKE CORRECTIONS |
| 13C-2 | 3200 | FILTER WALL RESUBMITTAL | ALOHA STEEL | 8/2/00 | 8/14/00 | 8/17/00 | 15 | -15 | APPROVED |
| 13D | 3200 | REC. BLDG. FOOTING SHOP DRAWIN | ALOHA STEEL | 7/5/00 | | 7/14/00 | 9 | -21 | APPROVED |
| 13E | 3200 | REC. FAC. BLDG. SHOP DRAWINGS | ALOHA STEEL | 7/10/00 | 7/17/00 | 7/18/00 | 8 | -22 | REJECTED--ADD ROOF |
| 13-E2 | 3200 | REC.FAC.Bldg RESUBMITTAL | ALOHA STEEL | 8/2/00 | 8/5/00 | 8/5/00 | 3 | -27 | MAKE CORRECTIONS |
| 13-E3 | 3200 | REC FAC BLDG RESUBMITTAL | ALOHA STEEL | 9/11/00 | 9/14/00 | 9/21/00 | 10 | -20 | APPROVED |
| 13F | 3200 | REC FAC FLOOR SLAB | ALOHA STEEL | 7/20/00 | | 7/21/00 | 1 | -29 | REJECTED BY CM |
| 13G | 3200 | GENERATOR Bldg. REINFORCEMENT | ALOHA STEEL | 8/2/00 | 8/15/00 | 8/17/00 | 15 | -15 | REJECTED |
| 13G-2 | 3200 | GENERATOR BLDG RESUBMITTAL | ALOHA STEEL | 9/11/00 | 9/14/00 | 10/30/00 | 49 | | APPROVED |
| 13H | 3200 | SEC.CLAR.DIV.BOX REINFORCEMENT | ALOHA STEEL | 8/2/00 | 8/15/00 | 8/17/00 | 15 | -15 | APPROVED |
| 13I | 3200 | SEC EFF PUMP STA REINFORCEMENT | ALOHA STEEL | 9/12/00 | 9/14/00 | 9/21/00 | 9 | | APPROVED |
| 13J | 3200 | SEC CLARIFIER 1 REINFORCEMENT | ALOHA STEEL | 10/6/00 | 10/24/00 | 10/30/00 | 24 | | REVISE AND RESUBMIT |
| 13J-2 | 3200 | SEC CLARIFIER 1 RESUBMITTAL | ALOHA STEEL | 4/16/01 | | 5/31/01 | 15 | | REVISE AND RESUBMIT |
| 13J-3 | 3200 | SEC CLARIFIER 1 REV RESUBMIT | ALOHA STEEL | 6/18/01 | | | | | REVISE AND RESUBMIT |
| 13J-4 | 3200 | CLARIFIER 1 RFI 186B REVISION | ALOHA STEEL | 7/9/01 | 7/11/01 | 7/17/01 | 8 | | APPROVED |
| 13K | 3200 | JUNCTION BOX REINFORCEMENT | ALOHA STEEL | 10/12/00 | 11/1/00 | 11/1/00 | 25 | | APPROVED |
| 13L | 3200 | CLARIFIER PUMP STA REBAR | ALOHA STEEL | 1/19/01 | 1/22/01 | 2/1/01 | 13 | | APPROVED |
| 13M | 3200 | SEC CLARIFIER 2 REINFORCEMENT | ALOHA STEEL | 5/23/01 | 5/30/01 | 5/31/01 | 8 | | REVISE AND RESUBMIT |
| 13M-2 | 3200 | CLARIFIER 2 RESUBMITTAL | ALOHA STEEL | 6/13/01 | 6/21/01 | 7/5/01 | 23 | | APPROVED |
| 14B | 11394 | FILTER RESUBMITTAL | BC-PARKSON | 8/30/00 | | 9/11/00 | 12 | | NOT REVIEWED |
| 14C | 11394 | FILTER RESUBMITTAL | BC-PARKSON | 9/28/00 | | 10/3/00 | 5 | | APPROVED |
| 14D | 11394 | FILTER O&M-DRAFT | BC-PARKSON | 1/23/01 | 2/15/01 | 2/15/01 | 23 | | APPROVED |
| 14E | 11394 | FILTER O&M-FINAL | HUGHES | 3/13/01 | | | | | |
| 15 | 15060 | PROCESS PIPE--WALL PIPE | UGHES-TURF | 6/15/00 | 6/27/00 | 6/29/00 | 14 | -16 | REVISE AND RESUBMIT |
| 15A | 15060 | PROCESS PIPE--YARD PIPE | UGHES-TURF | 6/27/00 | 7/19/00 | 7/20/00 | 23 | -7 | MAKE CORRECTIONS |
| 15B | 15060 | WALL PIPE RESUBMITTAL | UGHES-TURF | 9/13/00 | 9/20/00 | 9/22/00 | 9 | | REVISE AND RESUBMIT |
| 15C | 15060 | YARD PIPE CORRECTIONS | UGHES-TURF | 9/14/00 | 9/19/00 | 9/21/00 | 7 | | REVISE AND RESUBMIT |
| 15D | 15060 | WALL PIPE RESUBMITTAL | HUGHES | 10/17/00 | | 10/23/00 | 6 | | MAKE CORRECTION |
| 15E | 15060 | YARD PIPE RESUBMITTAL | HUGHES | 10/17/00 | | 10/23/00 | 6 | | REVISE AND RESUBMIT |
| 15F | 15060 | PROCESS PIPE | HUGHES | 10/18/00 | 10/20/00 | 10/24/00 | 6 | | MAKE CORRECTION |
| 15G | 15060 | PROCESS PIPE-YARD RESUBMITTAL | HUGHES | 11/6/00 | 11/14/00 | 11/16/00 | 10 | | MAKE CORRECTIONS |
| 15H | 15060 | PROCESS PIPE "A" SHOP DRAW | HUGHES | 1/16/01 | 1/30/01 | 2/1/01 | 16 | | REVISE AND RESUBMIT |
| 15i | 15060 | PROCESS PIPE-COUPLINGS | HUGHES | 1/23/01 | 1/30/01 | 3/2/01 | 37 | | REVISE AND RESUBMIT |
| 15J | 15060 | PROCESS PIPE-"B" SHOP DRAW | HUGHES | 2/2/01 | 2/14/01 | 2/15/01 | 13 | | MAKE CORRECTIONS |

BJ0240

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15K | 060 | PROCESS PIPE--PHASE B | HUGHES | | 5/25/01 | 5/31/01 | 13 | | REVISE AND RES |
| 16 | 112 | CONSTRUCTION SCHEDULE | BODELL | 00 | | 8/11/00 | | | |
| 17 | 11338 | SECONDARY CLARIFIER | CBC--WALKER | 6/20/00 | 7/11/00 | 7/19/00 | 29 | -1 | REVISE AND RESUBMIT |
| 17A | 11338 | SECONDARY CLARIFIER RESUBMITTL | CBC-WALKER | 9/13/00 | 9/14/00 | 9/14/00 | 1 | | APPROVED |
| 17B | 11338 | CLARIFIER-O&M-DRAFT | CBC-WALKER | 1/23/01 | 2/15/01 | 2/15/01 | 23 | | MAKE CORRECTIONS |
| 17C | 11338 | CLARIFIER O&M-FINAL | CBC-WALKER | 3/13/01 | | | | | |
| 18 | 10211 | METAL WALL LOUVERS | HSI Mechanical | 6/27/00 | | 6/29/00 | 2 | | APPROVED |
| 19 | 16111-195 | GENERAL UNDERGROUND ELECTRIC | VATIVE ELEC. | 7/15/00 | 7/11/00 | 7/12/00 | 7 | | MCN most, R&R 2 Specs |
| 19A | 16180-195 | GENERAL UNDERGROUND-RESUB | VATIVE ELEC. | 9/5/00 | | 9/11/00 | | | NOT REVIEWED |
| 19B | 16180-195 | GENERAL UNDERGROUND-RESUB | VATIVE ELEC. | 11/20/00 | | 11/27/00 | 7 | | REVISE AND RESUBMIT |
| 20 | 172 | SUBMITTAL SCHEDULE | BODELL | 7/6/00 | 8/9/00 | 8/11/00 | 35 | 5 | REVISE AND RESUBMIT |
| 21 | 16903 | SCADA SYSTEM | VATIVE ELEC. | 7/6/00 | 7/17/00 | 8/7/00 | 31 | 1 | REVISE AND RESUBMIT |
| 21A | 16903 | SCADA-DRAFT O & M MANUAL | VATIVE ELEC. | 5/7/01 | | | | | RETURNED W/O REVIEW |
| 21B | 16903 | SCADA SYSTEM RESUBMITTAL | INNOVATIVE | 5/25/01 | 5/31/01 | 5/31/01 | 6 | | MAKE CORRECTIONS |
| 21C | 16903 | SCADA DRAFT O & M MANUAL | IE-DYNATEK | 7/9/01 | | | | | |
| 22 | 16441-902 | ELECTRICAL SWITCH GEAR | VATIVE ELEC. | 7/11/00 | 7/26/00 | 7/26/00 | 15 | | REVISE AND RESUBMIT |
| 22A | 16441-902 | ELECTRICAL SWITCH GEAR | VATIVE ELEC. | 9/5/00 | | 9/11/00 | | | NOT REVIEWED |
| 22B | 16441-902 | ELECTRICAL SWITCH GEAR-RESUBMI | VATIVE ELEC. | 10/13/00 | 10/18/00 | 10/23/00 | 10 | | MAKE CORRECTIONS |
| 23 | 7110 | SHEET MEMBRANE WATERPROOFING | ALCAL | 7/20/00 | | 8/17/00 | 27 | -3 | APPROVED |
| 24 | 15481 | COMPRESSOR SYSTEM | STARR & CO | 7/31/00 | 8/16/00 | 8/21/00 | 22 | -3 | MAKE CORRECTIONS |
| 24a | 15481 | COMPRESSOR-DRAFT O & M MANUAL | STARR & CO | 2/23/01 | 3/5/01 | 3/6/01 | 11 | | APPROVED |
| 24B | 15481 | COMPRESSOR-FINAL O&M Man | STARR & CO | 3/13/01 | | | | | |
| 25 | 15410-440 | PLUMBING | RELIABLE | 8/3/00 | 8/17/00 | 8/23/00 | 20 | -10 | REVISE AND RESUBMIT |
| 25A | 15410-440 | PLUMBING RESUBMITTAL | RELIABLE | 9/6/00 | | 9/11/00 | | | NOT REVIEWED-REJECTED |
| 25B | 15410-440 | PLUMBING RESUBMITTAL | RELIABLE | 9/14/00 | 9/19/00 | 9/21/00 | 7 | | REVISE AND RESUBMIT |
| 25C | 15410-440 | PLUMBING RESUBMITTAL | RELIABLE | 10/18/00 | 10/20/00 | 10/23/00 | 5 | | APPROVED |
| 25D | 15410-440 | PLUMBING DRAFT O & M MANUAL | RELIABLE | 5/7/01 | 5/23/01 | 6/7/01 | 30 | | CITY WANTS REVISIONS |
| 26 | 6610 | FRP PRODUCTS | I, PLASTI-FAB | 8/8/00 | 9/6/00 | 9/11/00 | 33 | -2 | REVISE AND RESUBMIT |
| 26A | 6610 | FRP PRODUCTS RESUBMITTAL | I, PLASTI-FAB | 11/2/00 | | 11/16/00 | 14 | | REVISE AND RESUBMIT |
| 26B | 6610 | FRP PRODUCTS RESUBMITTAL | I, PLASTI-FAB | 11/17/00 | 11/20/00 | 11/22/00 | 5 | | REVISE AND RESUBMIT |
| 26C | 6610 | FRP PRODUCTS RESUBMITTAL | I, PLASTI-FAB | 12/19/00 | 1/3/01 | 1/4/01 | 15 | | APPROVED |
| 27 | 15100 | VALVES AND APPURTENANCES | UGHES-TURF | 8/15/00 | | 9/14/00 | 30 | | REVISE AND RESUBMIT |
| 27A | 15100 | VALVE RESUBMITTAL | UGHES-TURF | 1/12/01 | 1/29/01 | 3/2/01 | 48 | | REVISE AND RESUBMIT |
| 27B | 15100 | VALVE DRAFT O & M MANUAL | UGHES-TURF | 2/26/01 | 2/28/01 | 3/1/01 | 3 | | REVISE AND RESUBMIT |
| 27c | 15100 | VALVE REVISED O & M MANUAL | HUGHES | 4/24/01 | 4/24/01 | 6/6/01 | 12 | | REJECTED-NOT REVIEWED |
| 28 | 16622 | ENGINE GENERATOR | IE, Pac DD-A | 8/17/00 | 8/17/00 | 8/21/00 | 4 | -26 | REVISE AND RESUBMIT |
| 28A | 16622 | GENERATOR RESUBMITTAL | IE, Pac DD-A | 8/31/00 | 9/14/00 | | | | REVISE AND RESUBMIT |
| 28B | 16622 | GENERATOR REVISED RESUBMITTAL | IE, PDD-A | 11/3/00 | 11/15/00 | 12/14/00 | 43 | | APPROVED |
| 28C | 16622 | GENERATOR RE-REVISED RESUB | IE, PDD-A | 1/17/01 | | 2/23/01 | 36 | | APPROVED |
| 28D | 16622 | GENERATOR-DRAFT O & M MANUAL | IE, PDD-A | 4/1/01 | 4/12/01 | 5/11/01 | 41 | | |
| 28E | 16622 | GENERATOR-FINAL MANUAL | IE, PDD-A | 7/19/01 | | | | | |
| 28F | 16622 | GENERATOR-SOUND TESTING | | 7/23/01 | 8/7/01 | 8/8/00 | 16 | | APPROVED |
| 29 | 3411 | PRESTRESSED STRUCT. CONCRETE | HI BITUMULS | 8/25/00 | | 9/11/00 | 17 | | MAKE CORRECTIONS |
| 29A | 3411 | PRESTRESSED STR. CONC. RESUBMT | HI BITUMULS | 9/12/00 | 9/18/00 | 9/21/00 | 9 | | REVISE AND RESUBMIT |
| 30 | 11376 | ULTRAVIOLET DISINFECTION | ULTRATECH | 8/31/00 | | 9/11/00 | 12 | | REJECTED |
| 30A | 11376 | ULTRAVIOLET DISINFECTION | ULTRATECH | 10/4/00 | | 10/4/00 | 1 | | RETURNED W/O REVIEW |
| 30B | 11376 | ULTRAVIOLET DISINFECTION RESUB | ULTRATECH | 11/2/00 | | 11/2/00 | 0 | | RETURNED W/O REVIEW |
| 30B | 11376 | ULTRAVIOLET DISINFECTION RESUB | ULTRATECH | 11/8/00 | 11/28/00 | 11/29/00 | 21 | | REJECTED |

B00241

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30C | | | | | | 12/19/00 | 1/22/01 | 37 | REJECTED |
| 31 | 2.13 | UV REVISED RESUBMITTAL | ULTRATECH | | 9/19/00 | 9/21/00 | 20 | REVISE AND RESU |
| 31A | .00.2.13 | SLIDE AND SLUICE GATES | WATERMAN | 11/30/00 | 12/5/00 | 12/21/00 | 22 | MAKE CORRECTIONS |
| 31B | 15100.2.13 | SLIDE AND SLUICE GATES | WATERMAN | 4/23/01 | 4/24/01 | 4/25/01 | 2 | MAKE CORRECTIONS |
| 31C | 15100.2.13 | GATES DRAFT O & M MANUAL | WATERMAN | 5/31/01 | | | | |
| 32 | 16470 | GATES--FINAL MANUAL | WATERMAN | 9/22/00 | 9/26/00 | 10/4/00 | 12 | REVISE AND RESUBMIT |
| 32A | 16,426,472 | MCC | VATIVE ELEC. | 11/30/00 | 12/5/00 | 12/6/00 | 7 | MAKE CORRECTIONS |
| 32B | 16426-483 | MCC RESUB AND VFD | VATIVE ELEC. | 4/3/01 | 4/12/01 | 4/12/01 | 9 | APPROVED |
| 32B | 16426-483 | MCC / VFD DRAFT MANUAL | NOVATIVE EL. | 4/3/01 | 4/12/01 | 5/1/01 | 28 | CITY COMMENTS ADDED-MCN |
| 32C | 16426-483 | MCC / VFD DRAFT. MANUAL | NOVATIVE EL. | 7/13/01 | 7/18/01 | 8/1/01 | 18 | REVISE AND RESUBMIT |
| | | MCC/VFD FIELD REPORT | INNOVATIVE | 10/10/00 | 10/18/00 | 10/26/00 | 16 | APPROVED |
| 33A | 15160.2.2 | SEAL WATER PUMPS | GELLERT | 1/8/01 | 1/9/01 | 1/22/01 | 14 | APPROVED |
| 33B | 15160.2.2 | SEAL WATER PUMP CURVES | GELLERT | 2/20/01 | 3/5/01 | 3/6/01 | 14 | APPROVED |
| 33C | 15160.2.2 | SEAL WATER DRAFT O & M MAN | GELLERT | 3/15/01 | | | | |
| 34 | 15160.2.1 | SEAL WATER-FINAL MANUAL | GELLERT | 11/7/00 | 11/21/00 | 12/4/00 | 27 | APPROVED |
| 34A | 15160.2.1 | VERTICAL TURBINE PUMPS | Eng SYSTEMS | 6/21/01 | 6/22/01 | 6/27/01 | 6 | REVISE AND RESUBMIT |
| 34A-2 | 15160.2.1 | PUMP FACTORY TEST RESULTS | ENG SYSTEM | 7/10/01 | | 7/17/01 | 7 | APPROVED |
| 35 | 11502 | MODIFIED FACTORY TESTS | ENG SYSTEM | 11/16/00 | 11/21/00 | 11/28/00 | 12 | APPROVED |
| 35A | 11502 | POLYMER FEED SYSTEM | BERKLEY | 2/5/01 | 2/5/01 | 2/15/01 | 10 | APPROVED |
| 35B | 11502 | DRAFT O & M MANUAL | SEMBLEX | 3/14/01 | | | | |
| 36 | 7620 | POLYMER FEED FINAL MANUAL | SEMBLEX | 11/20/00 | 11/29/00 | 11/30/00 | 10 | APPROVED |
| 37 | 8710 | SHEET METAL FLASHING AND TRIM | MECHANICAL | 11/20/00 | 1/16/01 | 1/18/01 | 58 | MAKE CORRECTIONS |
| 38 | 17200 | DOOR HARDWARE | JBL Hawaii | 12/1/00 | 12/29/00 | 1/2/01 | 32 | MAKE CORRECTIONS NOTED |
| 38A | 17200 | INSTRUMENTATION | IE, DYNATEK | 5/7/01 | 5/23/01 | 7/17/01 | 70 | APPROVED |
| 39 | 16431 | INSTRUMENTATION-DRAFT O&M | IE, DYNATEK | 12/4/00 | 12/5/01 | 12/6/01 | 2 | MAKE CORRECTIONS |
| 40 | 7356 | SHORT CIRCUIT STUDY | IE, Division 16 | 12/11/00 | 1/3/01 | 1/4/01 | 24 | APPROVED |
| 41 | 15160.2.4 | BITUMINOUS ROOFING | BEACHSIDE | 12/13/00 | 12/15/00 | 12/21/00 | 8 | REVISE AND RESUBMIT |
| 41A | 15160.2.4 | SECONDARY EFFL PUMP-FLYGT | BERKLEY | 1/10/01 | 1/16/01 | 1/17/01 | 7 | APPROVED |
| 41B | 15160.2.4 | SECONDARY EFF PUMP RESUB | BERKLEY | 3/16/01 | | 5/14/01 | 58 | APPROVED |
| 41C | 15160.2.4 | SEF PUMPS-DRAFT O & M MANUAL | BERKLEY | 7/17/01 | | | | |
| 42 | 8,111 | SEF PUMPS-FINAL MANUAL | JBL HAWAII | 12/13/00 | 1/3/01 | 1/4/01 | 22 | APPROVED |
| 43 | 7570 | STEEL DOORS AND FRAMES | BEACHSIDE | 12/14/00 | 1/3/01 | 1/4/01 | 21 | APPROVED |
| 44 | 2665 | TRAFFIC COATINGS | ALY TIBBITTS | 12/18/00 | | 12/28/00 | 10 | NOT REVIEWED |
| 44A | 2665 | RIVER CROSSING PIPE | ALY TIBBITTS | 1/2/00 | | | | NOT REVIEWED |
| 45 | 8331 | RIVER CROSSING PIPE-CALCULATION | BL-COOKSON | 12/20/00 | 1/8/01 | 1/9/01 | 20 | APPROVED |
| 46 | 11503 | OVERHEAD ROLLUP DOOR | ISCO | 12/20/00 | 1/3/01 | 1/4/01. | 15 | APPROVED |
| 46A | 11503 | EFFLUENT SAMPLER | ISCO | 12/20/00 | 3/19/01 | 7/17/01 | 123 | APPROVED |
| 46B | 11503 | SAMPLER-DRAFT O & M MANUAL | ISCO | 7/17/01 | | | | |
| 47 | 16510 | SAMPLER- FINAL MANUAL | E-ISLAND LITE | 1/10/01 | 1/11/01 | 1/17/01 | 7 | REVISE AND RESUBMIT |
| 47A | 16510 | LIGHTING | E-ISLAND LITE | 3/12/01 | 3/19/01 | 3/23/01 | 11 | APPROVED w/o CITYcom |
| 47B | 16510 | LIGHTING RESUBMITTAL | ISLAND LITE | 5/30/01 | 6/1/01 | 6/5/01 | 6 | REVISE AND RESUBMIT |
| 48 | 7910 | LIGHTING DRAFT O & M MANUAL | ZELINSKY | 1/17/01 | 1/18/01 | 1/19/01 | 2 | REVISE AND RESUBMIT |
| 48A | 7910 | PROTECTIVE COATINGS-EPOXY | ZELINSKY | 1/22/01 | 1/23/01 | 1/23/01 | 1 | REVISE AND RESUBMIT |
| 48B | 7910 | COATING PLAN | ZELINSKY | 1/30/01 | 1/31/01 | 2/1/01 | 3 | REVISE AND RESUBMIT |
| 48C | 7910 | REVISED COATING PLAN | ZELINSKY | 2/8/01 | 2/9/01 | 2/14/01 | 6 | APPROVED |
| 49 | 3521 | EXPERIENCE DOCUMENTATION | HI READY-MIX | 1/22/01 | 1/31/01 | 2/1/01 | 10 | APPROVED |
| 50 | 11211 | INSULATING CONCRETE | MFG | 1/24/01 | 1/25/01 | 1/26/01 | 2 | APPROVED |
| 51 | 11376 | FLAT COVER SYSTEM | TROJAN | 2/5/01 | 2/12/01 | 2/15/01 | 10 | MAKE CORRECTIONS |
| | | UV-TROJAN SYSTEM | | | | | | |

B00242

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51A | 11376 | UV-TROJAN DRAFT O & M MANUAL | TROJAN | 3/30/01 | | 4/12/01 | 13 | APPROVED |
| 51B | 11376 | UV-REVISED STRUCTURAL DRAWING | TROJAN | 4/19/01 | 4/23/01 | 4/24/01 | 5 | REJECTED-MORE DETAILS |
| 51B-2 | 11376 | STAMPED REVISED STRUCTURAL | TROJAN | 6/21/01 | 6/26/01 | 6/27/01 | 6 | APPROVED |
| 51C | 11376 | UV-ELECTRIC INTERACTION REPORT | TROJAN | 5/7/01 | 5/11/01 | 5/14/01 | 7 | REVISE AND RESUBMIT |
| 51D | 11376 | UV-ELECTRIC REPORT RESUBMITTAL | TROJAN | 5/25/01 | 5/30/01 | 5/31/01 | 6 | APPROVED |
| 51E | 11376 | UV--FINAL O & M MANUAL | TROJAN | 7/16/01 | | | | |
| 52 | 9900 | PAINT | ZELINSKY | 2/14/01 | 2/23/01 | 2/26/01 | 12 | REVISE AND RESUBMIT |
| 52A | 9900 | PAINT RESUBMITTAL | ZELINSKY | 3/2/01 | 3/6/01 | 3/7/01 | 5 | MCN-MAKE SAMPLES |
| 53 | 8410 | ALUMINUM ENTRANCES | ALOHA GLASS | 2/16/01 | | 3/12/01 | 24 | APPROVED |
| 54 | 8520 | WINDOWS & GLAZING | ALOHA GLASS | 2/16/01 | | 3/12/01 | 24 | APPROVED |
| 55 | 11339 | CLARIFIER FRP TROUGHS | MFG | 3/20/01 | 3/22/01 | 3/23/01 | 3 | REVISE AND RESUBMIT |
| 55A | 11339 | CLARIFIER FRP --RESUBMITTAL | MFG | 5/18/01 | 6/15/01 | 7/5/01 | 47 | REVISE AND RESUBMIT |
| 55B | 11339 | CLARIFIER FRP--REVISED RESUBMITT | MFG | 8/1/01 | 8/4/01 | 8/8/01 | 5 | REVISE AND RESUBMIT |
| 56 | 7213, 9513 | BATT INSULATION & ACOUSTIC TILE | & C DRYWALL | 4/11/01 | 4/11/01 | 4/12/01 | 1 | APPROVED |
| 56A | 9513 | ACOUSTIC TILE SAMPLE | & C DRYWALL | 4/11/01 | | 4/17/01 | 6 | APPROVED |
| 57 | 9650 | RESILIENT FLOORING | SLAND FLOOR | 5/7/01 | | 5/8/01 | 1 | APPROVED |
| 58 | 115 | FINAL ACCEPTANCE TESTING SCHED | BODELL | 5/4/01 | | | | |

B00243