```
                                                        224
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF HAWAII
 3   _____
 4   BODELL CONSTRUCTION COMPANY,
 5   a Utah corporation,
 6                  Plaintiff,
 7         vs.                        CIVIL NO. 03-00706(HG/LEK)
 8   OHIO PACIFIC TECH, INC., fka GMP    (Contract)
 9   ASSOCIATES, INC., an Ohio
10   corporation; CITY AND COUNTY OF
11   HONOLULU; ULTRA TECH SYSTEMS,
12   INC., a foreign corporation,
13                  Defendants.
14   _____
15   CITY AND COUNTY OF HONOLULU,
16          Defendant and
17          Third-Party Plaintiff,
18         vs.
19   ENGINEERED SYSTEMS, INC.,
20          Third-Party Defendant.
21   _____
22
23            DEPOSITION OF LEE A. MANSFIELD
24                     VOLUME II
25              Taken June 2nd, 2005
```

Exhibit F

239

1   A.   Excuse me, David, what number again?
2   Q.   23.
3   A.   I've looked at this.
4   Q.   Okay. Exhibit 23 purports to be an e-mail from
5   Arthur J. Shapiro to you dated January 4th, 2001; is that
6   right?
7   A.   That's correct.
8   Q.   And do you remember this one?
9   A.   I do.
10  Q.   Okay. And who is Mr. Shapiro?
11  A.   He's with IDI. I don't know what his title is.
12  Q.   Have you ever met him?
13  A.   Not that I recall.
14  Q.   Okay. And in this e-mail Mr. Shapiro states that
15  IDI has numerous installations of its horizontal format UV
16  systems which would meet the five MGD flow capacity and lists
17  a number of plants.
18       Was this in response to some inquiry that originated
19  with you?
20  A.   It was.
21  Q.   And what was the inquiry?
22  A.   Wanted to know if he'd meet the requirement in our
23  specifications for facilities; in five facilities in operation
24  for more than one year.
25  Q.   And when did you make that inquiry?

240

1   A.    On or around this time period beginning of 2001.

2   Q.    And what prompted you to make the inquiry then?

3   A.    I wanted to satisfy myself that the requirement in
4   the specs wasn't too onerous.

5   Q.    What do you mean by "too onerous"?

6   A.    Well, I wanted to make sure there was someone else
7   who could meet that experience requirement.

8   Q.    And why were you concerned about that in January
9   2001?

10  A.    The answer to your earlier question, I wanted to
11  satisfy myself that that requirement wasn't too stringent.

12  Q.    Well, what would have made it too stringent?

13  A.    Made it too stringent no one could have met it.

14  Q.    And if no one -- if the answer had been that -- from
15  IDI had been that they couldn't meet it, would that have
16  caused -- what would that have prompted you to do, if
17  anything?

18  A.    You know, I don't know. I wouldn't speculate.

19  Q.    So upon receipt of this e-mail did you conclude that
20  the requirement was not too onerous?

21  A.    Yes.

22  Q.    And how so?

23  A.    Because this manufacturer looked as though he could
24  meet the requirement.

25  Q.    Could you look at Exhibit 22 to the deposition of

308

C E R T I F I C A T E

| | |
|---|---|
| STATE OF HAWAII | ) |
| | )ss. |
| CITY AND COUNTY OF HONOLULU | ) |

      I, B. KANOELANI COCKETT, CSR, Notary Public, State of Hawai'i, do hereby certify;

      That on June 2nd, 2005, at 2:09 p.m. appeared before me LEE A. MANSFIELD, the witness whose deposition is contained herein; that prior to being examined he was by me previously duly sworn;

      That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewritten form under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

      I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

      Dated this 16th day of June 2005 in Honolulu, Hawai'i.

*/s/ B Kanoelani Cockett*

B. KANOELANI COCKETT,
HI CSR NO. 379, CA CSR No. 7995
Notary Public, State of Hawai'i
My commission expires: February 19th, 2009