IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>　　　　　Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF<br>DAVID SCHULMEISTER |

DECLARATION OF DAVID SCHULMEISTER

DAVID SCHULMEISTER declares as follows:

1.　　I am counsel for Plaintiff BODELL CONSTRUCTION COMPANY ("Bodell"), and I make this declaration based on personal knowledge unless otherwise indicated.

2.　　Attached hereto as Exhibit "37" is a true and correct copy of a document produced by Defendant City and County of Honolulu ("**City**") from the

file of Cyril Hamada, bates-stamped CH00326-CH00330, which is a April 24, 1997 fax from Andrew L. Amuro at GMP to Guy Inouye at the City.

3.   Attached hereto as Exhibit "38" is a true and correct copy of a documents produced by Defendant City from the file of Cyril Hamada, bates-stamped CH00036-CH0051, which are a UV Disinfection Evaluation Matrix for the Honouliuli WWTP and a report by CH2M Hill.

4.   Attached hereto as Exhibit "39" is a true and correct copy of a document produced by Defendant OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC. ("GMP"), bates-stamped OPT-02300 which is an August 18, 199 email from Jay Stone of GMP to HESpumps@aol.com.

5.   Attached hereto as Exhibit "40" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02439- OPT-02440, which is a chain of emails between August 19, 1999 and August 20, 1999 between Mike at HESpumps@aol.com and various individuals at trojanuv.com, regarding "Jay Stone-Wahiawa."

6.   Attached hereto as Exhibit "41" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02371- OPT-02372, which is an August 23, 1999 letter from Christopher W. Tabor, P.E. of Infilcro Degremont, Inc. to Jay Stone, P.E. of GMP Associates, Inc.

7. Attached hereto as Exhibit "42" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02370, which is an September 23, 1999 letter from Art Shapiro, P.E. of Infilcro Degremont, Inc. to Jay Stone, P.E. of GMP Associates, Inc.

8. Attached hereto as Exhibit "43" are true and correct excerpts of pages 1, 65-67, 151-58, and 211-12 from the March 1, 2005 deposition transcript for Jay M. K. Stone.

9. Attached hereto as Exhibit "44" is a true and correct copy of a document produced by Defendant City from the file of Cyril Hamada, bates-stamped CH001040-CH01041, which is a handwritten fax dated October 30, 1999 from Dennis Kaneshiro of the City to Lee Mansfield of GMP and a one-page attachment.

10. Attached hereto as Exhibit "45" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02357-OPT-02359, which is a December 17, 1999 fax from Jay Stone of GMP to Guy Inouye of the City.

11. Attached hereto as Exhibit "46" is a true and correct copy of a document produced by Defendant City from the file of Cyril Hamada, bates-stamped CH01412, which is a January 12, 2000 memorandum from James K. Honke, Chief of the City's Division of Infrastructure Design and Engineering to

Silvestre K. Ulep, Chief of the City's Division of Environmental Quality, Department of Environmental Services.

12. Attached hereto as Exhibit "47" is a true and correct copy of a document produced by Defendant City from the file of Cyril Hamada, bates-stamped CH00285, which is a February 28, 2000 email from Guy Inouye at the City to Dennis Kaneshiro and Cyril Hamada, with handwritten notes on it.

13. Attached hereto as Exhibit "48" is a true and correct copy of a document produced by Defendant City from the file of Cyril Hamada, bates-stamped CH001554, which is an April 3, 2000 email from Guy Inouye at the City to Dennis Kaneshiro, with handwritten notes on it.

14. Attached hereto as Exhibit "49" is a true and correct copy of a document produced by the City, bates-stamped C026298, which is Project Phasing Meeting Minutes for April 27, 2000.

15. Attached hereto as Exhibit "50" is a true and correct copy of a document produced by GMP, bates-stamped 000063, which is a May 25, 2000 email from Robert Clay of Trojan to "Mike" at Hawaii Engineering Services.

16. Attached hereto as Exhibit "51" is a true and correct copy of a document produced by GMP bates-stamped 000066, which is a May 30, 2000 fax from Robert Clay to Mike Elhoff.

17. Attached hereto as Exhibit "52" is a true and correct copy of a document produced by GMP, bates-stamped 000071. which is a May 31, 2000 email from "Mike" to Robert Clay at Trojan.

18. Attached hereto as Exhibit "53" is a true and correct copy of a document produced by GMP, bates-stamped 000068-000070 which is a June 1, 2000 fax from Nathan Myers at Trojan to Mike Elhoff.

19. Attached hereto as Exhibit "54" is a true and correct copy of a document produced by the City, bates-stamped C027416, which is a June 5, 2000 email from Guy Inouye to Dennis Kaneshiro, Cyril Hamada, and James Honke re Wahiawa WWTP, UV.

20. Attached hereto as Exhibit "55" is a true and correct copy of a document produced by GMP, bates-stamped 000067 which is a June 2, 2000 fax from Mike Elhoff at Hawaii Engineering Services to GMP Associates re Wahiawa UV.

21. Attached hereto as Exhibit "56" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02180, which is a June 4, 2000 Memorandum from Jay Stone to Lee Mansfield re Comments and Concerns on UltraTech Presubmittal.

22. Attached hereto as Exhibit "57" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02142, which is a June 5, 2000

fax from Jay Stone of GMP to Michael Elhoff of Hawaii Engineering Services.

23. Attached hereto as Exhibit "58" is a true and correct copy of a document produced by GMP, bates-stamped 000072 which is a June 5, 2000 fax from Mike Elhoff at Hawaii Engineering Services to GMP Associates re Wahiawa UV—puzzle piece #32.

24. Attached hereto as Exhibit "59" is a true and correct copy of a document produced by GMP, bates-stamped OPT-02137-OPT-02141, which is a June 27, 2000 Memorandum from Jay Stone to Lee Mansfield re UV Dosage Calculations.

25. Attached hereto as Exhibit "60" is a true and correct copy of a document produced by Trojan Technologies Inc., bates-stamped TROJ0000255, which is an October 11, 2000 email from Robert Clay to Nathan Myers and Neil Brown re Wahiawa.

26. Attached hereto as Exhibit "61" is a true and correct copy of a document produced by GMP, bates-stamped 000078 which is a November 15, 2000 email from Richard Pearcey at Trojan to Mike Elhoff at Hawaii Engineering Services re Wahiawa Spec Comments.

27. Attached hereto as Exhibit "62" are true and correct excerpts of pages 1, 112, 128-130, 159, 299-300 from the February 28, 2005 deposition transcript for Lee A. Mansfield.

ImanageDB:642562.2

28.   Attached hereto as Exhibit "63" is a true and correct copy of the February 17, 2006 Affidavit of Greg Ellner, which is attached as Exhibit 29 to Cross-Claim Defendant/Cross Claim Plaintiff Ultratech Systems, Inc. and Third Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc.'s Motion For Partial Summary Judgment Against the City and County of Honolulu and Ohio Pacific Tech fka GMP Associates, Inc., on UTS's and ESI's Cross Complaints and Dismissing the Cross-Claims Brought Against UTS and ESI by the City and GMP, dated February 17, 2006.

29.   Attached hereto as Exhibit "63" are true and correct copies of documents produced by the City from the file of Cyril Hamada, bates-stamped CH001237, CH001238-CH001239, CH001289-CH001290, CH01329, and CH001330, which are various letters from James K. Honke of the City to various vendors regarding substitution requests for Job No. W10-99.

30.   The City recently produced over 2700 new documents that were located in the personal working files of Mr. Cyril Hamada. These documents were produced *after* Bodell had taken (or started) the depositions of Mr. Hamada, Guy Inouye, Jay Stone and Lee Mansfield. Many of these documents provide new information on the UV rebid, GMP's involvement in the rebid, and the City's internal communications on the UV submittals that Bodell has not had the opportunity to conduct discovery around. In addition, several lay witness

depositions have yet to be taken, including the depositions of the senior City managers and HES employees.

31.    The parties have tentatively scheduled additional depositions for late April in this case. Bodell would like to depose and re-depose, among others, Mr. Hamada, Mr. Inouye, Mr. Kaneshiro, James Honke, Eldon Frankin, and Michael Elhoff. Bodell believes that further deposition testimony will result in the discovery of evidence relating to, among other things, (a) GMP's collusion with HES and Trojan to reject the UTS System, (b) GMP's pattern of interference, (c) GMP's failure to follow sole source procurement regulations, (d) GMP's bogus rationales for rejecting the UTS System in favor of the Trojan System, (e) the City's initial intent to rebid the UV equipment and provide Bodell with an equitable adjustment of the contract price, (f) the City's subsequent change of position and decision to require Bodell to provide the Trojan System at no additional cost to the City; and (g) the City engineers' conclusion both pre and post bid, that the UTS System met the Specification and the reasons therefor.

32.    If the Court is inclined to grant summary judgment against Bodell and in favor of either the City or GMP on the basis of the current evidence before the Court, Bodell requests a continuance of the motions pursuant to FRCP Rule 56(f). This request is made in good faith, and is not made solely for the purpose of delay.

ImanageDB:642562.2

33.  I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

DATED: Honolulu, Hawaii, April 13, 2006.

_____
DAVID SCHULMEISTER