

**ASSOCIATES, INC.**                                                                 Engineers/Architects

## FACSIMILE TRANSMITTAL

TO:     City & County of Honolulu           NAME: Mr. Guy Inouye            FAX NO: 523-4642
        Department of Wastewater Management

FROM:   GMP Associates, Inc.                NAME: Andrew L. Amuro           Tel. No: (808)521-4711
        841 Bishop St., Suite 1501
        Honolulu, Hawaii  96813-3915                                        Fax No: (808)538-3269

Client Number: 2265/40

SUBJECT:                                    DATE: 24-Apr-97                 Total Number of Pages
FY93 MCA PN0408663                                                          (Including This Page)
STP Expansion, Schofield Barracks           TIME: 11:36 AM                  5

REMARKS:

1.  Here is the information on the UV disinfection system. We used Trojan's latest data that we received today. If you have any questions, please call.

                                        Thank You,

                                        [signature]

Exhibit 37                                                 C&C/Bodell
                                                                                       CH 00326

UV Disinfection

# HONOULIULI WWTP SECONDARY REUSE FACILITY
# UV DISINFECTION EVALUATION MATRIX

| | Aquionics In-pipe System | Vertical Low Pressure | Horizontal Low Pressure | Trojan UV4000 Medium Pressure | |
|---|---|---|---|---|---|
| Meets Title 22* | N | Y | Y | Y | |
| Continuous Operation (Does not require shut-down of channel for cleaning) | Unevaluated | Y | Y | Y | |
| Not Proprietary (More than one manufacturer) | Unevaluated | Y | Y | N | |
| Installation History in US | Unevaluated | Y | Y | Y | |
| Installation History in Hawaii | Unevaluated | N | Y | N | |
| Modular/Expandable | Unevaluated | N | N | Y̶ | N +1 |
| Variable Output Ballast** | Unevaluated | N | N | Y | |
| UV Lamps Accessible w/o Removing Modules from Channels | Unevaluated | Y | N | Y̶ N | +1 |
| Automatic In-channel Cleaning of Sleeves | Unevaluated | N | N | Y | |
| UV Lamps Do Not Require Warm-up Period | Unevaluated | N | N | N | |
| UV Lamps Do Not Require Cool-down Period Before Stopping Water Flow | Unevaluated | Y | Y | N | |
| Capital Cost (6.5 mgd) | Unevaluated | $2.0 million | $2.0 million | $2.2 million | |
| Add'l Capital Cost to Expand to 13 mgd | Unevaluated | $2.0 million | $2.0 million | $0.8 million | |
| O&M Cost*** | Unevaluated | $2.5 million | $2.6 million | $2.7 million | |
| Fits within Site at Design Flow of 13 mgd | Unevaluated | Y | Y | Y | |
| Fits within Site at Ultimate Design Flow of 26 mgd | Unevaluated | Y | Y | Y | |
| Points**** | | 11.4 | 11.6 | 9.7 | 11.7 |

*UV systems that did not meet California Title 22 requirements were not evaluated further.

**UV4000 system uses a variable ballast w/output from 30% to 100% of bulb output. Design is based on 70% of bulb output, allowing 40% turn-down and 30% turn-up.

***O&M cost provided is based on Trojan Technologies UV systems. Present value of O&M cost is presented here. Present value is based on 10% interest for 20 years.

****Point assignments are as follows: Y = 0 points, N = 1 point, every $1 million = 1 point
The lower point score is the more favorable UV selection.

Low Pressure UV O&M, Vertical

| UV OPERATING COST AT 6.25 mgd FLOW | | | |
|---|---|---|---|
| LOW PRESSURE VERTICAL | | | |
| | | | |
| Power Cost | | | |
| | No of Lamps | 2520 | |
| | No of Lamps in Service | 1890 | |
| | Power per Lamp | 75 | Watts |
| | Total Power | 141.75 | kW |
| | Power Usage | 1,241,730 | kW-h/yr |
| | Cost per kW-h | $ 0.085 | |
| | | | |
| | TOTAL POWER COST | $ 105,547 | per year |
| | | | |
| Chemical Cost (Citric acid) | | | |
| | Chemical Volume | 150 | gallons |
| | Cleaning per Year | 234 | |
| | Cleanings per Tank Fill | 10 | |
| | Tank Fills per Year | 23.4 | |
| | Total Volume per Year | 3510 | gallons |
| | Cost per Gallon | $ 12.00 | |
| | | | |
| | TOTAL CHEM COST | $ 42,120 | per year |
| | | | |
| Lamp Replacement Cost | | | |
| | No of Bank Changes | 9 | per year |
| | Lamps per Bank | 210 | |
| | Total Lamps Replaced | 1890 | per year |
| | Cost per Lamp | $ 52 | |
| | | | |
| | TOTAL LAMP COST | $ 98,280 | per year |
| | | | |
| Labor Cost | | | |
| | Cleaning | 156 | man-hours per year |
| | Lamp Replacement | 472.5 | man-hours per year |
| | Miscellaneous Labor | 730 | man-hours per year |
| | Total Labor | 1358.5 | man-hours per year |
| | Labor Cost | $ 38 | per hour |
| | | | |
| | TOTAL LABOR COST | $ 51,623 | per year |
| | | | |
| TOTAL COST | | | |
| | Power | $ 105,547 | |
| | Chemical | $ 42,120 | |
| | Lamp Replacement | $ 98,280 | |
| | Labor | $ 51,623 | |
| | | | |
| | TOTAL COST | $ 297,570 | |

C&C/Bodell
CH 00328

Low Pressure UV O&M, Horizontal

| UV OPERATING COST AT 6.25 mgd FLOW | | | |
|---|---|---|---|
| LOW PRESSURE HORIZONTAL | | | |
| | | | |
| Power Cost | | | |
| | No of Lamps | 2208 | |
| | No of Lamps in Service | 1656  1104 | |
| | Power per Lamp | 87.5 | Watts |
| | Total Power | 144.9 | kW  96.6 |
| | Power Usage | 1,269,324 | kW-h/yr |
| | Cost per kW-h | $ 0.085 | |
| | | | |
| | TOTAL POWER COST | $ 107,893 | per year |
| | | 72,000 | |
| Chemical Cost (Citric acid) | | | |
| | Chemical Volume | 150 | gallons |
| | Cleaning per Year | 234 | |
| | Cleanings per Tank Fill | 10 | |
| | Tank Fills per Year | 23.4 | |
| | Total Volume per Year | 3510 | gallons |
| | Cost per Gallon | $ 12.00 | |
| | | | |
| | TOTAL CHEM COST | $ 42,120 | per year |
| | | | |
| Lamp Replacement Cost | | | |
| | No of Bank Changes | 9 | per year |
| | Lamps per Bank | 184 | |
| | Total Lamps Replaced | 1656 | per year |
| | Cost per Lamp | $ 52 | |
| | | | |
| | TOTAL LAMP COST | $ 86,112 | per year |
| | | | |
| Labor Cost | | | |
| | Cleaning | 156 | man-hours per year |
| | Lamp Replacement | 828 | man-hours per year |
| | Miscellaneous Labor | 730 | man-hours per year |
| | Total Labor | 1714 | man-hours per year |
| | Labor Cost | $ 38 | per hour |
| | | | |
| | TOTAL LABOR COST | $ 65,132 | per year |
| | | | |
| TOTAL COST | | | |
| | Power | $ 107,893 | |
| | Chemical | $ 42,120 | |
| | Lamp Replacement | $ 86,112 | |
| | Labor | $ 65,132 | |
| | | | |
| | TOTAL COST | $ 301,257 | |

266,00

C&C/Bodell

CH 00329

UV4000 O&M Cost

| UV OPERATING COST AT 6.25 mgd FLOW | | | | |
|---|---|---|---|---|
| MEDIUM PRESSURE | | | | |
| | | | | |
| Power Cost | | | | |
| | No of Lamps | 192 | | |
| | No of Lamps in Service | 144 | | |
| | Power per Lamp | 2040 | Watts | (73% of max output) |
| | Total Power | 293.75942 | kW | |
| | Power Usage | 2,573,333 | kW-h/yr | |
| | Cost per kW-h | $ 0.085 | | |
| | | | | |
| | TOTAL POWER COST | $ 218,733 | per year | |
| | | | | |
| Chemical Cost (Phosphoric acid, H$_3$PO$_4$) | | | | |
| | Chemical Volume | 5 | gallons | |
| | Cleaning Cycles per Fill | 1000 | | |
| | Cleanings per Day | 4 | | |
| | Days Between Fills | 250 | (say 6 months) | |
| | Fills per year | 2 | | |
| | Total Volume per Year | 10 | gallons | |
| | Cost per Gallon | $ 20.00 | | |
| | | | | |
| | TOTAL CHEM COST | $ 200 | per year | |
| | | | | |
| Lamp Replacement Cost | | | | |
| | No of Bank Changes | 12.5 | per year | |
| | Lamps per Bank | 24  36  48 | | |
| | Total Lamps Replaced | 300 | per year | 450. 600 |
| | Cost per Lamp | $ 220 | | |
| | | | | |
| | TOTAL LAMP COST | $ 66,000 | per year | 99,000  132,000 |
| | | | | |
| Labor Cost | | | | |
| | Chemical Fill | 16 | man-hours per year | |
| | Lamp Replacement | 75 | man-hours per year | |
| | Miscellaneous Labor | 730 | man-hours per year | |
| | Total Labor | 821 | man-hours per year | |
| | Labor Cost | $ 38 | per hour | |
| | | | | |
| | TOTAL LABOR COST | $ 31,198 | per year | |
| | | | | |
| TOTAL COST | | | | |
| | Power | $ 218,733 | | |
| | Chemical | $ 200 | | |
| | Lamp Replacement | $ 66,000 | | |
| | Labor | $ 31,198 | | |
| | | | | |
| | TOTAL COST | $ 316,131 | | |

C&C/Bodell
CH 00330