# HONOULIULI WWTP SECONDARY REUSE FACILITY
## UV DISINFECTION EVALUATION MATRIX

|  | Aquionics In-pipe System | Vertical Low Pressure | Horizontal Low Pressure | Trojan UV4000 Medium Pressure |
|---|---|---|---|---|
| Meets Title 22* | N | Y | Y | Y |
| Continuous Operation (Does not require shut-down of channel for cleaning) | Unevaluated | Y | Y | Y |
| Not Proprietary (More than one manufacturer) | Unevaluated | Y | Y | N |
| Installation History in US | Unevaluated | Y | Y | Y |
| Installation History in Hawaii | Unevaluated | N | Y | N |
| Modular/Expandable | Unevaluated | N | N | Y |
| Variable Output Ballast | Unevaluated | N | N | Y |
| UV Lamps Accessible w/o Removing Modules from Channels | Unevaluated | Y | N | Y |
| Automatic In-channel Cleaning of Sleeves | Unevaluated | N | N | Y |
| UV Lamps Do Not Require Warm-up Period | Unevaluated | N | N | N |
| UV Lamps Do Not Require Cool-down Period Before Stopping Water Flow | Unevaluated | Y | Y | N |
| Capital Cost (6.5 mgd) | Unevaluated | $1.3 million | $1.3 million | $2.0 million |
| O&M Cost** | Unevaluated | $1,964,616 | $2,077,505 | $2,001,624 |
| Fits within Site at Design Flow of 13 mgd | Unevaluated | Y | Y | Y |
| Fits within Site at Ultimate Design Flow of 26 mgd | Unevaluated | Y | Y | Y |
| Points*** |  | 8.3 | 8.4 | 8.0 |

*UV systems that did not meet California Title 22 requirements were not evaluated further.

**O&M cost provided is based on Trojan Technologies UV systems. Present value of O&M cost is presented here. Present value is based on 10% interest for 20 years.

***Point assignments are as follows: Y = 0 points, N = 1 point, every $1 million = 1 point
The lower point score is the more favorable UV selection.

Low Pressure UV O&M, Vertical

| UV OPERATING COST AT 6.25 mgd FLOW | | | |
|---|---:|---|---|
| LOW PRESSURE VERTICAL | | | |
| | | | |
| **Power Cost** | | | |
| No of Lamps | 2000 | | |
| No of Lamps in Service | 1500 | | |
| Power per Lamp | 87.5 | Watts | |
| Total Power | 131.25 | kW | |
| Power Usage | 1,149,750 | kW-h/yr | |
| Cost per kW-h | $ 0.085 | | |
| | | | |
| TOTAL POWER COST | $ 97,729 | per year | |
| | | | |
| **Chemical Cost (Citric acid)** | | | |
| Chemical Volume | 150 | gallons | |
| Cleaning per Year | 36 | | |
| Cleanings per Tank Fill | 10 | | |
| Tank Fills per Year | 3.6 | | |
| Total Volume per Year | 540 | gallons | |
| Cost per Gallon | $ 16.00 | | |
| | | | |
| TOTAL CHEM COST | $ 8,640 | per year | |
| | | | |
| **Lamp Replacement Cost** | | | |
| No of Bank Changes | 3.25 | per year | |
| Lamps per Bank | 500 | | |
| Total Lamps Replaced | 1625 | per year | |
| Cost per Lamp | $ 40 | | |
| | | | |
| TOTAL LAMP COST | $ 65,000 | per year | |
| | | | |
| **Labor Cost** | | | |
| Cleaning | 288 | man-hours per year | |
| Lamp Replacement | 545 | man-hours per year | |
| Miscellaneous Labor | 730 | man-hours per year | |
| Total Labor | 1563 | man-hours per year | |
| Labor Cost | $ 38 | per hour | |
| | | | |
| TOTAL LABOR COST | $ 59,394 | per year | |
| | | | |
| **TOTAL COST** | | | |
| Power | $ 97,729 | | |
| Chemical | $ 8,640 | | |
| Lamp Replacement | $ 65,000 | | |
| Labor | $ 59,394 | | |
| | | | |
| TOTAL COST | $ 230,763 | | |

C&C/Bodell
CH 00027

Low Pressure UV O&M, Horizontal

| UV OPERATING COST AT 6.25 mgd FLOW | | | |
|---|---|---|---|
| LOW PRESSURE HORIZONTAL | | | |
| | | | |
| Power Cost | | | |
| | No of Lamps | 2000 | |
| | No of Lamps in Service | 1500 | |
| | Power per Lamp | 87.5 | Watts |
| | Total Power | 131.25 | kW |
| | Power Usage | 1,149,750 | kW-h/yr |
| | Cost per kW-h | $ 0.085 | |
| | | | |
| | TOTAL POWER COST | $ 97,729 | per year |
| | | | |
| Chemical Cost (Citric acid) | | | |
| | Chemical Volume | 150 | gallons |
| | Cleaning per Year | 36 | |
| | Cleanings per Tank Fill | 10 | |
| | Tank Fills per Year | 3.6 | |
| | Total Volume per Year | 540 | gallons |
| | Cost per Gallon | $ 16.00 | |
| | | | |
| | TOTAL CHEM COST | $ 8,640 | per year |
| | | | |
| Lamp Replacement Cost | | | |
| | No of Bank Changes | 3.25 | per year |
| | Lamps per Bank | 500 | |
| | Total Lamps Replaced | 1625 | per year |
| | Cost per Lamp | $ 40 | |
| | | | |
| | TOTAL LAMP COST | $ 65,000 | per year |
| | | | |
| Labor Cost | | | |
| | Cleaning | 288 | man-hours per year |
| | Lamp Replacement | 1085 | man-hours per year |
| | Miscellaneous Labor | 730 | man-hours per year |
| | Total Labor | 2103 | man-hours per year |
| | Labor Cost | $ 38 | per hour |
| | | | |
| | TOTAL LABOR COST | $ 79,914 | per year |
| | | | |
| TOTAL COST | | | |
| | Power | $ 97,729 | |
| | Chemical | $ 8,640 | |
| | Lamp Replacement | $ 65,000 | |
| | Labor | $ 79,914 | |
| | | | |
| | TOTAL COST | $ 251,283 | |

C&C/Bodell
CH 00038

| UV OPERATING COST AT 6.25 mgd FLOW | | | |
|---|---|---|---|
| MEDIUM PRESSURE | | | |
| | | | |
| Power Cost | | | |
| | No of Lamps | 144 | |
| | No of Lamps in Service | 108 | |
| | Power per Lamp | 1876 | Watts |
| | Total Power | 202.608 | kW |
| | Power Usage | 1,774,846 | kW-h/yr |
| | Cost per kW-h | $ 0.085 | |
| | | | |
| | TOTAL POWER COST | $ 150,862 | per year |
| | | | |
| Chemical Cost (Phosphoric acid, $H_3PO_4$) | | | |
| | Chemical Volume | 20 | gallons |
| | Cleaning Cycles per Fill | 1000 | |
| | Cleanings per Day | 4 | |
| | Days Between Fills | 250 | (say 6 months) |
| | Fills per year | 2 | |
| | Total Volume per Year | 40 | gallons |
| | Cost per Gallon | $ 37.50 | |
| | | | |
| | TOTAL CHEM COST | $ 1,500 | per year |
| | | | |
| Lamp Replacement Cost | | | |
| | No of Bank Changes | 6.25 | per year |
| | Lamps per Bank | 48 | |
| | Total Lamps Replaced | 300 | per year |
| | Cost per Lamp | $ 175 | |
| | | | |
| | TOTAL LAMP COST | $ 52,500 | per year |
| | | | |
| Labor Cost | | | |
| | Chemical Fill | 16 | man-hours per year |
| | Lamp Replacement | 50 | man-hours per year |
| | Miscellaneous Labor | 730 | man-hours per year |
| | Total Labor | 796 | man-hours per year |
| | Labor Cost | $ 38 | per hour |
| | | | |
| | TOTAL LABOR COST | $ 30,248 | per year |
| | | | |
| TOTAL COST | | | |
| | Power | $ 150,862 | |
| | Chemical | $ 1,500 | |
| | Lamp Replacement | $ 52,500 | |
| | Labor | $ 30,248 | |
| | | | |
| | TOTAL COST | $ 235,110 | |

Page 1

C&C/Bodell

CH 00039

# EVALUATION OF UV DISINFECTION ALTERNATIVES FOR A LARGE-SCALE APPLICATION

Alex Kwan*, Jon Archer, Fred Soroushian, CH2M HILL Engineering Ltd.
Abdul Mohammed, City of Edmonton
George Tchobanoglous, University of California at Davis

*CH2M HILL Engineering Ltd., 1600, 555 - 4 Avenue S.W.,
Calgary, Alberta, T2P 3E7

## ABSTRACT

The evaluation of UV alternatives for a 420-ML/d UV disinfection facility at the Gold Bar WWTP, Edmonton, Alberta, is described. First, the current state-of-the-art UV disinfection technologies are reviewed. Less conventional medium-pressure and low-pressure, high-intensity UV technologies are emphasized. Second, the results of the pilot tests conducted at Gold Bar are presented. The pilot test programs included studies of both the disinfection efficiency and lamp fouling potential of three UV technologies. Third, the cost and a nonmonetary comparison of the three most promising systems are discussed. The conclusion of the evaluation is that a medium-pressure, high-intensity UV system is more economical than the conventional low-pressure systems for Gold Bar in both capital and total lifecycle costs. The cost advantage outweighs the potential risks associated with using the new technology.

## KEYWORDS

Effluent disinfection; UV disinfection; high-intensity UV systems; medium-pressure, high-intensity UV systems; low-pressure, high-intensity UV systems

## INTRODUCTION

At the Gold Bar wastewater treatment plant (WWTP) in Edmonton, Alberta, effluent disinfection will be required when the plant's licence to operate is renewed. The new operating licence will limit the fecal and total coliform levels to meet the water quality standards for contact recreation in Alberta. The maximum acceptable level for fecal coliforms will be 200 counts/100 mL and the acceptable level for total coliform will be established in the year 2000 based on actual UV facility operating results. The average and peak design flowrates of the new disinfection facility are 310 and 420 ML/d, respectively.

The evaluation of UV disinfection alternatives for Gold Bar involved three major steps. The first step was a detailed study of the current state-of-the-art UV disinfection technologies and selection of the most promising systems for further evaluation. The second step involved pilot testing of UV disinfection technologies and development of the design requirements. The third step included a detailed cost and nonmonetary evaluation of the most promising alternatives selected from the first and second steps. The results of the cost evaluation indicated that a medium-pressure, high-intensity UV system has the lowest capital costs, but the cost differences between the alternative systems are smaller than the accuracy of the cost estimates. Also, the O&M costs of the high-intensity system are sensitive to the actual lamp requirement. To refine the cost estimates, our subsequent work included tendering of UV equipment, reviewing the supplier's design information, and additional pilot testing. Our conclusion is that the medium-pressure, high-intensity system is more economical than the conventional low-pressure systems in both capital and lifecycle costs. The expected cost advantage outweighs the potential risks associated with using the new technology. The medium-pressure, high-intensity system was selected for the new Gold Bar disinfection facility.

The objective of this paper is to describe the evaluation of the UV disinfection alternatives for the Gold Bar WWTP. The discussion includes:

- A review of the current state-of-the-art UV disinfection systems
- The results of the pilot-scale test program
- The cost and nonmonetary comparison of the shortlisted UV alternatives

GOLD BAR WWTP

The Gold Bar WWTP is a secondary wastewater treatment plant using the conventional activated sludge process. It is designed to handle the domestic and industrial wastewater generated from the City of Edmonton, Alberta. The current effluent quality standards are 20 mg/L BOD and 20 mg/L TSS. It is being upgraded to meet the future ammonia and phosphorus standards in addition to disinfection requirements. Its secondary effluent characteristics are summarized in Table 1.

| Table 1 - Design Influent Characteristics for the UV Facility ||
|---|---|
| Average flowrate | 310 ML/d |
| Peak flowrate | 420 ML/d |
| Total suspended solids | 15 mg/L |
| UV transmittance | 47 percent |
| Fecal coliforms | 100,000 counts/100 mL |
| Total coliforms | 1,600,000 counts/100 mL |

REVIEW OF CURRENT UV DISINFECTION TECHNOLOGIES

Overview

Figure 1 shows the current UV systems for municipal wastewater disinfection. The sources of UV radiation of all systems are mercury vapor lamps, which are operated at either $10^{-3}$ to $10^{-2}$ torr (low-pressure lamps) or $10^2$ to $10^4$ torr (medium-pressure lamps). These two ranges of operating mercury pressure give the highest conversion of electrical energy to radiation (Philips, 1982). Low-pressure mercury lamps are more energy efficient in producing germicidal UV radiation but the total UV radiation is much weaker than a medium-pressure lamp. Low-pressure mercury lamps can be operated at about 400 to 500 mA (conventional lamps) or higher lamp discharge currents (high-intensity lamps).

Medium-Pressure, High-Intensity System

There are three designs using medium-pressure, high-intensity lamps: horizontal and parallel-to-flow, horizontal and perpendicular-to-flow, and closed chamber system for small installations. The horizontal and parallel-to-flow system is supplied by Trojan Technologies Inc. and the other two systems are supplied by Aquionics Inc.

Medium-pressure mercury lamps usually operate at pressure of $10^2$ to $10^4$ torr. A common operating pressure is the atmospheric pressure (760 torr). In a low-pressure mercury lamp, there is an excess of liquid mercury in the tube, and the mercury pressure is controlled by the coolest part of the lamp wall. In the medium-pressure lamp, however, all the mercury evaporates, and the pressure is regulated by the mercury dose during lamp manufacture. The main body of the lamp is maintained at 600 to 800°C.

Medium-pressure lamps generate significantly more UV radiation than low-pressure lamps. The total radiation in UV-C from a medium-pressure lamp ranges from 9 to 14 W per cm of arc length, which is roughly 50 to 80 times higher than the output from a low-pressure lamp. However, these medium pressure lamps produce a broad spectral energy distribution over the germicidal wavelengths that have different germicidal effectiveness. When compared with the UV output of a low-pressure lamp, the radiation at each wavelength has to be corrected based on its relative germicidal effectiveness.

Medium-pressure mercury lamps are less energy efficient in producing germicidal radiation when compared with low-pressure mercury lamps. Thirty to forty percent of the input energy is converted to light but only about 25 percent of the radiation is within the UV-C range. Also, the radiation within the UV-C range disperses broadly instead of being close to the optimum value.

```
                         CURRENT UV DISINFECTION SYSTEMS
                                    |
                    ┌───────────────┴───────────────┐
           LOW-PRESSURE                      MEDIUM-PRESSURE
           MERCURY LAMPS                     MERCURY LAMPS
                │                                   │
        ┌───────┴───────┐                   ┌───────┴───────┬──────────┐
   CONVENTIONAL    HIGH-INTENSITY       OPEN CHANNEL   CLOSED CHANNEL  CLOSED
        │               │               HORIZONTAL    HORIZONTAL      CHAMBER
   ┌────┴────┐     ┌────┴────┐          PARALLEL-     PERPENDICULAR-
  OPEN    CLOSED   U-SHAPED  FLAT        TO-FLOW        TO-FLOW
CHANNEL  CHAMBER  QUADRITUBE LAMPS
   │        │     -Waterguard -Wedeco    -Trojan       -Aquionics      -Aquionics
   │        │
HORIZONTAL VERTICAL
PARALLEL-  -IDI
TO-FLOW    -Ultra Tech
-Trojan
-F&P
-IDI
-Capital Control
```

Figure 1
CURRENT UV DISINFECTION TECHNOLOGIES

C&C/Bodell
CH 00042

Horizontal and Parallel-to-Flow Systems. The lamp arrangement of the Trojan medium-pressure lamp system is similar to its low-pressure lamp system, i.e., horizontal and parallel-to-flow. The lamps, assembled in modules, are grouped in the form of lamp banks. A difference is that the lamps are located inside an enclosed reactor instead of an open channel. Two banks are installed in one of each end of the reactor.

An automatic cleaning mechanism is provided that removes lamp scaling by both a mechanical wiping action and a chemical reaction. The mechanism consists of a wiping section that glides longitudinally along the lamp sleeve. Inside the wiping section, a cleaning solution is contained in an annular plenum. The cleaning process can proceed while the system is in operation without affecting the disinfection efficiency. The replacement of lamps in a Trojan high-intensity system requires taking the lamp module out of water. A lifting device is provided in the UV equipment package for the removal and installation of lamp modules.

Horizontal and Perpendicular-to-Flow Systems. The lamps of the Aquionics high-intensity system are arranged horizontally and perpendicular to flow. They are grouped in clusters of four inside a UV reactor. The clusters can be arranged in series or stacked. The UV reactor is installed at the lowest section of an inverted siphon pipe to maintain full submergence. No special water control device is provided.

Lamp cleaning is carried out by a mechanical wiping mechanism provided with each cluster. No chemicals are used for routine wiping. Thorough cleaning of the whole UV reactor is accomplished on a regular basis using an in-channel cleaning system. Lamp replacement of the Aquionics system is simpler than the Trojan high-intensity system. Similar to a low-pressure vertical lamp system, the lamps can be replaced by sliding out the lamps and replacing the new lamp without removing the sleeve.

Available Operating Information. There are currently eight WWTPs using medium-pressure, high-intensity systems in North America. Seven of them used the Aquionics high-intensity system and one of them used the Trojan high-intensity system. Of the seven Aquionics systems, five systems use the closed chamber design and two use the horizontal and perpendicular-to-flow closed channel system. The sizes of these installations are generally small. The largest systems are located in Henderson, NC (Trojan), and Wabash, IN (Aquionics, closed channel). Both of them have a peak flow of about 40 ML/d and were commissioned in 1994. The first UV system was installed in Lewisburg, OH, in 1987.

A telephone survey was conducted to investigate the process and equipment performance of the medium-pressure, high-intensity UV systems. The general opinion is favorable regarding both process and equipment performance. All the plants are meeting their permit requirements.

The lamp life of the Aquionics high-intensity system varied from 4,000 to 14,000 hours, depending on the operating power levels. The system with the longest lamp life operates the lamps continuously at the lowest power levels. The average lamp life generally exceeds 8,000 hours, which is the guaranteed lamp life by Aquionics. There are insufficient data to verify the lamp life of the Trojan high-intensity system. However, the UV equipment suppliers guaranteed that the lamp life is 5,000 hours and expected the lamp life could be extended to 8,000 hours, which is consistent with the Aquionics system.

Both high-intensity systems include automatic wiping mechanisms within the lamp module. Available information indicated the cleaning mechanisms are generally satisfactory. At the Henderson WWTP (Trojan high-intensity system), there were some initial minor problems associated with the false alarm on the pressure switches. In Auburndale, Florida (Aquionics system), the wiping materials melted when the wastewater levels inside the chamber drained below the lamp sheaths, which caused lamp overheating. From our site visit to Henderson and the other information provided by Trojan, we concluded that the automatic cleaning mechanism should be adequate for cleaning purposes and that no further lamp cleaning is necessary. For the Aquionics system, regular cleaning of the whole UV reactor is required. The frequency of cleaning ranged from 1 month to 3 months based on the experience of the operating plants.

There was no separate power meter to check the power consumption in any of the plants. The total power consumption depends on the average system's utilization rate. The highest power consumption of a Trojan high-intensity lamp is guaranteed to be less than 3000 W. The power consumption of the Aquionics are 2500 and 5000 W, respectively, for the Berson 2000 and Berson 4000 systems. The power includes the energy loss in the ballasts.

## Low-Pressure, High-Intensity System

**Overview.** Low-pressure, high-intensity mercury lamps are operated at higher lamp discharge currents than the conventional low-pressure mercury lamps. The low-pressure, high-intensity mercury lamps include special design features to maintain mercury pressure at an optimum level of $10^{-3}$ to $10^{-2}$ torr even at higher discharge currents.

There are currently two different lamp designs. One system uses a flat quartz lamp envelope supplied by Wedeco, Herford of Germany. There is one installation in Baldwin, Florida, using this system. Because of little available information, this technology was not evaluated. The other low-pressure, high-intensity lamp system is supplied by Waterguard Inc.

**Waterguard Low-Pressure, High-Intensity System.** The Waterguard low-pressure, high-intensity system uses Asea Brown Boveri (ABB) high-intensity UV-C lamps, which have been available since early '80s. The UV output of a Waterguard high-intensity lamp is about 1.2 W per cm arc length at its maximum discharge current. With a quadritube design, the maximum UV output of a Waterguard lamp is close to a medium-pressure lamp. The energy efficiency of a low-pressure, high-intensity lamp is similar to a conventional low-pressure lamp and the UV spectrum from a low-pressure, high-intensity lamp is also monochromic at the germicidal wavelength of 254 nm.

The lamps of the Waterguard UV system are oriented vertically. The flow path of the wastewater around the lamp sheath is controlled by specially designed reactor. The lamp cleaning and replacement procedures are basically the same as a low-pressure vertical lamp system.

**Available Operating Information.** In North America, this system has been tested in pilot-scale at several locations (B.C. Research, 1993; Parsons and Scheible, 1993). However, there is no full-scale operating system in North America. In Europe, there are a number of installations using the Waterguard (ABB) low-pressure, high-intensity lamps for water and seawater disinfection. There is only one installation using the Waterguard high-intensity systems for municipal wastewater disinfection. The installation is located in Cuxhaven, Germany, and was commissioned in late 1988. There are 24 AC-100 low-pressure, high-intensity lamps in the system. The reactor configuration is different from the designs developed by Waterguard Inc.

### Summary

The two alternatives to the conventional low-pressure UV system are medium-pressure and low-pressure, high-intensity UV systems. The UV output of these high-intensity systems is significantly higher than the conventional low-pressure systems and their lamp requirements are substantially reduced. Based on the available operating information of the medium-pressure, high-intensity systems, this technology is satisfactory in both process and equipment performance. The systems are also equipped with automatic lamp cleaning systems to reduce the labor maintenance effort. The Waterguard low-pressure, high-intensity system has the technical advantage of having high UV output and energy efficiency; however, operating experience is the least for this unit and the current information is available from pilot-scale studies only.

## PILOT TEST RESULTS

At Gold Bar, four pilot units using the three different disinfection technologies were tested. The three technologies included the Trojan medium-pressure, high-intensity, the Waterguard low-pressure, high-intensity, and the low-pressure horizontal lamp systems. Two pilot units used the low-pressure horizontal lamp technologies. The pilot tests included intensive test programs to assess disinfection efficiency and routine programs to estimate the lamp fouling potential.

**Trojan Medium-Pressure, High-Intensity System.**

The results of the intensive test program for the Trojan medium-pressure, high-intensity system are shown in Figures 2 and 3. The data were analyzed separately based on three different TSS levels. The ranges were less than 5 mg/L, between 5 and 10 mg/L and 31 mg/L. From Figure 2, the UV doses required to achieve the fecal coliform standard of 200 counts/100 mL were 8, 10, and 16 mWs/cm$^2$, respectively, for the three TSS ranges. To achieve 100 counts per 100 mL, the required UV doses were 10, 12, and 22 mWs/cm$^2$, respectively. From Figure 3, the UV doses to achieve the required 2.7 log removal of fecal coliforms were 16, 18, and 32 mWs/cm$^2$, respectively, for the different TSS levels.



Figure 2
Effluent Fecal Coliform Levels vs UV Dose
for Trojan High-Intensity System

Figure 3
Fecal Coliform Removal vs UV Dose
for Trojan High-Intensity System

The data collected during the pilot study were analyzed using a mathematical model developed by Emerick and Darby at the University of California at Davis (Emerick and Darby, 1993). The results of the multiple linear regression analyses are as follows: $N = 42.8 \, (dose)^{-2.38} (TSS)^{0.84} (No)^{0.52}$, where N is the number of organisms in the effluent after disinfection and No is the initial number of organisms.

Based on the model, the UV doses to meet the required and target effluent standards are reported in Table 2.

| Table 2 - Minimum UV Dose Requirements for the Trojan High-Intensity UV System ||||||
|---|---|---|---|---|---|
| Compliance Parameter | Effluent Level, counts per 100 mL | Influent Level, counts per 100 mL | Total Suspended Solids, mg/L | UV Transmittance, percent | Minimum UV Dose, mWs/cm² |
| Fecal coliform | 200 | 100,000 | 15 | 47 | 17 |
| Fecal coliform | 100 | 100,000 | 15 | 47 | 23 |

During the initial pilot test of the Trojan high-intensity system, a fouling test was not conducted because the pilot units could not run continuously for an extended period due to the limited diesel power supply. In a subsequent pilot test program, it was found that the fouling rate was acceptable.

Waterguard Low-Pressure, High-Intensity System

The results of the intensive test program for the Waterguard low-pressure, high-intensity pilot tests are shown in Figures 4 and 5. During the pilot test program, data from the pilot unit using two different reactor designs (flow gaps of 19 and 25 mm) were collected and separately analyzed. The data were not separately analyzed according to the different TSS levels because the range of TSS encountered was narrow. From Figure 4, the UV doses required to achieve the fecal coliform

standard of 200 counts/100 mL based on the geometric means were 32 and 30 mWs/cm$^2$ for the flow gaps of 19 and 25 mm, respectively. To achieve the target level of 100 counts per 100 mL, the required UV doses were 40 and 46 mWs/cm$^2$, respectively. From Figure 5, the UV doses to achieve the required 2.7 log removal of fecal coliforms were about 27 and 29 mW/cm$^2$. Based on the above results, the reactor configuration with a smaller flow gap performed better at high-dose (low-flow) conditions.

The darkened triangles in Figures 4 and 5 represent the responses at discharge current other than 2.5 A. At low discharge currents, the disinfection efficiencies under the same UV doses at different discharge currents were similar. However, at high discharge currents (> 3.0 A), the disinfection efficiencies were found to reduce significantly. A probable reason of this anomaly was that the mercury temperature could not be controlled using the contact chamber provided under a warm ambient air condition, as explained by the supplier.

The variations of effluent fecal coliform levels with the number of days after cleaning are shown in Figure 6. The effluent fecal coliform levels only increased slowly with time during the test period of about 30 days. The fecal coliform levels were only marginally below the standards with the UV doses higher than 25 mWs/cm$^2$, despite the low influent fecal coliform levels. Figure 7 shows the variations of fecal coliform removal with the number of days after cleaning. While the fecal coliform removal only reduced slowly with time, the removal rates were less than 1 order-of-magnitude for UV doses less than 20 mWs/cm$^2$ and about 1.5 order-of-magnitude for higher UV doses. The removal rates, however, were not very different from the data gathered during the intensive test phase when dose requirements were adjusted for higher solids and fouling.

### Development of Design Criteria

The UV dose and lamp requirements for each UV system are reported in Table 3. The requirements were estimated under the design influent conditions based on the fecal coliform standard.

| Table 3 - Minimum UV Dose and Lamp Requirements (Based on Fecal Coliform Standard) | | | | |
|---|---|---|---|---|
| | Low-Pressure System | | Trojan High-Intensity System | Waterguard High-Intensity System |
| | Horizontal | Vertical | | |
| UV dose, mWs/cm2 (1) | 32.5 | | 23 | 51 |
| Lamp requirement | 7889 | | Approximately 1/15 to 1/11 of the low-pressure lamps | 813(2) |

Notes:
1. Based on new and clean lamp condition. The UV dose for conventional low-pressure UV systems is calculated using PSS method.
2. Assume effective operation at maximum discharge current.

As shown in Table 3, the UV dose levels required to achieve the effluent standards are different for the three technologies. A probable reason is that the UV doses for the UV systems are not comparable. The UV doses were calculated based on data provided by the suppliers, and some data from the high-intensity systems were not fully verifiable. Another possible reason is the difference in efficiencies of the reactor designs.

For the medium-pressure, high-intensity system, a range of lamp requirements are shown. The higher lamp requirement was established based on the use of the old lamps tested during the pilot program and the same fouling allowance as the other UV systems. The lower requirement was recommended by the supplier, based on (1) the use of new (more efficient) lamps, and (2) the use of a smaller lamp fouling allowance considering the automatic cleaning mechanism. In the following discussion, the base and fall-back proposals refer to lower and higher lamp requirements, respectively.

Figure 4
Effluent Fecal Coliform Levels vs UV Dose
for Waterguard High-Intensity System



Figure 5
Fecal Coliform Removals vs UV Dose
for Waterguard High-Intensity System



Figure 6
Effluent Fecal Coliform Levels vs Days After Cleaning
for Waterguard High-Intensity UV System



Figure 7
Fecal Coliform Removal vs Days After Cleaning
for Waterguard High-Intensity UV System



C&C/Bodell
CH 00047

## COST AND NONMONETARY EVALUATION

Based on the technology evaluation and the pilot testing results, three UV alternatives, namely (1) the low-pressure horizontal lamp UV system, (2) the low-pressure vertical lamp UV system, and (3) the Trojan medium-pressure, high-intensity UV system, were selected for further evaluation. Preliminary layouts of the new UV facility using the three alternatives were developed. The footprints of the building are 46 m x 30 m for the low-pressure horizontal lamp, 60 m x 25 m for the low-pressure vertical lamp, and 28 m x 23 m for the medium-pressure, high-intensity systems. The high-intensity system has a significantly lower space requirement.

### Cost Comparison

Estimated capital costs of the shortlisted UV systems are shown in Table 4. The costs are broken down into the mechanical, civil, and electrical costs. Two low-pressure horizontal UV systems (Trojan and F & P) are included. For the Trojan high-intensity system, the capital costs for the base and fall-back proposals were estimated.

| Table 4 - Capital Costs of the Shortlisted UV Disinfection Alternatives | | | | | |
|---|---|---|---|---|---|
| | Low-Pressure Horizontal Lamp UV System | | Low-Pressure Vertical Lamp UV System | Trojan High-Intensity UV System | |
| | F&P | Trojan | IDI | Base Proposal | Fallback Proposal |
| Mechanical costs | $4,430,000 | $4,704,000 | $5,071,000 | $4,048,000 | $4,098,000 |
| Civil costs | $2,092,000 | $2,092,000 | $2,181,000 | $1,206,000 | $1,206,000 |
| Electrical costs | $860,000 | $990,000 | $990,000 | $1,010,000 | $1,010,000 |
| General requirement, GST, and contingency | $1,801,000 | $1,900,000 | $2,011,000 | $1,727,000 | $1,540,000 |
| Grand Total | $9,183,000 | $9,686,000 | $10,253,000 | $7,793,000 | $7,854,000 |

The total capital costs of the three low-pressure UV systems are basically the same (within plus or minus 5 percent). The capital costs of a high-intensity system (both base and fall-back proposal) are lower than the low-pressure systems. The main reasons for lower capital costs of the medium-pressure, high-intensity system are (1) the lower structural and building costs because of its compact design, and (2) the lower mechanical costs because of less equipment. The prices of the UV equipment are similar. Note that the cost differences are within the accuracy of the cost estimation.

Estimated O&M costs of the shortlisted UV alternatives are shown in Table 5. The O&M costs of the Trojan high-intensity UV systems are estimated under both base and fall-back conditions and two different lamp life scenarios. The O&M costs are broken down into power, parts replacement, labor, and miscellaneous costs.

The O&M costs of the low-pressure systems are similar. The O&M costs of the high-intensity UV system vary with the number of required lamps and the lamp life. Under base lamp requirement conditions, the O&M costs of the medium-pressure UV system are similar to low-pressure systems under the best- and worst-case lamp life scenarios. The higher power costs of the high-intensity system are balanced by the lower parts replacement and labor costs. Under the fall-back lamp condition, the O&M costs of the high-intensity system are higher than the low-pressure systems.

| | Low-Pressure Horizontal Lamp UV System | | Low-Pressure Vertical Lamp UV System | Trojan High-Intensity UV System | | | |
|---|---|---|---|---|---|---|---|
| | F&P | Trojan | IDI | Base Proposal (8,000-h lamp life) | Base Proposal (5,000-h lamp life) | Fallback Proposal (8,000-h lamp life) | Fallback Proposal (5,000-h lamp life) |
| Power costs | $116,717 | $146,730 | $110,595 | $308,583 | $308,583 | $423,708 | $423,708 |
| Parts replacement costs | $319,439 | $341,899 | $353,297 | $198,761 | $243,857 | $242,710 | $304,630 |
| Labor costs | $59,436 | $59,436 | $59,436 | $14,872 | $14,872 | $20,420 | $20,420 |
| Miscellaneous | $35,500 | $35,500 | $35,500 | $11,800 | $11,800 | $12,200 | $12,200 |
| Grand Total (round up to $1,000) | $532,000 | $584,000 | $559,000 | $535,000 | $580,000 | $700,000 | $761,000 |

Table 5 - Operating and Maintenance Costs of the Shortlisted UV Disinfection Alternatives

The results of the present value analyses of the shortlisted alternatives are presented in Table 6. The total lifecycle costs of the low-pressure systems are within plus or minus 5 percent. The vertical lamp system was found to be more expensive than the horizontal lamp systems. The total costs of the high-intensity systems are generally lower than the low-pressure systems and vary from 86 to 100 percent of the average low-pressure systems from the best- to worst-case scenario. The differences are, however, smaller than the accuracy of the cost estimates.

| | Low-Pressure Horizontal Lamp UV System | | Low-Pressure Vertical Lamp UV System | Trojan High-Intensity UV System | | | |
|---|---|---|---|---|---|---|---|
| | F&P | Trojan | IDI | Base Proposal (8,000-h lamp life) | Base Proposal (5,000-h lamp life) | Fallback Proposal (8,000-h lamp life) | Fallback Proposal (5,000-h lamp life) |
| Capital costs | $9,183,000 | $9,686,000 | $10,253,000 | $7,793,000 | $7,793,000 | $7,854,000 | $7,854,000 |
| O&M costs | $532,000 | $584,000 | $559,000 | $535,000 | $580,000 | $700,000 | $761,000 |
| Present value | $5,021,000 | $5,512,000 | $5,276,000 | $5,050,000 | $5,474,000 | $6,607,000 | $7,182,000 |
| Total costs | $14,204,000 | $15,198,000 | $15,529,000 | $12,843,000 | $13,267,000 | $14,461,000 | $15,036,000 |
| Costs/average costs of low-pressure systems | 95% | 101% | 104% | 86% | 89% | 97% | 100% |

Table 6 - Operating and Maintenance Costs of the Shortlisted UV Disinfection Alternatives

To refine the cost estimates, the subsequent work included tendering of UV equipment, reviewing of supplier's design information and additional pilot testing. Review of the design information and pilot test confirmed that the design criteria proposed by the supplier are appropriate. The cost evaluation was then updated based on the UV equipment tender prices and the new lamp requirements. The conclusion is that the medium-pressure, high-intensity system is more economical than the conventional low-pressure systems in both capital and lifecycle costs.

Nonmonetary Considerations

The nonmonetary factors that were evaluated include (1) state of development, (2) reliability, (3) safety, and (4) disinfection byproducts.

State of Development. When compared with the low-pressure UV systems, the Trojan high-intensity system is less developed. The risks of using a new technology include (1) the prices of a high-intensity system may include a significant research and development cost component, and (2) the design adopted today may not be the final refined technology. The first consequence is not critical as long as this system is found to be the least expensive. The second concern is difficult to avoid fully when using a new technology. However, the high-intensity system is upgradable in some areas. For example, the oversized quartz sleeves are used so that the latest lamps can be fit into the old systems.

Reliability. It is not possible to assess fully the reliability of the Trojan medium-pressure, high-intensity UV system because of its limited operating experience. In contrast, both the process and equipment performance of the low-pressure horizontal and vertical lamp UV systems is shown to be satisfactory and reliable. However, based on our discussions with the WWTP staff in Henderson, NC, and the experience of other medium-pressure, high-intensity systems, it was concluded that equipment reliability should not be a major concern for the medium-pressure system. Another consideration is the process reliability when a unit is taken out of service. For the Trojan high-intensity system, the number of channels is smaller. This factor needs to be considered in the design.

Safety. The safety concerns for both low-pressure and high-intensity UV systems regarding exposure to UV radiation and electrical hazards are low and similar under normal operating conditions. Note that, however, the UV output from a high-intensity UV lamp per arc length is about 20 to 30 times higher than a low-pressure UV lamp. Under the remote chance that an operator is directly exposed to UV radiation, e.g., in an empty operating channel, the damages associated with UV exposure are more serious with a high-intensity system.

Disinfection Byproducts. Based on the studies using low-pressure UV lamps, UV radiation is not shown to increase the levels of hazardous disinfection byproducts such as trihalomethanes, aldehydes, bromide, bromate, etc. (Awad et.al, 1993). From the medium-pressure lamps used in the high-intensity UV systems, the radiation has a much higher intensity and a broader emission spectrum. The quantity of hazardous disinfection products, if any, generated from a high-intensity UV system may be larger. The subsequent pilot test showed that there is no appreciable increase in harmful disinfection byproducts at UV doses up to 3 times the design dose level.

Comment. Overall, there are higher risks of using the newer medium-pressure, high-intensity technology. The main concerns are the state of development and reliability. The risk, however, is not considered to be major and is outweighed by the potential savings of using this technology.

SUMMARY AND CONCLUSIONS

In summary, an evaluation of UV disinfection alternatives for a 420-ML/d disinfection facility was accomplished. The following conclusions are indicated by the study results:

1.  The two alternatives to the conventional low-pressure UV system are medium-pressure and low-pressure, high-intensity UV systems. The UV output of these high-intensity systems is significantly higher than that of the conventional low-pressure systems and their lamp requirements are substantially reduced. On the basis of the available operating information of the medium-pressure, high-intensity systems, we conclude that this technology is satisfactory in both its process and equipment performance. The systems are also equipped with automatic lamp cleaning systems to reduce the labor maintenance effort. The Waterguard low-pressure, high-intensity system has the technical advantage of having high UV output and energy efficiency. However, operating experience is the least for this unit and current information is available from pilot-scale studies only.

C&C/Bodell

CH 00050

2. The UV dose levels required to achieve the effluent standards are different for the three technologies. A probable reason is that the UV doses for the UV systems are not comparable. The UV doses were calculated based on data provided by the suppliers and some data from the high-intensity systems were not fully verifiable. Another possible reason is the difference in efficiencies of the reactor designs.

3. The lamp requirements for the high-intensity UV systems are significantly lower than the conventional low-pressure UV systems. At Gold Bar, the ratios between the required high-intensity lamps and low-pressure lamps are about 15 and 10, respectively, for the Trojan and Waterguard systems.

4. A medium-pressure, high-intensity system was found to be more economical than the conventional low-pressure systems in both capital and lifecycle costs.

5. Because the expected cost advantage outweighed the potential risks associated with using the new technology, the medium-pressure, high-intensity UV system was selected for Gold Bar.

## ACKNOWLEDGMENTS

The authors would like to express their thanks to the following individuals: Gene Emanuel, Dennis Gafuik and other WWTP staff at Gold Bar WWTP, Karu Chinniah and Larry Williams of Alberta Environmental Protection, Karl Scheible of HydroQual and John Bertrand of Magna IV. Special thanks are due to John MacManus of Infrastructure Systems Inc. who provided valuable direction to this project.

## REFERENCES

Awad, J., C. Gerba and G. Magnuson (1993). "Ultraviolet Disinfection for Water Reuse." *Proceedings of WEF Specialty Conference Disinfection Systems*. Whippany, New Jersey. pp 1-12.

B.C. Research (1993). Pilot plant test results (August 1993 to October 1993), unpublished.

Emerick, R.W. and J.L. Darby (1993). "Ultraviolet Light Disinfection of Secondary Effluents: Predicting Performance Based on Water Quality Parameters." *Proceedings of WEF Specialty Conference Disinfection Systems*. Whippany, New Jersey. pp 187-198.

Parsons, R.V. and K.O. Scheible (1993). "Comparative pilot study of high- and low-intensity lamp ultraviolet light disinfection systems." *Proceedings of WEF Specialty Conference Disinfection Systems*. Whippany, New Jersey. pp 445-456.

Philips, R. (1983). *Sources and Applications of Ultraviolet Radiation*. Academic Press Inc. (London) Ltd., London.

USEPA (1992). UV Disinfection Technology Assessment. Prepared by HydroQual, Inc. for the UEEPA Office of Water. EPA 832-R-92-004. Washington, D.C.

C&C/Bodell
CH 00051