From: HESpumps@aol.com
Date: Fri, 20 Aug 1999 21:50:00 EDT
Subject: Fwd: Jay Stone - Wahiawa
To: gmpassoc@lava.net
CC: nbrown@trojanuv.com
X-Mailer: AOL 4.0 for Windows 95 sub 214

Jay,

I would like to conference call with Neil and you on Monday. Will you be available?

Can you email the hydraulic profile dwg to me and Neil? If not, I can drop by to pick up a copy...

Thanks, Mike

Return-Path: <nbrown@trojanuv.com>
Received: from rly-yg02.mx.aol.com (rly-yg02.mail.aol.com [172.18.147.2]) by
          air-yg04.mail.aol.com (v60.28) with ESMTP; Fri, 20 Aug 1999 13:15:05
          -0400
Received: from mail2.uunet.ca (mail2.uunet.ca [142.77.1.15]) by
          rly-yg02.mx.aol.com (v60.25) with ESMTP; Fri, 20 Aug 1999 13:14:58
          -0400
Received: from trojanmsx.trojanuv.com ([216.94.64.130]) by mail2.uunet.ca
          with ESMTP id <56868-29777>; Fri, 20 Aug 1999 13:14:49 -0400
Received: by TROJANMSX with Internet Mail Service (5.5.2448.0)
          id <QQ94Y77N>; Fri, 20 Aug 1999 13:05:32 -0400
Message-ID: <FE5C950741CFD211B7B6009027283B0F216CF9@TROJANMSX>
From: "Brown, Neil" <nbrown@trojanuv.com>
To: "Hart, John" <jhart@trojanuv.com>, "'HESpumps@aol.com'"
          <HESpumps@aol.com>
Cc: "Brown, Neil" <nbrown@trojanuv.com>,
          "Schwartzel, David" <DSchwartzel@trojanuv.com>
Subject: RE: Jay Stone - Wahiawa
Date: Fri, 20 Aug 1999 13:05:31 -0400
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2448.0)
Content-Type: text/plain
Content-Transfer-Encoding: 7bit

There are option to keep the UV4000 equipment protected such as raising the channel bottom to elevate the reactor. We could elevate the system to the point where the ballast enclosures are out of the channel.

Please call to discuss.

Neil Brown
Project Manager
Trojan California

> _____
> From:    HESpumps@aol.com[SMTP:HESpumps@aol.com]
> Sent:    Thursday, August 19, 1999 10:35 AM
> To:      jhart@trojanuv.com
> Cc:      nbrown@trojanuv.com; dschwartzel@trojanuv.com
> Subject:           Fwd: Jay Stone - Wahiawa
>
> <<Message: Re: Jay Stone - Wahiawa>>
> Please review the file. IDI is knocking on the door. Between Kailua, Kona
> Airport, and this, they are a thorn in our side. The submergence was
> provided


Plaintiff's EXHIBIT 14

> by either yourself or Neil, I can't remember
>
> Call me asap (I'm back).
>
> Thanks, Mike
>

OPT-02440