# Infilco Degremont Inc



Water and Wastewater Treatment

2924 Emerywood Parkway
Richmond, Virginia 23294 USA
Post Office Box 71390
Richmond, Virginia 23255-1390 USA
Telephone: (804) 756-7600
Telefax: (804) 756-7643

August 23, 1999

GMP Associates Inc.
Attention: Jay Stone, P.E.
1100 Ala Kea St. Suite 800
Honolulu, HI 96812

REC'D
8/24/99

Re:   Wahiawa Wastewater Treatment Plant
      Hawaii
      Ultraviolet Disinfection System
      Infilco Degremont Inc. Inquiry No. 529-1290

Gentlemen:

We are pleased to respond to your recent inquiry for ultraviolet disinfection equipment for the above referenced project.

The enclosed budget proposal features the high performance Aquaray® 40 vertical, low pressure lamp system, with flexible flow pacing, which is now in current use on over a hundred wastewater treatment plants. The vertical lamp format and low pressure UV lamps provide numerous attractive benefits to the plant's owners and operators:

- **Compact Size**: The vertical format Aquaray® system will fit easily in tight areas without deep excavations.

- **Effective Treatment**: Aquaray® systems are widely used throughout the North America and Europe on a wide variety of applications.

- **Easy Maintenance**: Convenient and safe access to equipment, while located in the disinfection channels, provides for simple service of lamps and ballasts.

- **Energy Conservation**: Flexible automatic flow pacing with the option of small increment flow pacing ensures the required minimum, effective number of lamps are used for any flow condition.

    Low pressure lamps guarantee considerable energy savings over medium pressure lamps of as much as 75%.

- **System Management**: The Infilco Degremont Inc. Aquaray® ultraviolet system management package provides full, remote computer control and monitoring with a unique individual lamp status database.

Plaintiff's
EXHIBIT
15  Stone II
     3-2-05

OPT-02371



EXHIBIT 41

Infilco Degremont Inc. has an enviable 100+ year history of service to water and wastewater industry. Please experience this service. We are at your disposal for discussion on this proposal or any other UV questions that you may have.

Sincerely,

Christopher W. Tabor, P.E.
Project Engineer
email: TaborC@idi-online.com

Enclosure

<u>IDI Sales Representative</u>:
Chris Hong
H2O Pacific
4296 Halupa Street
Honolulu, HI 96818
Telephone:    808/422-0697
Fax:          808/422-4668
email: h20pac@echono.com

<u>IDI Regional Sales Manager</u>:
Art Shapiro
Infilco Degremont, Inc.
533 Airport Blvd. – 4th Floor
Burlingame, CA 94010
Telephone:    650/685-2400
Fax:          650/685-2400
email: ShapiroA@idi-online.com

OPT-02372