# Infilco Degremont Inc



*Water and Wastewater Treatment*

533 Airport Boulevard
4th Floor
Burlingame, CA  94010
Tel: (650) 685-2400
Fax: (650) 685-2499
e-mail: shapiroa@idi-online.com

23 September, 1999

GMP Associates Inc.
1100 Ala Kea St.
Suite 800
Honolulu HI 96812

Attention: Jay Stone, P.E.

Re:    Wahiawa WWTP
       Aquaray Ultraviolet Disinfection System
       Infilco Degremont, Inc. Inquiry No. 529-1290

Dear Jay,

I wanted to follow-up on our budget proposal dated August 23, 1999 for the UV disinfection system we discussed during me visit.

We are very interested in hearing your thoughts on our offer and most importantly if the Aquaray system will be considered for this important project.

Please feel free to contact me directly or you may call our local area representative, Chris Hong with H2O Pacific (808)-383-5871.

Best regards,

Art Shapiro, P.E.
Regional Manager

Cc: G. Balallo

OPT-02370

Plaintiff's
EXHIBIT
17  Stone II
     3-2-05

**EXHIBIT 42**