```
                                                              1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3        _____

 4        BODELL CONSTRUCTION COMPANY,

 5        a Utah corporation,

 6                      Plaintiff,

 7             vs.                      CIVIL NO. 03-00706(HG/LEK)

 8        OHIO PACIFIC TECH, INC., fka GMP    (Contract)

 9        ASSOCIATES, INC., an Ohio

10        corporation; CITY AND COUNTY OF

11        HONOLULU; ULTRA TECH SYSTEMS,

12        INC., a foreign corporation,

13                      Defendants.

14        _____

15               DEPOSITION OF JAY M.K. STONE

16                         VOLUME I

17           Taken on behalf of the Plaintiff, BODELL

18   CONSTRUCTION COMPANY, at the office of Cades Schutte, 1000

19   Bishop Street, Suite 1200, Honolulu, Hawai'i, commencing at

20   9:07 a.m. on March 1st, 2005, pursuant to Third Amended

21   Notice.

22

23   BEFORE:      B. KANOELANI COCKETT

24                Certified Shorthand Reporter

25                HI CSR NO. 379, CA CSR NO. 7995
```

**EXHIBIT 43**

```
                                                            65
 1        Q.    Okay.  This purports to be an e-mail.  Well, there
 2   is an e-mail to -- is this Mike Elhoff that it's to, from you
 3   on August 18th?
 4        A.    It is to HESpumps@aol.com.
 5        Q.    And who is that?
 6        A.    I don't know who that is.
 7        Q.    Well, it purports to be by you, right, your name,
 8   Jay M.K. Stone, following the "sincerely"?
 9        A.    Yes, my name is after "sincerely".
10        Q.    Okay.  Did you draft this?
11        A.    I don't recall drafting it.
12        Q.    All right.  Is there anything about it that looks
13   familiar to you?
14        A.    Yes.
15        Q.    What looks familiar to you?
16        A.    "Wrestling with the hydraulics."
17        Q.    Anything else?
18        A.    That looks familiar to me.
19        Q.    Okay.  Anything else?
20        A.    No.
21        Q.    Well, if you look at the third paragraph, you have a
22   question, it says, "By the way, can you double check that the
23   low pressure system cannot fit within the boundaries that we
24   sent you?"
25              Do you recall that?
```

66

1     A.    No, I don't recall asking that question.

2     Q.    Okay. And you don't know who HESpumps is?

3     A.    No, I don't know who HESpumps is.

4     Q.    Did you see this document in the materials that you
5 described as being provided to you by Mr. Sutton?

6     A.    Not in the materials that he gave me. That doesn't
7 mean that it's not there. I don't recall seeing it.

8     Q.    Okay. And then the next sentence says, "Another
9 vendor claims to be able to fit a low-pressure vertical system
10 within the boundaries."

11     Do you see that?

12     A.    Yes, I do.

13     Q.    Do you recall having told Mike Elhoff that?

14     A.    No, I don't recall.

15     Q.    Does that trigger any memories reading that?

16     A.    No, it does not.

17     Q.    You have no idea what that has a reference to?

18     A.    I have an idea what it's referencing to.

19     Q.    What is that idea?

20     A.    That a low-pressure vertical system vendor claimed
21 to be able to fit within the boundaries.

22     Q.    What low-pressure vertical system vendors did you
23 have contact with, with regard to Wahiawa?

24     A.    Infilco Degremont.

25     Q.    Anyone else?

1    A.    Not that I recall.

2    Q.    You don't recall that Ultra Tech also has a
3  low-pressure vertical system?

4    A.    I know they have a low-pressure vertical system.

5    Q.    And so -- and you had contact with them?

6    A.    They made a presentation, yes.

7    Q.    Okay.

8    A.    They were also at a conference.

9    Q.    Oh.  The Trojan 3000 could not fit in the space
10  parameters that you provided to Mr. Elhoff, correct?

11    A.    I don't recall that.

12    Q.    Do you know what the Trojan 3000 System is?

13    A.    Yes.

14    Q.    What is it?

15    A.    It is a low pressure low output UV disinfection
16  system manufactured by Trojan Technologies.

17    Q.    And didn't GMP discuss with Mr. Elhoff what the
18  price would be for a Trojan 3000 for Wahiawa?

19    A.    I remember requesting that information.

20    Q.    Okay.  And was it provided?  A quote was provided?

21    A.    I don't remember if a quote was provided.

22    Q.    Okay.  Why was that information requested?

23    A.    The information was requested so that the spec could
24  be written around to make sure -- let me think.  The
25  information was requested to compare a low pressure system

151

1  have considered that adequate to demonstrate the performance
2  of their medium pressure system?
3      A.   No, I would not.
4      Q.   Okay.  Now, as far as you were concerned, when you
5  were reviewing submittals for Wahiawa, was it your intent that
6  Ultra Tech and Trojan would be on a level playing field in
7  terms of getting their equipment reviewed?
8           MR. SUTTON:  Object to the form.
9           THE WITNESS:  My intent was to review the submittals
10 would be fair.
11 BY MR. SCHULMEISTER:
12     Q.   And your review of the Ultra Tech submittal included
13 an effort by you to obtain a program that would allow you to
14 try to recreate and validate Ultra Tech's dosage calculations,
15 correct?
16     A.   Yes.
17     Q.   All right.  But you had no such program to attempt
18 to recreate and validate any dosage calculations that Trojan
19 would supply, right?
20     A.   I don't remember having a program.
21     Q.   Because the UVDIS program is inappropriate; it
22 doesn't work with medium pressure, right?
23     A.   That's my understanding.
24     Q.   All right.  Was it your intention if you were still
25 at GMP when the Trojan submittal came in to attempt to

```
                                                              152
```

1  validate the Trojan dosage calculations for the Trojan 4000
2  System in a comparable manner to the way in which you sought
3  to validate the Ultra Tech dosage calculation?
4      A.   I don't know.  I wasn't at GMP to review the
5  submittal.
6      Q.   All right.  If no effort was made by GMP to validate
7  the dosage calculations submitted by Trojan for the Trojan
8  4000, would you agree with me that they weren't treated the
9  same way that Ultra Tech was?
10          MR. SUTTON:  Object to the form.
11          THE WITNESS:  Let me look at the question.
12          I would say that the dosage calculations, an effort
13  wasn't made to validate the dosage calculations.  That's what
14  I would say.
15  BY MR. SCHULMEISTER:
16      Q.   Okay.  Now, can you think of any reason why Trojan,
17  when it makes its submittal on its 4000, should be entitled to
18  just state what the dosage is without backing it up, while
19  Ultra Tech is required to jump through all sorts of hoops to
20  back up their dosage calculations?
21          MR. SUTTON:  Object to the form.
22          THE WITNESS:  I don't know if Trojan did not back up
23  their dosage calculations.
24  BY MR. SCHULMEISTER:
25      Q.   Well, what would it take, in your opinion, for

```
                                                              153
 1   Trojan to have backed up its dosage calculations?
 2        A.    I'm not sure.
 3        Q.    Would it be sufficient for them to just say that,
 4   "Well, we have a proprietary program that takes into account
 5   all the variables that calculates the intensity, and we've
 6   done it internally and we're satisfied," and would that be
 7   adequate in your opinion?
 8        A.    I would say Trojan would have to provide
 9   calculations.
10        MR. BIALEK:  Can you read back that answer, please.
11             (The record was read.)
12        MR. BIALEK:  Thank you.
13   BY MR. SCHULMEISTER:
14        Q.    And would they also have to provide an explanation
15   for the calculations so that they could be recreated and
16   independently verified?
17        A.    I would say they would have to define the variables
18   involved in the calculation.
19        Q.    Okay.  Could you -- in Exhibit 8 to your deposition
20   could you turn to page B -- whoops.  Let me find it and I'll
21   tell you where it is.  B02265.
22        A.    2265?
23        Q.    Right.
24        A.    (Witness complies.)
25        Q.    And in particular, at the top of the page it talks
```

```
                                                                        154
```

1  about full scale UV4000 design considerations, and then
2  beneath that there is a heading, UV dose-system sizing
3  factors, and if you go down to the last paragraph, there is a
4  discussion about the method of dose calculation for the System
5  UV4000.
6           Could you just take a few moments and read that
7  paragraph and tell me when you're done?
8       A.  This is the last paragraph on the page marked 2265?
9       Q.  Yes.
10      A.  I have read the paragraph.
11      Q.  Okay.  Do you understand it?
12      A.  To be honest, not all of it.
13      Q.  Okay.  Does any of it look familiar to you?
14      A.  No, it doesn't.
15      Q.  None of it?
16      A.  Well, there's reference to EPUVDIS 2.1.  There's
17  reference to System UV4000.  There's a reference to UV
18  disinfection guidelines for wastewater reclamation for
19  California.  There's reference to system UV3000.  I'm familiar
20  with that.
21      Q.  Let's just look at the first sentence for a moment.
22  It says, "For System UV4000, the method of dose calculation
23  incorporates a proprietary UV reactor configuration for which
24  the EPA point source summation method of intensity calculation
25  is not used."

155

1        Do you see that?
2    A.  Yes, I do.
3    Q.  Do you understand that sentence?
4    A.  Yes, I do.
5    Q.  What's your understanding of what the EPA point
6 source summation method of intensity calculations?
7    A.  I don't know anymore.
8    Q.  Okay.  Could you look at Exhibit 2 to the deposition
9 of Lee Mansfield, the UV spec for this project?
10   A.  I am looking at Exhibit 2.
11   Q.  Okay.  If you look at page 4 which is -- and in
12 particular 2.3.B.4, which has the minimum dose requirement,
13 let me just read it, the first sentence of the first two
14 sentences of four.  "Minimum dose of 140 milliwatts seconds
15 per centimeter squared at maximum flow and 100 milliwatt
16 seconds per centimeter squared at peak flow.  Dosage
17 calculated using the point source summation method."
18       Do you see that?
19   A.  Yes, I see that.
20   Q.  Did you prepare that specification?
21   A.  I don't recall if I wrote that.
22   Q.  Do you know what is intended when it says, "Dosage
23 calculated using the point source summation method"?
24   A.  I think its exactly what it says.
25   Q.  Well, how does that relate to the EPA point source

156

1   summation method that's referred to at page B02265 of Exhibit
2   8 to your deposition?
3       A.   One has "EPA" in front of it.
4       Q.   Right, but is it referring to the same thing or not?
5       A.   It looks like the same method.
6       Q.   Okay.
7       A.   Point source summation method, point source .
8   summation method.
9       Q.   When you completed your work on the UV spec for
10  Wahiawa, did you intend that the dosage requirement described
11  in 2.3.B.4 had to be calculated using the EPA point source
12  summation method?
13      A.   I don't remember if that was my intent.
14      Q.   Okay.  But in any event, according to this document
15  submitted by Trojan, it does not use the EPA point source
16  summation method for calculating intensity for the Trojan
17  4000, right?
18      A.   That's what the statement says.
19      Q.   Did you know that at the time that the specification
20  was being drafted?
21      A.   I don't remember that.
22      Q.   Did you -- do you recall ever being aware of that
23  prior to today?
24      A.   I remember Trojan having their own method of
25  calculating dosage.  That's what I remember.

157

1    Q.    Okay.  So it was different from what the spec called
2  for?
3    A.    I remember they had their own method.
4    Q.    Okay.  Well, did you give any thought to how you
5  would ever be able to determine whether any particular size
6  and array of Trojan System UV4000 was adequate to deliver the
7  dose required in the specifications?
8    A.    I don't remember if I gave any thought to that.
9    Q.    Okay.  And if what ended up happening with regard to
10 the Trojan equipment that was installed at Wahiawa is that
11 Trojan simply made a submittal, claimed that it was sized
12 adequately to provide a certain dosage, but did not share
13 their calculations of their program with anybody at GMP or the
14 City, then they were able to get approval without having been
15 subjected to the sort of scrutiny that you subjected Ultra
16 Tech to, right?
17         MR. SUTTON:  Object to the form.
18         THE WITNESS:  I don't know if Trojan submitted a
19 submittal and their calculations were not shared.
20 BY MR. SCHULMEISTER:
21   Q.    But if that's what happened -- well, never mind,
22 strike that.
23         Are you aware of any test data ever having been
24 supplied by Trojan to GMP demonstrating that Trojan 4000 had
25 ever been tested and proven to be able to deliver the minimum

```
                                                              158
 1   doses that are required in 2.3.B.4 of the Wahiawa
 2   specification?
 3        A.   I don't recall any test data being supplied to GMP.
 4        Q.   Okay.  Is there any reason why you can think of why
 5   Trojan would not have to supply such data in order to get its
 6   equipment approved by GMP, but Ultra Tech would?
 7        A.   No, I cannot think of a reason.
 8        Q.   Do you know, by the way, whether the Trojan 4000
 9   installed in Wahiawa is delivering the doses required by the
10   specification?
11        A.   No, I do not know.
12        Q.   You've never heard that it's been failing to do
13   that?
14        A.   No, I have not heard that.
15        Q.   Had you ever heard that there were problems with
16   Trojan 4000UV Systems installed in the State of Washington
17   where bioassay test results were indicating that the
18   calculated dosages that Trojan was claiming to be able to
19   deliver weren't actually being delivered?
20        A.   I don't recall hearing that.
21        Q.   Okay.  Do you recall being aware of the fact that
22   the Title 22 Guidelines in California were revised?
23        A.   I have heard of that.
24        Q.   And that the Trojan 4000 was not able to satisfy the
25   State of California that it could deliver the required dosages
```

211

1    A.    Not that I remember.
2    Q.    Did IDI seek a presubmittal substitution --
3    withdrawn.
4          Did IDI submit a prebid substitution request?
5    A.    I didn't see any.
6    Q.    Do you know why?
7    A.    No, I don't know why.
8    Q.    Well, you had discussions back and forth with IDI
9    regarding this project, correct?
10   A.    I had discussions with IDI, yes.
11   Q.    That's what generated them giving you a quote,
12   correct?
13   A.    Yes.
14   Q.    And the IDI quote was less than the Trojan quote,
15   correct?
16   A.    Yes, it was.
17   Q.    Were there any discussions with IDI as to why they
18   didn't submit a prebid substitution request?
19   A.    I don't recall any discussions.
20   Q.    Do you recall anything about why IDI didn't submit a
21   prebid substitution request?
22   A.    No, I don't recall why they didn't.
23   Q.    Who was the point person at IDI with whom you had
24   these discussions regarding the quote?
25   A.    That I don't remember.

```
                                                                  212
 1      Q.    Did there come a point in time where GMP informed
 2   IDI that it was going to go with the Trojan system?
 3      A.    I don't recall if GMP informed IDI of that.
 4      Q.    Well, did anyone inform IDI that the spec was going
 5   to be constructed around the Trojan system?
 6      A.    I don't recall if anyone said that to IDI.
 7      Q.    Did IDI ever learn that the specification was going
 8   to be built around the Trojan system?
 9      A.    I am not aware of what IDI learned.
10      Q.    Do you know a Michael Dimitrou, D-I-M-I-T-R-O-U?
11      A.    No, I don't know him.
12      Q.    Have you ever heard of him?
13      A.    I don't remember his name.
14      Q.    Do you remember the name Mervyn Bowen, B-O-W-E-N?
15      A.    No, I don't remember that name Mervyn.
16      Q.    Do you remember the name William Moore?
17      A.    No, I don't remember William Moore.
18      Q.    Do you remember Chris Keever?
19      A.    I remember Chris Keever.  I think I met him once.
20      Q.    Do you remember Industrial National -- withdrawn.
21            Do you remember Al Pristera?
22      A.    No, I don't remember Al Pristera.
23      Q.    Where did you meet Mr. Keever?
24      A.    I think I met him at a conference.
25      Q.    Now, was it one person or more than one that you
```