**Post-it® Fax Note** 7671 | Date 10/30/99 | # of pages ▸ 02
To Lee Mansfield | From Dennis Kanoshiro
Co./Dept. GMP | Co. DDC/1 DE
Phone # 521-4711 | Phone # 527-5848
Fax # 538-3269 | Fax #

Lee,

Per our tele con.

I am sending attached excerpt from Brown & Caldwell report. It is only a draft but it shows UV systems that may be viable. If they do not meet your requirements and we only have one qualifier, please call us soon to get a "sole source" approval.

Dennis
x5848

**EXHIBIT 44**

C&C/Bodell
CH 01040

One advantage of low pressure lamps is that they are more efficient at converting electrical energy to UV light at germicidal wavelengths. Roughly 30 to 35% of the low pressure lamp input energy is converted to germicidal energy. Medium pressure lamps emit up to four times more germicidal energy, but are less energy efficient than low pressure lamps. The medium pressure, high intensity lamps have efficiencies of 5 to 7% at 254 nm (WEF 1996). The efficiency is higher when the overall polychromatic spectrum is considered. A comparison of lamp types and cleaning system characteristics is shown in Table 8-2.

### Table 8-2. UV Lamp and Cleaning System Characteristics

| Lamp Technology | Approx. Equivalent Number of LPLI lamps | Approx. Arc Length, (in.) | Manufacturer | Lamp Input Power, (W) | Automatic Cleaning System |
|---|---|---|---|---|---|
| Low pressure, low intensity (LPLI) | 1 | 58 | (multiple) | 85 | none |
| Low pressure, high output | 3 to 5 | 56 to 58 | PCI-Wedeco | 250 | Mechanical |
| | | | Trojan | 250 | Combined [3] |
| Low pressure, high intensity | 20 [1] | 39 | Ultra Guard | 1,300 | Combined |
| Medium pressure, high intensity | 16 | 10 to 25 | Aquionics [2] | 5,000 | Mechanical |
| | | | Calgon | 5,000 | Mechanical |
| | | | Trojan | 2,800 | Combined |

Note: Only the low pressure, high intensity and medium pressure, high intensity systems meet recommended criteria for automatic chemical & mechanical cleaning.
(1) Information supplied by manufacturer
(2) Closed channel configuration
(3) Combined chemical and mechanical cleaning system

**Cleaning System.** Automatic chemical and mechanical self-cleaning features are necessary for a UV system at the Sand Island WWTP. Manual removal and cleaning of lamp sleeves would be very labor intensive because of the frequent cleaning requirements expected with this low quality effluent. Because of the low UVT and high design flow there will be thousands of lamps needed in this large system. An automatic cleaning mechanism can be timed to clean on frequent intervals, assuring a clean lamp sleeve which will allow optimum UV intensity to the effluent. The automatic cleaning system