```
                              TRANSACTION REPORT
                                                          DEC-17-99 FRI 13:00

         SEND(M)

  DATE  START RECEIVER        TX TIME PAGES TYPE          NOTE           M# DP

  DEC-17 12:54 DEPT DESIGN CON IDE   6'49"  12  SEND        ( M) OK             096


                        TOTAL              6M 49S  PAGES:    12
```
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx



# FACSIMILE TRANSMITTAL

| TO: (Company and Address) Division of Infrastructure Design & Engineering Department of Design & Construction 650 South King Street, 14th floor Honolulu, HI 96813 | Name: Mr. Guy Inouye | Fax No.: 523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>    1100 Alakea Street, Suite 1800<br>    Honolulu, Hawaii 96813<br><br>Client Number:    2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii Date:    December 17, 1999<br><br>Hawaii Time: | Total No. of Pages (Including this Page)<br><br>12 |

Remarks:


STONE EXHIBIT
38
6-3-05

**EXHIBIT 45**            OPT-02357



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813<br><br>cc: (Company and Address) | Name:<br><br>Mr. Guy Inouye<br><br><br>Name: | Fax No.:<br><br>523-4642<br><br><br>Fax No.: |
|---|---|---|
| From: GMP Associates, Inc.<br>    1100 Alakea Street, Suite 1800<br>    Honolulu, Hawaii 96813<br><br>Client Number:        2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>  (808) 521-4711<br><br>Fax Number:<br>  (808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir<br>Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii<br>Date:     December 17, 1999<br><br>Hawaii<br>Time: | Total No. of Pages<br>(Including this Page)<br><br>12 |

**Remarks:**

## MATERIAL SUBSTITUTION REQUEST

Date: November 23, 1999

Substitution Requested By:
    Company: Engineered Systems
    Address: P.O.Box 865, Kailua, HI 96734
    Contact: Paul Scott                    Phone: (808) 263-2232
                                          Fax:   (808) 263-3928

Date of Material Substitution Request Letter: November 19, 1999

Project: Wahiawa WWTP Effluent Reuse & Outfall Adjustment
                                          Job W10-99

Specification Section: 11376
Specified Items:  UV Disinfection
Approved Manufacturer/Model: Trojan Tech

Substitute Manufacturer/Model: Ultratech Systems
Stated Deviations: Low Pressure in lieu of medium pressure

Recommendations:

☐    Based on information provided, the above item may be considered
     equal to the brand specified.  This consideration does not
     relieve the Contractor nor the Supplier of their responsibility
     to meet the requirements of the Contract Documents

☐    Based on information provided, the above item may be considered
     equal to the brand specified, under the following conditions:
     _____
     _____

     _____

     This consideration does not relieve the Contractor nor the
     Supplier of their responsibility to meet the requirements of the
     Contract Documents.

☒    Based on information provided, the above item may not be
     considered equal to the brand specified due to:
     Insufficient information to determine suitabilty.  Supplier shall
     provide engineering information to demonstrate that this unit meets
     or exceeds each major requirement of the spec.  Specifically, show
     that the low pressure unit fits in this space indicated on the
     drawings, provide information on the proposed dose pacing system
     and give details on the cleaning system, in addition to other
     requirements.  Supplier has only provided sales brochures.

Review by:    LAM, GMP Associates

OPT-02359