DEPARTMENT OF DESIGN AND CONSTRUCTION

# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET, 2ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4564 • FAX: (808) 523-4567
WEB SITE ADDRESS: www.co.honolulu.hi.us

JAN 12 2000



JEREMY HARRIS
MAYOR

GARY Q. L. YEE, AIA
ACTING DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

IDEP 00-009

January 12, 2000

MEMORANDUM

TO:     MR. SILVESTRE L. ULEP, CHIEF
        DIVISION OF ENVIRONMENTAL QUALITY
        DEPARTMENT OF ENVIRONMENTAL SERVICES

FROM:   JAMES K. HONKE, CHIEF
        DIVISION OF INFRASTRUCTURE DESIGN AND ENGINEERING

SUBJECT: REQUEST FOR STATUS UPDATE, WAHIAWA WASTEWATER
         TREATMENT PLANT MODIFICATION AND EFFLUENT DISPOSAL

The Wahiawa WWTP Effluent Reuse and Reservoir Outfall Adjustment project was advertised on November 15, 1999. The bid opening was on December 16, 1999. The low bidder is Bodell Construction, and they will construct the following for $10,798,513.90.

| Facility/Process | Projected Completion |
|---|---|
| Outfall Replacement | February 28, 2001 |
| Sand Filters and Disinfection System | February 28, 2001 |
| Secondary Clarifier Replacement | February 28, 2001 + 180 days |

The UV equipment is intended to be furnished by the City through a separate bid and installed by the contractor by the date stated above for the disinfection facility.

Should you have any questions, please call Dennis Kaneshiro at Extension 5848.

DK:pto

**EXHIBIT 46**

C&C/Bodell
CH 01412