To: "HAMADA,CYRIL","KANESHIRO,DENNIS"
From: Guy
Subject: wahiawa wwtp
Date: 2/28/00    Time: 10:46a

can we meet to discuss the Wahiawa project.

we need to discuss the execution of construction contract; permits (bldg, NPDES, ); UV equipment; consultant SDBC; coordination of discussion with Dole (ROE, Dewatering).   thank you.

*[Handwritten notes in margin:]* I'm free all Tues. 2/29. When will you be available? Dennis Sorry 9-11 taken on 2/29.

*[Handwritten notes on page:]* 2:00 29 Feb 00 — ROE request ? Description, Jerry Iwata? → Contractor info — Jay Stone NPDES — UV procurement — GMP to hmole

---

**EXHIBIT 47**

C&C/Bodell
CH 00285