Please provide status of what you are doing for the rebid. Also, what are your plans to complete the work. Include a schedule.
Dennis

**Kaneshiro, Dennis**

**From:** Inouye, Guy
**Sent:** Monday, April 03, 2000 3:01 PM
**To:** Kaneshiro, Dennis
**Subject:** wahiawa wwtp

do you know how the UV rebid issue is going. i got a call from Lee Mansfield asking about status (i previously spoke to Lee). i've also seen Scotty in the office. i'm wondering what approach is being taken if GMP is not assisting.

I recall in our meeting w/ Guy that Guy said that UV specs for rebid would be prepared by GMP.

I also stated in that meeting that the WEA UV disinfection conference had a paper on model specs for procurement in an competitive environment. I have not gotten any copies of the proceedings yet. According to Peter Ono the proceedings are scheduled to be delivered in Mid April

CH 4 Apr MM

UV bid issue is ours. We need to execute on schedule. We have option to use GMP, up to us. Dennis

**EXHIBIT 48**

C&C/Bodell
CH 01554