

# HAWAII ENGINEERING SERVICES

2234 HOONEE PL. HONOLULU, HI 96819 •PH:(808) 262-7773 •FAX: 262-7768 •mike@hiengineering.com

## FAX

June 5, 2000                                                        Page 1 of 1

To: GMP Assoc.

Att: Lee Mansfield

Re: Wahiawa UV – puzzle piece #32

Lee, here is the information you requested regarding headloss:

|                              | Design 1 | Design 2 | Design 3 |
|------------------------------|----------|----------|----------|
| Number of Channels           | 1        | 1        | 2        |
| Number of Banks per Channel  | 5        | 8        | 5        |
| Number of Modules per Bank   | 20       | 25       | 20       |
| Number of Lamps per Module   | 16       | 8        | 8        |
| Total Number of Lamps        | 1600     | 1600     | 1600     |
| Number of Redundant Banks    | 1        | 1        | 2        |
| Upstream Water Level (in)*   | 49       | 26.3     | 25       |
| Headloss per Bank (in)       | 0.1      | 0.23     | 0.1      |

\* Includes 1.5" headloss allowance for downstream weir. Actual project weir design will dictate this number.

Regards,

Michael Elhoff

**EXHIBIT 58**

STONE EXHIBIT 39  6-7-05  E7

000072