## Memorandum

To: LAM

From: JMKS

Date: June 27, 2000

Re: UV Dosage Calculations
Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment Services During Construction Submittal Reviews, 2500/30

---

The attached calculations show the dosage at flows of 2.5, 3.5 and 6.5 mgd with three and four banks on-line. Based on my calculations, the UltraTech equipment does not meet the dosage requirement at 6.5 mgd. The time of exposure that I calculated is 2.41 seconds shorter than the time of exposure calculated by UltraTech. In addition, the intensity that I calculated is 382.38 $\mu W/cm^2$ less than the intensity calculated by UltraTech. I also assumed lamp output and sleeve transmittance factors of 0.7 each.



OPT-02137

EXHIBIT 59

GMP Associates, Inc.  6/27/00   10:14 AM
1100 Alakea Street, Suite 1800  UVCALC.XLS    Check Intensity
Honolulu, HI 96813

| | |
|---|---|
| Project: | Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment |
| Job No: | 2500/30 |
| Client: | Division of Infrastructure Design and Engineering, Department of Design and Construction, City and County of Honolulu |
| Subject: | Average Intensity in Ultraviolet Disinfection Reactor |

| | | | |
|---|---|---|---|
| Calculations by: | JMKS | Date: | 6/15/00, 6/27/00 |
| Checked by: | | Date: | |

References:
1. HydroQual, Inc. *Users Manual for UVDIS, Version 3.1 UV Disinfection Process Design Manual.* Second draft. Mahwah, NJ: April 1992.
2. United States Environmental Protection Agency. *Design Manual: Municipal Wastewater Disinfection.* EPA/625/1-86/021. GPO: October 1986.

*Sensitivity Analysis*
Determine smallest array size at which boundary effects are negligible.

*Calculate Average Intensity at Given Transmittance for Various Array Sizes*
**Input**

| | |
|---|---|
| Arc length (cm) | 147.32 |
| Centerline spacing, $S_x$ (cm) | 7.62 |
| Centerline spacing, $S_y$ (cm) | 7.62 |
| UV characteristic bank length, $X_b$ (cm) | 147.32 |
| Total flow, Q (Lpm) | 17,081.90 |
| Dispersion coefficient, E (cm$^2$/s) | 100 |
| Quartz sleeve diameter, $D_q$ (cm) | 2.438 |
| Number of banks in series | 3 |
| UV rated power of the lamps, $W_{uv}$ (Watts) | 26.7 |
| Quartz sleeve transparency reduction factor, $F_t$ | 0.7 |
| Lamp output reduction factor, $F_p$ | 0.7 |
| Wastewater transmittance (%) | 55 |

**Output**

| Array Size (X by Y) | $I_{avg}$ (μW/cm$^2$) | Difference from 4 x 4 array (%) |
|---|---|---|
| 4 x 4 | 6,181.02 | 0 |
| 5 x 4 | 6,097.76 | 1.35 |
| 10 x 8 | 5,731.30 | 7.28 |
| 20 x 8 | 5,706.83 | 7.67 |
| 20 x 10 | 5,647.63 | 8.63 |
| 20 x 11 | 4,573.15 | 26.01 |
| 20 x 12 | 28.24 | 99.54 |
| 20 x 14 | 0.53 | 99.99 |
| 20 x 16 | 0.53 | 99.99 |

*Calculate Average Intensity at Various Transmittance Values for Various Array Sizes*

OPT-02138

| GMP Associates, Inc. | 6/27/00    10:14 AM |
|---|---|
| 1100 Alakea Street, Suite 1800 | UVCALC.XLS    Check Intensity |
| Honolulu, HI 96813 | |

Project: **Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment**
Job No: **2500/30**
Client: **Division of Infrastructure Design and Engineering, Department of Design and Construction, City and County of Honolulu**
Subject: **Average Intensity in Ultraviolet Disinfection Reactor**

Calculations by: ___JMKS___    Date: ___6/15/00___ , 6/27/00
Checked by: _____    Date: _____

**Input**

| | |
|---|---|
| Arc length (cm) | 147.32 |
| Centerline spacing, $S_x$ (cm) | 7.62 |
| Centerline spacing, $S_y$ (cm) | 7.62 |
| UV characteristic bank length, $X_b$ (cm) | 147.32 |
| Total flow, Q (Lpm) | 17,081.90 |
| Dispersion coefficient, E (cm$^2$/s) | 100 |
| Quartz sleeve diameter, $D_q$ (cm) | 2.438 |
| Number of banks in series | 3 |
| UV rated power of the lamps, $W_{uv}$ (Watts) | 26.7 |
| Quartz sleeve transparency reduction factor, $F_t$ | 0.7 |
| Lamp output reduction factor, $F_p$ | 0.7 |

**Output**

| Array Size | $I_{avg}$ (μW/cm$^2$) at Wastewater Transmittance Shown | | | | | |
|---|---|---|---|---|---|---|
| (X by Y) | 100% | 90% | 80% | 70% | 65% | 55% |
| 4 x 4 | 37,323.02 | 20,848.03 | 13,377.96 | 9,437.60 | 8,118.65 | 6,181.02 |
| 6 x 6 | 41,644.77 | 21,904.74 | 13,374.06 | 9,062.11 | 7,658.24 | 5,639.37 |
| 8 x 8 | 44,175.04 | 22,651.48 | 13,622.81 | 9,151.07 | 7,720.18 | 5,669.45 |
| 10 x 8 | 44,767.41 | 22,884.30 | 13,728.82 | 9,221.08 | 7,776.65 | 5,723.37 |
| 12 x 8 | 45,026.99 | 23,110.15 | 13,879.47 | 9,324.35 | 7,863.94 | 5,787.16 |
| 20 x 8 | 45,482.42 | 23,201.15 | 13,860.07 | 9,266.57 | 7,796.30 | 5,706.83 |

| Array Size | % Difference from 4 x 4 Array at Wastewater Transmittance Shown | | | | | |
|---|---|---|---|---|---|---|
| (X by Y) | 100% | 90% | 80% | 70% | 65% | 55% |
| 4 x 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 x 6 | (11.58) | (5.07) | 0.03 | 3.98 | 5.67 | 8.76 |
| 8 x 8 | (18.36) | (8.65) | (1.83) | 3.04 | 4.91 | 8.28 |
| 10 x 8 | (19.95) | (9.77) | (2.62) | 2.29 | 4.21 | 7.40 |
| 12 x 8 | (20.64) | (10.85) | (3.75) | 1.20 | 3.14 | 6.37 |
| 20 x 8 | (21.86) | (11.29) | (3.60) | 1.81 | 3.97 | 7.67 |

Note: Values in parentheses indicate an increase in average intensity

OPT-02139

GMP Associates, Inc.  
1100 Alakea Street, Suite 1800  
Honolulu, HI 96813

6/27/00    10:14 AM  
UVCALC.XLS    Check Intensity

Project: **Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment**  
Job No: **2500/30**  
Client: **Division of Infrastructure Design and Engineering, Department of Design and Construction, City and County of Honolulu**  
Subject: **Average Intensity in Ultraviolet Disinfection Reactor**

Calculations by:    JMKS    Date:    6/15/00, 6/27/00  
Checked by:            Date:

*Calculate % difference from 6 x 6 at Wastewater Transmittance Shown*

| Array Size (X by Y) | % Difference from 6 x 6 Array at Wastewater Transmittance Shown | | | | | |
|---|---|---|---|---|---|---|
|  | 100% | 90% | 80% | 70% | 65% | 55% |
| 6 x 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 x 8 | (6.08) | (3.41) | (1.86) | (0.98) | (0.81) | (0.53) |
| 10 x 8 | (7.50) | (4.47) | (2.65) | (1.75) | (1.55) | (1.49) |
| 12 x 8 | (8.12) | (5.50) | (3.78) | (2.89) | (2.69) | (2.62) |
| 20 x 8 | (9.22) | (5.92) | (3.63) | (2.26) | (1.80) | (1.20) |

Based on above calculations, the smallest array size at which boundary effects become negligible is 6 x 6. Use average intensity for 6 x 6 array to calculate dosage.

*Calculate Dosage*  
Dosage = $F_p \times F_t \times t \times I_{avg}$ where  
$F_p$ =    Lamp output (0.7)  
$F_t$ =    Lamp sleeve transmittance (0.7)  
$t$ =    Time of exposure (seconds)  
$I_{avg}$ =    Average intensity as calculated above ($\mu W/cm^2$)

**Physical Dimensions**

| UV Bank | | Lamp | |
|---|---|---|---|
| Length = | 63 inches | Arc Length = | 58 inches |
|  | 5.25 feet |  | 4.83 feet |
| Width = | 61 inches |  |  |
|  | 5.08 feet | UV Volume = | 98.28 cf (without subtracting lamps) |
| Depth = | 48 inches |  |  |
|  | 4.00 feet | O.D. sleeve = | 0.96 inches |
|  |  |  | 0.08 feet |
|  |  | Lamps down | 16 |
|  |  | Lamps across | 20 |
|  |  | UV Volume/lamp = | 0.02 cf |
|  |  | Net UV volume = | 90.50 cf per bank |
|  |  |  | 271.51 cf for 3 banks |
|  |  |  | 362.01 cf for 4 banks |

OPT-02140

GMP Associates, Inc.  6/27/00   10:14 AM
1100 Alakea Street, Suite 1800  UVCALC.XLS   Check Intensity
Honolulu, HI 96813

**Project:** Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment
**Job No:** 2500/30
**Client:** Division of Infrastructure Design and Engineering, Department of Design and Construction, City and County of Honolulu
**Subject:** Average Intensity in Ultraviolet Disinfection Reactor

**Calculations by:** JMKS   **Date:** 6/15/00, 6/27/00
**Checked by:** _____   **Date:** _____

| Flow (mgd) | Flow (gpm) | Flow (cfs) | $I_{avg}$ | Time (seconds) 3 Banks | Time (seconds) 4 Banks | Dosage ($\mu W\text{-}s/cm^2$) 3 Banks | Dosage ($\mu W\text{-}s/cm^2$) 4 Banks |
|---|---|---|---|---|---|---|---|
| 2.5 | 1,736 | 3.87 | 5,639.37 | 70.19 | 93.58 | 193,949 | 258,599 |
| 3.5 | 2,431 | 5.42 | 5,639.37 | 50.13 | 66.85 | 138,535 | 184,713 |
| 6.5 | 4,514 | 10.06 | 5,639.37 | 27.00 | 35.99 | 74,596 | 99,461 |

OPT-02141