DEC 9 1999

IDEP 99-328

December 6, 1999

Mr. Clifford H. Mookini, Jr.
D&M Industrial Repair Services, Inc.
94-148 Leowaena Street
Waipahu, Hawaii 96797

Dear Mr. Mookini, Jr.,

    Subject:    Wahiawa WWTP Effluent Reuse and
                      Wahiawa Reservoir Outfall Adjustment
                      Substitution Request
                      Job No. W10-99

Based on the material submitted, your request to:

    Substitute Pumpex submersible backwash and TBS pumps for the specified Chicago pumps is conditionally <u>approved for bidding purposes only</u> (all exposed nuts and bolts shall be type 316 SS);

    Substitute Pumpex submersible secondary effluent pump for the specified Flygt pump is denied (pump does not meet the specified flow/head requirements of 2880 gpm at 32 feet of head).

<u>Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract specifications.</u>

Should you have any questions, please contact Cyril Hamada at 523-4323.

                                              Very truly yours,

                                              JAMES K. HONKE, Chief
                                              Division of Infrastructure Design
                                              and Engineering

CH:gs

**EXHIBIT 64**

C&C/Bodell
CH 01237

IDEP 99-330

December 6, 1999

Mr. Nestor Puesta
Division X
1188 Bishop Street, Suite 3206
Honolulu, Hawaii 96813

Dear Mr. Puesta:

Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted, your request to:

Substitute American Safety tread type 3511 for the specified Wooster Products type 321 is approved for bidding purposes only;

Substitute Industrial Wall louvers model 655XPHD for the specified Construction Specialties is approved for bidding purposes only;

Substitute Bradely toilet and bath accessories for the specified Bobrick is approved for bidding purposes only;

Substitute Cornell overhead coiling door for the specified Cookson is denied (the Cornell has slats of steel which does not meet the specified aluminum slats);

Substitute Metpar toilet partitions for the specified Bobrick is denied (specifications require a solid phenolic core rather than particle board);

Substitute Lyon metal lockers and bench for the specified Republic is denied (specifications call for a hardwood bench rather than a plastic laminated particle board bench).

C&C/Bodell
CH 01239

Mr. Nestor Puesta - 2 - December 6, 1999

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract specifications.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

CH:gs

DEC 9 1999

IDEP 99-333

December 9, 1999

Mr. Douglas Martin
Engineered Systems
P. O. Box 865
Kailua, Hawaii  96734

Dear Mr. Martin:

Subject:  Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted, your request to:

1. Substitute Ingersoll/Dresser 100 MN-A vertical turbine solids handling pump for the specified Fairbanks Morse <u>is approved for bidding purposes only</u>;

2. Substitute Paco for the specified Aurora is denied (3500 rpm exceeds the specified 1750 rpm and pump curve information is insufficient);

3. Substitute Shipco Type 151 pumps for the specified Aurora <u>is approved for bidding purposes only</u> (pumps P-4011 and P-4012). For pumps P-1021 and P-1022, the 1/2 hp exceeds the specified 1/3 hp, therefore, all necessary changes required to accommodate the larger motor must be done by the contractor. For pumps P-6221 and P-6222 the flow rate of 10 gpm at 100-ft TDH cannot be met by the Shipco pump, therefore, substitution is denied for this application;

4. Substitute Monoflow Type B progressive cavity pump for the specified Moyno <u>is approved for bidding purposes only</u> (note: Contractor shall be responsible to install the pumps in the allotted space in the proper spatial orientation);

C&C/Bodell
CH 01289

Mr. Douglas Martin — 2 — December 9, 1999

5. Substitute ABS submersible pumps for the specified Flygt <u>is approved for bidding purposes only</u> (pumps P-2131 and P-2132). For pumps P-1311, P-1312, P-1313, P-1122, P-1221, and P-1222, the motor hp exceeds the specifications, therefore, all necessary changes required to accommodate the larger motors must be done by the Contractor. For pumps P1011 and P-1012 the required flow and head requirements cannot be met, therefore, substitution is denied for the application;

6. Substitute ABS axial flow pumps for the specified Flygt <u>is approved for bidding purposes only</u>;

7. Substitute ABS mixers for the specified Flygt <u>is approved for bidding purposes only</u> (note: the motor hp exceeds the specifications, therefore, all necessary changes required to accommodate the larger motors must be done by the Contractor).

<u>Final approval subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.</u>

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

*[signature]*

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

CH:gs

C&C/Bodell
CH 01290

IDEP 99-336

December 13, 1999

Mr. Christopher Hong
H2O Pacific, Inc.
P. O. Box 6102
4296 Halupa
Honolulu, Hawaii  96818

Dear Mr. Hong:

    Subject:    Wahiawa WWTP Effluent Reuse and
                      Wahiawa Reservoir Outfall Adjustment
                      Substitution Request
                      Job No. W10-99

Based on the material submitted, your request to substitute Westech secondary clarifier for the specified Eimco is approved for bidding purposes only.

The Westech dissolved air flotation thickener system is approved for bidding purposes.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

                                            Very truly yours,

                                            JAMES K. HONKE, Chief
                                            Division of Infrastructure Design
                                                and Engineering

CH:jp

IDEP 99-337

December 13, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted, your request to:

Substitute Hi-Tech secondary clarifier for the specified Eimco <u>is approved for bidding purposes only</u>;

Substitute US Filter Zimpro sand filter for the specified Parkson, Waterlink, or Andritz-Ruther is denied. The planning consultant engineer, Brown and Caldwell, and the design consultant engineer, GMP Associates, both feel that the pulsed bed filter is not the best technology for this application. Therefore, your substitution request cannot be considered an equal.

The Hi-Tech dissolved air flotation thickener system is approved for bidding purposes.

<u>Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.</u>

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

*[signature]*

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

CH:jp

C&C/Bodell

CH 01330