IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>　　　　Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document was served upon the following parties by hand-delivery or electronically through CM/ECF as noted below:

**RICHARD C. SUTTON, JR., ESQ.**　　　　(ELECTRONICALLY)
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii  96813
(rsutton@silawgroup.com)

Attorneys for Defendant
OHIO PACIFIC TECH INC.

ImanageDB:642562.2

| | |
|---|---|
| **BERT KOBAYASHI, JR., ESQ.**<br>**GEORGE GUSMAN III, ESQ.**<br>Kobayashi Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br>　　and | **(HAND DELIVERY)** |
| **CARRIE K. OKINAGA, ESQ.**<br>**MAILE R. CHUN, ESQ.**<br>Department of the Corporation Counsel<br>City and County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br>(mchun@honolulu.gov) | **(ELECTRONICALLY)** |

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

| | |
|---|---|
| **ADAM R. BIALEK, ESQ.**<br>Wilson, Elser, Moskowitz,<br>　Edelman & Dicker LLP<br>3 Gannet Drive<br>White Plains, New York 10604<br>(Adam.Bialek@wilsonelser.com) | **(ELECTRONICALLY)** |

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

| | |
|---|---|
| **ADRIAN W. ROSEHILL, ESQ.**<br>**OWEN H. MATSUNAGA, ESQ.**<br>**ALAN J. MA, ESQ.**<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813 | **(HAND DELIVERY)** |

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.

DATED: Honolulu, Hawaii, April 13, 2006.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        _____
        DAVID SCHULMEISTER
        KRISTIN S. SHIGEMURA
        Attorneys for Plaintiff
        BODELL CONSTRUCTION COMPANY