```
 1 | Adrian W. Rosehill (        )
   | GERSON & HIENEMAN
 2 | American Savings Bank Tower
   | 1001 Bishop street, Suite 780
 3 | Honolulu, Hawaii 96813
   | Telephone:  (808) 524-4800
 4 | Facsimile:  (808) 537-1420
 5 | Adam Bialek (Pro Hac Vice Application Pending)
   | WILSON, ELSER, MOSKOWITZ,
 6 | EDELMAN & DICKER LLP
   | 3 Gannett Drive
 7 | White Plains, New York  10604-3407
   | Telephone: (914) 323-7000
 8 | Facsimile: (914) 323-7001
   | Adam.Bialek@WilsonElser.com
 9 |
   | Attorneys for Defendant
10 | ULTRATECH SYSTEMS, INC.
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

LODGED
APR 1 2 2006
12:20 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | Case No.: CV03-00706-HG-LEK<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ADAM BIALEK FOR ADMISSION *PRO HAC VICE*<br><br>Action filed:<br>Trial date: |

The Court, having read the moving papers, and no opposition having been filed, and good cause appearing therefore, ORDERS, ADJUDGES AND DECREES that Defendants' Application for Admission *Pro Hac Vice* is granted. Adam Bialek, Esq. may appear as counsel *pro hac vice* in the above-captioned action.

IT IS SO ORDERED.

Signed on April 12, 2006.

By: _____
The Honorable Judge of the District
Court of Hawaii

[Proposed] Order Granting Application of Adam Bialek for Admission Pro Hac Vice

1122640.1