Adrian Rosehill (3868)
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Attorneys for Engineered Systems, Inc.

James D. Boughey (HSB No. 6546)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street
San Francisco, California 94105-2725
Attorneys for UltraTech Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants.<br><br>-AND RELATED ACTIONS- | Civil No. 03-00706 (JMS/LEK)<br><br>AFFIDAVIT OF ADRIAN W. ROSEHILL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br><br>**TRIAL DATE: October 17, 2006** |

AFFIDAVIT OF ADRIAN W. ROSEHILL

STATE OF HAWAII            )
                           ) SS.
CITY AND COUNTY OF HONOLULU )

ADRIAN W. ROSEHILL, being first duly sworn on oath, deposes and states that:

1. I am one of the attorneys for Defendant/Cross-Claim Plaintiff Engineered Systems, Inc., I am licensed to practice law in the State of Hawaii, and have been admitted to practice law before this Court. I have personal knowledge of and I am competent to testify to the matters stated herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Greg Ellner which is offered in support of: (1) Affirmation in Opposition by Cross-Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc., to Defendant/Counterclaimant Ohio Pacific Tech Corporation Inc., f/k/a GMP Associates' Motion For Summary Judgment; and (2) Reply Affirmation; Cross-Claim Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. against Defendant Cross-Claim Plaintiff/Defendant City and County of Honolulu's Motion for Summary Judgment filed herein.

3. The original of the affidavit shall be filed upon receipt and served upon all parties.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ADRIAN W. ROSEHILL

Subscribed and sworn to before me
this 13th day of April, 2006.

_____
Notary Public, State of Hawaii
L.S.  BETTY T. KEANAAINA
My commission expires: 6-17-2009

2