UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants.<br><br>-AND RELATED ACTIONS- | Civil No. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing Affidavit of Greg Ellner was duly served on the parties listed below, at their last known address by hand delivery or by U.S. mail, postage prepaid, addressed as follows:

TO:  BERT T. KOBAYASHI, JR., ESQ.
 RONALD T. OGOMORI, ESQ.
 GEORGE GUSMAN, ESQ.
 Kobayashi, Sugita & Goda
 999 Bishop Street, Suite 2600
 Honolulu, Hawaii 96813

 and

 CARRIE K. OKINAGA, ESQ.
 Corporation Counsel
 MAILE R. CHUN, ESQ.
 Deputy Corporation Counsel
 City and County of Honolulu
 Honolulu Hale
 530 South King Street, Rm. 110
 Honolulu, Hawaii 96813

3

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.


DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

DATED: Honolulu, Hawaii; April 13, 2006.

_____
ADRIAN W. ROSEHILL

Attorney for Third-Party Defendant/Cross-
Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party
Defendant/Cross-Claim Plaintiff
Ultra-Tech Systems, Inc.
For This Motion*
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813

Of Counsel:

Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.

4