ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262

Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH CORPORATION
 fka GMP ASSOCIATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at 3 o'clock and 09 min. P M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation, <br><br> Defendants. | CIVIL NO.  CV03-00706 HG-LEK <br><br> **SEPARATE AND CONCISE STATEMENT IN SUPPORT OF DEFENDANT, CROSS-CLAIM DEFENDANT, CROSS-CLAIM PLAINTIFF OHIO PACIFIC TECH CORPORATION, INC'S MEMORANDUM IN OPPOSITION TO CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., and THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY & COUNTY OF HONOLULU AND OHIO PACIFIC TECH f/k/a GMP ASSOCIATES, INC., ON UTS' AND ESI'S CROSS-COMPLAINTS AND DISMISSING THE CROSS-CLAIMS BROUGHT AGAINST** |

CITY AND COUNTY OF
HONOLULU,

                Defendant,
                Cross-Claim Plaintiff,
                Cross-Claim Defendant

      vs.

ULTRATECH SYSTEMS, a Foreign
Corporation,

                Defendant,
                Cross-Claim Defendant,
                      Cross-Claim
Plaintiff,

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
Corporation,

                Defendant,
                Cross-Claim Plaintiff
                Cross-Claim Defendant

      vs.

ULTRATECH SYSTEMS, a Foreign
Corporation

                Defendant,
                Cross-Claim Defendant,
                      Cross-Claim
Plaintiff,

**UTS AND ESI BY THE CITY AND
GMP**; **DECLARATION OF RICHARD
C. SUTTON, JR.; DECLARATION OF
LEE MANSFIELD; DECLARATION OF
RICHARD C. SUTTON, JR.;
EXHIBITS "A" THROUGH "N";
CERTIFICATE OF SERVICE**

**<u>Hearing</u>:**
Date:      May 1, 2006
Time:      9:00 a.m.
Judge:     Hon. J. Michael Seabright

**<u>Trial</u>:**
Date:      October 17, 2006
Time:      9:00 a.m.
Judge:     Hon. J. Michael Seabright

**DEFENDANT, CROSS-CLAIM DEFENDANT, CROSS-CLAIM
PLAINTIFF OHIO PACIFIC TECH CORPORATION, INC'S
MEMORANDUM IN OPPOSITION TO CROSS-CLAIM
DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH
SYSTEMS, INC., and THIRD-PARTY DEFENDANT/CROSS-
CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY
& COUNTY OF HONOLULU AND OHIO PACIFIC TECH f/k/a
GMP ASSOCIATES, INC., ON UTS' AND ESI'S CROSS-
COMPLAINTS AND DISMISSING THE CROSS-CLAIMS
BROUGHT AGAINST UTS AND ESI BY THE CITY AND GMP**

Pursuant to Rule 56.1 of the Rules of the United
States District Court for the District of Hawaii, Defendant,
Cross-Claim Defendant, Cross-Claim Plaintiff OHIO PACIFIC
TECH CORPORATION, INC. f/k/a GMP ASSOCIATES, INC.'s
("GMP"), by and through its undersigned attorneys, hereby
submits its Separate and Concise Statement of Facts in
support of its Memorandum In Opposition To Cross-Claim
Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc.
("UTS"), and Third-Party Defendant/Cross-Claim Plaintiff
Engineered Systems, Inc.'s ("ESI") Motion For Partial Summary
Judgment Against The City & County Of Honolulu and Ohio
Pacific Tech f/k/a GMP Associates, Inc., On UTS' and ESI's
Cross-Complaints and Dismissing the Cross-Claims Brought
Against UTS and ESI By The City and GMP.

A.  **GMP's RESPONSE TO UTS & ESI's CONCISE STATEMENT OF FACTS.**

| | | |
|---|---|---|
| 1. | Undisputed that the City and County of Honolulu published specifications for public bidding for the construction of an ultraviolet disinfection system at the Wahiawa Wastewater Treatment Plant ("WWTP" or the "Project"). | UTS & ESI's Exhibit 25, Specification Section 11376 |
| 2. | Partially disputed as no specific product or supplier is referenced in the memo. | UTS & ESI's Exhibit 2, Memorandum James Honke, October 23, 1998 |
| 3. | Disputed. GMP used the Trojan 4000 system as the basis of design and the specifications submitted by Trojan were substantially modified by GMP in the Specifications Section 11373. | Declaration of Lee Mansfield ( ("Mansfield dec") at ¶ 6- compare UTS & ESI's Exhibit 3 and UTS & ESI's Exhibit 25,, |
| 4. | Disputed-the Project UV specification is a typical equipment system specification which specifies both the performance required of the equipment and details of the equipment to be provided by the contractor. | Exhibit N, Declaration of Bruce A. Bell ¶ 3 |
| 5. | Disputed- UTS still had to meet all the requirements of the contract documents including Specification Section 11376 | UTS & ESI' Exhibit 9, Letter from City of Honolulu to Paul Scott, 12/9/99; |
| 6. | Undisputed | UTS & ESI' statement of facts ¶ 6 |

| 7. | Disputed-document does not support contention- no mention of GMP or Hawaii Engineering Services, ("HES") | UTS & ESI' Exhibit 12 |
|---|---|---|
| 8. | Disputed- document does not identify the other vendor who complained. | UTS & ESI' Exhibit 13 |
| 9. | Disputed-notes of the meeting held amongst the City, GMP, and Bodell on April 27, 2000 states that UTS will be presenting their system and GMP will review it. | UTS & ESI' Exhibit 17, Project Meeting Minutes, April 27, 2000 |
| 10. | Disputed- the request for additional information was by Bodell in letter of May 8, 2000 on first page of UTS package. | UTS & ESI' Exhibit 34, Pre-submittal package |
| 11. | Disputed- no reference in UTS & ESI' exhibits 19, 20, 21 to UTS & ESI' exhibit 34 and information in UTS & ESI' exhibits 19, 20, 21 involves configuration of other installations. | UTS & ESI' Exhibits 19, 20, 21 |

| 12. | Disputed- UTS did not meet the Specifications for the Project in the Pre-submittal or in three submittals | UTS & ESI' Exhibit 22, "Memorandum of June 4, 2000 " and Exhibit K Review Comments September 7, 2000, for Submittal 30; Exhibit L Review Comments November 28, 2000, for Submittal 30B.; Exhibit M Review Comments December 19, 2000, for Submittal 30C; |
|---|---|---|
| 13. | Disputed- documents do not support allegations of meetings at the request of HES between the City, GMP, and HES regarding the rejection of the UTS system. Exhibit 14 refers to a meeting between HES and City "Days after bid opening..." and Exhibit 20 refers to meeting between GMP and HES refers to other installations | UTS & ESI' Exhibits 14, 20. |

| 14. | Disputed- UTS failed to meet specifications on three attempts and UTS admitted could not meet experience requirements. | Exhibit "H" July 7, 2000 e-mail printout from  Greg Ellner of Ultra Tech to Cyril Hamada of the City Exhibit K Review Comments September 7, 2000,for Submittal 30; Exhibit L Review Comments November 28, 2000, for Submittal 30B.; Exhibit M Review Comments December 19, 2000, for Submittal 30C |
| --- | --- | --- |
| 15. | Disputed-UTS did not meet the specifications | Exhibit N— Declaration of Bruce Bell-¶ 7 |

## B.    GMP'S ADDITIONAL STATEMENT OF FACTS IN OPPOSITION

| | FACTS | EVIDENTIARY SUPPORT |
| --- | --- | --- |
| 1. | This litigation arises from the design and construction of the Wahiawa Wastewater Treatment Plant Conversion and Effluent Disposal System including ultraviolet disinfection upgrades (hereinafter "the Project) | Declaration of Lee Mansfield ( ("Mansfield dec") at ¶ 1 |

| 2. | In March of 1999, the City and County of Honolulu retained Calvin Kim & Associates and Brown and Caldwell to prepare a Preliminary Engineering Report, which recommended a medium pressure ultraviolet disinfection system to reduce space requirements and provide a system that automatically self-cleans the light bulbs. | Mansfield dec at ¶ 2<br><br>Exhibit "A" (Preliminary Engineering Report) pg 5-23; 5-24. |
|----|----|----|
| 3. | The City and County of Honolulu retained GMP as the engineering consultant for the design of the Project by contract dated, December 4, 1996. | Mansfield dec at ¶ 3<br><br>Exhibit "B" (Contract for Design) |
| 4. | The City also retained GMP as the construction manager for the Project by separate contract dated, December 30, 1999. Under this contract, GMP was required to determine that the Project was constructed pursuant to the plans and specifications. | Mansfield dec at ¶ 4<br>Exhibit O |
| 5. | On Brown and Caldwell's recommendation and GMP's experience, GMP used as a basis of the design for the project a Trojan 4000 unit, a horizontal lamp medium pressure system. | Mansfield dec at ¶5 |
| 6. | GMP prepared the plans and specification for the Project which used for the Trojan 4000 system as the basis of design and therefore called for the Trojan 4000 system or "equal" for the disinfection system. | Mansfield dec at ¶6<br>Exhibit "C" ("Specifications") at Section 11376, 1.2B "Basis of Design"; 2.1A "Manufacturer". |

| 7. | The usual procedure for substitutions in a project for the City requires approval of an alternate supplier in advance of the contractor submitting bids. | Mansfield dec at ¶7 |
|---|---|---|
| 8. | The City issued a letter on December 9, 1999 stating that Ultra Tech was acceptable for "bidding purposes only" but still had to meet the requirements of the contract documents. | Exhibit "D" , (deposition of Greg Ellner pgs; 144-145 with December 9, 1999 letter from the City to ESI. |
| 9. | Bodell forwarded a Purchase Order to Ultra Tech for a disinfection system in accordance with the Specifications for the Project which Ultra Tech did not sign. | Exhibit "E" June 6, 2000 Purchase Order from Bodell to Ultra Tech |
| 10. | Greg Ellner of Ultra Tech did not recall signing the purchase order. | Exhibit "F" deposition of Greg Ellner pgs. 275-276 |
| 11. | Leroy Humke of Bodell Construction did not receive a signed purchase order from Ultra Tech. | Exhibit "G" deposition of Leroy Humke pgs; 149-150. |
| 12. | Ultra Tech could not supply the horizontal lamp disinfection system required by the Specifications because it could not satisfy the experience requirements of the Specifications | Exhibit "H" July 7, 2000 e-mail printout from Greg Ellner of Ultra Tech to Cyril Hamada of the City |
| 13. | Greg Ellner of Ultra Tech admitted the proposed system could not meet the experience requirement | Exhibit "I" deposition of Greg Ellner pgs; 376-378 |

| 14. | Greg Ellner of Ultra Tech admitted that the UTS System still had to satisfy the requirements of the Project Contract, which included the UV System Specifications | Exhibit "J" deposition of Greg Ellner at pp. 144-146 |
|---|---|---|
| 15. | Greg Ellner of Ultra Tech admitted that UTS did not submit testing data required by Specifications. | Exhibit "J" deposition of Greg Ellner at pp. 236-238 |
| 16. | Ultra Tech made three attempts to comply with Project Specifications and each was rejected for failure to comply with the contract specifications including comment 3 which is the "experience requirement" | Mansfield dec at ¶8 Exhibit K Review Comments September 7, 2000,for Submittal 30; Exhibit L Review Comments November 28, 2000, for Submittal 30B.; Exhibit M Review Comments December 19, 2000, for Submittal 30C; Comment No.3 on K, L, M, is the "experience requirement" under the specifications |

| 17. | GMP prepared a list of deficient items for each submission which Ultra Tech did not meet. | Mansfield dec at ¶16 Exhibit "K" 7, 2000. Exhibit "L" Exhibit "M" Comment 3 on each is "experience requirement". |
| 18. | GMP's rejection of the submittals was proper. | Exhibit "N" Declaration of Bruce Bell, January 9, 2006. ¶ 7 |

DATED:  Honolulu, Hawaii, ___April 13, 2006___

RICHARD C. SUTTON, JR.

Attorney for Defendant, Cross-Claimant-Defendant, Cross-Claim Plaintiff OHIO PACIFIC TECH CORPORATION fka GMP ASSOCIATES