UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>        Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>DECLARATION OF RICHARD C. SUTTON, JR. |
| CITY AND COUNTY OF HONOLULU,<br><br>        Defendant,<br>        Cross-Claim Plaintiff,<br>        Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>        Defendant,<br>        Cross-Claim Defendant,<br>        Cross-Claim Plaintiff, | (Caption Continued) |

| |
|---|
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,<br><br>      Defendant,<br>      Cross-Claim Plaintiff<br>      Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation<br><br>      Defendant,<br>      Cross-Claim Defendant,<br>      Cross-Claim Plaintiff, |

## **DECLARATION OF RICHARD C. SUTTON, JR.**

I, RICHARD C. SUTTON, JR, declare that this Declaration is provided upon personal information and belief and is true to the best of my knowledge.

1. I am an attorney for the law firm of Sakai Iwanaga Sutton, counsel for Defendants OHIO PACIFIC TECH CORPORATION, INC. fka GMP ASSOCIATES, INC. ("GMP") herein.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

2

3.  Attached hereto as Exhibit "D" is a true and correct copy of a portion of the September 1, 2004 deposition of Greg Ellner pgs 3; 144-145 and a true and correct copy of Exhibit 66 to the deposition which is a December 9, 1999 letter from the City and County of Honolulu to Engineered Systems.

4.  Attached hereto as Exhibit "E" is a true and correct copy of a June 6, 2000 Purchase Order from Bodell Construction Company to Ultra Tech.

5.  Attached hereto as Exhibit "F" is a true and correct copy of a portion of the September 2, 2004 deposition of Greg Ellner pgs 172; 174; 271; 276.

6.  Attached hereto as Exhibit "G" is a true and correct copy of a portion of the June 22, 2005 deposition of Leroy Humke pgs 2; 149-150.

7.  Attached hereto as Exhibit "H" is a true and correct copy of a July 7, 2000 e-mail printout from Greg Ellner of Ultra Tech to Cyril Hamada of the City and County of Honolulu.

8. Attached hereto as Exhibit "I" is a true and correct copy of a portion of the June 2, 2005 deposition of Greg Ellner pgs 329; 334; 376-378.

9. Attached hereto as Exhibit "J" is a true and correct copy of a portion of the September 1 2004 and September 2, 2004 deposition of Greg Ellner pgs 144-146; 236-238.

10. Attached hereto as Exhibit "N" is a true and correct copy of the Declaration of Bruce A. Bell, dated January 9, 2006.

11. Attached hereto is a true and correct copy of a Declaration of Lee Mansfield that has been prepared and based on a telephone interview with Mr. Mansfield. Mr. Mansfield is unavailable to sign the declaration in time for the deadline for filing of this memorandum in opposition. The

declaration will be signed and filed by the close of business on Monday, April 17, 2006.

      DATED: Honolulu, Hawaii,   April 13, 2006  .

                                            RICHARD C. SUTTON, JR.