SECTION 11376

ULTRAVIOLET DISINFECTION EQUIPMENT

PART 1   GENERAL

1.1   SCOPE

   A.   Furnish all labor, materials, equipment, and appurtenances required to provide an open channel, gravity flow, ultraviolet (UV) disinfection system complete with a cleaning system, lamps and electronic ballasts. The UV system to be complete and operational with all control equipment and accessories as shown on contract drawings and specified herein. This system shall be capable of disinfecting secondary effluent to meet the water quality standards listed in this section.

1.2   QUALITY ASSURANCE

   A.   Qualification Requirements:

   To be acceptable, the manufacturer shall be able to demonstrate to the satisfaction of the Engineer successful performance of the proposed system at a minimum of five (5) other wastewater locations in the United States.

   The manufacturer shall submit at least five (5) permanent wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one (1) years.

   UV disinfection system shall have been tested and certified to meet California Title 22 or Hawaii R-1 quality water.

   B.   Basis of Design

   The contract drawings and specifications are based on System UV 4000™ medium pressure UV lamp technology manufactured by Trojan Technologies, Inc. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. The Contractor shall submit design drawings to the Engineer for approval, showing proposed changes in the structure, piping, equipment, controls philosophy and wiring due to the use of an alternate system.

   C&C / Bodell
   C003814

1.3   SUBMITTALS

   A.   Submit in accordance with Section 172, engineering drawings showing the following:

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT            11376-1

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

Plaintiff's EXHIBIT 2 Mansfield 2-28-05


EXHIBIT C

1. Complete description in sufficient detail to permit an item comparison with the specifications.
2. Dimensions and installation requirements including layout.
3. Descriptive information including catalog cuts and manufacturers' specifications for all components.
4. Electrical schematics and layouts.
5. Design drawings and structural calculations when the equipment requires any change in structural concrete, whether channel configuration or otherwise, from that indicated in contract drawings. Drawings shall be stamped and signed by a Structural Engineer licensed in the State of Hawaii.

B. UV manufacturer shall submit written third party design validation and test data demonstrating that the system being provided will not have an adverse effect on surrounding plant equipment. EMI/RFI, distributed capacitance effect, skin effect and ground fault circuit interrupt operation shall be addressed in the report.

C. Operation and Maintenance Data: Provide in accordance with Section 170.

1.4 SERVICES OF MANUFACTURER'S REPRESENTATIVE

A. Manufacturer's representative shall provide the following services:
   1. Installation supervision: As required for proper installation, but not less than three (3) full days.
   2. Start-up and field testing: Not less than three (3) full days on site.
   3. Operator training: one (1) full day on site.

B. Service scheduling: By City on request any time during the 1-year warranty period.

1.5 WARRANTY

Warranty shall be in accordance with GENERAL CONDITIONS.

A. Equipment: The equipment furnished under this section shall be free of defects in materials and workmanship, including damages that may be incurred during shipping, storage and installation for a period of one (1) year from date of final acceptance.

B. UV Lamps: The UV lamps shall be fully warranted for a period of one (1) year from date of final acceptance.

C. Performance: The UV disinfection system manufacturer shall provide a written guarantee that the system will meet the

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-2 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |
|---|---|---|
| | | C&C / Bodell |

C003815

performance criteria and test criteria specified. If the system fails to meet the performance criteria or test criteria, the UV disinfection system manufacturer shall take corrective action to remedy any deficiencies at no additional cost to the City. Any proposed remedial action shall be submitted to the Engineer for approval prior to any work being performed.

D. The UV disinfection system manufacturer shall provide a written guarantee that the system will not have an adverse effect on surrounding plant equipment. If the system does have an adverse effect on surrounding plant equipment, the UV disinfection system manufacturer shall take corrective action to remedy any adverse effect on surrounding plant equipment. Any proposed corrective action shall be submitted to the Engineer for approval prior to any work being performed.

PART 2   PRODUCTS

2.1   MANUFACTURER

A. UV system shall be System UV 4000™, as manufactured by Trojan Technologies, Inc. or equal.

B. To be acceptable, alternate UV systems must the following requirements:
   1. Capable of meeting the specified performance requirements, operate in an open channel, be of modular design, use UV lamps with electronic ballasts, and incorporate a cleaning system. UV system shall meet the hydraulic profile shown in the contract drawings. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. If structures and equipment need to be modified to meet the hydraulic requirements of the plant, all cost shall be borne by the Contractor. Contractor shall submit design calculations showing that the hydraulic profile shown in the contract drawings will be met.

   2. Space available at the project site is limited. System must be suitable for installation in the area indicated on the plans, without encroaching on adjacent property lines, roadways, or buried process piping.

C. The UV system being provided shall be furnished with the manufacturer's latest components and equipment available at the time of shipment.

C&C / Bodell
C003816

WAHIAWA WWTP EFFLUENT                          ULTRAVIOLET DISINFECTION
REUSE & WAHIAWA RESERVOIR                                         EQUIPMENT
OUTFALL ADJUSTMENT            11376-3                           250000.052

2.2  GENERAL REQUIREMENTS

   A. Provide a UV disinfection system complete with UV modules, control panel and detection systems as herein specified.

   B. The UV system shall be designed to allow for complete system shut down or bypass.

   C. The system shall be able to continue disinfection while UV lamps, quartz sleeves, and ballasts are replaced. The system shall also be able to continue disinfection while the sleeves are being cleaned.

2.3  PERFORMANCE AND DESIGN REQUIREMENTS

   A. Design Criteria

      1. Provide equipment which shall disinfect an effluent with the following characteristics:

         a. Flow Range:      0.7 MGD (Daily Minimum)
                             2.4 MGD (Daily Maximum)
                             2.5 MGD (Average Dry-Weather Flow)
                             3.5 MGD (Peak Dry-Weather Flow)
                             6.5 MGD (Peak Wet-Weather Flow)

         b. Total Suspended Solids:    0.5 mg/L (Maximum)
         c. Average Turbidity:         2 NTU
         d. Wastewater Transmittance:  55 percent (Minimum)

   B. Performance Requirement

      The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the worst operating conditions:

      1. Not to exceed 2.2/100mL FC, based on a 7-day moving median.
      2. Not to exceed 23/100mL FC more than once during any 30-day period.
      3. Not to exceed 200/100mL FC for any sample.
      4. Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow. Dosage calculated using the point-source summation method.
         a. UV lamp output of more than 70 percent if nominal (new) output.
         b. Transmittance through quartz sleeve not more than 70 percent.
         c. UV dose is achieved with a minimum pf three ultraviolet banks in series.

C&C / Bodell
C003817

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-4 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |

2.4   DESIGN, CONSTRUCTION AND MATERIALS

   A. General:
      1. All metal components shall be type 316 stainless steel.
      2. All material exposed to UV light shall be type 316 stainless steel.
      3. The system shall be designed for complete immersion of the UV lamps including both electrodes and the full length of the lamp in the effluent. Both lamp electrodes shall operate at the same temperature and be cooled by the effluent. The major axis of the UV lamps shall be horizontal and parallel to flow. UV systems that operate with lamps placed perpendicular to the flow are unacceptable.

   B. UV Module:
      1. Each UV module shall consist of UV lamps mounted on type 316 stainless steel frame.
      2. Each lamp shall be enclosed in an individual quartz sleeve, one end of which shall be closed and the other sealed with compressed O-rings.
      3. Electronic ballasts shall be housed integral to each UV Module or separately in the Power Distribution Center.
      4. All wires connecting the lamps to the main power supply shall be enclosed inside the frame of the UV module and not exposed to the effluent.
      5. Each quartz sleeve shall be independently sealed within the module.
      6. The UV module shall be designed such that operating personnel at the plant can change the lamps and quartz sleeves.

   C. UV Lamps:
      1. The filament shall be significantly rugged to withstand shock and vibration.
      2. Lamp bases shall be resistant to UV and ozone.
      3. To be operated by electronic ballasts.

   D. Lamp End Seal and Lamp Holder:
      1. The open end of the lamp sleeve shall be sealed by means of a type 316 stainless steel sleeve nut which threads onto a sleeve cap and compresses the sleeve O-ring.
      2. The sleeve nut surface shall allow for positive tightening.

   E. UV Lamp Sleeves:
      1. Type 214, or equivalent, clear fused quartz tubing.

   F. Fixed Weir Plate
      1. Weirs shall be FRP type. All hardware shall be type 316 stainless steel. Provide neoprene gaskets.

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-5 | C&C / Bodell | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |

C003818

    2. Weir shall be located at the discharge end of channel.
    3. Discharge end weir shall be designed to maintain a minimum effluent level, within tolerance as required to keep lamps submerged.

G. Electrical:
 1. The UV disinfection system shall be divided into electrical sub-systems.
 2. Each bank shall be powered from a Power Distribution Center. Service entrance for power feed termination shall be provided by UV manufacturer.
 3. Maximum total power consumption rating shall be no greater than 1048 kW for the future design peak flow.
 4. Electrical supply to each Power Distribution Center shall be 480 Volts, 60 Hz, 3 phase, 4 wire, 108.1 kVA.
 5. One power feed to each reactor of 120/208V, 3 phase, 4 wire, 5 kVA required for the mechanical systems.
 6. Signal wiring interfacing the UV system and the System Control Center (SCC) shall be as shown on the contract drawings. Required signals interfacing the UV System to the plant's Supervisory Control and Data Acquisition (SCADA) system are shown on the contract drawings.

H. Control and Instrumentation:
 1. System Control Center (SCC): Shall be a programmable logic controller (PLC), or microprocessor, based. The operator interface to incorporate a touch screen or keypad. The system controller shall be suitable for outdoor installation. For outdoor installation system controller shall be housed in a NEMA 4X enclosure. Enclosure shall allow for display to be read without opening the enclosure. System controller shall be capable of relaying the following information to the plant's SCADA system: UV intensity of each bank, UV transmittance, UV dosage, and lamp age of each bank. The plant's SCADA system shall record this information.

 2. On-Line UV Transmission Monitor:
    a. An on-line UV transmission (UVT) monitor will automatically track the transmissibility of the effluent at the 253.7nm germicidal wavelength.
    b. The monitoring shall be continuous. To ensure valid results, an automatic calibration sequence shall be utilized. The UVT shall be measured from 0 to 100%, with an accuracy of ±1%.
    c. The on-line monitor will incorporate a display screen for visual trend analysis on a 60-minute or 24-hour basis.
    d. A 4-20mA analog output to be available for interfacing the UVT Monitor with the System Control Center (SCC). This will create an effluent UV demand feedback loop. The SCC will vary lamp

| | | |
|---|---|---|
| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-6 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |

C&C / Bodell
C003819