```
 1   UNITED STATES DISTRICT COURT         CERTIFIED COPY
     DISTRICT OF HAWAII
 2   - - - - - - - - - - - - - - - - - -X
     BODELL CONSTRUCTION COMPANY, a Utah
 3   Corporation,

 4              Plaintiff,

 5        -against-                  Case No.
                                     03-00706
 6   OHIO PACIFIC TECH, INC. Fka
     GMP ASSOCIATES, INC., an Ohio  HG-LEK
 7   corporation; CITY AND COUNTY
     OF HONOLULU; ULTRA TECH
 8   SYSTEMS, INC., a foreign
     corporation,
 9
                Defendants.
10
     - - - - - - - - - - - - - - - - - -X
11

12   HELD AT:   Wilson, Elser, Moskowitz,
                   Edelman & Dicker, LLP
13              3 Gannett Drive
                White Plains, New York  10604
14              September 1st, 2004
                10:30 a.m.
15

16         VOLUME I

17         Deposition of GREG ELLNER, a

18   non-party witness, held pursuant to Subpoena,

19   held at the above time and place before a

20   Notary Public of the State of New York.

21   ATKINSON-BAKER, INC.
       COURT REPORTERS
22     330 North Brand Boulevard, Suite 250
       Glendale, California 91203
23     (800) 288-3376

24         Lisa M. Prentice, Reporter

25   FILE NO.: 9E06DC4
```

EXHIBIT D

1

```
 1
 2                    GREG ELLNER, residing
 3                at 33 Sunset Ridge,
 4                Carmel, New York,
 5                10512, having been
 6                duly sworn by Notary
 7                Public, Lisa M.
 8                Prentice, testified as
 9                follows:
10          (Prior to the commencement of the
11      examination Plaintiff's 1 was marked for
12      identification.)
13 EXAMINATION BY
14 MR. SCHULMEISTER:
15      Q.   Can you, please, state your name for
16 the record.
17      A.   Greg Ellner.
18           MR. BIALEK:  Before we begin I'm
19      sure counsel will be showing you a copy
20      of a subpoena that was served upon me as
21      your counsel which we've agreed to accept
22      service.  In response to the subpoena we
23      have provided, it's on the table for
24      anybody to look at, copies of documents
25      that Mr. Ellner was able to locate.  I
```

3

request submitted by Ultra Tech?

     A.   I would think so and equipment requirements.

     Q.   Was it your understanding that Paul Scott had, also, been communicating with city officials regarding the substitution requests?

     A.   Yes.

     Q.   At that time did you indicate to Mr. Hamada that Ultra Tech system met the project specifications requirements?

     A.   We indicated that we meet the intent of the specifications with respect to the disinfection requirements and that we will fit in to the channel as shown on the drawings, Exhibit 3.

     Q.   Let me show you what we marked as Exhibit 66, it's B00098.

          (Whereupon, Plaintiff's Exhibit 66
     was marked for Identification.)

     Q.   Taking a look at what's been marked Plaintiff's Exhibit 66, which purports to be a letter from James Honke of the city to Paul Scott dated December 9th, 1999, would you

1
2  agree that the letter states, based on the
3  materials submitted your request to substitute
4  Ultra Tech UV disinfection system for the
5  specified Trojan is approved for bidding purposes
6  only?
7            MR. BIALEK:  Objection as to form.
8       A.   Yes.
9       Q.   Would you agree that the letter
10 states, quote, final approval is subject to
11 review of the fabrication shop drawings and
12 meeting all the requirements of the contract
13 documents?
14           MR. BIALEK:  Objection as to form.
15      A.   Yes.
16      Q.   And you reviewed this letter at or
17 around the time of December 9th, 1999?
18      A.   Yes.
19      Q.   This was provided to you by
20 Engineered Systems?
21      A.   Yes.
22      Q.   Based upon this letter was it your
23 understanding that the city's approval was for
24 bidding purposes only?
25           MR. BIALEK:  Objection as to form.

DEC 10 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION

# CITY AND COUNTY OF HONOLULU

650 SOUTH KING STREET, 3ND FLOOR
HONOLULU, HAWAII 96813
PHONE (808) 523-4594    FAX (808) 523-4567

JEREMY HARRIS
MAYOR



RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

December 9, 1999

IDEP 99-336

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

Subject:  Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1   Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

PLAINTIFF'S
EXHIBIT NO. 66
FOR IDENTIFICATION
DATE: 9-7-04   RPTR: LP

000407

B00098