## BODELL CONSTRUCTION COMPANY
586 Fine Drive
Salt Lake City, Utah 84115
Phone: (801) 261-4110 / Fax: (801) 261-1020


PLAINTIFF'S
EXHIBIT NO.

## PURCHASE ORDER

*PLEASE REFERENCE THIS NUMBER ON INVOICE* → **PURCHASE ORDER NO. 0120-603**

To: Ultra Tech Systems, Inc.
15 Kay Fries Drive
Stony Point, New York 10980

Date: 06-Jun-00
Ship Via: YOURS/BEST
Terms: NET 30 DAYS

Required By: 15-Dec-00
F.O.B.: Factory FFA to Job Site

Attn: Greg Ellner
Phone: ((914) 429-0017
Fax: (914) 429-7527

Ship To: BODELL CONSTRUCTION COMPANY
WAHIAWA WASTEWATER TREATMENT PLANT
111 CALIFORNIA AVENUE
WAHIAWA, HAWAII 96786
ATTENTION: CHUCK ECKMAN

| TASK CODE | QTY | UNIT | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 11366 | 1 | EA | PROVIDE THE ULTRAVIOLET DISINFECTION SYSTEM COMPLETE IN ACCORDANCE WITH THE PROJECT PLANS AND SPECIFICATIONS, INCLUDING ADDENDUM'S 1 THROUGH 3. THE EQUIPMENT SUPPLIED WILL NOT INCLUDE MOTOR OPERATED SLIDE GATES, GRATING, RUBBER MATS OR JIB CRANE.<br><br>TEN (10) COPIES OF COMPLETE SUBMITTAL DATA REQUIRED WITHIN 21 DAYS FOLLOWING APPROVAL OF PURCHASE ORDER | | $267,500.00 |
| | | | TOTAL | | $267,500.00 |

*CHARGE APPLICABLE SALES TAX IF STATE LICENSED.*

PROJECT: **WAHIAWA EFFLUENT REUSE & RESERVOIR OUTFALL ADJUSTMENT**
PRIME CONTRACT: **CITY & COUNTY OF HONOLULU**

THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE INCLUDED IN THIS AGREEMENT.
The Buyer and Seller signify their understanding of this Agreement with the terms hereof by affixing their signatures hereunto.

| Accepted by: Ultra Tech Systems, Inc. | Purchased By: BODELL CONSTRUCTION COMPANY |
|---|---|
| Signature: | Signature: |
| Name/Title: | Name/Title: J. Gary Jeppson/Project Manager |
| Date: | Date: June 6, 2000 |
| | Approved: |


EXHIBIT E

OC0131
B00227