COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, <br><br>　　　　Defendant. | CIVIL NO. CV03-00706 HG-LEK (Contract) |
| CITY AND COUNTY OF HONOLULU, <br><br>　　Defendant, Third-Party Plaintiff, and Counterclaim Defendant, <br><br>　　vs. <br><br>ENGINEERED SYSTEMS, INC., <br><br>　　Third-Party Defendant and Counterclaim Plaintiff. | |

VOLUME I

DEPOSITION OF LEROY HUMKE

Taken on behalf of the Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu, at the Law Offices of Kobayashi Sugita & Goda, Suite 2600 First Hawaiian Center, 999 Bishop Street, Honolulu, Hawaii, commencing at 10:35 a.m., on Wednesday, June 22, 2005, pursuant to Notice.

CARNAZZO COURT-REPORTING CO., LTD., 532-0222



EXHIBIT G

```
 1
 2                    LEROY HUMKE,
 3   called as a witness by the Defendant Cross-Claim
 4   Plaintiff/Defendant and Third-Party
 5   Plaintiff/Counterclaim Defendant City and County of
 6   Honolulu, having been first duly sworn to tell the
 7   truth, the whole truth and nothing but the truth, was
 8   examined and testified as follows:
 9                    EXAMINATION
10   BY MR. OGOMORI
11   Q     Mr. Humke, my name is Ron Ogomori.  I represent
12   the City and County of Honolulu in this matter.
13         Could you please state your name for the record?
14   A     LeRoy C Humke.
15   Q     And what is your Social Security Number?
16             MR. SCHULMEISTER:  Let me just object to
17   that.  I mean, what's the purpose for the Social
18   Security Number?  His privacy is in issue.  Do you
19   typically give your Social Security Number?
20             THE WITNESS:  I definitely do not give
21   my Social Security Number out.
22             MR. SCHULMEISTER:  All right.  So unless
23   you have some reason --
24   Q     (By Mr. Ogomori)  What is your current residence
25   address?
```

1   supply you with, and comply with the requirements they
2   said they would.  Did you ever have a feeling that they
3   were not, you know, following through on their promises?
4               MR. BIALEK:  Objection as to form.
5               MR. SCHULMEISTER:  I join.
6               THE WITNESS:  Well, we had a contractual
7   relationship, in my eyes, per the plans and specs and
8   their proposal.  Um, our efforts were to try to achieve
9   that.  Frustrations, not playing fair, one thing or the
10  other, I can't use any of those terminologies.
11  Q    (By Mr. Sutton) Well, did you feel that they
12  didn't live up to what you felt was their contractual
13  objection?
14              MR. BIALEK:  Objection as to form.
15              MR. SCHULMEISTER:  Objection as to form.
16              THE WITNESS:  At the end of the day,
17  they did not comply with their package because they did
18  not get approved.
19  Q    (By Mr. Sutton) Did you have an understanding that
20  they at some point tried to request approval for a
21  vertical system?
22  A    To my knowledge, we never submitted on a vertical
23  system.
24  Q    Okay, now, as far as -- go back to that purchase
25  order, which was Exhibit 84 of Ellner's deposition,

1   which was referred to in Mr. Ogomori's questioning.
2       Do you have that in front of you now?
3   A   I do.
4   Q   Okay, what does a Purchase Order do, to your
5   understanding?
6   A   It forms an agreement.
7   Q   For the purchase of a particular item?
8   A   Yes, sir.
9   Q   And is it Bodell's practice to issue purchase
10  orders for items that they're purchasing provided by
11  supplier on a contract?
12  A   Yes, sir.
13  Q   And now, this purchase order was prepared by
14  Bodell and signed by a representative by Bodell, is that
15  what's shown on this document?
16  A   By two of them.
17  Q   On this document, was there a place provided for
18  the signature of a representative of UltraTech?
19  A   There is.
20  Q   And on this particular exhibit, is there a
21  signature by UltraTech?
22  A   Not the one in front of me.
23  Q   Did you ever get a signed one from UltraTech?
24  A   I have no knowledge of that.
25  Q   Do you recall yourself getting involved at any