RE: 6 July Report

Page 1 of 2

**Pilla Soares, Angela**

From: Greg Ellner [ge@ultratechsys.com]
Sent: Friday, July 07, 2000 10:15 AM
To: 'Hamada, Cyril'
Subject: RE: 6 July Report

Good Morning Cyril,

Benny had quite a day two days ago 3 for 4 and 2 RBIs.

I would take a different tract regarding the Fp. There is no requirement that Fp or for that matter Ft be at a particular level. GMP probably used the high Fp value based on information from Trojan so I doubt that it is a Typo. We should try to adhere to the Fp in the specification particularly because it will result in an energy savings and lower bulb replacement costs for the City.

Regarding the experience clause, we do not have the sufficient number of horizontal UV systems of the minimum size specified. We do however have many vertical UV systems. Being that both our horizontal and vertical systems use the same components it can be argued that we do meet the experience clause. Counter arguments against the Trojan system would be are there 5 installations using the exact same lamp, ballast and controls as required by Wahiawa. Similar yes, identical no. Hopefully we will not get involved in a counter productive finger pointing contest.

5 vs. 4 banks is causing a problem for us in that we stopped our submittal on the 5 bank system and started on the 4 bank system. We need definite direction so we can create a timely submittal.

Regards,
Greg

-----Original Message-----
From: Hamada, Cyril [mailto:chamada@co.honolulu.hi.us]
Sent: Thursday, July 06, 2000 2:26 PM
To: 'ge@ultratechsys.com'
Subject: 6 July Report

Hi Greg,
Thanks for your quick response. Just to satisfy my curiosity, can you meet the experience clause of the specifications? Also since GMP didn't comment on the 5 bank arrangement, I think that is the way to go. It can be argued that since you are the UV experts, you should use the 'correct' Fp in your calculations, even though there is a typo in the specs.
I've been talking with Chuck Eckman over the phone and he is a frustrated camper. Seems that GMP's CM arrives on site at 9:00 a.m. and leaves the site at 1:00 p.m. What an outfit?!? Luckily I don't have to administer the CM contract. Also, seems like GMP recycled the ready-mix concrete specs from Honouliuli WWTP. Chuck is trying to reason with the CM that a certain admixture is not required for this project. Therefore it is my opinion that GMP recycled the UV specs also. The lack of computations would tend to confirm that they did no engineering analysis for the most cost-effective solution for this job. In my opinion they relied solely on Trojan to provide them with specs and drawings. Maybe I've hurt their

EXHIBIT H

1/27/05

U00013