IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ORIGINAL

BODELL CONSTRUCTION COMPANY, a Utah corporation,

Plaintiff,

vs.

OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,

Defendants.

CIVIL NO. 03-00706(HG/LEK)
(Contract)

CITY AND COUNTY OF HONOLULU,

Defendant and
Third-Party Plaintiff,

vs.

ENGINEERED SYSTEMS, INC.,

Third-Party Defendant.

DEPOSITION OF GREG ELLNER

VOLUME III

Taken June 2nd, 2005



GREG ELLNER,

Having been first duly sworn,

testified upon his oath as follows:

EXAMINATION

BY MR. SUTTON:

Q. Mr. Ellner, welcome to Hawai'i, and you understand you're under oath again?

A. Yes.

Q. And you understand this is a continuation of your deposition that we commenced in New York last fall?

A. Yes.

Q. And, let's see, I wasn't quite sure, we don't have Adrian Rosehill today.

Did I understand you were --

MR. BIALEK: I will be appearing on behalf of UltraTech and Engineered Systems today.

MR. SUTTON: Okay.

Q. Mr. Ellner, to your understanding did UltraTech have some written agreement with Engineered Systems? Did they have a, you know, a contract or a written agreement with them?

A. No.

Q. Did they have any agreement, to your understanding, to defend or indemnify them?

A. No.

Q. And what was the relationship then between UltraTech

Q. Did you ever go to a gaming facility where you saw Cyril Hamada?

A. No.

Q. Did you guys ever go to Las Vegas? I mean, strike that.

Do they ever have any of your trade meetings in Las Vegas?

A. There have been. Not one when I attended.

Q. And when you're talking about the reference here where Trump was able to only get $90 from you after three hours, was that in Atlantic City?

A. Yes, it was.

Q. Okay. The next page then, let's go to U 11. This consists of two pages, U 11 and U 12, and at the bottom it has an e-mail from Cyril to you dated August 8th, 2001.

And is this a discussion by him of gaming, to your understanding?

A. Yes.

Q. And then your response on August 8th at the top there, is that also a discussion of gaming?

A. Yes.

Q. Okay. Then let's turn to the next one, which is U 13 and U 14, and U 13 at the bottom there has an e-mail from Cyril Hamada to you of July 6th, 2000.

Do you see that?

A. Yes.

Q. Let's see. There is reference in Mr. Hamada's e-mail regarding Chuck Eckman.

Do you know who that is?

A. Yes.

Q. Who is that?

A. It was a Bodell employee.

Q. And then at the top there, or the first part of his e-mail to you it says, "Thanks for your quick response. Just to satisfy my curiosity, can you meet the experience clause of the specifications?"

Did you answer that in your response of July 7th at the top? Take a look at the second paragraph.

A. What was the question?

Q. Let me ask you this.

In your response of July 7th, 2000 at the top there, is this your response to Cyril Hamada's e-mail that's at the bottom of the page?

A. Yes.

Q. And did you state in the second paragraph regarding the experience clause, "We do not have the sufficient number of horizontal UV systems of the minimum size specified"? Is that what's stated there?

A. As part of that paragraph, yes.

Q. Okay. So was that in response to his question to

you about whether you can meet the experience clause of the specifications?

MR. BIALEK: Objection as to form.

THE WITNESS: (Indicating.)

MR. SUTTON: You can answer.

MR. BIALEK: You can answer.

THE WITNESS: Yes.

BY MR. SUTTON:

Q. Now, so you go on in that second paragraph, it says, "We do, however, have many vertical UV systems."

Do you see that?

A. Um-hum.

Q. Your answer is "yes"?

A. Yes.

Q. Sorry about that.

You go on to say, "Being that both your horizontal and vertical systems use the same components, it can be argued that we do meet the experience clause."

Is that what's stated there?

A. That's stated there.

Q. Okay. Now, at the bottom there it says, "Five versus four banks is causing a problem for us in that we stopped your submittal on the five-bank system and started on the four-bank system."

What does that reference to?