```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF HAWAII
 2   - - - - - - - - - - - - - - - - - - -X
     BODELL CONSTRUCTION COMPANY, a Utah
 3   Corporation,

 4        Plaintiff,
                                           Case No.
 5        -against-                        03-00706
     OHIO PACIFIC TECH, INC. Fka
 6   GMP ASSOCIATES, INC., an Ohio
     HG-LEK corporation; CITY AND COUNTY
 7   OF HONOLULU; ULTRA TECH
     SYSTEMS, INC., a foreign
 8   corporation,

 9        Defendants.
     - - - - - - - - - - - - - - - - - - -X
10

11   HELD AT:    Wilson, Elser, Moskowitz,
                 Edelman & Dicker, LLP
12               3 Gannett Drive
                 White Plains, New York  10604
13               September 2nd, 2004
                 10:15 a.m.
14

15                    VOLUME II

16             Continued Deposition of GREG

17   ELLNER, a non-party witness, held pursuant to

18   Subpoena, held at the above time and place before

19   a Notary Public of the State of New York.

20             Lisa M. Prentice, Reporter

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   330 North Brand Boulevard, Suite 250
     Glendale, California 91203
24   (800) 288-3376

25   FILE NO.: 9E07630
```

**CERTIFIED COPY**

172

EXHIBIT J

```
 1
 2         Q.   Now, as part of submittal 30C did
 3   Ultra Tech ever provide testing data on the Ultra
 4   Tech horizontal UV System done by an independent
 5   third party?
 6         A.   No.
 7              MR. SCHULMEISTER:   Objection as to
 8         form.
 9         Q.   In regards to Exhibit 78,
10   specifically Page 661, B00661, do you see that?
11         A.   I do.
12         Q.   Ultra Tech provided information on
13   ten installations that were using the Ultra Tech
14   UV systems, right?
15         A.   Correct.
16         Q.   And these Ultra Tech UV systems would
17   be only vertical systems?
18         A.   That is correct.
19         Q.   And behind this sheet B00661 was the
20   independent data in regards to these ten
21   installations?
22         A.   So I understand.
23         Q.   Starting on B00662 through 665 would
24   be the information that would be pertinent to
25   Broomfield, Colorado?
```

2      A.    That is correct.

3      Q.    On that face sheet on B00662 it says
4  here thirty day geometric mean permit?

5      A.    Correct.

6      Q.    In this information provided within
7  B00662 through B00665 was there any information
8  relating to a seven day moving median?

9      A.    Not that I am aware of.

10     Q.    It did not include this information?

11     A.    That's my understanding.

12     Q.    In regards to the Cinco Ranch, Texas,
13  starting on B00666 through 668, the face sheet
14  indicates that thirty day geometric mean permit?

15     A.    That's what's written.

16     Q.    Did this information that is included
17  in regards to Cinco Ranch, Texas, did that
18  include seven day median information?

19     A.    It did not.

20     Q.    Did it include a seven day moving
21  median information?

22     A.    No, but I'd like to know what that
23  is.

24         THE WITNESS:  Can we go off the
25     record?

```
 1
 2              MR. BIALEK:  No.  Do you know what
 3         he's talking about with the seven day
 4         moving?
 5              THE WITNESS:  I know what he's
 6         talking about as far as the information.
 7              MR. BIALEK:  Do you know what a
 8         seven day moving median is?
 9              THE WITNESS:  No.
10              MR. BIALEK:  How can you answer
11         the question whether it's been provided
12         or not?
13              THE WITNESS:  Because there's no
14         seven day information provided.
15         Q.   As part of submittal 30C did Ultra
16    Tech ever provide third party validation and test
17    data demonstrating that the system being provided
18    will not have an adverse affect on surrounding
19    plants and equipment?
20         A.   Ultra Tech did.
21         Q.   Who was the test prepared by?
22         A.   If I can review the document, there's
23    the electrical testing company, the name escapes
24    me.
25              MR. SCHULMEISTER:  That's part of
```

C E R T I F I C A T E

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF WESTCHESTER)

       I, LISA M. PRENTICE, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

       That GREG ELLNER, the witness whose deposition is hereinbefore set forth, was duly sworn by me, and that such deposition is a true record of the testimony given by the witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of September, 2004.

                  _____
                  LISA M. PRENTICE
                  SHORTHAND REPORTER