UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU,<br><br>Defendant,<br>Cross-Claim Plaintiff,<br>Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendant,<br>Cross-Claim Defendant,<br>Cross-Claim Plaintiff, | (Caption Continued) |

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
Corporation,

>   Defendant,
>   Cross-Claim Plaintiff
>   Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign
Corporation

>   Defendant,
>   Cross-Claim Defendant,
>   Cross-Claim Plaintiff,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on each of the following in the manner specified below, on April 13, 2006, addressed as follows:

|  | Mailed | Delivered |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br> BODELL CONSTRUCTION |  | **X** |

|  | Mailed | Delivered |
|---|---|---|
| BERT T. KOBAYASHI, JR., ESQ.<br>RONALD T. OGOMORI, ESQ.<br>GEORGE GUSMAN, ESQ.<br>Kobayashi, Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>Cross-Claim Plaintiff/Defendant and<br>Third-Party Plaintiff/Counterclaim Defendant<br>CITY & COUNTY OF HONOLULU |  | X |
| CARRIE OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>City & County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CITY & COUNTY OF HONOLULU |  |  |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813<br><br>Attorneys for Third-Party Defendant<br>ENGINEERED SYSTEMS, INC. |  | X |

3

                                                                <u>Mailed</u>     <u>Delivered</u>

ADAM R. BIALEK, ESQ.          **X**
Wilson Elsner Moskowitz
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

DATED:  Honolulu, Hawaii, _____April 13, 2006_____.

                                                   */s/ Richard C. Sutton*
                                                   RICHARD C. SUTTON, JR.
                                                 Attorney for Defendant,
                                                 Cross-Claimant-Defendant,
                                                 Cross-Claim Plaintiff OHIO
                                                 PACIFIC TECH
                                                 CORPORATION fka GMP
                                                 ASSOCIATES