Adrian W. Rosehill          3868
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
PH.: (808) 526-0892
FAX: (808) 533-4399
Attorneys for Engineered Systems, Inc.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 8 2006

at 3 o'clock and 40 min. PM
SUE BEITIA, CLERK

James D. Boughey          HSB No. 6546
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street
San Francisco, California 94105-2725
Attorneys for UltraTech Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CONCISE STATEMENT OF FACTS IN SUPPORT OF (1) AFFIRMATION IN OPPOSITION BY CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., and THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC. TO DEFENDANT/ COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION INC., f/k/a GMP ASSOCIATES' |

)  MOTION FOR SUMMARY
)  JUDGMENT; AND (2) REPLY
)  AFFIRMATION; CROSS-CLAIM
)  DEFENDANT/CROSS-CLAIM
)  PLAINTIFF ULTRATECH
)  SYSTEMS, INC., and THIRD-
)  PARTY DEFENDANT/CROSS-
)  CLAIM PLAINTIFF
)  ENGINEERED SYSTEMS, INC.
)  AGAINST DEFENDANT CROSS-
)  CLAIM
)  PLAINTIFF/DEFENDANT CITY
)  AND COUNTY OF
)  HONOLULU'S MOTION FOR
)  SUMMARY JUDGMENT;
)  CERTIFICATE OF
)  COMPLIANCE TO PURSUANT
)  TO RULE 7.5; DECLARATION
)  OF COUNSEL; EXHIBITS "A" -
)  "B"; CERTIFICATE OF SERVICE
)
)  **Hearing**:
)  Date: May 1, 2006
)  Time: 9:00 a.m.
)  Judge: Hon. J. Michael Seabright
)
)  **Trial**:
)  Date: October 17, 2006
)  Time: 9:00 a.m.
)  Judge: Hon. J. Michael Seabright
)

CONCISE STATEMENT OF FACTS IN SUPPORT OF:
(1) AFFIRMATION IN OPPOSITION BY CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., and THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC. TO DEFENDANT/COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION INC., f/k/a GMP ASSOCIATES' MOTION FOR SUMMARY JUDGMENT; AND (2) REPLY AFFIRMATION; CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., and THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC. AGAINST DEFENDANT CROSS-CLAIM PLAINTIFF/DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawaii, Cross-Claim Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc. ("UTS") and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. ("ESI"), by and through their respective counsel, hereby submit their Concise Statement of Facts in support of its Affirmation in Opposition by Cross-Claim Defendant/Cross-Claim Plaintiff Ultratech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. To Defendant/Counterclaimant Ohio Pacific Tech Corporation Inc., f/k/a GMP Associates' Motion for Summary Judgment; and Reply Affirmation; Cross-Claim Defendant/Cross-Claim Plaintiff Ultratech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. Against Defendant

Cross-Claim Plaintiff/defendant City and County of Honolulu's Motion for Summary Judgment .

UTS and ESI incorporate herein by reference Cross-Claim Defendant/Cross-Claim Plaintiff Ultratech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc.'s Motion for Partial Summary Judgment Against the City and County of Honolulu and Ohio Pacific Tech f/k/a GMP Associates, Inc. on UTS' and ESI's Cross-Complaints and Dismissing the Cross-Claims brought against UTS and ESI by the City and GMP, the Concise Statement of Facts in Support of Ultra Tech Systems, Inc. and Engineered System, Inc.'s Motion for Partial Summary Judgment Against the City and County of Honolulu and Ohio Pacific Tech f/k/a GMP Associates, Inc., Exhibits 1-36, and the Affidavit of Greg Ellner filed herein.

In addition to previously filed Concise Statement of Facts and supporting exhibits and affidavit, UTS and ESI assert the following additional facts which directly refute the arguments of the City and GMP:

### CONCISE STATEMENT OF FACTS

| | | |
|---|---|---|
| 1. | The contract entered into by the City and County of Honolulu and Bodell called for Bodell to issue a performance bond. | **Exhibit A**, Performance Bond JX4796 |

| | | |
|---|---|---|
| 2. | Pursuant to the Performance Bond Bodell agreed to be responsible for any fines assessed by the State if the contract was not performed in a timely manner as set forth in the Consent Decree. | **Exhibit A**, Performance Bond JX4796 |
| 3. | GMP's Jay Stone in preparing the specifications for the upgrade of the Wahiawa Wastewater Treatment Plant obtained a diskette containing Trojan's sample specifications for the Trojan System UV4000 Standard Specification. | **Exhibit B**, Deposition of Jay Stone, Vol. II, pp. 232 - 233 |
| 4. | Jay Stone was charged with preparing the specifications for the Wahiawa Wastewater Treatment Plant and had limited training and experience with ultraviolet disinfection of wastewater. | **Exhibit B**, Deposition of Jay Stone, Vol. II, pp. 380 - 383. |
| 5. | GMP negligently evaluated UTS' submittal by failing to inquire of UTS regrading the submittal and in failing to retain an impartial consultant to assist them. | **Exhibit B**, Deposition of Jay Stone, Vol. II, pp. 424 - 435. |

| 6. | Jay Stone negligently failed to perform calculations to determine whether the UTS system would meet the performance requirements of the project specifications. | **Exhibit B**, Deposition of Jay Stone, Vol. II, pp. 424 - 435. |

Dated:   Honolulu, Hawaii, April 18, 2006.

By: _____
Adrian W. Rosehill
Attorneys for Third-Party
Defendant/Cross-Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party
Defendant/Cross-Claim Plaintiff
UltraTech Systems, Inc.*

Of Counsel:
Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served on the parties listed below, at their last known address by hand delivery or by U.S. mail, postage prepaid, addressed as follows:

TO:  BERT T. KOBAYASHI, JR., ESQ.
     RONALD T. OGOMORI, ESQ.
     GEORGE GUSMAN, ESQ.
     Kobayashi, Sugita & Goda
     999 Bishop Street, Suite 2600
     Honolulu, Hawaii  96813

and

CARRIE K. OKINAGA, ESQ.
Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Room 110
Honolulu, Hawaii  96813

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii  96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

Dated: Honolulu, Hawaii, April 18, 2006.

By: *[signature]*
Adrian W. Rosehill
Attorneys for Third-Party
Defendant/Cross-Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party
Defendant/Cross-Claim Plaintiff
UltraTech Systems, Inc.*

Of Counsel:
Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.

3