UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5 |

CERTIFICATE OF COMPLIANCE PURSUANT TO RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc.'s Concise Statement of Facts in Support of its Affirmation in Opposition by Cross-Claim Defendant/Cross-Claim Plaintiff Ultratech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. To Defendant/Counterclaimant Ohio Pacific Tech

Corporation Inc., f/k/a GMP Associates' Motion for Summary Judgment; and Reply Affirmation; Cross-Claim Defendant/Cross-Claim Plaintiff Ultratech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. Against Defendant Cross-Claim Plaintiff/defendant City and County of Honolulu's Motion for Summary Judgment is proportionately spaced, has a typeface of 14 points or more, and contains 472 words.

Dated:   Honolulu, Hawaii, April 18, 2006.

By: _____
Adrian W. Rosehill
Attorneys for Third-Party
Defendant/Cross-Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party
Defendant/Cross-Claim Plaintiff
UltraTech Systems, Inc.*

Of Counsel:
Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.