UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>DECLARATION OF ADRIAN W. ROSEHILL |

DECLARATION OF ADRIAN W. ROSEHILL

STATE OF HAWAII         )
                        ) SS.
CITY AND COUNTY OF HONOLULU )

I, ADRIAN W. ROSEHILL, declare as follows:

1.   I am an attorney licensed to practice law before all courts in the State of Hawaii, I am one of the attorneys representing Third Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc., and Special Counsel to Third-Party

Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc, and I make this declaration based upon my own personal knowledge.

2.  Attached hereto as Exhibit "A" is a true and correct copy of the Performance Bond (Surety), Bond No. JX4796, produced by Plaintiff Bodell Construction Company during the course of discovery, which is kept in my offices' files in the ordinary course of business.

3.  Attached hereto as Exhibit "B" is a true and correct copy of selected pages from the deposition of Jay Stone, Vol. II, taken on March 2, 2005, which are kept in my offices' files in the ordinary course of business.

Pursuant to LR07.6, Motions; Affidavits and Declarations, I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii; April 18, 2006.

_____
ADRIAN W. ROSEHILL