(Bondper.frm, 11/17/98)                                      Bond No. __JX4796__

# PERFORMANCE BOND (SURETY)

**KNOW TO ALL BY THESE PRESENTS:**

That BODELL CONSTRUCTION COMPANY, A Utah Corporation, 586 West Fine Drive, Salt Lake City, Utah 84115-4244
(Full legal name and street address of Contractor)

as Contractor, hereinafter called Principal, and FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., A Wisconsin Corporation and UNITED STATES FIDELITY AND GUARANTY COMPANY, A Maryland Corporation  (Name and street address of bonding company)

as surety, hereinafter called Surety, a corporation(s) authorized to transact business as a surety in the State of Hawaii, are held and firmly bound unto the **CITY AND COUNTY OF HONOLULU**, its successors and assigns, hereinafter called Obligee, in the amount of ELEVEN MILLION TWO HUNDRED NINETY-SEVEN THOUSAND EIGHT HUNDRED TWENTY-FIVE AND 00/100 ------------ Dollars ($11,297,825.00), to which payment Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS**, the above-bound Principal has entered into a Contract with Obligee dated FEBRUARY 25, 2000 _____, for:

**CONTRACT NO. F-97110**
**WAHIAWA WASTEWATER TREATMENT PLANT - EFFLUENT REUSE AND WAHIAWA RESERVOIR OUTFALL ADJUSTMENT; JOB NO. W10-99**

hereinafter called the Contract, which Contract is incorporated herein by reference and made a part hereof.

**NOW THEREFORE**, the condition of this obligation is such that:

If the Principal shall promptly and faithfully perform, and fully complete the Contract in strict accordance with the terms of the Contract as said Contract may be modified or amended from time to time; then this obligation shall be void; otherwise to remain in full force and effect.

Surety to this Bond hereby stipulates and agrees that no changes, extensions of time, alterations, or additions to the terms of the Contract, including the work to be performed thereunder, and the specifications or drawings accompanying same, shall in any way affect its obligation on this Bond, and it does hereby waive notice of any such changes, extensions of time, alterations, or additions, and agrees that they shall become part of the Contract.

PERFORMANCE BOND (SURETY)                1                      C & C / Bodell
                                                                BC3 002657

EXHIBIT "A"

In the event of Default by the Principal, of the obligations under the Contract, then after written Notice of Default from the Obligee to the Surety and the Principal and subject to the limitation of the penal sum of this bond, Surety shall either remedy the default, or take over the work to be performed under the Contract and complete such work, or pay moneys to the Obligee in satisfaction of the Surety's performance obligation on this bond.

Signed and sealed this 24th day of February, 2000.

BODELL CONSTRUCTION COMPANY
Principal       (Seal)

By _____
Its PRESIDENT
MICHAEL J. BODELL

By _____
Its CORPORATE SECRETARY
MARK B. BODELL

FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
Surety       (Seal)

By _____
John R. Barton, Attorney-In-Fact

UNITED STATES FIDELITY AND GUARANTY COMPANY

By _____
John R. Barton, Attorney-In-Fact

**ALL SIGNATURES MUST BE ACKNOWLEDGED BY A NOTARY PUBLIC.**

PERFORMANCE BOND (SURETY)           2           C & C / Bodell
BC3 002658

(Acknowl.frm, 8/97)

## CONTRACTOR ACKNOWLEDGMENT
### (Corporation)

STATE OF ~~HAWAII~~ UTAH           )
                                   ) ss.
~~CITY AND COUNTY OF HONOLULU~~    )
COUNTY OF SALT LAKE

On this __25th__ day of __FEBRUARY__, 20__00__, before me appeared __MICHAEL J. BODELL__ and __MARK B. BODELL__ to me personally known, who, being by me duly sworn, did say that they are the __PRESIDENT__ and __CORPORATE SECRETARY__, respectively, of __BODELL CONSTRUCTION COMPANY__, and that the seal affixed to the foregoing instrument is the corporate seal of said corporation; and that said instrument was signed and sealed in behalf of said corporation by authority of its Board of Directors, and the said __PRESIDENT__ and __CORPORATE SECRETARY__ acknowledged said instrument to be the free act and deed of said corporation.

(Notary Seal)

_[signature]_
Notary Public, State of ~~Hawaii~~ UTAH
My commission expires: 10/24/00

(Separate acknowledgment for contract,
performance bond and payment bond.)

Notary Public
ELIZABETH GRAHAM
586 Fine Drive
Salt Lake City, Utah 84115
My Commission Expires
October 24, 2000
State of Utah

CONTRACTOR ACKNOWLEDGMENT                              C & C / Bodell
                                                       BC3 002659

1/11/95

(Acknowl2.frm)

## SURETY ACKNOWLEDGMENT
[FOR USE BY SURETY]

STATE OF __Utah__ )
: SS.
_____ COUNTY OF __Salt Lake__ )

On this __24th__ day of __February__, 20__00__, before me personally came __John R. Barton__ to me known, who, being by me duly sworn, did depose and say that __he__ resides in __Salt Lake City, Utah__, that __he__ is the Attorney-in-Fact of FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC. and __UNITED STATES FIDELITY AND GUARANTY COMPANY__, the corporation described in and which executed the attached instrument; that John R. Barton is duly appointed under power of attorney, dated __February 24, 2000__, which said power of attorney is attached hereto, is now in force and effect; that __he__ knows corporate seal of the said corporation; that the seal affixed to the said instrument is such corporate seal; and that it was so affixed by order of the Board of Directors of the said corporation; and that __he__ signed __his__ name thereto by like order.

(Notary Seal)

[Notary stamp: Notary Public CORINNE J. MADDOX, 1100 E. 6600 S. Suite 400, Salt Lake City, Utah 84121, My Commission Expires August 26, 2001, State of Utah]

Notary Public Corinne J. Maddox

State of __Utah__

My commission expires: __August 26, 2001__

(Separate acknowledgment for performance and payment bonds.)

SURETY ACKNOWLEDGMENT

C & C / Bodell

BC3 002660