Document ID: 368627v1_skh

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI         5850-0
GEORGE GUSMAN             6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>CERTIFICATE OF SERVICE<br><br>[Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Concise Statement of Facts of its Memorandum in Opposition to Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc.'s Motion for Summary Judgment; Declaration of Bruce Bell; Declaration of Cyril Hamada; Declaration of Guy Inouye; Declaration of Counsel; Exhibits "A" – "G"] |

*Caption continued*

Document ID: 368627v1_skh

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>      Defendant, Third-Party<br>      Plaintiff, and Counterclaim<br>      Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>      Third-Party Defendant,<br>      Counterclaim Plaintiff and<br>      Cross-Claim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CITY AND COUNTY OF HONOLULU,<br><br>      Defendant, Cross-Claim<br>      Plaintiff/Cross-Claim<br>      Defendant,<br><br>vs.<br><br>ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>      Defendant, Cross-Claim<br>      Defendant/Cross-Claim<br>      Plaintiff and Cross-Claim<br>      Plaintiff/Defendant,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka<br>GMP ASSOCIATES, INC., an Ohio Corporation<br><br>      Cross-Claim<br>      Defendant/Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Concise Statement of Facts of its Memorandum in Opposition to Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc.'s Motion for Summary Judgment; Declaration of Bruce Bell; Declaration of Cyril Hamada; Declaration of Guy Inouye; Declaration of Counsel; Exhibits "A" – "G", filed herein on April 13, 2006, was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, by hand delivery, or electronically through CM/ECF on the date of filing:

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION |  |  | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. |  |  | X |

Case 1:03-cv-00706-JMS-LEK   Document 158   Filed 04/20/2006   Page 4 of 4

Document ID: 368627v1_skh

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU |  |  | X |
| ADAM R. BIALEK<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407<br>  Attorney for Defendant<br>  ULTRA TECH SYSTEMS, INC. |  |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ.<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street Suite 780<br>Honolulu, Hawaii 96813<br>  Attorneys for Third-Party Defendant<br>  ENGINEERED SYSTEMS, INC. |  | X |  |

Dated: Honolulu, Hawaii          April 20, 2006          .

*/s/ signature*

BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
  CITY AND COUNTY OF HONOLULU

4