Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York  10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, INC., a foreign corporation,<br><br>　　　　Defendants.<br>------------------------------------------------<br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant/Third-Party Plaintiff,<br>　　v.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>　　　　Third-Party Defendant/<br>　　　　Cross-Claim Plaintiff<br><br>CITY AND COUNTY OF HONOLULU,<br><br>　　　　Defendant/Cross-Claim Plaintiff,<br>　　v.<br><br>ULTRATECH SYSTEMS, INC., a foreign | Civil No. 03-00706  (JMS/LEK)<br><br>**CONCISE STATEMENT OF FACTS IN SUPPORT OF ULTRATECH SYSTEMS, INC., and ENGINEERED SYSTEMS INC.'S REPLY MEMORANDA AGAINST THE CITY AND COUNTY OF HONOLULU AND OHIO PACIFIC TECH f/k/a GMP ASSOCIATES, INC.'S OPPOSITION**<br><br>**Hearing:**<br>Date:　May 1, 2006<br>Time:　9 am<br>Judge:　Honorable J. Michael Seabright<br><br>**Trial Date:**<br><br>Date:　October 17, 2006<br>Time:　9:00 a.m.<br>Judge:　Honorable J. Michael Seabright |

1080838.4

```
corporation,                              )
                                          )
           Cross-Claim Defendant/         )
           Cross-Claim Plaintiff.         )
------------------------------------------)
```

Adam R. Bialek, being duly sworn, deposes and states upon information and belief:

1) I am a member of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendant/Cross-Claim Plaintiff, ULTRATECH SYSTEMS, INC., and special counsel (for this motion) to Third-Party Defendant/Cross-Claim Plaintiff, ENGINEERED SYSTEMS, INC., and submit the following concise statement of facts with supporting exhibits.

2) Pursuant to Rule 56.1 of the Rules of the Untied States District Court for the District of Hawaii, Cross-Claim Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc. ("UTS") and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. ("ESI"), by and through their respective counsel, hereby submit their Concise Statement of Facts in support of its Reply Memoranda to the City and County of Honolulu's ("City") Opposition, and Ohio Pacific Tech Corporation, Inc., f/k/a GMP Associates' ("GMP") Opposition.

3) UTS and ESI incorporate by reference their Motion for Partial Summary Judgment against the City and GMP dated February 17, 2006, the Concise Statement of Facts in Support of UTS/ESI's Motion for Partial Summary Judgment, Exhibits 1-36, and the Affidavit of Greg Ellner.

1080838.4

4) UTS and ESI incorporate by reference their Opposition to the City's Motion for Summary Judgment, and GMP's Motion for Summary Judgment, dated April 11, 2006, the Concise Statement of Facts submitted by Adrian Rosehill in support of the Opposition, and the Affidavit of Greg Ellner.

5) In addition to the previously filed Concise Statement of Facts and supporting exhibits and affidavits, UTS and ESI assert the following additional facts which directly refute the argument of the City and GMP:

## CONCISE STATEMENT OF FACTS

| | | |
|---|---|---|
| 1. | The City granted UTS' request that its vertical U.V. system be approved as a post-bid substitution request due to its many advantages including cost savings to the City. | **Exhibit A**, Letter from City to Greg Ellner |
| 2. | Cyril Hamada gave the UTS system de facto approval in December 1999, as the UTS equipment was familiar to the City as it was installed at the Kailua WWTP. | **Exhibit B** Memorandum to "The Record" December 1, 1999 |
| 3. | The consulting firm retained by the City, Ohio Pacific Tech Associates, f/k/a GMP ("GMP"), obtained and relied on a copy of Trojan Technologies specifications when drafting the specifications for the WWTP. | **Exhibit 3**, Word Processing Request/Vendor Specifications, May 10, 1999; **Exhibit 36** Mansfield deposition at P.159. |
| 4. | Cyril Hamada indicated the UTS UV system met the experience requirements. | **Exhibit C**, email from Cyril Hamada dated July 7, 2000 |
| 5. | Bodell submitted a UTS horizontal U.V. system to the City and GMP. | **Exhibit E**, U.V. Disinfection Equipment Pre-Submittal Package |
| 6. | IDI did not meet the experience requirement called for under the Specification, as that requirement is now defined by the City. Thus | **Exhibit F**, Affidavit of Greg Ellner, which also refers to the testimony of |

1080838.4

| | the Declaration of Bruce Bell has no merit or use. | Lee Mansfield. |
|---|---|---|
| 7. | Jay Stone of GMP admitted during his deposition that he incorrectly calculated UTS dosage calculations, a reason ultimately cited by GMP in rejecting the UTS system. | **Exhibit G,** Deposition of Jay Stone at pps. 633-643 |

Dated:   April 20, 2006
         White Plains, New York

                        Yours, etc.,
         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                  By:   _____
                        Adam R. Bialek
                        *Attorneys for Cross-Claim Defendant/*
                        *Cross-Claim Plaintiff*
                        **ULTRATECH SYSTEMS, INC.** and
                        Special Counsel to
                        **ENGINEERED SYSTEMS, INC.**
                        for this motion
                        3 Gannett Drive
                        White Plains, New York 10604
                        Tel: (914) 323-7000

Of counsel:   Adrian Rosehill, Esq.
              Kirsten Bennett-O'Rourke, Esq.

1080838.4