IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
------------------------------------ x
BODELL CONSTRUCTION COMPANY, a Utah   : Civil No. 03-00706
Corporation,
                                      : CERTIFICATE OF
              Plaintiff,                COMPLIANCE WITH
                                      : L.R. 7.5
       - against –
                                      :

                                      :
OHIO PACIFIC TECH, INC. f/k/a GMP
ASSOCIATES, INC., an Ohio corporation; CITY :
AND COUNTY OF HONOLULU; ULTRA
TECH SYSTEMS, INC., a foreign corporation, :
JOHN DOES 1-50, DOE CORPORATIONS 1-50,

              Defendants.
------------------------------------ x
```

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 AND 56(d)

Pursuant to Local Rule 7.5 and 56(d), the undersigned hereby certifies that the foregoing Concise Statement of Facts contains 785 words according to the word count function of the word processing program used to create this document, is proportionately spaced, and has a typeface of 14 points or more.

1084392.1

Dated: White Plains, New York
April 20, 2006

        Yours, etc.,

   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

    By: _____
       Adam R. Bialek
       *Attorneys for Defendant*
       **ULTRA TECH SYSTEMS, INC.**
       3 Gannett Drive
       White Plañís, New Cork 10604
       Tel: (914) 323-7000
       Fax: (914) 323-7001
       File No. 08167.00001