Mr. Greg E. Ellner
Ultratech Systems Inc.
15 Kay Fries Drive
Stony Point, New York  10980

Subject: After Bid Opening Substitution Request
Wahiawa WWTP Effluent Reuse and Reservoir Outfall Adjustment

Dear Mr. Ellner:

We have reviewed your request for prior written approval for an after bid opening substitution request and find that your claim of reduced operation and maintenance costs, and the standardization of spare parts has merit. Although the specifications contain a provision against a vertical UV disinfection system, we feel that this is not enforceable as California Department of Health Services Title 22 allow for a vertical low pressure UV disinfection system as a non-conforming system. The specified Trojan 4000 system is also a non-conforming system.

Therefore, we believe that the vertical low pressure UV disinfection system is equal or better that the one specified or prequalified, and thus prior written approval is granted to submit an after bid opening substitution request. The format for an after bid opening substitution request should follow the format contained in the GENERAL INSTRUCTIONS TO BIDDERS.

Should you have any questions, please do not hesitate to call C. Hamada at (808) 523-4323.

VTY

GQLY

EXHIBIT A

C&C/Bodell
CH 02525

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1005
CONNECTION TEL          95383269
SUBADDRESS
CONNECTION ID           GMP ASSOC.
ST. TIME                01/10 09:51
USAGE T                 01'00
PGS. SENT               3
RESULT                  OK
```

DEPARTMENT OF DESIGN
# CITY AND COUNT
650 SOUTH KING STF
HONOLULU, HA
Phone: (808) 523-4564
Website: www.co

Post-it® Fax Note  7671  Date 1/10/01  # of pages ▶ 3
To Lee Mayfield    From D. Kaneshiro
Co./Dept. GMP      Co.
Phone #  ADVANCE COPY   Phone #
Fax #                   Fax #

JEREMY HARRIS
MAYOR

RAE M. LOUI, P.E.
ACTING DIRECTOR

GEORGE T. TAMASHIRO, P.E.
DEPUTY DIRECTOR

GMP Associates
1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

| DATE: | January 10, 2001 | CODE: | WWDE.PD 01-004 |
|---|---|---|---|
| ATTENTION: | | | |
| RE: | Wahiawa WWTP Effluent Reuse | | |
| JOB NO. | | | |

Aloha!

WE ARE SENDING YOU         [ X ] Attached           [  ] Under separate cover

[  ] Shop drawings     [  ] Prints          [  ] Plans       [  ] Specifications
[ X ] Copy of letter   [  ] Change order    [  ] Samples     [  ] Other

| ITEM | COPIES | DESCRIPTION |
|---|---|---|
| 1 | 1 | UltraTech letter requesting prior approval for Post Bid Substitution request. |

C&C/Bodell

CH 02535

[  ] For signature       [  ] Approved as submitted        [  ] Resubmit 7 copies



00 77

Const. Br. Has
lead. Meeting
w/ Direct., DD

ASSOCIATES, INC.                                                     Engineers/Architects

'01 JAN 12

January 11, 01

Mr. James Honke, P.E.
Chief, Wastewater Design and Engineering
City and County of Honolulu
650 South King St., 14th Floor
Honolulu, Hawaii 96813

**Re: *Wahiawa Services During Construction***
    ***Request for Substitution from UltraTech***

**Ref.: *Correspondence from UltraTech to Yee dated December 21, 00***

Dear Jimmy,

We have reviewed the request by UltraTech for permission to submit an after bid substitution. We recommend that the request be denied as it has not been submitted by the general contractor, Bodell.

We also note that there are four conditions by which a contractor may be allowed to submit an after bid substitution. These are clearly presented in the "instructions to bidders" section 1.13 (c). Briefly these conditions are:

> *1. A delay in obtaining the specified item which is beyond the control of the contractor.*

> *2. Specified item is not available due to change or other circumstances.*

> *3. Contractor is willing to provide a more recently developed or manufactured model that the officer in charge determines to be equal to or better than the specified item.*

> *4. Any other reason that the officer in charge determines to be in the best interest of the City and County of Honolulu.*

C: Dennis Kaneshiro
   Ted Saito

C&C/Bodell
CH 02551

James Honke
January 11, 01
Page 2

It may be of interest to note that had Bodell made this request it would not satisfy any of these requirements.

Should there be any questions, please call.

Sincerely,

Lee A. Mansfield

C&C/Bodell
CH 02552



Via Email, Fax and FedEx

December 21, 2000

City and County of Honolulu
Department of Design & Construction
650 South King Street, 11th Floor
Honolulu, HI 96813

ATTN: Gary Q. L. Yee, Director
SUBJ: Post Bid Equipment Substitution Request
REF: Wahiawa WWTP Effluent Reuse and Reservoir Outfall Adjustment

Dear Mr. Yee:

Per the GENERAL INSTRUCTIONS TO BIDDERS paragraph 1.13 c4, we are requesting prior written approval to submit an after bid opening substitution request for WAHIAWA WWTP EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT, Job No. W10-99:

| SECTION | ITEM | SPECIFIED | SUBSTITUTE |
|---|---|---|---|
| 11376 | UV Disinfection Equipment | Trojan 4000 | UltraTech T4024i |

We feel that an after bid opening substitution request is in the City's best interest as the vertical UV system provides substantial energy savings as well as significant maintenance savings over both the specified UV equipment and the UV equipment that UltraTech had prequalified for this project (horizontal low pressure UV).

This after bid opening substitution request equipment (vertical low pressure UV) is installed at the Kailua Regional WWTP. Therefore, in addition to the economic benefit there will be a standardization of parts and operating procedure should both Kailua and Wahiawa have the same UV disinfection Equipment.

Normally we would have attempted to substitute prior to bid opening but, we received the California Department of Health Services certification (Title 22) for our vertical lamp low pressure UV system recently.

C&C/Bodell

CH 02553

15 Kay Fries Drive • Stony Point, New York 10980 • (914) 429-0017 • FAX (914) 429-7527

Mr. Yee　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
City & County of Honolulu　　　　　　　　　　　　　　　　　　　　12/21/00

We look forward to receiving written approval to submit an after bid substitution request.

　　　　　　　　　Very truly yours,

　　　　　　　　　UltraTech Systems, Inc.
　　　　　　　　　Greg E. Ellner
　　　　　　　　　President

Cc:　　Paul Scott, Engineered Systems



C&C/Bodell
CH 02554