Deember 1, 1999

MEMORANDUM

TO:        THE RECORD

FROM:      CYRIL

SUBJECT:   GMP'S RECOMMENDATIONS FOR SUBSTITUTION REQUESTS
           WAHIAWA WWTP EFFLUENT REUSE
           JOB NO. W10-99

1.  GMP has recommended denial for the USFilter/Zimpro Hydro-clear sand filter based on their specifications which call for an upflow sand filter with continuous backwash (no separate backwash cycling).

    I am going against GMP's recommendation, for this simple reason - the requested sand filters are to be installed in our Honouliuli WWTP facility. This is a defacto approval and to depend on the specs in lieu of any other reasons would put the City in jeopardy of litigation.

2.  GMP has recommended denial for Ultratech UV disinfection system based on lack of information on meeting the requirements of the specs.

    I am going to modify GMP's recommendation, allowing them to bid the project provided that they meet all requirements of the specifications. This is another case of defacto approval since these are the units that are being installed at Kailua WWTP.

C&C/Bodell
C026306

Exhibit B