## Transaction Log
### Report Period: 02/01/2006 - 04/19/2006

| Id | Date | Case Number | Text |
|---|---|---|---|
| 41900 | 02/17/2006 15:49:24 | 1-03-cv-706 | Proposed MOTION for Summary Judgment by Engineered Systems, Inc., Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # (1) # (2) # (3) # (4) # (5) # (6) # (7) # (8) # (9) # (10) # (11) # (12) # (13) # (14) # (15) # (16) # (17) # (18) |
| 41938 | 02/17/2006 16:20:26 | 1-03-cv-706 | MOTION for Summary Judgment by Engineered Systems, Inc., Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # (1) # (2) # (3) # (4) # (5) # (6) # (7) # (8) # (9) # (10) # (11) # (12) # (13)) (Bialek, Adam) |
| 43122 | 02/22/2006 04:25:58 | 1-03-cv-706 | MOTION for Summary Judgment by Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # (1) Memorandum Cross Claim Defendant/Cross-Claim Plaintiff Ultratech Systems Inc and Third Party Defendant/Cross-Claim Plainitff Engineered Systems |

**Total Number of Transactions: 3**

Exhibit D

# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00706-JMS-LEK

Bodell Construction v. GMP Hawaii, Inc., et al
Assigned to: JUDGE J. MICHAEL SEABRIGHT
Referred to: Mag Judge Leslie E Kobayashi
Demand: $0
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 12/24/2003
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Bodell Construction Company**
*a Utah corporation*

represented by **David Schulmeister**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: dschulmeister@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin S. Shigemura**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: kshigemura@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**GMP Hawaii, Inc.**
*a Hawaii corporation*
*TERMINATED: 02/17/2003*

**Defendant**

**Honolulu, City and County of**

represented by **Bert T. Kobayashi, Jr.**
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889
539-8700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y. Takeuchi**
Office of Corporation Counsel-

| 01/31/2006 | 121 | ORDER Granting Defendant Ultra Tech Systems, Inc.'s Motion to Extend the Court Imposed Deadlines for Filing Dispositive Motions - Signed by Judge J. MICHAEL SEABRIGHT 115 117 (emt, ) (Entered: 01/31/2006) |
|---|---|---|
| 01/31/2006 | | Set/Reset Deadlines: Motions due by 2/17/2006, pursuant to 121 "Order Granting Defendant Ultra Tech Systems, Inc.'s Motion to Extend the Court Imposed Deadlines for Filing Dispositive Motions", signed by Judge J. Michael Seabright on 1/31/06. (emt, ) (Entered: 01/31/2006) |
| 01/31/2006 | | COURT'S CERTIFICATE of Service - a copy of 121"Order Granting Defendant Ultra Tech Systems, Inc.'s Motion to Extend the Court Imposed Deadlines for Filing Dispositive Motions" filed January 31, 2006 been served by First Class Mail to the addresses of record on January 31, 2006 to: Keith Hunter, Esq., Bert T. Kobayashi, Jr., Esq., Alan J. Ma, Esq., Owen Matsunaga, Esq., Ronald T. Ogomori, Esq., Adrian W. Rosehill, Esq., Richard C. Sutton, Esq., Heffrey Tachiki, Esq., Gary Y. Takeuchi, Esq. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (emt, ) (Entered: 01/31/2006) |
| 02/02/2006 | 122 | SUBMISSION OF ORIGINAL DECLARATION of Leroy Humke in support of plaintiff Bodell Construction Company's motion for summary judgment against defendant City and County of Honolulu on counts I and II of the first amended complaint filed February 13, 2004 113 - filed by plaintiff Bodell Construction Company (emt, ) (Entered: 02/03/2006) |
| 02/09/2006 | 123 | EO: Final Pretrial Conference set for 2/28/2006 at 09:00 AM before Judge Leslie E. Kobayashi is Vacated. Trial Re-Setting Conference set for 2/28/2006 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn) (Entered: 02/09/2006) |
| 02/14/2006 | 124 | EO: Court's Order Regarding Remainder of 117 MOTION for Extension of Time to Amend *Cross Claims and Application for Permission to Extend Current Deadlines for Filing Dispositive Motions.* (Judge LESLIE E KOBAYASHI )(wnn) (Entered: 02/14/2006) |
| 02/17/2006 | 125 | Proposed MOTION for Summary Judgment by Engineered Systems, Inc., Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27 # 28 # 29 # 30 # 31) (Bialek, Adam) (Entered: 02/17/2006) |
| 02/17/2006 | 126 | MOTION for Summary Judgment by Engineered Systems, Inc., Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13)(Bialek, Adam) (Entered: 02/17/2006) |
| 02/17/2006 | 127 | Notice of Motion; Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's MOTION for Summary Judgment Against Cross-Claim Plaintiff/Defendant Ultra Tech Systems, Inc. and Third Party Defendant/Counterclaim Plaintiff Engineered System, Inc.; |

| | | Memorandum in Support of Motion; Certificate of Service - by Honolulu, City and County of, (Attachments: # 1 Memorandum in Support of Motion)(emt, ) (Entered: 02/17/2006) |
|---|---|---|
| 02/17/2006 | 128 | Notice of Motion; Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Motion for Summary Judgment Against Bodell Construction Company; Memorandum in Support of Motion; Certificate of Service - by by Honolulu, City and County of, (Attachments: # 1 Memorandum in Support of Motion)(emt, ) (Entered: 02/17/2006) |
| 02/17/2006 | 129 | Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's CONCISE STATEMENT of Facts in Support of it's 127 MOTION for Summary Judgment Against Defendant, Cross-Claim Plaintiff/Defendant Ultratech Systems, Inc. and Third Party Defendant/Counterclaim Plaintiff Engineered Systems, Inc; Certificate of Compliance Pusuant to Rule 7.5; Declaration of Guy Inouye; Exhibits A-I and L; Declaration of Counsel; Exhibits J and K; Certificate of Service filed by Honolulu, City and County of, (Attachments: # 1 Certificate of Compliance Pursuant to Rule 7.5# 2 Declaration of Guy Inouye# 3 Declaration of George Gusman, III# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L)(emt, ) (Entered: 02/19/2006) |
| 02/17/2006 | 130 | Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's CONCISE STATEMENT of Facts in Support of its 128 MOTION for Summary Judgment Against Plaintiff Bodell Construction Company; Certificate of Compliance Pusuant to Rule 7.5; Declaration of Guy Inouye; Exhibits A-K and M; Declaration of Counsel; Exhibits L and N; Certificate of Service - filed by Honolulu, City and County of, (Attachments: # 1 Certificate of Compliance Pursuant to Rule 7.5# 2 Declaration of Guy Inouye# 3 Declaration of George Gusman, III# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L# 16 Exhibit M# 17 Exhibit N)(emt, ) (Entered: 02/19/2006) |
| 02/19/2006 | | CORRECTIVE ENTRY. The entry docket number 126 MOTION for Summary Judgment filed by Ultra Tech Systems, Inc.,, Engineered Systems, Inc.,, 125 Proposed MOTION for Summary Judgment filed by Ultra Tech Systems, Inc.,, Engineered Systems, Inc., was filed incorrectly in this case. All attachments must be catagorized or described. The filing party shall re-submit a corrected filings and ensure to properly describe all attachments for each filing.. (gls, ) (Entered: 02/19/2006) |
| 02/22/2006 | 131 | MOTION for Summary Judgment by Engineered Systems, Inc., Ultra Tech Systems, Inc.. (Attachments: # 1 Memorandum Cross Claim Defendant/Cross-Claim Plaintiff Ultratech Systems Inc and Third Party Defendant/Cross-Claim Plainitff Engineered Systems Inc. Memorandum in Support of Motion for Summary Judgment# 2 Affidavit Certificate of |