

REC'D GMP ASSOC.
5/9/00 1030AM
FROM BODELL CON. CO.

# WAHIAWA, HAWAII
# WASTEWATER TREATMENT PLANT

## Ultraviolet Disinfection Equipment
## Pre Submittal Package

### Bodell Construction Company
### Gary Jeppson

### GMP Engineers
### Lee Mansfield, P.E.
### May, 2000

THE CONTENTS AND DRAWINGS CONTAINED IN THIS SUBMITTAL PACKAGE RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER.

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527



Plaintiff's EXHIBIT 2 Stone 3-1-05

OPT-02119

Exhibit E

# UltraTech
systems Inc.

May 8, 2000

Bodell Construction Company
586 West Fine Drive
Salt Lake City, UT 84115

ATTN: J. Gary Jeppson
SUBJ: UV System - Wahiawa, HI WWTP

Dear Mr. Jeppson:

This document has been prepared in response to your request for additional information.

In summary, our bid horizontal UV system was title 22 compliant prior to the bid. Our offering meets all performance aspects of the specification and fits in to the available space Enclosed dose calculations demonstrate full compliance with this project's performance requirements.

Please note that at time of the bid only our horizontal lamp, parallel to flow UV system was Title 22 compliant. Our vertical lamp, perpendicular to flow UV system has been submitted for Title 22 compliance and we expect a positive response from the California Department of Health Services shortly.

Although not specifically mentioned in the specifications, no uninterruptible power supplies (UPS) are required with our UV system. When inefficient medium pressure UV lamp systems loose power, even for a fraction of a second and the lamps go out, the lamps can not be restarted and turn on for 30 minutes or longer. Our low pressure UV lamps will restart the instant power is restored. This restart problem is more acute in warmer the climates. The warmer it is, the longer it takes for a medium pressure lamp to be restarted. Florida has already required UPS for all medium pressure UV installations. There has been talk that this requirement may be added to Title 22.

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527