Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York  10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRA TECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | Civil No. 03-00706  (JMS/LEK) |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL** |
| OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | |
| Defendants. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant/Third-Party Plaintiff, v. | |
| ENGINEERED SYSTEMS, INC., | |
| Third-Party Defendant/Cross-Claim Plaintiff. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant/Cross-Claim Plaintiff, | |
| v. | |
| ULTRA TECH SYSTEMS, INC., a foreign corporation, | |

1104469.3

      Cross-Claim Defendant/ )
      Cross-Claim Plaintiff. )

## DECLARATION OF COUNSEL

ADAM R. BIALEK, declares as follows:

1. I am counsel for Cross-Claim Defendant/Cross-Claim Plaintiff ULTRATECH SYSTEMS INC. ("UTS") and special counsel (for this motion) for Third-Party Defendant/Cross-Claim Plaintiff ENGINEERED SYSTEMS, INC. ("ESI"), and make this declaration based on personal knowledge and information contained in our files unless otherwise indicated.

2. Attached hereto as Exhibit "A" is a true and correct copy of a 5 page document which includes a December 21, 2000 letter from Greg Ellner to the City of Honolulu, the City's response to Greg Ellner, and GMP's comments on same, dated January 2001.

3. Attached hereto as Exhibit "B" is a true and correct copy of a memorandum obtained from the City drafted by Cyril Hamada to "The Record", dated December 1, 1999.

4. Attached hereto as Exhibit "C" is a true and correct copy of a July 7, 2000 email from Cyril Hamada to Greg Ellner.

5. Attached hereto as Exhibit "D" is a true and correct copy of the transaction log and docket sheet for the case at bar, as retrieved from the PACER

1104469.3

system, supporting UTS' contention that its original motion for summary judgment was timely served on February 17, 2006.

6. Attached hereto as Exhibit "E" is a true and correct copy of a pre-submittal made by Bodell to the City, concerning the UTS U.V. disinfection system.

7. Attached hereto as Exhibit "F" is a true and correct copy of an Affidavit of Greg Ellner dated April 20, 2006.

8. Attached hereto as Exhibit "G" is a true and correct copy of the deposition of Jay Stone at pages 632-644.

Dated:  White Plains, New York
        April 20, 2006

                                    Yours, etc.

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP

                                    By: _____
                                        Adam R. Bialek
                                        Attorneys for Cross-Claim
                                        Defendant/Cross-Claim Plaintiff
                                        UltraTech Systems, Inc. and
                                        Special Counsel to Third-Party
                                        Defendant/Cross-Claim Plaintiff
                                        Engineered Systems, Inc.
                                        3 Gannett Drive
                                        White Plains, New York 10604
                                        (914) 323-7000
                                        Fax (914) 323-7001
                                        File No. 08167.00001

1104469.3

Sworn to before me this 20th
day of April 2006.

_[signature]_

Notary Public

GUY J. LEVASSEUR
Notary Public, State of New York
No. 02LE5036854
Qualified in Suffolk County
Commission Expires December 12, 2006

1104469.3