JSTONE.TXT

24    Q    After looking at the various documents we saw

25    today, does it refresh your recollection at all that

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

632

1    you spoke with Mr. Elhoff about the Ultra Tech system?

2    A    No, it doesn't.

3    Q    Did Lee Mansfield ever indicate to you that

4    he was concerned that the Ultra Tech system would not

5    be able to deliver the required dosage?

6    A    I don't remember if he told me that.

7    Q    Did he ever indicate to you that he wasn't

8    concerned?

9    A    I don't remember if he told me that, either.

10    Q    Do you know whether Mr. Mansfield was

11    concerned whether or not Ultra Tech could meet the

12    required dosage?

13    A    I don't remember that.

14    Q    Can you take a look at Stone Exhibit 7,

15    please? Actually, before we get there, please go to

16    Stone Exhibit 5, sorry.

17    See this document?

18    A    Yes.

19    Q    You've reviewed this document?

20    A    Not really. I just got to it.

21    Q    Okay. Can you review it?

22    A    Okay, I reviewed the document.

23    Q    And did you do the attached calculations?

24    A    My initials are on the document.

25    Q    Do you recall doing these calculations?

Exhibit G

JSTONE.TXT

633

1    A    Yeah, I think I do.
2    Q    Do you agree that they were done --
3    withdrawn.
4         Were they done accurately?
5    MR. SUTTON:  Objection to the form.
6    THE WITNESS:  As far as I can tell.
7    Q    (BY MR. BIALEK):  Is this what you based your
8    opinion on, that the Ultra Tech system did not meet the
9    dosage requirement at 6.5 MGDs?
10   A    Yes, I think so.
11   Q    What's the calculation for dosage?  What's
12   the formula?
13   A    Dosage equals F sub P, times F sub T, times
14   T, times I, sub-average.
15   Q    And English?  Can you tell us what that is in
16   English?
17   A    F sub P is the lamp output factor.  F sub T
18   is the lamp sleeve transmittance factor.  T is time of
19   exposure, and "I" of average is average intensity as
20   calculated above.
21   Q    Okay.  So the dosage would be affected by
22   each one of those individual components; correct?
23   A    Yes.
24   Q    Okay.  Where did you get time of exposure in
25   performing these calculations?

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

634

JSTONE.TXT

1    A    Looks like page 404.

2    Q    Page what?

3    A    Looks like page 404. That would be
4    OPT-02141.

5    Q    Is that an arbitrary number or did it come
6    from someplace?

7    MR. SUTTON: You mean the page number?

8    MR. BIALEK: No, no, the time.

9    THE WITNESS: No, it's not arbitrary. It would
10   have been calculated.

11   Q    (BY MR. BIALEK): And how do you calculate
12   the time?

13   A    You need to calculate the volume of the
14   reactor minus the volume of the lamps in the reactor.

15   Q    Minus what?

16   A    Minus the volume of the lamps within the
17   reactor.

18   Q    So there's a way that you calculated the
19   actual time; is that what you're saying?

20   A    Yeah. You need to know the net volume of the
21   reactor. It's the volume of the reactor minus the
22   volume of the lamps, and you need to know the flow
23   through the reactor.

24   Q    Okay. So there's some formula that would
25   give you the time?

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

635

1    A    Yes.

2    Q    And the 3 banks, it's exposed at a certain
3    flow level for a different amount of time as if there

```
                              JSTONE.TXT
     4    were 4 banks.  So the more banks there are, the longer
     5    it's exposed, timewise; is that correct?
     6         A    Yes.
     7         Q    Okay.  And where did the figure for lamp
     8    sleeve transmittance come from?
     9         A    You're talking about F sub T?
    10         Q    Yes.
    11         A    I don't remember where that comes from.
    12         Q    That actually comes from the specification,
    13    isn't it?
    14         A    That would be fair.
    15         Q    Is it?  All right.
    16              If you look at 2.3(B)4(B), transmittance
    17    through cork sleeve not more than 70 percent?
    18         A    Yeah.
    19         Q    Isn't that the F sub T that you're talking
    20    about?
    21         A    Yeah, that should be F sub T.
    22         Q    Okay.  So you got that component of the
    23    dosage straight out of the specification; right?
    24         A    Okay.
    25         Q    Now, where do you get the lamp output from?
                        RALPH ROSENBERG COURT REPORTERS
                              (808)524-2090
```

636

```
     1         A    I'd say right from the specification.
     2         Q    What figure did you use for lamp output?
     3         A    .7.
     4         Q    Okay, and looking at the specification, what
     5    number you're supposed to use?
     6         A    I'd just say it's lamp output of more than
```

Page 155

JSTONE.TXT
7   70 percent.
8      Q    Okay, so the calculation would be acceptable
9   if it was used with 70 percent, even up to a hundred
10  percent; isn't that correct?
11     A    It wouldn't make sense.
12     Q    Well, it says lamp output of more than
13  70 percent.  So there's a minimum of 70 percent.  So
14  you could either use more than 70 percent in your
15  calculation or there's a problem with the
16  specification; would that be fair to say?
17     MR. SUTTON:  Object to the form.  Argumentative.
18     Q    (BY MR. BIALEK):  Okay.  Let me break this
19  down a little further.  You used for lamp output, .7,
20  or 70 percent; correct?
21     A    Yes.
22     Q    And how did you decide on that figure?
23     A    It's the lowest number.
24     Q    Okay.  And if it was a higher number, is it
25  fair to say that the dosage would be coming in higher?
              RALPH ROSENBERG COURT REPORTERS
                    (808)524-2090

                                                    637


1      A    The calculated dosage, yes.
2      Q    So when you were evaluating Ultra Tech's
3   dosage calculations, you chose the lowest possible
4   number allowed under the specification; is that
5   correct?
6      A    Yeah.
7      Q    Is there a reason that you didn't allow the
8   highest lamp output number as provided for, in the
9   specification?

JSTONE.TXT

10    A    Not all lamps would be at a higher output.
11  That's a conservative calculation for dosage.
12    Q    But the performance requirement in the
13  specification says dosage calculated using point source
14  summation, and it says UV lamp output of more than
15  70 percent, if nominal, new output.  It doesn't say use
16  70 percent; right?
17    A    Yeah, you're correct.
18    Q    And it doesn't say use the most conservative
19  when you're calculating the dosage; is that correct?
20    A    You're correct, it doesn't say that.
21    Q    And if you used the higher lamp output, isn't
22  it fair to say that the dosage calculations for Ultra
23  Tech's dosage would be higher?
24    A    Yeah, that's correct.
25    Q    Yet, you used the lowest number --

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

638

1       MR. SUTTON:  Object to the form.
2    Q    (BY MR. BIALEK):  -- allowable under the
3  specifications?
4    A    Yes.
5    Q    Was there a reason you used the lowest
6  number?
7    A    Yeah.  It's a conservative calculation.  Not
8  all the lamps will be the same output.  Some will age
9  over time.
10    Q    So this was a different calculation than the
11  one that was required under the specification to be
12  met?

Page 157

JSTONE.TXT

13     MR. SUTTON: Object to the form.

14     THE WITNESS: I guess I don't see it that way.

15     Q     (BY MR. BIALEK): Well, as long as they were

16 able to meet the calculated dose pursuant to the

17 performance requirement in the specification, it should

18 have been acceptable; is that fair to say?

19     A     Yeah, I think it should, I guess.

20     Q     So you were evaluating their specification,

21 their calculations, based upon criteria that were more

22 stringent than what was contained in the specification?

23     MR. SUTTON: Object to the form.

24     Q     (BY MR. BIALEK): Isn't that true?

25     A     No, not more. Not less, not less stringent.

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

639


1     Q     No, more stringent. The calculations that

2 you were doing was going to produce a calculated dose

3 less than what it would be allowed to be calculated at,

4 if it was following the specifications?

5     A     No.

6     Q     If you followed the specifications and

7 allowed for a lamp output of 100 percent as opposed to

8 the 70 percent that you did in your calculations, isn't

9 it fair to say that the dosage for Ultra Tech systems

10 would come in higher?

11     A     Yeah, that's fair to say.

12     Q     Okay. Now, the average intensity as

13 calculated above, you see the "I" average? In

14 performing your calculations, where did you come up

15 with the "I" average?

Page 158

JSTONE.TXT

16    A    Oh. I think it was from a UVDIS 3.1.

17    Q    Okay. And how did you come up with that?

18    A    You input certain parameters into the
19  software program.

20    Q    Do you know which parameters?

21    A    I don't recall anymore.

22    Q    If you look back at OPT-2139, does that
23  refresh your recollection as to where you came up with
24  the "I" average?

25    A    Not really, no.

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

640

1    Q    Well, if you look at the output, array size,
2  see the "I" average at wastewater transmittance shown?

3    A    Uh-huh.

4    Q    You're familiar with what is needed in order
5  to do a calculated dose for Title 22?

6    A    I don't remember what it is under Title 22.

7    Q    Okay. Do you know whether you're supposed to
8  do it at 55 percent wastewater transmission?

9    A    I don't recall.

10    Q    If you look at the 55 percent column, do you
11  see the "I" average that you used in your calculations?

12    A    What page are we looking at?

13    Q    OPT-2139.

14    A    Okay. I'm looking at 55 percent column,
15  right?

16    Q    Correct.

17    A    And their output.

18    Q    Correct.

JSTONE.TXT

19    A    Okay, I see that.

20    Q    And do you see the "I" average that you used?

21    A    Yeah, I do.

22    Q    And what array size did you use?

23    A    6-by-6.

24    Q    Do you know what array size the Ultra Tech

25   system used?

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

641

1    A    I remember it being a 4-by-4.

2    Q    So what was the reason that you used the

3   6-by-6?

4    A    When I was calculating out the "I" average, I

5   was trying to put in the total array size, but that

6   didn't work with the program. So I remember speaking

7   to Carl Shipe about the -- how to model the system that

8   had array size larger than 4-by-4 or 6-by-6, or

9   something. And he explained to me one way to do it is

10  to do a sensitivity analysis. So you use the program

11  to output "I" average at different array sizes and pick

12  the one where certain effects didn't affect the

13  calculation.

14    Q    It's like the boundary effects; is that what

15  you're talking about?

16    A    Yeah.

17    Q    Okay. Are you aware that a 4-by-4, there are

18  no boundary effects?

19    A    No, I'm not aware of that.

20    Q    Okay. Is it fair to say, though, if you use

21  the array size that Ultra Tech submitted, the 4-by-4,

JSTONE.TXT
22  it would have come up with a higher factor or higher
23  value than the 6-by-6 array size that you included in
24  your calculations?
25      A    A higher value of what?

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

642

1   Q    The "I" average?
2   A    Yeah, that's fair to say.
3   Q    By a factor of 500 points, roughly?
4   A    Yeah, roughly.
5   Q    Okay. If you increased the "I" average and
6   you increase the lamp output factor, is it possible
7   that Ultra Tech, the Ultra Tech submission would have
8   met the dosage requirements at 6.5 MGDs?
9       MR. SUTTON:  Object to the form.
10      THE WITNESS:  I guess it's possible.
11  Q    (BY MR. BIALEK):  Well, did you ever do the
12  calculation to show whether or not under the proper
13  criteria, Ultra Tech would meet the 6.5 MGD dosage
14  requirement?
15  A    What do you mean by proper criteria?
16  Q    Well, using the criteria allowable under the
17  specification and using the 4-by-4 array versus the
18  6-by-6 array.
19  A    I don't recall making that calculation.
20  Q    Was there a reason that you didn't use that
21  calculation?
22  A    I don't recall the reason.
23  Q    But on June 27th, isn't it fair to say that
24  you advised Mr. Mansfield that Ultra Tech does not meet

Page 161

```
                              JSTONE.TXT
    25   the dosage requirement at 6.5 MGDs?
                      RALPH ROSENBERG COURT REPORTERS
                              (808)524-2090
```

643

     1     A    Yeah, that's fair to say.
     2     Q    Okay.  And if you can look at Stone
     3   Exhibit 7, please.  Do you recall this document?
     4     A    No, I don't recall the document.
     5     Q    You don't recall preparing this document?
     6     A    I recall looking at this at the previous
     7   deposition.
     8     Q    Okay.  Again, in this document you're saying
     9   the lamp output reduction factor, FP, was .7 unless
    10   otherwise noted; do you see that?
    11         MR. SUTTON:  Exhibit 7?
    12         MR. BIALEK:  Correct.
    13         THE WITNESS:  Yes.
    14     Q    (BY MR. BIALEK):  And is it fair to say that
    15   the spec allows for lamp output of more than .7?
    16     A    Yeah, I guess it would be fair.
    17     Q    Do you believe that there is an error in the
    18   spec as written, or is this spec correct?
    19         MR. SUTTON:  Object to the form.
    20         THE WITNESS:  I don't know if there's an error or
    21   not.  I know that's what it states.
    22     Q    (BY MR. BIALEK):  Your position that you're
    23   taking in Stone Exhibit 7 and the spec are different;
    24   correct?
    25         MR. SUTTON:  Object to the form.
                      RALPH ROSENBERG COURT REPORTERS
                              (808)524-2090

644

Page 162