IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | Civil No. 03-00706 (HG- LEK) |
| Plaintiff, | |
| - against – | **CERTIFICATE OF SERVICE** |
| OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, JOHN DOES 1-50, DOE CORPORATIONS 1-50, | |
| Defendants. | |

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of cross-claim Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc., and Third Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc., Reply Memorandum in Opposition to Defendant/Counterclaimant Ohio Pacific Tech Corporation Inc., f/k/a/ GMP Associates' Memorandum in Opposition, filed herein on April 20, 2006, was duly served electronically through CM/ECF on the date of filing:

1152147.1

David Schulmeister, Esq.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Richard Sutton, Jr., Esq.
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96812

Adrian W. Rosehill, Esq.
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813

George Gusman III
Bert Kobayashi, Jr.
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Maile R. Chun, Esq.
Department of Corporation Counsel
530 S. King Street, Room 110
Honolulu, Hawaii 96813

Dated:   White Plains, New York
         April 20, 2006

                              Yours, etc.,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN &
                              DICKER LLP

                         By:  _____
                              Kirsten E. Bennett
                              *Attorneys for Defendant*
                              **ULTRA TECH SYSTEMS, INC.**
                              3 Gannett Drive
                              White Plains, New York 10604
                              Tel: (914) 323-7000

1152147.1