Shapiro, Arthur J., 02:05 AM 1/4/01 -, IDI Horizontal References

From: "Shapiro, Arthur J." <ShapiroA@idi-online.com>
To: gmpassoc@lava.net
Subject: IDI Horizontal References
Date: Thu, 4 Jan 2001 02:05:50 -0500
X-Mailer: Internet Mail Service (5.5.2232.9)

Lee Mansfield:

IDI has numerous installations of its horizontal format UV systems which would meet the 5 mgd flow capacity.

| Location | Number of Lamps | Year In Service |
|---|---|---|
| East Chicago, IN | 1312 | 1989 |
| Marshalltown, IA | 768 | 1990 |
| Ashland, VA | 160 | 1998 |
| Lebanon, MO | 160 | 1988 |
| Blytheville, AR | 256 | 1988 |
| Wallingford, CT | 1056 | 1990 |

Please feel free to contact Chris Hong for any further information you may require. We would appreciate an opportunity to review the project technical specifications in advance of advertisment so we may advise you of any concerns that may prevent us from bidding.

Best regards,


Art Shapiro, P.E.
Regional Manager - SFO

C&C/Bodell
C027582

Exhibit C