

**CONSTRUCTION COMPANY**
586 Fine Drive • Salt Lake City, Utah 84115-4244
Telephone (801) 261-4343 • Fax (801) 261-1020

_Sent via fax: (914)-429-7527_

February 22, 2001

Ultra Tech Systems, Inc.
15 Kay Fries Drive
Stony Point, New York 10980

Attention:   Greg Ellner

Reference:   Wahiawa Wastewater Treatment Plant
             Ultraviolet Disinfection System

Subject:     System Substitution Submittal

Mr. Ellner

Regarding your e-mail request to Bodell Construction Company on February 16, 2001 concerning approval to submit a substitute ultraviolet system package for the Wahiawa project. We find your request confusing in the fact that you apparently elected to submit a request for submission of an alternate system directly to the City and County without submitting through or even coping Bodell Construction Company and directly received a denial response due to your failure to submit through the general contract as stated in the City and County response of February 8, 2001.

The topic of an alternate vertical system submittal was brought up several times during our meetings in November 2000. The consensus reached was that an alternate submittal was acceptable provided that it was a separate submittal package to the project required system. If you had sent it to us, we would have forwarded to GMP and the City in due course. We can only assume you chose to submit direct to the City because you believed it would be more advantageous to you to do so.

Unfortunately, it is too late for submission of an alternate system. With the third rejection of the UltraTech submittal in January, we had no option, but to proceed as directed with the purchase of a Trojan Ultraviolet System. At this time a Trojan submittal package has been submitted, approved and is in fabrication.

FAXED 2/23/01

Exhibit D

C&C/Bodell
BC 001430

We are in the process of formalizing our claims to all parties concerned and will be submitting these claims in the near future.

Should you have any questions, please contract me.

Regards,

Bodell Construction Company

LeRoy Humke
General Manager
Industrial Division

cc:   Gary Jeppson
      Mark Bodell
      David Schulmeister, esq.

C&C/Bodell
BC 001431