# ENGINEERED SYSTEMS INC.

PAGE: 1 OF 8  PHONE:

DATE: December 13, 1999  FAX:

TO: All Bidding Contractors

ATTN: Chief Estimator

RE: Wahiawa WWTP Effluent Reuse and Outfall

---

On behalf of UltraTech Systems Inc. we are pleased to provide the attached scope of supply. Prices will follow on bid day.

Thank you,
Doug Martin
ES119938a.DM

SECTION 11376
UV EQUIP.



PLAINTIFF'S
EXHIBIT NO. 83
FOR IDENTIFICATION
DATE: 9-2-04   RPTR:

12/14/99
I CALLED ERIC @ ULTRA TECH
TO VERIFY.

B00102

P.O. BOX 865 KAILUA-OAHU, HI 96734 PH:808-263-2232 FAX:808-263-3928

Exhibit G

000123


# UltraTech
### systems Inc.

December 10, 1999

ATTN: Bidding Contractors
SUBJ: UV System for Wahiawa, HI WWTP

Dear Sir or Madam:

As a named supplier, UltraTech Systems is pleased to offer our UV equipment which is in conformance with this project's plans and specifications. Please note that we have not included any motor operated slide gates, grating or rubber mats (items in Section 2.5 of specification) in our offering.

Highlights of our offering include:

UV System fully factory assembled and tested in our own factory.

Allen Bradley PLC to control the UV system (other brands available). To reduce your installed cost we will match the UV's PLC to the same type of PLC currently at the plant. This assures quick and easy interface to the plant's SCADA system.

10 inch color graphic touch screen system display.

Hand / Off / Auto switches for each UV module.

Low voltage (<24 volts) system controls.

316 passivated and electropolished construction for all wetted metal parts.

The UV system is built and fully tested in our own factory where it will receive UL approval prior to shipment.

Due to the superior nature of our equipment and its power supplies we require a single power feed of 120/208 3 phase 4 wire Wye configuration. Our equipment is so energy efficient that we require only a fraction of the 1048 KW listed in section 2.5G of the specification. As our system draws so much less power, you will realize a significant savings on the electrical switch gear - MCC that is required to feed the UV system.

Another advantage of our offering is that no interruptible power supplies to feed the UV system for Title 22 and / or R1 compliance are required.

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

B00103
000124

Wahiawa, HI

Page 2

Kindly direct questions to our representative Paul (Scotty) Scott of Engineered Systems (808) 263-2232.

Good Luck!!

Sincerely,

UltraTech Systems, Inc.
Greg E. Ellner



B00104

000125

DEC 10 1999

DEPARTMENT OF DESIGN AND CONSTRUCTION
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 2ND FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4584   FAX: (808) 523-4567



JEREMY HARRIS
MAYOR

RANDALL K. FUJIKI, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

IDEP 99-336

December 9, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

    Subject: Wahiawa WWTP Effluent Reuse and
Wahiawa Reservoir Outfall Adjustment
Substitution Request
Job No. W10-99

Based on the material submitted your request to:

1. Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

Very truly yours,

JAMES K. HONKE, Chief
Division of Infrastructure Design
and Engineering

B00105

000126



# SCOPE OF SUPPLY

# UV DISINFECTION SYSTEM
# SPECIFICATION SECTION 11376

# CITY AND COUNTY OF HONOLULU
# WAHIWA WASTEWATER TREATMENT PLANT

**Representative:**
**Engineered Systems**
**Paul Scott**
**(808) 263-2232**

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

B00106

000127

Wahiawa WWTP  
UV System Scope of Supply

Page 2  
12/10/99

## SYSTEM OVERVIEW

UltraTech is pleased to offer for your review and consideration an Ultraviolet Disinfection System that is in conformance with this project's plans and UV specification 11376 including applicable addenda. We guarantee that our system when fed with wastewater as described in the project specifications will after treatment by our system discharge and effluent with <2 Fecal Coliforms / 100ml.

As required by specification we are offering the UV system complete with its own PLC. We also feature low voltage controls and 10 inch (viewable) NEMA 4 color graphic system display. This control package will substantially speed up installation, operator training and troubleshooting (if necessary). To utilize the UV systems dose pacing capabilities a 4-20ma signal (by others) from the plant's flow meter must be brought to the UV system.

The UltraTech UV system consists of UV disinfection modules, control box, wireway & cabling to UV modules, eye shields, factory start-up & training, and required spares necessary to disinfect up to 6.5 MGD continuously and produce <2 Fecal Coliforms / 100ml.

The control and instrumentation features listed in the specification are included in our UV system offering. The controls and instrumentation reside in an UltraTech supplied floor standing control / power distribution enclosure.

## DESCRIPTION OF OFFERING

UV disinfection modules. Construction of 316SS, electropolished and passivated for all wetted metallics.

NEMA 4X stainless remote control / power distribution enclosure. This enclosure contains control electronics, PLC and color graphic UV system display. All of the monitoring, alarms, contacts and control features required by specification are present in this enclosure. This control center is complete with software, displays, switches and provides dose pacing control.

NEMA 4X stainless steel wireway(s) complete with cables to run from wireway(s) to each UV module.

UV Intensity monitoring systems and continuo online UV transmission monitor.

Lot of spares and safety equipment per specification. 10% UV Lamps, 10 Electronic Ballasts, 10% Quartz, 50 O-rings, 1 UV sensor and 4 UV safety goggles.

In channel automatic cleaning system and out of channel manual cleaning system.

Fixed weir level controller.


UltraTech systems inc

*EXCLUDING GRATING ESTIMATED @ $15,500 SEE ICSW QUOTE*

Wahiawa WWTP
UV System Scope of Supply

ATTN: GARY JEPPSON
LEROY HUMKE

Page 3
12/10/99

Shop Drawing - Submittal package & O&M manuals.

Up to 5 man days   Start-up service & operator training in one trip. Additional time is available for $750 per day plus all travel expenses.

**TERMS:**
Subject to UltraTech credit approval:

95% Net 30 days after shipment with a retainage not to exceed 5% of the total purchase price. Retainage is due UltraTech upon acceptance of the UV equipment or 60 days after original shipment date, whichever occurs first.

This offering includes a paid in full license for perpetuity for the Wahiawa, HI WWTP to utilize UltraTech's monitoring technology. this license is conditional upon UltraTech being paid in full in a timely manner.

This proposal is intended as a solicitation for an offer, is valid for 30 days, and subject to review at such time. The purchaser must agree to pay a 2% per month late payment fee for all accounts over 30 days. Prices are exclusive of any tax, duty, custom or fee that may be imposed by federal, state or local government and includes freight to the job site. The purchaser must agree to pay within 30 days appropriate cancellation charges in the event that purchaser cancels order. In the event a back charge by the contractor results, the back charge shall be considered valid if, and only if written agreement to the back charge has been issued by UltraTech. The terms, conditions and exclusions set forth in this proposal must be referenced to and accepted by the purchaser.

**F.O.B.:**
Factory, with full freight allowed to job site.

**DELIVERY:**
Submittal package excluding O&M and Trouble shooting manual:

   8 - 14 Weeks after receipt and acceptance of formal purchase order and complete engineering information.

   Equipment shipment (after acceptance of submittals and/or written release for fabrication): 18 - 22 Weeks. Note: This is dependent upon when an order is placed.


UltraTech Systems Inc

B00108

000129

Wahiawa WWTP  
UV System Scope of Supply

Page 4  
12/10/99

### EXCLUSIONS:

(a) off-loading at site  
(b) storage  
(c) installation  
(d) all concrete work  
(e) anchor bolts and shims  
(f) utility supply panels  
(g) starters, MCC, transformers  
(h) channel inlet screens  
(i) effluent troughs and or grating  
(j) coating for concrete vault  
(k) anchor bolts  

(l) field wiring where required  
(m) field painting if required  
(n) conduits  
(o) walls and baffles  
(p) level control weir  
(q) pumps  
(r) channel stop logs  
(s) crane or lifting device for UV modules.  
(t) valves for cleaning system  
(u) Maintenance hoist & Trolley system  
(v) ancillary equipment in paragraph 2.5 of specification  

Total Price Including Freight To Jobsite         $ _____

UltraTech  
ystems Inc

B00109

000130