1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF HAWAII

3   _____

4   BODELL CONSTRUCTION COMPANY,

5   a Utah corporation,

6             Plaintiff,

7        vs.                    CIVIL NO. 03-00706(HG/LEK)

8   OHIO PACIFIC TECH, INC., fka GMP   (Contract)

9   ASSOCIATES, INC., an Ohio

10  corporation; CITY AND COUNTY OF

11  HONOLULU; ULTRA TECH SYSTEMS,

12  INC., a foreign corporation,

13            Defendants.

14  _____

15  CITY AND COUNTY OF HONOLULU,

16        Defendant and

17        Third-Party Plaintiff,

18     vs.

19  ENGINEERED SYSTEMS, INC.,

20        Third-Party Defendant.

21  _____

22

23       DEPOSITION OF GUY M. INOUYE

24       Taken June 14th, 2005

25

Exhibit H

107

1   A.   I don't know.  It wasn't very long.

2   Q.   And who did most of the talking?

3   A.   I believe it was Elhoff, probably.

4   Q.   And what was he saying?

5   A.   The gist of it was UltraTech doesn't meet.  They

6   should not be allowed.

7   Q.   Was he agitated?

8   A.   I don't recall him being agitated, no.

9   Q.   Was he -- what's the word?  Well, did he try to make

10  a case, in other words, a case that UltraTech should not have

11  been approved prebid?

12  A.   I believe, yes, he did.

13  Q.   Did he show -- did he have documents or did he bring

14  any documents to share to try to support or make his point?

15  A.   I don't recall any documents.

16  Q.   Did he cite to any sources of information that he

17  might have as to how it is that he would know whether or not

18  UltraTech would have met the spec or not?

19  A.   I don't recall any citation of sources or...

20  Q.   I mean, did he have some sort of special credibility

21  with Mr. Honke or Mr. Franklin or with you as to -- well, on

22  issues like this?

23  A.   No, no special credibility.

24  Q.   Did you believe him?

25  A.   I would say we would typically not believe anybody

108

1    totally.  We would consider what he's saying and we would look

2    into it.

3        Q.    And at the time of the meeting had a decision

4    already been made the UV equipment was going to be deleted

5    from Bodell's contract?

6        A.    I don't know.

7        Q.    Did he suggest that it be deleted from Bodell's

8    contract as a way of curing this blunder?

9        A.    Don't recall.  I don't believe he did.

10       Q.    Did anyone in the meeting give him any assurances

11   that not to worry, the City will make this right?

12            MR. OGOMORI:  Objection as to form.

13            THE WITNESS:  I don't think anybody would have made

14   assurances.

15   BY MR. SCHULMEISTER:

16       Q.    Well, how was it left?

17       A.    I don't recall specifically, but probably we'd look

18   into it.

19       Q.    Okay.  Going back to this item No. 5 in Exhibit 5 to

20   Mr. Mansfield's deposition, right after the last thing that I

21   quoted, which was written information was not submitted, only

22   verbal, and another vendor complained, it goes on to say, "We

23   eliminated equipment from package and will procure equipment

24   by itself.  This portion of bid based on our error."

25            You see that?

206

C E R T I F I C A T E

1

2    STATE OF HAWAII                )

3                                   )ss.

4    City and County OF HONOLULU    )

5              I, B. KANOELANI COCKETT, CSR, Notary Public,

6    State of Hawai'i, do hereby certify;

7              That on June 14th, 2005, at 9:12 a.m. appeared

8    before me GUY M. INOUYE, the witness whose deposition is

9    contained herein; that prior to being examined he was

10   by me duly sworn;

11             That the deposition was taken down by me in

12   machine shorthand and was thereafter reduced to

13   typewritten form under my supervision; that the foregoing

14   represents, to the best of my ability, a true and correct

15   transcript of the proceedings had in the foregoing matter.

16             I further certify that I am not an attorney for

17   any of the parties hereto, nor in any way concerned with

18   the cause.

19             Dated this 28th day of June 2005 in Honolulu,

20   Hawai'i.

21   _B Kanoelani Cockett_____

22   B. KANOELANI COCKETT,

23   HI CSR NO. 379, CA CSR No. 7995

24   Notary Public, State of Hawai'i

25   My commission expires:  February 19th, 2009