PLAINTIFF'S
EXHIBIT NO: 77
FOR IDENTIFICATION
DATE: 9-2-04   RPTR: Lp.

# BODELL CONSTRUCTION COMPANY

JOBSITE ADDRESS: 111 CALIFORNIA AVENUE, WAHIAWA, HAWAII 96786
U.S. MAIL ADDRESS: P.O. BOX 860240  WAHIAWA, HAWAII 96786
PHONE: 808-622-1603, 622-3752      FAX: 808-622-2752
eckman52@gte.net

**WAHIAWA WWTP EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT**

## FAX TRANSMITTAL

TO: GARY                              FROM: TOM SWAN
COMPANY: BODELL                       DATE: 10-5-00
SUBJECT: ULTRATECH RESUBMITTAL        FAX No: _____

Number of Pages Transmitted, Including this Cover Sheet: 2

MEMO: Gary — enclosed is the (non) review of the UltraTech resubmittal. Basically the submittal was rejected before it arrived. Yesterday's GMP letter was written before I delivered the submittal.

I'm not sure what our next move should be. The October 4 letter feels like a dead end for UltraTech, and, the submittal was a poor effort that was rejected before it arrived because it was late.

Please advise.

*Tom Swan*

Exhibit K

C & C / Bodell
BC2 001813

COPIES TO: _____          ORIGINAL MAILED?   YES  (NO)
000011