Document ID: 399484v1_GGU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | CIVIL NO. CV03-00706 JMS-LEK (Contract) |
| Plaintiff, | |
| vs. | DECLARATION OF COUNSEL; EXHIBITS "A" – "F" |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | |
| Defendant. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | |
| vs. | |
| ENGINEERED SYSTEMS, INC., | |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
|     Cross-Claim Defendant/Plaintiff. | ) ) ) |

## DECLARATION OF COUNSEL

I, Ronald T. Ogomori, declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii.

2. I am a partner with the law firm Kobayashi, Sugita & Goda and am one of the attorneys representing Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu.

2

Document ID: 399484v1_GGU

3. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

4. Attached hereto as Exhibit "A" is a true and correct copy of selected pages from the deposition of Leroy Humke, taken on June 22, 2005, which is kept in my offices' file in the ordinary course of business.

5. Attached hereto as Exhibit "B" is a true and correct copy of selected pages from the deposition of Greg Ellner, taken on September 1 and September 2, 2004, which is kept in my offices' file in the ordinary course of business.

6. Attached hereto as Exhibit "C" is a true and correct copy of selected pages from the deposition of Guy Inouye, taken on June 14, 2005, which is kept in my offices' file in the ordinary course of business.

7. Attached hereto as Exhibit "D" is a true and correct copy of a fax transmittal dated October 4, 2000 from Tom Swan of Bodell, which was attached as Exhibit 76 to the deposition of Greg Ellner, taken on taken on September 2, 2004, which is kept in my offices' file in the ordinary course of business.

8. Attached hereto as Exhibit "E" is a true and correct copy of a fax transmittal dated October 5, 2000 from Tom Swan of Bodell, which was attached

as Exhibit 77 to the deposition of Greg Ellner, taken on taken on September 2, 2004, which is kept in my offices' file in the ordinary course of business.

9.  Attached hereto as Exhibit "F" is a true and correct copy of a letter dated May 12, 2003 to David Schulmeister from Timothy Steinberger, which was produced by Bodell and is kept in my offices' file in the ordinary course of business.

Pursuant to Circuit Court Rule 7(g), I declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii _____ April 20, 2006 _____.


_____
RONALD T. OGOMORI