PLAINTIFF'S EXHIBIT NO. 76 FOR IDENTIFICATION DATE 9-2-04 RPTR

# BODELL CONSTRUCTION COMPANY

JOBSITE ADDRESS: 111 CALIFORNIA AVENUE, WAHIAWA, HAWAII 96786
U. S. MAIL ADDRESS: P. O. BOX 860240 WAHIAWA, HAWAII 96786
PHONE: 808-622-1603, 622-3752       FAX: 808-622-2752
eckman52@gte.net
WAHIAWA WWTP EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT

## FAX TRANSMITTAL

TO: GARY                          FROM: Tom Swan
COMPANY: BODELL                   DATE: 10-4-00
SUBJECT: ULTRATECH RESUBMITTAL    FAX No: ___
Number of Pages Transmitted, Including this Cover Sheet: 2

MEMO: Gary — the UV resubmittal is in. I rate their production as fair-to-lame, on a scale of excellent to worthless. Here are 7 reasons:

1) Cleaning station still out in the road on the drawing.
2) Cleaning station drawn and crane absent.
3) Title 22 letter unconvincing. I called Dr. Sakagi to find out just what a vendor gets from the state. He will be out until Wednesday.
4) Basic layout drawing not modified to address Remarks 5, 6, 10, 12, 14 or 17.
5) Remark 1 not addressed. Request can probably be justified in 1.2B.
6.) List of installations does not identify "proposed system" models or start-up date per 1.2A and Remark 3.
7) UltraTech's equivalent to Trojan's dose pacing system is not even proposed or offered. Here is their chance to brag about their equipment and they choose instead to stonewall. Remark 8 is thus not addressed.

This submittal does not serve Bodell Construction's purpose. Please advise.

COPIES TO:         ORIGINAL MAILED? YES (NO)

Tom Swan

Exhibit D                    000009

BC2 002135

# WAHIAWA WWTP
## EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT

CONTRACT No. W10-99
BODELL CONSTRUCTION COMPANY JOB No. 603

This submittal has been reviewed and verified in accordance with the requirements of the contract documents and is submitted for approval.

SUBMITTAL No.: **30A**   DATE: **10-4-00**

EQUIPMENT: **ULTRAVIOLET DISINFECTION**

SPEC. SECTION: **11376**   COPIES: **8**

PARAGRAPH: **1.3**

CONTRACT DRAWING: **221**

SUBCONTRACTOR: _____

SUPPLIER: **ENGINEERED SYSTEMS**

MANUFACTURER: **ULTRATECH**

EXCEPTIONS TAKEN: YES **X**   NO ____
DETAILS OF EXCEPTION:

STRUCTURE HEIGHT PER RFI 55.
CONTROLS LOCATION PER RFI 89.
NO Trojan DOSE PACING SYSTEM PER
2.4 I. WEIR PER REVISED SUBMITTAL
26A. GRATING AND MATS PER
SUBMITTAL 26.

CERTIFIED BY: *Tom Swan*

BODELL CONSTRUCTION QUALITY CONTROL

C & C / Bodell
BC2 002135
000010