PLAINTIFF'S EXHIBIT NO. 77 FOR IDENTIFICATION DATE 9-2-04 RPTR

# BODELL CONSTRUCTION COMPANY

JOBSITE ADDRESS: 111 CALIFORNIA AVENUE, WAHIAWA, HAWAII 96786
U. S. MAIL ADDRESS: P. O. BOX 860240  WAHIAWA, HAWAII 96786
PHONE: 808-622-1603, 622-3752        FAX: 808-622-2752
eckman52@gte.net
WAHIAWA WWTP EFFLUENT REUSE AND RESERVOIR OUTFALL ADJUSTMENT

## FAX TRANSMITTAL

TO: GARY                              FROM: TOM SWAN
COMPANY: BODELL                       DATE: 10-5-00
SUBJECT: ULTRATECH RESUBMITTAL        FAX No:

Number of Pages Transmitted, Including this Cover Sheet: 2

MEMO: Gary — enclosed is the (non) review of the UltraTech resubmittal. Basically the submittal was rejected before it arrived. Yesterday's GMP letter was written before I delivered the submittal.

I'm not sure what our next move should be. The October 4 letter feels like a dead end for UltraTech, and, the submittal was a poor effort that was rejected before it arrived because it was late.

Please advise.

*Tom Swan*

Exhibit E

C & C / Bodell
BC2 001813

COPIES TO:                            ORIGINAL MAILED?   YES   NO
                                      000011