IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | CIVIL NO. CV03-00706 JMS-LEK (Contract) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | |
| Defendant. | |
| CITY AND COUNTY OF HONOLULU, | |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | |
| vs. | |
| ENGINEERED SYSTEMS, INC., | |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Plaintiff/Cross-Claim | ) |
|     Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Defendant/Cross-Claim | ) |
|     Plaintiff and Cross-Claim | ) |
|     Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim | ) |
|     Defendant/Plaintiff. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, by hand delivery, or electronically through CM/ECF on the date of filing:

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION |  |  | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. |  |  | X |
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU |  |  | X |

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| ADAM R. BIALEK<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407<br>  Attorney for Defendant<br>  ULTRA TECH SYSTEMS, INC. |  |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ.<br>ALAN J. MA, ESQ.<br>STUBENBERG & DURRETT, LLP<br>Davies Pacific Center, Suite 2115<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Third-Party Defendant<br>  ENGINEERED SYSTEMS, INC. |  |  | X |

Dated: Honolulu, Hawaii  April 20, 2006 .

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
  CITY AND COUNTY OF HONOLULU