IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF DAVID SCHULMEISTER |

DECLARATION OF DAVID SCHULMEISTER

DAVID SCHULMEISTER declares as follows:

1.    I am counsel for Plaintiff BODELL CONSTRUCTION COMPANY

("Bodell"), and I make this declaration based on personal knowledge unless

otherwise indicated.

2.    Attached hereto as Exhibit "73" is a true and correct copy of a

document produced by Defendant City and County of Honolulu ("**City**"), bates-

stamped C005639, which is a May 2, 2000 Letter of Transmittal and Minutes of

Meeting: April 27, 2000.  This document was authenticated by Lee Mansfield and appended as Exhibit 8 during his February 28, 2005 in this action.

3.    Attached hereto as Exhibit "74" is a true and correct copy of excerpts from the February 28, 2005 deposition transcript of Lee A. Mansfield taken in this action which I attended, and which accurately reflects the questions asked and answered during the portion of the deposition excerpted.

4.    I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

DATED:  Honolulu, Hawaii, April 20, 2006.

_____
DAVID SCHULMEISTER