IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation; JOHN DOES 1-50; DOE CORPORATIONS 1-50,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF LEROY HUMKE |

## DECLARATION OF LEROY HUMKE

LEROY HUMKE, declares as follows

1.  I have worked in the construction industry since 1976 and I am currently employed with Plaintiff BODELL CONSTRUCTION COMPANY ("Bodell") as the General Manager of its industrial projects including the City and County of Honolulu ("City") project that is the subject of this action and is known as, "Wahiawa Wastewater Treatment Plant Effluent Reuse & Wahiawa Reservoir Outfall Adjustment Job No. W10-99" (the "Project"). I make this declaration based on personal knowledge unless otherwise indicated.

ImanageDB:646035.1

2. The only suppliers of ultra violet disinfection equipment that provided quotes to Bodell for the Project were Trojan Technologies, Inc. and UltraTech Systems, Inc.

3. Infilco Degremonte, Inc. ("IDI") did not provide Bodell with a price quote for either a vertical or a horizontal system in connection with the Project, nor was Bodell ever advised by the City, or by anyone else, that any system offered by IDI, whether vertical or horizontal, had been approved as an equal to the specified Trojan system.

I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

DATED: 19th, Utah, April, 2006.

_____
LEROY HUMKE