IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation; JOHN DOES 1-50; DOE CORPORATIONS 1-50,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 |

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.5

Pursuant to Local Rule 7.5, the undersigned hereby certifies that the foregoing memorandum contains 4,4,86 words, according to the word count function of the word processing program used to create this document, including headings, footnotes and quotations, but not including the case caption, table of contents, table of authorities, certificates of counsel and certificate of services, and is in compliance with Local Rules 7.5(c) and 7.5(d).

ImanageDB:645683.3

DATED: Honolulu, Hawaii, April 20, 2006.

                CADES SCHUTTE
A Limited Liability Law Partnership

_____
DAVID SCHULMEISTER
KRISTIN S. SHIGEMURA
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY