UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**CERTIFICATE OF COMPLIANCE WITH L.R. 7.5** |
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant,<br>    Cross-Claim Plaintiff,<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>    Cross-Claim Plaintiff. | (Caption Continued) |

OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,

    Defendant,
    Cross-Claim Plaintiff
    Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign Corporation

    Defendant,
    Cross-Claim Defendant,
    Cross-Claim Plaintiff,

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.5**

I certify that pursuant to Local Rule 7.5(e), the attached Ohio Pacific Tech Corporation, Inc., fka GMP Associates, Inc.'s Reply To Bodell Construction Company's Memorandum In Opposition To Motion For Summary Judgment Filed January 9, 2006 is proportionately spaced, has a typeface of 14 points or more, and contains 1,065 words.

DATED: Honolulu, Hawaii, April 20, 2006.

RICHARD C. SUTTON, JR.