# ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262
E-Mail: rsutton@silawgroup.com

Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH CORPORATION
fka GMP ASSOCIATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S REPLY MEMORANDUM TO BODELL CONSTRUCTION COMPANY'S CONCISE STATEMENT OF FACTS IN OPPOSTION TO MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006; DECLARATION OF RICHARD C. SUTTON, JR.; EXHIBIT "Y"; CERTIFICATE OF COMPLIANCE WITH L.R. 7.5; CERTIFICATE OF SERVICE**<br><br>(Caption Continued) |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant,<br>    Cross-Claim Plaintiff,<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>    Cross-Claim Plaintiff,<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,<br><br>    Defendant,<br>    Cross-Claim Plaintiff<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>    Cross-Claim Plaintiff, | **Hearing:**<br>Date:    May 1, 2006<br>Time:    9:00 a.m.<br>Judge:    Hon. J. Michael Seabright<br><br>**Trial:**<br>Date:    October 17, 2006<br>Time:    9:00 a.m.<br>Judge:    Hon. J. Michael Seabright |

**OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S REPLY MEMORANDUM TO BODELL CONSTRUCTION COMPANY'S CONCISE STATEMENT OF FACTS IN OPPOSTION TO MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006**

Pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawaii, Defendant, Cross-Claim Defendant, Cross-Claim Plaintiff OHIO PACIFIC TECH CORPORATION, INC. f/k/a GMP ASSOCIATES, INC.'s ("GMP"), by and through its undersigned attorneys, hereby submits its Reply Memorandum To BODELL CONSTRUCTION COMPANY's Concise Statement of Facts In Opposition To Motion For Summary Judgment Filed January 9, 2006.

A. **GMP's RESPONSE TO BODELL CONSTRUCTION COMPANY'S NEW MATERIAL FACTS.**

| | | |
|---|---|---|
| 1. | Disputed.-see discussion below in paragraphs 2 -18. | |
| 2. | Disputed – Supplier of low pressure system not identified - Other vendor not identified | |
| 3. | Disputed-Jay Stone 8/18/99 memo not included | |
| 4. | Disputed – IDI provided proposal for a vertical lamp system, not comply with specs for horizontal | |

| | | |
|---|---|---|
| 5. | Disputed - IDI proposal rejected | See Exhibit 41 |
| 6. | Disputed – Exhibit 37 and 38 are for another project "Honouliuli"- | |
| 7. | Disputed – Not clear who is to obtain sole source approval-GMP or City | |
| 8. | Disputed – Documents do not establish when GMP knew Bodell's bid was based on UTS Ultraviolet system | |
| 9. | Disputed – Exhibit 45 Forwards copy of UltraTech substitution request at request of City | |
| 10. | Disputed - Does not establish when GMP knew Bodell's contract with City based on UTS bid submission. | |
| 11. | Disputed – Internal City emails discuss using GMP for specifications for re-bid but no direction to GMP. | |
| 12. | Undisputed as to language in City minutes but does not explain or identify and "sub consultant". | |
| 13. | Disputed – as to meaning of and reference to "used HES and Trojan as to consultants" in eight exhibits. Communications with HES are not consulting | |
| 14. | Disputed – as to which of eight exhibits makes reference to inquires | |

| 15. | Disputed – as to what if any, information was released and whether it was confidential proprietary information. | |
| --- | --- | --- |
| 16. | Undisputed – evaluation of submittal was GMP's job | |
| 17. | Disputed – Witness does not know if T-rojan submitted calculations. | Exhibit 43 at 157 |
| 18. | Disputed – question is argumentative and witness does not know what Trojan submitted. | Exhibit 43 at 157, 158 |
| 19. | Undisputed. | |

### B. GMP'S ADDITIONAL MATERIAL FACTS.

| 1. | Another ultraviolet disinfection system supplier IDI, could have provided a horizontal UV System that satisfied the experience requirement. | Exhibit Y, Deposition of Lee Mansfield p. 238-240. |
| --- | --- | --- |

DATED:   Honolulu, Hawaii,   April 20, 2006   .

*(signature)*

RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH
CORPORATION
fka GMP ASSOCIATES

5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO.  CV03-00706 HG-LEK<br><br>**CERTIFICATE OF SERVICE** |
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant,<br>    Cross-Claim Plaintiff,<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>    Cross-Claim Plaintiff, | (Caption Continued) |

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
Corporation,

>Defendant,
>Cross-Claim Plaintiff
>Cross-Claim Defendant

vs.

ULTRATECH SYSTEMS, a Foreign
Corporation

>Defendant,
>Cross-Claim Defendant,
>Cross-Claim Plaintiff,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on each of the following in the manner specified below, on April 20, 2006, addressed as follows:

|  | Mailed | Delivered |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br> BODELL CONSTRUCTION |  | X |

2

|  | Mailed | Delivered |
|---|---|---|
| BERT T. KOBAYASHI, JR., ESQ.<br>RONALD T. OGOMORI, ESQ.<br>GEORGE GUSMAN, ESQ.<br>Kobayashi, Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>Cross-Claim Plaintiff/Defendant and<br>Third-Party Plaintiff/Counterclaim Defendant<br>CITY & COUNTY OF HONOLULU |  | X |
| CARRIE OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>City & County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CITY & COUNTY OF HONOLULU |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813<br><br>Attorneys for Third-Party Defendant<br>ENGINEERED SYSTEMS, INC. |  | X |

3

|  | Mailed | Delivered |
|---|---|---|
| ADAM R. BIALEK, ESQ.<br>Wilson Elsner Moskowitz Edelman<br>  & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407 | X | |

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

DATED: Honolulu, Hawaii, _____April 20, 2006_____.

_____
RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff OHIO
PACIFIC TECH
CORPORATION fka GMP
ASSOCIATES

4