UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO.  CV03-00706 HG-LEK<br><br>**DECLARATION OF RICHARD C. SUTTON, JR.** |
| CITY AND COUNTY OF HONOLULU,<br><br>       Defendant,<br>       Cross-Claim Plaintiff,<br>       Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>       Defendant,<br>       Cross-Claim Defendant,<br>       Cross-Claim Plaintiff. | (Caption Continued) |

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
Corporation,

       Defendant,
       Cross-Claim Plaintiff
       Cross-Claim Defendant

       vs.

ULTRATECH SYSTEMS, a Foreign
Corporation

       Defendant,
       Cross-Claim Defendant,
       Cross-Claim Plaintiff,

## DECLARATION OF RICHARD C. SUTTON, JR.

I, RICHARD C. SUTTON, JR, declare that this Declaration is provided upon personal information and belief and is true to the best of my knowledge.

1.    I am an attorney for the law firm of Sakai Iwanaga Sutton, counsel for Defendants OHIO PACIFIC TECH CORPORATION, INC. fka GMP ASSOCIATES, INC. ("GMP") herein.

2.    I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.    Attached hereto as Exhibit "Y" is a true and correct copy of a portion of the June 2nd, 2005 deposition of Lee A. Mansfield, Volume II, pages 234, 238-240 and a true and correct copy of Plaintiff's Exhibit 23 attached thereto.

DATED:  Honolulu, Hawaii, _____ April 20, 2006 _____ .


_____
RICHARD C. SUTTON, JR.