```
                                                              224
 1            IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3   _____

 4   BODELL CONSTRUCTION COMPANY,

 5   a Utah corporation,

 6                 Plaintiff,

 7         vs.                         CIVIL NO. 03-00706(HG/LEK)

 8   OHIO PACIFIC TECH, INC., fka GMP  (Contract)

 9   ASSOCIATES, INC., an Ohio

10   corporation; CITY AND COUNTY OF

11   HONOLULU; ULTRA TECH SYSTEMS,

12   INC., a foreign corporation,

13                 Defendants.

14   _____

15   CITY AND COUNTY OF HONOLULU,

16         Defendant and

17         Third-Party Plaintiff,

18         vs.

19   ENGINEERED SYSTEMS, INC.,

20         Third-Party Defendant.

21   _____

22

23            DEPOSITION OF LEE A. MANSFIELD

24                       VOLUME II

25              Taken June 2nd, 2005
```



EXHIBIT "Y"

238

1  Q.   Okay. Exhibit 15 purports to be an August 23rd,
2  1999 letter from Infilco Degremont, Inc. to GMP Associates,
3  Attention: Mr. Stone, Regarding: Wahiawa Wastewater
4  Treatment Plant; is that right?
5  A.   Yes.
6  Q.   Do you recall the fact that Infilco Degremont, Inc.,
7  who is also known as IDI?
8  A.   (Witness nods head.)
9  Q.   Having made any inquiry or having responded to an
10 inquiry about possibly providing UV disinfection equipment for
11 Wahiawa?
12 A.   I don't have any direct memory of this. I'm sure
13 they did.
14 Q.   Because of the document existing here?
15 A.   Absolutely.
16 Q.   But other than that, you have no recollection?
17 A.   No, I don't.
18 Q.   Did you have any communications with anyone from IDI
19 about Wahiawa?
20 A.   Honest, Dave, not that I recall, but I imagine Chris
21 Hong called a couple times during the project. He's their
22 sales rep, local sales rep.
23 Q.   Could you look at Exhibit 23, please.
24 A.   In what depo?
25 Q.   Stone.

239

1   A.   Excuse me, David, what number again?
2   Q.   23.
3   A.   I've looked at this.
4   Q.   Okay. Exhibit 23 purports to be an e-mail from
5   Arthur J. Shapiro to you dated January 4th, 2001; is that
6   right?
7   A.   That's correct.
8   Q.   And do you remember this one?
9   A.   I do.
10  Q.   Okay. And who is Mr. Shapiro?
11  A.   He's with IDI. I don't know what his title is.
12  Q.   Have you ever met him?
13  A.   Not that I recall.
14  Q.   Okay. And in this e-mail Mr. Shapiro states that
15  IDI has numerous installations of its horizontal format UV
16  systems which would meet the five MGD flow capacity and lists
17  a number of plants.
18       Was this in response to some inquiry that originated
19  with you?
20  A.   It was.
21  Q.   And what was the inquiry?
22  A.   Wanted to know if he'd meet the requirement in our
23  specifications for facilities; in five facilities in operation
24  for more than one year.
25  Q.   And when did you make that inquiry?

```
                                                                    240
 1      A.   On or around this time period beginning of 2001.
 2      Q.   And what prompted you to make the inquiry then?
 3      A.   I wanted to satisfy myself that the requirement in
 4 the specs wasn't too onerous.
 5      Q.   What do you mean by "too onerous"?
 6      A.   Well, I wanted to make sure there was someone else
 7 who could meet that experience requirement.
 8      Q.   And why were you concerned about that in January
 9 2001?
10      A.   The answer to your earlier question, I wanted to
11 satisfy myself that that requirement wasn't too stringent.
12      Q.   Well, what would have made it too stringent?
13      A.   Made it too stringent no one could have met it.
14      Q.   And if no one -- if the answer had been that -- from
15 IDI had been that they couldn't meet it, would that have
16 caused -- what would that have prompted you to do, if
17 anything?
18      A.   You know, I don't know. I wouldn't speculate.
19      Q.   So upon receipt of this e-mail did you conclude that
20 the requirement was not too onerous?
21      A.   Yes.
22      Q.   And how so?
23      A.   Because this manufacturer looked as though he could
24 meet the requirement.
25      Q.   Could you look at Exhibit 22 to the deposition of
```

Shapiro, Arthur J., 02:05 AM 1/4/01 -, IDI Horizontal References

From: "Shapiro, Arthur J." <ShapiroA@idi-online.com>
To: gmpassoc@lava.net
Subject: IDI Horizontal References
Date: Thu, 4 Jan 2001 02:05:50 -0500
X-Mailer: Internet Mail Service (5.5.2232.9)

Lee Mansfield:

IDI has numerous installations of its horizontal format UV systems which would meet the 5 mgd flow capacity.

| Location | Number of Lamps | Year In Service |
|---|---|---|
| East Chicago, IN | 1312 | 1989 |
| Marshalltown, IA | 768 | 1990 |
| Ashland, VA | 160 | 1998 |
| Lebanon, MO | 160 | 1988 |
| Blytheville, AR | 256 | 1988 |
| Wallingford, CT | 1056 | 1990 |

Please feel free to contact Chris Hong for any further information you may require. We would appreciate an opportunity to review the project technical specifications in advance of advertisement so we may advise you of any concerns that may prevent us from bidding.

Best regards,

Art Shapiro, P.E.
Regional Manager - SFO



Plaintiff's EXHIBIT 23 Stone II 3-2-05

OPT-02136