# ORIGINAL

Of Counsel:
SAKAI IWANAGA SUTTON
LAW GROUP, AAL, LLLC

RICHARD C. SUTTON JR. 1010-0
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
Tel. No. (808) 792-3888
Fax No. (808) 521-5262
E-Mail: rsutton@silawgroup.com

Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH CORPORATION
fka GMP ASSOCIATES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S REPLY MEMORANDUM TO ULTRATECH SYSTEMS, INC. AND ENGINEERED SYSTEMS INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF AFFIRMATION IN OPPOSITION OF ULTRATECH SYSTEMS, INC AND ENGINEERED SYSTEMS, INC'S TO MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006; CERTIFICATE OF COMPLIANCE WITH L.R. 7.5;** |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant,<br>    Cross-Claim Plaintiff,<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>      Cross-Claim Plaintiff,<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,<br><br>    Defendant,<br>    Cross-Claim Plaintiff<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>      Cross-Claim Plaintiff, | **CERTIFICATE OF SERVICE**<br><br>**Hearing:**<br>Date:    May 1, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. J. Michael Seabright<br><br>**Trial:**<br>Date:    October 17, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. J. Michael Seabright |

**OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC.'S REPLY MEMORANDUM TO ULTRATECH SYSTEMS, INC. AND ENGINEERED SYSTEMS INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF AFFIRMATION IN OPPOSITION OF ULTRATECH SYSTEMS, INC AND ENGINEERED SYSTEMS, INC'S TO MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006**

Pursuant to Rule 56.1 of the Rules of the United States District Court for the District of Hawaii, Defendant, Cross-Claim Defendant, Cross-Claim Plaintiff OHIO PACIFIC TECH CORPORATION, INC. f/k/a GMP ASSOCIATES, INC.'s ("GMP"), by and through its undersigned attorneys, hereby submits its Reply Memorandum To ULTRATECH SYSTEMS, INC. and ENGINEERED SYSTEMS INC.'s Separate and Concise Statement of Facts In Support Of Affirmation In Opposition Of UltraTech Systems, Inc. ("UTS") and Engineered Systems, Inc.'s ("ESI") To Motion For Summary Judgment Filed January 9, 2006.

A. **GMP's RESPONSE TO UTS & ESI's CONCISE STATEMENT OF FACTS.**

| 1. | Undisputed – but irrelevant Performance Bond not at issue. | I |

| | | |
|---|---|---|
| 2. | Disputed – no reference to Consent Decree in Performance Bond and irrelevant as Bond not at issue. | |
| 3. | Disputed – specifications "start from" diskette from Trojan but was substantially modified. | UTS & ESI Exhibit B at 233<br><br>Compare GMP Exhibit F to GMP MSJ "Specifications "; -to Bodell Exhibit 5 to Bodell MSJ against C&C of Honolulu |
| 4. | Disputed – Testimony of Jay Stone does not address his training and experience with Ultraviolet disinfection of wastewater | UTS & ESI Exhibit B pp. 380-383 |
| 5. | Disputed – No reference to negligent evaluation of UTS submitted – No reference to independent consultant. | UTS & ESI Exhibit B pp. 424-435 |
| 6. | Disputed – No reference that calculations were negligently performed | UTS & ESI Exhibit B pp. 424-435 |

DATED:   Honolulu, Hawaii, ___April 20, 2006___ .

/s/ Richard C. Sutton

RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff
OHIO PACIFIC TECH
CORPORATION

4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**CERTIFICATE OF SERVICE** |
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant,<br>    Cross-Claim Plaintiff,<br>    Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>    Defendant,<br>    Cross-Claim Defendant,<br>    Cross-Claim Plaintiff, | (Caption Continued) |

| | |
|---|---|
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation,<br><br>      Defendant,<br>      Cross-Claim Plaintiff<br>      Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation<br><br>      Defendant,<br>      Cross-Claim Defendant,<br>      Cross-Claim Plaintiff. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on each of the following in the manner specified below, on April 20, 2006, addressed as follows:

|  | Mailed | Delivered |
|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>  BODELL CONSTRUCTION | | X |

2

|  | Mailed | Delivered |
|---|---|---|
| BERT T. KOBAYASHI, JR., ESQ.<br>RONALD T. OGOMORI, ESQ.<br>GEORGE GUSMAN, ESQ.<br>Kobayashi, Sugita & Goda<br>999 Bishop Street, Suite 2600<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>Cross-Claim Plaintiff/Defendant and<br>Third-Party Plaintiff/Counterclaim Defendant<br>CITY & COUNTY OF HONOLULU |  | X |
| CARRIE OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>City & County of Honolulu<br>530 South King Street, Room 110<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>CITY & COUNTY OF HONOLULU |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ<br>ALAN J. MA, ESQ.<br>Gerson & Hieneman<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 780<br>Honolulu, Hawaii 96813<br><br>Attorneys for Third-Party Defendant<br>ENGINEERED SYSTEMS, INC. |  | X |

3

|  | Mailed | Delivered |
|---|---|---|
| ADAM R. BIALEK, ESQ.<br>Wilson Elsner Moskowitz Edelman<br>  & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407 | X |  |

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

DATED: Honolulu, Hawaii,  April 20, 2006  .

/s/ Richard C. Sutton
RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff OHIO
PACIFIC TECH
CORPORATION fka GMP
ASSOCIATES

4