UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH CORPORATION, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendants. | CIVIL NO. CV03-00706 HG-LEK<br><br>**CERTIFICATE OF COMPLIANCE WITH L.R. 7.5** |
| CITY AND COUNTY OF HONOLULU,<br><br>Defendant,<br>Cross-Claim Plaintiff,<br>Cross-Claim Defendant<br><br>vs.<br><br>ULTRATECH SYSTEMS, a Foreign Corporation,<br><br>Defendant,<br>Cross-Claim Defendant,<br>Cross-Claim Plaintiff, | (Caption Continued) |

| |
|---|
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation, <br><br>  Defendant, <br>  Cross-Claim Plaintiff <br>  Cross-Claim Defendant <br><br>vs. <br><br>ULTRATECH SYSTEMS, a Foreign Corporation <br><br>  Defendant, <br>  Cross-Claim Defendant, <br>    Cross-Claim Plaintiff, |

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.5**

I certify that pursuant to Local Rule 7.5(e), the attached Defendant, Cross-Claim Plaintiff, Cross-Claim Defendant Ohio Pacific Tech, Inc., fka GMP Associates, Inc.'s Reply Memorandum To ULTRATECH SYSTEMS, INC. and ENGINEERED SYSTEMS INC.'s Separate and Concise Statement of Facts In Support Of Affirmation In Opposition Of UltraTech Systems, Inc. and Engineered Systems, Inc. To Motion For Summary Judgment Filed January 9, 2006 is

2

proportionately spaced, has a typeface of 14 points or more, and contains 259 words.

DATED: Honolulu, Hawaii, April 20, 2006 .

                              RICHARD C. SUTTON, JR.
Attorney for Defendant,
Cross-Claimant-Defendant,
Cross-Claim Plaintiff OHIO
PACIFIC TECH CORPORATION
fka GMP ASSOCIATES