

**LODGED**
APR 2 4 2006
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

OF COUNSEL:
GERSON & HIENEMAN

ADRIAN W. ROSEHILL      3868-0
OWEN H. MATSUNAGA       5087-0
ALAN J. MA              5580-0
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813
PH.: (808) 524-4800
FAX: (808) 537-1420
ggwlaw@lava.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006
at 2 o'clock and 34 min. P M
SUE BEITIA, CLERK

Attorneys for Third-Party Defendant/
Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | CIVIL NO. CV03-00706 (HG-LEK) (Contract) |
| Plaintiff, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND |
| vs. | ORDER; CERTIFICATE OF SERVICE |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | **TRIAL**: Date: October 17, 2006 Time: 9:00 a.m. Judge: The Hon. Michael Seabright |
| Defendants. | |

    -AND RELATED ACTIONS-    )
                                                     )
_____ )

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

GERSON & HIENEMAN, hereby withdraws as counsel for Third-Party Defendant/Cross-Claim Plaintiff ENGINEERED SYSTEMS, INC. ("ESI"), and ADRIAN W. ROSEHILL, OWEN H. MATSUNAGA, ALAN J. MA and STUBENBERG & DURRETT hereby appear as counsel for ESI in the above-captioned matter pursuant to Rule 83.6(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

DATED: Honolulu, Hawaii; April 25, 2006.

                                              _____
                                              MERVYN S. GERSON
                                              ADRIAN W. ROSEHILL
                                              (Withdrawing Counsel)

                                              _____
                                              ADRIAN W. ROSEHILL
                                              OWEN H. MATSUNAGA
                                              ALAN J. MA
                                              (Appearing Counsel)

CONSENTED TO BY:

ENGINEERED SYSTEMS, INC.,
a Hawaii corporation

By _____/s/_____

Its President

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; April 25, 2006.

_____/s/ Leslie E. Kobayashi_____

LESLIE E. KOBAYASHI
United States Magistrate Judge

*Bodell Construction Company v. Ohio Pacific Tech, Inc., et al.*, Civil No. 03-00706JMS/LEK, Notice of Withdrawal and Substitution of Counsel and Order

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>    Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706(HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served on the parties listed below, at their last known address by hand delivery or by U.S. mail, postage prepaid, addressed as follows:

TO: BERT T. KOBAYASHI, JR., ESQ.
   RONALD T. OGOMORI, ESQ.
   GEORGE GUSMAN, ESQ.
   Kobayashi, Sugita & Goda
   999 Bishop Street, Suite 2600
   Honolulu, Hawaii 96813

   and

CARRIE K. OKINAGA, ESQ.

Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

DATED: Honolulu, Hawaii; April 24, 2006.

_____
ADRIAN W. ROSEHILL
OWEN H. MATSUNAGA
ALAN J. MA

Attorneys for Third-Party
Defendant/Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.