## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        }
                         } ss.:
COUNTY OF WESTCHESTER    }

LATASHA JOHNSON, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Bronx County, New York.

That on the 25th day of April, 2006, deponent served the within **REPLY MEMORANDUM; OF CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC. TO CROSS-CLAIM PLAINTIFF/DEFENDANT CITY AND COUNTY OF HONOLULU'S OPPOSITION PAPERS, DECLARATION OF COUNSEL, CONCISE STATEMENT OF FACTS IN SUPPORT OF ULTRATECH SYSTEMS, INC., AND ENGINEERED SYSTEMS INC.'S REPLY MEMORANDA AGAINST THE CITY AND COUNTY OF HONOLULU AND OHIO PACIFIC TECH F/K/A GMP ASSOCIATES, INC.'S OPPOSITION, CERTIFICATE OF COMPLIANCE WITH L.R. 7.5 AND CERTIFICATE OF SERVICE WITH EXHIBITS**, on the parties at their respective offices for that purpose by mailing a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressee(s) indicated below:

TO:

**CADES SCHUTTE**
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
**Attn.: David Schulmeister, Esq.**

**STUBENBERG & DURRETT**
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
**Attn: Adrian Rosehill, Esq.**

**Maile R. Chun, Esq.**
**Department of Corporation Counsel**
530 S. King Street, Room 110
Honolulu, Hawaii 96813

**SAKAI IWANAGA SUTTON**
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
**Attn: Richard C. Sutton, Jr., Esq.**

**George Gusman III**
**Bert Kobayashi, Jr.**
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Sworn to before me this
25th day of April, 2006

_/s/ Maura Looby_
Notary Public
**MAURA LOOBY**
Notary Public, State of New York
No. 01LO4921163
Qualified in Putnam County
Commission Expires May 31, 2006

_/s/ Latasha Johnson_
**LATASHA JOHNSON**

1155200.1