ORIGINAL

ADRIAN W. ROSEHILL 3868-0
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 705
Honolulu, Hawaii 96813
PH.: (808) 526-0892
FAX: (828) 533-4399
arosehill@stubenbergdurrett.com
Attorneys for
ENGINEERED SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 28 2006
at 11 o'clock and 30 min A M
SUE BEITIA, CLERK

ADAM R. BIALEK, ESQ.
WILSON ELSNER MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Attorneys for
ULTRA TECH SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | ) | CIVIL NO. CV03-00706 (HG-LEK) (Contract) |
| Plaintiff, | ) | |
| vs. | ) | CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF UTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S FRCP RULE 56(f) MOTION FOR CONTINUANCE OF DEFENDANT CROSS-CLAIM PLAINTIFF/DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT and |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | ) | |

| | |
|---|---|
| Defendant. | ) DEFENDANT/COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION INC., fka GMP ASSOCIATES' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ADRIAN W. ROSEHILL; CERTIFICATE OF SERVICE |
| -AND RELATED ACTIONS- | ) HEARING (Motions for Summary Judgment): Date: May 1, 2006 Time: 9:00 a.m. Judge: The Honorable J. Michael Seabright |
| | ) TRIAL DATE: October 17, 2006 |

CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF UTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S FRCP RULE 56(f) MOTION FOR CONTINUANCE OF DEFENDANT CROSS-CLAIM PLAINTIFF/DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT/COUNTERCLAIMANT OHIO PACIFIC TECH CORPORATION fka GMP ASSOCIATES' MOTION FOR SUMMARY JUDGMENT

Cross-Defendant/Cross-Claim Plaintiff UtraTech Systems, Inc., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. by and through their counsel respectfully move this court, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, for a continuance of the City and County of Honolulu

and GMP's Motion(s) for Summary Judgment for the reasons stated in the attached declaration of counsel.

DATED: Honolulu, Hawaii; April 28, 2006.

ADRIAN W. ROSEHILL

Attorney for Third-Party Defendant/Cross-Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party Defendant/Cross-Claim Plaintiff*
*Ultra-Tech Systems, Inc.*
*For This Motion*
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813

Of Counsel:

Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendant.<br><br>-AND RELATED ACTIONS- | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served on the parties listed below, at their last known address by hand delivery, addressed as follows:

TO: RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant
OHIO PACIFIC TECH, INC.
fka GMP ASSOCIATES, INC.

BERT T. KOBAYASHI, JR., ESQ.
RONALD T. OGOMORI, ESQ.
GEORGE GUSMAN, ESQ.
Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

and

CARRIE K. OKINAGA, ESQ.
Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Rm. 110
Honolulu, Hawaii 96813

Attorneys for Defendant, Cross-Claim
Plaintiff/Defendant and Third Party Plaintiff
CITY AND COUNTY OF HONOLULU

DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte

1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

DATED: Honolulu, Hawaii; April 28, 2006.

ADRIAN W. ROSEHILL

Attorney for Third-Party Defendant/Cross-Claim Plaintiff
**ENGINEERED SYSTEMS, INC.**
*And Special Counsel to Third-Party Defendant/Cross-Claim Plaintiff Ultra-Tech Systems, Inc. For This Motion*
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813

Of Counsel:

Adam R. Bialek, Esq.
Kirsten Bennett-O'Rourke, Esq.