Last Edited: 4/28/2006 7:23:00 PM
Document ID: 399974v1_bsb

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant. | CIVIL NO. CV03-00706 HG-LEK<br>(Contract)<br><br>DECLARATION OF RONALD T. OGOMORI |

DECLARATION OF RONALD T. OGOMORI

STATE OF HAWAII         )
                        )  SS.
CITY AND COUNTY OF HONOLULU  )

I, RONALD T. OGOMORI, declare as follows:

I am an attorney licensed to practice law before all courts in the State of Hawaii.

1.    Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

1

Last Edited: 4/28/2006 7:23:00 PM
Document ID: 399974v1_bsb

2. I am one of the attorneys for Defendant City and County of Honolulu ("City") working on the above-captioned case.

3. UTS/ESI and Bodell have already deposed all but one of the deponents that they now claim to need in order to provide the Court with a "full and complete record." In fact, the GMP's engineer: Lee Mansfield (Vol. I): 2/28/2005; GMP's engineer: Lee Mansfield (Vol. II): 6/2/2005; GMP's engineer: Jay Stone (Vol. I): 3/1/2005; GMP's engineer: Jay Stone (Vol. II): 3/2/2005; GMP's engineer: Jay Stone (Vol. III): 6/3/2005 City Engineer Guy Inouye: 6/14/2005; City Engineer Cyril Hamada: 6/21/2005.

4. Although the deposition of Cyril Hamada was cancelled today (April 28, 2006), and the depositions of James Honke, Mike Elhoff and Eldon Franklin were not completed, UTS/ESI has no one to blame but themselves as they waited until a week before the hearing on the City's MSJ to conduct these depositions.

Pursuant to FRE Rule 901 and FRCP Rule 30(f), the deposition testimony of James Honke, Mike Elhoff, Eldon Franklin, and Cyril Hamada would not have been admissible at the scheduled May 1, 2006 hearing. See Orr v. Bank of America, NT & SA, 285 F.3d 764, 774 (9th Cir.2002) (stating that "[a] deposition or an extract therefrom is authenticated in a motion for summary judgment when it identifies the

2

Last Edited: 4/28/2006 7:23:00 PM
Document ID: 399974v1_bsb

names of the deponent and the action **and includes the reporter's certification that the deposition is a true record of the testimony of the deponent.**").

Pursuant to LR07.6, <u>Motions; Affidavits and Declarations</u>, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th of April 2006, Honolulu, Hawaii.

_____
RONALD T. OGOMORI