CADES SCHUTTE
A Limited Liability Law Partnership

DAVID SCHULMEISTER    2781-0
KRISTIN S. SHIGEMURA   6957-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216
Telephone: (808) 521-9200
Facsimile:  (808) 521-9210
Email:      dschulmeister@cades.com
Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF DAVID SCHULMEISTER RE BODELL CONSTRUCTION COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED JANUARY 9, 2006, AND THE CITY AND COUNTY OF HONOLULU'S MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 17, 2006; EXHIBIT "75"; CERTIFICATE OF SERVICE |
|---|---|

### DECLARATION OF DAVID SCHULMEISTER

DAVID SCHULMEISTER declares as follows:

1. I am counsel for Plaintiff BODELL CONSTRUCTION COMPANY

ImanageDB:647561.1

("Bodell"), and I make this declaration based on personal knowledge unless otherwise indicated.

2.  Attached hereto as Exhibit "75" is a true and correct copy of an excerpt from the April 27, 2006 deposition of Eldon Franklin, the City's Division Chief of Infrastructure Design, Department of Design and Construction.

3.  Mr. Franklin's deposition was taken after the parties had already filed opposition and reply memoranda for the various motions for summary judgment scheduled to be heard by the Court on May 1, 2006.

4.  Bodell believes that the testimony of Mr. Franklin is of critical importance to both Bodell and the City's motions for summary judgment, in that it impacts on the issue of whether the City's December 9, 1999 pre-bid approval of Ultra Tech Systems for the Wahiawa Project (Ex. 9 to Plaintiff's Motion for Partial Summary Judgment) created an ambiguity in the contract documents.

5.  Pursuant to Local Rule 7.4, Bodell requests leave to file this declaration and attached Exhibit 75 for the Court's consideration with respect to Bodell and the City's motions for summary judgment.

      6.     I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

      DATED: Honolulu, Hawaii, May 1, 2006.

                                    */s/ David Schulmeister*
                                      DAVID SCHULMEISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document was served upon the following parties by hand-delivery or electronically through CM/ECF as noted below:

**RICHARD C. SUTTON, JR., ESQ.**           **(HAND DELIVERY)**
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
(rsutton@silawgroup.com)

Attorneys for Defendant
OHIO PACIFIC TECH INC.

ImanageDB:647561.1

**BERT KOBAYASHI, JR., ESQ.**               (HAND DELIVERY)
**GEORGE GUSMAN III, ESQ.**
Kobayashi Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
    and

**CARRIE K. OKINAGA, ESQ.**                 (HAND DELIVERY)
**MAILE R. CHUN, ESQ.**
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii 96813
(mchun@honolulu.gov)

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

**ADAM R. BIALEK, ESQ.**                    (HAND DELIVERY)
Wilson, Elser, Moskowitz,
  Edelman & Dicker LLP
3 Gannet Drive
White Plains, New York 10604
(Adam.Bialek@wilsonelser.com)

Attorney for Defendant
ULTRA TECH SYSTEMS, INC.

**ADRIAN W. ROSEHILL, ESQ.**                (HAND DELIVERY)
**OWEN H. MATSUNAGA, ESQ.**
**ALAN J. MA, ESQ.**
Gerson & Hieneman
American Savings Bank Tower
1001 Bishop Street, Suite 780
Honolulu, Hawaii 96813

Attorneys for Third-Party Defendant
ENGINEERED SYSTEMS, INC.

DATED: Honolulu, Hawaii, May 1, 2006.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        _____
        DAVID SCHULMEISTER
        KRISTIN S. SHIGEMURA
        Attorneys for Plaintiff
        BODELL CONSTRUCTION COMPANY