COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3                           ---:---

 4   BODELL CONSTRUCTION COMPANY, )  CIVIL NO. 03-00706(JMS/LEK)
     a Utah Corporation,          )  (Contract)
 5                                )
                   Plaintiff,     )
 6                                )
              vs.                 )
 7                                )
     OHIO PACIFIC TECH, INC., fka )
 8   GMP ASSOCIATES, INC., an Ohio)
     Corporation; CITY AND COUNTY )
 9   OF HONOLULU; ULTRATECH       )
     SYSTEMS, INC., a foreign     )
10   Corporation,                 )
                                  )
11                 Defendants.    )
                                  )
12   CITY AND COUNTY OF HONOLULU, )
                                  )
13      Defendant, Third-Party    )
        Plaintiff,                )
14                                )
              vs.                 )
15                                )
     ENGINEERED SYSTEMS, INC.,    )
16                                )
        Third-Party Defendant/    )
17      Cross-Claim Plaintiff,    )
                                  )
18            vs.                 )
                                  )
19   ULTRATECH SYSTEMS, INC., a   )
     foreign corporation,         )
20                                )
        Cross-Claim Defendant/    )
21      Cross-Claim Plaintiff.    )
                                  )
22   _____

23         EXCERPT FROM DEPOSITION OF ELDON FRANKLIN

24   Taken at the Law Offices of Cades Schutte, 1000 Bishop
     Street, Suite 1200, Honolulu, Hawaii, on Thursday, April
25   27, 2006, pursuant to Notice.
```

CARNAZZO COURT-REPORTING CO., LTD., 532-0222

**EXHIBIT 75**

```
 1           EXCERPT FROM DEPOSITION OF ELDON FRANKLIN
 2                        EXAMINATION
 3   BY MR. BIALEK:
 4   Q     When you were talking about the investigation, you
 5   had made a statement to the effect that you found out
 6   that Cyril was trying to prove it.
 7         What did you mean by that?
 8   A     Trying to prove?
 9   Q     After he made the unilateral decision to force it
10   through, you said that you then found out --
11   A     You know, again, I -- I was premature, I shouldn't
12   have said that.
13              MR. SCHULMEISTER:  Clarification of what
14   it was you shouldn't have said.
15              MR. OGOMORI:  Approve it?  Or prove it?
16              MR. BIALEK:  I don't know.  Do you
17   remember?
18              THE WITNESS:  Yeah, I -- I shouldn't
19   have said that.
20   Q     (By Mr. Bialek) Shouldn't have said what?
21   A     That he was working unilaterally.  I don't know
22   what was in his mind.
23   Q     Well, did Mr. Hamada make the unilateral decision
24   to approve UltraTech?
25   A     No, he didn't.
```

```
 1   Q    It was a City decision?
 2   A    Yeah.
 3   Q    And the City decided to approve UltraTech --
 4   UltraTech's pre-bid substitution request, correct?
 5   A    Conditionally.
 6   Q    Why did the City conditionally approve it?
 7   A    Again?
 8             MR. OGOMORI:  I'm going to object.
 9   Asked and answered.  He already said, he's not sure.
10             THE WITNESS:  Yeah.
11   Q    (By Mr. Bialek) Well, no, he said that the City
12   lacked information.
13   A    Yeah, that's -- that's the primary reason.
14   Q    Who decided that the City lacked information?
15   A    I don't know.
16   Q    Who decided -- withdrawn.
17        Typically, if the City lacks information on a
18   pre-bid substitution request --
19   A    Yes.
20   Q    -- do they grant approval, or do they reject?
21   A    We can do it either way.  You can either reject
22   it, or you can ask for additional information.
23   Q    Who makes the decision as to whether it's approved
24   or rejected, or additional information is requested?
25   A    Well, whoever signs the letter going out, based on
```

1  the information that's given to them by staff.
2  Q    So Mr. Honke, in this case, decided to approve
3  UltraTech, despite the fact that the City may or may not
4  have had sufficient information?
5  A    Well, we know we didn't have enough information or
6  these qualifications wouldn't have been printed.
7  Q    You don't have that information -- withdrawn.
8       Regardless of whether a supplier is listed in the
9  specification or subject to a substitution request, do
10 you require the vendor be subject to review of the
11 fabrication drawings, shop drawings, and meeting all the
12 requirements of the contract documents?  You have the
13 same document in front of you.
14 A    Yeah, I do.  I do.
15 Q    Feel free if you want to refer to it.
16 A    Yeah, I see what's in there.
17 Q    Is that required of vendors, regardless of whether
18 they are approved through a substitution request, or if
19 they're actually written into the specifications?
20 A    Normally, that qualification is not inserted, yes.
21 Q    It's not?
22 A    Normally, not.
23 Q    Not -- what?
24 A    That particular identification of those
25 requirements is normally not put into an approval.

1   Q      I don't think that was my question, though.
2          Do you require --
3   A      Do we require?
4   Q      -- the vendor --
5   A      Yeah.
6   Q      -- regardless of whether they're written into the
7   specification or they're approved in a pre-bid
8   substitution request to be subject to review of the
9   fabrication drawings, shop drawings, and meeting all the
10  requirements of the contract documents?
11  A      I guess I'm missing your point.
12  Q      Well, if a vendor is written into a specification,
13  doesn't the vendor still have to submit fabrication
14  drawings?
15  A      Yeah, normally they do, yeah.
16  Q      And even if a vendor is written into a
17  specification, don't they also have to submit shop
18  drawings?
19  A      Normally.
20  Q      And if a vendor is written into the specification
21  isn't it true they also have to meet all the
22  requirements of the contract documents?
23  A      Oh, yeah, that's true.  Normally, they do, yeah.
24  Q      So, how is this final approval any different from
25  a vendor who is subject or who's written into the

```
 1   specification?
 2              MR. OGOMORI:  Objection, calls for a
 3   legal conclusion.
 4              THE WITNESS:  I don't know.
 5   Q    (By Mr. Bialek) Does this require a legal
 6   conclusion to understand whether that's required?
 7              MR. OGOMORI:  You're asking him to
 8   interpret this language.  He's not a lawyer.
 9              MR. BIALEK:  I'm asking the witness.
10              MR. SCHULMEISTER:  You can object if you
11   want.
12              THE WITNESS:  Yeah, I'm not really --
13   ah, I can't really definitively say why that was put in
14   there this time.  I don't know.
15   Q    (By Mr. Bialek) But the question is how is that
16   different from what's required of a vendor who's written
17   into a specification?
18              MR. OGOMORI:  The same objection.
19              THE WITNESS:  Yeah, I don't really know
20   why it was put in there.
21   Q    (By Mr. Bialek) Is there a difference --
22   withdrawn.  Can you read back my last question?  I'm
23   going to try and get an answer to that one first.
24              (Record read by reporter.)
25   A    Normally, these would be conditions that would be
```

```
 1  required.
 2  Q    So, it's really not different, correct?
 3  A    It's not asking for anything unusual, no.
 4  Q    It's not asking for anything different --
 5  A    Different.
 6  Q    -- than would be required of the vendor who is
 7  listed in the specification?
 8  A    That's true, right.
 9  Q    What does "approved for bidding purposes only"
10  mean?
11  A    It's basically a form of conditional approval.
12  Q    Any different than the approval that's given to
13  the vendor that's written into the specification?
14  A    Apparently, there's -- there's some outstanding
15  information that hasn't been supplied.  Because this is
16  not a full approval.  This is a conditional approval,
17  which means there is some lacking information.
18  Q    Isn't that the same with respect to a vendor
19  that's written into a specification?
20            MR. OGOMORI:  Objection, calls for a
21  legal conclusion.
22            THE WITNESS:  You're asking me to
23  speculate?
24  Q    (By Mr. Bialek) No.
25  A    Yeah, you are.
```

1  Q   I'm trying to understand what this letter means if
2  I was a layman.
3  A   Mm-hmm.
4  Q   What is this supposed to mean for bidding purposes
5  only to a layman?
6          MR. OGOMORI:  You're asking him to
7  interpret it.  And I'm going to object that you're
8  asking for a legal conclusion.
9          MR. BIALEK:  No, I'm asking for him to
10 interpret it as a layman.
11         MR. OGOMORI:  You're asking for a legal
12 conclusion, counsel.  I'm going to object.
13         MR. BIALEK:  Can you answer the
14 question?
15         THE WITNESS:  The only way I can answer
16 is that normally this additional phrase is not put in
17 there.  The only reason to be put in there is because
18 there is some lacking information that has to be
19 approved before it would, you know, be accepted.  This
20 is not an unqualified, ah, acceptance of this as a
21 qualified substitution, okay?
22 Q   (By Mr. Bialek) What is the difference between a
23 conditional acceptance or a conditional approval and an
24 approval?
25         MR. OGOMORI:  I'm just going to note my

```
 1   objection to this entire line of questioning.
 2              MR. BIALEK:  Okay.  Objection is noted.
 3              THE WITNESS:  That's all I can tell you
 4   is that there's -- there is lacking submittal
 5   information, okay?  This is not a straight approval.
 6   This is a conditional approval.  That's -- and it's
 7   conditioned upon obtaining additional information to be
 8   supplied by the vendor, okay?
 9   Q    (By Mr. Bialek) What's the difference between a
10   conditional approval and an approval?
11              MR. OGOMORI:  Asked and answered.  He
12   just indicated.
13              THE WITNESS:  Because you haven't
14   supplied -- evidently, not enough information was
15   supplied to make a full, you know, unqualified --
16   unconditional approval.
17   Q    (By Mr. Bialek) Does it say that here?
18   A    I'm just telling you that the -- why was that
19   additional phrase put in there?
20   Q    I don't know.
21   A    Well, the reason was --
22   Q    Do you know?
23   A    Well, I didn't sign the document, so --
24   Q    Would you sign a document like this?
25   A    I wouldn't sign one, no.
```

```
 1   Q     Why not?
 2   A     Well, for the very reasons you're bringing up now,
 3   it's bringing up too much uncertainties.
 4   Q     It's ambiguous?
 5   A     Somewhat ambiguous, yeah.
 6   Q     This is sent to a vendor, correct?
 7   A     Right, right.
 8   Q     And what does this letter allow a vendor to do?
 9   What does this letter advise the vendor?
10   A     I -- I don't know.  You'll have to ask the vendor.
11   Q     'Cuz it's subject to multiple interpretations?
12   A     I don't --
13   Q     That's a yes?
14               MR. OGOMORI:  Calls for speculation as
15   to what the vendor is thinking.
16               THE WITNESS:  Yeah, I don't -- I have no
17   way of knowing how it was received.
18   Q     (By Mr. Bialek) Would it be fair to say that one
19   understanding by the vendor would be that they were
20   allowed to have contractors use their equipment for
21   bidding?
22               MR. OGOMORI:  Calls for speculation.
23               THE WITNESS:  I don't know.  I don't
24   know.
25   Q     (By Mr. Bialek) You don't know?
```

1  A     I don't know.  I don't know what -- how it's going
2  to be perceived.
3  Q     Why does the City issue these letters?
4  A     They're responding for -- this is a -- well, in
5  this particular case, it was a response for a
6  substitution request.
7  Q     What is a substitution request?
8        What does that mean?
9  A     They want to substitute one piece of equipment or
10 material for another, as specified.
11 Q     So, if it's approved, that means that the
12 contractor who is bidding on the project would be
13 allowed to use one supplier's product as opposed to the
14 product that's written into the specification; is that
15 fair to say?
16 A     Yes.
17 Q     And is this used to advise the vendor that they
18 can then go to contractors and advise them that we are
19 an option for use in your bid?
20 A     Normally it is, yes.
21 Q     So, is it reasonable to expect that a vendor who
22 receives an approval from the City can rely upon that
23 approval to advise contractors that they could use his
24 product in bidding?
25              MR. OGOMORI:  Calls for speculation.

```
 1              MR. BIALEK:  You can answer.
 2              THE WITNESS:  Yeah, normally, it would.
 3   Q     (By Mr. Bialek) And would it also be reasonable
 4   for a contractor who obtained a copy of this letter to
 5   expect that the City was allowing the vendor to be used
 6   as a substitute for the supplier written into the
 7   specification?
 8              MR. OGOMORI:  Objection, calls for
 9   speculation.
10              THE WITNESS:  Yeah, I don't know how a
11   contractor would interpret this because this is not a
12   normal approval letter.
13   Q     (By Mr. Bialek) It's a unique approval letter?
14   A     It's a unique approval letter.
15   Q     The City doesn't issue these?
16   A     Normally, not.
17   Q     Do you know if the City ever asked Engineered
18   Systems -- withdrawn.
19   A     Okay.  No, I don't know.
20   Q     Can you turn to Honke Exhibit 5, please?
21         Showing you what's been marked as Honke Exhibit 5.
22   A     Mm-hmm.
23   Q     Which is also, I believe, Hamada Exhibit 2.
24   A     Mm-hmm.
25   Q     And ask if you've ever seen this document before?
```

```
 1   A    No.
 2   Q    Do you remember when bid day was for the Wahiawa
 3   project?
 4   A    I don't.  It was probably before the end of the
 5   year, though, that's normally what the --
 6   Q    Do you know why it was before the end of the year?
 7   A    Yes, because the funds expire.
 8   Q    What funds expire?
 9   A    The authorized appropriation for a particular
10   project.
11   Q    Okay, well, we'll get to that.
12   A    Mm-Hmm.
13   Q    You've never seen this document before?
14   A    No.
15                        ---oOo---
16
17
18
19
20
21
22
23
24
25
```