# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London • Las Vegas*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

May 3, 2006

The Honorable J. Michael Seabright
U.S. District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

> Re:    Bodell Construction Co. v. Ohio Pacific Tech, Inc. et al.
>        USDC Civil No.  03-00706 HG/LEK
>        Our File No.:  08167.00001

Dear Judge Seabright:

This firm represents Cross Claim Defendant/Cross Claim Plaintiff, UltraTech Systems, Inc. ("UTS") in the above referenced matter.

We were recently provided with additional Ohio Pacific Tech f/k/a GMP discovery documents.  These documents were provided to us on April 25, 2006.  In light of your Honor's ruling with respect to the discovery documents disclosed last week by the City in reference to Cyril Hamada, we respectfully request that your ruling be extended to apply to the GMP documents as well.  Specifically, there are two documents we would like to reference and add as exhibits to our previously filed motions.

Please advise if we may be permitted to do so. Thank you in advance for your time and consideration with respect to this matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Adam R. Bialek

cc:    Richard C. Sutton, Jr., Esq.
       Sakai Iwanaga & Sutton
       City Financial Tower, Suite 2307
       201 Merchant Street
       Honolulu, Hawaii 96813

1161944.1

April 29, 2005
Page 2

    Bert T. Kobayashi, Jr., Esq.
    Ronald T. Ogomori, Esq.
    George Gusman, Esq.
    Kobayashi, Sugita & Goda
    First Hawaiian Center
    999 Bishop Street, Suite 2600
    Honolulu, Hawaii 96813

    Carrie K. Okinaga, Esq.
    Maile R. Chun, Esq.
    Department of the Corporation Counsel
    City and County of Honolulu
    530 South King Street, Room 110
    Honolulu, Hawaii 96813

    Adrian W. Rosehill, Esq.
    Stubenberg & Durrett
    Davies Pacific Center
    841 Bishop Street, Suite 2115
    Honolulu, Hawaii  96813

    David Schulmeister
    Cades Schutte
    1000 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813