IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | ) ) ) | CIVIL NO.  03-00706 JMS/LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER DENYING DEFENDANT ULTRATECH SYSTEMS, INC.'S MOTION TO SUPPLEMENT PREVIOUSLY FILED MOTIONS |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) ) | |
| vs. | ) ) | |
| ENGINEERED SYSTEMS, INC., | ) ) | |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) ) ) | |
| _____ | ) ) | |

CITY AND COUNTY OF            )
HONOLULU,                     )
                             )
        Defendant, Cross-    )
        Claim Plaintiff/      )
        Cross-Claim           )
        Defendant,            )
                             )
      vs.                      )
                             )
ULTRA TECH SYSTEMS, INC., a   )
foreign corporation,          )
                             )
        Defendant, Cross-    )
        Claim Defendant/      )
        Cross-Claim           )
        Plaintiff and Cross-  )
        Claim Plaintiff/      )
        Defendant,            )
                             )
      vs.                      )
                             )
OHIO PACIFIC TECH, INC., fka GMP )
ASSOCIATES, INC., an Ohio      )
corporation,                  )
                             )
        Cross-Claim          )
        Defendant/Plaintiff   )
_____ )

<u>ORDER DENYING DEFENDANT ULTRATECH SYSTEMS, INC.'S MOTION
TO SUPPLEMENT PREVIOUSLY FILED MOTIONS</u>

On May 3, 2006, Cross-Claim Defendant/Cross-Claim Plaintiff
UltraTech Systems, Inc. ("UltraTech") filed a letter requesting leave to file
additional discovery documents with the court. This request is DENIED.

At the hearing on May 1, 2006, during which the court heard
arguments on various motions for summary judgment, UltraTech requested a Rule
56(f) continuance based in part on documents recently discovered by the City and
County of Honolulu. Although these documents were allegedly responsive to
previous discovery requests, the City and County of Honolulu contends that it was
unaware of the existence of these documents until very recently. Based on these
circumstances, the court denied the request for a continuance but gave the parties
one week in which to review these newly discovered documents and file any
relevant documents with the court.

UltraTech now wishes to file additional documents with the court, but
states only that "[w]e were recently provided with additional Ohio Pacific Tech
f/k/a/ GMP discovery documents." UltraTech fails to indicate the reason for the
late production of these documents, and the fact that these documents were only

recently provided does not provide any indication to the court as to whether there is good cause to allow this post-hearing filing.

Consequently, UltraTech's request is DENIED.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 4, 2006.



_/s/ J. Michael Seabright_
J. Michael Seabright
United States District Judge

_Bodell Construction Company v. Ohio Pacific Tech, Inc.,  et al._, Civ. No. 03-00706JMS/LEK, Order Denying Defendant UltraTech Systems, Inc.'s Motion to Supplement Previously Filed Motions