Adam R. Bialek (Admitted Pro Hac Vice)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604-3407
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Adam.Bialek@wilsonelser.com

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRA TECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>      Defendants.<br>------------------------------------------------<br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant/Third-Party Plaintiff,<br>  v.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>      Third-Party Defendant/Cross-Claim Plaintiff.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant/Cross-Claim Plaintiff,<br><br>  v.<br><br>ULTRA TECH SYSTEMS, INC., a foreign corporation, | Civil No. 03-00706 (JMS/LEK)<br><br>**DECLARATION OF COUNSEL** |

1165763.1

|  |  |
|---|---|
| Cross-Claim Defendant/<br>Cross-Claim Plaintiff. | )<br>)<br>)<br>) |

## DECLARATION OF COUNSEL

ADAM R. BIALEK, declares as follows:

1. I am counsel for Cross-Claim Defendant/Cross-Claim Plaintiff ULTRATECH SYSTEMS INC. ("UTS") and special counsel (for this motion) for Third-Party Defendant/Cross-Claim Plaintiff ENGINEERED SYSTEMS, INC. ("ESI"), and make this declaration based on personal knowledge and information contained in our files unless otherwise indicated.

2. Attached hereto as Exhibit "A" is a two-page document recently disclosed by the City concerning documents obtained from a search of the hard drive of Cyril Hamada. The document is an email exchange between Cyril Hamada and City employees dated May 2, 2003, May 4, 2003 and May 5, 2003.

3. This document was only recently disclosed, despite the fact that Cyril Hamada testified at his deposition in June 2005 that additional discovery materials existed. UTS requested these materials at that time and continued to do so until finally being provided with the remaining documents on April 25, 2006.

4. I declare, verify and certify that the foregoing is true and accurate to the best of my knowledge.

1165763.1

Dated:   White Plains, New York
         May 8, 2006

                                                    Yours, etc.

                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                        DICKER LLP

                        By: _____
                            Adam R. Bialek
                            Attorneys for Cross-Claim
                            Defendant/Cross-Claim Plaintiff
                            UltraTech Systems, Inc. and
                            Special Counsel to Third-Party
                            Defendant/Cross-Claim Plaintiff
                            Engineered Systems, Inc.
                            3 Gannett Drive
                            White Plains, New York 10604
                            (914) 323-7000
                            Fax (914) 323-7001
                            File No. 08167.00001

Sworn to before me this 8th
day of May 2006.

_____
Notary Public

       GUY J. LEVASSEUR
  Notary Public, State of New York
        No. 02LE5...
    Qualified in Suffolk County
Commission Expires December 12, 2006

1165763.1