IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

KRISTIN S. SHIGEMURA declares as follows:

1. I am counsel for Plaintiff BODELL CONSTRUCTION COMPANY ("Bodell"), and I make this declaration based on personal knowledge unless otherwise indicated.

2. Attached hereto as Exhibit "76" is a true and correct copy of a document produced by Defendant City and County of Honolulu ("**City**") from the file of Cyril Hamada, bates-stamped CHD00256.

ImanageDB:649106.1

3.    I declare, verify and certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

DATED: Honolulu, Hawaii, May 8, 2006.

/s/ Kristin S. Shigemura
KRISTIN S. SHIGEMURA

ImanageDB:649106.1