**Accucopy, Inc.**

**From:** Hamada, Cyril
**Sent:** Monday, May 05, 2003 9:07 AM
**To:** Kaneshiro, Dennis
**Subject:** RE: Wahiawa WWTP, UV Equipment

Dennis,
Despite my perceived bias against GMP by others, I offer the following comments in the spirit of objectivity:

1. GMP has recommended that Bodell's claim be rejected. In my opinion, if this claim is rejected a lawsuit will be forthcoming. Based on what I understand of this situation, the City and GMP will almost certainly lose the lawsuit. Nowhere in their letter did GMP claim that the original substitution request was not illegal and that Bodell had a right to use the substitution request.

2. Bodell is claiming that the UV system was not given a fair and impartial review. Again based on the GMP's letter, GMP's initial review of the Ultratech's first submittal, 18 comments were cited as reasons for rejection. These comments should have been listed and should be substantiated as reasons for rejection. Bodell's submittal 30b was rejected for 2 reasons. These two reasons should be cited as substantial causes for rejection. By these actions GMP has assumed the status of UV system experts. In other words, explain why the Ultratech system cannot meet the core of the requirements. I still believe that experience requirements in specifications are shaky legal arguments, and the only conceivable reason to adhere to this argument is to prevent 'fly-by-night' operations. GMP should be supplying the reasons why Bodell was given a fair and impartial review of their submittal.

3. GMP has mentioned the request by Bodell to meet with the City and GMP in order to work out the difficulties regarding this submittal. The apparent brush-off by the City will play an important part of the fairness doctrine should this proceed to litigation.

4. Finally, the substantial increase in cost to the City may cause the judge to investigate further into financial dealings between the city personnel, GMP, and the vendor.

-----Original Message-----
**From:** Kaneshiro, Dennis
**Sent:** Sunday, May 04, 2003 8:44 AM
**To:** Hamada, Cyril
**Cc:** Saito, Theodore; Omatsu, Sean
**Subject:** FW: Wahiawa WWTP, UV Equipment

Cyril,

Please review and comment. Send your comments to Ted with a cc: to me.

Thank you,

Dennis
-----Original Message-----
**From:** Saito, Theodore
**Sent:** Friday, May 02, 2003 3:43 PM
**To:** Chun, Maile R.; Steinberger, Tim E; Franklin, Eldon; Hamai, Jay; Inouye, Guy; Kaneshiro, Dennis; Omatsu, Sean
**Subject:** FW: Wahiawa WWTP, UV Equipment

Attached is GMP's draft response to the Schulmeitser letter.

[Saito, Theodore] -----Original Message-----
**From:** Safwat Gergis [mailto:sgergis@gmpassociates.com]
**Sent:** Friday, May 02, 2003 3:40 PM
**To:** tsaito@co.honolulu.hi.us

**EXHIBIT 76**

City, Bodell
CHD00256

/29/2006

**Subject:** Wahiawa WWTP, UV Equipment

Aloha Ted:

Attached is a DRAFT of the letter pertinent to the above subject. Once comments are identified we will issue the formal letter with the supporting exihibits.

Regards

Safwat

City/Bodell
CHD00257