Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI         5850-0
GEORGE GUSMAN             6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>    Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S REQUEST FOR LEAVE TO RESPOND TO THE SUPPLEMENTAL MEMORANDA SUBMITTED BY PLAINTIFF BODELL CONSTRUCTION COMPANY AND DEFENDANT/CROSS CLAIM PLAINTIFF/DEFENDANT ULTRATECH SYSTEMS, INC.; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

*Caption continued*

Document ID: 400432v1_GGU

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|       Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| | ) |
|       Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|       Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) |
| | ) |
|       Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) |
| | ) |
|       Cross-Claim Defendant/Plaintiff. | ) ) |
| | ) |

DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT
AND THIRD-PARTY PLAINTIFF/DEFENDANT CITY AND COUNTY OF
HONOLULU'S REQUEST FOR LEAVE TO RESPOND TO THE
SUPPLEMENTAL MEMORANDA SUBMITTED BY PLAINTIFF BODELL
CONSTRUCTION COMPANY AND DEFENDANT/CROSS CLAIM
PLAINTIFF/DEFENDANT ULTRATECH SYSTEMS, INC.

Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Defendant City and County of Honolulu ("City") respectfully requests leave pursuant to Local Rule 7.4 to respond to the supplemental memoranda submitted by the Plaintiff Bodell Construction Company ("Bodell") and Defendant/Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc. ("UTS"), both of which were filed with the Court on May 8, 2006.

First, in response to both Bodell and UTS' request that this Honorable Court consider an email from Cyril Hamada dated May 5, 2003, the City respectfully asserts that a copy of this document was previously produced by the City in January of 2005 as part of the City's response to requests for production of documents by Bodell and Third-Party Plaintiff/Defendant Engineered Systems, Inc. ("ESI") as bate stamp number C027411-0557 through C027411-0558.  Thus, Bodell and UTS' request to submit additional arguments to the Court based on the recent document production of Mr. Hamada's hard drive is misplaced.  If leave is granted, the City will provide documentation showing that a copy of Mr. Hamada's 5/5/03 e-mail was in fact produced by the City in January of 2005.

Second, the City respectfully requests leave to respond to the legal arguments raised by both Bodell and UTS as to whether the construction contract between the City and Bodell was integrated.

Dated: Honolulu, Hawaii   May 10, 2006   .

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

2

Document ID: 400432v1_GGU

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant.<br><br>———————————————<br>CITY AND COUNTY OF HONOLULU,<br><br>Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | CIVIL NO. CV03-00706 JMS-LEK (Contract)<br><br>DECLARATION OF COUNSEL |

*Caption continued*

Document ID: 400432v1_GGU

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Plaintiff/Cross-Claim | ) |
|     Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim | ) |
|     Defendant/Cross-Claim | ) |
|     Plaintiff and Cross-Claim | ) |
|     Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim | ) |
|     Defendant/Plaintiff. | ) |

## DECLARATION OF COUNSEL

I, GEORGE GUSMAN III, declare as follows:

1.    I am an attorney licensed to practice law before all courts in the State of Hawaii.

2.    I am one of the attorneys representing Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu ("City").

2

Document ID: 400432v1_GGU

3. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

4. I have confirmed that the e-mail from Cyril Hamada dated May 5, 2003 that the Plaintiff Bodell Construction Company ("Bodell") and Defendant/Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc. ("UTS") seek to introduce to this Honorable Court was originally produced by the City in January of 2005 as part of the City's response to requests for production of documents by Bodell and Third-Party Plaintiff/Defendant Engineered Systems, Inc. ("ESI") as bate stamp number C027411-0557 through C027411-0558.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii _____ May 10, 2006 _____ .

_____
GEORGE GUSMAN III

Document ID: 400432v1_GGU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, ) ) | CIVIL NO. CV03-00706 JMS-LEK (Contract) |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, ) ) ) ) ) ) | |
| Defendant. ) | |
| _____ ) | |
| CITY AND COUNTY OF HONOLULU, ) | |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, ) ) ) | |
| vs. ) | |
| ENGINEERED SYSTEMS, INC., ) | |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. ) ) ) | |
| _____ ) | |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|     Cross-Claim Defendant/Plaintiff. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, by hand delivery, or electronically through CM/ECF on the date of filing:

2

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION |  |  | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. |  |  | X |
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU |  |  | X |

3

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|

ADAM R. BIALEK                                                                X
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407
  Attorney for Defendant
  ULTRA TECH SYSTEMS, INC.


ADRIAN W. ROSEHILL, ESQ.                                      X
OWEN H. MATSUNAGA, ESQ.
ALAN J. MA, ESQ.
STUBENBERG & DURRETT, LLP
Davies Pacific Center, Suite 2115
841 Bishop Street
Honolulu, Hawaii 96813
  Attorneys for Third-Party Defendant
  ENGINEERED SYSTEMS, INC.

            Dated: Honolulu, Hawaii _____May 10, 2006_____.



                                    _____
                                    BERT T. KOBAYASHI, JR.
                                    RONALD T. OGOMORI
                                    GEORGE GUSMAN III
                                    Attorneys for Defendant,
                                      Cross-Claim Plaintiff/Defendant and
                                      Third-Party Plaintiff/Counterclaim Defendant
                                    CITY AND COUNTY OF HONOLULU

4