IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

------------------------------------- x

BODELL CONSTRUCTION COMPANY, a Utah
Corporation,

               Plaintiff,

      - against –


OHIO PACIFIC TECH, INC. f/k/a GMP
ASSOCIATES, INC., an Ohio corporation; CITY
AND COUNTY OF HONOLULU; ULTRA
TECH SYSTEMS, INC., a foreign corporation,
JOHN DOES 1-50, DOE CORPORATIONS 1-50,

              Defendants.

------------------------------------- x

: Civil No. 03-00706
  (HG- LEK)

:

: **CERTIFICATE OF**
  **SERVICE**

:

:

:

:

:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Reply

Memorandum in Further Support of Cross-Claim Defendant/Cross-Claim Plaintiff

UltraTech Systems, Inc. and Third-Party Defendant/Cross-Claim Plaintiff

Engineered Systems, Inc.'s Motion for Summary Judgment filed herein on May 8,

2006, was duly served electronically through CM/ECF on the date of filing:

David Schulmeister, Esq.
**CADES SCHUTTE**
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Richard Sutton, Jr., Esq.
**SAKAI IWANAGA & SUTTON**
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96812

Adrian W. Rosehill, Esq.
**STUBENBERG & DURRETT**
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii  96813

George Gusman III
Bert Kobayashi, Jr.
**KOBAYASHI, SUGITA & GODA**
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Maile R. Chun, Esq.
**Department of Corporation Counsel**
530 S. King Street, Room 110
Honolulu, Hawaii  96813


Dated:        White Plains, New York
              May 9, 2006

                        Yours, etc.,

                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                        DICKER LLP

                        By
                        Kirsten E. Bennett
                        *Attorneys for Defendant*
                        **ULTRATECH SYSTEMS, INC.**
                        3 Gannett Drive
                        White Plains, New York 10604
                        Tel: (914) 323-7000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       }
                              } ss.:

COUNTY OF WESTCHESTER   }

        **LATASHA JOHNSON**, being duly sworn, deposes and says:

        I am not a party to this action, am over 18 years of age and reside in Bronx County, New York.

        That on the 9th day of May, 2006, deponent served the within **REPLY MEMORANDUM IN FURTHER SUPPORT OF CROSS-CLAIM DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**, on the parties at their respective offices for that purpose by mailing a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressee(s) indicated below:
**TO:**

**CADES SCHUTTE**
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
**Attn.:  David Schulmeister, Esq.**

**STUBENBERG & DURRETT**
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii  96813
**Attn: Adrian Rosehill, Esq.**

**Maile R. Chun, Esq.**
**Department of Corporation Counsel**
530 S. King Street, Room 110
Honolulu, Hawaii 96813

**SAKAI IWANAGA SUTTON**
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
**Attn: Richard C. Sutton, Jr., Esq.**

**George Gusman III**
**Bert Kobayashi, Jr.**
**KOBAYASHI, SUGITA & GODA**
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Sworn to before me this
9th day of May, 2006

_Maura Looby_
Notary Public

**MAURA LOOBY**
Notary Public, State of New York
No. 01LO4921163
Qualified in Putnam County
Commission Expires May 31, 2006

_Latasha Johnson_
**LATASHA JOHNSON**

1155200.1