Document ID: 400432v1_GGU

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI       5850-0
GEORGE GUSMAN           6914-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at 10 o'clock and 10 min. a.m. M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S REQUEST FOR LEAVE TO RESPOND TO THE SUPPLEMENTAL MEMORANDA SUBMITTED BY PLAINTIFF BODELL CONSTRUCTION COMPANY AND DEFENDANT/CROSS CLAIM PLAINTIFF/DEFENDANT ULTRATECH SYSTEMS, INC.; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

*Caption continued*

Document ID: 400432v1_GGU

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| | ) |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) |
| | ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) |
| | ) |
| Cross-Claim Defendant/Plaintiff. | ) ) |

2

DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT
AND THIRD-PARTY PLAINTIFF/DEFENDANT CITY AND COUNTY OF HONOLULU'S REQUEST FOR LEAVE TO RESPOND TO THE SUPPLEMENTAL MEMORANDA SUBMITTED BY PLAINTIFF BODELL CONSTRUCTION COMPANY AND DEFENDANT/CROSS CLAIM PLAINTIFF/DEFENDANT ULTRATECH SYSTEMS, INC.

Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Defendant City and County of Honolulu ("City") respectfully requests leave pursuant to Local Rule 7.4 to respond to the supplemental memoranda submitted by the Plaintiff Bodell Construction Company ("Bodell") and Defendant/Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc. ("UTS"), both of which were filed with the Court on May 8, 2006.

First, in response to both Bodell and UTS' request that this Honorable Court consider an email from Cyril Hamada dated May 5, 2003, the City respectfully asserts that a copy of this document was previously produced by the City in January of 2005 as part of the City's response to requests for production of documents by Bodell and Third-Party Plaintiff/Defendant Engineered Systems, Inc. ("ESI") as bate stamp number C027411-0557 through C027411-0558. Thus, Bodell and UTS' request to submit additional arguments to the Court based on the recent document production of Mr. Hamada's hard drive is misplaced. If leave is granted, the City will provide documentation showing that a copy of Mr. Hamada's 5/5/03 e-mail was in fact produced by the City in January of 2005.

Document ID: 400432v1_GGU

Second, the City respectfully requests leave to respond to the legal arguments raised by both Bodell and UTS as to whether the construction contract between the City and Bodell was integrated.

Dated: Honolulu, Hawaii _____ May 10, 2006 _____.

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

**DENIED**
/s/ _____
UNITED STATES DISTRICT JUDGE

2

Document ID: 400432v1_GGU

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>        Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>        Defendant.<br><br>_____<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>        Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff.<br><br>_____ | CIVIL NO. CV03-00706 JMS-LEK (Contract)<br><br>DECLARATION OF COUNSEL |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|       Defendant, Cross-Claim | ) |
|       Plaintiff/Cross-Claim | ) |
|       Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| | ) |
|       Defendant, Cross-Claim | ) |
|       Defendant/Cross-Claim | ) |
|       Plaintiff and Cross-Claim | ) |
|       Plaintiff/Defendant, | ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
| | ) |
|       Cross-Claim | ) |
|       Defendant/Plaintiff. | ) |

## DECLARATION OF COUNSEL

I, GEORGE GUSMAN III, declare as follows:

1.    I am an attorney licensed to practice law before all courts in the State of Hawaii.

2.    I am one of the attorneys representing Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu ("City").

3.  Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

4.  I have confirmed that the e-mail from Cyril Hamada dated May 5, 2003 that the Plaintiff Bodell Construction Company ("Bodell") and Defendant/Cross-Claim Plaintiff/Defendant UltraTech Systems, Inc. ("UTS") seek to introduce to this Honorable Court was originally produced by the City in January of 2005 as part of the City's response to requests for production of documents by Bodell and Third-Party Plaintiff/Defendant Engineered Systems, Inc. ("ESI") as bate stamp number C027411-0557 through C027411-0558.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii     May 10, 2006     .

*/s/ George Gusman III*
GEORGE GUSMAN III

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | ) CIVIL NO. CV03-00706 JMS-LEK<br>) (Contract)<br>) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
| Defendant. | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) |
| vs. | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) |

*Caption continued*

Document ID: 400432v1_GGU

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
| | ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| | ) |
| vs. | ) ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
| | ) |
| Cross-Claim Defendant/Plaintiff. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, by hand delivery, or electronically through CM/ECF on the date of filing:

2

Document ID: 400432v1_GGU

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION | | | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. | | | X |
| CARRIE K. OKINAGA, ESQ.<br>MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU | | | X |

3

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| ADAM R. BIALEK<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407<br>  Attorney for Defendant<br>  ULTRA TECH SYSTEMS, INC. |  |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>OWEN H. MATSUNAGA, ESQ.<br>ALAN J. MA, ESQ.<br>STUBENBERG & DURRETT, LLP<br>Davies Pacific Center, Suite 2115<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Third-Party Defendant<br>  ENGINEERED SYSTEMS, INC. |  |  | X |

Dated: Honolulu, Hawaii    May 10, 2006    .

BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
GEORGE GUSMAN III
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU