ADRIAN W. ROSEHILL    3868-0
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 702
Honolulu, Hawaii 96813
(808) 526-0892
Attorney for ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK, ESQ.
WILSON ELSNER MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Attorneys for ULTRA TECH SYSTEMS, INC.

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>CERTIFICATE OF SERVICE [RE: DEFENDANT ULTRATECH SYSTEMS, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION DATED MAY 23, 2006]<br><br>[MAILE R. CHUN]<br>[June 21, 2006 at 9:00 A.M.]<br><br>Trial Date:<br><br>Date:    October 17, 2006<br>Time:   9:00 a.m.<br>Judge:  J. Michael Seabright |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| ENGINEERED SYSTEMS, INC., | ) ) ) |
| Third-Party Defendant/ Cross-Claim Plaintiff. | ) ) ) |
| | ) ) |
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Defendant/Cross-Claim Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| ULTRATECH SYSTEMS, INC., a foreign corporation, | ) ) ) ) |
| Cross-Claim Defendant/ Cross-Claim Plaintiff. | ) ) ) |

**CERTIFICATE OF SERVICE [RE: DEFENDANT ULTRATECH SYSTEMS, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION DATED MAY 19, 2006]**

The undersigned hereby certifies that on May 19, 2006, a copy of Defendant

ULTRATECH SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral

Examination was duly served on the following parties via hand delivery, unless otherwise indicated:

>DAVID SCHULMEISTER, ESQ.
>KRISTIN S. SHIGEMURA, ESQ.
>Cades Schutte
>1000 Bishop Street, Suite 1200
>Honolulu, Hawaii 96813
>Attorneys for Plaintiff
>BODELL CONSTRUCTION COMPANY
>
>
>BERT T. KOBAYASHI, JR., ESQ.
>RONALD T. OGOMORI, ESQ.
>GEORGE GUSMAN, ESQ.
>Kobayashi, Sugita & Goda
>999 Bishop Street, Suite 2600
>Honolulu, Hawaii 96813
>
>     and
>
>CARRIE K. OKINAGA, ESQ.
>Corporation Counsel
>MAILE R. CHUN, ESQ.
>Deputy Corporation Counsel
>City and County of Honolulu
>Honolulu Hale
>530 South King Street, Room 110
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant, Third-Party Plaintiff
>and Counter-Claim Defendant
>CITY AND COUNTY OF HONOLULU

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

Dated:      Honolulu, Hawaii, May 23, 2006.

_____
ADRIAN W. ROSEHILL
Attorney for Third-Party
Defendant/Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK
Attorney for Cross-Claim Defendant/
Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.