IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | ) ) ) | CIVIL NO.  03-00706 JMS/LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER REQUESTING ADDITIONAL BRIEFING |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) ) | |
| CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) ) | |
| vs. | ) ) | |
| ENGINEERED SYSTEMS, INC., | ) ) | |
| Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. _____ | ) ) ) ) ) ) | |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | )<br>)<br>) |
| Defendant, Cross-Claim Plaintiff/ Cross-Claim Defendant, | )<br>)<br>)<br>)<br>) |
| vs. | )<br>) |
| ULTRA TECH SYSTEMS, INC., a foreign corporation, | )<br>)<br>) |
| Defendant, Cross-Claim Defendant/ Cross-Claim Plaintiff and Cross-Claim Plaintiff/ Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| vs. | )<br>) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation, | )<br>)<br>)<br>) |
| Cross-Claim Defendant/Plaintiff | )<br>) |
| _____ | ) |

## ORDER REQUESTING ADDITIONAL BRIEFING

In considering the motions for summary judgment filed by the City and County of Honolulu ("the City") against Bodell Construction Company ("Bodell"), and by Bodell against the City, the court is closely examining the issue of whether the February 25, 2000 contract is an integrated contract.  In particular, the court is examining Part I, paragraph 2 of the contract; this provision states that Bodell will perform work in accordance with Contract No. F-97110, along with "said invitation for bids and any and all alterations, amendments, additions and deductions in connection therewith being specifically referred to and incorporated herein by reference and made a part hereof as though fully set forth herein." Exhibit 17 to Bodell's Motion for Summary Judgment.  The court is also considering the language highlighted by the City in its May 1, 2006 letter to the court as well as by Bodell in its May 8, 2006 supplemental brief.

Briefing on the issue of contract integration has been haphazard, and the court wishes to provide both Bodell and the City with the opportunity to fully address this matter.  The court hereby requests that Bodell and the City submit additional briefing on the issue of whether the contract is completely integrated, partially integrated, or not integrated.  The briefs may include the parties' views as

to what specific document(s) and/or oral agreement(s) define the scope of the parties' agreement.

The parties have until 4:00 p.m. on Friday, June 23, 2006, to submit briefs addressing this issue. The briefs may be no longer than ten pages. The parties should not submit additional copies of documents already in the record, but should simply provide the court with citations to find relevant documents.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 16, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Bodell Construction Co. v. City & County of Honolulu et al.*, Civ. No. 03-00706 JMS/LEK, Order Requesting Additional Briefing