Document ID: 402747v1_skh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>        Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>        Defendant.<br><br>───────────────────────<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>        Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | CIVIL NO. CV03-00706 JMS-LEK (Contract)<br><br>DECLARATION OF GUY INOUYE; EXHIBIT 1 |

*Caption continued*

Document ID: 402747v1_skh

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) |
| vs. | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
|     Cross-Claim Defendant/Plaintiff. | ) |

## DECLARATION OF GUY INOUYE

I, Guy Inouye, declare as follows:

1. I am over the age of twenty-one and am competent to testify from personal knowledge regarding the matters set forth herein and if called to testify in this proceeding would do so consistently with the statements contained herein.

2. I am the Branch Engineer in the Design and Construction Department for the City and County of Honolulu.

Document ID: 402747v1_skh

3. I am familiar with the City and County of Honolulu's ("City") Wahiawa Wastewater Treatment Plant Project ("Project") and the contract documents related to the Project.

4. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

5. Attached hereto as Exhibit "1" is a true and correct copy of the General Conditions of the Construction Contracts of the City and County of Honolulu, July 1999 ("General Conditions"), which were incorporated into the contract documents related to the Project and are kept in the City's files in the ordinary course of business of the City.

Pursuant to Circuit Court Rule 7(g), I declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii _____June 23, 2006_____.

_____
GUY INOUYE