# EXHIBITS

RCI/Headworks
A03622

Bondbid.frm. 7/99)

# EXHIBIT "A"

## SURETY BID BOND

Bond No. _____

KNOW TO ALL BY THESE PRESENTS:

That we, _____.
(Full name or legal title of Bidder)
as Bidder, hereinafter called Principal, and _____
_____
(Name of bonding company)
as Surety, hereinafter called Surety, a corporation authorized to transact
business as a Surety in the State of Hawaii, are held and firmly bound unto the
CITY AND COUNTY OF HONOLULU, as Owner, hereinafter called Owner, in the penal sum
of_____
DOLLARS (S_____), lawful money of the United States of America, for
the payment of which sum well and truly to be made, the said Principal and the
said Surety bind ourselves, our heirs, executors, administrators, successors and
assigns, jointly and severally, firmly by these presents.

WHEREAS:

The Principal has submitted an offer for _____
_____
_____.
(Project number, if available, and description)

NOW, THEREFORE:

The condition of this obligation is such that if the Owner shall reject
said offer, or in the alternate, accept the offer of the Principal and the
Principal shall enter into a Contract with the Owner in accordance with the terms
of such offer, and give such bond or bonds as may be specified in the
solicitation or Contract Documents with good and sufficient surety for the
faithful performance of such Contract and for the prompt payment of labor and
material furnished in the prosecution thereof as specified in the solicitation
then this obligation shall be null and void, otherwise to remain in full force
and effect.

Signed this _____ day of _____, 199___.


_____
(Principal)

By_____
Its


_____
(Surety)

By_____
Its Attorney-in-Fact

RCI/Headworks
A03623

EXHIBIT "B"

(Boniper.frm. 7/99)                          Bond No. _____

## PERFORMANCE BOND (SURETY)

KNOW TO ALL BY THESE PRESENTS:

That _____
                (Full legal name and street address of Contractor)
as Contractor, hereinafter called Principal, and _____

_____
                (Name and street address of bonding company)
as surety, hereinafter called Surety, a corporation(s) authorized to transact
business as a surety in the State of Hawaii, are held and firmly bound unto
the CITY AND COUNTY OF HONOLULU, its successors and assigns, hereinafter
called Obligee, in the amount of _____

_____ Dollars ($_____),
to which payment Principal and Surety bind themselves, their heirs, executors,
administrators, successors and assigns, jointly and severally, firmly by these
presents.

        WHEREAS, the above-bound Principal has entered into a Contract with
Obligee dated _____, for:

hereinafter called the Contract, which Contract is incorporated herein by
reference and made a part hereof.

        NOW THEREFORE, the condition of this obligation is such that:

        If the Principal shall promptly and faithfully perform, and fully
complete the Contract in strict accordance with the terms of the Contract as
said Contract may be modified or amended from time to time; then this
obligation shall be void; otherwise to remain in full force and effect.

        Surety to this Bond hereby stipulates and agrees that no changes,
extensions of time, alterations, or additions to the terms of the Contract,
including the work to be performed thereunder, and the specifications or
drawings accompanying same, shall in any way affect its obligation on this
Bond, and it does hereby waive notice of any such changes, extensions of time,
alterations, or additions, and agrees that they shall become part of the
Contract.

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03624

# EXHIBIT "B"

In the event of Default by the Principal, of the obligations under the Contract, then after written Notice of Default from the Obligee to the Surety and the Principal and subject to the limitation of the penal sum of this bond, Surety shall either remedy the default, or take over the work to be performed under the Contract and complete such work, or pay moneys to the Obligee in satisfaction of the Surety's performance obligation on this bond.

Signed and sealed this _____ day of _____, 199_____:

_____

Principal            (Seal)

By _____
      Its

By _____
      Its

_____

Surety               (Seal)

By _____
      Its

By _____
      Its

ALL SIGNATURES MUST BE ACKNOWLEDGED
BY A NOTARY PUBLIC.

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03625

EXHIBIT "C"

Bondpay.frm, 7/99⎤                                    Bond No. _____

## LABOR AND MATERIAL PAYMENT BOND (SURETY)

KNOW TO ALL BY THESE PRESENTS:

That _____
            (full legal name and street address of Contractor)
as Contractor, hereinafter called Principal, and _____

_____
            (name and street address of bonding company)
as Surety, hereinafter called Surety, a corporation(s) authorized to transact
business as a surety in the State of Hawaii, are held and firmly bound unto
the **CITY AND COUNTY OF HONOLULU**, its successors and assigns, hereinafter
called Obligee, in the amount of _____

_____ Dollars
($_____, to which payment Principal and Surety bind themselves,
their heirs, executors, administrators, successors and assigns, jointly and
severally, firmly by these presents.

    **WHEREAS**, the above-bound Principal has entered into a Contract with
Obligee dated _____, for:




hereinafter called Contract, which Contract is incorporated herein by
reference and made a part hereof.

    **NOW THEREFORE**, the condition of this obligation is such that if the
Principal shall promptly make payment to any Claimant, as hereinafter defined,
for all labor and materials supplied to the Principal for use in the
performance of the Contract, then this obligation shall be void; otherwise to
remain in full force and effect.

    1.  Surety to this Bond hereby stipulates and agrees that no changes,
extensions of time, alterations, or additions to the terms of the Contract,
including the work to be performed thereunder, and the specifications or
drawings accompanying same, shall in any way affect its obligation on this
bond, and it does hereby waive notice of any such changes, extensions of time,
alterations, or additions, and agrees that they shall become part of the
Contract.

    2.  A "Claimant" shall be defined herein as any person who has furnished
labor or materials to the Principal for the work provided in the Contract.


    Every Claimant who has not been paid amounts due for labor and materials

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03626

## EXHIBIT "C"

furnished for work provided in the Contract may institute an action against the Principal and its Surety on this bond at the time and in the manner prescribed in Section 103D-324, Hawaii Revised Statutes, and have the rights and claims adjudicated in the action, and judgment rendered thereon; subject to the Obligee's priority on this bond. If the full amount of the liability of the Surety on this bond is insufficient to pay the full amount of the claims, then after paying the full amount due the Obligee, the remainder shall be distributed pro rata among the Claimants.

Signed and sealed this _____ day of _____, 199_____.

_____
Principal                    (Seal)

By _____
   Its

By _____
   Its

_____
Surety                       (Seal)

By _____
   Its

By _____
   Its

ALL SIGNATURES MUST BE ACKNOWLEDGED
BY A NOTARY PUBLIC.

GENERAL CONDITIONS (7/99)

# EXHIBIT "D"

Bondperl.frm. 7/99)

## PERFORMANCE BOND

KNOW TO ALL BY THESE PRESENTS:

    That we _____
          (full legal name and street address of Contractor)
as Contractor, hereinafter called Contractor, is held and firmly bound unto
City and County of Honolulu, its successors and assigns as Obligee, in the
amount of_____
_____ Dollars ($_____), lawful money of the United States
of America, for payment of which to the said Obligee, well and truly to be
made, Contractor binds itself, its heirs, executors, administrators,
successors and assigns, firmly by these presents.  Said amount is evidenced
by:

    [  ]  Legal tender;

    [  ]  Share Certificate unconditionally assigned to or made payable at
          sight to _____,
          Description:_____;

    [  ]  Certificate of Deposit No._____, dated _____
          issued by _____
          drawn on _____
          a bank, savings institution or credit union insured by the Federal
          Deposit Insurance Corporation or the National Credit Union
          Administration, payable at sight or unconditionally assigned to ___
          _____;

    [  ]  Cashier's Check No. _____, dated _____
          drawn on _____
          a bank, savings institution or credit union insured by the Federal
          Deposit Insurance Corporation or the National Credit Union
          Administration, payable at sight or unconditionally assigned to:___
          _____;

    [  ]  Teller's Check No. _____, dated _____
          drawn on _____
          a bank, savings institution or credit union insured by the Federal
          Deposit Insurance Corporation or the National Credit Union
          Administration, payable at sight or unconditionally assigned to:___
          _____;

    [  ]  Treasurer's Check No. _____, dated _____
          drawn on _____
          a bank, savings institution or credit union insured by the Federal

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03628

# EXHIBIT "D"

Deposit Insurance Corporation or the National Credit Union Administration, payable at sight or unconditionally assigned to:___
_____;

[  ]  Official Check No. _____, dated _____
drawn on _____
a bank, savings institution or credit union insured by the Federal
Deposit Insurance Corporation or the National Credit Union
Administration, payable at sight or unconditionally assigned to:___
_____;

[  ]  Certified Check No. _____, dated _____
accepted by a bank, savings institution or credit union insured by
the Federal Deposit Insurance Corporation or the National Credit
Union Administration, payable at sight or unconditionally assigned
to:_____;

WHEREAS:

The Contractor has by written agreement dated _____,
entered into a contract with Obligee for the following Project:

_____
_____
_____;

hereinafter called Contract, which Contract is incorporated herein by
reference and made a part hereof.

NOW, THEREFORE:

The condition of this obligation is such that, if Contractor shall
promptly and faithfully perform the Contract in accordance with, in all
respects, the stipulations, agreements, covenants and conditions of the
Contract as it now exists or may be modified according to its terms, and shall
deliver the Project to the Obligee, or to its successors or assigns, fully
completed as in the Contract specified and free from all liens and claims
without further cost, expense or charge to the Obligee, its officers, agents,
successors or assigns, free and harmless from all suits or actions of every
nature and kind which may be brought for or on account of any injury or
damage, direct or indirect, arising or growing out of the doing of said work
or the repair or maintenance thereof or the manner of doing the same or the
neglect of the Contractor or its agents or servants or the improper
performance of the Contract by the Contractor or its agents or servants or
from any other cause, then this obligation shall be void; otherwise it shall
be and remain in full force and effect.

AND IT IS HEREBY STIPULATED AND AGREED that suit on this bond may be
brought before a court of competent jurisdiction without a jury, and that the
sum or sums specified in the said Contract as liquidated damages, if any,

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03629

## EXHIBIT "D"

shall be forfeited to the Obligee, its successors or assigns, in the event of a breach of any, or all, or any part of, the covenants, agreements, conditions, or stipulations contained in the Contract or in this bond in accordance with the terms thereof.

The amount of this bond may be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this _____ day of _____, 19_____.

_____
(Contractor)                              (Seal)

*By _____
        Its

*By _____
        Its

*ALL SIGNATURES MUST BE ACKNOWLEDGED
 BY A NOTARY PUBLIC.

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03630

## EXHIBIT "E"

Bondpayl.frm. 7/99)

## LABOR AND MATERIAL PAYMENT BOND

KNOW TO ALL BY THESE PRESENTS:

That we _____
_____ (full legal name and street address of Contractor)
as Contractor, hereinafter called Contractor, is held and firmly bound unto
City and County of Honolulu, its successors and assigns as Obligee,
hereinafter called Obligee, in the amount of_____.
_____ Dollars ($_____),
lawful money of the United States of America, for payment of which to the said
Obligee, well and truly to be made, Contractor binds itself, its heirs,
executors, administrators, successors and assigns, firmly by these presents.
Said amount is evidenced by:

[ ]   Legal tender;

[ ]   Share Certificate unconditionally assigned to or made payable at
       sight to _____

       Description_____;

[ ]   Certificate of Deposit No._____, dated_____
       issued by _____
       drawn on _____
       a bank, savings institution or credit union insured by the Federal
       Deposit Insurance Corporation or the National Credit Union
       Administration, payable at sight or unconditionally assigned to:____
       _____;

[ ]   Cashier's Check No. _____, dated _____
       drawn on _____
       a bank, savings institution or credit union insured by the Federal
       Deposit Insurance Corporation or the National Credit Union
       Administration, payable at sight or unconditionally assigned to:____
       _____;

[ ]   Teller's Check No. _____, dated _____
       drawn on _____
       a bank, savings institution or credit union insured by the Federal
       Deposit Insurance Corporation or the National Credit Union
       Administration, payable at sight or unconditionally assigned to ___
       _____;

[ ]   Treasurer's Check No. _____, dated _____

GENERAL CONDITIONS (7/99)

## EXHIBIT "E"

drawn on _____
a bank, savings institution or credit union insured by the Federal
Deposit Insurance Corporation or the National Credit Union


Administration, payable at sight or unconditionally assigned to ____
_____;

[  ]  Official Check No. _____, dated _____
drawn on _____
a bank, savings institution or credit union insured by the Federal
Deposit Insurance Corporation or the National Credit Union
Administration, payable at sight or unconditionally assigned to ____
_____;

[  ]  Certified Check No. _____, dated _____
accepted by a bank, savings institution or credit union insured by
the Federal Deposit Insurance Corporation or the National Credit
Union Administration, payable at sight or unconditionally assigned
to _____;

WHEREAS:

The Contractor has by written agreement dated _____,
entered into a contract with Obligee for the following Project:_____
_____
_____
_____
hereinafter called Contract, which Contract is incorporated herein by
reference and made a part hereof.

NOW, THEREFORE:

The condition of this obligation is such that, if Contractor shall
promptly and faithfully perform the Contract in accordance with, in all
respects, the stipulations, agreements, covenants and conditions of the
Contract as it now exists or may be modified according to its terms, free from
all liens and claims and without further cost, expense or charge to the
Obligee, its officers, agents, successors or assigns, free and harmless from
all suits or actions of every nature and kind which may be brought for or on
account of any injury or damage, direct or indirect, arising or growing out of
the doing of said work or the repair or maintenance thereof or the manner of
doing the same or the neglect of the Contractor or its agents or servants or
the improper performance of the Contract by the Contractor or its agents or
servants or from any other cause, and shall promptly pay all persons supplying
labor and materials for the performance of the Contract, then this obligation
shall be void; otherwise it shall be and remain in full force and effect.

RCI/Headworks
A03632

# EXHIBIT "E"

AND IT IS HEREBY STIPULATED AND AGREED that suit on this bond may be brought before a court of competent jurisdiction without a jury, and that the sum or sums specified in the said Contract as liquidated damages, if any, shall be forfeited to the Obligee, its successors or assigns, in the event of a breach of any, or all, or any part of, the covenants, agreements, conditions, or stipulations contained in the Contract or in this bond in accordance with the terms thereof.

AND IT IS HEREBY STIPULATED AND AGREED that this bond shall inure to the benefit of any and all persons entitled to file claims for labor performed or materials furnished in said work so as to give any and all such persons a right of action as contemplated by Sections 103D-324(d) and 103D-324(e), Hawaii Revised Statutes.

The amount of this bond may be reduced by and to the extent of any payment or payments made in good faith hereunder, inclusive of the payment of mechanics' liens which may be filed of record against the Project, whether or not claim for the amount of such lien be presented under and against this bond.

Signed and sealed this _____ day of _____,
19_____.


_____
(Contractor)                    (Seal)

*By _____
        Its

*By _____
        Its


*ALL SIGNATURES MUST BE ACKNOWLEDGED
 BY A NOTARY PUBLIC


GENERAL CONDITIONS (7/99)

RCI/Headworks
A03633

# EXHIBIT "F"

(~ 99)                        ESTIMATE FOR CHANGE ORDER WORK

PROJECT:_____

CONTRACTOR:_____

Reference:  PCD No._____    Other_____

**MATERIALS**

| Description | Qty. | Unit Price | Subtotal |
|---|---|---|---|
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |

TOTAL FOR MATERIALS..................................................................... $_____(1)

**LABOR**

| (2) Fringe*/(3) Classification | Hours | Hourly Rate |
|---|---|---|

*Identify fringe benefit separately.

| | | |
|---|---|---|
| | | $_____ |
| Fringe | $_____ | |
| | | $_____ |
| Fringe | $_____ | |
| | | $_____ |
| Fringe | $_____ | |
| | | $_____ |
| Fringe | $_____ | |
| | | $_____ |
| Fringe | $_____ | |
| | | $_____ |
| Fringe | $_____ | |

Subtotal for labor..................................................$_____ (2)    $_____(3)

TOTAL FOR LABOR (Wages & fringes), (2+3)....................................... $_____(4)

SUBTOTAL - MATERIALS & LABOR (1+4)............................................ $_____(5)
O.H. & Profit  (___ %) of (5) (Per HAR 3-125-13, not to exceed 15%)............ $_____(6)
Ins. & Taxes    (___%) of (3)........................................................ $_____(7)
O.H. for  Ins. & Taxes,  6% of (7)................................................... $_____(8)
**TOTAL FOR MATERIALS & LABOR  (5+6+7+8)**.............................. $_____(9)

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03634

# EXHIBIT "F"

**EQUIPMENT**

| Type or Class | Hours | Hourly Rate | Subtotal |
|---|---|---|---|
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |
| _____ | ____ | $_____ | $_____ |

TOTAL FOR EQUIPMENT.................................................................... $_____(10)

**SUBCONTRACTOR**

|  | O.H. & Profit, |
|---|---|
| Name | Amount (11) | HAR 3-125-13(12) |

| Name | Amount (11) | | O.H. & Profit, HAR 3-125-13(12) |
|---|---|---|---|
| _____ | $_____ | x 7% = | $_____ |
| _____ | $_____ | x 7% = | $_____ |

Subtotal for Subcontractor.................................$_____(11)...............$_____(12)
TOTAL FOR SUBCONTRACTOR (11 + 12).............................................. $_____ (13)

**TOTAL FOR MATERIAL, LABOR, EQUIPMENT, SUBCONTRACTOR  (9+10+13)..** $_____(14)
Bond Fee __1__% on (14)  **(If applicable)**.............................................. $_____(15)
Gross Income Tax (not to exceed 4.166%) on (14) + (15) minus (11)........................ $_____(16)

**TOTAL FOR THIS CHANGE ORDER  (14+15+16)**...................................... $_____

AUTHORIZED REPRESENTATIVE:

_____
        CONTRACTOR

Date_____

RCI/Headworks
A03635

EXHIBIT "G"

# CITY AND COUNTY OF HONOLULU

_____(DEPARTMENT)_____

## DAILY FORCE ACCOUNT REPORT

Contract No. _____ Contractor: _____ Date: _____

Project _____

Covering change order no.: _____

### PART A

| NAME OF EMPLOYEE | CLASS OF EMPLOYEE (2) | HOURLY RATE (3) | FRINGE BENEFIT/HR. (4) | TOTAL RATE (5)=(3)+(4) | HOURS (6) | TOTAL (7)=(5)(6) | INSURANCE* RATE (8) | INSURANCE AMOUNT (9)=(3)(6)(8) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*Worker's Compensation, PLPD, FICA, TDI, Federal-State Unemployment Compensation

| | TOTAL FOR PART A | | TOTAL FOR COLUMN (9) | |
|---|---|---|---|---|

### PART B

| MATERIALS | UNIT | UNIT PRICE (10) | NO. OF UNITS (11) | TOTAL (12)=(10)(11) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL FOR PART B | | |

### PART C

| TOTAL FOR PART C  (TOTAL PART A + TOTAL COLUMN (9) + TOTAL PART B): | |
|---|---|

### PART D

| CONTRACTOR'S MARKUP (HAR 3-125-13), NOT TO EXCEED 15% OF PART C: | |
|---|---|

### PART E

| EQUIPMENT | TYPE OR CLASS | RATE (13) | HOURS (14) | TOTAL (15)=(13)(14) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL FOR PART E | | |

### PART F

| SUBCONTRACTOR | AMOUNT (16) | ALLOWANCE (17)=(7%)(16) | TOTAL (18)=(16)(17) |
|---|---|---|---|
| | | | |
| | | TOTAL FOR PART F | |

### PART G

| GROSS EARNED (PARTS C THROUGH F, INCLUSIVE): | |
|---|---|

### PART H

| BOND FEE _____ % OF PART G: | |
|---|---|

### PART I

| 4.166% STATE EXCISE TAX ON (PARTS G + H minus PART F COLUMN (16)): | |
|---|---|
| GRAND TOTAL THIS REPORT ( PARTS G + H + I): | |

DESCRIPTION OF WORK:

The above is a true statement of all force account work for this date.

_____
_____
_____          _____
                                              Project Inspector

                                        _____
                                        Contractor or Contractor's Representative

(Submit in triplicate, signed by both parties immediately after the day's work, with invoices, etc.)

DF-49 (7/99)

Sheet _____ of _____ sheets

RCI/Headworks
A03636

EXHIBIT "H"

## CERTIFICATE OF CURRENT COST OR PRICING DATA

This is to certify that, to the best of my knowledge and belief, cost or pricing data as defined in section 3-122-122, HAR, and submitted pursuant to section 3-122-125, HAR; either actually or by specific identification in

writing to the officer-in-charge in support of *_____

_____

are accurate, complete, and current as of **_____.
                                            (Month, day, year)

This certification includes the cost or pricing data supporting any advance agreement(s) between the offeror and the City which are part of the proposal.

Firm: _____

Signature:_____

       _____
          (Print name & title of person signing)

***Date of execution:_____

*      Describe the project and reference (i.e. project name, PCD No., field change, change order number, etc.).

**     The date should be a mutually determined date prior to but as close to the date when price negotiations were concluded and the price was agreed to as possible.

***    Date of execution should be as soon after the date when price negotiations were concluded and the contract price was agreed to as practical.

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03637

EXHIBIT "I"

Namech.frm, 7/99)

# AGREEMENT
### (NAME CHANGE)

Notification is given that the name of _____

_____ has been changed, effective _____.

to _____.

In accordance with Section 3-125-14(3) of the Hawaii Administrative

Rules, the corporation/sole proprietorship/partnership (circle one) of _____

_____
(insert new name and address)

hereby agrees that all other terms and conditions of the contract(s) listed

below, entered into between the City and County of Honolulu and _____

_____ are in full force and
(insert previous name)

effect.  A copy of the Articles of Amendment to Change Corporate Name (or

other document indicating the name change) is attached hereto.

Contract No.                          PROJECT NAME AND DESCRIPTION

                              _____

                        By_____
                              Its

                        By_____
                              Its

                        Dated:_____

                        ACCEPTED:
                        CITY AND COUNTY OF HONOLULU

                        By_____
                        Director, Department of Budget
                        and Fiscal Services

                        Dated_____

RCI/Headworks
A03638

EXHIBIT "J"

(7/99)        VALUE ENGINEERING CHANGE PROPOSAL (VECP)
              **CITY AND COUNTY OF HONOLULU**

| | VECP NO. | DATE: |
|---|---|---|
| PROJECT TITLE: | PROJECT NO. | CONTRACT NO. |
| | CONTRACTOR: | |

A. CHANGES: The following changes are to be performed in accordance with all contract stipulations and covenants (Specifications, drawings, special provisions, etc.):

B. CONTRACTOR'S QUOTATION: The changes included under Part A will be performed at a contract price decrease of $_____ in accordance with all terms of the contract documents. Six copies of our cost breakdown are attached herewith. We are aware that this VECP must be approved by the City in the designated space below and that no work is to be performed until an approved change order has been given us. In case of rejection of this VECP by the City, we will continue all work in accordance with the existing contract terms.

| NAME | TITLE |
|---|---|
| AUTHORIZED SIGNATURE | DATE |

C. STATEMENT OF FUNDS:

Original contract price...........................................................................$_____
Amended contract price.........................................................................$_____

D. SUMMARY DESCRIPTION AND POTENTIAL IMPACTS OF THE PROPOSED CHANGES:

GENERAL CONDITIONS

*RCI/Headworks*
A03639

**EXHIBIT "J"**

E.  TIME EXTENSION:

_____

F.  VALIDATION OF CHANGE ORDER          G.      REJECTION OF CHANGE ORDER

   Recommended for approval:

_____          _____
     CONSTRUCTION ENGINEER                      CONSTRUCTION ENGINEER

   Approved:                                Disapproved:

_____          _____
     DEPARTMENT HEAD                             DEPARTMENT HEAD

   Distribution:                            Distribution:

_____          _____
        DATE                                        DATE

REASONS FOR REJECTION:

GENERAL CONDITIONS

## EXHIBIT "J"

(7/99)    VALUE ENGINEERING CHANGE PROPOSAL (VECP)
### City and County of Honolulu
(Contractor-required information)

From: _____
To: _____    VECP No. _____
Project: _____    Contract: No. _____

INFORMATION REQUIRED OF THE CONTRACTOR:  (If answer to any of the following questions is "Yes", explain in "REMARKS" below.)

|  |  | YES | NO |
|---|---|---|---|
| 1. | Does this proposed change affect the time of completion of the contract as stated in the Contract? | | |
| 2. | Has the Contractor submitted this proposed change previously to this office or any other government agency? | | |
| 3. | Does this change affect other costs to the government, such as government-furnished property or costs of contract-related items. | | |
| 4. | Does this proposed change increase the maintenance or operation costs of original or proposed items. | | |
| 5. | Is a subcontractor involved in this proposed change to the original contract? | | |
| 6. | Does the Contractor intend to restrict the government's right to use any data described in this proposed change? | | 7. |
|  | Does this proposed change involve use of proprietary materials? | | |

CHANGES OR REVISIONS TO DRAWINGS AND SPECIFICATIONS:  (Attach applicable contract drawings and specifications, including Contractor's or shop drawings or literature with all changes marked on the drawings and specifications.)

REMARKS: _____



CONTRACTOR'S REPRESENTATIVE:


_____    _____    _____
NAME    SIGNATURE    DATE

RECEIVED BY: _____
           Department

_____    _____    _____
NAME    SIGNATURE    DATE


GENERAL CONDITIONS (7/99)

EXHIBIT "J"

(7/99)

# VALUE ENGINEERING CHANGE PROPOSAL (VECP)
## City and County of Honolulu
### (Contractor Summary Submittal)

From: _____     Date:_____
To: _____     VECP No._____
Project No./Title:_____     Contract No._____

SUMMARY OF CHANGE (Description - compare advantages and disadvantages. Include all information required by the Contract and Section 3-132-4, HAR for value VECPs)

BEFORE:    (Sketch, when applicable.)          AFTER:

ESTIMATED COST SUMMARY:  (Costs shall be estimated in accordance with the change provisions of the Contract.  Attach cost estimating form, for detailed estimate whenever applicable.)

| | | QTY. | UNIT COST | TOTAL |
|---|---|---|---|---|
| A. | Original.................................................. | _____ | $_____ | $_____ |
| B. | Proposed.................................................. | _____ | $_____ | $_____ |
| C. | Gross savings (A-B)...................................... | | | $_____ |
| D. | Contractor's implementing cost........................... | | | $_____ |
| E. | Total estimated decrease (C-D)........................... | | | $_____ |
| F. | City's implementing cost................................. | | $_____ | |
| G. | Difference (E-F)......................................... | | $_____ | |
| H. | ½ Difference (E-F divided by 2).......................... | | | $_____ |
| I. | Reduction in Contract Price (E-H)........................ | | | $_____ |

Date by which a change order must be issued so as to obtain maximum cost reduction: _____

CONTRACTOR'S REPRESENTATIVE:

_____          _____     _____
       NAME                                SIGNATURE                DATE

Received by:_____
          DEPARTMENT

_____          _____     _____
       NAME                                SIGNATURE                DATE

GENERAL CONDITIONS (7/99)

# EXHIBIT "K"

DP-P-65. 7/99)

_____
(Date)

Director, Department of
 Budget and Fiscal Services
City and County of Honolulu
Honolulu, Hawaii  96813

Subject:    Contract No._____
_____

As of this date,_____
                                    (Contractor)
acknowledges receipt of the following outstanding bodily injury or death and
property damage claims made by third parties arising out of the performance of
it work in connection with the subject contract.  The Contractor agrees to notify
the City of the final disposition of said claims; or, if no final disposition of
such claims, their status before actual payment of any amount withheld by the
City.

1.  _____

    _____

    _____

2.  _____

    _____

    _____

3.  _____

    _____

    _____

Sincerely,

_____
(Authorized Signature)

_____
(Contractor's Name)

GENERAL CONDITIONS (7/99)

RCI/Headworks
A03643