ORIGINAL

ADRIAN W. ROSEHILL      3868-0
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 702
Honolulu, Hawaii 96813
(808) 526-0892
Attorney for ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK, ESQ.
WILSON ELSNER MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Attorneys for ULTRA TECH SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2006

at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRATECH SYSTEMS, INC., a foreign corporation,<br><br>Defendants. | CIVIL NO. 03-00706 (JMS/LEK)<br><br>**CERTIFICATE OF SERVICE [RE: DEFENDANTS ULTRATECH SYSTEMS, INC.'S AND ENGINEERED SYSTEMS, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION DATED AUGUST 4, 2006]**<br><br>[LEE MANSFIELD]<br>[August 14, 2006 at 9:00 A.M.]<br><br>[SAFWAT GURGUIS]<br>[August 15, 2006 at 9:00 A.M.]<br><br>[JAMES HONKE]<br>[August 16, 2006 at 9:00 A.M.] |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>    Third-Party Defendant/ Cross-Claim Plaintiff. | )<br>)  [DENNIS KANESHIRO]<br>)  [August 17, 2006 at 9:00 A.M.]<br>)<br>)  [ELDON FRANKLIN]<br>)  [August 18, 2006 at 9:00 A.M.]<br>)<br>)  [TED SAITO]<br>)  [August 21, 2006 at 9:00 A.M.]<br>)<br>)<br>) |
| CITY AND COUNTY OF HONOLULU,<br><br>    Defendant/Cross-Claim Plaintiff,<br><br>vs.<br><br>ULTRATECH SYSTEMS, INC., a foreign corporation,<br><br>    Cross-Claim Defendant/ Cross-Claim Plaintiff. | )  **Trial Date:**<br>)<br>)  Date:   October 17, 2006<br>)  Time:   9:00 a.m.<br>)  Judge:  J. Michael Seabright<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE [RE: DEFENDANTS ULTRATECH SYSTEMS, INC.'S AND ENGINEERED SYSTEMS, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION DATED AUGUST 4, 2006]**

The undersigned hereby certifies that on August 4, 2006, a copy of the following:

2

(1) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [LEE MANSFIELD];

(2) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [SAFWAT GUIRGUIS];

(3) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [JAMES HONKE];

(4) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [DENNIS KANESHIRO];

(5) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [ELDON FRANKLIN]; and

(6) Defendants ULTRATECH SYSTEMS, INC.'s and ENGINEERED SYSTEMS, INC.'s Notice of Taking Deposition Upon Oral Examination; Certificate of Service [TED SAITO],

was duly served on the following parties via hand delivery, unless otherwise indicated:

> DAVID SCHULMEISTER, ESQ.
> KRISTIN S. SHIGEMURA, ESQ.
> Cades Schutte
> 1000 Bishop Street, Suite 1200
> Honolulu, Hawaii  96813
> Attorneys for Plaintiff
> BODELL CONSTRUCTION COMPANY
>
>
> BERT T. KOBAYASHI, JR., ESQ.
> RONALD T. OGOMORI, ESQ.
> GEORGE GUSMAN, ESQ.
> Kobayashi, Sugita & Goda
> 999 Bishop Street, Suite 2600
> Honolulu, Hawaii  96813
>
>       and
>
> CARRIE K. OKINAGA, ESQ.
> Corporation Counsel
> MAILE R. CHUN, ESQ.
> Deputy Corporation Counsel
> City and County of Honolulu
> Honolulu Hale
> 530 South King Street, Room 110
> Honolulu, Hawaii  96813
>
> Attorneys for Defendant, Third-Party Plaintiff
> and Counter-Claim Defendant
> CITY AND COUNTY OF HONOLULU

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii  96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

Dated:     Honolulu, Hawaii, August 4, 2006.

*/s/ Adrian W. Rosehill*
ADRIAN W. ROSEHILL
Attorney for Third-Party
Defendant/Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK
Attorney for Cross-Claim Defendant/
Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.