# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/08/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | David Schulmeister<br>Kristin S. Shigemura |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr.<br>Carrie K. Okinaga<br>Gary Y. Takeuchi<br>Maile R. Chun<br>Bert T. Kobayashi, Jr.<br>Ronald T. Ogomori<br>George Gusman<br>Adam Bialek<br>Jeffrey Tachiki<br>Adrian W. Rosehill<br>Owen H. Matsunaga<br>Alan J. Ma |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/08/2006 | TIME: | 9:30-5:30 |

COURT ACTION: EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager