Document ID: 405617v1_skh

ORIGINAL

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI    5850-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Facsimile: (808) 539-8799
Attorneys for Defendant,
 Cross-Claim Plaintiff/Defendant and
 Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

LODGED
AUG 1 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 1 2006
at 9 o'clock and 15 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>WITHDRAWAL OF COUNSEL |

*Caption continued*

Document ID: 405617v1_skh

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
|       Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) |
| vs. | ) |
| ENGINEERED SYSTEMS, INC., | ) |
|       Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
|       Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) |
| vs. | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
|       Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
|       Cross-Claim Defendant/Plaintiff. | ) |

2

Document ID: 405617v1_skh

## WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rules 83.6 for the District of Hawaii, George Gusman III from the law firm Kobayashi, Sugita & Goda, hereby withdraws as counsel for Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu (hereinafter "Defendant City") in the above-entitled action as he is no longer employed at Kobayashi, Sugita & Goda.

Ronald T. Ogomori, a partner with the law firm Kobayashi, Sugita & Goda, continues his appearance as counsel for Defendant City.

DATED: Honolulu, Hawaii, August 15, 2006.

_____
GEORGE GUSMAN III
Withdrawing Counsel for Defendant,
Cross-Claim Plaintiff/Defendant and
Third-Party Plaintiff/Counterclaim
Defendant City and County of Honolulu

_____
Ronald T. Ogomori
Continuing Counsel for Defendant,
Cross-Claim Plaintiff/Defendant and
Third-Party Plaintiff/Counterclaim
Defendant City and County of Honolulu

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT