# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

9/1/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 9/1/2006 | TIME: | |

COURT ACTION:   EO: Parties are requesting an extension of time of the pretrial conference statement due date and a continuance of the final pretrial conference. Parties' request is Granted and these deadlines are continued.

Final Pretrial Conference set for 9:00 9/12/06 is continued to **9:00  9/15/06** before Magistrate Judge Leslie E. Kobayashi.

Final Pretrial Statements are now due **9/11/06**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager