# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/07/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL NO. 03-00706JMS-LEK

CASE NAME:        Bodell Construction Company, a Utah corporation vs. Ohio
                  Pacific Tech, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     09/07/2006                   TIME:

COURT ACTION:   EO: Final Pretrial Statements previously due 9/11/06 are now due
**9/15/06.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager