# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | David Schulmeister |
| | Kristin S. Shigemura |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr. |
| | Carrie K. Okinaga |
| | Gary Y. Takeuchi |
| | Maile R. Chun |
| | Bert T. Kobayashi, Jr. |
| | Ronald T. Ogomori |
| | George Gusman |
| | Adam Bialek |
| | Jeffrey Tachiki |
| | Adrian W. Rosehill |
| | Owen H. Matsunaga |
| | Alan J. Ma |

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 09/13/2006 | TIME: | 10:00-12:00 |

COURT ACTION:  EP: Status Conference Re: Settlement; Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager