# EXHIBIT 13



## Record of Telephone Conversation

| | |
|---|---|
| Project: | Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment |
| Date: | September 1, 1999 |
| Job no.: | 2500/00 |
| Time: | 12:37 p.m. |
| Person Called/Calling: | Michael Elhoff  262-7773 |
| Firm/Agency: | Hawaii Engineering Services (Trojan Technologies local representative) |

Discussion Items:

**Module submergence.** Module housing is rated NEMA 6—temporary submergence of six feet for 30 minutes. Trojan does not advertise this rating. If the module covers are removed 3 or more times, the modules are no longer rated at NEMA 6. After the third removal of the module covers, the seals must be replaced. A project in England specified NEMA 6 enclosures. The England project also specified seal replacement after the third removal of the module covers.

Besides providing NEMA 6 enclosures, Trojan can extend the modules so that it is not within the channel. However, extending the modules will also require lengthening the channel.

**Vertical disinfection system.** Trojan calculated a minimum of 2,000 lamps for this configuration. Because of the lamp module layout, about 2,400 lamps configured as 10 banks in series would need to be provided.

Action Taken/Required: None

Follow Up: None.

Signed: _____
Jay M. K. Stone

OPT-02396