# EXHIBIT 16

# SECTION 11376

# ULTRAVIOLET DISINFECTION EQUIPMENT

## PART 1 GENERAL

### 1.1 SCOPE

A. Furnish all labor, materials, equipment, and appurtenances required to provide an open channel, gravity flow, ultraviolet (UV) disinfection system complete with a cleaning system, lamps and electronic ballasts. The UV system to be complete and operational with all control equipment and accessories as shown on contract drawings and specified herein. This system shall be capable of disinfecting secondary effluent to meet the water quality standards listed in this section.

### 1.2 QUALITY ASSURANCE

A. Qualification Requirements:

To be acceptable, the manufacturer shall be able to demonstrate to the satisfaction of the Engineer successful performance of the proposed system at a minimum of five (5) other wastewater locations in the United States.

The manufacturer shall submit at least five (5) permanent wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one (1) years.

UV disinfection system shall have been tested and certified to meet California Title 22 or Hawaii R-1 quality water.

B. Basis of Design

The contract drawings and specifications are based on System UV 4000™ medium pressure UV lamp technology manufactured by Trojan Technologies, Inc. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. The Contractor shall submit design drawings to the Engineer for approval, showing proposed changes in the structure, piping, equipment, controls philosophy and wiring due to the use of an alternate system.

C&C / Bodell
C003814

### 1.3 SUBMITTALS

A. Submit in accordance with Section 172, engineering drawings showing the following:

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-1 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |

Plaintiff's EXHIBIT 2 Mansfield 2-28-05

Exhibit D

1. Complete description in sufficient detail to permit an item comparison with the specifications.
2. Dimensions and installation requirements including layout.
3. Descriptive information including catalog cuts and manufacturers' specifications for all components.
4. Electrical schematics and layouts.
5. Design drawings and structural calculations when the equipment requires any change in structural concrete, whether channel configuration or otherwise, from that indicated in contract drawings. Drawings shall be stamped and signed by a Structural Engineer licensed in the State of Hawaii.

B. UV manufacturer shall submit written third party design validation and test data demonstrating that the system being provided will not have an adverse effect on surrounding plant equipment. EMI/RFI, distributed capacitance effect, skin effect and ground fault circuit interrupt operation shall be addressed in the report.

C. Operation and Maintenance Data: Provide in accordance with Section 170.

1.4 SERVICES OF MANUFACTURER'S REPRESENTATIVE

A. Manufacturer's representative shall provide the following services:
   1. Installation supervision: As required for proper installation, but not less than three (3) full days.
   2. Start-up and field testing: Not less than three (3) full days on site.
   3. Operator training: one (1) full day on site.

B. Service scheduling: By City on request any time during the 1-year warranty period.

1.5 WARRANTY

Warranty shall be in accordance with GENERAL CONDITIONS.

A. Equipment: The equipment furnished under this section shall be free of defects in materials and workmanship, including damages that may be incurred during shipping, storage and installation for a period of one (1) year from date of final acceptance.

B. UV Lamps: The UV lamps shall be fully warranted for a period of one (1) year from date of final acceptance.

C. Performance: The UV disinfection system manufacturer shall provide a written guarantee that the system will meet the

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-2 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 C&C / Bodell |
|---|---|---|

C003815

performance criteria and test criteria specified. If the system fails to meet the performance criteria or test criteria, the UV disinfection system manufacturer shall take corrective action to remedy any deficiencies at no additional cost to the City. Any proposed remedial action shall be submitted to the Engineer for approval prior to any work being performed.

D. The UV disinfection system manufacturer shall provide a written guarantee that the system will not have an adverse effect on surrounding plant equipment. If the system does have an adverse effect on surrounding plant equipment, the UV disinfection system manufacturer shall take corrective action to remedy any adverse effect on surrounding plant equipment. Any proposed corrective action shall be submitted to the Engineer for approval prior to any work being performed.

PART 2   PRODUCTS

2.1   MANUFACTURER

A. UV system shall be System UV 4000™, as manufactured by Trojan Technologies, Inc. or equal.

B. To be acceptable, alternate UV systems must the following requirements:
   1. Capable of meeting the specified performance requirements, operate in an open channel, be of modular design, use UV lamps with electronic ballasts, and incorporate a cleaning system. UV system shall meet the hydraulic profile shown in the contract drawings. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. If structures and equipment need to be modified to meet the hydraulic requirements of the plant, all cost shall be borne by the Contractor. Contractor shall submit design calculations showing that the hydraulic profile shown in the contract drawings will be met.
   2. Space available at the project site is limited. System must be suitable for installation in the area indicated on the plans, without encroaching on adjacent property lines, roadways, or buried process piping.

C. The UV system being provided shall be furnished with the manufacturer's latest components and equipment available at the time of shipment.

C&C / Bodell
C003816

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR              11376-3
OUTFALL ADJUSTMENT

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

2.2  GENERAL REQUIREMENTS

A. Provide a UV disinfection system complete with UV modules, control panel and detection systems as herein specified.

B. The UV system shall be designed to allow for complete system shut down or bypass.

C. The system shall be able to continue disinfection while UV lamps, quartz sleeves, and ballasts are replaced. The system shall also be able to continue disinfection while the sleeves are being cleaned.

2.3  PERFORMANCE AND DESIGN REQUIREMENTS

A. Design Criteria

1. Provide equipment which shall disinfect an effluent with the following characteristics:

   a. Flow Range:     0.7 MGD (Daily Minimum)
                      2.4 MGD (Daily Maximum)
                      2.5 MGD (Average Dry-Weather Flow)
                      3.5 MGD (Peak Dry-Weather Flow)
                      6.5 MGD (Peak Wet-Weather Flow)

   b. Total Suspended Solids:   0.5 mg/L (Maximum)
   c. Average Turbidity:        2 NTU
   d. Wastewater Transmittance: 55 percent (Minimum)

B. Performance Requirement

The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the worst operating conditions:

1. Not to exceed 2.2/100mL FC, based on a 7-day moving median.
2. Not to exceed 23/100mL FC more than once during any 30-day period.
3. Not to exceed 200/100mL FC for any sample.
4. Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow. Dosage calculated using the point-source summation method.
   a. UV lamp output of more than 70 percent if nominal (new) output.
   b. Transmittance through quartz sleeve not more than 70 percent.
   c. UV dose is achieved with a minimum pf three ultraviolet banks in series.

C&C / Bodell
C003817

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR          11376-4
OUTFALL ADJUSTMENT

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

2.4  DESIGN, CONSTRUCTION AND MATERIALS

A. General:
   1. All metal components shall be type 316 stainless steel.
   2. All material exposed to UV light shall be type 316 stainless steel.
   3. The system shall be designed for complete immersion of the UV lamps including both electrodes and the full length of the lamp in the effluent. Both lamp electrodes shall operate at the same temperature and be cooled by the effluent. The major axis of the UV lamps shall be horizontal and parallel to flow. UV systems that operate with lamps placed perpendicular to the flow are unacceptable.

B. UV Module:
   1. Each UV module shall consist of UV lamps mounted on type 316 stainless steel frame.
   2. Each lamp shall be enclosed in an individual quartz sleeve, one end of which shall be closed and the other sealed with compressed O-rings.
   3. Electronic ballasts shall be housed integral to each UV Module or separately in the Power Distribution Center.
   4. All wires connecting the lamps to the main power supply shall be enclosed inside the frame of the UV module and not exposed to the effluent.
   5. Each quartz sleeve shall be independently sealed within the module.
   6. The UV module shall be designed such that operating personnel at the plant can change the lamps and quartz sleeves.

C. UV Lamps:
   1. The filament shall be significantly rugged to withstand shock and vibration.
   2. Lamp bases shall be resistant to UV and ozone.
   3. To be operated by electronic ballasts.

D. Lamp End Seal and Lamp Holder:
   1. The open end of the lamp sleeve shall be sealed by means of a type 316 stainless steel sleeve nut which threads onto a sleeve cap and compresses the sleeve O-ring.
   2. The sleeve nut surface shall allow for positive tightening.

E. UV Lamp Sleeves:
   1. Type 214, or equivalent, clear fused quartz tubing.

F. Fixed Weir Plate
   1. Weirs shall be FRP type. All hardware shall be type 316 stainless steel. Provide neoprene gaskets.

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT

11376-5

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.092

C&C / Bodell
C003818

2. Weir shall be located at the discharge end of channel.
3. Discharge end weir shall be designed to maintain a minimum effluent level, within tolerance as required to keep lamps submerged.

G. Electrical:
1. The UV disinfection system shall be divided into electrical sub-systems.
2. Each bank shall be powered from a Power Distribution Center. Service entrance for power feed termination shall be provided by UV manufacturer.
3. Maximum total power consumption rating shall be no greater than 1048 kW for the future design peak flow.
4. Electrical supply to each Power Distribution Center shall be 480 Volts, 60 Hz, 3 phase, 4 wire, 108.1 kVA.
5. One power feed to each reactor of 120/208V, 3 phase, 4 wire, 5 kVA required for the mechanical systems.
6. Signal wiring interfacing the UV system and the System Control Center (SCC) shall be as shown on the contract drawings. Required signals interfacing the UV System to the plant's Supervisory Control and Data Acquisition (SCADA) system are shown on the contract drawings.

H. Control and Instrumentation:
1. System Control Center (SCC): Shall be a programmable logic controller (PLC), or microprocessor, based. The operator interface to incorporate a touch screen or keypad. The system controller shall be suitable for outdoor installation. For outdoor installation system controller shall be housed in a NEMA 4X enclosure. Enclosure shall allow for display to be read without opening the enclosure. System controller shall be capable of relaying the following information to the plant's SCADA system: UV intensity of each bank, UV transmittance, UV dosage, and lamp age of each bank. The plant's SCADA system shall record this information.

2. On-Line UV Transmission Monitor:
   a. An on-line UV transmission (UVT) monitor will automatically track the transmissibility of the effluent at the 253.7nm germicidal wavelength.
   b. The monitoring shall be continuous. To ensure valid results, an automatic calibration sequence shall be utilized. The UVT shall be measured from 0 to 100%, with an accuracy of ±1%.
   c. The on-line monitor will incorporate a display screen for visual trend analysis on a 60-minute or 24-hour basis.
   d. A 4-20mA analog output to be available for interfacing the UVT Monitor with the System Control Center (SCC). This will create an effluent UV demand feedback loop. The SCC will vary lamp

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-6 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 C&C / Bodell |

C003819

output or number of banks on-line in response to the effluent's UVT.

    e. Equipment to include analyzer and sample pump located in a common NEMA 4X enclosure, and a sensor for mounting in the UV channel downstream of the UV reactors. The analyzer shall be located adjacent to the UV channel and not more than 1,000 feet from the SCC.

    f. Power feed of 120V, 1 phase, 2 wire, 500VA required to sampler at the channel end.

3. Alarm Conditions:
    a. UV controller failure—failure of System Control Center (SCC).
    b. Individual lamp failure—failed lamps shall be indicated by specific address ( i.e. bank # / module # / lamp #)
    c. Adjacent lamp failure—two or more adjacent lamps have failed.
    d. Multiple lamp failure—more than five (5) percent of lamps in bank have failed.
    e. Module failure—failure of any module shall be indicated by specific address.
    f. Low UV Intensity for each bank—will occur when the design intensity is not being delivered.
    g. Low-low UV Intensity for each bank—will occur when a predetermined minimum design intensity is not being delivered.
    h. Low UV Transmission—will occur when transmittance falls below minimum design UVT.
    i. Low-low UV Transmission—will occur when transmittance falls below predetermined minimum UVT.
    j. Alarm history register—a record of the 20 most recent alarm conditions, recorded by alarm type, date and time of occurrence.

I. Dose-Pacing:

A dose-pacing system shall be supplied to vary the intensity of the UV output or number of banks on-line in relationship to a 4-20 mA DC signal from a flow monitor, in conjunction with the signal from the UVT monitor. The system to be dose-paced such that as the flow and effluent quality change, the design dose delivered is optimized while conserving power. The dose-pacing system shall allow the operator to vary the flow rate setting. Logic and time delays shall be provided to regulate the UV bank ON/OFF cycle.

J. Cleaning Systems:

C&C / Bodell
C003820

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT

11375-7

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.032

Cleaning system shall be provided as part of the UV disinfection system. Contract drawings are based on an integral, automatic mechanical/chemical cleaning system. An out-of-channel system shall be provided for any UV system without an integral, automatic, mechanical/chemical cleaning system. Contractor shall bear all additional cost for this cleaning system.

1. Mechanical and Chemical Cleaning System:

    Cleaning system shall have mechanical and chemical cleaning abilities, complete with an automatically initiated and controlled cleaning cycle. The cleaning system, including both the mechanical and chemical components, shall be fully operational without requiring either lamps or modules be placed out of service. Cleaning cycle intervals to be field adjustable within the range of once/hour to once/month. Manual cleaning system control shall be available through the operator interface at the SCC. The system shall be supplied with the required cleaning reagents and solutions necessary for initial equipment testing and for equipment start-up.

2. Out-of-Channel Cleaning System:

    Out-of-channel cleaning system shall consist of a hoisting system complete with infrared pendant, cleaning basin, air blower, CPVC diffusers, chemical pump, valves, piping, concrete pad, railings, grating, rigging, basin drain to headworks, and appurtenances. Cleaning system shall be provided as part of the UV disinfection system. Double containment of all acid storage and cleaning system piping shall be required.

    Cleaning basin shall be constructed of reinforced concrete and type 316 stainless steel. An acid resistant 11 gauge, type 316 stainless steel liner shall be provided for the cleaning basin. Liner sheets shall be fitted to the concrete formwork, welded in place, and attached to the basin in accordance with the manufacturer's recommendations. Liner shall be fully tested for pinholes and joint integrity after installation. No piping shall penetrate the basin's liner. There shall be type 316 stainless steel supports within the basin to seat the UV racks above the air piping. If type 316 stainless steel is incompatible with UV manufacturer's cleaning solution, components shall be constructed of manufacturer's recommended materials.

C&C / Bodell
C003821

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT                        11376-8

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

Cleaning basin shall be provided with cover system. Cover system shall support a 350-pound load placed at any location on the cover. The overall cover dimension shall be equal to the exterior dimension of the basin. The cover shall consist of three sections which are easily liftable and removable, and which are designed to be supported by the basin walls only. An overlap shall be provided between the three sections to make the cover watertight. Each section shall be provided with lifting handles.

Size of diffusers, air blower, chemical pump, and all required valves and piping shall be as recommended by UV manufacturer. Materials of construction of these items shall be as recommended by manufacturer.

Engineer reserves the right to require additional equipment and/or services to effect a fully operational out-of-channel cleaning system at no additional charge to the City. All aspects of the out-of-channel cleaning system design including the structural, mechanical, civil, electrical, equipment, wiring, piping and related design considerations shall be the responsibility of the Contractor. Contractor shall submit to the Engineer for approval design drawings showing the proposed structure, piping, equipment, controls and wiring. Structural drawings shall be stamped and signed by a Structural Engineer licensed in the State of Hawaii.

K.  Spare Parts:

The following spare parts and safety equipment shall be supplied.
1. Ten (10) percent of the total number of lamps furnished for the system.
2. Ten (10) percent of the total number of quartz lamp sleeves furnished for the system.
3. Five (5) percent of the total number of ballasts furnished for the system.
4. Fifty (50) lamp O-ring seals.
5. Four (4) Face Shield(s), able to block UV light wavelengths between 200 and 400nm
6. Cleaning Solution, quantity shall be as recommended by manufacturer.
7. Ten (10) electronic ballasts.
8. Fifty (50) wiper seals.
9. Engineer reserves the right to require additional spare parts for alternate systems at no additional charge to the City.

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT            11376-9            ULTRAVIOLET DISINFECTION
                                                 EQUIPMENT
                                                 250000.052
                              C&C / Bodell
                              C003822

2.5  ANCILLARY EQUIPMENT

A. Motor Operated Slide Gates: UV manufacturer shall provide motor operated slide gates as shown in the contract drawings. Slide gates and motor operator shall conform to Section 15100, Valves, Gates, and Appurtenances.

B. Grating: UV manufacturer shall provide all fiberglass reinforced plastic grating and support members for UV disinfection channel. UV manufacturer shall supply grating that conforms to Section 06610, Fiberglass Reinforced Plastic Fabrications.

C. Rubber Mats: Rubber mats shall be 1/4-inch thick with corrugated surface. Mats shall be black. Mats shall be suitable for outdoor use. Mats shall be placed over all access grating over the UV channels. Mats shall be suitable for exposure to ultraviolet light. Mats shall be cut into segments as required to allow for easy access to grating and UV components.

PART 3    EXECUTION

3.1  INSTALLATION

A. Installation shall be in accordance with the contract drawings, manufacturer's engineering drawings and instructions.

3.2  START-UP

A. The Contractor shall have a manufacturer's representative check and verify that the installation of the UV disinfection equipment is in accordance with drawings and manufacturer's installation instructions.

B. The Contractor shall start up and test the UV disinfection system under direct supervision of the manufacturer's representative and in accordance with these specifications and manufacturer's instructions.

C. The Contractor shall have manufacturer's representative instruct plant personnel on operation and maintenance of the UV disinfection equipment.

3.3  TESTING

A. Testing shall be done under the supervision of the manufacturer's representative and witnessed by the Engineer. The Contractor shall give the Engineer a minimum

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-10 | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 C&C / Bodell |
|---|---|---|

C003823

of 15 days advance notice of the testing to enable the Engineer to witness the testing.

B. The Contractor shall furnish all power, materials, instrumentation, equipment, labor, and appurtenances to conduct the tests.

C. The Contractor shall submit to the Engineer six (6) copies of full and complete test reports for all tests performed. The test report shall describe the units tested; the type of tests; test setup, procedures and instrumentation; and test flow rates, levels and all other data and results required to demonstrate that all items tested meet specified requirements.

D. Testing shall be in accordance with Section 115, Final Acceptance Tests. Contractor shall demonstrate that performance criteria specified herein is met by the equipment provided. If the disinfection system does not meet the performance criteria, Contractor and manufacturer shall at no cost to the City make modifications to the system and retest the system.

PART 4    MEASUREMENT

4.1    MEASUREMENT

A. UV disinfection equipment shall not be measured directly, but shall be part of a lump sum bid.

PART 5    PAYMENT

5.1    PAYMENT

A. Payment shall be made at the lump sum bid for the UV disinfection reactors. Payment shall be full compensation for furnishing material, labor, tools, equipment, other required items, services, and test to complete the work in-place complete.

END OF SECTION

C&C / Bodell
C003824

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR          11376-11
OUTFALL ADJUSTMENT

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

THIS PAGE LEFT INTENTIONALLY BLANK

C&C / Bodell
C003825

ITEM NO. 4 - INDEX TO SPECIAL PROVISIONS

1. DIVISION 7 - THERMAL AND MOISTURE PROTECTION. Add new Section 07110 SHEET MEMBRANE WATERPROOFING before Section 07120 FLUID APPLIED MEMBRANE WATERPROOFING.

ITEM NO. 5 - LABOR AND MATERIAL PAYMENT BOND (SURETY)

1. Delete the first LABOR AND MATERIAL PAYMENT BOND (SURETY), dated 11/7/95, in its entirety. The second LABOR AND MATERIAL PAYMENT BOND (SURETY), dated 1/98, is to be used.

ITEM NO. 6 - SPECIFICATIONS

1. Section 151 - FIELD OFFICE AND FIELD TELEPHONE
   (1) Page 151-1. Delete the last paragraph of this section and replace it with the following:

   "Payment for furnishing and maintaining the field office shall be made from item nos. 2, 102, 171, and 201 in the Revised Proposal. Payment for the field office shall be made from these allowances and shall be for the actual costs incurred. Any unused portion of the allowances shall remain with the City and County of Honolulu."

2. Insert attached Section 07110 SHEET MEMBRANE WATERPROOFING before Section 07120 FLUID APPLIED MEMBRANE WATERPROOFING.

3. Section 10211 FIXED METAL WALL LOUVERS
   (1) Page 10211-2, subsection 2.1, paragraph A. Change specified model number from "Model 6135" to "Model 6115."

   (2) Page 10211-3, subsection 2.5, paragraph B. Change specified material thickness from "0.81 inch minimum" to "0.081 inch minimum."

   (3) Page 10211-2, subsection 2.5, paragraph C. Change specified material thickness from "0.81 inch minimum" to "0.081 inch minimum."

4. Section 11376 ULTRAVIOLET DISINFECTION EQUIPMENT
   (1) Page 11376-4, subsection 2.3, paragraph A, subparagraph 1, item a. Change the Design Criteria for Total Suspended Solids from "0.5 mg/L (Maximum)" to "5.0 mg/L (Maximum)".

   (2) Page 11376-4, subsection 2.3, paragraph B. Delete this paragraph and its subparagraphs in their entirety, and replace with the following:

   "B. —Performance Requirement

   The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the operating condition of 3 of the 4 UV banks on-line:

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT

2    C&C / Bodell
C003826

ADDENDUM NO. 2
250000.214

1. Not to exceed 2.2/100mL FC, based on a [illegible] day moving median.
2. Not to exceed 23/100mL FC more than once during any 30-day period.
3. Not to exceed 200/100mL FC in any sample.
4. Minimum dose of 140 mW-s/cm² at maximum flow and 100 mW-s/cm² at peak flow. Dosage calculated using the point-source summation method.
   a. UV lamp output of more than 70 percent of nominal (new) output.
   b. Transmittance through quartz sleeve not more than 70 percent.
   c. UV dose is achieved with a minimum of three ultraviolet banks in series."

5. Section 15160 PUMPS

   (1) Page 15160-10, subsection 2.4, paragraph D, subparagraph 5. Delete this subparagraph in its entirety and replace it with the following:

   "5. Volute: Pump volute shall be single piece gray iron, Class 35B, non-concentric design with smooth passages large enough to pass any solids that may enter the impeller."

6. Section 15784 UNITARY AIR CONDITIONERS

   (1) Page 15784-2, subsection 2.1, paragraph A. Delete this paragraph in its entirety and replace it with the following:

   "A. Manufacturer: Marvair Model AVPXXACAM or equal. XX designates the capacity of the unit."

ITEM NO. 7 - REVISIONS TO CONTRACT DRAWINGS

1. Drawing S203, Sheet 91.

   (1) Change vertical reinforcement at each face of wall from #6@12" to #6@6", as shown in attached Figure S-1. Note: Figure S-1 is reduced in size and, therefore, is not to scale.

2. Drawing M400, Sheet 143.

   (1) Add the following notes to this drawing:

   "5. TREATMENT PLANT PERSONNEL SHALL BE RESPONSIBLE FOR DRAINING SLUDGE FROM THE EXISTING GRAVITY THICKENER TANKS. CONTRACTOR SHALL COORDINATE WITH PLANT PERSONNEL FOR SCHEDULING OF DRAINING THE TANKS. AFTER THE TANKS ARE DRAINED, CONTRACTOR SHALL CLEAN INTERIOR OF TANKS BEFORE PROCEEDING WITH CONVERSION OF TANKS TO DISSOLVED-AIR FLOTATION THICKENERS."