# EXHIBIT 19

<u>MATERIAL SUBSTITUTION REQUEST</u>

Date: <u>November 23, 1999</u>

Substitution Requested By:
  Company: <u>**Engineered Systems**</u>
  Address: <u>**P.O. Box 865, Kailua, HI 96734**</u>
  Contact: <u>**Paul Scott**</u>    Phone: <u>**(808) 263-2232**</u>
                                     Fax: <u>**(808) 263-3928**</u>

Date of Material Substitution Request Letter: <u>**November 19, 1999**</u>

Project: <u>**Wahiawa WWTP Effluent Reuse & Outfall Adjustment**</u>
                                                    Job <u>**W10-99**</u>

Specification Section: <u>**11376**</u>
Specified Items: <u>**UV Disinfection**</u>
Approved Manufacturer/Model: <u>**Trojan Tech**</u>

Substitute Manufacturer/Model: <u>**Ultratech Systems**</u>
Stated Deviations: <u>**Low Pressure in lieu of medium pressure**</u>

Recommendations:

☐   Based on information provided, the above item may be considered equal to the brand specified. This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents

☐   Based on information provided, the above item may be considered equal to the brand specified, under the following conditions:

    This consideration does not relieve the Contractor nor the Supplier of their responsibility to meet the requirements of the Contract Documents.

☒   Based on information provided, the above item may <u>not</u> be considered equal to the brand specified due to:
    <u>**Insufficient information to determine suitabilty. Supplier shall provide engineering information to demonstrate that this unit meets or exceeds each major requirement of the spec. Specifically, show that the low pressure unit fits in this space indicated on the drawings, provide information on the proposed dose pacing system and give details on the cleaning system, in addition to other requirements. Supplier has only provided sales brochures.**</u>

    Review by: <u>**LAM, GMP Associates**</u>

OPT-02359