# EXHIBIT 20

Deember 1, 1999

MEMORANDUM

TO:        THE RECORD

FROM:      CYRIL

SUBJECT:   GMP'S RECOMMENDATIONS FOR SUBSTITUTION REQUESTS
           WAHIAWA WWTP EFFLUENT REUSE
           JOB NO. W10-99

1.   GMP has recommended denial for the USFilter/Zimpro Hydro-clear
     sand filter based on their specifications which call for an
     upflow sand filter with continuous backwash (no separate
     backwash cycling).

     I am going against GMP's recommendation, for this simple
     reason - the requested sand filters are to be installed in our
     Honouliuli WWTP facility. This is a defacto approval and to
     depend on the specs in lieu of any other reasons would put the
     City in jeopardy of litigation.

2.   GMP has recommended denial for Ultratech UV disinfection
     system based on lack of information on meeting the
     requirements of the specs.

     I am going to modify GMP's recommendation, allowing them to
     bid the project provided that they meet all requirements of
     the specifications. This is another case of defacto approval
     since these are the units that are being installed at Kailua
     WWTP.

C&C/Bode B
C026306

EXHIBIT 13