# EXHIBIT 24





systems Inc.

# FAX TRANSMISSION COVER SHEET

**DATE:** December 16, 1999

**TO:** Bodell Construction     **FAX:** on file

**ATTN:** Leroy Humpkey

**FROM:** Greg Ellner

**SUBJ:** Wahiawa Pricing

**This fax consists of ( 1 ) page(s) including this page  -  No originals to follow**

Leroy,

Based on our conversation of moments ago, UltraTech's price for a UV system which will be approved is not to exceed $417,500.  We gurantee that we will secure R1 Title 22 approval of our UV system.

It is our intention to offer a vertical system and do whatever is necessary to get this system approved.  If in the unlikely event that does not happen we will provide our horizontal UV system which already is in confomance with the NWRI guidelines and meets Title 22.

Good luck and please call me tonight at (914) 241-2174 with the build results.

Regards

000041

15 Kay Fries Drive  •  Stony Point, NY 10980  •  (914) 429-0017  •  FAX (914) 429-7527