# EXHIBIT 25





PLAINTIFF'S
EXHIBIT NO. 9
FOR IDENTIFICATION
9-7-04
DATE:          RPTR:

# FAX TRANSMISSION COVER SHEET

**DATE:**     December 16, 1999

**TO:**       Bodell Construction                          **FAX:** on file

**ATTN:**     Leroy Humpkey & Gary Jeppson

**FROM:**     Greg Ellner

**SUBJ:**     Wahiawa, HI - R1 / Title 22

**This fax consists of ( 2 ) page(s) including this page  -  No originals to follow**

Gentlemen:

Regarding our discussion of R1 / Title 22 compliance.

UltraTech has had an operating R1 system on Lanai for years. A paper on how well this system has operated has been published by the Dr. Roger Fujioka at the University of Hawaii. Our system is producing R1 water on a hyacinth treatment system which probably is not close to the effluent that will be produced at Wahiawa.

R1 is Hawaii's designation of California's Title 22 standard. R1 is based upon Title 22 which is why they are jointly referenced. The standard is based upon the National Water Research Institute (NWRI) guidelines. Years ago it was standard procedure to secure an approval letter from CA. As there have been many low pressure horizontal lamp UV systems which have proven themselves in the field, this type of UV system has been designated a "Conforming" system and approval letters are not required nor are they being issued. UltraTech makes this type of horizontal UV system.

In addition to "Conforming" Systems there are non-conforming systems which can be determined to be acceptable based on system performance. Both UltraTech's vertical and the Trojan 4000 fall in to this designation. We are aware of some Trojan 4000 systems one of which I believe is Riverside CA where the UV system is installed and not meeting Title 22 performance, what if anything this means in terms of future acceptability of Trojan 4000 equipment I do not know. As of today their system is accepted by CA.

UltraTech has been working closely with the CA Department of Health Services (DHS), Dr. Rick Sakaji as we wish to get blanket acceptance for our vertical systems. We are in the process of performing bioassay testing for Title 22 certification. We expect to complete the final testing trials in one - two weeks and assuming 4 -6 weeks for DHS review of the test data we will have met the Title 22 Guidelines for our vertical UV system.

You raised a question as to whether we have a written approval letter from CA or HI on Title 22 / R1. Based on my phone call of last night to Rick Sakaji (510) 540-2158, CA is not currently in the practice of issuing approval letters. If UltraTech wishes to see if one can be obtained we should contact Jeff Stone at DHS in Carpinteria, CA. So far we have not heard from Mr. Stone.

On this project we are planning to submit a vertical UV system. We are supremely confident that this UV system will be approved in advance of our submittal but in the event it is not we have some fall back positions and suggestions.

1. Provide either the entire UV system or a pilot system and request nonconforming approval by paying for the testing in Hawaii or CA. For this to happen will cost $35,000 - $50,000. You could add this cost to our price and in the event testing is not necessary or costs less, reduce your purchase price accordingly.

2. Provide our horizontal UV system which is already approved and will cost $100,000 -$150,000 more than our vertical system.

3. I just spoke with Tom Sea (808) 586-4294. During the conference call with Scotty Tom and I, it was established that UltraTech to be acceptable needs to provide a letter from CA prior to start-up of the UV system. As the NWRI guidelines are now printed we just have to demonstrate conformance with these. Our horizontal system meets the guidelines and our vertical system needs to have the testing data submitted and accepted.

I trust that this information will explain the current situation.

I will call you in about 10 minutes.

Regards

CC: Paul Scott, Engineered Systems


UltraTech systems Inc

000043