# EXHIBIT 26

```
xxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                                                              P. 01
                     TRANSACTION REPORT
                     _____       DEC-17-99 FRI 13:00

       SEND(M)

 DATE  START RECEIVER      TX TIME PAGES TYPE        NOTE          M# DP

 DEC-17 12:54 DEPT DESIGN CON IDE   6'49"   12  SEND    ( M ) OK         096

                              TOTAL        6M 49S  PAGES:   12
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813 | Name:<br><br>Mr. Guy Inouye | Fax No.:<br><br>523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>1100 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711 |
| Client Number:                2500/01 |  | Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir<br>Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii<br>Date:    December 17, 1999 | Total No. of Pages<br>(Including this Page)<br><br>12 |
|  | Hawaii<br>Time: | |

Remarks:

OPT-02357



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Division of Infrastructure Design & Engineering<br>Department of Design & Construction<br>650 South King Street, 14th floor<br>Honolulu, HI 96813 | Name:<br><br>Mr. Guy Inouye | Fax No.:<br><br>523-4642 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc.<br>1100 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br><br>Client Number:               2500/01 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment<br>Copy of UltraTech Substitution Request | Hawaii Date:    December 17, 1999<br><br>Hawaii Time: | Total No. of Pages (Including this Page)<br><br>12 |

Remarks:

OPT-02358

**GMP ASSOCIATES, INC.**
Engineering/Architects

1100 Alakea Street, Suite 1800
Honolulu, Hawaii
PH: (808) 521-4711
Fax: (808) 538-3269

# Letter of Transmittal

| DATE Dec. 17, 1999 | JOB NO 2500/01 |
|---|---|
| ATTENTION Mr. Guy Inouye | |
| RE: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment | |

TO: Department of Design and Construction
Division of Infrastructure Design & Engineering
650 South King Street, 14th Floor
Honolulu, HI 96813

WE ARE SENDING YOU ☑ Attached   ☐ Under separate cover via _____ the following items:

☐ Shop drawings   ☐ Prints   ☐ Plans   ☐ Samples   ☐ Specifications
☐ Copy of letter   ☐ Change order   ☑ Copy of Substitution Request

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 11/23/99 | — | Response to Material Substitution Request for UltraTech UV Disinfection System |

THESE ARE TRANSMITTED as checked below:

☐ For approval       ☐ Approved as submitted    ☐ Resubmit ___ copies for approval
☑ For your use       ☐ Approved as noted        ☐ Submit ___ copies for distribution
☑ As requested       ☐ Returned for corrections ☐ Return ___ corrected prints
☐ For review and comment   ☐ _____
☐ For BIDS DUE _____ 19___ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____

*Plaintiff's EXHIBIT 20 Stone II 3-2-05*

COPY TO File

SIGNED: _____

If enclosures are not as noted, kindly notify us at once.

OPT-02345

**EXHIBIT 18**