# EXHIBIT 31

Pobuk, Jack

| | |
|---|---|
| From: | Franklin, Eldon |
| Sent: | Tuesday, April 11, 2000 10:37 AM |
| To: | Libby, Roland |
| Cc: | Honke, James; Inouye, Guy; Kaneshiro, Dennis; Hamada, Cyril; Yee, Gary Q. L.; Clegg, Glenna; Fujimoto, Myron; Okuma-Sepe, Cheryl K.; Iwata, Jerry; Pobuk, Jack; Sprague, Kenneth E.; Fukunaga, Barry A.; Hamai, Jay; Steinberger, Tim; Liu, William |
| Subject: | Wahiawa WWTP |

Roland,

Rationale as to why we should go ahead with the NTP for the Wahiawa WWTP Conversion and Effluent Disposal System project
(FY 99 -- $10.25 million and FY 00 -- $2 million):

If we do not complete the project by March 2, 2001, the City is subject to a $600,000 one time lump sum penalty with a $1,000 to $5,000 fine for every day of delay thereafter.

The Army has been paying up to $1.2 million per year in grants to discharge their effluent into the stream below the Lake Wilson dam and will pay Dole $475,000 per year beginning in 2002 to discharge onto their property for the next ten years. Dole most likely will drag out negotiations for a Right of Entry into Lake Wilson for a protracted period while they try to extract a similar arrangement with the City.

A long delay in starting construction could lead to claims from the contractor for increased costs in the construction contract for materials and equipment, lost bonding opportunities for other projects, increased labor costs and overhead, or even a cancellation of the contract.

If we start the contract now, Bodell Construction states they can complete the entire project prior to the March 2, 2001 deadline. Bodell could work on the plant upgrades now, which is the majority of the $12,427,600 contract, while the City works with Dole and the state (DLNR and DOH) to finalize the permits and ROE into the lake for the outfall part of the project which should only take 2 to 3 months. This means we have until approximately November of this year to get the clearances we need for the outfall. We could use significant progress on the plant construction as leverage with the state to show that the only impediment to real environmental progress for the state's largest fresh water lake was Dole.

If we start now, the City can finalize the specifications for the Ultra Violet disinfection system and the contractor can place the order in time to make delivery in time to meet the installation schedule.

We have $200,000 available to provide for a full time resident engineer from GMP. With inspectors provided by the City, this should cover the majority of the requirments to meet this very tight construction schedule for the next ten months.

In summary, we believe we have much more to gain than to lose right now with issuing the NTP to Bodell as soon as possible.