# EXHIBIT 33



# UltraTech
### systems Inc.


PLAINTIFF'S
EXHIBIT NO. 12
FOR IDENTIFICATION
DATE: 9-1-04  RPTR:

## FAX TRANSMISSION COVER SHEET

**DATE:** April 13, 2000

**TO:** Bodell Construction          **FAX:** (801) 261-1020

**ATTN:** Gary Jeppson

**FROM:** Greg Ellner

**SUBJ:** Wahiawa

**This fax consists of ( 3 ) page(s) including this page  -  No originals to follow**

Dear Gary,

The attached letters are in response to our phone conversation of April 11.

The UV system which we bid for Wahiawa at a not to exceed price of $417,500 was a horizontal UV system which will fit in the UV channel with minor modification. This system is a Title 22 approved UV system and as such we need to simply request approval from Hawaii for their R1 designation which is a formality.

It has been our intention all along to substitute a vertical UV system for the horizontal system and offer you a substantial savings by doing so. The vertical UV system also requires slight modification to the UV channel.

The modifications we are talking about are slight decrease of overall channel width and a change in effluent depth, 24" of submergence for the horizontal system and 60" of submergence for the vertical system.

Regards,

000050



15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527