# EXHIBIT 34



VIA FACSIMILE

April 13, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: J. Gary Jeppson
SUBJ: Vertical Terminator™ UV Systems - Title 22

Dear Mr. Jeppson:

We currently are in the process of finalizing Title 22 approval for our 40 lamp vertical module Terminator™ UV Systems. This is the same UV system that we hope to offer for Wahiawa.

Based upon today's discussion with Dr. Sakaji of CA DHS we are confident and expect the approval letter to be issued by the end of this month.

Very truly yours,

UltraTech Systems
Greg E. Ellner
President

GEE:ib
CC: Paul Scott, Engineered Systems

000052

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527