# EXHIBIT 36

Case 1:03-cv-00706-JMS-LEK    Document 207-37    Filed 09/15/2006    Page 1 of 2

**BODELL CONSTRUCTION COMPANY**
586 West Fine Drive
Salt Lake City, Utah 84115-4284
Telephone (801) 261-4343    Fax (801) 261-1020

FAX COVER SHEET



DATE:    APRIL 28, 2000

TO:    ULTRA TECH SYSTEMS, INC.

ATTN: GREG ELLNER

FAX NO. 914-429-7527

SUBJECT: WAHIAWA WWTP - UV SYSTEM

FROM:    J. GARY JEPPSON, PROJECT MANAGER

Number of pages being transmitted, including this cover sheet __20__.



COMMENTS:

BASED ON A MEETING YESTERDAY WITH THE ENGINEER AND OWNER, WE ARE REQUESTING THE FOLLOWING DATA REGARDING YOUR SYSTEM IN RELATION TO THE PROJECT PLANS AND SPECIFICATIONS, INCLUDING ADDENDUM 1-3. IT WAS STATED IN THE MEETING THAT THE TROJAN SYSTEM IS PREFERRED AND THAT THEY DO NOT THINK THE ULTRA TECH SYSTEM CAN CONFORM TO THE CHANNEL AND MEET THE DELIVERED DOSE REQUIREMENTS OF THIS PROJECT AS SPECIFIED.

FOR REFERENCE PURPOSE, ATTACHED IS SPECIFICATION SECTION 11376, UV EQUIPMENT; DRAWINGS S221, S222, M221 & M231; ALSO APPLICABLE ADDENDUM ITEMS (BASED ON A QUICK REVIEW).

DATA REQUIRED IS AS FOLLOWS:

1. PRELIMINARY SHOP DRAWING OF YOUR HORIZONTAL SYSTEM LAYOUT (VERTICAL CAN ONLY BE ACCEPTED IF YOU HAVE TITLE 22 APPROVAL) DEMONSTRATING HOW IT WILL FIT INTO THE CHANNEL AS DETAILED ON THE STRUCTURAL DRAWINGS ATTACHED. SHOULD YOU WANT TO TRY TO OBTAIN APPROVAL ON A VERTICAL SYSTEM, YOU MUST ALSO PROVIDE DRAWINGS ON THE HORIZONTAL SYSTEM. YOU MAY PROVIDE A STATEMENT WHY YOU THINK THE VERTICAL SYSTEM IS BETTER FOR THE APPLICATION AND AN ESTIMATED CREDIT TO BE OFFERED.
2. PROOF THAT YOU MEET OR EXCEED THE PERFORMANCE AND DESIGN REQUIREMENTS PER SPEC. SECTION 11376, 2.3 A & B (SEE ALSO ADDENDUM #2).
3. YOUR CALCULATION, USING THE "POINT SOURCE SUMMATION" METHOD, OF THE "DELIVERED" DOSE, GIVEN THE CONSTRAINTS OF THE CHANNEL, THE EFFLUENT SPECIFIED, ETC.
4. A DESCRIPTION OF YOUR CLEANING SYSTEM AND A STATEMENT OF THE ESTIMATED FREQUENCY OF CLEANING REQUIRED.
5. LIST ANY EXCEPTIONS THAT YOU WILL TAKE TO THE SPECIFICATIONS.
6. DETAILS OF LIFTING SYSTEM FROM CHANNEL TO CLEANING TANK.
7. DESIGN CALCULATIONS SHOWING THAT THE HYDRAULIC PROFILE SHOWN ON THE CONTRACT DRAWING WILL BE MET (SEE DWG G004).

THIS DATA IS REQUIRED PRIOR TO MAY 9TH, THE PRECONSTRUCTION MEETING. WE ARE NOT ASKING FOR A TOTAL SUBMITTAL PACKAGE, BUT WE DO NOT HAVE THE LUXURY OF TIME THAT WE HAD ON THE KAILUA UV PROJECT. THE UV CHANNEL WILL BE ONE OF THE FIRST STRUCTURES THAT WE WILL START ON.

WITHOUT THE ABOVE, THE ULTRA TECH SYSTEM WILL NOT BE CONSIDERED.

WE LOOK FORWARD TO THE ABOVE TO PRESENT TO THE ENGINEER AND OWNER.

CALL WITH ANY QUESTIONS.

COPY:    MARK BODELL, LEROY HUMKE, CHUCK ECKMAN

ORIGINAL MAILED? YES____ NO _X__

If there are any problems with this transmission, please contact our office.

000409

B00245