# EXHIBIT 37

DEPARTMENT OF DESIGN AND CONSTRUCTION
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, 11TH FLOOR
HONOLULU, HAWAII 96813
PHONE: (808) 523-4564 • FAX: (808) 523-4567
WEB SITE ADDRESS: www.co.honolulu.hi.us





JEREMY HARRIS
MAYOR

GARY O.L. YEE, AIA
DIRECTOR

ROLAND D. LIBBY, JR., AIA
DEPUTY DIRECTOR

## FAX COVER SHEET

TO: JAY STONE         DATE: 5-1-00

COMPANY: GMP          FAX NO.: 538 3269

FROM: ELDON FRANKLIN  FAX NO.: 523-4642

DIVISION: DE          PHONE: 527-5040

SUBJECT: WAHIAWA WWTP DISINFECTION

TOTAL NUMBER OF PAGES TRANSMITTED: 2
(including Cover Sheet)

C&C/Bodell
C027494

Notes: JAY,

THE INFO WE HAD ON TITLE 22 compliance WAS FROM ULTRA GUARD NOT ULTRA TECH.

THIS FAX FROM ULTRA TECH TO BODELL IN SALT LAKE CITY IS ALL THAT WE HAVE. IT HAS BEEN TWO WEEKS, AND WE HAVE NOT SEEN ANYTHING YET FROM THE STATE OF CALIFORNIA.

Eldon

Plaintiff's
EXHIBIT 9
Mansfield
2-28-05