# EXHIBIT 38

**GMP Associates, Inc.**
1100 Alakea Street, Suite 1800
Honolulu, Hawaii
PH: (808) 521-4711
Fax: (808) 538-3269

# Letter of Transmittal

TO: Department of Design and Construction
Construction Branch
650 South King Street, 11th Floor
Honolulu, HI 96813

| DATE May 2, 2000 | JOB NO 2500/02 |
|---|---|
| ATTENTION Mr. Theodore Saito | |
| RE: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment | |

RECEIVED '00 MAY -8 NO :37 DESIGN & CONSTRUCTION DIV OF NF STRUCTURE DESIGN

WE ARE SENDING YOU ☒ Attached  ☐ Under separate cover via _____ the following items:
☐ Shop drawings  ☐ Prints  ☐ Plans  ☐ Samples  ☐ Specifications
☐ Copy of letter  ☐ Change order  ☒ Copy of Meeting Minutes

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 5/2/00 | — | Minutes of Meeting: April 27, 2000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☐ For approval         ☐ Approved as submitted    ☐ Resubmit ___ copies for approval
☒ For your use         ☐ Approved as noted        ☐ Submit ___ copies for distribution
☐ As requested         ☐ Returned for corrections ☐ Return ___ corrected prints
☐ For review and comment  ☐ _____
☐ For BIDS DUE _____ 19___ ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____

C&C / Bodell
C005639

COPY TO: Mr. Eldon Franklin, DDC, ID&E
~~Mr. ~~~~~~~ Hamada, DDC, ID&E~~
Mr. Guy Inouye, DDC, ID&E

SIGNED: _____

If enclosures are not as noted, kindly notify us at once.

PLAINTIFF EXHIBIT 8 Minatield 2-28-05



**GMP ASSOCIATES, INC.**

Engineers/Architects

## Meeting Minutes

Date of Minutes: May 2, 2000

Date of Meeting: April 27, 2000

Present:
- Roland Libby (Partial), Department of Design and Construction
- Eldon Franklin, Department of Design and Construction, Infrastructure Design & Engineering
- Bill Liu, Department of Design and Construction, Planning
- Theodore Saito, Department of Design and Construction, Construction
- Barry Fukunaga, Department of Environmental Services
- Jack Pobuk, Department of Environmental Services, Program Coordinator
- Lesley Toyota, Department of Environmental Services, Environmental Quality
- Mark Bodell, Bodell Construction Company
- Chuck Eckman, Bodell Construction Company
- Wahib Guirguis, GMP Associates, Inc.
- Lee A. Mansfield, GMP Associates, Inc.
- Jay M. K. Stone, GMP Associates, Inc.

Re: Meeting to Phase Project
Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment, 2500/02

---

Discussion items:

1. **Phasing impact.**
   a. Construction and operation of new outfall satisfies consent decree. Department of Health agrees with this.

   b. City negotiating with reservoir owner, Dole Food Company.

   c. Completion date for outfall is March 2, 2001. Healy Tibbitts (outfall subcontractor) not using special equipment. Healy Tibbitts' labor cost may increase. Bodell will contact Healy Tibbitts today for labor cost. Healy Tibbitts needs four months to construct the outfall. Outfall construction must begin by November 1, 2000. Healy Tibbitts plans to submit value engineering cost proposal (VECP) by next week. GMP prefers to review the VECP before meeting with Healy Tibbitts and Bodell to discuss the proposal.

   d. Contractor can put in bypass line to outfall if plant portion of project not completed by deadline. Bypass line requires tee at Ultraviolet (UV) Disinfection Channel/Parshall Flume Structure. Contractor needs to check whether manhole is deep enough.

   e. Bodell will respond to the City's letter regarding cost impact to project.    C&C / Bodell

   f. Bodell needs 14 to 15 months to complete construction of plant portion of project.

2. **Separate permits.** The outfall portion of the project will be submitted and reviewed under a separate permit application. GMP to check with Department of Planning and Permitting, Building Division on requirements and prepare separate permit documents.

C005640

1100 Alakea Street • Suite 1800 • Honolulu, Hawaii 96813-2833 • Telephone: (808) 521-4711 • Fax: (808) 538-3269
E-Mail: gmpassoc@lava.net



**ASSOCIATES, INC.**

Engineers/Architects

Meeting Minutes
Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment
Date of Minutes: May 2, 2000
Date of Meeting: April 27, 2000
Page 2 of 2

3. **Ultraviolet disinfection.**
   a. Bodell plans to use Ultra Tech. Ultra Tech claims to have Title 22 approval. GMP requested that the City provide a copy of this letter.

   b. GMP discussed the following issues regarding the Ultra Tech system. The Ultra Tech system will most likely not fit within the boundaries shown on the plans. The Ultra Tech system must be able to fit within these boundaries and provide the dosage specified. GMP contacted UV manufacturers to determine whether alternative designs could fit within the boundaries shown on the plans. Low-pressure horizontal, low-pressure high-output horizontal and low-pressure vertical UV systems could not fit within the boundaries. The Ultra Tech system must meet more stringent dosage criteria than the dosage criteria at the Kailua Regional WWTP. The Ultra Tech system would require the redesign of the UV structure, a fixed hoist and crane system, and a cleaning station.

4. **Updated drawings.** GMP is incorporating building permit review comments into the plans and will also include additional clarifications on the plans. These clarifications mostly pertain to pipe profiles. The City requested that GMP provide a set of plans issued for construction to the contractor. GMP will be able to provide a reproducible set of plans to the contractor within two weeks.

5. **Preconstruction meeting.** The first preconstruction meeting shall be at 9:00 a.m. on May 9, 2000, at the Honolulu Municipal Building.

C&C / Bodell
C005641