# EXHIBIT 39




# FAX TRANSMISSION COVER SHEET

**DATE:** May 4, 2000

**TO:** City and County of Honolulu        **FAX:** (808) 523-4642

**ATTN:** Cyril Hamada - (808) 523-4642

**FROM:** Greg Ellner

**SUBJ:** Title 22 Approval

**This fax consists of ( 7 ) page(s) including this page  -  No originals to follow**

Dear Mr. Hamada:

For your review we are pleased to attach correspondence directed to UltraTech from the California Department of Health Services (CADHS).

The enclosed letter establishes CADHS policy and reaffirms that UltraTech horizontal UV equipment is Title 22 conforming.  Furthermore, the letter from Dr. Sakaji also establishes that UltraTech UV equipment was Title 22 conforming prior to the original bid date of the Wahiawa project without restriction.

Enclosed for your review is a 1995 CADHS letter discussing approval of the Trojan 4000 UV system.  Please note that this approval of the system 4000 is conditional.

Sincerely yours,

UltraTech Systems, Inc.
Greg E. Ellner

THIS TRANSMISSION IS FOR THE NAMED PARTY ABOVE.  ITS CONTENTS INCLUDING ATTACHMENTS RELATE TO PROPRIETARY SUBJECT MATTER.  ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER.  SHOULD ANYONE RECEIVE THIS TRANSMISSION IN ERROR PLEASE CONTACT THE SENDER IMMEDIATELY AT THE NUMBER BELOW.

000054

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                                   GRAY DAVIS, Governor

## DEPARTMENT OF HEALTH SERVICES
DRINKING WATER TECHNICAL OPERATIONS BRANCH
2151 BERKELEY WAY, ROOM 458
ʼELEY, CA 94704-1011
540-2158   FAX (510) 540-2181



PLAINTIFF'S
EXHIBIT NO. 54
FOR IDENTIFICATION
DATE: 9-1-04   RPTR:

May 5, 2000

Greg Ellner
UltraTech Systems, Inc.
15 Kay Fries Dr.
Stony Point, NY 10980

Dear Mr. Ellner:

It was pleasure talking with you on the telephone this morning. Based on past correspondence, I have taken the liberty of revising the content of this letter from our previous discussions. Rather than send you a separate statement regarding your horizontal parallel to flow UV system, I am enclosing a copy of a letter transmitted to Mr. Tomas See of Hawaii's State Department of Health, Wastewater Branch, Planning & Design Section. The letter outlines the Department's position on the use of "low pressure low intensity" horizontal UV lamp systems that conform to the National Water Research Institute's UV disinfection guidelines. As you will note from the letter, the Department's position has been that such systems are not required to conduct any type of performance validation.

Your request to review the HydroQual, Inc. bioassay results for the purpose of having the 40 lamp vertical system accepted for wastewater reclamation and water recycling applications in California has been noted. The data from your submittal is being reviewed and will be forwarded with a recommendation to the Department's Water Recycling Committee for their review, comments, and decision (Hopefully within two months).

If you have any questions or issues regarding the contents of this letter, please feel free to contact me at (510) 849-5050.

Very truly yours,

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:   chron

encl.

000294

B00701

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                                    GRAY DAVIS, Governor

# DEPARTMENT OF HEALTH SERVICES
DRINKING WATER TECHNICAL OPERATIONS BRANCH
2151 BERKELEY WAY, ROOM 458
BERKELEY, CA 94704-1011
(0) 540-2158   FAX (510) 540-2181



February 1, 2000

Tomas S. See, P.E.
State Department of Health
Wastewater Branch
Planning & Design Section
919 Ala Moana Blvd. Room 309
Honolulu, HI 96814

Dear Mr. See:

It was a pleasure meeting you at the NWRI UV 2000 Symposium and hope we have the opportunity to work together on the revision of the NWRI UV disinfection guidelines. Your experiences with installations in Hawaii would be an invaluable contribution to the process of revising these guidelines. Aside from bringing information on the "real world" performance of these systems, some of the administrative pitfalls you have faced and solved would of interest to me.

Based on our previous conversations I understand that the state of Hawaii relies heavily on California's administrative guidelines and policies for implementing UV disinfection of filtered wastewater. As a result, several UV manufacturers have come to us for written confirmation that their systems are accepted for use in California for the express purpose of marketing their UV systems in Hawaii. It has been the Department's position that those UV systems that conform to the NWRI Guidelines[1] are not required to conduct verification studies to confirm their performance. As such, these systems are accepted for use in California, but will not have a written statement from the Department confirming acceptance of the technology. Only those systems that do not conform to the NWRI Guidelines or so called "nonconforming" systems will be issued letters of acceptance following the successful completion of the demonstration studies.

If you have any questions regarding the Department's position, please feel free to contact me at (510) 849-5050. Once again, it was a pleasure meeting you and I look forward working with you on the NWRI revisions in the not too distant future.

---

[1] National Water Research Institute "UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification," Fountain Valley, CA, 1993.

000295



B00702

Very truly yours,

Original signed by

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:   R. Hultquist
      J. Stone
      chron

000296    B00703

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                    GRAY DAVIS, Governor

# DEPARTMENT OF HEALTH SERVICES
DRINKING WATER TECHNICAL OPERATIONS BRANCH
2151 BERKELEY WAY, ROOM 458
BERKELEY, CA 94704-1011
(510) 540-2158   FAX (510) 540-2181



REC'D FROM
BODELL CON. CO.

GMP ASSOC  5/5/00  1030AM

May 5, 2000

Greg Ellner
UltraTech Systems, Inc.
15 Kay Fries Dr.
Stony Point, NY 10980

Dear Mr. Ellner:

It was pleasure talking with you on the telephone this morning. Based on past correspondence, I have taken the liberty of revising the content of this letter from our previous discussions. Rather than send you a separate statement regarding your horizontal parallel to flow UV system, I am enclosing a copy of a letter transmitted to Mr. Tomas See of Hawaii's State Department of Health, Wastewater Branch, Planning & Design Section. The letter outlines the Department's position on the use of "low pressure low intensity" horizontal UV lamp systems that conform to the National Water Research Institute's UV disinfection guidelines. As you will note from the letter, the Department's position has been that such systems are not required to conduct any type of performance validation.

Your request to review the HydroQual, Inc. bioassay results for the purpose of having the 40 lamp vertical system accepted for wastewater reclamation and water recycling applications in California has been noted. The data from your submittal is being reviewed and will be forwarded with a recommendation to the Department's Water Recycling Committee for their review, comments, and decision (Hopefully within two months).

If you have any questions or issues regarding the contents of this letter, please feel free to contact me at (510) 849-5050.

Very truly yours,

Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc: chron

encl.

| Post-it® Fax Note | 7671 | Date 4May00 | # of pages ▶ 3 |
|---|---|---|---|
| To G. Ellner | | From R. Sakaji | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # | |

OPT-02130

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                    PETE WILSON, Governor

**DEPARTMENT OF HEALTH SERVICES**
714/744 P STREET
P.O. BOX 942732
SACRAMENTO, CA 94234-7320
(916) 322-1553

REC'D GMP ASSOC.
5/9/00 10:30AM
FROM BODELL LON. CO.

September 8, 1995

To: Grey ELLNER

Dr. Bill Cairns, Ph.D.                     FAX: 914-429-7527
Research Manager
Trojan Technologies Inc.
3020 Gore Road
London, Ontario
CANADA N5V 4T7

Dear Dr. Cairns:

**CONDITIONAL BLANKET ACCEPTANCE OF TROJAN SYSTEM UV4000(TM) FOR DISINFECTION OF FILTERED WASTEWATER FOR USE OR DISCHARGE**

The Department of Health Services (DHS) has reviewed the Technical Report by Trojan Technologies Inc. that is cited below. Trojan Technologies Inc. submitted the Technical Report to support its request for DHS acceptance of the Trojan System UV4000 (TM) medium pressure (high intensity) lamp system for disinfection of filtered wastewater to produce reclaimed water equivalent to that specified in Section 60313[b] of Title 22 of the California Code of Regulations (CCR). The Trojan System UV4000(TM) has UV lamps oriented horizontal and parallel to the flow.

As you are aware, the National Water Research Institute (NWRI) published guidelines in 1993 for use of low pressure (low intensity) UV lamp technologies to provide such equivalent treatment. Those guidelines are entitled, UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification.

Trojan's request for acceptance of the System UV4000(TM) is consistent with the following provision of page 16 of the Guidelines:

> "UV disinfection systems that do not conform to the requirements specified in the Wastewater Reclamation Criteria may be acceptable if it can be demonstrated to the satisfaction of the California Department of Health Services that they provide a degree of treatment and reliability equal to systems that have been shown to be acceptable to the regulatory agencies. Determination of equivalency may require studies directed at the inactivation of viruses or other microorganisms by the UV system."

DHS accepts disinfection of filtered wastewater by the Trojan System UV4000(TM) as equivalent to the treatment that Section 60313[b] cites if the following conditions are maintained at all times when treatment equivalent to Section 60313[b] is required for use of reclaimed water or for discharge of wastewater based on the peak design flow when the effluent is going to be used:

OPT-02133

Dr. Bill Cairns, Ph.D.
Page 2

(1) filter effluent is continuously analyzed for turbidity by a continuous recording turbidimeter, and filtration and turbidity shall comply with Section 60301[r] of Title 22 CCR; and

(2) samples of disinfected effluent shall be taken and analyzed for total coliform bacteria at least daily. The median concentration of total coliform bacteria shall not exceed an MPN of 2.2 per 100 milliliters utilizing the bacteriological results of the last seven days for which analyses have been completed, and the number of total coliform bacteria shall not exceed an MPN of 23 per 100 milliliters in more than one sample in any 30 day period; and

(3) one of the following:

(a) for equalized flow of the design year, the UV system delivers a UV dose of at least 140 mW-s/square cm under the worst operating conditions with three UV banks operational and one UV bank redundant, subject to all of the conditions indicated in the NWRI Guidelines; or

(b) for variable flow of the design year, the UV system delivers a UV dose of at least 100 mW-s/square cm under the worst operating conditions at the peak daily instantaneous wastewater flow rate with a minimum of three UV banks operational, and a UV dose of at least 140 mW-s/square cm with a minimum of four UV banks operational, subject to all of the conditions indicated in the NWRI Guidelines; or

(c) the UV system delivers a specific lower UV dose that DHS has accepted based on the results of site-specific pilot tests, and/or other supporting data, that established to DHS' satisfaction that the water quality justifies the use of the lower UV dose, based on the peak design flow.

Please call me if you have questions. My number is (916) 322-1553.

Sincerely,

*Michael L. Kiado*

Michael L. Kiado, P.E.
Senior Sanitary Engineer
Drinking Water Program

OPT-02134

Dr. Bill Cairns, Ph.D.
Page 3

cc: Dr. Teng-Chung Wu
San Francisco Bay Regional
Water Quality Control Board
2101 Webster Street, Suite 500
Oakland, CA 94612
FAX 8-541-1380

Mr. David Schwartzel, P. Eng.
Regional Manager, Municipal Systems
Trojan Technologies Inc.
690 E. Taylor Ave., Suite 1
Fairfield, CA 94533-4006
FAX (707) 428-5705

Clifford Bowen, District Engineer
Department of Health Services
Drinking Water Program
2151 Berkeley Way, Room 458
Berkeley, CA 94704

REFERENCE CITED

Trojan Technologies Inc., *Technical Review: Ultraviolet Disinfection of Wastewater to California Wastewater Reclamation Criteria (Title 22, Division 4, Chapter 3, of the California Code of Regulations) using Trojan Technologies' System UV4000 (TM) (High Intensity UV Lamp Technology)*, prepared for State of California Department of Health Services, August 1995.

OPT-02135