# EXHIBIT 40




PLAINTIFF'S
EXHIBIT NO. 17
FOR IDENTIFICATION
DATE: 9-1-04
RPTR:

# FAX TRANSMISSION COVER SHEET

**DATE:** May 8, 2000

**TO:** Bodell Construction - Kailua Site          **FAX:** (808) 254-9422

**ATTN:** Gary Jeppson - (808) 254-9366

**CC:** Leroy Humke, Paul Scott

**FROM:** Greg Ellner

**SUBJ:** Wahiawa

**This fax consists of ( 12 ) page(s) including this page - No originals to follow**

Dear Gary,

Per your fax of 4/28, I am pleased to respond with the requested information.

Please note that two Fed Ex letters should be arriving at Chuck's home this afternoon. One letter contains horizontal drawings, copies of the CA Title 22 correspondence and a section of an independent report comparing various output UV systems. The second Fed Ex contains vertical drawings. Kindly take notice that the Trojan 4000 approval for CA is conditional. This is not the case for our horizontal UV system.

The letter from CA DHS indicates that a response regarding our vertical UV system shall be within two months. Conversation with CA DHS indicated that an approval is most likely and should by before June.

Due to the time difference please call me at my home (914) 241-7474 - Fax (914) 241-7955 where any desired modifications to the proposal can be made.

Regards

000057

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527



**UltraTech systems Inc.**

May 8, 2000

Bodell Construction Company
586 West Fine Drive
Salt Lake City, UT 84115

ATTN: J. Gary Jeppson
SUBJ: UV System - Wahiawa, HI WWTP

Dear Mr. Jeppson:

This document has been prepared in response to your request for more information.

In summary, our bid horizontal UV system was title 22 compliant prior to the bid. Our offering meets all performance aspects of the specification and fit in to the available space  Enclosed dose calculations demonstrate full compliance with this project's performance requirements. Under s

Please note that at time of the bid only our horizontal lamp, parallel to flow UV system was Title 22 compliant. As our vertical lamp, perpendicular to flow UV system has been submitted for Title 22 compliance and we expect a positive response from the California Department of Health Services shortly we have also provided information on that system.

Being that both our horizontal and our vertical systems fit in to the UV channel as shown on the project plans we recommend that once Title 22 is received that a vertical system be selected. The UltraTech Terminator™ vertical lamp UV system will provide the City & County of Honolulu with the most efficient, simplest to operate and lowest cost of operation of any UV system. In addition, there would be 100% parts compatibility with the City & County's Kailua UV system. Under separate cover you have been sent dimensional drawings of both our horizontal and vertical offerings.

The main advantages of the vertical UV system are:

> More efficient delivery of UV dosage to the effluent. The increased turbulence of placing the UV lamps perpendicular to effluent flow provides superior mixing and higher UV dose.

000059

Flow pacing is accomplished in up to 24 increments proportional to flow. This feature allows the vertical UV system to burn only the number of UV lamps that are required to disinfect. This translates in to a tremendous energy savings as well significantly reducing the frequency which a UV lamp would require replacement.

Vertical orientation of lamps allow the heat a lamp generates to be spread along the quartz jackets. Horizontal systems concentrate all of the heat on the top surface of the quartz which is why the worst fouling occurs on this surface. Due to the low temperature operation of our lamps and their vertical orientation we do not experience the problem of heat build up near the top two - three UV lamps in each module which foul faster than any other lamps in a UV system. This problem is most acute with medium pressure UV system running at low flows as in a Title 22 - R1 installation.

No submerged water tight lamp seals. UV lamps are accessible and changeable with the vertical UV modules in the channel, effluent flowing and without tools. As no tools are required the chance of breaking expensive quartz during lamp changes is virtually eliminated.

This is the most environmentally friendly UV system. As its energy consumption is the lowest of any UV system, less fuel is consumed while making the electricity to power the UV system.

Although not specifically called for in the specifications, no uninterruptible power supplies (UPS) feeding our UV system are required. Unlike inefficient medium pressure UV lamps which if they loose power, for a fraction of a second can not turn on for 30 minutes our lamps will restart the instant power is restored. Please note that the warmer the climate the longer it takes for a medium pressure lamp before it can be restarted. Florida has already required UPS for all medium pressure UV installations. There has been some talk that this requirement may be added to Title 22.

Almost all of the energy produced by our system is 254nm UV unlike the specified UV system we do foster the growth of algae around the UV reactor.

In addition to the above, the vertical UV system will be easier and faster to install and a potential credit could be passed along to the City & County.

Please note that both our vertical and our horizontal UV system meet all of the performance requirements of the specification. Any variances with the specification are listed below:

    1.2    The specified UV system has not been tested and verified to meet Title 22 or R1. It is our understanding that based on 1995 calculations comparing the medium pressure UV system to a low pressure UV system that the specified UV system was granted conditional compliance with Title 22. As Title 22 will be reissued in October, the specified UV system will have to undergo testing to confirm compliance particularly due to the performance of two systems within CA. We are not aware of any disinfection problems with low pressure Title 22 - R1 UV systems.



000060

2.4A3  Our proposed vertical alternative has lamps that are perpendicular to flow which is a major advantage to the client. Why are perpendicular to flow lamps unacceptable?

2.4D1  Our lamps are secured using UV resistant materials other than 316 SS.

2.4G4  Power feed is to be 120/208 Vac 3 Phase 4 Wire Wye configuration power. 387 amps for horizontal. 232 amps for vertical.

**Dose & Headloss Calculations**

It is evident that both our horizontal and vertical offerings deliver more than the specified 140,000 $\mu Ws/cm^2$ at peak wet weather flow of 6.5 MGD dosage and exhibit less than the allowable headloss.

Per the EPA UVDIS 3.1 the average intensity for our UV systems are

| | |
|---|---|
| Horizontal system in 55% UVT effluent | 6,021.754 $\mu Ws/cm^2$ |
| Vertical system in 55% UVT effluent | 6,177.430 $\mu Ws/cm^2$ |

Per specification the dose calculations for both of our systems performed in accordance with 2.3 B. along with headloss calculations are on the following pages:



000061

## Horizontal UV System Hydraulic Calculation 5 Banks

**Operational Data**

| | |
|---|---:|
| Flow Rate per Channel (MGD) | 6.50 |
| Flow Rate per Channel (GPM) | 4,514 |
| Flow Rate per Channel (Q) cu.in./min | 1,042,708 |
| Lamps per Module | 16 |
| Modules per Bank | 20 |
| Lamps per Bank | 320 |
| Banks per Channel | 5 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 48.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module (f) | 0.094 |

**Cross Sectional Dimensions:**

| | |
|---|---:|
| Height at Channel (hc) in. | 48.000 |
| Width at Channel (wc) in. | 60.000 |
| Wetted Area of Cross Section (Ac) sq.in. | 2,880.000 |
| Height at Supports (hs) in. | 48.000 |
| Width at Supports (ws) in. | 33.800 |
| Wetted Area of Cross Section (As) sq.in. | 1,622.400 |
| Height at Quartz Jacket Row (hj) in. | 48.000 |
| Width at Quartz Jacket Row (wj) in. | 41.880 |
| Wetted Area of Cross Section (Aj) sq.in. | 2648.494 |

**Module Dimensions (Horizontal):**

| | |
|---|---:|
| Module Width in. | 1.310 |
| Module Length in. (direction of flow) | 63.000 |
| Channel Volume per Bank cu in. | 181,440.000 |
| Channel Volume per Module cu.in. | 9,072.000 |
| Volume of Wetted Quartz Jacket cu.in. | 40.559 |
| Volume of Wetted Support cu.in. | 82.373 |
| Total Wetted Volume of Module cu.in. | 731.311 |
| Effluent Volume of Bank cu. In | 166,813.790 |
| Wetted Jacket Surface Area sq.in. | 179.126 |
| Wetted Support Surface Area sq.in. | 251.520 |
| Wetted Channel Surface Area sq.in. | 9,828.000 |
| Total Wetted Surface Area of Module sq.in. | 430.646 |
| Total Wetted Surface Area of Bank sq.in. | 8612.9202 |

**Cross Section Velocities**

| | |
|---|---:|
| Velocity in Channel (Vc) in./s | 6.034 |
| Velocity through Supports (Vs) in./s | 10.712 |
| Velocity along Jacket Row (Vj) in./s | 6.562 |

**Equivalent Diameters**

| | |
|---|---:|
| Equiv. D for Channel (Dc) in. | 60.571 |
| Equiv. D for Support Section (Ds) in. | 45.462 |
| Equiv. D for Quartz Jacket Row (Dj) in. | 58.085 |

**Head Losses - Contractions**

| | |
|---|---:|
| From Channel to Supports (Hccs) in. | 0.032 |
| From Jacket to Supports (Hcjs) in. | 0.029 |

**Head Losses - Expansions**

| | |
|---|---:|
| From Supports to Jackets (Hesj) in. | 0.022 |
| From Supports to Channel (Hesc) in. | 0.028 |

**Head Loss - Friction**

| | |
|---|---:|
| Velocity along Quartz Jacket in./s | 6.562 |
| $V_j^2$ | 43.055 |
| Hydraulic Radius (r) in. | 21.066 |
| L = Length of Quartz Jacket in. | 63.000 |
| $Hf = f \times L \times V_j^2 / r \times 2 \times g$ | 0.016 |

**Total Head Loss in.**

| | |
|---|---:|
| Total Head Loss per Bank in. | 0.127 |
| Total Head Loss per Channel in. | 0.637 |


UltraTech systems Inc

000062

## Horizontal Dose Calculation 4 Banks in Service

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 60.00 | in. | 152.40 | cm |
| h - Nominal effluent height | 48.00 | in. | 121.92 | cm |
| Q = max flow through one channel | 4,514 | GPM | | |
| n = number of banks per channel | 4 | | | |
| Lm = Lamps per UV module | 16 | | | |
| Mc = Number of Modules across channel | 20 | | | |
| Vl = Effluent volume per UV lamp = $((S \times h / Lm) - (Pi \times r^2)) / 1000$ | 8.54 | ltr. | | |
| Iavg = calculated avg. nominal intensity | 6,021.75 | $uW/cm^2$ | | |
| Vr = Effluent volume in reaction area = $((w \times h) - (Lm \times Mc \times Pi \times r^2)) R \times n / 231$ | 2,888.55 | gal. | | |
| T = Retention Time in UV channel = $(Vr / Q) \times 60$ sec./min | 38.40 | sec. | | |
| UV Dosage | 161,845.79 | $uW\text{-}sec/cm^2$ | | |





## Vertical UV System Hydraulic Calculation 12 Banks

**Operational Data**

| | |
|---|---:|
| Flow Rate per Channel (MGD) | 6.50 |
| Flow Rate per Channel (GPM) | 4,518 |
| Flow Rate per Channel (Q) cu.in./min | 1,043,543 |
| Lamps per Row | 8 |
| Rows of Lamps | 5 |
| Lamps per Module | 40 |
| Number Modules Across Channel | 2 |
| Lamps per Module Row | 80 |
| Module Rows per Channel | 12 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 62.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module | 0.094 |

**Cross Sectional Dimensions:**

| | |
|---|---:|
| Height at Channel (hc) in. | 62.000 |
| Width at Channel (wc) in. | 49.000 |
| Wetted Area of Cross Section (Ac) sq.in. | 3,038.000 |
| Height at Supports (hs) in. | 60.500 |
| Width at Supports (ws) in. | 44.680 |
| Wetted Area of Cross Section (As) sq.in. | 2,703.140 |
| Height at Pan (hp) in. | 60.500 |
| Width at Pan (wp) in. | 45.000 |
| Wetted Area of Cross Section (Ap) sq.in. | 2722.500 |
| Height at Quartz Jacket Row (hj) in. | 60.500 |
| Width at Quartz Jacket Row (wj) in. | 37.580 |
| Wetted Area of Cross Section (Aj) sq.in. | 2273.59 |

**Module Dimensions (40 Vertical):**

| | |
|---|---:|
| Module Width in. | 24.000 |
| Module Length in. (direction of flow) | 22.000 |
| Channel Volume per Module cu.in. | 32,736.000 |
| Volume of Wetted Quartz Jacket cu.in. | 39.915 |
| Total Vol. Wetted Quartz Jackets cu. in. | 1,596.593 |
| Total Volume of Wetted Supports cu.in. | 124.595 |
| Volume of Wetted Pan (less jackets) cu.in. | 476.451 |
| Total Wetted Volume of Module cu.in. | 2,197.639 |
| Effluent volume per module cu. in. | 30,538.361 |
| Wetted Jacket Surface Area sq.in. | 14,102.619 |
| Wetted Support Surface Area sq.in. | 622.976 |
| Wetted Pan Surface Area sq.in. | 356.228 |
| Wetted Channel Surface Area sq.in. | 2,728.000 |
| Total Wetted Surface Area of Module sq.in. | 17,809.823 |

**Cross Section Velocities**

| | |
|---|---:|
| Velocity in Channel (Vc) in./s | 5.725 |
| Velocity across Supports (Vs) in./s | 6.434 |
| Velocity across Pan (Vp) in./s | 6.388 |
| Velocity across Jacket Row (Vj) in./s | 7.650 |

**Equivalent Diameters**

| | |
|---|---:|
| Equiv. D for Channel (Dc) in. | 62.210 |
| Equiv. D for Support Section (Ds) in. | 58.681 |
| Equiv. D for Pan Section (Dp) in. | 58.891 |
| Equiv. D for Quartz Jacket Row (Dj) in. | 53.817 |

**Head Losses - Contractions**

| | |
|---|---:|
| From Channel to Supports (Hccs) in. | 0.003 |
| From Pan to Jacket Row (Hcpj) in. | 0.006 |
| From Pan to Supports (Hcps) in. | 0.000 |

**Head Losses - Expansions**

| | |
|---|---:|
| From Supports to Pan (Hesp) in. | 0.000 |
| From Jacket Row to Pan (Hejp) in. | 0.002 |
| From Supports to Channel (Hesc) in. | 0.001 |

**Head Loss - Friction**

| | |
|---|---:|
| Average Velocity (Vavg) in./s | 6.788 |
| Vavg squared | 46.081 |
| Hydraulic Radius (r) in. | 1.838 |
| Headloss due to friction (Hf) in. | 0.067 |

**Total Head Loss in.**

| | |
|---|---:|
| Total Head Loss per Module Row | 0.112 |
| Total Head Loss per Channel | 1.349 |



UltraTech systems Inc

000064

Vertical Dose Calculation 11 Banks in Service

| Operational Data | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S1 = Lamp spacing along 22" side | 3.00 | in. | 7.62 | cm |
| S2 - Lamp spacing along 24" side | 2.75 | in. | 6.99 | cm |
| r = Outside radius of quartz jacket Q66D | 0.48 | in. | 1.22 | cm |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV reaction volume | 22.00 | in. | 40.64 | cm |
| w = width of UV reaction volume | 24.50 | in. | 248.92 | cm |
| h - Nominal effluent height less bottom pan | 60.50 | in. | 153.67 | cm |
| Q = max flow through one channel | 4,518 | GPM | | |
| Iavg = calculated avg. nominal intensity | 6,177.43 | uW/cm$^2$ | | |
| Vm = Effluent volume per module | 132.20 | gal. | | |
| Vr = Effluent volume in reaction area | 2,908.42 | gal. | | |
| T = Retention Time in UV channel | 38.63 | sec. | | |
| UV Dosage per channel | 167,038.04 | uW-sec/cm$^2$ | | |

**Cleaning Systems**

Horizontal System

    This system is provided with an out of channel cleaning system. Cleaning is accomplished by placing an entire bank of UV lamps in to the UltraTech supplied cleaning vault where food grade citric acid is agitated by an UltraTech supplied blower and diffusers. This cleaning system is per 2.4 J2. The drawings show location of the cleaning vault.

Vertical System

    As indicated above an out of channel cleaning system is provided also in accordance with 2.4 J2. In addition, this system features an in channel air scrub system which can be operated automatically while the UV system is disinfecting. If the client desires, the entire UV system may also be cleaned with chemical insitu provided the plant can tolerate a 0 flow condition.

000065


UltraTech systems Inc

**Horizontal System Overview**
UltraTech's offering is in conformance with this project's plans and specifications. Our equipment fits into an outdoor disinfection channel with an effluent level of 48". The UV disinfection modules are to be arranged in a single 61" channel with five banks of UV modules in series. Only 4 banks are for operation while the 5th bank is an automatically available redundant bank.

The UltraTech Eliminator™ UV system consists of horizontal UV disinfection modules, system control center, Remote Power Monitoring Stations, UV detection systems, module mounting hardware - support racks, and spares necessary to disinfect up to the present we weather peak flow of 6.5 MGD and provide Fecal Coliform counts of less than 2.2/100ml.

All of the control and instrumentation features that are listed in the specifications are included in our UV system offering. As we are providing an Allen Bradley PLC we will interface with the SCADA system in a seamless manner. The controls and instrumentation reside in a remote weatherproof stainless steel floor standing enclosure. UltraTech's design provides for a single control center to operate the entire UV system. This speeds up and simplifies your installation. UltraTech supplied "plug in" cabling delivers power from the five remote power monitoring stations (RPMS) to each UV module.

**General Description of Horizontal Offering**

| | |
|---|---|
| 100 | Eliminator™ UTS-16H (16) lamp horizontal 316 SS UV disinfection modules to be installed in one channel, 5 banks in series. |
| 1 | Control center. This stainless steel enclosure contains system display(s) screen and associated control electronics. All of the monitoring, alarm, and display functions required in the specifications are present in this control center. Power feed is 120/208 VAC 3 phase, Wye configuration. |
| 10 | Power Distribution Centers - Remote Power Monitoring Stations (RPMS) providing power to each of the 5 banks of UV modules. |
| 5 | UV Intensity monitoring systems - 1 per bank. |
| 5 | Module support racks of stainless steel - 1 per bank. An entire bank of modules can be lifted out as a unit and placed in the cleaning vault. |
| 1 | Lot of spares |
| 1 | Cleaning system complete with embedded stainless steel vault (liner) to accommodate an entire bank of UV modules. Blower for agitation is provided. |
| 1 | Level Controller |
| 1 | Performance guarantee |


UltraTech systems Inc


000066

**Vertical System Overview**
UltraTech is pleased to offer for your review and consideration a vertical UV system that is in conformance to the intent of this project's UV specification section 11376 The UV equipment offered fits in to the allotted space of the plans.

We are offering the UV system complete with its own Allen Bradley PLCs, low voltage controls and graphic touch screen UV system displays. This control package exceeds what is required by plans & specifications and will speed up installation, operator training and troubleshooting (if necessary) and most importantly assures seamless two way communication with the plant's control network.

The UltraTech Terminator™ T4024i UV system consists of 24 UV disinfection modules, 1 control box, wireway prewired for 24 UV modules, eye shields for 24 UV modules, cleaning tank liner, factory start-up & training and spares necessary to disinfect up to the specified peak we weather flow and continuously produce <2.2 Fecal Coliforms / 100ml.

The control and instrumentation features that are listed in the specification are included in our UV system offering. The controls and instrumentation reside in UltraTech supplied floor standing stainless steel control enclosure.

**General Description of Vertical Offering**

| | |
|---|---|
| 24 | Terminator™ T4024i - 40 lamp vertical UV disinfection modules with integral electronic ballasts, positive direct ventilated cooling and air scrub bases. Construction of 316SS, electropolished and passivated for all wetted metallics. The modules are for installation in a single channel, 2 modules wide by 12 modules long. |
| 1 | NEMA 4X SS remote control enclosure. This enclosure contains control electronics, PLC and graphic UV system display. All of the monitoring, alarms, flow pacing, lamp on/off timer and control features required in the specifications are present in this enclosure. This enclosure will also control the blower and air solenoid (by others) operation and report air blower status.. |
| 1 | NEMA 4X stainless steel wireways completely wired to service a total of 24 UV modules. |
| 12 | UV Intensity monitoring systems - 1 per pair of modules. |
| 1 | Spreader bar for lifting of UV modules. |
| 1 | Lot of spares and safety equipment per specification. |
| 26 | Flexible hoses with quick connect valved fittings are provided to attach present UV modules and air supply header. UltraTech does not provide the air supply piping, header, nor solenoid valves. |
| 1 | Stainless cleaning tank liner with cover. |





000067

| | |
|---|---|
| 1 | Blower complete with motor starter for UV system cleaning. |
| 13 | Eyeshields for UV 24 modules. |
| 1 | Level controller |
| 1 | Performance guarantee |

Either UV system requires a crane to lift the UV modules from the channel.

Should you have questions, please feel free to call.

                                          Sincerely yours,

                                          Greg E. Ellner

GEE:cq



UltraTech systems Inc

000068