# EXHIBIT 42





# FAX TRANSMISSION COVER SHEET

**DATE:** May 8, 2000

**TO:** Bodell Construction - Kailua Site    **FAX:** (808) 254-9422

**ATTN:** Gary Jeppson - (808) 254-9366

**CC:** Leroy Humke, Paul Scott

**FROM:** Greg Ellner

**SUBJ:** Wahiawa

**This fax consists of ( 8 ) page(s) including this page  -  No originals to follow**

Dear Gary,

The attached document addresses the horizontal UV system we have bid for this project.

Please note, in regards to paragraph 1.2 of the UV specification, the specified UV system (to the best of our knowledge) has not been tested and verified to meet Title 22 or R1 which is a requirement of the specification. It is our understanding that in 1995 calculations were furnished to the CA DHS comparing the medium pressure lamp UV system to a low pressure lamp UV system. Based upon the calculations (not testing) the Trojan 4000 UV system was granted conditional compliance with Title 22. The same type of approval was secured in FL with calculations used to establish dose. As Title 22 is due to be reissued in October, the specified Trojan 4000 UV system will have to undergo testing to confirm compliance particularly due to the questionable performance of some systems within CA. We are pleased to say that we are not aware of any disinfection problems with type of low pressure Title 22 system we have offered.

Paul Scott has been emailed this document

Regards,

000069

15 Kay Fries Drive ● Stony Point, NY 10980 ● (914) 429-0017 ● FAX (914) 429-7527



UltraTech systems Inc.

# WAHIAWA, HAWAII
# WASTEWATER TREATMENT PLANT

## Ultraviolet Disinfection Equipment
## Pre Submittal Package

## Bodell Construction Company
## Gary Jeppson

## GMP Engineers
## Lee Mansfield, P.E.
## May, 2000

THE CONTENTS AND DRAWINGS CONTAINED IN THIS SUBMITTAL PACKAGE RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER.

000070

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527



May 8, 2000

Bodell Construction Company
586 West Fine Drive
Salt Lake City, UT 84115

ATTN: J. Gary Jeppson
SUBJ: UV System - Wahiawa, HI WWTP

Dear Mr. Jeppson:

This document has been prepared in response to your request for additional information.

In summary, our bid horizontal UV system was title 22 compliant prior to the bid. Our offering meets all performance aspects of the specification and fits in to the available space Enclosed dose calculations demonstrate full compliance with this project's performance requirements.

Please note that at time of the bid only our horizontal lamp, parallel to flow UV system was Title 22 compliant. Our vertical lamp, perpendicular to flow UV system has been submitted for Title 22 compliance and we expect a positive response from the California Department of Health Services shortly.

Although not specifically mentioned in the specifications, no uninterruptible power supplies (UPS) are required with our UV system. When inefficient medium pressure UV lamp systems loose power, even for a fraction of a second and the lamps go out, the lamps can not be restarted and turn on for 30 minutes or longer. Our low pressure UV lamps will restart the instant power is restored. This restart problem is more acute in warmer the climates. The warmer it is, the longer it takes for a medium pressure lamp to be restarted. Florida has already required UPS for all medium pressure UV installations. There has been talk that this requirement may be added to Title 22.

000071

Mr. Jeppson  Page 2
Wahiawa, HI WWTP  5/8/00

**Variances From Specification**

Any variances with the specification are listed below:

2.4D1  Our lamps are secured using UV resistant materials other than 316 SS.

2.4G4  Power feed is to be 120/208 Vac 3 Phase 4 Wire Wye configuration power. 387 amps

**Dose & Headloss Calculations**

The offered Terminator™ horizontal lamp, parallel to flow UV system delivers more than the specified 140,000 $\mu$Ws/cm$^2$ dose at the peak wet weather flow of 6.5 MGD. Headloss is substantially less than the specified UV system.

EPA UVDIS 3.1 software was run to calculate the average intensity of our UV system. The result of this "point source summation" calculation is 6,021.754 $\mu$Ws/cm$^2$ in 55% UV transmission effluent.

Per specification, dose calculation in accordance with 2.3 B. along with a hydraulic headloss calculation are listed on the following pages:


UltraTech systems Inc

000072

## Horizontal UV System Hydraulic Calculation 5 Banks

**Operational Data**

| | |
|---|---:|
| Flow Rate per Channel (MGD) | 6.50 |
| Flow Rate per Channel (GPM) | 4,514 |
| Flow Rate per Channel (Q) cu.in./min | 1,042,708 |
| Lamps per Module | 16 |
| Modules per Bank | 20 |
| Lamps per Bank | 320 |
| Banks per Channel | 5 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 48.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module (f) | 0.094 |

**Cross Sectional Dimensions:**

| | |
|---|---:|
| Height at Channel (hc) in. | 48.000 |
| Width at Channel (wc) in. | 60.000 |
| Wetted Area of Cross Section (Ac) sq.in. | 2,880.000 |
| Height at Supports (hs) in. | 48.000 |
| Width at Supports (ws) in. | 33.800 |
| Wetted Area of Cross Section (As) sq.in. | 1,622.400 |
| Height at Quartz Jacket Row (hj) in. | 48.000 |
| Width at Quartz Jacket Row (wj) in. | 41.880 |
| Wetted Area of Cross Section (Aj) sq.in. | 2648.494 |

**Module Dimensions (Horizontal):**

| | |
|---|---:|
| Module Width in. | 1.310 |
| Module Length in. (direction of flow) | 63.000 |
| Channel Volume per Bank cu in. | 181,440.000 |
| Channel Volume per Module cu.in. | 9,072.000 |
| Volume of Wetted Quartz Jacket cu.in. | 40.559 |
| Volume of Wetted Support cu.in. | 82.373 |
| Total Wetted Volume of Module cu.in. | 731.311 |
| Effluent Volume of Bank cu. In | 166,813.790 |
| Wetted Jacket Surface Area sq.in. | 179.126 |
| Wetted Support Surface Area sq.in. | 251.520 |
| Wetted Channel Surface Area sq.in. | 9,828.000 |
| Total Wetted Surface Area of Module sq.in. | 430.646 |
| Total Wetted Surface Area of Bank sq.in. | 8612.9202 |

**Cross Section Velocities**

| | |
|---|---:|
| Velocity in Channel (Vc) in./s | 6.034 |
| Velocity through Supports (Vs) in./s | 10.712 |
| Velocity along Jacket Row (Vj) in./s | 6.562 |

**Equivalent Diameters**

| | |
|---|---:|
| Equiv. D for Channel (Dc) in. | 60.571 |
| Equiv. D for Support Section (Ds) in. | 45.462 |
| Equiv. D for Quartz Jacket Row (Dj) in. | 58.085 |

**Head Losses - Contractions**

| | |
|---|---:|
| From Channel to Supports (Hccs) in. | 0.032 |
| From Jacket to Supports (Hcjs) in. | 0.029 |

**Head Losses - Expansions**

| | |
|---|---:|
| From Supports to Jackets (Hesj) in. | 0.022 |
| From Supports to Channel (Hesc) in. | 0.028 |

**Head Loss - Friction**

| | |
|---|---:|
| Velocity along Quartz Jacket in./s | 6.562 |
| $Vj^2$ | 43.055 |
| Hydraulic Radius (r) in. | 21.066 |
| L = Length of Quartz Jacket in. | 63.000 |
| $Hf = f \times L \times Vj^2 / r \times 2 \times g$ | 0.016 |

**Total Head Loss** in.

| | |
|---|---:|
| Total Head Loss per Bank in. | 0.127 |
| Total Head Loss per Channel in. | 0.637 |







Mr. Jeppson  Page 4
Wahiawa, HI WWTP  5/8/00

## Horizontal Dose Calculation 4 Banks in Service

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 60.00 | in. | 152.40 | cm |
| h - Nominal effluent height | 48.00 | in. | 121.92 | cm |
| Q = max flow through one channel | 4,514 | GPM | | |
| n = number of banks per channel | 4 | | | |
| Lm = Lamps per UV module | 16 | | | |
| Mc = Number of Modules across channel | 20 | | | |
| Vl = Effluent volume per UV lamp = ((S x h / Lm) - (Pi x r$^2$)) / 1000 | 8.54 | ltr. | | |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm$^2$ | | |
| Vr = Effluent volume in reaction area = ((w x h) - (Lm x Mc x Pi x r$^2$)) R x n / 231 | 2,888.55 | gal. | | |
| T = Retention Time in UV channel = (Vr / Q) x 60 sec./min | 38.40 | sec. | | |
| UV Dosage | 161,845.79 | uW-sec/cm$^2$ | | |

**Cleaning System**

An out of channel cleaning system is supplied. Cleaning is accomplished by removing an entire bank of UV lamps and placing the bank into the UltraTech supplied cleaning vault where a cleaning agent is agitated by an UltraTech supplied blower and diffusers. This cleaning system is per 2.4J2. Drawings show location of the cleaning system.

000074


UltraTech systems Inc

Mr. Jeppson                                                                                                           Page 5
Wahiawa, HI WWTP                                                                                              5/8/00

**Horizontal System Overview**

UltraTech's offering is in conformance with this project's plans and specifications. Our equipment fits into an outdoor disinfection channel with an effluent level of 48". The UV disinfection modules are to be arranged in a single 61" wide channel with five banks of UV modules in series. Only 4 banks are required for operation while the 5th bank is an automatically available redundant bank.

The UltraTech Eliminator™ UV system consists of horizontal UV disinfection modules, system control center, Remote Power Monitoring Stations, UV detection systems, module mounting hardware - support racks, and spares necessary to disinfect up to the present wet weather peak flow of 6.5 MGD and provide Fecal Coliform counts of less than 2.2/100ml.

All of the control and instrumentation features that are listed in the specifications are included in our UV system. As we are providing an Allen Bradley PLC we will interface with a SCADA system in a seamless manner. The controls and instrumentation reside in a remote weatherproof stainless steel floor standing enclosure. UltraTech's design provides for a single control center to operate the entire UV system. This speeds up and simplifies installation. UltraTech supplied "plug in" cabling delivers power from the remote power monitoring stations (RPMS) to each UV module.

**General Description of Horizontal Offering**

| | |
|---|---|
| 100 | Eliminator™ UTS-16H (16) lamp horizontal 316 SS UV disinfection modules to be installed in one channel, 5 banks in series. |
| 1 | Control center. This stainless steel enclosure contains system display(s) screen and associated control electronics. All of the monitoring, alarm, and display functions required in the specifications are present in this control center. Power feed is 120/208 VAC 3 phase, Wye configuration. |
| 10 | Power Distribution Centers - Remote Power Monitoring Stations (RPMS) providing power to each of the 5 banks of UV modules. |
| 5 | UV Intensity monitoring systems - 1 per bank. |
| 5 | Module support racks of stainless steel - 1 per bank. An entire bank of modules can be lifted out as a unit and placed in the cleaning vault. |
| 1 | Lot of spares |
| 1 | Cleaning system complete with embedded stainless steel vault (liner) to accommodate an entire bank of UV modules. Blower for agitation is provided. |
| 1 | Level Controller. |
| 1 | Performance guarantee - Title 22. |



000075

Mr. Jeppson  Page 6
Wahiawa, HI WWTP  5/8/00

A crane is required to lift the UV modules from the channel.

Should you have questions, please feel free to call.

                        Sincerely yours,

                        Greg E. Ellner

GEE:cq


UltraTech systems Inc

000076