# EXHIBIT 44

**Mike**

| | |
|---|---|
| From: | Clay, Robert [RClay@CALIFORNIA.TrojanUV.com] |
| Sent: | Thursday, May 25, 2000 10:25 AM |
| To: | 'Mike' |
| Subject: | RE: Wahiawa - Ultratech |

Mike,

Here are the details of projects with T22 or R1 approval being installed with 5 banks per channel.

Lake Elsinore:
* Three channels;
* 5 banks per channel;
* 2 channels with 8-lamp modules and a total of 600 lamps per channel;
and
* 1 channel with 16-lamp modules with a total of 2000 lamps.

Makena:
1 channel;
5 banks per channel; and
8-lamp modules with 760 lamps.

Robert

```
> -----Original Message-----
> From:    Mike [SMTP:mike@hiengineering.com]
> Sent:    Wednesday, May 24, 2000 4:35 PM
> To: 'rclay@trojanuv.com'; 'rbraun@trojanuv.com'
> Cc:  'nmyers@trojanuv.com'
> Subject: Wahiawa - Ultratech
>
> Robert/Nathen, thank you for your prompt reply. I will be following up
> with
> further status. Your assistance has been great in our effort get
Ultratech
> rejected.
>
> I need the project design for Lake Elsinore, including number of
lamps,
> lamps per module, number of banks/channels. Also need confirmation
that
> this
> was designed under current T-22 guidelines. Jay Stone requested this.
>
> I would like Ron's help with any ammunition regarding Ultratech, with
> respect to a database of Ultratech installations, 16-lamp module, and
any
> competitive information you can provide from London. Please advise.
>
> Aloha, Mike
```

1


Plaintiff's EXHIBIT 10 Mansfield 2-28-05

000003