# EXHIBIT 45

Mike

| | |
|---|---|
| From: | Bos, Dave [DBos@trojanuv.com] |
| Sent: | Saturday, May 27, 2000 4:06 AM |
| To: | 'Mike'; 'jmckee@trojanuv.com' |
| Cc: | 'czimmer@trojanuv.com'; 'dtomowich@trojanuv.com'; 'nbrown@trojanuv.com'; 'dbos@trojanuv.com' |
| Subject: | RE: 16-lamp horizontal UV3000/Ultratech 'eliminator' |

```
Hi: Here are the 16 lamp systems we currently have operating.
Neuse River Plant, Raleigh NC. UV2000 (Started in 1990)
North Durham NC. UV3000 (1994)
South Durham (Farrington Rd.) NC UV3000. (1993)
Alexandria VA. UV3000. (2000)
The Neuse River site has had all the module and wireway wiring and
connectors retrofitted.
All leg isolators in both Durham plants have been replaced.  16 wires
through the leg isolator is too crowded and short circuiting occurred
often.
There have been numerous firmware upgrades on the Comm. Boards to
protect
the module in the event of a minor failure. i.e.. when one lamp would
short
out the module would shut off and continuously try to restart. The on
and
off cycles would cause premature failure to all other lamps in the
module.
Alexandria is only 2 months old.


David
DBOS901112@aol.com
DBOS@TrojanUV.com

> -----Original Message-----
> From:     Mike [SMTP:mike@hiengineering.com]
> Sent:     May 26, 2000 10:07 PM
> To: 'jmckee@trojanuv.com'
> Cc: 'czimmer@trojanuv.com'; 'dtomowich@trojanuv.com';
> 'nbrown@trojanuv.com'; 'dbos@trojanuv.com'
> Subject:  16-lamp horizontal UV3000/Ultratech 'eliminator'
>
> Hi,
>
> We don't have a database on installations based on # of lamps/module,
so I
> am asking for your help. The information you provide will be compiled
and
> forwarded to Christine Burow & Jona for future reference.
>
> I am looking for any and all 16-lamp horizontal installations, good or
> bad,
> ours or others. Location, contact name and #, if you have it,
otherwise,
> just location. We know that historically, the 16-lamp design was a
> problem,
> but we have since installed several reliable systems.
>
> The engineer on a project here wants to determine for themselves if
> 16-lamp
> systems are acceptable. We suggest that they are not, as the
competition
> certainly does not have the experiance we have now and will still
build a
```

64

1

000064

```
> shoddy module, not to mention handling and weight issues. We are not
> hanging
> our hat on this, but every bit helps.
>
> Also, it appears Ft. Carson, CO is the only Ultratech horizontal system
> over
> 5mgd. If anyone knows of any others that size or bigger, please advise.
> Also
> if they have ever done a bioassay for their horizontal system.
>
> Aloha, Mike
```

000065