# EXHIBIT 48

06-02-2000 FRI 10:27  FAX 707 469 2688 TROJAN TECHNOLOGIES                                    001-003





**Trojan**

**TROJAN TECHNOLOGIES INC.**
2050 Peabody Road, Suite 200
Vacaville, California 95687
Tel: (707) 469-2680 / Fax: (707) 469-2688
Internet: http://www.trojanuv.com

# FAX   total pages including cover sheet 3

| To: | Mike Elhoff |
| Fax: | (808) 262-7768 |
| cc: | |
| From: | Nathen Myers |
| Date: | June 1, 2000 |
| Re: | Wahiawa |

Post-It® Fax Note 7671  Date 6/2/00  # of pages ▶ 3
To JAY STONE   From MIKE ELHOFF
Co./Dept. GMP ASSOC   Co. H.E.S.
Phone # 521-4711   Phone # 262 7773
Fax #   Fax #

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply

Mike,

I'm sending you our common reference list for the UV4000TM system as well as a list of our systems that meet Title 22 criteria and with a peak flow over 5 MGD:

- Arrowhead WWTP, AZ
- Cave Creek, AZ
- Corona, CA
- Glendale West Area WRP, AZ
- Las Vegas Northwest WRF, NV
- Mesa SouthEast WRF, AZ
- Pacifica, CA
- Rialto, CA
- San Diego South Bay-tertiary, CA
- Santa Rosa, CA
- Western Riverside, CA

<u>Chino Basin Design (Title 22):</u>

- Peak Flow Rate:   15.75 MGD
- Avg Flow Rate:    7.88 MGD
- Channels:         2
- UV Banks:         8 total, 4 per channel
- Modules:          184 total, 23 per bank
- Lamps:            2944 total, 16 per module
- Dose:             Meets Title 22 criteria



Plaintiff's
34 EXHIBIT
Stone II
3-2-05

000008

**EXHIBIT 27**

08/02/2000 FRI 10:28  FAX 707 469 2658 TROJAN TECHNOLOGIES                              002/003

**Elsinore Valley MWD (Title 22):**

**Current Design:**
- Peak Flow Rate:   4 MGD
- Avg Flow Rate:    1.6 MGD
- Channels:         2
- UV Banks:         10 total, 5 per channel
- Modules:          150 total, 15 per bank
- Lamps:            1200 total, 8 per module
- Dose:             Meets Title 22 Criteria

**Expansion Design (added 1 additional channel – designated as channel 3):**
- Peak Flow Rate:   Increased from 4 to 9.7 MGD
- Avg Flow Rate:    Increased from 1.6 to 4.0 MGD
- Channels:         3 total
- UV Banks:         Added 5 banks in channel 3 for a total of 15
- Modules:          Added 125 modules in channel 3 for a total of 275, channel 3 has 25 modules per bank
- Lamps:            Added 2000 lamps in channel 3 for a total of 3200, channel 3 has 16 lamps per Module
- Dose:             Meets Title 22 Criteria

As far as the dose calculations on Ultratech's 1600 lamp system, please give me a call to discuss this issue.

Thanks,

Nathen Myers
UV Applications Engineer, Trojan California
nmyers@trojanuv.com



000069

06/02/2000 FRI 10:28   FAX 707 489 2698 TROJAN TECHNOLOGIES   ☒003/003

## UV4000™ PARTIAL INSTALLATION LIST

| Project Name | Design MGD | Contact Name | Contact Phone Number | Start-up Dates |
|---|---|---|---|---|
| West Mifflin, PA | 10 | Ron Hess | 412-466-6070 | Feb 99 |
| Gettysburg, PA | 11 | Mert Grace | 717-334-0733 | Feb 99 |
| Ambler, PA | 25 | Bruce Jones | 215-628-9457 | Jan 99 |
| Vallejo, CA | 30 | Ron Matheson | 707-644-8949 | Sep 96 |
| Grants Pass, OR | 27 | Tim Wilson | 541-474-6352 | Jun 96 |
| Auburn, NY | 25 | Mark Storrs | 315-253-6511 | Aug 96 |
| Utoy Creek, GA | 86.5 | Jeff Acton | 404-696-7000 | April 99 |
| North Cary, NC | 24 | Chris Parisher | 919-677-0850 | May 98 |
| Edmonton, AB | 155 | Terry Chapman | 403-496-4322 | Aug 97 |
| South River, GA | 83 | Mike Flood | 404-622-7200 | April 99 |
| London, ON | 19 | Brian High | 519-471-1562 | May 96 |
| Bowling Green, OH | 16 | John Drescher | 419-354-6274 | Mar 96 |
| Hartford Rd, NJ | 15 | Frank Deyhle | 609-722-5913 | Jul 96 |
| Franklin, NH | 11.2 | Ken Noyes | 603-524-3103 | Nov 96 |
| Greenville, NC | 17.5 | Dan Tracy | 252-551-1542 | Oct 95 |
| Greenway PCC, ON | 80 | Brian Bellamy | 519-471-7080 | Mar 98 |
| Elletsville, IN | 9 | Jeff Farmer | 812-876-1287 | Oct 97 |
| Hood River, OR | 6 | Doug Nichols | 503-663-1215 | May 97 |
| Wilsonville, OR | 8 | Dan Snider | 503-682-1077 | Oct 97 |
| Sandy, OR | 7 | Eric Bodyfelt | 503-769-1969 | Jan 98 |
| Southington, CT | 10 | John DeGioria | 860-628-8530 | Nov 96 |
| Antrim, PA | 7.2 | Larson Winger | 717-597-9798 | Jan 99 |
| Oak Harbor, OH | 4 | John Liskel | 419-898-0517 | March 99 |
| Lynn Haven, FL | 4 | Chuck Pilman | 850-265-0087 | June 99 |
| Northbridge, MA | 6 | Jim Madigar | 508-234-2154 | Feb 99 |
| North Liberty, IA | 6.5 | Matt O'Meara | 319-626-5700 | March 99 |

Total UV4000 Systems Installed:      175

Total UV4000 Systems Installed in North America:      147

Total UV4000 Systems disinfecting peak flows greater than 25 MGD:      40

Total UV4000 Systems sold to date:      205

Date: October 27, 1999

000070