# EXHIBIT 49



# HAWAII ENGINEERING SERVICES

2234 HOONEE PL. HONOLULU, HI 96819 ◆PH:(808) 262-7773 ◆FAX: 262-7768 ◆mike@hiengineering.com

## FAX

June 2, 2000                                                                                   Page 1 of 1

To: GMP Assoc.

Att: Jay Stone

Re: Wahiawa UV

Jay,

In conjunction with the information submitted, we offer the following PSS dose calculations:

<u>1 Channel, 8 banks installed, 7 in operation, 6.5mgd, 8 lamps/mod.</u>
Dose = 110 mw-sec/cm2, using 1400 lamps in operation

<u>2 Channels, 5 banks installed in each, 4 in operation in each, 6.5mgd, 8 lamps/mod.</u>
Dose = 100 mw-sec/cm2, using 1280 lamps in operation

To confirm, UVDIS is our, and to our knowledge, the only EPA approved method of calculating PSS dose. The inherent error in this program cause the use of 25 modules in 8 banks for the single channel installation. In addition, this program will not accurately calculate PSS dose for 16-lamp modules, thus, we can not offer dose for 16-lamp modules, as PSS dose is required in the specification.

This information was provided by phone from Trojan yesterday. I was intending to fax it, along with the other information. I apologize for the delay and mis-communication.

Regards,

Michael Elhoff

000067