# EXHIBIT 50

Memorandum

To: LAM
From: JMK
Date: June 4, 2000
Re: Comments and Concerns on UltraTech Presubmittal
Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment Services During Construction Submittal Reviews, 2500/30

---

The following is a list of comments and concerns on the UltraTech presubmittal.

1. Page 2 of addendum 2 states the performance requirements must be satisfied with "3 of the 4 UV banks on-line." The proposed system consists of 4 of 5 banks on-line and is an exception to the specification that was not stated in the substitution request. A 4/5 low pressure low intensity UV disinfection system is in operation at Elisnore, California, and a 4/5 system will be installed at Makena, Hawaii. As far as I know, these are the only 4/5 R-1 or Title 22 installations.

2. Specification 11376-2.4J states that the cleaning system shall include a hoist and that the cleaning system shall be provided as part of the UV disinfection system. The presubmittal states that "a crane is required to lift the UV modules from the channel" but does not state who will provide the crane.

3. Specification 11376-2.4J states that the UV manufacturer shall be responsible for the cleaning station drain to the plant headworks. No drain from the cleaning station is shown on the plans.

4. The system's electronics panels lie in the walkway. According to the National Electrical Code, a three-foot clearance must be provided in front of electrical panels as long as a ground is not present at the edge of that three feet. The medium-pressure system meets the clearance requirement; the proposed low-pressure system does not appear to meet this requirement. In addition, access around the electronics is limited for normal maintenance and monitoring of the equipment.

5. The proposed UV system uses 16-lamp modules to fit all the lamps in the channel.
   a. A 16-lamp module is heavy and unwieldy. A hoist is probably needed to move individual modules. Trojan's 16-lamp modules weigh 130 pounds (including 4-pound ballasts) each, and their 8-lamp modules weigh 67 pounds (including 4-pound ballasts) each. The proposed UV system keeps the ballasts external to the lamp module so their 16-lamp module weighs about 98 pounds.
   b. 16-lamp module systems have also been prone to short-circuiting because of problems with the wire bundling.
   c. During the design, Trojan Technologies said that it could not fit a low-pressure low-intensity UV system within the allotted space. Trojan only recently revealed that the reason why its system would not fit is because it was designing around 8-lamp modules. Trojan only has two Title 22 installations with 16-lamp modules.

6. The presubmittal shows an automatic gate to control the level in the channel. Specification 11376-2.4F only allows for a fixed weir plate. The manufacturer may have difficulty maintaining the proper level in the channel if a weir is used. The first bank may be submerged while the final



OPT-02180

LAM
June 4, 2000
Page 2 of 3

bank may have lamps exposed to the air. The automatic control gate is an exception to the specification that was not stated in the substitution request.

7. The presubmittal takes exception to specification 11376-2.4D1 stating that the "lamps are secured using UV resistant materials other than 316 SS." This exception was not included in the substitution request. Type 316 SS was specified because of corrosion not for UV resistance. The manufacturer needs to clarify which part of the specification that this exception applies to. I contacted Trojan Technologies, Infilco Degremont, Capital Controls, Ozonia, PCI-Wedeco, Pure Water Corporation, SunTec Environmental and UV Systems Technology (UltraGuard) and asked the manufacturers for their lamp end seal designs. The different designs are summarized below.

| Manufacturer | Type of UV System | Title 22 Approval | Lamp End Design |
|---|---|---|---|
| Capital Controls | HLPLI[1] | Yes[2] | 316 SS nut |
| Infilco Degremont | HLPLI | Yes[3] | Nylon nut |
| Ozonia | Does not offer systems for wastewater reclamation applications. | | |
| PCI-Wedeco | HLPHI[4] | Yes | Delrin (plastic) plug |
| Pure Water Corporation | HLPLI and HLPHI | No | 316 SS nut |
| SunTec Environmental | HLPHI | No[5] | 316 SS nut |
| Trojan Technologies | HLPLI | Yes | 316 SS nut |
| UV Systems Technology (UltraGuard) | VLPHI | Yes | 316 SS with Viton seal |

8. The presubmittal takes exception to the power feed. This exception was included in the substitution request. In addition, the power feed not be an exception. The contractor is responsible to provide a complete and working system that conforms to the plans and specifications. The voltage of the power feed shown on the plans is 480V. The manufacturer will most likely need a separate transformer for each bank in order to meet his voltage requirement of 120V.

---

[1] HLPLI = Horizontal low pressure, low intensity.

[2] Can meet NWRI guidelines but no Title 22 applications as yet and limited to relatively low flows.

[3] Can meet NWRI guidelines but not Title 22 applications with their horizontal system.

[4] HLPHI = Horizontal low pressure, high intensity.

[5] Company started by former Bailey-Fischer & Porter employees. Waiting for new NWRI guidelines before starting compliance testing. New company, no installations yet.

OPT-02181

LAM
June 4, 2000
Page 3 of 3

9. Specification 1.2 states that the UV manufacturer must demonstrate "successful performance of the proposed system at a minimum of five (5) other wastewater locations in the United States." The presubmittal document does not include a list of installations.

10. Specification 1.2 states that the UV manufacturer must "submit at least five (5) permanent wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one (1) years." The presubmittal document does not include a list of installations. The list of installations must use the equipment type that is being proposed for the Wahiawa project, as stated in the specification.

11. Specification 1.2 states that the "UV disinfection system shall have been tested and certified to meet California Title 22 or Hawaii R-1 quality water." The presubmittal document does not contain test data. After discussion with the State Department of Health, Wastewater Branch, the proposed UV disinfection system does not have R-1 approval. The UV system on Lanai was installed prior to the publication of the 1993 State reuse guidelines. Since the publication of the 1993 guidelines, the UV manufacturer has not submitted any data substantiating that the system meets the 4-log viral removal requirement stated in the guidelines. Until the system can provide such data, the system is not R-1 compliant.

12. The presubmittal shows the system control center on the platform that is used for the refrigerated sampler. The system control center must be moved to the Reclamation Facilities Building as shown on the plans.

13. Based on the plan view in the presubmittal, the cleaning station is rather large and lies in the road north of the UV channel. Moving the cleaning station to the south side of the structure is not recommended because accessibility is extremely limited and the structure may then encroach on the 25-foot setback requirement set by the DoH. I did not have time to check the setback clearance with the cleaning station. Moving the entire channel to accommodate the cleaning station is also not recommended because of the 25-foot setback requirement and the redesign required for the piping and outfall junction box.

14. An area for manually cleaning the lamps is not clearly shown in the presubmittal. Although not explicitly stated in the specifications, such a cleaning area may be necessary from time-to-time.

15. The calculations in the presubmittal appear to be inflated. Rough estimates of the dosage indicate that the manufacturer did not account for reduced lamp output. These preliminary calculations also indicate that the proposed system cannot meet the dosage with three banks on-line. I contacted Karl Schieble with HydroQual and requested a copy of the UVDIS 3.1 software program for calculating average intensity in a UV reactor. Despite repeated calls to Mr. Schieble, I have not received the program yet.

OPT-02182