# EXHIBIT 53



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Hawaii Engineering Services<br>PO Box 846<br>Kailua, HI 96734<br><br>cc: (Company and Address) | Name:<br><br>Michael Elhoff<br><br>Name: | Fax No.:<br><br>262-7768<br><br>Fax No.: |
|---|---|---|
| From: GMP Associates, Inc.<br>    1100 Alakea Street, Suite 1800<br>    Honolulu, Hawaii 96813<br><br>Client Number:                2500/30 | Name:<br><br>Jay M. K. Stone | Telephone:<br>    (808) 521-4711<br><br>Fax Number:<br>    (808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment Sevices During Construction Submittal Reviews<br>Head loss for UV3000 system | Hawaii<br>Date:        June 5, 2000 | Total No. of Pages<br>(Including this Page)<br><br>1 |

**Remarks:**

Thank you for sending us the dosage and installation information that we requested on Wednesday, May 31. However, we also requested head loss data for the two 8-lamp module systems that Trojan proposed and for a 16-lamp module system. Please send the head loss data to Lee A. Mansfield because I will be on vacation next week and will be returning the office on June 13.

cc: Lee A. Mansfield, GMP Associates, Inc.

OPT-02142