# EXHIBIT 58

Greg Ellner

From: Hamada, Cyril [chamada@co.honolulu.hi.us]
Sent: Friday, July 07, 2000 2:47 PM
To: 'ge@ultratechsys.com'
Subject: 7 July Report

Hi Greg,
In my opinion, I would like to see Ultratech take the high road and follow the NWRI standards. I realize that for 90% of the time, one bank will provide sufficient dosage. On those rare occasions, maybe three times a year, that we do experience peak flow then 3 or 4 banks will be necessary.
Being a belt and suspenders man, it is wiser to expect the unknown than to wish for the best scenario. I suggest that you submit on the 5 bank system, as shown in your presubmittal. If you submit on a 4 bank system, GMP will hit you hard on technical grounds of not meeting dosage requirements.
Regarding the experience clause, I would suggest listing all your horizontal projects of one year or more, including the Lanai
R-1 project even though that flow is only 0.6 mgd: The main purpose of the experience clause is to prevent bidding by fly-by-night operations. The arguement would be that although you do not meet the arbitrary minimum of 5, 5.0 mgd peak flow installations, you do have ample, successful horizontal installations (some large but mostly small) and are more than capable of
doing a good job. I would further suggest that you fax Bodell the list of installations to meet the experience clause and ask them if it will be a problem. I'm confident that Bodell will kick it to GMP and the City to find out if it is a problem. I am convinced that GMP will reject your submittal based on the experience clause. Then it will be up to Bodell to either fight for the horizontal or drop the issue. One factor on your side is time. The time is very short to meet the consent decree and the City may feel the pressure to proceed even though you do not meet the letter of the specifications.
I would also suggest that you get all your ducks in a row regarding the vertical UV system, as this is a non conforming system. Get your testing data, Title 22, and all other pertinent data necessary to meet the specs. A post bid substitution request is still possible, the one caveat is that it must be less expensive than the horizontal system. If I remember correctly, UVDIS 3.1 doesn't apply to the vertical array, so GMP would have no clue on how to evaluate the dosages. Bodell should be aware that a post-bid substitution is available and be agreeable to do a post-bid substitution request, if the horizontal array is finally rejected.
Before you spin your wheels working on the horizontal submittal, I would suggest getting the experience clause taken care of first.
Hope I haven't spoiled your day, but I believe it is better to take the high road and make GMP play the villain.
Aloha, Cyril

1

Exhibit C

UTS0000000611