# EXHIBIT 60




PLAINTIFF'S
EXHIBIT NO. 23
FOR IDENTIFICATION
DATE: 9-1-04
RPTR:

# FAX TRANSMISSION COVER SHEET

**DATE:** July 27, 2000

**TO:** Bodell Construction          **FAX:** (801) 261-1020

**ATTN:** Gary Jeppson

**FROM:** Greg Ellner

**SUBJ:** Wahiawa

**This fax consists of ( 3 ) page(s) including this page  -  No originals to follow**

Gary,

It has been our plan to create a horizontal equipment presubmittal, get a response from GMP and continue working on the submittal until California finalizes approval of our vertical equipment. Once the vertical system is approved, we would switch in mid stream to that equipment. Unfortunately California is taking months longer than anticipated to approve our vertical equipment.

Going in to this project it was obvious that submittal approval would be a fight but, being upfront with you, at this moment it is difficult for me to fight at 100%. I need to heal - recuperate which will take a couple of weeks. This is probably not what you want to hear but it is where we stand.

What can be provided are responses to GMP's 6/29 and your fax of 7/19. Based on your assessment, we can attempt to go forward. Please note that your feedback will have an impact on the UV equipment configuration and the final system price. We are going on the basis that your order is currently for a horizontal UV system and that the purchase price is not to exceed $417,000.00.

Currently we are in a quandary between trying to submit a 4 bank horizontal UV system or a 5 bank horizontal UV system. You have our drawings for the 5 bank system which was to fit in a 61" wide UV channel with a submerged depth of 48". This should fit in the channels as originally designed, which you have indicated, are in the process of being constructed. Based on GMP's response - addendum #2 (must have no more than 4 banks) coupled with a new interpretation of the specifications peak flow and UV dosage we feel that it is prudent to offer a UV system that will now occupy 4 banks. This system requires a reduced width 51" wide channel and also reduces channel length about 7 compared to the 5 bank system.

000093

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

It appears to us that any changes made to the concrete to accommodate our equipment either vertical or horizontal would require reducing the width of the channel. Please note that the vertical system requires 60" of submergence. We would appreciate it if you could confirm this.

Referencing GMP's letter of 6/29:

> We can provide a list of installations. We assume that GMP will hang their hats on 1.2.A. which requires 5 installations using equipment of this type in North America treating 5 MGD for 1 year. GMP will attempt to shoot us down as not having 5 horizontal system installations. We hope to argue, that the purpose of an experience clause is to prevent fly by night companies from being acceptable, we are an established company who has a successful history of UV installations using the same lamps, ballasts and quartz - components as offered for Wahiawa, thus we qualify by specification. Furthermore, UltraTech has already been deemed acceptable by the Owner - both by substitution request and the Kailua installation.
>
> Please issue a RFI - What "Test results as required by specification?".
>
> The hoist is something we do not supply. A crane similar to Kailua is acceptable figure ½ or ¾ ton capacity. Do you have information on that crane or do you need us to get it from Scotty?
>
> The cleaning station drain nor drain line is not something we would supply. A conversation with Cyril indicated preference for portable sump pump that would be used to drain the tank when required.
>
> We can provide catalog cuts of our components. This is essentially boiler plate and can be provided as part of the submittal package.
>
> Electrical Schematics do not exist. Nor can we crate them until the equipment layout is finalized. Rather than create schematics for a 16 lamp UV module system that we hope not to deliver, we hope that other issues can be focused on before getting to this one. If push comes to shove we can "fudge" some 8 lamp UV module schematics and put them in our submittal package.
>
> We do not provide design drawings and structural calculations as the channel has not changed. Please advise?
>
> We assume that the "Third party design validation and test data….." refers to electrical requirements. As our equipment draws less power than what was specified is this applicable? Please advise.
>
> We will issue a written guarantee that the UV system will meet the specified disinfection performance criteria. Please issue an RFI for "Test Criteria".
>
> We see no problem in issuing a guarantee that the UV system will not have an adverse effect on other plant equipment but would like to know where this is coming from.


UltraTech systems Inc

000094

Based on receiving responses from Bodell by Monday 7/31, we can have a horizontal submittal to you the middle of the following week 8/7. Please advise.

Sincerely

Greg Ellner

CC:   Paul Scott, Engineered Systems
      Dave Scheurich
      Eric Gulak
      Mark Baker

000095

