# EXHIBIT 63



# FAX COVER

PLAINTIFF'S
EXHIBIT NO. 72
FOR IDENTIFICATION
DATE: 9-1-04
RPTR:

| | |
|---|---|
| To: Gary Jeppson | From : Greg Ellner |
| Company : Bodell Construction Company | Company : UltraTech Systems |
| Fax Number : 1-801-261-1020 | Fax Number : (914) 429-7527 |

Subject : Wahiaawa Draft Submittal

Pages including cover page: 21        Date : 8/25/00        Time : 2:32:18

## MESSAGE

Gary,

Attached is the faxed version of the submittal.

Please note that the correct number of UV modules should be 68- Which = 17 modules per each of the 4 UV banks, with 12 lamps per module the total number of UV lamps is 816.

The channel now requires 36 inches of submergance and is 51 inches wide. Over length of this 4 bank UV system is approx. 40 feet.

Total power draw is 57kw.

I'll call when I touch down.

Regards,
Greg

8/25/00

LEROY

FOR YOUR REVIEW
JASON HAS A COPY.
DRAWINGS TO FOLLOW
ON MONDAY.

WinFax PRO Cover Page

C&C/Bodell

000424   BC 001471

COVER PAGE
RESPONSE TO SPECIFICATION


SHOP DRAWINGS


HYDRAULIC CALCULATION
DOSAGE CALCULATION


SYSTEM OPERATION
SCREEN ILLUSTRATIONS


MATERIAL SAFETY DATA SHEETS
CATALOG DATA SHEETS


DELIVERABLE ITEMS
SPARE PARTS
REPLACEMENT PARTS


CUSTOMER RESPONSIBILITIES
SYSTEM WARRANTY

000425


FIELD WIRING DIAGRAMS

C&C/Bodell
BC 001472

From: Greg Ellner  To: Gary Jeppson    Date: 2/05/08  Time: 2:32:22 PM

*DRAFT*

# WAHIAWA, HAWAII
# WASTEWATER TREATMENT PLANT

## Ultraviolet Disinfection Equipment
## Submittal Package

## August 2000

THE CONTENTS AND DRAWINGS CONTAINED IN THIS SUBMITTAL
PACKAGE ARE PROPRIETARY SUBJECT MATTER. ANY PARTY
ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING
AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF
CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR
DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR
FOR ANY PURPOSE WHATSOEVER.

000426

C&C/Bodell
BC 001473

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

From: Greg Ellner  To: Gary Jeppson

*DRAFT*

## PROJECT
WAHIAWA WWTP EFFLUENT REUSE
&
WAHIAWA RESERVOIR OUTFALL ADJUSTMENT

### JOB NO. W10-99

OWNER
~~ENGINEER~~
DEPARTMENT OF DESIGN AND CONSTRUCTION
CITY AND COUNTY OF HONOLULU
HONOLULU, HAWAII

ENGINEER
GMP ASSOC., INC.
ENGINEERS/ARCHITECTS
HONOLULU, HI

## MANUFACTURER
ULTRATECH SYSTEMS, INC.
15 KAY FRIES DRIVE
STONY POINT NEW YORK 10980
PROJECT MANAGER: ERIC GULAK
PHONE (914) 429-0017
FAX    (914) 429-7527

## MANUFACTURER'S REPRESENTATIVE
ENGINEERED SYSTEMS
PO BOX 865
KAILUA, HI 96734
PAUL SCOTT
PHONE (808) 263-2232
FAX    (808) 263-3928

## CONTRACTOR
BODELL CONSTRUCTION COMPANY.
586 WEST FINE DRIVE
SALT LAKE CITY, UT 64115
PHONE (801) 261-4343
FAX    (801) 261-1020

000427

C&C/Bodell
BC 001474

*DRAFT*

From: Greg Ellner  To: Gary Jeppson

*DRAFT*

PART 1      GENERAL

DESCRIPTION
Equipment supplied with the UV system will include:
UV lamp modules
UV module supports
UV intensity detection systems
Module cleaning/service rack. (Wall mount capable of holding 2 module.)
Cleaning system blower
Remote Power Monitoring Stations
Control enclosure
Start up and training services
Spare parts & materials required for complete installation and operation of the system

UltraTech Systems, Inc. is an American owned and controlled company that manufactures and designs equipment in the USA with American made components and stainless steel. The equipment provided shall meet the disinfection requirements of this project.

QUALITY ASSURANCE

UltraTech Systems, Inc. manufactures open channel ultraviolet disinfection equipment as provided for this project. A list of UV equipment utilizing the same lamps and ballast as required for this project has been attached. Letters indicating compliance with California Title 22 are also attached.

All system testing is done at the factory. Factory testing duplicates in-field conditions, including flow. Testing includes but is not limited to the following:
1.      All alarm capabilities including dry contacts for remote notification.
2.      Module
3.      RPMS
4.      Control enclosure
5.      PLC & Touch screen programming code.

The modules receive approximately eight hours factory run time. The entire system is powered up and run through diagnostic testing.

000428

C&C/Bodell
BC 001475

*DRAFT*

*DRAFT*

## SUBMITTALS

UltraTech Systems, Inc. will submit under the provisions of the specification. (Section 172)

Shop Drawings

1. Layout, overall dimensions, required clearances and general description of the UV equipment including locations are provided.

2. Details of attached equipment are provided.

3. Electrical control schematics for as built equipment will be provided with the Operation and Maintenance Manual prior to delivery. Field wiring diagrams, control panel layout and list of materials are furnished with this submittal.

## SERVICES OF MANUFACTURER'S REPRESENTATIVE

Along with the equipment, included are up to 7 days of UltraTech provided supervision, commission of equipment and operator training.

As required, additional warranty servicing shall be provided in accordance with this equipment's warranty.

## WARRANTY

We warranty that the UV equipment shall meet the performance required for this project. We further warranty that the UV equipment will not have an adverse effect on surrounding plant equipment. Additional details regarding the warranty can be found in the warranty section of this document.

## MANUFACTURER

UltraTech has been approved to bid. We meet all requirements set forth in this paragraph namely:

Modular UV System.
UV lamps powered by electronic ballasts.
UV system has a cleaning system.
UV system fits in the available space and exhibits a level of head loss that is acceptable to this project.

The latest state of the art components are used to manufacture the UV system.

000429

C&C/Bodell
BC 001476

*DRAFT*

From: Greg Eliner  To: Gary Jeppson

*DRAFT*

2.2    GENERAL REQUIREMENTS

   All requirements of this paragraph are met or exceeded by the UV system.


2.3    PERFORMANCE AND DESIGN CRITERIA

   The effluent parameters for proper disinfection should meet the following criteria:

   1.    UV transmission of effluent shall be at least 55% at 254nm.
   2.    Total suspended solids into the system shall be < 0.5 mg/l.
   3.    Average turbidity shall be 2 NTU.
   4.    Flow rate:    Daily Minimum              0.7 MGD
                       Daily Maximum              2.4 MGD
                       Avg. Dry Weather Flow      2.5 MGD
                       Peak Dry Weather Flow      3.5 MGD
                       Peak Wet Weather Flow      6.5 MGD


   The UV disinfection system shall reduce the fecal coliform count to less than 2.2 MPN/100ml 7 day moving median. In addition, the UV system shall reduce fecal coliforms to less than 23/100ml MPN for any 30 day period. This performance is for all anticipated flows up to the daily maximum flow.

   The UV systems provides the dosages required by this specification of 140 mw-s/cm$^2$ at max flow and 100 mw-s/cm$^2$ at peak flow.

   Per specification the UV system achieves the calculated dose using UV lamp output >70% and UV transmission through quartz ≤70%. The dose is achieved with three UV banks in series.


2.4    DESIGN CONSTRUCTION AND MATERIALS

   GENERAL

   All metal components submerged in effluent are Type 316 stainless steel. All other metals are Type 304 stainless steel.

   All welds are performed by inert gas welding.

   UV lamps are placed on the horizontal plane parallel to effluent flow. The portion of the UV module housing the lamps is designed for complete submergence.

   All wiring within the lamp module is Teflon coated. All materials utilized in the lamp module will not be affected by long term exposure to UV light.

000430

C&C/Bodell
BC 001477

From: Greg Ellner To: Gary Jeppson

*DRAFT*

## UV LAMP SLEEVES

1. The lamp sleeves are fabricated from Type 214 clear fused quartz tubing circular containing 99.9% silicon dioxide.

2. The sleeve wall thickness is a nominal 1.5 mm.

3. The quartz used for the sleeves is rated at 90% UV transmission.

The quartz sleeves are fitted to the module frame by means of a water tight gland nut and o-ring assembly.

The module connects to the wireway utilizing a UL recognized multi-pin camlock style connector.

## UV LAMPS

The UV system utilizes low pressure mercury vapor slimline lamps of the hot cathode instant start design. The coil wire cathodes are heated by the arc current. The filament is of the clamped design which is sufficiently rugged to withstand shock and vibration.

At least 90% of the UV light produced, is at the wavelength 254nm.

The lamp is rated to produce no ozone.

The UV lamp is part# 007-58UTL-025. It has a rated operational life of 13,000 hours.

The lamp has electrical connections at one end only. The connectors have positive locking and keyed one way connections. The lamp bases are ceramic and resistant to UV light and ozone.

## UV MODULE

The module is Type 316 stainless steel with wetted parts that are passivated and electropolished. Ballasts are not part of the module.

Each lamp is enclosed in its own individual quartz sleeve. The open end of the sleeve connects to the module frame by means of a lamp end seal and compressed O-ring.

The module frame is designed with individual seals at the quartz connection to isolate each lamp if a quartz fracture occurs. This seal will prevent moisture or water from the module frame and the other lamps within the module. (See Section 2 drawing module detail A)

000431

C&C/Bodell
BC 001478

From: Greg Ellner  To: Gary Jeppson

*DRAFT*

The closed end of the quartz sleeve is protected by the module frame and is held by a UV resistant grommet so that it does not come in contact with the module frame.

Lamp wiring terminates at a single weatherproof connector located on top of the module frame.

The modules connect to the RPMS with cam-lock style connectors that visually show whether the connection is made and locked in place. This is not a threaded connection. The modules can be individually disconnected and removed from the channel.

At the point of exit from the RPMS the multiconductor cable passes through a waterproof strain relief.

Each UV module weighs less than 55 lbs. And can be individually taken out of service.

UV lamps and quartz sleeves can be easily removed and changed with out disassembly of the module frame.

The UV modules are designed to provide a safe UV radiation condition while observing from overhead.

Proper effluent level over the UV modules is to be accomplished by others.

## ELECTRICAL

The UV system is divided in to 4 banks. Each bank receives its own power feed of 120/208 VAC 3 phase 4 wire Wye configuration power. Power feed is to be brought to the Remote Power Monitoring Stations that are next to the UV modules. A 120VAC feed of less than 25 amps is required for the UV system control box.

Two RPMS will be provided per UV bank. Each module is connected to the RPMS by means of a cord and plug.

Each pair of RPMS require a 60 amp feed.

Each RPMS is weatherproof NEMA 4X 304 stainless steel.

Each pairs of RPMS has its own disconnect.

Each RPMS contains the ballasts to power the UV lamps in the modules. All control wiring is 24 volts DC.

000432

C&C/Bodell
BC 001479

*DRAFT*

*DRAFT*

All electrical components and ballast are housed in weatherproof Type 316 stainless steel enclosures.

## BALLASTS

1. Each pair of UV lamps is powered by an electronic ballast, Power Lighting model E296PI120G11. The power draw per UV lamp is <100 watts. Each ballast has a plug in connector to allow for quick and simple change out.

2. Each ballast powers two UV (007-58) lamps.

3. Ballast operating frequency is 20,000-30,000 HZ.

4. Ballast efficiency has a minimum of 85%, defined as electrical output wattage divided by electrical input wattage.

5. Ballast will operate at a current crest factor between 1.4 and 1.5.

6. The ballast load side wiring is routed through the monitoring circuitry. The circuitry senses load side voltage to establish an indication of lamp status.

## CONTROL & INSTRUMENTATION

The UV control and monitoring system gives local indication of the following system parameters:

1. Individual lamp status
2. UV intensity
3. UV lamp out alarm
4. Module failure alarm
5. Low UV intensity
6. Unsafe UV intensity
7. Elapsed timers for each bank of lamps
8. Wastewater flow rate
9. Loss of flow alarm
10. Power supply failure alarm
11. High water level alarm
12. Low water level alarm

Non-resettable elapsed time meter for each bank of UV lamps.

Resettable elapsed time meter for each bank of UV lamps.

Field adjustable set points for flow pacing - one set point per bank.

Field adjustable set points for UV intensity.

000433    C&C/Bodell
BC 001480

*DRAFT*

From: Greg Elfner  To: Gary Jeppson

*DRAFT*

Field adjustable set point for multiple lamp failure. (Factory preset for 5%)

In the event of failure or interruption of the control and monitoring system, the UV system will continue to operate and provide disinfection.

The UV control and monitoring system is provided with a Allen Bradley SLC 5/04 programmable logic controller and Total Control Products 10" touch screen.

The touch screen allows the operator panel icons to move from screen to screen and visual indications of faults and their location.

The system can be operated locally in either automatic or manual modes of operation.

Minor Alarms - The following are to be displayed:

1.    Low UV intensity: Should the UV intensity drop below the factory set point of 45%, an alarm is generated.

2.    Lamp out warning: In the event that a UV lamp fails an alarm is generated.

3.    Maximum lamp life warning: When the elapsed time meter within a bank reaches 8,000 hours, an alarm is generated.

4.    Low water level alarm: If the water drops to a level to expose the uppermost lamp, an alarm is generated.

5.    High water level alarm: If the water rises 2" above nominal, an alarm will be generated.

Major Alarms

1.    Unsafe UV intensity: Should the UV intensity drop below the factory set point of 25%, an alarm is generated. In AUTO mode this will cause all available lamps to energize.

2.    Module failure: In the event a UV module fails an alarm is generated. In AUTO mode this will cause all available lamps to energize including the redundant UV bank.

3.    Loss of flow: In the event that the signal from the flow meter is interrupted or not communicating with the PLC, an alarm will be generated. In AUTO mode this will cause all available lamps to energize.

4.    Adjacent lamp out warning: In the event that two or more adjacent lamps out, an alarm is generated. In AUTO mode this will cause all available lamps to energize.

030434                    C&C/Bodell
                                        BC 001481

From: Greg Ellner  To: Gary Jeppson

*DRAFT*

5.    Multiple lamp failure: In the event there are more than a preset 5% lamp failure rate in a bank an alarm is generated. The preset percentage is field adjustable.

6.    Ballast failure: In the event two adjacent lamps within a module are out this will notify the operator that there is a potential ballast failure.

7.    DC power supply failure: If the primary DC power supply fails, an alarm is generated. Upon failure the secondary supply will energize.

Alarms are visually displayed on the touch screen. The system is designed to make locating all alarms operator friendly. A register of the 100 most recent alarms is kept track of by the UV system.

Remote dry contact terminals to interface with the plant control system are provided for the following:

1.    Common Minor alarm
2.    Common Major alarm

UV INTENSITY MONITORING

UV detection system
1.    Each bank is equipped with a submersible UV sensor. The sensor is field calibrated. The sensor responds to the germicidal portion of light emitted.
2.    Sensor readout is displayed in a 0-100% scale.
3.    Each sensor provides the following:
      3a. Minor alarm:  low UV intensity, factory preset at 65%
      3b. Major alarm:  unsafe UV intensity, factory preset at 25%
      These presets are field adjustable.

Please note: For the automatic mode function, the system requires a 4-20 mA signal from the effluent flow meter to the UV control enclosure.

CLEANING SYSTEM

The UV system is provided with an out of channel cleaning system. Either individual modules or an entire bank of modules can be lifted from a channel. A lifting device (by others) is required to lift an entire bank of UV modules.

For out of channel cleaning UltraTech provides an air blower, CPVC diffusers and a 316 SS liner to be located (imbedded) in concrete near the UV channels. This cleaning pit is sufficient to clean one UV bank.

000435

C&C/Bodell
BC 001482

*DRAFT*

Page 11

From: Greg Elliret  To: Gary Jeppson

*DRAFT*

Control of the blower and its status are displayed on the UV control panel.


## SPARE PARTS

Spare parts per the specifications, 10% UV lamps, 10% quartz, 50 o-rings, 4 face shields, cleaning chemical - powdered and 10 electronic ballasts are provided with the UV system.


## MISCELLANEOUS

General use instructions, description of the system operation, start up data, troubleshooting, repair data for lamp modules, control panel components and RPMS components is sent with the UV system.

Maintenance data: Cleaning procedures, calibrations, replacement parts list and as built wiring diagrams for the control enclosures and the RPMS is delivered with the UV system.

All equipment will be shipped pre-assembled to the degree which is practical.

All equipment once received on-site shall be kept in a dry and safe place to prevent damage or deterioration of the UV equipment.

All equipment shall be packaged for suitable and safe transportation to the job site.


Each module is over current protected if the current draw exceeds 5 amps. Each bank has a GFI protection device. If the imbalance exceeds 30 mA, the detector will immediately interrupt the circuit.

Circuit breakers provide visual trip indication and are capable of regular testing. No remote reset is available.


Installation instructions will be provided upon shipment of the equipment.

Install all equipment per the installation instructions.

Per specification the facility is indoors and climate controlled.


## FIELD TESTING

Provided is a basic testing protocol for sampling:

000436

C&C/Bodell
BC 001483

*DRAFT*

********It is imperative that the UV modules have clean quartz
sleeves prior to any performance testing*******

1. All samples must be taken with a sterile sampler, which must be
   sterilized between each sampling. All samples must be placed in
   sterile sampling containers. The samples should be taken half
   way between the surface of the water and the channel floor.
   Skimming the surface of the effluent to obtain the sample is not
   acceptable.

2. A sample should be taken JUST PRIOR to the UV reaction area
   and marked "Before UV Reaction Area".
   The next sample should be taken IMMEDIATELY following the
   last UV bank and marked "After UV Reaction Area".

3. Flow rate at time of sampling should be noted on all samples. All
   samples should be tested for Fecal Coliform, BOD, TSS, and %
   UV Transmission at 254 ηm.

PLEASE NOTE: This is a recommended basic testing protocol. UltraTech Systems,
Inc. will work with the engineer and owner to execute performance
testing requirements.

000437

C&C/Bodell
BC 001484

*DRAFT*

*DRAFT*

## HYDRAULIC CALCULATION

The following calculation is based on design flow rate of 4.7 MGD. All calculations are from "Cameron Hydraulic Data" Handbook.

### Operational Data

| | |
|---|---|
| Flow Rate per Channel (MGD) | 4.70 |
| Flow Rate per Channel (GPM) | 3,264 |
| Flow Rate per Channel (Q) cu.in./min | 753.958 |
| Lamps per Module | 6 |
| Modules per Bank | 9 |
| Lamps per Bank | 54 |
| Banks per Channel | 2 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 18.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module (f) | 0.094 |

### Cross Sectional Dimensions:

| | |
|---|---|
| Height at Channel (hc) in. | 18.000 |
| Width at Channel (wc) in. | 27.000 |
| Wetted Area of Cross Section (Ac) sq.in. | 486.000 |
| Height at Supports (hs) in. | 18.000 |
| Width at Supports (ws) in. | 15.210 |
| Wetted Area of Cross Section (As) sq.in. | 273.780 |
| Height at Quartz Jacket Row (hj) in. | 18.000 |
| Width at Quartz Jacket Row (wj) in. | 18.846 |
| Wetted Area of Cross Section (Aj) sq.in. | 446.933 |

### Module Dimensions (Horizontal):

| | |
|---|---|
| Module Width in. | 1.310 |
| Module Length in. (direction of flow) | 63.000 |
| Channel Volume per Bank cu.in. | 30,618.000 |
| Channel Volume per Module cu.in. | 3,402.000 |
| Volume of Wetted Quartz Jacket cu.in. | 40.559 |
| Volume of Wetted Support cu.in. | 30.890 |
| Total Wetted Volume of Module cu.in. | 274.241 |
| Effluent Volume of Bank cu. In | 28,149.827 |
| Wetted Jacket Surface Area sq.in. | 179.126 |
| Wetted Support Surface Area sq.in. | 94.320 |
| Wetted Channel Surface Area sq.in. | 3,969.000 |
| Total Wetted Surface Area of Module sq.in. | 273.446 |
| Total Wetted Surface Area of Bank sq.in. | 2461.01409 |

### Cross Section Velocities

| | |
|---|---|
| Velocity in Channel (Vc) in./s | 25.856 |
| Velocity through Supports (Vs) in./s | 45.898 |
| Velocity along Jacket Row (Vj) in./s | 28.116 |

### Equivalent Diameters

| | |
|---|---|
| Equiv. D for Channel (Dc) in. | 24.882 |
| Equiv. D for Support Section (Ds) in. | 18.675 |
| Equiv. D for Quartz Jacket Row (Dj) in. | 23.861 |

### Head Losses - Contractions

| | |
|---|---|
| From Channel to Supports (Hccs) in. | 0.595 |
| From Jacket to Supports (Hcjs) in. | 0.528 |

### Head Losses - Expansions

| | |
|---|---|
| From Supports to Jackets (Hesj) in. | 0.409 |
| From Supports to Channel (Hesc) in. | 0.520 |

### Head Loss - Friction

| | |
|---|---|
| Velocity along Quartz Jacket in./s | 28.116 |
| $Vj^2$ | 790.509 |
| Hydraulic Radius (r ) in. | 12.441 |
| L = Length of Quartz Jacket in. | 63.000 |
| $Hf = f \times L \times Vj^2 / r \times 2 \times g$ | 0.487 |

### Total Head Loss in.

| | |
|---|---|
| Total Head Loss per Bank in. | 2.539 |
| Total Head Loss per Channel in. | 5.078 |

000438

C&C/Bodell
BC 001485

*DRAFT*

From: Greg Ellner  To: Gary Jeppson

*DRAFT*

# UV DOSAGE CALCULATION

The following is based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection. (EPA/625/1-86/021) Nominal average intensity is per EPA UVDIS 3.1 software.

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 1.00 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 51.00 | in. | 129.54 | cm |
| h - Nominal effluent height | 36.00 | in. | 91.44 | cm |
| Q = max flow through one channel | 2,431 | GPM | | |
| n = number of banks per channel | 3 | | | |
| Lm = Lamps per UV module | 12 | | | |
| Mc = Number of Modules across channel | 17 | | | |

**Calculations**

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp = $((S \times h / Lm) - (Pi \times r^2)) / 1000$ | 8.54 | ltr. |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm$^2$ |
| Vr = Effluent volume in reaction area = $((w \times h) - (Lm \times Mc \times Pi \times r^2)) R \times n / 231$ | 1,381.09 | gal. |
| T = Retention Time in UV channel = $(Vr / Q) \times 60$ sec./min | 34.09 | sec. |
| UV Dosage | 143,710.39 | uW-sec/cm$^2$ |

000439

C&C/Bodell
BC 001486

*DRAFT*

*DRAFT*

## Wahiawa, HI
## DELIVERABLE LIST

| Qty | Description |
|---|---|
| 18 | Eliminator™ UTS-12H - 12 lamp horizontal UV disinfection modules |
| 1 | 304 SS system control distribution enclosure. |
| 8 | SS Remote Power monitoring Station. |
| 4 | UV Intensity monitoring systems. (1 per bank) |
| 1 | Lot of spare parts as specified |
| 1 | Wall mount Cleaning/service rack- 304L SS |
| 1 | SS cleaning tank liner with blower |
| 4 banks worth | Module mounting angles - frames |
| 4 banks worth | Eyeshields |
| 4 banks worth | Eyeshield mounting angles |
| 2 | Installation instructions |
| 4 | Operation & Maintenance manuals |

000440

C&C/Bodell
BC 001487

*DRAFT*

*DRAFT*

## WAHIAWA, HI SPARE PARTS

Spare parts supplied with the UV system are as follows:

| Quantity | Description | Part Number |
|---|---|---|
| 82 | UV Lamp | 007-58UTL-025 |
| 82 | Quartz sleeve | Q63D |
| 50 | O-ring | 45-317E |
| 4 | UV safety goggles | 6T363-6 |
| 10 | Electronic Ballasts | UVB2002 |
| 2 | Area warning signs | 1M244 |

## REPLACEMENT PARTS

When ordering replacement parts, please refer to the ultraviolet system model Eliminator™. Replacement parts, including ultraviolet lamps and quartz, may be ordered directly from UltraTech Systems, Inc.

UltraTech Systems, Inc.
15 Kay Fries Drive
Stony Point, NY 10980
Tel: (914) 429-0017
Fax: (914) 429-7527

Quantity discounts are available from UltraTech Systems, Inc. Below is a list of replacement parts for after 1-3 years of service.

| Description | Part Number |
|---|---|
| UV Lamp | 007-58UTL-025 |
| Quartz sleeve | Q63D |
| O-ring | 45-317E |
| Ballast | UVB2002 |
| UV safety goggles | 6T363-6 |
| UV Intensity Sensor | UT8011 |
| Gland nut | UT1013 |

000441

C&C/Bodell
BC 001488

*DRAFT*

*DRAFT*

# UV LAMP SPECIFICATIONS
# PART NUMBER 007-58UTL-025

| | |
|---|---|
| Lamp tube material | Quartz |
| Lamp base material | Ceramic |
| Lamp operating current | 425 mA |
| Lamp operating voltage | 220 VAC |
| Ultraviolet output | 26.7 Watts |
| Rated life | 13,000 hours |
| Arc length | 58 in. |
| Tube diameter | 0.590 in. |
| Lamp length (excluding wire length) | 61.250 in. |

000442

C&C/Bodell
BC 001489

*DRAFT*

## EQUIPMENT WARRANTY

The ultraviolet system is warranted to the original purchaser to be free from defects in materials and workmanship for a period of 12 months from date of initial operation.

The disinfection performance of the UV system is warranted, maintained in accordance with UltraTech's instructions and recommendations and that only genuine UltraTech supplied or UltraTech approved components and supplies are utilized. UV Lamps are to be replaced when the total operating (lit) time on the lamp is between 8,760 and 13,000 hours. Disinfection performance is contingent upon the effluent being of suitable quality per the project's specifications, UV lamps with less than 8,760 hours of use and quartz jackets that are clean. Should the ownership of the UV system be transferred, UltraTech must be notified in writing within 30 days of such change. Failure to notify UltraTech of the transfer in UV system ownership voids this warranty.

The UV system shall reduce the Fecal Coliform count to less than 2.2 colonies/100 ml at all anticipated plant flows (not exceeding peak flow) with a maximum suspended solids of 0.5 mg/l, and a minimum UV transmission @ 254 nm of 55% as compared to deionized Type 1 water in a 1 cm. path

Any item suspected of being defective must be returned freight prepaid to UltraTech for inspection. Upon receipt of the questioned item it will be repaired or replaced at UltraTech's option should it be found defective. UltraTech will not be liable for any labor charges other than those authorized by or performed by UltraTech. Incidental or consequential damages are not covered by this warranty.

**All warranty claims must be submitted in writing to UltraTech Systems, Inc., 15 Kay Fries Drive, Stony Point, NY 10980 (914) 429-0017 Fax (914) 429-7527, within 30 days from the discovery of the defect.** UltraTech will provide an authorization to return and instructions on how to handle warranty claim. Any part or parts that are found to be defective in materials and or workmanship will be repaired or replaced. It is the customers responsibility to pay for all shipping charges and applicable duty and or tax on warranty items.

This UV system includes a license for perpetuity for the City and County of Honolulu, HI Wahiawa WWTP to utilize UltraTech's monitoring technology, this license is conditional upon UltraTech being paid in full in a timely manner.

## CUSTOMER RESPONSIBILITY

*DRAFT*

Unloading and uncrating of equipment
Visual inspection for damage
Safe and dry storage (if necessary)
Placement of modules and RPMS
Placement of control box
Conduits and wiring for power and control
**Power feed (see electrical power requirements)**
Anchor bolts for concrete
Field wiring and conduits

Please note: Any equipment that looks damaged upon inspection, must be documented. Please notify UltraTech Systems, Inc. immediately.

000444

C&C/Bodell
BC 001491

*DRAFT*                                          Page 20