# EXHIBIT 71

PLAINTIFF'S
EXHIBIT NO. 35
FOR IDENTIFICATION
DATE: 9-1-04   RPTR:

Via FedEx

October 2, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: J. Gary Jeppson
SUBJ: UV System Submittal for Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir
Outfall Adjustment Job No. W10-99 - Specification 11376

Dear Mr. Jeppson:

It is our understanding that compliance with Title 22 is paramount to this project. As the specification contains areas that are in conflict with Title 22 we have based our equipment offering upon Title 22 requirements.

1. *Provide all input parameters and assumptions used in the calculation for intensity, including the size of the array used by the program.*

    This information is not required by contract documents and thus not provided. We request that the Engineer provide their Title 22 calculations for the specified UV system that were performed prior to issuance of the specification.

2. *Provide dosage and hydraulic calculations for peak wet weather flow.*

    This information is not required by contract documents nor is it a requirement of Title 22.

    The current version of the <u>UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification</u> published by the National Water Research Institute form the core of Title 22. There is no mention in Title 22 of "peak wet weather flow". Title 22 requires a UV system that is sized for "maximum week flow" and "peak flow (maximum day)"

000118

3. *Provide an installation list for the type of equipment proposed, i.e., horizontal low pressure units.*

   The list previously furnished contains both horizontal and vertical UV systems. A system with the designation "E" has horizontal lamp orientation while "T" exhibits vertical lamp orientation. Both our horizontal lamp - Eliminator™ series and vertical lamp -Terminator™ series UV systems use the same UV lamps, ballasts, and control circuit cards. Please note that the City and County of Honolulu has an UltraTech UV system. Both our horizontal and vertical lamp orientation UV systems are performing with successful disinfection results.

4. *Provide an analysis by a third party that shows operation of this equipment will not interfere with other plant equipment (refer to paragraph 1.3B).*

   The UV system will not interfere with the operation of other plant equipment. An independent report detailing total harmonic distortion of less than 10% has been placed in section 1 of the submittal.

5. *Cleaning station is located in roadway and this is not acceptable.*

   The location of the cleaning station and crane is flexible. We will relocate the station to the south side of the channel opposite the roadway.

6. *Equipment is shown on the walkway provided for operator access. This is not acceptable.*

   The control box is shown in a recommended location, it was not our intent to place it in a walkway. We would be pleased to relocate the control box to a more desirable location, kindly advise.

7. *UV supplier shall provide effluent weir. Provide details for this weir. It is unacceptable that it be provided by others.*

   The contract to provide equipment on this project is with Bodell Construction who will be providing the weir and information regarding it. UltraTech will review the weir submittal to verify compatibility with the UV equipment. See Bodell Construction Submittal #26.

8. *Specifications require a dose pacing system. Provide details on this system.*

   UltraTech equipment utilizes UV lamps that are either on or off, lamp output can not be varied thus a dose pacing system is not applicable to our equipment. The dose pacing system as specified is part of a proprietary piece of equipment manufactured by Trojan Technologies.

9. *Provide UV transmission monitor as required by the specification.*

   A UV transmission measuring at 254nm spectrophotometer will be provided. This unit reads out in 0-100% scale. A cut sheet is located in section 5 of the submittal.

10. *It is our understanding that the channel as designed must be modified to accommodate this equipment. Provide design drawings for this modification as called for in paragraph 1.3A*

    This is being handled by Bodell Construction who will coordinate the structure for the UV equipment.

11. *Specification requires that the system be tested to meet California Title 22 or Hawaii R-1. Provide test data.*

    Title 22 does not require that a UV system be tested. The UltraTech UV system that is submitted is a conforming UV system and Title 22 approved. Documentation by the California Department of Health Services attesting to Title 22 approval was contained in our original submittal. Please note that the specified UV system is not a conforming UV, was not tested and only has received conditional Title 22 approval.

12. *Provide a hoist as is necessary for cleaning. The hoist is part of the cleaning station and must be provided by the UV equipment supplier.*

    The contract to provide equipment on this project is with Bodell Construction who will be providing the hoist and information regarding it.

13. *Verify that the alarms are as called for in the contract drawings.*

    We verify that all alarms applicable to our equipment shall be provided. These alarms are all listed in detail in the operating section of the submittal.

14. *Provide details on the drain for the cleaning station.*

    The stainless cleaning tank liner shall be provided with a 2" NPT female coupling in a suitable location. Optionally a submersible pump can be provided with flexible hoses that can be used to drain the cleaning station.

000120

15. *Spare parts: Provide 5% of the Total ballasts furnished with the system; and cleaning solution.*

   5% of the ballasts shall be provided along with 100 lbs of anhydrous citric acid.

16. *Provide warranty for UV lamps.*

   This warranty was provided in our submittal and can be found in the "Equipment Warranty" section of the document see tab# 9.

17. *Provide Chemical pump as required for the cleaning station*

   PVC diffusers are located in the bottom of the cleaning tank. A blower has been provided to generate air turbulence that causes agitation (see tab 5) A chemical pump shall be provided.

18. *Provide grating and rubber mats as required by specifications*

   The contract to provide equipment on this project is with Bodell Construction who will be providing the grating and rubber mats and information regarding them see Bodell Construction submittal #26.

   Sincerely,


   UltraTech Systems, Inc.
   Greg E. Ellner

000121