# EXHIBIT 72



# UltraTech
## systems Inc.

*Letter of Transmittal*

| DATE: | 10-2-00 | | PROJECT: | Wahiawa WWTP |
|---|---|---|---|---|

| TO: | Bodell Construction Co | FROM: | Horace E Payne |
|---|---|---|---|
| | 586 West Fine Drive | DEPT. | Operations |
| | Salt Lake City, UT 84115 | | |
| | (801) 261 - 4343 | | |
| ATTN: | Gary Jepson | | |

## WE ARE SENDING YOU THE FOLLOWING ITEMS:

| ☒ Attached via Fed Ex P1 | ☐ Under separate cover via |
|---|---|

| ☐ Submittals | ☐ Manuals | ☐ Plans | ☐ Specifications |
|---|---|---|---|
| ☒ Info Drawings | ☐ Copy of letter | ☐ Prints | ☐ Purchase Orders |

| COPIES | DATE | Sales Order # | DESCRIPTION |
|---|---|---|---|
| 1 | 10/2/00 | | Revised Submittal |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## THESE ARE TRANSMITTED as checked below:

| ☐ For approval | ☒ For your use | ☒ As requested | ☒ For review / comment |
|---|---|---|---|

**Remarks:**

*If enclosures are not as noted, kindly notify us at once.*

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

000122