# EXHIBIT 75



**CONSTRUCTION COMPANY**
586 Fine Drive • Salt Lake City, Utah 84115-4244
Telephone (801) 261-4343 • Fax (801) 261-1020



October 11, 2000

Trojan Technologies, Inc.
2050 Peabody Road
Suite 200
Vacaville, CA 95687

Attention:     David Schwarezel / Robert Clay

Reference:     Wahiawa WWTP Effluent Reuse
               And Reservoir Outfall Adjustment Project

Subject:       UV Equipment

*Sent via Fax 707-469-2688*

Gentlemen,

Confirming our phone conversation concerning the above referenced project and UV Equipment. It has been requested by GMP Associates, Inc., Project Construction Managers, that Bodell Construction provide the Trojan UV 4000 medium pressure UV lamp technology for the project and that the base bid equipment will no longer be considered. Based on this instruction, we ask that Trojan Technologies provide current pricing for the supply of UV Equipment as required by the plans and specifications for the Wahiawa WWTP project. Along with this pricing we will require that you provide submittal data and equipment delivery schedule for this supply.

We further request that Trojan Technologies provide this pricing and supply through their mainland representative, Mr. Mike Brown of the Coombe-Hopkins Company of Phoenix, AZ office.

As discussed, timing of this pricing for this system is of very high importance in order to maintain project schedules. Your efforts in this matter is greatly appreciated.

Should you have any questions, please contact the undersigned.

Sincerely,

Bodell Construction Company

LeRoy Humke
General Manager
Industrial Division

CC:    Gary Jeppson

**Highly-Confidential**                                              TROJ0005637