# EXHIBIT 76





PLAINTIFF'S
EXHIBIT NO. 44
FOR IDENTIFICATION
DATE: 9-1-04

# FAX TRANSMISSION COVER SHEET

**DATE:** October

**TO:** Bodell Construction - Wahiawa          **FAX:** (808) 622-2752

**ATTN:** Gary Jeppson

**CC:** Leroy Humpke,

**FROM:** Greg Ellner

**SUBJ:** Wahiawa & Kailua

**This fax consists of ( 2 ) page(s) including this page - No originals to follow**

Gary,

Kailua:

I am bringing the monochrome screen with me.

I will attempt to make the change to the flow pacing feature of our system per Tom Swan's fax of 10/18. There is a charge associated with this change.

Please email me the name and phone number of the electrical contractor who worked on Kailua as I may need their assistance during the screen swap out.

A response to your 10/17 letter is attached.


Wahiawa:

CA has approved our vertical UV systems for Title 22.

I will see you on Wednesday.

Greg

000265