# EXHIBIT 79





PLAINTIFF'S
EXHIBIT NO. 47
FOR IDENTIFICATION
9-1-04
DATE:   RPTR:

October 30, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: J. Gary Jeppson
SUBJ: UV System Submittal for Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment Job No. W10-99 - Specification 11376

Dear Mr. Jeppson:

In reference to the submittal comments offered by GMP, we are pleased to provide the additional information contained herein and to be present in our submittal.

Compliance with Title 22 is required for this project. As the specification contains confusing and in some cases conflicting information per Title 22, your assistance in providing written direction from the owner regarding these confusing areas would be helpful. As interpretation of the confusing information is not presently available to UltraTech we have offered multiple responses to address possible interpretations of the specification regarding flow range and dosage.

1. *Provide all input parameters and assumptions used in the calculation for intensity, including the size of the array used by the program.*

    All information pertaining to the UV intensity calculation is provided in section 3 of our submittal. The information is in the form of print out of the UVDIS 3.1 software utilizing a 4 x 4 array. The calculated UV intensity was 6,021.75 $\mu W/cm^2$.

000270

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

2. *Provide dosage and hydraulic calculations for peak wet weather flow.*

   Dosage & Hydraulic calculations for the specified peak wet weather flow of 6.5 MGD are present in section 3 of the submittal. (The dose calculation was performed per Title 22 which requires UV lamp output of no more than 70%.) The specification calls for UV lamp output of more than 70%. Should the specification be followed, the amount of UV equipment necessary to achieve the requested calculated dose would be reduced.

   The current version of the <u>UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification</u> published by the National Water Research Institute forms the core of Title 22. There is no mention in Title 22 of "peak wet weather flow". Title 22 requires a UV system that is sized for "maximum week flow" and "peak flow (maximum day)". Section 2.3A.1.a. of the project specifications list 5 flow ranges. A written explanation of the flows and their corresponding relation to the performance requirement of 2.3.B.4. would be appreciated. We have included hydraulic and dose calculations for 3.5 and 2.5 MGD.

3. *Provide an installation list for the type of equipment proposed, i.e., horizontal low pressure units.*

   The list contained in this submittal contains both horizontal and vertical UV systems. A system with the designation "E" has horizontal lamp orientation while "T" exhibits vertical lamp orientation. Both our horizontal lamp - Eliminator™ series and vertical lamp - Terminator™ series UV systems use the same UV lamps, ballasts, and control circuit cards. Systems designated with an "*" have not been in operation for 1 year.

4. *Provide an analysis by a third party that shows operation of this equipment will not interfere with other plant equipment (refer to paragraph 1.3B).*

   The UV system will not interfere with the operation of other plant equipment. An independent report detailing total harmonic distortion of less than 10% has been placed in section 1 of the submittal.

5. *Cleaning station is located in roadway and this is not acceptable.*

   The location of the cleaning station and crane is flexible. We will relocate the station to the south side of the channel opposite the roadway. Drawings showing this change are to be provided.



6. *Equipment is shown on the walkway provided for operator access. This is not acceptable.*

   The control box is shown in a recommended location, it was not our intent to place it in a walkway. We would be pleased to relocate the control box to a more desirable location, kindly advise.

7. *UV supplier shall provide effluent weir. Provide details for this weir. It is unacceptable that it be provided by others.*

   The contract to provide equipment on this project is with Bodell Construction who will be providing the weir and information regarding it. UltraTech will review the weir submittal to verify compatibility with the UV equipment. See Bodell Construction Submittal #26 located in the submittal.

8. *Specifications require a dose pacing system. Provide details on this system.*

   UltraTech equipment utilizes UV lamps that are either on or off, lamp intensity can not be varied thus a dose pacing system is not applicable to our equipment. The dose pacing system as specified is part of a proprietary piece of equipment manufactured by Trojan Technologies.

   The purpose of dose pacing is to save energy and to maximize the useful life of UV lamps. To accomplish this, the submitted equipment turns on and off UV lamps in direct proportion to a signal provided by the effluent flow meter. This method of "flow pacing" allows our horizontal system to have up to 5 increments of operation - proportional to effluent flow. Our vertical UV system can provide up 20 increments of operation in direct proportion to effluent flow.

   Please note that at the Average flow of 2.5 MGD the specified UV system would draw about 200 kW of power while the UltraTech horizontal system requires only 35 kW of power. At 10¢ per kWH the yearly savings on power alone associated with our horizontal equipment is $144,540. A further savings of 14 kW ($12,264) is provided by a vertical UV system. The yearly power savings associated with our vertical system at 2.5 MGD is $156,804 over the specified system. Additional savings of $5,500 is associated with our vertical system as the annualized number of UV lamps requiring replacement will be reduced by 224.



000272

9. *Provide UV transmission monitor as required by the specification.*

   A UV transmission measuring at 254nm spectrophotometer will be provided. This unit reads out in 0-100% scale. A cut sheet is located in section 5 of the submittal. This a laboratory based unit which requires that an operator introduce a sample to the unit each time a reading is desired.

10. *It is our understanding that the channel as designed must be modified to accommodate this equipment. Provide design drawings for this modification as called for in paragraph 1.3A*

    This is being handled by Bodell Construction who will coordinate the structure for the UV equipment. Bodell has placed within the UltraTech submittal the requested information.

11. *Specification requires that the system be tested to meet California Title 22 or Hawaii R-1. Provide test data.*

    Title 22 does not require that a UV system be tested. The UltraTech UV system that is submitted is a conforming UV system and Title 22 approved. Documentation by the California Department of Health Services attesting to Title 22 approval is contained in this submittal, section 1.

12. *Provide a hoist as is necessary for cleaning. The hoist is part of the cleaning station and must be provided by the UV equipment supplier.*

    The contract to provide equipment on this project is with Bodell Construction who will be providing the hoist and information regarding it. The requested information is located within the UltraTech submittal by Bodell.

13. *Verify that the alarms are as called for in the contract drawings.*

    We verify that all alarms applicable to our equipment shall be provided. These alarms are all listed in detail in the operating section of the submittal.

14. *Provide details on the drain for the cleaning station.*

    The stainless cleaning tank liner shall be provided with a 2" NPT female coupling in a suitable location. Draining of this tank will accomplished by a portable submersible complete with quick connect and flexible hose. The discharge of this pump to be at the plant's backwash pump station.


UltraTech systems Inc

000273

15. *Spare parts: Provide 5% of the Total ballasts furnished with the system; and cleaning solution.*

> 5% of the ballasts shall be provided along with 100 lbs of anhydrous citric acid.

16. *Provide warranty for UV lamps.*

> The lamp warranty can be found in the "Equipment Warranty" section of this submittal, section 9.

17. *Provide Chemical pump as required for the cleaning station*

> PVC diffusers are located in the bottom of the cleaning tank. A blower has been provided to generate air turbulence that causes agitation (see tab 5). A pump for cleaning is not required.

18. *Provide grating and rubber mats as required by specifications*

> The contract to provide equipment on this project is with Bodell Construction who will be providing the grating and rubber mats and information regarding them see Bodell Construction submittal #26 - excerpt contained herein.

We look forward to a receiving a submittal review & response.

Sincerely,

UltraTech Systems, Inc.
Greg E. Ellner



000274