# EXHIBIT 81

 

# FAX TRANSMISSION COVER SHEET

**DATE:** November 2, 2000

**TO:** Bodell Construction - Wahiawa   **FAX:** (808) 622-2752

**ATTN:** Gary Jeppson

**cc:** Paul Scott, Mark Baker, Eric Gulak

**FROM:** Greg Ellner

**SUBJ:** Wahiawa Resubmittal

**This fax consists of ( 6 ) page(s) including this page  -  No originals to follow**

Gary,

Thanks to the hard work of Mark Baker & Eric Gulak it is my understanding from speaking with Leroy that you have a complete submittal for both the vertical and horizontal UV systems.

When you deliver the submittal to GMP I would appreciate being informed if they accept it. Today I can be reached at (914) 241-2174  fax (914) 241-7955.

As you are well aware there is a differing of opinion in how the specification is to be interpreted regarding the sizing of the UV equipment. As we agreed, the submittal reflects the worst case scenario, the greatest flow (6.5 MGD) combined with the least amount of UV lamp output (70%).

As an aside from the submittal, to have in your files, attached is what we feel is the correct interpetation of the specification along with dosage calculations based on the reduced size UV system.

Good luck with today's meeting and let us know how we can help.

**THIS MESSAGE IS FOR THE NAMED PARTY ABOVE. ITS CONTENTS INCLUDING ATTACHMENTS MAY RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER. SHOULD ANYONE RECEIVE THIS TRANSMISSION IN ERROR PLEASE CONTACT THE SENDER IMMEDIATELY BY PHONE AT THE NUMBER BELOW. THANK YOU.**

000275

Regards,
Greg

000276



UltraTech's interpretation of the specification is as follows:

A.  UV lamp output of more than 70%

B.  UV treatment of 3.5 MGD requiring a dose of 100 mw/cm$^2$.

C.  UV treatment of 2.4 MGD requiring a dose of 140 mw/cm$^2$.

D.  UV system must be able to pass hydraulically 6.5 MGD

Based on the above the UV system can be reduced in size.

The submiited Horizontal UV system consist of 5 banks of UV lamps. Each bank is 17 modules wide and 16 modules deep for a total of 1,360 UV lamps. 1,088 lamps are required for disinfection and 272 are redundant.

The submitted Vertical UV system consists of 10 pairs of 40 lamp UV modules. The modules comprise 20 banks of 40 lamps each for a total of 800 UV lamps. 19 of the banks = 760 UV lamps are required for disinfection with 1 bank of 40 lamps being redundant.

Assuming that B. & C. are correct, and factoring in the requirment of A., the Horizontal UV system can be reduced from 5 banks to 4 banks. Each bank would consist of 17 - 12 lamp UV modules for a total of 816 UV lamps. The channel width would remain the same as submitted but the submerged portion would decrease from 48" to 36".

Assuming that B. & C. are correct, and factoring in the requirment of A., the vertcal UV system can be reduced from 10 pairs of modules to 6 pairs of UV modules. The channel dimensions remain the same but the modules would occupy less of the channel length.

The following pages are the dose calculations for the reduced systems at flows of 3.5 MGD and 2.4 MGD.

000277



# HORIZONTAL SYSTEM UV DOSAGE CALCULATION 3.5 MGD
## 3 of the 4 banks in service

The following is based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection. (EPA/625/1-86/021) Nominal average intensity is per EPA UVDIS 3.1 software.

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 66.00 | in. | 167.64 | cm |
| w = width of UV bank | 51.00 | in. | 129.54 | cm |
| h - Nominal effluent height | 36.00 | in. | 91.44 | cm |
| Q = max flow through one channel | 2,431 | GPM | | |
| n = number of banks per channel | 3 | | | |
| Lm = Lamps per UV module | 12 | | | |
| Mc = Number of Modules across channel | 17 | | | |

**Calculations**

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp = $((S \times h / Lm) - (Pi \times r^2)) / 1000$ | 8.98 | ltr. |
| D = UV density = $W / Vl$ | 2.97 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm$^2$ |
| Vr = Effluent volume in reaction area = $((w \times h) - (Lm \times Mc \times Pi \times r^2)) R \times n / 231$ | 1,452.62 | gal. |
| T = Retention Time in UV channel = $(Vr / Q) \times 60$ sec./min | 35.86 | sec. |
| UV Dosage | 105,807.63 | uW-sec/cm$^2$ |

000278



# HORIZONTAL SYSTEM UV DOSAGE CALCULATION 2.4 MGD
## 3 of the 4 banks in service

The following is based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection. (EPA/625/1-86/021) Nominal average intensity is per EPA UVDIS 3.1 software.

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 66.00 | in. | 167.64 | cm |
| w = width of UV bank | 51.00 | in. | 129.54 | cm |
| h - Nominal effluent height | 36.00 | in. | 91.44 | cm |
| Q = max flow through one channel | 1,667 | GPM | | |
| n = number of banks per channel | 3 | | | |
| Lm = Lamps per UV module | 12 | | | |
| Mc = Number of Modules across channel | 17 | | | |

### Calculations

| | Value | Unit |
|---|---|---|
| Vl = Effluent volume per UV lamp = ((S x h / Lm) - (Pi x r$^2$)) / 1000 | 8.98 | ltr. |
| D = UV density = W / Vl | 2.97 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm$^2$ |
| Vr = Effluent volume in reaction area = ((w x h) - (Lm x Mc x Pi x r$^2$)) R x n / 231 | 1,452.62 | gal. |
| T = Retention Time in UV channel = (Vr / Q) x 60 sec./min | 52.29 | sec. |
| UV Dosage | 154,302.80 | uW-sec/cm$^2$ |

000273



UltraTech systems Inc

## VERTICAL SYSTEM UV DOSAGE CALCULATION 3.5 MGD
## 11 of the 12 banks in service

The following is based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection. (EPA/625/1-86/021) Nominal average intensity is per EPA UVDIS 3.1 software.

| Operational Data | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S1 = Lamp spacing along 22" side | 3.00 | in. | 7.62 | cm |
| S2 - Lamp spacing along 24" side | 2.75 | in. | 6.99 | cm |
| r = Outside radius of quartz jacket Q66D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV reaction volume | 22.00 | in. | 40.64 | cm |
| w = width of UV reaction volume | 24.50 | in. | 248.92 | cm |
| h - Nominal effluent height less bottom pan | 60.50 | in. | 153.67 | cm |
| Q = max flow through one channel | 2,433 | GPM | | |

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp | 12.51 | ltr. |
| D = UV density | 1.49 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,177.43 | uW/cm$^2$ |
| Vm = Effluent volume per module | 132.20 | gal. |
| Vr = Effluent volume in reaction area | 1,454.21 | gal. |
| T = Retention Time in UV channel | 35.87 | sec. |
| UV Dosage per channel | 108,574.72 | uW-sec/cm$^2$ |

000280


UltraTech systems Inc

## VERTICAL SYSTEM UV DOSAGE CALCULATION 2.4 MGD
## 11 of the 12 banks in service

The following is based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection. (EPA/625/1-86/021) Nominal average intensity is per EPA UVDIS 3.1 software.

| Operational Data | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S1 = Lamp spacing along 22" side | 3.00 | in. | 7.62 | cm |
| S2 = Lamp spacing along 24" side | 2.75 | in. | 6.99 | cm |
| r = Outside radius of quartz jacket Q66D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV reaction volume | 22.00 | in. | 40.64 | cm |
| w = width of UV reaction volume | 24.50 | in. | 248.92 | cm |
| h = Nominal effluent height less bottom pan | 60.50 | in. | 153.67 | cm |
| Q = max flow through one channel | 1,668 | GPM | | |

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp | 12.51 | ltr. |
| D = UV density | 1.49 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,177.43 | uW/cm² |
| Vm = Effluent volume per module | 132.20 | gal. |
| Vr = Effluent volume in reaction area | 1,454.21 | gal. |
| T = Retention Time in UV channel | 52.31 | sec. |
| UV Dosage per channel | 158,338.14 | uW-sec/cm² |

000281


UltraTech systems Inc