# EXHIBIT 83

Mike

| | |
|---|---|
| From: | Pearcey, Richard [RPearcey@trojanuv.com] |
| Sent: | Wednesday, November 15, 2000 12:43 PM |
| To: | Hawaii Eng Services - Mike Elhoff (E-mail) |
| Subject: | Wahiawa spec Comments |

Comments on Wahiawa spec related to Ultratech. It may be timely to go over
this stuff and any other dirt you have with GMP. Submittal response expected
by Friday. See PS below.

1.2A Ultratech dose not have 5 installation in the US using the horizontal
lamp system. They may refer to older systems sold by UVPS, Katadyn or IDI as
some employees are from these companies. Ultratech did not supply this
equipment. They do not have 5 systems on Title 22 with either horizontal or
vertical.

1.2B Ultratech system has not been tested nor certified for Title 22 of R1.
(This is being confirmed by Dave S through Rick Sakaji, sp?)

1.3B Ultratech would not have third party validation of EMI/RFI.

2.2C Even though the specification requires out of channel cleaning if
online chem/mech cleaning is not supplied, this section requires that
"continue disinfection while sleeves are being cleaned". If a complete bank
is to be lifted out then the only option is to have a redundant bank offline
that can be lifted inplace. This is not the same as the redundant bank that
is in the channel which is used for automatic redundancy.

2.3B 4a. Low pressure lamp output is not 70% at end of lamp life. Testing
shows that lamp output could be as low as 45% at end of lamp life.

2.4I Dose pacing that involve varying the UV output from the lamps is not
possible with low pressure lamps. The term "UV output or number of UV banks"
is intended to specify flexibility to do either. This should not be
interpreted as either option is acceptable.

2.4J All the requirements of the out of channel cleaning should be met.

PS Mike, I had interesting conversation with Bodel in Salt Lake.
Briefly;
- submittal is in, expecting response by Friday
- initial comments from GMP were not big issues and have been addressed in
resubmittal (i.e. cleaning tank on wrong side, weir to be supplied etc.)
- Ultratech has letter showing Title 22 approval
- Bodel is contracting either Black and Veatch or Montgomery Watson to
review spec and submittal to get third party opinion.

Richard Pearcey
Product Manager
519-457-2701 ext 2115

1

000078