# EXHIBIT 84

Case 1:03-cv-00706-JMS-LEK   Document 207-85   Filed 09/15/2006   Page 1 of 4



**ASSOCIATES, INC.**

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Job No. WJ0-99

Submittal 30B
Specification 11376
Ultraviolet Disinfection

| | |
|---|---|
| REVIEWED | |
| MAKE CORRECTIONS NOTED | |
| REVISE AND RESUBMIT | |
| REJECTED | X |

Corrections or comments made on the shop drawings during this review do not relieve the Contractor from compliance with the requirements of the drawings and specifications. This review is only for general compliance with the requirements of the contract documents. The Contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

GMP ASSOCIATES, INC.

By __LAM__          Date __11/28/00__

Remarks:

The resubmittal, 30B, is rejected due to noncompliance with the contract documents. The resubmittal has failed to show that UltraTech satisfies the qualification and testing requirements of Section 11376, paragraph 1.2A. In addition, UltraTech continues to choose not to provide the equipment and services as clearly called for in Section 11376. Specific responses to the vendor's response to each of our 18 comments are as follows:

C&C / Bodell
C019418

**EXHIBIT 29**

250030.016

1100 Alakea Street • Suite 1800 • Honolulu, Hawaii 96813-2833 • Telephone: (808) 521-4711 • Fax: (808) 538-3269
E-Mail: gmpassoc@lava.net

11-29-00   10:13AM   P02



**GMP ASSOCIATES, INC.**

Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30B
Specification 11376
Ultraviolet Disinfection
November 28, 2000
Page 2

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 1. | Accepted | None |
| 2. | Unacceptable | The UV manufacturer has not shown that the UV system proposed will achieve the performance required in Specification Section 11376, paragraph 2.3B. |
| 3. | Unacceptable | List of installation sites provided does not meet the requirements of Specification Section 11376, paragraph 2.3B. |
| 4. | Unacceptable | Analysis as required by the specifications showing that operation of this equipment will not interfere with other plant equipment at the project site was not provided. |
| 5. | Accepted | None |
| 6. | Unacceptable | Equipment remains in the walkway space making access difficult. |
| 7. | Unacceptable | Supply of the effluent weir by others is not acceptable. The specifications clearly call for the UV supplier to provide the effluent weir. |
| 8. | Unacceptable | The submittal does not provide a dose pacing system that will turn the UV lamps off and on in proportion to both flow and fluid transmittance as required to comply with the contract specification. |
| 9. | Unacceptable | The submittal does not provide an on-line transmission monitor as required to comply with the contract specification. |
| 10. | Acceptable | UV channel may need to be modified. |
| 11. | Unacceptable | The test data required by Specification Section 11376, paragraph 1.2A has not been submitted. |
| 12. | Unacceptable | Supply of the crane by others is not acceptable. Specifications require that the crane be provided by the UV supplier. |

C&C / Bodell
C019419

250030.016



ASSOCIATES, INC.                                                                Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30B
Specification 11376
Ultraviolet Disinfection
November 28, 2000
Page 3

| Comment No. | Response By Ultratech | Comment |
|---|---|---|
| 13. | Unacceptable | The submittal does not provide all alarms as required by the contract specifications. |
| 14. | Accepted | None |
| 15. | Accepted | None |
| 16. | Accepted | None |
| 17. | Unacceptable | Submittal does not provide a chemical pump as required per contract specifications. |
| 18. | Unacceptable | Supply of the grating and rubber mats by others is not acceptable. The specifications clearly call for the UV supplier to provide the grating and rubber mats. |

—End of Remarks—

C&C / Bodell
C019420

250030.016