# EXHIBIT 90

 **Trojan Technologies Inc.**
World Leader in UV Disinfection Systems



January 29, 2001

HAWAII ENGINEERING SERVICES          Fax #: (808) 262-7768 (066)
2234 Hoonee Place
Honolulu, HI. 96819

Attention: Michael Elhoff          Reference: Wahiawa, HI

Trojan Technologies, Inc. has recently received a Purchase Order for the Wahiawa, HI project. A review of our records regarding commissions on this project has revealed the information as summarized below.

You are asked to review this information and indicate your agreement with it by signing this letter in the space provided and transmitting a copy to our office. We appreciate your assistance in this matter and your efforts in ensuring that Trojan was selected as the equipment supplier on this project.

Best Regards,

Richard Pearcey
Trojan Technologies, Inc.

*************************************************************

Amount of Purchase Order:     $ 999,126 US

Commission Breakdowns

    Hawaii Engineering Services          $ 87,400
    Coombs Hopkins                       $ 10,000

Total Commission Payable:     $ 97,400 US

The figures given above accurately reflect our final discussions on this project prior to final project price submission.

_____          1/29/01
Signature                          Date

cc. Mike Brown – Coombs Hopkins

3020 Gore Road, London, Ontario, Canada N5V 4T7 • Telephone: (519) 457-3400 • Fax (519) 457-3030 • www.trojanuv.com

000036