IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>        Defendant.<br><br>_____<br><br>CITY AND COUNTY OF HONOLULU,<br><br>        Defendant and Third Party Plaintiff,<br><br>  vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>        Third Party Defendant.<br><br>_____ | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served on the parties listed below, at their last known address by hand-delivery or by U.S. mail, postage prepaid, addressed as follows:

TO: DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

BERT T. KOBAYASHI, JR., ESQ.
RONALD T. OGOMORI, ESQ.
GEORGE GUSMAN, ESQ.
Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

and

CARRIE K. OKINAGA, ESQ.
Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

DATED: Honolulu, Hawaii; September 15, 2006

_____
ADRIAN W. ROSEHILL
Attorney for Third-Party
Defendant/Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK
Attorney for Cross-Claim

Defendant/

Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.