# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | David Schulmeister |
| ATTYS FOR DEFT: | Ronald T. Ogomori<br>Adam Bialek |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record; **FTR**-Courtroom 7 |
| DATE: | 09/15/2006 | TIME: | 9:14-9:17; **FTR (9:18-9:25)** |

COURT ACTION:  EP: Status Conference Re: Settlement held.

Settlement on the Record as to Defendant City and County of Honolulu and certain claims held.  Terms stated.

Settlement is subject to City Council approval when City Council meets in executive session 10/25/06.

Magistrate Judge Leslie E. Kobayashi to recommend to Judge J. Michael Seabright to enter Order for Dismissal 10/27/06 after settlement terms are confirmed.

Submitted by: Warren N. Nakamura, Courtroom Manager