# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr.<br>Ronald T. Ogomori<br>Adam Bialek |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/15/2006 | TIME: | 10:30-10:40 |

COURT ACTION:  EP: Jury Selection/Trial is continued to 9:00 12/5/06, JMS.  Near trial deadlines to be re-issued.

Final Pretrial Conference as to remaining parties and claims held.

City and County of Honolulu: Trial Days: 5 to 7; Witnesses: 20; Exhibits: 1 to 200; Motion in Limine: 10.

Ohio Pacific Tech, Inc.: Trial Days: 3; Witnesses: 1 to 5; Exhibits: 300 series; Motions in Limine: 10.

Ultra Tech Systems, Inc: Trial Days: 1 to 2; Witnesses: 1 to 11; Exhibits: 400 Series; Motions in Limine: 10.

Submitted by: Warren N. Nakamura, Courtroom Manager