# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 03-00706JMS-LEK
CASE NAME: Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al.
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 09/15/2006                    TIME:

COURT ACTION:  EO: Jury Selection/Trial is continued to 9:00 12/5/06, JMS. Near trial deadlines to be re-issued. **Amended** Rule 16 Scheduling Order to be issued.

1.   Jury trial on December 5, 2006 at 9:00 a.m. before JMS
2.   Final Pretrial Conference **N/A**
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by **N/A**
5.   File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.   File other Non-Dispositive Motions by **N/A**
7.   File Dispositive Motions by **N/A**
8a.  File Motions in Limine by November 14, 2006
8b.  File opposition memo to a Motion in Limine by November 21, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12.  Discovery deadline **N/A**
13.  Settlement Conference set for **on call** before **LEK**
14.  Settlement Conference statements by **N/A**
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 21, 2006
21.  File Final witness list by November 14, 2006
24.  Exchange Exhibit and Demonstrative aids by November 7, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 14,

2006
26. File objections to the Exhibits by November 21, 2006
28a. File Deposition Excerpt Designations by November 14, 2006
28b. File Deposition Counter Designations and Objections by November 21, 2006
29. File Trial Brief by November 21, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager










CIVIL NO. 03-00706JMS-LEK;
Bodell construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al.;
Rule 16 Scheduling Conference Minutes
09/15/2006