ADRIAN W. ROSEHILL          3868-0
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 702
Honolulu, Hawaii 96813
(808) 526-0892
Attorney for ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK, ESQ.
WILSON ELSNER MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Attorneys for ULTRA TECH SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2006

at 2 o'clock and ___ min. ___ M
SUE BEITIA CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation, | CIVIL NO. CV03-00706 (HG-LEK) (Contract) |
| Plaintiff, | CERTIFICATE OF SERVICE [RE: CROSS-DEFENDANT/CROSS-CLAIM |
| vs. | PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation, | DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S PRETRIAL STATEMENT; CERTIFICATE OF SERVICE] |
| | Trial Date: |
| Defendant. | Date: October 17, 2006<br>Time: 9:00 a.m.<br>Judge: J. Michael Seabright |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
|           Defendant and Third Party Plaintiff, | ) ) ) ) ) |
| vs. | ) ) ) |
| ENGINEERED SYSTEMS, INC., | ) ) ) |
|           Third Party Defendant. | ) ) ) ) ) |

**CERTIFICATE OF SERVICE [RE: CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S PRETRIAL STATEMENT; CERTIFICATE OF SERVICE]**

The undersigned hereby certifies that on September 15, 2006, a copy of Cross-Defendant/Cross-Claim Plaintiff ULTRATECH SYSTEMS, INC., and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc.'s Pretrial Statement; Certificate of Service was duly served on the following parties via hand delivery, unless otherwise indicated:

TO: DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY


BERT T. KOBAYASHI, JR., ESQ.
RONALD T. OGOMORI, ESQ.
GEORGE GUSMAN, ESQ.
Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

and

CARRIE K. OKINAGA, ESQ.
Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

DATED: Honolulu, Hawaii; September 15, 2006

_____
ADRIAN W. ROSEHILL
OWEN H. MATSUNAGA
Attorney for Third-Party
Defendant/Cross-Claim Plaintiff
ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK
Attorney for Cross-Defendant/
Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.