Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI        5850-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>              Plaintiff,<br>     vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>              Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>CERTIFICATE OF SERVICE<br><br>[Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Pretrial Statement] |

*Caption continued*

Document ID: 368627v1_skh

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) ) |
| ENGINEERED SYSTEMS, INC., | ) ) |
|     Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| CITY AND COUNTY OF HONOLULU, | ) ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
|     Cross-Claim Defendant/Plaintiff. | ) ) ) |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Pretrial Statement filed September 15, 2006, was duly served on the following, in the manner indicated below, either by depositing the same in the United States Mail, postage prepaid, first class mail, by hand delivery, or electronically through CM/ECF on the date of filing:

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| DAVID SCHULMEISTER, ESQ.<br>KRISTIN S. SHIGEMURA, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>  Attorneys for Plaintiff<br>  BODELL CONSTRUCTION |  |  | X |
| RICHARD C. SUTTON, JR., ESQ.<br>Sakai Iwanaga & Sutton<br>City Financial Tower, Suite 2307<br>201 Merchant Street<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  OHIO PACIFIC TECH CORPORATION, Inc.,<br>  fka GMP ASSOCIATES, INC. |  |  | X |

|  | MAIL | HAND DELIVERY | ELECTRONICALLY |
|---|---|---|---|
| MAILE R. CHUN, ESQ.<br>Department of Corporation Counsel<br>530 S. King Street, Room 110<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendant<br>  CITY AND COUNTY OF HONOLULU |  |  | X |
| ADAM R. BIALEK<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3 Gannett Drive<br>White Plains, New York 10604-3407<br>  Attorney for Defendant<br>  ULTRA TECH SYSTEMS, INC. |  |  | X |
| ADRIAN W. ROSEHILL, ESQ.<br>STUBENBERG & DURRETT, LLP<br>Davies Pacific Center, Suite 2115<br>841 Bishop Street<br>Honolulu, Hawaii 96813<br>Attorneys for Third-Party Defendant<br>  ENGINEERED SYSTEMS, INC. |  |  | X |

Dated: Honolulu, Hawaii September 18, 2006.

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU