# EXHIBIT 1

FEB-17-'93 13:42   ID:ULTRATECH   TEL NO:914-241-7955   #077 P01



# On the Waterfront

Vol. 10 No. 2 — Infilco Degremont Newsletter for the Water and Wastewater Industry — Spring 1992

## IDI Now Offers Ultraviolet Treatment

Ultraviolet technology for municipal wastewater and residential potable water is an area of treatment that IDI has not offered its clients during its century long history. That is, not until recently, when IDI announced it had struck a deal with Katadyn Systems, Inc. (KSY), of Bedford Hills, New York. In late February, a License Agreement was obtained, which gave IDI exclusive rights to market Katadyn's ultraviolet treatment technology and which allowed IDI to purchase selected assets of KSY's operations.

As a result of the agreement, IDI has employed several of Katadyn's key employees to form the Aquaray™ UV group.

### Ultraviolet History

Founded in the early 1930's, Katadyn Systems has accumulated far more experience in the application of ultraviolet light for the destruction of waterborne microorganisms than any other firm in the industry. Many technological innovations, now regarded as UV industry standards, originated with this New York-based company. Over the years, KSY's team of engineers, bacteriologists and chemists has invented and perfected a long list of important advances in UV technology. Today, Aquaray™ Systems are in use in hundreds of installations, all over the world.

### Aquaray™ Ultraviolet Disinfection

Ultraviolet light has been used to effectively purify water for over 80 years. The early work in the field centered on the treatment of potable water supplies and industrial process water. Today, many products are manufactured or processed with high-purity water disinfected with ultraviolet light. This simple, safe form of light lends itself to a wide variety of applications in the food, beverage, pharmaceutical, and electronics industries.

Today, Aquaray™ Systems are in use in applications as diverse as semi-conductors, breweries, sewage treatment plants, off-shore oil rigs, domestic water wells, spas, and in the production of food and soft drink products. Specially designed ultraviolet purification systems have been developed for the treatment of as little as 10,080 gallons per day to as much as 115,000,000 gallons per day.

IDI's tradition in water and wastewater technology, and past history research and development, will serve to continue in the development of the Aquaray™ line of UV equipment. The new association promises to offer a complete range of systems for virtually every application of water disinfection.



*IDI now offers a wide range of ultraviolet disinfection systems for home, institutional, industrial, and municipal use.*

### Table of Contents:

Page 2:   Introducing A New Treatment System
Page 3:   Media Selection Made Easy
Page 4:   Deer Park, Texas Builds Its First Surface Water Treatment Plant
Page 5:   Don't Miss Us At AWWA - June 18 - 20th!
Page 6:   Teespit® Laboratories Provide A Glimpse Of The Future
Page 7:   "He Made Us A Hundred Million" ($100,172,508 To Be Exact)
Page 7:   IDI's All Over The Globe