# EXHIBIT 2

JUN-17-1997 16:43 FROM  WASTEWATER MGMT P&SC/E&C   TO              M AND E    P.02

JUN-16-97 MON 08:14  GMP ASSOCIATES



Post-It™ brand fax transmittal memo 7671 | # of pages ▶ 5
To: PO CHAN  From: Lee Mansfield
Co.: C+CHNL  Co.: GMP
Dept.: DWWM  Phone #: 521-4711
Fax #:       Fax #: 538-3269

ASSOCIATES, INC.

Engineers/Architects

June 13, 1997

Mr. James Honke, P.E.
Chief, Engineering and Construction
Department of Wastewater Management
City and County of Honolulu
650 South King Street
Honolulu, Hawaii 96813

ATTENTION MR. PO CHAN

Re: Kailua WWTP Disinfection Facility
    Preliminary Engineering Report
    Final Submittal, March 1997
    Comments by Dr. Bruce Bell, Ray Matasci
    and Lee A. Mansfield

Dear Mr. Honke:

We have reviewed the above-referenced report and offer the following comments:

1. **Redundancy Issue with Alternative B**

   We note that Alternate B, consisting of only one bank of bulbs per channel, provides no redundancy for meeting even the daily peak flows. We do not think this is acceptable.

2. **Medium Pressure In-Pipe Alternative**

   We believe it is imprudent to include the Medium Pressure In-Pipe Alternative in the final comparison, because, to date, this technology has been used primarily for drinking water applications. For wastewater applications, many of the project requirements are different, especially fouling and cleaning frequency. This type of equipment does not have the track record or process advantage to be given strong consideration for a facility the size of Kailua, when other good alternatives exist.

OPT2 00083

HONKE.LTR

................ Hawaii 96813-3915  •  Telephone: (808) 521-4711  •  Fax: (808) 538-3269

JUN-17-1997 16:44 FROM WASTEWATER MGMT P&SC/E&C TO   M AND E   P.03
JUN-16-97 MON 08:14   GMP ASSOCIATES   FAX NO.



ASSOCIATES, INC.                                               Engineers/Architects

Mr. James Honke, P.E.
Chief, Engineering and Construction
June 13, 1997
Page 2

3. **Labor Costs**

We continue to believe that the labor required for both the low- and medium-pressure systems have been grossly underestimated. Our experience indicates that three minutes per day for the medium pressure system is insufficient to do anything. Likewise, we do not believe that the required operation and maintenance can be performed on the low pressure system in the time allotted.

4. **Cost Comparison, Power Costs**

We believe that the power required at 15 MGD is in error for Alternative A. Although there are twice as many banks of lamps in Alternative A than Alternative B, the same number of banks will be turned on in both alternatives in order to disinfect an average flow of 15 MGD. Therefore, the 26 kW estimated for Alternative B should also be the estimate for Alternative A. This, again, will affect the cost comparison between the low- and medium-pressure unit.

It is our understanding power costs were calculated based on an average (constant) flow of 15 mgd and 70 percent transmittance. The report suggests the medium-pressure open-channel UV power costs would be three times higher than the low-pressure alternative, which is a much greater difference than would be expected under normal operating conditions. The low-pressure UV power requirements would likely be higher, because diurnal flows will exceed 15 mgd for a significant period of time during the day, requiring operation of one bank in each of the two channels. The medium-pressure UV power requirements would likely be lower, because the medium-pressure system has the ability to lower power input at flows below 15 mgd and transmittances higher than the design condition. In the end, when these factors are considered, we would not expect the medium pressure power requirements to be more than 30 to 40 percent more than the low-pressure requirements.

OPT2 00084

Civil No. 03-00706
Deposition of James Honke, Volume I, 04/25/2006                Exhibit 2-00014

JUN-17-1997 16:45 FROM WASTEWATER MGMT P&SC/E&C TO    M AND E    P.04
JUN-16-97 MON 08:15    GMP ASSOCIATES



ASSOCIATES, INC.                                                         Engineers/Architects

Mr. James Honke, P.E.
Chief, Engineering and Construction
June 13, 1997
Page 3

5. **Construction Costs**

   The construction cost for the medium-pressure system is, according to M&E Pacific, driven to a great extent by the required depth of the channel. Discussions with Trojan reveal that the channel depth can be reduced from 12 feet to 9 feet, while maintaining the other channel dimensions. We expect this would result in a notable reduction in estimated capital costs.

6. **Trojan Information**

   Trojan informed us that the number of bulbs in the current medium pressure design is 72, rather than the 84 contained in the report. This will have an effect on the cost estimates for items such as bulb and sleeve replacement disposal, etc.

7. **Non-Cost Considerations**

   The report provides some good discussion on non-cost factors for the various UV systems. However, this information was not used in the final comparison and development of recommendations. The existing cost comparison showed little difference in cost between the systems. In this case, other non-cost factors such as redundancy, ease of maintenance, ease of operation, flexibility, service record, etc., should be given more weight to help determine the best alternative. Perhaps a table of non-cost factors, along with a weighting, could be created to facilitate comparison between the alternatives on a non-cost basis.

8. **Site Layout**

   A detailed site layout, rather than manufactures' drawings, would be helpful in our review.

OPT2 00085

```
JUN-17-1997 16:45 FROM  WASTEWATER MGMT P&SC/E&C      TO                    M AND E      P.05
JUN-16-97 MON 08:16     GMP ASSOCIATES
```



**ASSOCIATES, INC.**                                                                 Engineers/Architects

Mr. James Honke, P.E.
Chief, Engineering and Construction
June 13, 1997
Page 4

9. **Recommended System**

   We are unable to recommend a choice at this time between Alternative A (low pressure system with two banks of lamps per channel) and the in-channel medium pressure units. The costs for the two systems are essentially identical. A number of factors prevent us from making a recommendation between the two choices.

10. **Competitive Bids**

    We agree that it would be desirable to competitively bid the low- and medium-pressure systems simultaneously, but we have concerns about the practicality of this approach. Because the systems are substantially different, it would be difficult to write a specification that allows a fair comparison of the two systems. Additionally, the additional cost of developing the alternative designs and bidding them separately may not be justified, given the cost difference is not substantial. A better approach may be to decide between the low- and medium-pressure systems at the Preliminary Engineering stage. If the low-pressure system is chosen, bid the alternate manufacturers. If the medium-pressure system is chosen, negotiate a sole-source price with Trojan. We recognize that there are methods to ensure a fair price.

11. **Kaneohe WWTP Disinfection**

    We agree with the logic used to arrive at the effluent limit of 700 enterococci/100ml. for the Kailua plant. This was determined by using the recreational waters standard of 7 enterococci/100ml. and a conservative dilution factor of 1:100 for the Mokapu Outfall. If only the Kailua plant discharges through the outfall, the effluent would meet the recreational waters limits outside of this zone of mixing. This would provide a powerful demonstration that should high enterococi counts be observed in near shore waters resulting in beach closures, it is most definitely not caused by the Mokapu Outfall.

OPT2 00086

```
JUN-17-1997  16:46  FROM    WASTEWATER MGMT P&SC/E&C    TO         M AND E       P.06
JUN-16-97 MON 08:18    GMP ASSOCIATES           FAX NO. 808 550 5255
```



ASSOCIATES, INC.                                                            Engineers/Architects

Mr. James Honke, P.E.
Chief, Engineering and Construction
June 13, 1997
Page 5

  Unfortunately, as noted in the report, the Kaneohe Marine Base Hawaii plant discharges to the outfall and is not disinfected. As a result, even if the Kailua plant were to discharge zero enterococci, effluent from the outfall would exceed recreational water standards as shown by M&E in Table 4. This will make it more difficult to argue conclusively that high enterococci levels in near shore waters are not due to discharges from the outfall. Therefore, we recommend that the City explore the possibility of having the Kaneohe plant disinfection for at least a portion of our five-year demonstration period in order that the effluent meets the recreational limit. We are hopeful that this will provide the opportunity for DWWM to demonstrate that the outfall is not cause for near shore pollution.

  The consent decree tasks us with providing a recommendation as to whether or not the project proceeds. We will make such a recommendation after review of the responses to our 11 comments.

                              Respectfully submitted for:
                              Dr. Bruce Bell, P.E.
                              Mr. Raymond Matasci, P.E.
                              Mr. Lee A. Mansfield, P.E.

                              Lee A. Mansfield

LAM:jd

OPT2 00087

TOTAL P.06