# EXHIBIT 3



**M&E Pacific, Inc.**
A Metcalf & Eddy Company

Suite 500, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
(808) 521-3051   FAX (808) 545-7948

10 July 1997

Mr. Po Chan
Department of Wastewater Management
City and County of Honolulu
650 South King Street
Honolulu, HI 96813

      Re:  Kailua WWTP Disinfection Facility
            Preliminary Engineering Report
            Final Submittal, March 1997
            <u>Comments by Dr. Bruce Bell, Ray Matasci and Lee A. Mansfield</u>

Dear Mr. Chan:

Our responses to the comments on the above-referenced report follow.

1. **Redundancy Issue with Alternative B**

   We agree that the low pressure alternative B is less dose redundant. However, this alternative provides flow redundancy. By this we mean that this alternative can treat more flow before being forced to bypass due to hydraulic constraints. This is because there are less bulbs in the channel to cause the headloss leading to the need to bypass. For this same reason, alternative B has a form of redundancy in the fact that one channel is able to accept a flow of 26 mgd, which is sufficient to handle the daily dry weather peak flows in case one of the channels is out of service.

   Neither low pressure alternative presented in the report is capable of treating 60 MGD. Combining untreated effluent with treated effluent tends to negate much of the effluent treatment. At flows in excess of 30 mgd, the ability to treat even at reduced doses results in significantly better bacteriological quality than the systems which have to bypass (at 36 mgd for the 4 bank low pressure system and at 30 mgd for the medium pressure systems). For flows of 40 and 60 mgd for example, alternative A would have between 3 and 5 times more enterococci in the plant effluent than alternative B. The medium pressure systems would likewise have between 5 and 7 times more enterococci in the plant effluent that alternative B. These higher enterococci levels would likely coincide with the occurance of high levels along the Kailua Bay shoreline, due to the wet weather runoff. Alternative B will minimize the chance of such a circumstantial coincidence.

Deposition Exhibit No. 2
Deposition of Honke
Date 4/25/06

PER_COMM.DOC

OPT2 00071

M&E Pacific, Inc.
Transmittal
07/11/97
Page 2

We have recently been looking at another system for consideration on the low pressure side and along the lines of alternative B which would in fact be able to treat the entire 60 mgd flow in two channels, albiet at the reduced dose of only 8 mW-s/cm2. This system is the Infilco Degremont Aqua 40 VLS Vertical Lamp System, which we now recommend be included in the acceptable alternatives. We believe that it is extremely important to be able to treat as much of the flow as possible at times of high flow because it is precisely at these times of heavy rainfall that high levels of enterococci are likely to show up at the shoreline of Kailua Bay. By having the most effective possible treatment at these times, the effect of treatment of the effluent can be evaluated most accurately.

For these reasons, we stand by our recommendation that the alternative B be considered as the primary recommendation for implementation. In the case of the Aqua 40 VLS system, alternative B would consist of two channels with three or four banks of 80 lamps each in each channel, to achieve a minimum dose of 16 mW-s/cm2 at 15 mgd per channel. This system also has the advantage that the dose can be adjusted to match the flow by turning individual lamp rows on and off.

2. Medium Pressure In-Pipe Alternative

While this alternative does not have the track record of the medium pressure open channel, it is included to provide for competitive bidding should the medium pressure option be selected. We have concerns regarding the ability to achieve a competitive bid from a sole source supplier.

M&E's Atlanta office recently included both the in-pipe system and the closed channel system in the bidding for a medium pressure UV disinfection system. Our mainland UV experts apparently felt that the two systems were good enough that both of them could be recommended to their client, and that the selection could be left to bidding. The closed channel system won the bidding. It was based on this in-house experience that we have included the Aquionics medium pressure system as a viable alternative. The Aquionics company has 70 years of experience with UV disinfection systems and are the only company to offer an alternative to the Trojan medium pressure, high intensity system.

OPT2 00072

**M&E Pacific, Inc.**
Transmittal
07/11/97
Page 3

3. Labor Costs

We agree that the labor cost estimates may be low. We are reviewing the basis for the estimates and it appears that they will be revised upwards. This review has also resulted in the adjustment of other estimated O&M costs. The medium pressure units now require 16 to 24 minutes per day, while the low pressure units now require 28 to 41 minutes per day. Revised O&M cost estimates for the alternatives are shown on the attached tables. While there are individual differences for each case, capital costs are two orders of magnitude larger and power costs are one order of magnitude larger than labor costs, and thus have greater impact on final cost.

4. Cost Comparison, Power Costs

We agree that the power requirements and costs for alternative A were overstated in the estimate. This has been corrected in the attached tables.

With respect to the relative efficiency of the different systems in converting electrical energy to germicidal UV radiation, we have re-investigated this issue based on the review comments. It is critical to get this one right as it has a significant bearing on power requirements and therefore on operating costs.

Manual of Practice FD-10, Wastewater Disinfection, put out by the Water Environment Federation (1996) has a good presentation related to this subject. On page 231 the output spectra of the two bulbs are compared, and on page 287 the relative output of the two types of bulbs is discussed. They state: *"The net effect is that the conversion of input energy to germicidal energy is 5 to 7 % for medium pressure lamps, compared to 30 to 35% for low pressure lamps."* This means that the low pressure lamps are between 4.3 and 7.0 times more efficient than the medium pressure lamps in producing germicidal UV radiation. In comparing the manufacturer's own data on power consumption and dose at maximum power, this same factor can be worked out to be about 2.5 to 3.2. While it is true that dimming the bulbs can save some power, the dimmed bulbs are even less efficient at producing UV radiation. Overall, we believe that the comparison of power at average daily flow is a fair representation of the average power consumption to be expected from the different systems. The difference between the two systems works out to be by a factor of 3 to 4 in power consumption to achieve the required dose at average flow of 15 mgd.

OPT2 00073

**M&E Pacific, Inc.**
Transmittal
07/11/97
Page 4

5. **Construction Costs**

   The UV 4000 is a deeper reactor than the UV 3000. In installations where dewatering is a concern, Trojan suggests raising the reactor up to 3 feet above ground to reduce excavation, thus the channel depth reduction from 12 feet to 9 feet. While this would reduce excavation costs, there would be no impact on concrete costs as channel sidewall heights will not change.

   However, for this particular case the hydraulics of the reactor and the necessity of maintaining reactor submergence govern the depth of the reactor at 12 feet, and no excavation savings can be realized for this reason.

6. **Trojan Information**

   Per our discussions with Trojan the 72 lamp figure does not apply to this particular application. Trojan has confirmed the figure of 84 lamps for the Kailua WWTP. The reason for this higher number is that the reactor with 72 lamps would have too great a head loss at 30 mgd for the existing head available. In other words, a reactor with 72 lamps would not be able to accept the required flow of 30 mgd because of hydraulic head loss limitations.

7. **Non-Cost Cosiderations**

   We believe that the recommended solution, alternative B with the low pressure system, satisfies all of the project requirements and is by far the most cost effective solution, both in terms of construction cost and in terms of operations and maintenance costs. In terms of Net Present Worth costs, it is $400,000 cheaper than any other alternative. We agree that non-cost factors can be very important, so we have worked up the attached table X. to evaluate and compare these factors for the different alternatives. As can be seen, the low pressure alternatives score higher than the medium pressure systems, with the alternative B scoring best. For the medium pressure systems, the open channel system scores better than the in-pipe system.

   The non-cost factors evaluation reinforces the recommendation for the low pressure alternative B to be chosen for implementation.

8. **Site Layout**

   Alternative system locations are shown in Figure 6. Detailed layouts are not available at this time because no single system has been selected. In general, the systems considered all have about the same footprint, so there is no real differentiator there.

OPT2 00074

**M&E Pacific, Inc.**
Transmittal
07/11/97
Page 5

9. Recommended System

   We stand by our recommendation of the Low Pressure Alternative B as being the least cost while satisfying the project requirements, in some cases even better than the more costly alternatives. The second best alternative is Low Pressure Alternative A. This system is estimated to cost the same as the open channel medium pressure system to construct, but its operating costs at $52,000 per year are only one half as much as the operating costs for the medium pressure system. Although it has over 10 times as many bulbs as the medium pressure system, the actual number of bulbs to be replaced annually is only double that of the medium pressure system because the bulb life in the low pressure system is so much better than the medium pressure system. Furthermore, bulb replacement is a simpler process with the low pressure system so that the actual work and cost involved is expected to be very similar for the two systems.

10. Competitive Bids

    As stated above, we believe that the first and second choices are both low pressure systems. Either of these two alternatives can be easily competitively bid. In this regard, we would also review our earlier evaluation of the various competitors in this market to include as many as possible in the competition, provided they can meet specific design and performance criteria to be formulated.

    If it were decided to include the medium pressure systems as candidates, then we would recommend that the low pressure systems be bid along with them. In this case, the final selection should be based on a present worth analysis since the expected operating costs of the medium pressure systems are so much more than the low pressure systems.

11. Kaneohe WWTP Disinfection

    Having the city treat KMCBH effluent is outside the scope of this report. We agree that the KMCBH effluent is a nuisance and a hinderance to the effective implementation of this project. Providing disinfection to it for a period of time may be desireable during the study of the effects of disinfecting the Kailua WWTP effluent. Enterococci concentrations in the mix of the two effluents can only be reduced by one order of magnitude by treating the Kailua effluent only, while two orders of magnitude would be achievable by disinfecting both flows. The solution of this situation does not appear to be a simple matter, and we fully support the idea that some kind of a solution should be found. However, this issue is not a part of the present project. Because we have not really looked into the situation to any depth, we do not feel qualified to propose any particular solution.

OPT2 00075

Exhibit 2-00006

**M&E Pacific, Inc.**
Transmittal
07/11/97
Page 6

We trust that these answers will clarify the issues raised by the Project Advisory Group, copy attached. We remain available to answer whatever comments they may have to our answers.

Sincerely yours,

*[signature]*

Floyd K. Mitchell, P.E.
Vice President & Project Director

OPT2 00076

Table 6. Summary Cost Comparison of Alternatives

Revised 7/10/97 In Response to Review Comments

| | Low Pressure Alt. A | Low Pressure Alt. B | Med Pressure Open Channel | Med Pressure In-Pipe |
|---|---|---|---|---|
| **Construction Cost** | | | | |
| Civil/Structural | $1,095,500 | $999,400 | $1,118,000 | $930,800 |
| Mechanical | $705,300 | $508,600 | $678,700 | $620,900 |
| Electrical | $118,400 | $118,400 | $118,400 | $118,400 |
| Other | $365,800 | $330,500 | $365,300 | $336,800 |
| Total | $2,285,000 | $1,956,900 | $2,280,400 | $2,006,900 |
| Total + Contingency | $2,852,000 | $2,458,500 | $2,850,400 | $2,504,600 |
| **Annual Operation & Maintenance** | | | | |
| Power | $22,800 | $22,800 | $69,204 | $94,600 |
| Materials | $22,300 | $20,700 | $30,641 | $25,100 |
| Labor Hours | 255 | 168 | 144 | 96 |
| Total Annual O&M | $52,700 | $48,500 | $104,200 | $122,500 |
| Total + 30% Contingency | $68,600 | $63,100 | $135,400 | $159,300 |
| 5-yr O&M NPW | $228,400 | $210,200 | $451,000 | $530,590 |
| 5-yr O&M NPW + 30% | $296,900 | $273,200 | $586,400 | $689,800 |
| **Total Estimated Net Present Worth, Construction Plus O&M** | | | | |
| NPW without 30% cont. | $2,513,400 | $2,167,100 | $2,731,400 | $2,537,490 |
| NPW with 30% cont. | $3,148,900 | $2,731,700 | $3,436,800 | $3,194,400 |

44

COST1002.XLS!Summary

OPT2 00077

Civil No. 03-00706
Deposition of James Honke, Volume I, 04/25/2006

Exhibit 2-00007

Annual O&M Cost
Low Pressure System

| Annual Operation & Maintenance Cost, Low Pressure (2 Channel Alt A) | | | | | | Modified 7/10/97 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | In response to Review Comments | |
| Labor Rate | 30 | $/hr | | | | | | |
| NPV Factor | 4.33 | (P/A, 5%, 5 yr) | | | | | | |
| Lamp Life | 13,000 | hours | | WEF, 1996 | | | | |
| Total No. of Lamps | 1,152 | | | | | | | |
| No. Lamps on at Avg Flow | 288 | | | | | | | |
| Ballast Life | 10 | years | | Darby, 1995; EPA, 1996 | | | | |
| Sleeve Life | 5 | years | | Darby, 1995; EPA, 1996 | | | | |
| Cleaning Frequency | 13 | weeks | | | | | | |
| | | | Material | | | Labor | | |
| | Qty | Unit | Cost/Unit | Subtotal | Hrs/Unit | Tot Hrs | Subtotal | Total |
| Power | 227,760 | kW-hr | $0.10 | | | | | $22,776 |
| Lamp Replacement | 213 | lamp | $45 | $9,606 | 0.17 | 36.29 | $1,089 | $10,695 |
| Disposal | 213 | lamp | $1.49 | $319 | 0.08 | 21.08 | $632 | $951 |
| Sleeve Replacement | 86 | sleeve | $40 | $3,456 | 0.17 | 14.69 | $441 | $3,897 |
| Ballast Replacement | 47 | ballast | $100 | $4,700 | 0.17 | 7.83 | $235 | $4,935 |
| Cleaning | 16 | bank | | | 2.00 | 32.00 | $960 | $960 |
| Chemicals | 192 | gal | $15 | $2,880 | 0.10 | 19.20 | $576 | $3,456 |
| Dip Tank & Crane | 1 | LS | $50 | $50 | 32.00 | 32.00 | $960 | $1,010 |
| Regular/Misc Maint | 1 | LS | $1,295 | $1,295 | 0.08 | 92.16 | $2,765 | $4,060 |
| | | | | | | | | |
| Material Subtotal | | | | $22,306 | | | | |
| Labor Hours Subtotal | | | | | | 255 | | |
| Labor Subtotal | | | | | | | $7,657 | |
| Annual Subtotal | | | | | | | | $52,740 |
| 5-year NPV Total | | | | | | | | $228,363 |
| Annual Subtotal w/ 30% Contingency | | | | | | | | $68,562 |
| 5-year NPV Total (w/ 30% Contingency) | | | | | | | | $296,873 |
| | | | | | | | | |
| Assumptions: | | | | | | | | |
| Constant 24 hour operation. | | | | | | | | |
| Items based on average flow of 15 MGD. | | | | | | | | |
| Lamp Disposal labor includes packaging of lamps and transport. | | | | | | | | |
| 10% breakage due to large (16x18 lamps) banks | | | | | | | | |
| Regular/Misc Maint: | Material cost based on 5% of parts replacement and cleaning cost. | | | | | | | |
| | Labor cost based on 5 min/lamp. | | | | | | | |
| Cleaning: | 2 hrs/bank | | | | | | | |
| Lime-a-Way used for chemical cleaning. | | | | | | | | |

OPT2 00078

COST1002.XLS\LP2 AltA O&M                                              7/10/97

Annual O&M Cost
Low Pressure System

| Annual Operation & Maintenance Cost, Low Pressure (2 Channel Alt B) | | | | | Modified 7/10/97 | | |
|---|---|---|---|---|---|---|---|
| | | | | | In response to Review Comments | | |
| Labor Rate | 30 | $/hr | | | | | |
| NPV Factor | 4.33 | (P/A, 5%, 5 yr) | | | | | |
| Lamp Life | 13,000 | hours | WEF, 1996 | | | | |
| Total No. of Lamps | 576 | | | | | | |
| No. Lamps on at Avg Flow | 288 | | | | | | |
| Ballast Life | 10 | years | Darby, 1995; EPA, 1996 | | | | |
| Sleeve Life | 5 | years | Darby, 1995; EPA, 1996 | | | | |
| Cleaning Frequency | 13 | weeks | | | | | |
| | | | Material | | Labor | | |
| | Qty | Unit | Cost/Unit | Subtotal | Hrs/Unit | Tot Hrs | Subtotal | Total |
| Power | 227,760 | kW-hr | $0.10 | | | | | $22,776 |
| Lamp Replacement | 213 | lamp | $45 | $9,606 | 0.17 | 36.29 | $1,089 | $10,695 |
| Disposal | 213 | lamp | $1.49 | $319 | 0.08 | 21.08 | $632 | $951 |
| Sleeve Replacement | 86 | sleeve | $40 | $3,456 | 0.17 | 14.69 | $441 | $3,897 |
| Ballast Replacement | 47 | ballast | $100 | $4,700 | 0.17 | 7.83 | $235 | $4,935 |
| Cleaning | 8 | bank | | | 2.00 | 16.00 | $480 | $480 |
| Chemicals | 96 | gal | $15 | $1,440 | 0.10 | 9.60 | $288 | $1,728 |
| Dip Tank & Crane | 1 | LS | $50 | $50 | 16.00 | 16.00 | $480 | $530 |
| Regular/Misc Maint | 1 | LS | $1,161 | $1,161 | 0.08 | 46.08 | $1,382 | $2,543 |
| Material Subtotal | | | | $20,732 | | | | |
| Labor Hours Subtotal | | | | | | 168 | | |
| Labor Subtotal | | | | | | | $5,027 | |
| Annual Subtotal | | | | | | | | $48,535 |
| 5-year NPV Total | | | | | | | | $210,157 |
| Annual Subtotal w/ 30% Contingency | | | | | | | | $63,096 |
| 5-year NPV Total (w/ 30% Contingency) | | | | | | | | $273,204 |

Assumptions:

Constant 24 hour operation.
Items based on average flow of 15 MGD.
Lamp Disposal labor includes packaging of lamps and transport.
10% breakage due to large (16x18 lamps) banks
Regular/Misc Maint: Material cost based on 5% of parts replacement and cleaning cost.
Labor cost based on 5 min/lamp.
Lime-a-Way used for chemical cleaning.

OPT2 00079

COST1002.XLS\LP2 AltB O&M                                                                 7/10/97

Annual O&M Cost
Medium Pressure System

| Annual Operation & Maintenance Cost, Open Channel Medium Pressure | | | | | Modified 7/10/97 | | |
|---|---|---|---|---|---|---|---|
| | | | | | In response to Review Comments | | |
| Labor Rate | 30 | $/hr | | | | | |
| NPV Factor | 4.33 | (P/A, 5%, 5 yr) | | | | | |
| Lamp Life | 7,000 | hours | | WEF, 1996 | | | |
| Total No. of Lamps | 84 | | | | | | |
| No. Lamps on at Avg Flo | 42 | | | | | | |
| Ballast Life | 20 | years | | Trojan, 1997 | | | |
| Sleeve Life | 10 | years | | Trojan, 1997 | | | |
| Wiper Life | 1 | years | | | | | |
| | | | Material | | Labor | | |
| | Qty | Unit | Cost/Unit | Subtotal | Hrs/Unit | Total Hrs | Subtotal | Total |
| Power | 692,040 | kW-hr | $0.10 | | | | | $69,204 |
| Lamp Replacement | 105 | lamp | $200 | $21,000 | 0.20 | 21.00 | $630 | $21,630 |
| Disposal | 105 | lamp | $0.42 | $44 | 0.08 | 10.40 | $312 | $356 |
| Sleeve Replacement | 8 | sleeve | $225 | $1,890 | 1.00 | 8.40 | $252 | $2,142 |
| Ballast Replacement | 4 | ballast | $900 | $3,780 | 1.00 | 4.20 | $126 | $3,906 |
| Cleaning | | | | | | 0.00 | | |
| Chemicals | 2 | gal | $15 | $30 | 1.00 | 2.00 | $60 | $90 |
| Wiper Replacement | 84 | wiper | $28 | $2,352 | 0.17 | 14.00 | $420 | $2,772 |
| Regular/Misc Maint | 1 | LS | $1,545 | $1,545 | 1.00 | 84.00 | $2,520 | $4,065 |
| Material Subtotal | | | | $30,641 | | | | |
| Labor Hours Subtotal | | | | | | 144 | | |
| Labor Subtotal | | | | | | | $4,320 | |
| Annual Subtotal | | | | | | | | $104,165 |
| 5-year NPV Total | | | | | | | | $451,034 |
| Annual Subtotal w/ 30% Contingency | | | | | | | | $135,414 |
| 5-year NPV Total w/ 30% Contingency | | | | | | | | $586,344 |
| Assumptions: | | | | | | | | |
| Constant 24 hour operation. | | | | | | | | |
| All items based on average flow of 15 MGD. | | | | | | | | |
| Lamp Disposal labor includes packaging of lamps and transport. | | | | | | | | |
| Regular/Misc Maint: | Material cost based on 5% of parts replacement and cleaning cost. | | | | | | | |
| | Labor based on 60 min per lamp per year | | | | | | | |
| Lime-a-Way used for chemical cleaning. | | | | | | | | |

OPT2 00080

COST1002.XLS\MP O&M                                              7/10/97

Annual O&M Cost
Medium Pressure System

| Annual Operation & Maintenance Cost, In-Pipe Medium Pressure | | | | | | Modified 7/10/97 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In response to Review Comments | | |
| Labor Rate | 30 | $/hr | | | | | | |
| NPV Factor | 4.33 | (P/A, 5%, 5 yr) | | | | | | |
| Lamp Life | 7,000 | hours | | WEF, 1996 | | | | |
| Total No. of Lamps | 72 | | | | | | | |
| No. Lamps on at Avg Flow | 36 | | | | | | | |
| Ballast Life | 20 | years | | Trojan, 1997 | | | | |
| Sleeve Life | 5 | years | | Aquionics, 1997 | | | | |
| Wiper Ring Life | 1 | years | | Aquionics, 1997 | | | | |
| | | | Material | | | Labor | | |
| | Qty | Unit | Cost/Uni | Subtotal | Hrs/Unit | Total Hrs | Subtotal | Total |
| Power | 946,080 | kW-hr | $0.10 | | | | | $94,608 |
| Lamp Replacement | 90 | lamp | $200 | $18,000 | 0.17 | 15.30 | $459 | $18,459 |
| Disposal | 90 | lamp | $0.42 | $38 | 0.08 | 9.20 | $276 | $314 |
| Sleeve Replacement | 14 | sleeve | $200 | $200 | 0.17 | 2.40 | $72 | $272 |
| Ballast Replacement | 4 | ballast | $100 | $360 | 0.17 | 0.60 | $18 | $378 |
| Cleaning | | | | | | 0.00 | | |
| Chemicals | 1052 | liter | $3 | $3,156 | 0.02 | 21.04 | $631 | $3,787 |
| Wiper Ring Repl | 72 | ring | $28 | $2,016 | 0.16 | 11.52 | $346 | $2,362 |
| Regular/Misc Maint | 1 | LS | $1,279 | $1,279 | 0.50 | 36.00 | $1,080 | $2,359 |
| | | | | | | | | |
| Material Subtotal | | | | $25,048 | | | | |
| Labor Hours Subtotal | | | | | | 96 | | |
| Labor Subtotal | | | | | | | $2,882 | |
| **Annual Subtotal** | | | | | | | | $122,538 |
| 5-year NPV Total | | | | | | | | $530,590 |
| Annual Subtotal w/ 30% Contingency | | | | | | | | $159,300 |
| 5-year NPV Total w/ 30% Contingency | | | | | | | | $689,767 |
| | | | | | | | | |
| Assumptions: | | | | | | | | |
| Constant 24 hour operation. | | | | | | | | |
| All items based on average flow of 15 MGD. | | | | | | | | |
| Lamp Disposal labor includes packaging of lamps and transport. | | | | | | | | |
| Regular/Misc Maint: | Material cost based on 5% of parts replacement and cleaning cost. | | | | | | | |
| | Labor cost based on 30 min per lamp per year. | | | | | | | |
| Lime-a-Way used for chemical cleaning. | | | | | | | | |

OPT2 00081

COST1002.XLS\Aq O&M    7/10/97

Sheet1

### TABLE X. EVALUATION OF NON-COST FACTORS

| FACTOR / CHARACTERISTIC DESCRIPTION | LOW PRESSURE / LOW INTENSITY Alternative A | LOW PRESSURE / LOW INTENSITY Alternative B | MEDIUM PRESSURE / HIGH INTENSITY Open Channel | MEDIUM PRESSURE / HIGH INTENSITY In-Pipe |
|---|---|---|---|---|
| Low Headloss / Can Treat More Flow | 7 | 10 | 2 | 2 |
| Flow Pacing / adjust Power to Match Flow | 5 | 5 | 8 | 7 |
| Space Requirements | 7 | 8 | 7 | 7 |
| Power Requirements | 8 | 8 | 3 | 2 |
| Dose Redundancy / Full Tmt Backup (30) | 5 | 2 | 10 | 7 |
| Flow Redundancy / Treat Max Flow (60) | 6 | 9 | 3 | 2 |
| Ease of Sleeve Cleaning | 5 | 7 | 9 | 9 |
| Ease of Parts Replacement | 7 | 8 | 5 | 6 |
| Mechanical Simplicity / Maintainability | 9 | 9 | 4 | 6 |
| Operational Simplicity / Time Demands | 5 | 7 | 9 | 8 |
| TOTAL SCORE | 64 | 73 | 60 | 56 |
| Scoring Notes : | Range is 0-10 points per category, the higher the better | | | |
| | Each Factor / Characteristic is weighted evenly with the others | | | |
| | High Cumulative Score indicates the preferred alternative | | | |

OPT2 00082

Page 1