# EXHIBIT 4

A Metcalf & Eddy Company

**Department of Wastewater Management**
**City & County of Honolulu**
**650 South King Street**
**Honolulu, HI 96813**

**26 May 1998**

Attn: Mr. James Honke
Chief, Design & Construction Division

Subject: UV Disinfection Facility for Kailua WWTP
Reply to Letters and Comments of Mike Elhoff / Trojan Technologies

Dear Mr. Honke,

This letter is in response to the recent letters and comments by Mike Elhoff, representing Trojan Technologies, and your notes regarding the issues raised by these communications.

Let me start with addressing the issue of what was said to prompt the change for the basis of design. After the 60% submittal, which was based on the Trojan UV4000 equipment, we (Lakshman Thallapally and I) had a meeting with Mike Elhoff in our offices about getting on with the design completion. During our discussions, Mike asked about the kind of equipment that would be allowed. I told him that several types of equipment would be allowed, including Trojan, Aquionics, IDI, and any others that could meet the experience and performance criteria that will be set out in the specifications. At that point, Mike stated that if IDI equipment was allowed in the bidding it was unlikely that Trojan would bid the UV4000. We were shocked at this statement, and asked him why would they not bid? He stated that Trojan could not compete with IDI in open bidding, and hence would not want to waste the effort of preparing a cost for a job they knew they would not win. We then asked him what about all of the UV4000 installations around the country. He answered that they were almost exclusively all negotiated, sole-source procurements.

Following this meeting with Mike, we arranged to meet with you and your staff to discuss this unexpected turn of events. At that meeting, it was decided that in light of this new information the design should not be based on the UV4000, and that it be based on a low pressure system instead. We recommended using the IDI Aquaray 40 for this purpose, and it was agreed in that meeting to do so.

Suite 500 Pauahi Tower
1001 Bishop Street, Honolulu, HI 96813
808-521-3051 FAX 808-524-0246

M&E Pacific, Inc.

This brings us logically to the question of how many low pressure lamps are required to get the job done. The criteria are to deliver a dose of 15 mWs/cm2 for a flow rate of 30 mgd and an effluent UVT of 70%. We naturally asked IDI to provide us with the details of the system they would propose to meet these criteria. Their proposal was to provide two active channels and a total of 480 lamps, 240 in each channel. IDI has provided us with all of their calculations for this proposal. We have reviewed these calculations and have found them to be in order.

We also conducted several other checks and our own calculations of the number of lamps required to do the job, as described below.

One check was to look at the results of our pilot study for the relationship between dose, flow and number of lamps in the low pressure pilot units. A copy of the data for this, taken from the pilot study final report, is attached for reference. Although the table only covers a UVTs of 71% - 76%, we extrapolated that for a UVT of 70%, the 6 lamps in the Trojan pilot units would deliver a dose of 44.1 mWs/cm2 for a flow of 115 gpm (0.1656 mgd). From this information, it can easily be calculated that the number of lamps to provide a dose of 15 mWs/cm2 for a flow of 30 mgd is:

(15 / 44.1) * (30 / 0.1656) * 6 lamps = 370 lamps.

This number includes the quartz sleeve factor of 0.9, but unknown allowances for sleeve fouling and for lamp age.

Another check was to look at the proposal from another low pressure equipment manufacturer, Bailey - Fischer & Porter. They quoted us in 1997 a system of 736 lamps which would deliver a dose of 26.03 mWs/cm2 for a flow of 26 mgd with 70% UVT. The equivalent number of lamps to meet the design criteria is calculated to be:

(15/26.03) * (30/26) * 736 = 489 lamps.

A further check was to evaluate the Trojan equipment submittals for the Fort Kamehameha UV3000 disinfection facility of 2560 lamps. This facility has the capacity to treat 30 mgd with a dose of 62.4 mWs/cm2 for an effluent of 65% UVT. The correction factor to a UVT of 70% is 0.84, which allows the estimation of the number of lamps for our requirements to be:

2560 * (15 / 62.4) * 0.84 = 517 lamps.

 Pacific, Inc.

Another approach used to evaluate the situation is the ratio of low pressure to medium pressure lamps. Based on a medium pressure lamp of 2800 Watts, a low pressure lamp of 70 Watts, and the information regarding these two lamps found in the WEF Manual of Practice FD-10, Wastewater Disinfection, we have calculated that the ratio of disinfecting power of the two lamps is approximately 1 to 10.5. Further, we know from the Trojan Technologies proposal that 84 medium pressure lamps can treat 30 mgd with a dose of 28 mWs/cm2. The number of low pressure lamps to treat 30 mgd with a dose of 15 mWs/cm2 is then estimated as follows:

$$84 * (15 / 28) * 10.5 = 473 \text{ lamps}$$

All of the calculations above are somewhat simplistic in assuming that there is a direct linear relationship between the number of lamps and the dose. This is not strictly true. The pattern, spacing and orientation of the lamps are also factors influencing dose. Hence, another check was to make our own calculations of the number of lamps required for the various systems using the program developed by Hydroqual for the EPA, called UVDIS 3.1. This program takes into account all of the other variables mentioned. The results of our independent calculations are shown in the following table.

**Calculated Minimum Number of Lamps Required to Deliver a UV Dose of 15 mW-sec/cm² for 30 mgd at 70% UVT**

| Equipment Manufacturer | Nominal Average Intensity (μW/cm²) | Lamp Output/Quartz Sleeve Reduction Factors (%) | | |
|---|---|---|---|---|
| | | 70/80[1] | 70/70[2] | 65/90[3] |
| | | Calculated Number of Lamps | | |
| Trojan Technologies | 8818 | 502 | 573 | 480 |
| Bailey-Fisher Porter | 9489* | 466 | 532 | 446 |
| Infilco-Degremont | 5680 | 485 | 555 | 465 |

[1] Based on EPA Design Guidelines and Pilot Test Observation
[2] Per Trojan Standard Procedures
[3] Per IDI Standard Procedures
* provided by the manufacturer

It should be noted that the factors applied for lamp output and for quartz sleeve influence on the dose vary a little between the manufacturers and the EPA recommendations. These factors have a definite effect on the calculations, as seen in the table. The quartz sleeve factor includes a reduction of 10% due to the absorption of energy by the quartz plus some additional reduction for lamp fouling between cleanings. Based on our pilot study, sleeve fouling was found to be insignificant over a period of 12 weeks. Therefore, this should not be a significant factor so long as sleeve cleaning is undertaken a few times a year. If fouling is taken to be insignificant based on the pilot study findings, then the reduction factors of 65/90 appear to be the most appropriate. Interestingly, all three of the low pressure systems evaluated require no more than 480 lamps to provide the required dose using this set of reduction factors.

Pacific. Inc.

Not included in the UVDIS calculations are the hydraulic characteristics of the UV reactors. Basically, the headloss through any of these low pressure systems cannot exceed a few inches without compromising the performance of the system. For the application at the Kailua plant, the required dose is relatively low, which makes the hydraulics even more critical. For the horizontal systems, the channels are limited to a depth of approximately 24 inches for modules of 8 lamps each. In order to achieve an acceptable hydraulic performance, both manufacturers of the horizontal systems may have to provide additional lamps just to reach the required cross sectional area. For example, the Bailey - Fischer Porter offer was for 726 lamps, roughly 60 % more lamps than the number required by the dose calculations alone. And this was for a flow of 26 mgd instead of 30 mgd. The vertical system has less of a problem in this regard, because the depth of the reactor is approximately 60 inches, or 2.5 times as deep. For our case, no additional lamps are needed to achieve the desired hydraulic performance by the vertical system.

Another hydraulic consideration seems to be mixing. In the Bailey - Fischer Porter proposal, they state that 2 banks in series are recommended to provide adequate mixing within the reactor. This is presumably due to the lamps being parallel to the direction of flow, and hence not contributing to any mixing action. The mixing action for the horizontal system would come mainly from the vertical frame holding each end of the lamps. One bank would then have the water exposed to only one verical frame section whereas a reactor with two banks would benefit from mixing by 3 vertical members. With the vertical lamp system, this again is not as much of a factor because the flow around each lamp creates the necessary mixing.

We believe that the different analyses above specifically supports the IDI proposed system of 480 lamps rather than the Trojan Technologies position that 654 lamps would be required.

With respect to the other issues raised by recent communications, we attach also the response of Infilco Degremont to these issues. We believe that this response covers everything else of consequence.

One other issue of concern may be that whereas the Infilco Degremont communications are sent under their own letterhead, the Trojan Technologies communications in this matter have been sent under their local representitive's letterhead. This leaves Trojan Technologies potentially free and clear of any direct responsibility for their contents.

In closing, I want to also emphasize that the intention of our design is that the equipment supply be as open as possible to all manufacturers whose equipment can do the job and whose experience record qualifies them for the project.

Sincerely,

Floyd K Mitchell, P.E.
Vice President

**UV DOSAGE & HYDRAULIC CALCULATIONS**
**AQUARAY 40 LAMP MODULE UV DISINFECTION SYSTEM**

5/19/98

***Kailua, Hawaii***

The following calculations are based on the United States Environmental Protection Agency Design Manual for Municipal Wastewater Disinfection number EPA/625/1-86/021 and apply to the Aquaray(R) 40 Lamp UV disinfection vertical modules. The Nominal Average Intensity has been calculated by point source summation using the UVDIS 3.1 Software developed by HydroQual for the EPA.

**DESIGN PARAMETERS**

| | | | | |
|---|---|---|---|---|
| FLOW | F = | 30 MGD | | |
| | | 20833 GPM | | |
| | | 1314.2 liters/s | | |
| | | 4733.4 m^3/h | | |
| NUMBER OF CHANNELS | Nc = | 2 | | |
| NUMBER OF MODULES ACROSS CHANNEL | Nm = | 2 | | |
| UV LAMP OUTPUT | w = | 26.7 watts | | |
| NUMBER OF MODULE BANKS IN SERIES | B = | 3 | | |
| QUARTZ JACKET DIAMETER | Dq = | 2.438 cm = | 0.96 | in |
| UV LAMP ARC LENGTH | R = | 147.3 cm = | 58 | in |
| NUMBER OF LAMPS PER MODULE | Nl = | 40 | | |
| UV TRANSMITTANCE T[10] | UVT = | 70% | | |
| LAMP OUTPUT FACTOR | Fp = | 65% | | |
| QUARTZ JACKET TRANSMISSION FACTOR | Ft = | 90% | | |

**C^' CULATE REACTOR UV DENSITY BASED ON A MODULE BANK**

| | | | | |
|---|---|---|---|---|
| REACTOR LENGTH | Lr = | 63.50 cm = | 25.0 | in |
| REACTOR WIDTH | Wr = | 60.96 cm = | 24.00 | in |
| REACTOR HEIGHT | Hr = | 147.30 cm = | 58 | in |
| REACTOR VOLUME = Lr * Wr * Hr | Vr = | 570192 cm3 = | 570.2 | liters |
| SINGLE QUARTZ JACKET VOLUME = (PI*Dq^2)/4*R | Vl = | 687.64 cm3 = | 0.7 | liters |
| TOTAL QUARTZ JACKET VOLUME = Vl * Nl | Vq = | 27506 cm3 = | 27.5 | liters |
| MODULE VOID VOLUME = Vr - Vq | Vv = | 542687 cm3 = | 542.7 | liters |
| TOTAL VOID VOLUME OF INSTALLATION = Nc * Nm * B * Vv | Vvt = | 6512243 cm3 = | 6512.2 | liters |
| UV DENSITY = Nl * W / Vv | D = | 1.97 watts/liter | | |

**CALCULATE UV DOSAGE**

| | | |
|---|---|---|
| NOMINAL AVERAGE INTENSITY (NAI) DETERMINED FROM UVDIS 3.1 | NAI = | 5680 uW/cm2 |
| RESIDENCE TIME = Vvt / F | T = | 4.96 s |
| ACTUAL/THEORETICAL RESIDENCE TIME | Theta/T= | 0.97 |
| *DOSAGE = NAI * T * THETA/T * Ft * Fp* | *UV Dose=* | *15970 uWs/cm2* |

5680 x 4.96 x .97 x .9 x .65 =

**HEADLOSS FOR SYSTEM BASED ON EMPIRICAL DATA COLLECTED FROM INSTALLED SYSTEMS, REFER TO IDI VERTICAL UV SYSTEM HEADLOSS GRAPH**

| | | |
|---|---|---|
| W VELOCITY THROUGH UV CHANNEL AREA = B * Lr / T | FPS = | 1.26 ft/s |
| HEAD LOSS PER UV REACTOR BANK = 0.58 * FPS ^ 1.9 | Hb = | 0.90 in |
| FACTOR OF SAFETY | Fs = | 0.5 in |
| *TOTAL HEAD LOSS PER CHANNEL = ( B * Hb ) + Fs* | *H =* | *3.20 in* |

IDI AQUARAY(TM) 40 UV DISINFECTION SYSTEMS: 40 EACH 58" ARC LAMPS 7/28/93

UVDIS VERSION 3.1 MAIN MENU

EXPLAIN RETRIEVE UV UNIT WASTEWATER GRAPH VIEW PRINT EXIT

PRESS F1 KEY FOR HELP

PRESS F1 KEY FOR HELP

| | |
|---|---|
| NUMBER OF LAMP COLUMNS IN X DIRECTION | 5.000 |
| NUMBER OF LAMP ROWS IN Y DIRECTION | 8.000 |
| CENTERLINE SPACING OF LAMPS X DIRECTION, Sx (cm) | 12.700 |
| CENTERLINE SPACING OF LAMPS Y DIRECTION, Sy (cm) | 3.586 |
| STAGGERED (0) NO, (1) YES | 1.000 |
| LAMP ARC LENGTH (cm) | 147.30 |
| QUARTZ SLEEVE DIAMETER, Dq (cm) | 2.438 |
| UV RATED POWER OF LAMPS, Wuv (Watts) | 26.700 |
| WASTEWATER TRANSMITTANCE, %T (@ 253.7 nm) (%) | 65.000 |

RUN TULIP PRESS <TAB>
RANGE: 1.0000 - 1000.0000 (1.0000 - 50.0000)

MOVE TO MENU SELECTION WITH CURSOR KEYS. ENTER DESIRED DATA. USE BACKSPACE OR <DEL> KEYS TO MODIFY ENTRY. USE CURSOR OR <ENTER> KEYS TO SAVE ENTRY. PRESS <ESC> TO EXIT MENU.

UVDIS VERSION 3.1 MAIN MENU

EXPLAIN RETRIEVE UV UNIT WASTEWATER GRAPH VIEW PRINT EXIT

PRESS F1 KEY FOR HELP

| | |
|---|---|
| ARC LENGTH (cm) | 147.30 |
| CENTERLINE SPACING OF LAMPS X DIRECTION, Sx (cm) | 12.700 |
| CENTERLINE SPACING OF LAMPS Y DIRECTION, Sy (cm) | 3.586 |
| UV CHARACTERISTIC BANK LENGTH, Xb (cm) | 63.500 |
| TOTAL FLOW (Liters/min) | 2631.000 |
| DISPERSION COEFFICIENT, E (cm2/sec) | 75.000 |
| QUARTZ SLEEVE DIAMETER, Dq (cm) | 2.438 |
| NUMBER OF BANKS IN SERIES | 1.000 |
| UV RATED POWER OF LAMPS, Wuv (Watts) | 26.700 |
| QUARTZ SLEEVE TRANSPARENCY REDUCTION FACTOR, Ft | 1.000 |
| LAMP OUTPUT REDUCTION FACTOR, Fp | 1.000 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 4776.154 |

or <TAB> FOR TULIP
RANGE: 0.1000 - 1000000.0 (100.0000 - 100000.0000)

MOVE TO MENU SELECTION WITH CURSOR KEYS. ENTER DESIRED DATA. USE BACKSPACE OR <DEL> KEYS TO MODIFY ENTRY. USE CURSOR OR <ENTER> KEYS TO SAVE ENTRY. PRESS <ESC> TO EXIT MENU.

IDI AQUARAY(TM) 40 UV DISINFECTION SYSTEMS: 40 EACH 58" ARC LAMPS 7/28/93

| | | |
|---|---|---|
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 20% t[10] | 1338.775 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 25% t[10] | 1540.842 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 30% t[10] | 1764.729 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 35% t[10] | 2016.922 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 40% t[10] | 2306.261 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 45% t[10] | 2637.730 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 50% t[10] | 3032.126 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 55% t[10] | 3498.946 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 60% t[10] | 4068.450 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 65% t[10] | 4776.154 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 70% t[10] | 5677.145 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 75% t[10] | 6862.462 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 80% t[10] | 8488.325 |

| UVT | Iavg |
|---|---|
| 20 | 1338.775 |
| 25 | 1540.842 |
| 30 | 1764.729 |
| 35 | 2016.922 |
| 40 | 2306.261 |
| 45 | 2637.73 |
| 50 | 3032.126 |
| 55 | 3498.946 |
| 60 | 4068.45 |
| 65 | 4776.154 |
| 70 | 5677.145 |
| 75 | 6862.462 |
| 80 | 8488.325 |
| 85 | 10744.6 |
| 90 | 14154.14 |
| 95 | 19311.47 |
| 100 | 27457.14 |

OPT2 00200

IDI AQUARAY(TM) 40 UV DISINFECTION SYSTEMS: 40 EACH 58" ARC LAMPS 7/28/93

| | | |
|---|---|---|
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 20% t[10] | 1338.775 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 25% t[10] | 1540.842 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 30% t[10] | 1764.729 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 35% t[10] | 2016.922 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 40% t[10] | 2306.261 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 45% t[10] | 2637.730 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 50% t[10] | 3032.126 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 55% t[10] | 3498.946 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 60% t[10] | 4068.450 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 65% t[10] | 4776.154 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 70% t[10] | 5677.145 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 75% t[10] | 6862.462 |
| AVERAGE REACTOR INTENSITY, Iavg (uWatts/cm2) | 80% t[10] | 8488.325 |

JUL 14 '98 10:07 FR M & E PACIFIC 808 5240246 TO 5363269 P.09/09

| UVT | Iavg |
|---|---|
| 20 | 1338.775 |
| 25 | 1540.842 |
| 30 | 1764.729 |
| 35 | 2016.922 |
| 40 | 2306.261 |
| 45 | 2637.73 |
| 50 | 3032.126 |
| 55 | 3498.946 |
| 60 | 4068.45 |
| 65 | 4776.154 |
| 70 | 5677.145 |
| 75 | 6862.462 |
| 80 | 8488.325 |
| 85 | 10744.6 |
| 90 | 14154.14 |
| 95 | 19311.47 |
| 100 | 27457.14 |

UV Transmittance vs Intensity
Intensity (Iavg), uW/cm2
Thousands
30
20
10
0
0
20
40
60
80
100
120
UV Transmittance, %T
Iavg

** TOTAL PAGE.09 **

OPT2 00202





Mtg. on 7/30 — 6J

→ Presidents Plan

Areas of focus ←

Marc Prince $125.00

Alan Reg. Committee / Pac money

~~member~~

Public / Private Competition / Lester to stay involved

Alan / Tort reform. only six people in committee

→ A.H. is going after jobs

→ Business Practices Committee
- Plan stagging
- Clayton was a committee.

→ Professional Practices

ACEC conference.

membership
= 401(k) plan (question about it)
= Work Comp.

OPT2 00203

> Membership Directory
   Committee of five & six