# EXHIBIT 7



# FACSIMILE TRANSMITTAL

| TO: (Company and Address)<br>Hawaii Engineering Services<br>PO Box 846<br>Kailua, HI 96734<br><br>cc: (Company and Address) | Name:<br><br>Michael Elhoff<br><br>Name: | Fax No.:<br><br>262-7768<br><br>Fax No.: |
|---|---|---|
| From: GMP Associates, Inc.<br>1100 Alakea Street, Suite 1800<br>Honolulu, Hawaii 96813<br><br>Client Number:                 2500/00 | Name:<br><br>Jay M. K. Stone | Telephone:<br>(808) 521-4711<br><br>Fax Number:<br>(808) 538-3269 |
| Subject:<br>Wahiawa WWTP Effluent Reuse and Lake Wilson Outfall Adjustment Alternative Systems | Hawaii Date: May 19, 1999<br>Hawaii Time: | Total No. of Pages (Including this Page)<br><br>1 |

**Remarks:**
Please update me on the status of the alternative system investigation. Please provide design and cost data on a low-pressure low-output (UV3000) system and low-pressure high-output system that will meet the design criteria faxed to you on April 20, 1999.

OPT-02305