# EXHIBIT 8



**UltraTech systems Inc.**

<u>**Confidential & Privileged**</u>

June 7, 1999

Engineered Systems
PO Box 865
Kailua - Oahu, HI  96734

ATTN: Paul Scott
SUBJ:  Wahiawa WWTP Reuse Facility - UV System

Dear Scotty:

Unfortunately our market place has become tainted by claims of who can perform disinfection with the fewest number of UV lamps.  Basic UV facts and laws of physics are being set aside as Engineers are relying on meaningless and in some cases fabricated calculations in order to come up with a mathematical formula that substantiates a dosage.  Unfortunately there is no standard benchmark of dosage that all systems are being rated with.  We are finding that medium pressure lamp UV systems are being sold under the guise that fewer lamps translates in to lower O&M costs.  This is simply not true.  The only way that two UV systems that utilize different UV lamps can be compared, is to compare the systems based on how many UV lamps are required to deliver the same dosage.  The key here is delivered dosage which is determined by a bioassay that is performed by an independent laboratory.  Once a benchmark of standardized dosage is established, an you compare both systems offering the same UV dosage then and only then can accurate comparisons be made.  Whenever a fair comparison has been undertaken between a low pressure vertical UV system and any other UV system including and especially the medium pressure horizontal UV systems the O&M savings of our vertical systems are tremendous.

Please note that we are trying to get documentation on the CA Title 22 UV system that can not provide adequate kill and thus Chlorination after the UV system has been required.  We believe that this is Valejo, CA but are not sure.  This failure of the medium pressure to deliver the calculated dosage is quite different from say our Hollister, MO UV system where we have a system designed to produce 200/100ml coliform counts at a flow rate of 40 UV lamps treating 1 MGD.  This plant has filters and our equipment has been producing for 3 years now non detectable counts with a 40 lamp UV module treating 2.5 - 3.0 MGD.

Mr. Scott                                                                                    Page 2
Wahiawa, HI Reuse Fac.                                                                       6/4/99

Rather than let the medium pressure self cleaning guys make outlandish claims as to how much less expensive their UV system is to operate, not only will we guarantee the system operating costs, we are including 5 years of lamp change out labor (to be performed by Engineered Systems) with the UV system and also 5 years of cleaning. We feel that no more than a total 4 days of cleaning and one day of lamp changing per year will be required. $2,000 per year above the sales commission has been figured in this job for you for your labor.

To minimize the maintenance on this particular UV system we are offering our higher output UV lamp configuration and fouling retardant quartz jackets.

Below is our "quick proposal" for this project:

### Confidential & Privileged

### "Quick Proposal"
### For Wahiawa, HI WWTP- UV Disinfection System R1 reuse system

Thank you for providing information on this project. We apologize for the delay associated with our response.

To assist with design efforts we are pleased to enclose this "quick proposal". A sample specification (in Word 97) and drawings can be provided if desired.

Assuming that flow will be equalized we have configured a UV system to treat continuously 6.5 MGD of filtered effluent with a BOD and TSS <10, with a bank of UV lamps out of service. The UV system is to produce Fecal counts of less than 2/100ml and provide a dosage > 140,000 $\mu$W-sec/cm$^2$ with one bank on out of service. The system can treat reduced flow rates by automatically turning on and off UV lamps in direct proportion to flow.

Our systems features:
    PLC based controls - choice of Allen Bradley, General Electric, Modicon or Siemens.

    10" color graphic touch screen UV system display.

    Energy efficient electronic ballasts.

    316 SS electropolished passivated construction for the metallic portion of the UV module.

    Direct fan cooling of the ballasts for longer service life.

    Individual Hand / Off Auto power switches for each UV bank.

    Lowest energy – O&M costs of any UV system.

    The entire UV system is UL recognized and is furnished with a UL sticker..



000030

Mr. Scott  Page 3
Wahiawa, HI Reuse Fac.  6/4/99

Flow pacing by increments of 20 UV lamps

**Peak flow 6.5 MGD @ 65% UVT**

| Module Proposed: | T2-4024iHOX |
|---|---|
| Fecal coliform level required: | <2/100ml |
| Number of modules: | 13 total - 12 in service, 1 on auto stand-by |
| Number of channels: | 1 |
| Number of modules per channel: | 13 |
| Channel length required: | 50 feet |
| Channel width (ea.): | 24.5 inches |
| Channel depth (submerged portion): | 60.0 inches" |
| Total number UV lamps: | 520 Total 480 operating |
| Weight per UV module: | 350 lbs. |
| UV dose @ peak flow: | >140,000 $\mu$W-sec/cm$^2$ |
| Headloss per channel: | <5" - excluding level controller |
| UV lamp life guarantee 65% output: | 10,000 hours |
| UV lamp cost: | $55.00 |
| Ballast life: | 15 years |
| Ballast cost: | $85.00 |
| Quartz sleeve life: | 25+ years |
| Quartz sleeve cost: | $55.00 |
| Power requirement | 120/208 Vac 60Hz 3Ø 4 Wire 210 Amps |
| Power draw at 6.5 MGD | <75 kW max |
| Estimated system price | <$400,000 |

The UV system includes, UV disinfection modules, System control center, Wireways, Eyeshields, Level controllers, Cleaning tank liner, Blower, Spares, Freight to job site, Start-Up supervision, equipment commissioning and operator training.

Expected cleaning:
Air scrub is programmed to run automatically for 15 minutes, once every other day. In addition to in channel automatic air scrub, there are three methods in which our UV system can be cleaned. Frequency is typically 4 times per year. In high quality effluents the air scour system can eliminate the need for module removal or chemical cleaning agents. In lower quality effluents air scrub reduces the frequency that a chemical cleaning agent is required.

1. A channel containing the UV modules is taken out of service. Chemical cleaner, such as food grade citric acid is introduced, air scour is actuated and the entire channel is cleaned in 15 minutes.

2. Individual modules are removed from the channel and placed in an UltraTech supplied cleaning tank containing a cleaning solution. Air scour is actuated and the modules are cleaned in 15 minutes.


UltraTech systems Inc

000031

Mr. Scott                                                                                       Page 4
Wahiawa, HI Reuse Fac.                                                          6/4/99

    3.    A module is lifted above the channel and sprayed with cleaning solution. The module is rinsed and placed back into service. This procedure takes 5 minutes.
We suggest the use of a fixed weir to maintain effluent level in the disinfection channels.

UltraTech guarantees that the coliform count will be as indicated above provided the UV system is maintained in accordance with UltraTech's written instructions, effluent quality is as expected and sampling is done immediately following the UV system.

**Other Information:**
Power feed to the UV system is to be 120/208 VAC, 60 Hz, 3 Phase, 4 Wire, Wye configuration <20 amps per 40 lamp UV module.

An uninterruptible power supply for the UV system is not required as we are utilizing low pressure UV lamps. In the event of a power outage, low pressure UV lamps will immediately turn back on. If a medium pressure UV lamps are used, once the lamp goes off, even for a split second it takes 30 - 45 minutes before the lamp can be restarted.

Construction of UV system is 316SS and type 214 quartz for all wetted parts. UV system control is by PLC with color-graphic touch-screen display. All controls are low voltage - 24 volt. Wiring throughout the UV system is 1,000 volt rated with Teflon™ insulation. The entire UV system is shipped from the factory UL approved.

There are no submerged seals in our UV system.

UV lamp change is accomplished in less than 30 seconds per UV lamp with no tools.

No liquid contaminants such as glycol or hydraulic fluid submerged or near the disinfection channel.
Guaranteed O&M costs at 6.5 MGD assuming 15¢ per kWh is <$30,000 including UV lamps, Electricity, Lamp replacement Labor, Cleaning and chemical costs

Should you have questions, feel free to call

                              Very truly yours,

                              UltraTech Systems, Inc.
                              Greg E. Ellner

GEE:cq
Enc.



000032

Mr. Scott  
Wahiawa, HI Reuse Fac.

Page 5  
6/4/99

**Operational Data**

| | |
|---|---:|
| Flow Rate per Channel (MGD) | 6.50 |
| Flow Rate per Channel (GPM) | 4,518 |
| Flow Rate per Channel (Q) cu.in./min | 1,043,543 |
| Lamps per Row | 8 |
| Rows of Lamps | 5 |
| Lamps per Module | 40 |
| Modules per Channel | 13 |
| Number of Channels | 1 |
| Maximum Effluent Height in. | 62.00 |
| Gravity | 386.4 |
| Coefficient of Friction for UV Module | 0.094 |

**Cross Sectional Dimensions:**

| | |
|---|---:|
| Height at Channel (hc) in. | 62.000 |
| Width at Channel (wc) in. | 24.500 |
| Wetted Area of Cross Section (Ac) sq.in. | 1,519.000 |
| Height at Supports (hs) in. | 60.500 |
| Width at Supports (ws) in. | 22.340 |
| Wetted Area of Cross Section (As) sq.in. | 1,351.570 |
| Height at Pan (hp) in. | 60.500 |
| Width at Pan (wp) in. | 23.000 |
| Wetted Area of Cross Section (Ap) sq.in. | 1391.500 |
| Height at Quartz Jacket Row (hj) in. | 60.500 |
| Width at Quartz Jacket Row (wj) in. | 18.790 |
| Wetted Area of Cross Section (Aj) sq.in. | 1136.795 |

**Module Dimensions (40 Vertical):**

| | |
|---|---:|
| Module Width in. | 24.000 |
| Module Length in. (direction of flow) | 22.000 |
| Channel Volume per Module cu.in. | 32,736.000 |
| Volume of Wetted Quartz Jacket cu.in. | 39.915 |
| Total Vol. Wetted Quartz Jackets cu. in. | 1,596.593 |
| Total Volume of Wetted Supports cu.in. | 124.595 |
| Volume of Wetted Pan (less jackets) cu.in. | 502.226 |
| Total Wetted Volume of Module cu.in. | 2,223.414 |
| Effluent volume per module cu. in. | 30,512.586 |
| Wetted Jacket Surface Area sq.in. | 7,051.310 |
| Wetted Support Surface Area sq.in. | 622.976 |
| Wetted Pan Surface Area sq.in. | 356.228 |
| Wetted Channel Surface Area sq.in. | 2,728.000 |
| Total Wetted Surface Area of Module sq.in. | 10,758.514 |

**Cross Section Velocities**

| | |
|---|---:|
| Velocity in Channel (Vc) in./s | 11.450 |
| Velocity across Supports (Vs) in./s | 12.868 |
| Velocity across Pan (Vp) in./s | 12.499 |
| Velocity across Jacket Row (Vj) in./s | 15.299 |

**Equivalent Diameters**

| | |
|---|---:|
| Equiv. D for Channel (Dc) in. | 43.989 |
| Equiv. D for Support Section (Ds) in. | 41.494 |
| Equiv. D for Pan Section (Dp) in. | 42.102 |
| Equiv. D for Quartz Jacket Row (Dj) in. | 38.055 |

**Head Losses - Contractions**

| | |
|---|---:|
| From Channel to Supports (Hccs) in. | 0.012 |
| From Pan to Jacket Row (Hcpj) in. | 0.028 |
| From Pan to Supports (Hcps) in. | 0.011 |

**Head Losses - Expansions**

| | |
|---|---:|
| From Supports to Pan (Hesp) in. | 0.000 |
| From Jacket Row to Pan (Hejp) in. | 0.010 |
| From Supports to Channel (Hesc) in. | 0.003 |

**Head Loss - Friction**

| | |
|---|---:|
| Average Velocity (Vavg) in./s | 13.113 |
| Vavg squared | 171.956 |
| Hydraulic Radius (r) in. | 3.043 |
| Headloss due to friction (Hf) in. | 0.151 |

**Total Head Loss in.**

| | |
|---|---:|
| Total Head Loss per Module in. | 0.366 |
| Total Head Loss per Channel in. | 4.756 |

000033



UltraTech  
systems Inc

Mr. Scott  
Wahiawa, HI Reuse Fac.

Page 6  
6/4/99

| Operational Data | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S1 = Lamp spacing along 16" side | 3.00 | in. | 7.62 | cm |
| S2 - Lamp spacing along 24" side | 2.75 | in. | 6.99 | cm |
| r = Outside radius of quartz jacket Q66D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.90 | | | |
| l = Length of UV reaction volume | 16.00 | in. | 40.64 | cm |
| w = width of UV reaction volume | 24.50 | in. | 62.23 | cm |
| h - Nominal effluent height less bottom pan | 60.50 | in. | 153.67 | cm |
| Q = max flow through one channel | 4,518 | GPM | | |

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp | 12.50 | ltr. |
| Vm = Effluent volume per module | 132.09 | gal. |
| Vr = Effluent volume in reaction area | 1,585.07 | gal. |
| T = Retention Time in UV channel | 21.05 | sec. |
| UV Dosage | 145,893.05 | uW-sec/cm$^2$ |

000034


UltraTech systems Inc