# EXHIBIT 9



PLAINTIFF'S
EXHIBIT NO. 6
FOR IDENTIFICATION
DATE: 9-1-04   RPTR: up



systems Inc.

## FAX TRANSMISSION COVER SHEET

**DATE:**    June 14, 1999

**TO:**      City & County of Honolulu              **FAX:** (808) 523-4642

**ATTN:**    Cyril Harmada - (808) 523-4323

**FROM:**    Greg Ellner

**SUBJ:**    Wahiawa, HI WWTP- UV Disinfection System R1 reuse system

**This fax consists of ( 7 ) page(s) including this page**

Dear Cyril,

Scotty asked that this be sent to you.

Please call me at (914) 646-7926 (cell phone) or my home (914) 241-7474 after 3:00pm your time.

Regards,

THE CONTENTS AND/OR DRAWINGS CONTAINED IN THIS FACSIMILE TRANSMISSION PACKAGE RELATES TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS, OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER.