# EXHIBIT 22

Case 1:03-cv-00706-JMS-LEK    Document 218-23    Filed 09/19/2006    Page 1 of 2

DEC 9 1999

IDEP 99-336

December 9, 1999

Mr. Paul Scott
Engineered Systems
P. O. Box 865
Kailua, Hawaii 96734

Dear Mr. Scott:

    Subject:   Wahiawa WWTP Effluent Reuse and
                     Wahiawa Reservoir Outfall Adjustment
                     Substitution Request
                     Job No. W10-99

Based on the material submitted your request to:

1. Substitute Ultratech UV disinfection system for the specified Trojan is approved for bidding purposes only;

2. Substitute Wedeco UV disinfection system for the specified Trojan is denied. Your submittal does not indicate if Wedeco meets California Title 22 or Hawaii Reuse guidelines.

Final approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents.

Should you have any questions, please contact Cyril Hamada at 523-4323.

                                                Very truly yours,

                                                JAMES K. HONKE, Chief
                                                Division of Infrastructure Design
                                                and Engineering

CH:gs

EXHIBIT E

C&C / Bodell
C005811