# EXHIBIT 23

Case 1:03-cv-00706-JMS-LEK    Document 218-24    Filed 09/19/2006    Page 1 of 3



# UltraTech
### systems Inc.

December 10, 1999

ATTN: Bidding Contractors
SUBJ: UV System for Wahiawa, HI WWTP

Dear Sir or Madam:

As a named supplier, UltraTech Systems is pleased to offer our UV equipment which is in conformance with this project's plans and specifications. Please note that we have not included any motor operated slide gates, grating or rubber mats (items in Section 2.5 of specification) in our offering.

Highlights of our offering include:

UV System fully factory assembled and tested in our own factory.

Allen Bradley PLC to control the UV system (other brands available). To reduce your installed cost we will match the UV's PLC to the same type of PLC currently at the plant. This assures quick and easy interface to the plant's SCADA system.

10 inch color graphic touch screen system display.

Hand / Off / Auto switches for each UV module.

Low voltage (<24 volts) system controls.

316 passivated and electropolished construction for all wetted metal parts.

The UV system is built and fully tested in our own factory where it will receive UL approval prior to shipment.

Due to the superior nature of our equipment and its power supplies we require a single power feed of 120/208 3 phase 4 wire Wye configuration. Our equipment is so energy efficient that we require only a fraction of the 1048 KW listed in section 2.5G of the specification. As our system draws so much less power, you will realize a significant savings on the electrical switch gear - MCC that is required to feed the UV system.

Another advantage of our offering is that no interruptible power supplies to feed the UV system for Title 22 and / or R1 compliance are required.

Wahiawa, HI

Page 2

Kindly direct questions to our representative Paul (Scotty) Scott of Engineered Systems (808) 263-2232.

Good Luck!!

Sincerely,

UltraTech Systems, Inc.
Greg E. Ellner

