# EXHIBIT 30

DEPARTMENT OF ENVIRONMENTAL SERVICES
# CITY AND COUNTY OF HONOLULU
650 SOUTH KING STREET, HONOLULU HI 96813



Jeremy Harris
Mayor

Kenneth E. Sprague, P.E., Ph.D.
Director

Barry Fukunaga
Deputy Director

April 11, 2000

## MEMORANDUM

TO:      GARY Q.L. YEE, DIRECTOR
           DEPARTMENT OF DESIGN AND CONSTRUCTION

FROM:   KENNETH E. SPRAGUE, DIRECTOR
           DEPARTMENT OF ENVIRONMENTAL SERVICES

SUBJECT:   **WAHIAWA WWTP CONVERSION AND EFFLUENT DISPOSAL,
NTP TO CONTRACTOR**

We concur with the recommendation to issue the NTP to the contractor for the subject project, and generally agree with the rationale stated in the attached e-mail message.

The contractor should work on the plant upgrades while waiting for the permits for the outfall work. At the same time, all efforts should be made to avoid extra costs to the contractor should there be a delay in the permits.

We are concerned about the high cost for the resident engineer, as stated in the e-mail. A review should be made on the proposed costs, and the value gained by having this as a "full-time" position.

Should you have any questions, please call me at #6663.

attachment

cc:    DDC, IDE Division

Plaintiff's EXHIBIT 6 Mansfield 2-28-05

C&C / Bodell
C005153