# EXHIBIT 32

04/17/2000 12:12   808-2549422                BODELL CONST. CO.                    PAGE  03
04/17/00  10:55  FAX 801 262 3573     BODELL CONST.      →→→ KAILUA WWTP          ☒002/002
       UltraTech Systems          FAX:914-429-7527

# UltraTech
### systems Inc.

**VIA FACSIMILE**

April 13, 2000

Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115

ATTN: J. Gary Jeppson
SUBJ: Wahiawa WWTP - Title 22

Dear Gary

This is to confirm that the UltraTech low pressure horizontal lamp Eliminator™ UV system that was bid for this project is a conforming Title 22 Compliant system.

Currently the State of California Department of Health Services (CA DHS) is not making a practice of issuing approval letters for conforming UV systems and as a result UltraTech does not currently possess an approval letter.

Be advised that we have both met with and requested from Dr. Sakaji of CA DHS a letter approving our Eliminator™ UV system. Dr. Sakaji has agreed that it would be appropriate to issue a "Title 22 approval letter" for our Eliminator™ UV system. The issuance of the approval letter should be in about two weeks.

Very truly yours,

UltraTech Systems
Greg E. Ellner
President

GEE:ib
CC: Paul Scott, Engineered Systems

C&C/Bodell
C027495

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527