# EXHIBIT 43



**TROJAN TECHNOLOGIES INC.**
2050 Peabody Road, Suite 200
Vacaville, California 95687
Tel: (707) 469-2650 / Fax: (707) 469-2688
Internet: http://www.trojanuv.com

# Trojan

# FAX total pages including cover sheet 2

**To:** Mike Elhoff
**Fax:** (808) 262-7768

**cc:**
**From:** Robert Clay
**Date:** May 24, 2000
**Re:** Wahiawa

☐ Urgent    ☑ For Review    ☐ Please Comment    ☐ Please Reply

Mike,

The answers to your questions are as follows:

1. After talking with David (he talked with folks in London), we are not aware of Ultratech offering a 16-lamp module.
2. We do not have a bioassay for Ultratech. Maybe you can get the bioassay from the folks who did Kailua.
3. Per Neil, our sleeve nut is 316 SS and meets specification section 2.4.D-1.
4. Lastly, we estimate from the drawings that the area available for the channel is 90' x 15' (please review the attached drawing to ensure that rectangular box is the area for the UV and not the dashed line). Using 26.7 W and 87.5 W ballast (per David, Ultratech is using a 70 W ballast), the number of lamps needed with redundancy is 1600 lamps. This corresponds to 8 banks with 25 modules per banks. Our channel estimate for one long channel, without inlet and entrance lengths, would be 86' L x 6'3" W, not including the Parshall flume. Therefore, it appears that using our design we could not fit in the length and it would be close to fit the width if they did two channels. Headloss would also be an issue for one long channel using this many banks.

Please note, we usually design channels for a maximum of approximately 6 feet in width (i.e., 25 modules is 6'3"). If Ultratech can go to 29 or 30 modules per bank they may be able to go to 7 banks. However, the UVDIS calculation does not support that the dose can be achieved using 29 or 30 modules per bank (this is most likely an error with UVDIS). Also, depending on the bioassay, which historically we have found that our competitors do not match the collimated beam, and/or if they are still using the 70 W ballast, more lamps would be required than estimated in Item #4.

Hope that helps. Also, please do not forward this fax to engineer or owner considering that there still may be some pending issues.

Regards,

Robert

000061