# EXHIBIT 46



TROJAN TECHNOLOGIES INC.
2050 Peabody Road, Suite 200
Vacaville, California 95687
Tel: (707) 469-2680 / Fax: (707) 469-2688
Internet: http://www.trojanuv.com

# Trojan

# FAX  total pages including cover sheet 1

**To:** Mike Elhoff
**Fax:** (808) 262-7768
**From:** Robert Clay
**Date:** May 30, 2000
**Re:** Wahiawa

☐ Urgent     ☑ For Review     ☐ Please Comment     ☐ Please Reply

Mike,

The space needed for our 8-lamp System UV3000 with an overhead monorail following our general design principles is as follows:

*One channel system*

| Item | Length | Width |
|---|---|---|
| UV modules (8 banks with 25 modules) | 88' in length | 8'3"–9'3" (6' 3" width + two channel walls (~1' – 1.5' outer walls depending on load of monorail)) |
| Parshall Flume and Level Control | 30'-45' (20'-25' for flume and 10'-20' for level control (weir crest length is ~80' and requires 15-20'; ALC would require ~10')) | Channel dimension |
| Cleaning Tank and Wash Down Area | 24' (14' in length for cleaning tank (module length +1' spacing on each side + 1' channel wall) and 10' for wash down area] | 10'3" – 11'3" in width (width of bank +1' spacing on each side + two channel walls (1' – 1.5' channel wall) |
| Dimension with cleaning tank in-line with channel | 140' – 155' | 8'3" – 9'3" |
| Dimension with cleaning tank in separate area or channel | 110' | 18'6" – 20'6" |

*Two channel system*

| Item | Length | Width |
|---|---|---|
| UV modules (2 channels, 5 banks with 20 modules in each channel) | 56' in length | 13'6" – 14'6" [5' 0" in width/channel + 3 channel walls (one ~1.5' center wall and two ~1' – 1.5' outer walls depending on load of monorail)] |
| Parshall Flume and Level Control | 30'-45' (20'-25' for flume and 10'-20' for level control (weir crest length is ~40'/channel and requires 15'-20'; ALC would require ~10')) | Channel dimension |
| Cleaning Tank and Wash Down Area | 24' [14' in length for cleaning tank (module length +1' spacing on each side + 1' channel wall) and 10' for wash down area] | 9'-10' in width (width of bank +1' spacing on each side + 1' – 1.5' channel wall) |
| Dimension with cleaning tank in-line with channel | 110' – 125' | 13'6" – 14'6" |
| Dimension with cleaning tank in separate area or channel | 86' – 101' | 22'6" – 24'6" |

Regards,

Robert