# EXHIBIT 47

*Mike*

| | |
|---|---|
| From: | Mike |
| Sent: | Wednesday, May 31, 2000 6:16 PM |
| To: | 'rclay@trojanuv.com' |
| Cc: | 'dschwartzel@trojanuv.com' |
| Subject: | Wahiawa |

Guys,

I met with Lee and Jay @ GMP regarding the issues. They want the following, Thursday, if possible.

Chino Basin design data
Lake Elsinore design data (original and modification)
Headloss on Wahiawa with one channel, 8 banks, 8 lamp modules, 1600 lamps
Headloss on Wahiawa with one channel, 5 banks, 16 lamp modules, 1600 lamps
Number of Title-22 installations >5mgd, UV4000
Dose calculations for proposed one channel and two channel layout, peak and max. week.

Ultratech is 1600 lamps, 5 banks, 16 lamps/module. They are claiming 1280 lamps at peak flow burning. Any comments?

Thanks, Mike


1 CHANNEL    (25 MOD.)

8 BANKS

7 BANKS = 110,000   1400 LAMPS

7 BANKS
6 BANKS = 95,000


2 CHANNELS   (20 MOD.)

5 BANKS

4 BANKS = 100,000   1280 LAMPS

Plaintiff's
EXHIBIT
15  Mansfield
Vol. II

1

000071