# EXHIBIT 52



# HAWAII ENGINEERING SERVICES

2234 HOONEE PL. HONOLULU, HI 96819 •PH:(808) 262-7773 •FAX: 262-7768 •mike@hiengineering.com

## FAX

June 5, 2000                                                                 Page 1 of 1

To: GMP Assoc.

Att: Lee Mansfield

Re: Wahiawa UV – puzzle piece #32

Lee, here is the information you requested regarding headloss:

|  | Design 1 | Design 2 | Design 3 |
|---|---|---|---|
| Number of Channels | 1 | 1 | 2 |
| Number of Banks per Channel | 5 | 8 | 5 |
| Number of Modules per Bank | 20 | 25 | 20 |
| Number of Lamps per Module | 16 | 8 | 8 |
| Total Number of Lamps | 1600 | 1600 | 1600 |
| Number of Redundant Banks | 1 | 1 | 2 |
| Upstream Water Level (in)* | 49 | 26.3 | 25 |
| Headloss per Bank (in) | 0.1 | 0.23 | 0.1 |

* Includes 1.5" headloss allowance for downstream weir. Actual project weir design will dictate this number.

Regards,

Michael Elhoff

000072