# EXHIBIT 53



# FACSIMILE TRANSMITTAL

| TO: (Company and Address) Hawaii Engineering Services PO Box 846 Kailua, HI 96734 | Name: Michael Elhoff | Fax No.: 262-7768 |
|---|---|---|
| cc: (Company and Address) | Name: | Fax No.: |
| From: GMP Associates, Inc. 1100 Alakea Street, Suite 1800 Honolulu, Hawaii 96813  Client Number: 2500/30 | Name: Jay M. K. Stone | Telephone: (808) 521-4711  Fax Number: (808) 538-3269 |
| Subject: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment Sevices During Construction Submittal Reviews Head loss for UV3000 system | Hawaii Date: June 5, 2000 | Total No. of Pages (Including this Page) 1 |

**Remarks:**

Thank you for sending us the dosage and installation information that we requested on Wednesday, May 31. However, we also requested head loss data for the two 8-lamp module systems that Trojan proposed and for a 16-lamp module system. Please send the head loss data to Lee A. Mansfield because I will be on vacation next week and will be returning the office on June 13.

cc: Lee A. Mansfield, GMP Associates, Inc.