# EXHIBIT 54

# BODELL CONSTRUCTION COMPANY

U. S. MAIL: 956 PAAKO STREET, KAILUA, HI 96734
JOBSITE DELIVERY: 111 CALIFORNIA AVENUE, WAHIAWA, HI 96786
PHONE: 808-622-3752        FAX: 808-622-2752

# WAHIAWA WWTP EFFLUENT REUSE & RESERVOIR OUTFALL ADJUSTMENT
CITY AND COUNTY OF HONOLULU JOB No. W10-99

## FAX COVER SHEET

TO: ERIC GULAK / GREG ELLNER

COMPANY: ULTRATECH

DATE: 6-16-00      FAX No.: 914-429-7527

RE: SUBMITTAL TIME

THE FOLLOWING 11 PAGES, INCLUDING THIS COVER SHEET, ARE BEING TRANSMITTED FROM: TOM SWAN

MEMO:
Greg - please prepare submittals for the Wahiawa equipment. Enclosed are contract specs. for your reference.

Please make the submittals look real sharp. The consultant is fussy even about the equipment that they called for.

The factory rep. spec is enclosed only for your reference. I will submit the resumes I have for Eric & Mark.

Please mail your submittals to the PAAKO Street address. Thank you,

Tom Swan

PLAINTIFF'S EXHIBIT NO. 69
FOR IDENTIFICATION
DATE: 9-1-04       RPTR:

ORIGINAL MAILED: YES (NO)

COPY TO: _____

C & C / Bodell
BC3 000396
1000410

SECTION 11376

ULTRAVIOLET DISINFECTION EQUIPMENT

PART 1   GENERAL

1.1   SCOPE

A.  Furnish all labor, materials, equipment, and appurtenances required to provide an open channel, gravity flow, ultraviolet (UV) disinfection system complete with a cleaning system, lamps and electronic ballasts. The UV system to be complete and operational with all control equipment and accessories as shown on contract drawings and specified herein. This system shall be capable of disinfecting secondary effluent to meet the water quality standards listed in this section.

1.2   QUALITY ASSURANCE

A.  Qualification Requirements:

To be acceptable, the manufacturer shall be able to demonstrate to the satisfaction of the Engineer successful performance of the proposed system at a minimum of five (5) other wastewater locations in the United States.

The manufacturer shall submit at least five (5) permanent wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one (1) years.

UV disinfection system shall have been tested and certified to meet California Title 22 or Hawaii R-1 quality water.

B.  Basis of Design

The contract drawings and specifications are based on System UV 4000™ medium pressure UV lamp technology manufactured by Trojan Technologies, Inc. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. The Contractor shall submit design drawings to the Engineer for approval, showing proposed changes in the structure, piping, equipment, controls philosophy and wiring due to the use of an alternate system.

1.3   SUBMITTALS

A.  Submit in accordance with Section 172, engineering drawings showing the following:

000411   BC3 000397   C & C / Bodell

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR          11376-1

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

1. Complete description in sufficient detail to permit an item comparison with the specifications.
2. Dimensions and installation requirements including layout.
3. Descriptive information including catalog cuts and manufacturers' specifications for all components.
4. Electrical schematics and layouts.
5. Design drawings and structural calculations when the equipment requires any change in structural concrete, whether channel configuration or otherwise, from that indicated in contract drawings. Drawings shall be stamped and signed by a Structural Engineer licensed in the State of Hawaii.

B. UV manufacturer shall submit written third party design validation and test data demonstrating that the system being provided will not have an adverse effect on surrounding plant equipment. EMI/RFI, distributed capacitance effect, skin effect and ground fault circuit interrupt operation shall be addressed in the report.

C. Operation and Maintenance Data: Provide in accordance with Section 170.

1.4 SERVICES OF MANUFACTURER'S REPRESENTATIVE

A. Manufacturer's representative shall provide the following services:
1. Installation supervision: As required for proper installation, but not less than three (3) full days.
2. Start-up and field testing: Not less than three (3) full days on site.
3. Operator training: one (1) full day on site.

B. Service scheduling: By City on request any time during the 1-year warranty period.

1.5 WARRANTY

Warranty shall be in accordance with GENERAL CONDITIONS.

A. Equipment: The equipment furnished under this section shall be free of defects in materials and workmanship, including damages that may be incurred during shipping, storage and installation for a period of one (1) year from date of final acceptance.

B. UV Lamps: The UV lamps shall be fully warranted for a period of one (1) year from date of final acceptance.

C. Performance: The UV disinfection system manufacturer shall provide a written guarantee that the system will meet the

000412

| WAHIAWA WWTP EFFLUENT REUSE & WAHIAWA RESERVOIR OUTFALL ADJUSTMENT | 11376-2 | C & C / Bodell | ULTRAVIOLET DISINFECTION EQUIPMENT 250000.052 |

BC3 000398

performance criteria and test criteria specified. If the system fails to meet the performance criteria or test criteria, the UV disinfection system manufacturer shall take corrective action to remedy any deficiencies at no additional cost to the City. Any proposed remedial action shall be submitted to the Engineer for approval prior to any work being performed.

D. The UV disinfection system manufacturer shall provide a written guarantee that the system will not have an adverse effect on surrounding plant equipment. If the system does have an adverse effect on surrounding plant equipment, the UV disinfection system manufacturer shall take corrective action to remedy any adverse effect on surrounding plant equipment. Any proposed corrective action shall be submitted to the Engineer for approval prior to any work being performed.

PART 2     PRODUCTS

2.1   MANUFACTURER

A. UV system shall be System UV 4000™, as manufactured by Trojan Technologies, Inc. or equal.

B. To be acceptable, alternate UV systems must the following requirements:
   1. Capable of meeting the specified performance requirements, operate in an open channel, be of modular design, use UV lamps with electronic ballasts, and incorporate a cleaning system. UV system shall meet the hydraulic profile shown in the contract drawings. Any cost resulting from changes due to the use of an alternate system shall be borne by the Contractor. If structures and equipment need to be modified to meet the hydraulic requirements of the plant, all cost shall be borne by the Contractor. Contractor shall submit design calculations showing that the hydraulic profile shown in the contract drawings will be met.

   2. Space available at the project site is limited. System must be suitable for installation in the area indicated on the plans, without encroaching on adjacent property lines, roadways, or buried process piping.

C. The UV system being provided shall be furnished with the manufacturer's latest components and equipment available at the time of shipment.

000413

C & C / Bodell
BC3 000399

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT

11376-3

ULTRAVIOLET DISINFECTION
EQUIPMENT
250000.052

2.2  GENERAL REQUIREMENTS

   A. Provide a UV disinfection system complete with UV modules, control panel and detection systems as herein specified.

   B. The UV system shall be designed to allow for complete system shut down or bypass.

   C. The system shall be able to continue disinfection while UV lamps, quartz sleeves, and ballasts are replaced. The system shall also be able to continue disinfection while the sleeves are being cleaned.

2.3  PERFORMANCE AND DESIGN REQUIREMENTS

   A. Design Criteria

      1. Provide equipment which shall disinfect an effluent with the following characteristics:

         a. Flow Range:              0.7 MGD (Daily Minimum)
                                     2.4 MGD (Daily Maximum)
                                     2.5 MGD (Average Dry-Weather Flow)
                                     3.5 MGD (Peak Dry-Weather Flow)
                                     6.5 MGD (Peak Wet-Weather Flow)
         b. Total Suspended Solids:  5.0 mg/L (Maximum)  [ADD. 2; originally 0.5, struck through]
         c. Average Turbidity:       2 NTU
         d. Wastewater Transmittance: 55 percent (Minimum)

   B. Performance Requirement

      [The following section is struck through with a large X:]

      The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the worst operating conditions:

      1. Not to exceed 2.2/100mL FC, based on a 7-day moving median.
      2. Not to exceed 23/100mL FC more than once during any 30-day period.
      3. Not to exceed 200/100mL FC for any sample.
      4. Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow. Dosage calculated using the point-source summation method.
         a. UV lamp output of more than 70 percent if nominal (new) output.
         b. Transmittance through quartz sleeve not more than 70 percent.
         c. UV dose is achieved with a minimum of three ultraviolet banks in series.

   ADDENDUM 2

WAHIAWA WWTP EFFLUENT
REUSE & WAHIAWA RESERVOIR
OUTFALL ADJUSTMENT                11376-4

ULTRAVIOLET DISINFECTION EQUIPMENT
250000.052

C & C / Bodell
BC3 000400
000414

4. Section 11376 ULTRAVIOLET DISINFECTION EQUIPMENT
   (1) Page 11376-4, subsection 2.3, paragraph A, subparagraph 1, item a. Change the Design Criteria for Total Suspended Solids from "0.5 mg/L (Maximum)" to "5.0 mg/L (Maximum)".

   (2) Page 11376-4, subsection 2.3, paragraph B. Delete this paragraph and its subparagraphs in their entirety, and replace with the following:

   "B. Performance Requirement

   The ultraviolet disinfection system shall produce an effluent conforming to the following discharge permit requirements under the operating condition of 3 of the 4 UV banks on-line:
   1. Not to exceed 2.2/100mL FC, based on a 7-day moving median.
   2. Not to exceed 23/100mL FC more than once during any 30-day period.
   3. Not to exceed 200/100mL FC in any sample.
   4. Minimum dose of 140 mW-s/cm$^2$ at maximum flow and 100 mW-s/cm$^2$ at peak flow. Dosage calculated using the point-source summation method.
      a. UV lamp output of more than 70 percent of nominal (new) output.
      b. Transmittance through quartz sleeve not more than 70 percent.
      c. UV dose is achieved with a minimum of three ultraviolet banks in series."

ADDENDUM 2

000415

C & C / Bodell
BC3 000401