# EXHIBIT 56







systems Inc.

VIA EMAIL

June 28, 2000

City & County of Honolulu
Department of Design & Construction
650 South King Street, 14th floor

ATTN: Cyril Hamada
SUBJ: UVDIS 3.1 - Wahiawa, WWTP

Dear Mr. Hamada:

Over a decade ago UVDIS 3.1 was to be developed by HydroQual (under contract from the EPA). The purpose of UVDIS was two fold, a system design utility and the "Tulip" module to simplify the calculation of "Theoretical UV Intensity" via the point source summation (PSS) method. The UVDIS project was never completed and the EPA never adopted it. All printed literature states very clearly the UVDIS is in draft form. Many UV equipment manufactures and Engineers present UVDIS as some sort of a guideline or defacto standard but it is not. UVDIS 3.1 and its Tulip intensity calculation module are simply tools that were developed in the 1980s. The UV market has move forward and frankly bioassay is the only method to compare or verify UV system performance. Apparently the City & County of Honolulu recognize the benefits of the bioassay as it was requirement for the Kailua project.

UltraTech has observed inaccuracies with the results of UVDIS Tulip. We are aware that variations in theoretical UV intensity computations exist by changing the array of UV lamps. Other variations result depending on the UV transmission inputted to the program. We have found that a 4 x 4 array horizontal UV system provides the greatest theoretical UV intensity. As the instructions of the program make no mention of the variations nor are there instructions on which UV array has to be inputted, UltraTech provides dosage calculations around the 4 x 4 array as it yields the highest intensity value

UVDIS was written before the advent of electronic high frequency ballasts and there is no instruction on how to compensate for the additional UV output achieved by operating the same wattage low pressure UV lamp on a high frequency (>20,000 hz) ballast. UltraTech still enters the UV lamp at its old 60hz output rating.

000088

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

Because medium pressure UV lamps were not common when UVDIS was created it is doubtful that any mention was made on how to de-rate the medium pressure UV lamp. Factors such as non 254nm output, loss of intensity due to large space between quartz and lamp where germicidal energy is absorbed by ozone created by the polychromatic UV lamp and thickness of the quartz jackets must be introduced when attempting to evaluate the medium pressure lamp systems. The only way to use the UVDIS Tulip module to calculate the theoretical average intensity for a UV system would be to manually compensate by introduce reductions of UV output, say 7% of what the total lamps output is for UV wattage and then some type of formula to further reduce lamp output due to Ozone generation. Perhaps the easiest way is to take a 2,500 watt medium pressure UV lamp and enter it is a 100 - 125 watt UV lamp in order to determine its intensity, but this is just a guess.

Going over section 11376 of the UV specifications in minute detail, we have determined some areas where the competition will try to claim that UltraTech's offering is non compliant. We wish to point out some questionable areas of the specification:

1.2 A. Requires that the UV system shall be "tested and certified to meet CA Title 22 or Hawaii R1 Quality water". We are not aware of certification but the equipment bid has letter from CA DHS stating that it is acceptable. The specification states that CA acceptance or Hawaii acceptance is required, not both.

2.3 B Performance Requirement states that the UV system must provide less than 2.2/100ml FC based on a 7 day moving average . It also states in item 4 that dose is to be 140 mw-s/cm$^2$ at max flow and 100 mw-s/cm$^2$ at peak flow. Our presubmittal of 5/8/00 showed dosage calculations at peak flow to establish that we were providing the 140 mw-s/cm$^2$. This is not correct, by specification we must deliver 100 mw-s/cm$^2$ at peak flow of 6.5 MGD. Item 4.a states that lamp output or more than 70, we used 100 percent because it is more than 70 percent. Item 4.c requires UV dose with three banks in series. As this specification was designed around a 4 banks system we interpreted this requirement as on of providing the required UV dose with one bank out of service. To avoid any issues, attached are a new series of calculations that will establish that the overall size of the UltraTech UV system can be reduced from what was indicated in the presubmittal of 5/8.



DOSE CALCULATION OF UV SYSTEM WITH 3 BANKS OPERATING

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 1.00 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 60.00 | in. | 152.40 | cm |
| h - Nominal effluent height | 48.00 | in. | 121.92 | cm |
| Q = max flow through one channel | 4,514 | GPM | | |
| n = number of banks per channel | 3 | | | |
| Lm = Lamps per UV module | 16 | | | |
| Mc = Number of Modules across channel | 20 | | | |

**Calculations**

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp<br>= ((S x h / Lm) - (Pi x r²)) / 1000 | 8.54 | ltr. |
| D = UV density<br>= W / Vl | 3.13 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm² |
| Vr = Effluent volume in reaction area<br>= ((w x h) - (Lm x Mc x Pi x r²)) R x n / 231 | 2,166.41 | gal. |
| T = Retention Time in UV channel<br>= (Vr / Q) x 60 sec./min | 28.80 | sec. |
| UV Dosage | 121,384.26 | uW-sec/cm² |

If calculated UV Intensity is reduced by 7% to 5,600 the dose would be 112,882 µWs/cm²



DOSE CALCULATION OF 4 UV BANKS INCORPORATING A 70% LAMP OUTPUT FACTOR

| Operational Data - Horizontal Dosage | Value | Unit | Conv.Value | Unit |
|---|---|---|---|---|
| UV Transmission | 55% | | | |
| W = UV Lamp Output | 26.70 | Watts | | |
| R = UV Lamp Arc Length | 58.00 | in. | 147.32 | cm |
| S = UV Lamp Spacing | 3.00 | in. | 7.62 | cm |
| r = Outside radius of quartz jacket Q63D | 0.48 | in. | 1.22 | cm |
| Fp = End of lamp life output factor | 0.70 | | | |
| Ft = Transmittance factor | 0.70 | | | |
| l = Length of UV bank | 63.00 | in. | 160.02 | cm |
| w = width of UV bank | 60.00 | in. | 152.40 | cm |
| h - Nominal effluent height | 48.00 | in. | 121.92 | cm |
| Q = max flow through one channel | 4,514 | GPM | | |
| n = number of banks per channel | 4 | | | |
| Lm = Lamps per UV module | 16 | | | |
| Mc = Number of Modules across channel | 20 | | | |

**Calculations**

| | | |
|---|---|---|
| Vl = Effluent volume per UV lamp<br>= ((S x h / Lm) - (Pi x $r^2$)) / 1000 | 8.54 | ltr. |
| D = UV density<br>= W / Vl | 3.13 | watts/ltr. |
| Iavg = calculated avg. nominal intensity | 6,021.75 | uW/cm$^2$ |
| Vr = Effluent volume in reaction area<br>= ((w x h) - (Lm x Mc x Pi x $r^2$)) R x n / 231 | 2,888.55 | gal. |
| T = Retention Time in UV channel<br>= (Vr / Q) x 60 sec./min | 38.40 | sec. |
| UV Dosage | 113,291.97 | uW-sec/cm$^2$ |

If calculated UV intensity is reduced by 7% to 5,600 dose would be 105,357 μWs/cm$^2$



I trust that the enclosed information proves helpful.

Sincerely yours,

UltraTech Systems, Inc.
Greg E. Ellner

GEE:cq
Cc: Paul Scott, Engineered Systems

