# EXHIBIT 57



**GMP ASSOCIATES, INC.**

rs/Architects

June 29, 2000

Mr. Chuck Eckman
Bodell Construction Company
111 California Avenue
Wahiawa, HI 96786

Re: Ultraviolet Disinfection System
    Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment

Dear Mr. Eckman:

The information provided thus far on the ultraviolet (UV) disinfection system lacked the following information.

- A list of five wastewater installations demonstrating successful performance of the proposed system.
- A list of five wastewater installations using this equipment type, in North America, disinfecting a peak flow of 5 MGD or greater for at least one year.
- Test results as required by the specifications.
- Hoist data.
- Data on the cleaning station drain and routing back to the plant headworks.
- Catalog cuts and specifications for all components.
- Electrical schematics and layouts
- Design drawings and structural calculations as required by the specifications.
- Third party design validation and test data demonstrating that the system being provided will not have an adverse effect on surrounding plant equipment.
- A written guarantee that the system will meet the performance and test criteria specified.
- A written guarantee that the system will not have an adverse effect on surrounding plant equipment.

In addition, the following issues need to be resolved by the contractor.

- Limited accessibility around the unit's electronics panels requires widening of the platform, which may impact the road adjacent to the Ultraviolet Disinfection Channel/Parshall Flume Structure. Please note that specification 11376-2.1B.2 does not allow for encroachment on adjacent roadways.
- The cleaning station will lie in the road if constructed as shown by the UV manufacturer.
- Additional transformers are needed to meet the power requirements of the proposed UV system.
- The system control center should be located in the Reclamation Facilities Building not at the Ultraviolet Disinfection Channel/Parshall Flume Structure.

C&C / Bodell
C005598

ECKMAN.LTR
2500/30

1100 Alakea Street • Suite 1800 • Honolulu, Hawaii 96813-2833 • Telephone: (808) 521-4711 • Fax: (808) 538-3269



**GMP ASSOCIATES, INC.**

Engineers/Architects

Mr. Chuck Eckman
June 29, 2000
Page 2 of 2

Any modifications required to accommodate substitute items should have been included in the bid price and are the responsibility of the Contractor. See section 1.13 the *General Instructions to Bidders* and specification 11376-1.2B. The Contractor is advised to coordinate all work for the UV disinfection system with the UV supplier to avoid any delays in the construction.

Sincerely,

Jay M. K. Stone, P.E.
Environmental Engineer

cc: Mr. Safwat Gergis, GMP Associates, Inc.
    Mr. Ted Saito, Department of Design and Construction
    Mr. James K. Honke, Department of Design and Construction

C&C / Bodell
C005599

ECKMAN.LTR
2500/30

**GMP Associates, Inc.**
1100 Alakea Street, Suite 1800
Honolulu, Hawaii 96813
PH: (808) 521-4711
Fax: (808) 538-3269

**Letter of Transmittal**

00-1197

| DATE June 29, 2000 | JOB NO 2500/00 |
|---|---|

ATTENTION Mr. James K. Honke

RE: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment

TO: Department of Design and Construction

Division of Infrastructure Design & Engineering

650 South King Street, 14th Floor

Honolulu, HI 96813

RECEIVED '00 JUL -3 AM 11:14 DESIGN & CONSTRUCTION DEPT. OF INFRASTRUCTURE DESIGN

WE ARE SENDING YOU ☒ Attached  ☐ Under separate cover via _____ the following items:

☐ Shop drawings  ☐ Prints  ☐ Plans  ☐ Samples  ☐ Specifications
☒ Copy of letter  ☐ Change order  ☐ _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 6/29/00 | 1 | Letter regarding UV disinfection system |

THESE ARE TRANSMITTED as checked below:

☐ For approval  ☐ Approved as submitted  ☐ Resubmit ___ copies for approval
☒ For your use  ☐ Approved as noted  ☐ Submit ___ copies for distribution
☐ As requested  ☐ Returned for corrections  ☐ Return ___ corrected prints
☐ For review and comment  ☐ _____
☐ For BIDS DUE _____ 19___  ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS _____

COPY TO File

Plaintiff's EXHIBIT 12 Mansfield 2-28-05

SIGNED: _____

If enclosures are not as noted, kindly notify us at once.

C&C / Bodell
C005597