# EXHIBIT 59

# BODELL CONSTRUCTION COMPANY

U. S. MAIL: 956 PAAKO STREET, KAILUA, HI 96734
JOBSITE DELIVERY: 111 CALIFORNIA AVENUE, WAHIAWA, HI 96786
PHONE: 808-622-3752     FAX: 808-622-2752

## WAHIAWA WWTP EFFLUENT REUSE & RESERVOIR OUTFALL ADJUSTMENT
CITY AND COUNTY OF HONOLULU JOB No. W10-99

## FAX COVER SHEET

TO: GREG ELLNER

COMPANY: ULTRATECH

DATE: 7-10-00    FAX No.: 914-429-7527

RE: PRE-SUBMITTAL REVIEW

THE FOLLOWING 3 PAGES, INCLUDING THIS COVER SHEET, ARE BEING TRANSMITTED FROM: TOM SWAN

**MEMO:**

Greg - enclosed is the consultant's response to the material you provided at the PreConstruction Meeting.

We do not have a jobsite copy of the reviewed material, but the enclosed comments should guide your first submittal. The submittal review environment is very negative, even for items specifically called out by contract language.

Please prepare 10 copies of your submittal and deliver them to the Wahiawa address.

Thank you,
Tom Swan

COPY TO: Gary Jeppson
Paul Scott 263-3928

ORIGINAL MAILED: YES (NO)

000416

C & C / Bodell
BC3 000390

Plaintiff's Exhibit No. 70 For Identification, Date: 9-1-04