# EXHIBIT 61





# CONFIDENTIAL

## FAX TRANSMISSION COVER SHEET

**DATE:** July 31, 2000

**TO:** Bodell Construction   **FAX:** (801) 261-1020

**ATTN:** Gary Jeppson  (801) 261-4343 x 308

**FROM:** Greg Ellner

**SUBJ:** Wahiawa, HI - UV System

**This fax consists of ( 3 ) page(s) including this page  -  No originals to follow**

Dear Gary,

Subsequent to yesterday's fax some additional personnel have reviewed the draft list of RFIs, below are comments to consider as you continue your review of the proposed RFIs.

1. It is clear from the specification that Trojan 4000 was the basis for design, our statement is not relevant.

2. It is clear from the specifications that lowest, responsible bid would prevail, again our statement is not relevant.

3. Good question.

4. Good question, however we may want to word it a bit differently and consolidate with other points that follow.

5. Consolidation question, however this is one of our big guns.  Do not tip our hand until push comes to shove.

THIS MESSAGE IS FOR THE NAMED PARTY ABOVE. ITS CONTENTS INCLUDING ATTACHMENTS MAY RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER. SHOULD ANYONE RECEIVE THIS TRANSMISSION IN ERROR PLEASE CONTACT THE SENDER IMMEDIATELY BY PHONE AT THE NUMBER BELOW. THANK YOU.

000099

15 Kay Fries Drive  •  Stony Point, NY 10980  •  (914) 429-0017  •  FAX (914) 429-7527

6. Good question, GMP may plead that time was short, but that is no excuse, since both GMP and Brown & Caldwell were particularly warned about problems regarding UV disinfection at Honouliuli WWTP.

7. Good question, however this relates to point 5 above.

8. Excellent question, we should expand by saying that addendum no. 2 is diametrically opposed to Title 22. Our question should conclude, which governs: Title 22 or addendum no. 2?

9. Include in point no. 8 above.

10. Good question, but we are tipping our hand.

11. If there is anything proprietary about Trojan 4000, then without a sole source determination, the City cannot accept the product. We need to be very specific about what is sole source.

12. City only has a preference for made in the USA. Drop this point.

13. Excellent point. We assume that Trojan 4000 is not UL approved, and we definitely are.

14. Good question, but you are we tipping our hand.

15. Excellent question, this is part of GMP's basis for rejection. Expand the point by saying that Trojan 4000 is a nonconforming system that has additional requirements imposed by California DHS.

16. Excellent question.

17. Excellent question.

18. and 19. This is the heart of the matter. In quoting the specifications, we are asking GMP what is quoted here, meet the performance requirements, open channel, modular design, cleaning system, and electronic ballast, is all that they have required for performance. They may expand on these issues in the body of the specs, but to ask for more requirements now is unreasonable.

Perhaps we should communicate to Bodell that the electronic components take x number of weeks to prepare, however modular design, cleaning system, hoist, etc. can be delivered in x weeks. Without a complete explanation from GMP as to electrical requirements, we would just be spinning our wheels.

Finally, it was noticed that the specifications do not mention spare parts. Keep quiet about this until after installation and just before test runs. You may make up some of your cost overruns with a change order for spare parts.



**CONFIDENTIAL**

000100

In summary, do not attack GMP's design but ask what is relevant for approval at this point. If push comes to shove this would be our reserve position. Hopefully, GMP realizes this and will back off and come to their senses.

Looking forward to receiving Leroy's and your thoughts on the above.

Regards,



CONFIDENTIAL

000101