# EXHIBIT 62





# FAX TRANSMISSION COVER SHEET

**DATE:** August 7, 2000

**TO:** Bodell Construction                **FAX:** (801) 261-1020

**ATTN:** Gary Jeppson

**Cc:** Paul Scott, Engineered Systems

**FROM:** Greg Ellner

**SUBJ:** Wahiawa, HI - Yr. Fax of 8/4

**This fax consists of ( 1 ) page(s) including this page  -  No originals to follow**

Gary,

Thanks for your draft response. We will await your final.

The scope of supply and the pricing we gave for this project was for a vertical UV system at $267,000. During the bid as information was exchanged we changed our pricing because it appeared that we may have to provide a horizontal UV system. In order to furnish the horizontal system we gave an adder of $150,000 thus the $417,000 total.

UltraTech has been treating this project as a not to exceed $417,000 order.

What we hope can be accomplished is that answers to questions can be provided quickly as we can not prepare a proper submittal without them. Please focus your attention to items 15, 18, 19 of our 8/1 fax as these are key issues which will have definite bearing on the submittal and the project.

Sincerely yours,

THIS MESSAGE IS FOR THE NAMED PARTY ABOVE. ITS CONTENTS INCLUDING ATTACHMENTS MAY RELATE TO PROPRIETARY SUBJECT MATTER. ANY PARTY ASSUMING CUSTODY DOES SO WITH THE EXPRESS UNDERSTANDING AND AGREEMENT THAT NEITHER RECEIPT NOR POSSESSION THEREOF CONFERS OR TRANSFERS ANY RIGHT TO USE, REPRODUCE OR DISCLOSE ITS CONTENTS OR ANY PART THEREOF, IN ANY MANNER OR FOR ANY PURPOSE WHATSOEVER. SHOULD ANYONE RECEIVE THIS TRANSMISSION IN ERROR PLEASE CONTACT THE SENDER IMMEDIATELY BY PHONE AT THE NUMBER BELOW. THANK YOU.

000104

15 Kay Fries Drive  •  Stony Point, NY 10980  •  (914) 429-0017  •  FAX (914) 429-7527