# EXHIBIT 66





PLAINTIFF'S
EXHIBIT NO. _____ 61
FOR IDENTIFICATION
DATE: 9-1-04 ____ 49
RPTR:

# *PERFORMANCE DATA*

# *10 INSTALLATIONS*

# *UTILIZING 40 LAMP DISINFECTION MODULES*

B00660



| Installation | Flow Rate (MGD) | Number of Modules | Module Type | Total Lamps | Contact | Phone Number |
|---|---|---|---|---|---|---|
| Broomfield, CO | 8.00 | 4 | T2-4024I | 240 | Norm Henderson | 303-464-5940 |
| Cinco Ranch, TX | 5.20 | 6 | T2-4024I | 240 | Kirk Hardesty | 281-578-4231 |
| Copperas Cove, TX | 8.00 | 10 | T2-4024I | 400 | John D'Emery | 254-547-3255 |
| Hollister, MO Phase II | 5.34 | 12 | T2-4024I | 480 | Brent Daniels | 417-334-3330 |
| Jackson, WY | 9.50 | 12 | T2-4024I | 480 | Kelly Rubrecht | 307-733-4203 |
| Lawrenceville, VA | 6.20 | 6 | T2-4024I | 240 | C.J. Dean | 804-848-2729 |
| Leavenworth, WA | 2.60 | 4 | T2-4024I | 160 | Kurt Holland | 425-355-3434 |
| Meadville, PA | 21.58 | 24 | T2-4024I | 960 | Eric Schall | 814-724-6058 |
| Snowmass, CO | 3.20 | 4 | T2-4024I | 160 | Mike Horst | 970-923-2056 |
| Tri-Lakes Monument, CO | 4.80 | 6 | T2-4024I | 240 | Bill Burks | 719-481-4053 |

000331     B00661

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

# BROOMFIELD, COLORADO

30 DAY GEOMETRIC MEAN PERMIT     2,000/100 mL

000332     B00662

## UV DATA LOG

| Date | Sample | Time Sampled | Time Analyzed | Flow | % Intensity North | % Intensity South | # of Banks | % Trans | Fecals/ 100 ml | Total Fe | Turb. ntu | TSS mg/L |
|------|--------|--------------|---------------|------|-------------------|-------------------|------------|---------|----------------|----------|-----------|----------|
| 5/18/98 | outfall | 850 | 1115 | 5.7 | 83 | 79 | 3 | 67 | 90 | 0.418 | 3.1 | 7.1 |
| 5/20/98 | outfall | 855 | 1030 | 5.16 | 82 | 83 | 3 | 67 | 108 | 0.338 | 2.8 | 5.9 |
| 5/21/98 | outfall | 740 | 1250 | 5.24 | 83 | 83 | 3 | 67 | 220 | 0.285 | 3.1 | |
| 5/26/98 | outfall | 830 | 1050 | 5.28 | 87 | 85 | 3 | 72 | 76 | 0.217 | 2.0 | 4.4 |
| 5/27/98 | outfall | 830 | 850 | 5.22 | 86 | 81 | 3 | 70 | 70 | 0.209 | 1.8 | 4.0 |
| 5/28/98 | outfall | 800 | 915 | 7.07 | 80 | 82 | 3 | 66 | 580 | 0.28 | 2.2 | |
| 6/1/98 | outfall | 826 | 1330 | 5.61 | 84 | 84 | 3 | 69 | 425 | 0.238 | 1.8 | 3.7 |
| 6/3/98 | outfall | 1250 | 1355 | 5.63 | 86 | 48 | 3 | 68 | 74 | 0.253 | 1.9 | 4.0 |
| 6/5/98 | outfall | 805 | 820 | 5.18 | 80 | 82 | 3 | 69 | 68 | 0.293 | 1.7 | 5.5 |
| 6/8/98 | outfall | 840 | 850 | 5.71 | 84 | 84 | 3 | 70 | 54 | 0.3 | 1.7 | 5.7 |
| 6/10/98 | outfall | 830 | 850 | 5.46 | 82 | 79 | 3 | 68 | 137 | 0.19 | 2.2 | 3.6 |
| 6/11/98 | outfall | 750 | 840 | 5.5 | 72 | 82 | 3 | 66 | 100 | 0.294 | 1.4 | |
| 6/15/98 | outfall | 840 | 1110 | 4.49 | 83 | 85 | 3 | 70 | 137 | 0.29 | 1.2 | 4.2 |

B00663

000333

# UV DATA LOG

| Date | Sample | Time Sampled | Analyzed | Flow | % Intensity North | South | # of Banks | % Trans | Fecals/ 100 ml | Total Fe | Turb. ntu | TSS mg/L | |
|------|--------|------|------|------|------|------|------|------|------|------|------|------|------|
| 6/18/98 | outfall | 800 | 930 | 5.02 | 82 | 81 | 3 | 66 | 315 | 0.34 | 1.6 | | |
| 6/19/98 | outfall | 925 | 1100 | 5.22 | 79 | 81 | 3 | 66 | 141 | | 1.6 | 8.1 | |
| 6/23/98 | outfall | 820 | 900 | 5.09 | 77 | 84 | 3 | 64 | 2200 | | 2.3 | | |
| 6/24/98 | outfall | 735 | 950 | 5.09 | 78 | 84 | 3 | 65 | 475 | | 1.6 | 5.2 | |
| 6/25/98 | outfall | 805 | 950 | 5.43 | 73 | 83 | 3 | 65 | 375 | | 2.1 | | |
| 6/29/98 | outfall | 850 | 1055 | 4.95 | 75 | 77 | 3 | 66 | 905 | 0.42 | 2.6 | 7.3 | |
| 6/3/98 | outfall | 755 | 1040 | 5.07 | 71 | 73 | 3 | 63 | 1343 | 0.36 | 2.6 | 6.5 | cleaned |
| 7/1/98 | outfall | 815 | 1115 | 4.69 | 87 | 85 | 3 | 67 | 104 | 0.37 | 2.5 | 6.9 | |
| 7/6/98 | outfall | 850 | 1135 | 4.71 | 84 | 83 | 3 | 60 | 110 | 0.44 | 4.3 | 10.5 | |
| 7/8/98 | outfall | 825 | 900 | 4.85 | 86 | 87 | 3 | 65 | 76 | 0.34 | 3.6 | 8.0 | |
| 7/9/98 | outfall | 805 | 850 | 5.33 | 86 | 83 | 3 | 62 | 116 | 0.51 | 5.0 | | |
| 7/13/98 | outfall | 850 | 1055 | 5.33 | 90 | 88 | 3 | 67 | 215 | 0.46 | 2.3 | 8.4 | |
| 7/15/98 | outfall | 805 | 910 | 5.1 | 88 | 77 | 3 | 68 | 114 | 0.43 | 2.3 | 8.3 | |
| 7/16/98 | outfall | 805 | 845 | 3.88 | 89 | 88 | 3 | 66 | 230 | 0.40 | 2.4 | | |
| 7/20/98 | outfall | 805 | 1050 | 5.02 | 88 | 86 | 3 | 69 | 98 | 0.26 | 1.8 | 4.5 | |
| 7/22/98 | outfall | 820 | 1030 | 5.09 | 88 | 89 | 3 | 68 | 70 | 0.28 | 1.8 | 5.7 | |
| 7/23/98 | outfall | 910 | 940 | 6 | 91 | 91 | 3 | 69 | 157 | 0.37 | 1.8 | | |
| 7/27/98 | outfall | 815 | 1105 | 7.38 | 96 | 100 | 3 | 70 | 320 | 0.27 | 1.1 | 2.9 | |
| 7/29/98 | outfall | 820 | 1020 | 5.8 | 97 | 101 | 3 | 70 | 189 | 0.24 | 1.3 | 3.3 | |
| 7/30/98 | outfall | 835 | 945 | 6 | 95 | 101 | 3 | 69 | 149 | 0.3 | 1.6 | | |

# UV DATA LOG

| Date | Sample | Time Sampled | Analyzed | Flow | % Intensity North | South | # of Banks | % Trans | Fecals/ 100 ml | Total Fe | Turb. ntu | TSS mg/L |
|------|--------|------|------|------|------|------|------|------|------|------|------|------|
| 8/3/98 | outfall | 835 | 945 | 6.2 | 93 | 101 | 3 | 69 | 108 | 0.3 | 1.5 | |
| 8/5/98 | outfall | 820 | 1110 | 6.6 | 91 | 101 | 3 | 67 | 116 | 0.31 | 1.3 | 4.4 |
| 8/6/98 | outfall | 910 | 950 | 6.2 | 90 | 101 | 3 | 69 | 40 | 0.27 | 1.1 | |
| 8/10/98 | outfall | 810 | 920 | 6.16 | 90 | 101 | 3 | 67 | 72 | 0.27 | 1.4 | 4.0 |
| 8/12/98 | outfall | 835 | 1040 | 6.5 | 93 | 101 | 3 | 67 | 84 | 0.32 | 1.2 | 3.8 |
| 8/13/98 | outfall | 805 | 900 | 6.13 | 91 | 101 | 3 | 67 | 116 | 0.4 | 1.8 | |
| 8/17/98 | outfall | 830 | 1030 | 5.73 | 82 | 101 | 3 | 64 | 475 | 0.41 | 2.3 | 7.6 |
| 8/19/98 | outfall | 845 | 930 | 5.46 | 84 | 101 | 3 | 66 | 220 | 0.33 | 1.4 | 5.1 |
| 8/20/98 | outfall | 835 | 950 | 6.18 | 84 | 101 | 3 | 66 | 360 | 0.37 | 1.8 | |
| 8/24/98 | outfall | 810 | 950 | 5.87 | 101 | 77 | 3 | 65 | 862 | 0.31 | 2.0 | 7.1 |
| 8/26/98 | outfall | 915 | 1020 | 5.2 | 83 | 101 | 3 | 68 | 265 | 0.31 | 1.7 | 6.8 |
| 8/27/98 | outfall | 755 | 815 | 4.18 | 83 | 101 | 3 | 64 | 68 | 0.33 | 1.6 | |
| 8/31/98 | outfall | 850 | 920 | 4.63 | 85 | 74 | 3 | 62 | 410 | 0.33 | 2.9 | 9.9 |

B00665

# CINCO RANCH, TEXAS

30 DAY GEOMETRIC MEAN PERMIT     200/100 mL

B00666

000336

| | | | | |
|---|---|---|---|---|
| 156261 | 03-Aug-99 | 1040 | Cinco Central Clarifier Eff | 46000 |
| 156468 | 05-Aug-99 | 920 | Cinco Central Clarifier Eff | 10000 |
| 156721 | 10-Aug-99 | 1000 | Cinco Central Clarifier Eff | 32000 |
| 156892 | 12-Aug-99 | 952 | Cinco Central Clarifier Eff | 32000 |
| 157136 | 17-Aug-99 | 1009 | Cinco Central Clarifier Eff | 39000 |
| 157324 | 19-Aug-99 | 947 | Cinco Central Clarifier Eff | 59000 |
| 157678 | 24-Aug-99 | 1128 | Cinco Central Clarifier Eff | 6820 |
| 157966 | 26-Aug-99 | 952 | Cinco Central Clarifier Eff | 34000 |
| 158214 | 31-Aug-99 | 1015 | Cinco Central Clarifier Eff | 43000 |
| 158398 | 02-Sep-99 | 942 | Cinco Central Clarifier Eff | 25000 |
| 158588 | 07-Sep-99 | 953 | Cinco Central Clarifier Eff | 7000 |
| 158835 | 09-Sep-99 | 1110 | Cinco Central Clarifier Eff | 52000 |
| 159140 | 14-Sep-99 | 955 | Cinco Central Clarifier Eff | 7000 |
| 159317 | 16-Sep-99 | 927 | Cinco Central Clarifier Eff | 14200 |
| 159581 | 21-Sep-99 | 1040 | Cinco Central Clarifier Eff | 14000 |
| 159794 | 23-Sep-99 | 947 | Cinco Central Clarifier Eff | 45000 |
| 159795 | 23-Sep-99 | 948 | Cinco Central Clarifier Eff | 8 |
| 160006 | 28-Sep-99 | 901 | Cinco Central Clarifier Eff | 12300 |
| 160176 | 30-Sep-99 | 920 | Cinco Central Clarifier Eff | 18300 |
| 160430 | 05-Oct-99 | 1000 | Cinco Central Clarifier Eff | 54000 |
| 160611 | 07-Oct-99 | 927 | Cinco Central Clarifier Eff | 30600 |
| 160843 | 12-Oct-99 | 1056 | Cinco Central Clarifier Eff | 30600 |
| 161014 | 14-Oct-99 | 932 | Cinco Central Clarifier Eff | 7000 |
| 161255 | 19-Oct-99 | 946 | Cinco Central Clarifier Eff | 8,000 |
| 161462 | 21-Oct-99 | 927 | Cinco Central Clarifier Eff | 26000 |
| 161680 | 26-Oct-99 | 940 | Cinco Central Clarifier Eff | 9300 |
| 161857 | 28-Oct-99 | 922 | Cinco Central Clarifier Eff | ?????? |
| 161672 | 26-Oct-99 | 1255 | Cinco Central Digester | |
| 161671 | 26-Oct-99 | 1250 | Cinco Central Digester 2 | |
| 156262 | 03-Aug-99 | 1041 | Cinco Central Effluent | <2 |
| 156469 | 05-Aug-99 | 921 | Cinco Central Effluent | <2 |
| 156722 | 10-Aug-99 | 1001 | Cinco Central Effluent | 6 |
| 156893 | 12-Aug-99 | 952 | Cinco Central Effluent | 11 |
| 157137 | 17-Aug-99 | 1010 | Cinco Central Effluent | 211 |
| 157325 | 19-Aug-99 | 947 | Cinco Central Effluent | 44 |
| 157679 | 24-Aug-99 | 1129 | Cinco Central Effluent | <2 |
| 157967 | 26-Aug-99 | 953 | Cinco Central Effluent | 20 |
| 158215 | 31-Aug-99 | 1016 | Cinco Central Effluent | 12 |
| 158399 | 02-Sep-99 | 943 | Cinco Central Effluent | <2 |
| 158589 | 07-Sep-99 | 954 | Cinco Central Effluent | 2 |
| 158836 | 09-Sep-99 | 1111 | Cinco Central Effluent | 3 |
| 159141 | 14-Sep-99 | 958 | Cinco Central Effluent | <2 |
| 159318 | 16-Sep-99 | 928 | Cinco Central Effluent | 10 |

000337     B 00667

| 159582 | 21-Sep-99 | 1041 | Cinco Central Effluent | 5 |
|---|---|---|---|---|
| 160007 | 28-Sep-99 | 902 | Cinco Central Post UV Effluent | 5 |
| 160177 | 30-Sep-99 | 920 | Cinco Central Post UV Effluent | 4 |
| 160431 | 05-Oct-99 | 1001 | Cinco Central Post UV Effluent | 52 |
| 160612 | 07-Oct-99 | 928 | Cinco Central Post UV Effluent | <2 |
| 160844 | 12-Oct-99 | 1057 | Cinco Central Post UV Effluent | 4 |
| 161015 | 14-Oct-99 | 933 | Cinco Central Post UV Effluent | 8 |
| 161258 | 19-Oct-99 | 947 | Cinco Central Post UV Effluent | 6 |
| 161483 | 21-Oct-99 | 928 | Cinco Central Post UV Effluent | 4 |
| 161681 | 26-Oct-99 | 941 | Cinco Central Post UV Effluent | 5 |
| 161858 | 28-Oct-99 | 923 | Cinco Central Post UV Effluent | ?????? |

B00668

000338

# COPPERAS COVE, TEXAS

30 DAY GEOMETRIC MEAN PERMIT    200/100 mL

000339    B00669

MONTH June   YEAR 97   SOUTH PLANT

| Date | SETTABLE 01 | SETTABLE 02 | M L S S 01 | M L S S 02 (2000) | S V I 01 | S V I 02. | BOD EFF | BOD LBS/DAY | NH3 EFF | NH3 LBS/DAY | TSS EFF | TSS LBS/DAY | FECAL LOG 2.14 | FECAL COUNT 140 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | — | | | | | | | | | | | | | |
| 02 | — | 200 | | 2030 | | 99 | | | | | | | 2.30 | 200 |
| 03 | — | | | | | | / | / | 003 | .014 | 5 | 22.73 | 2.25 | 180 |
| 04 | — | | | | | | 1 | 4.80 | .005 | .024 | 7 | 33.57 | 2.14 | 140 |
| 05 | — | 200 | | 2000 | | 100 | | | | | | | 2.20 | 160 |
| 06 | | | | | | | | | | | | | 2.14 | 140 |
| 07 | | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | | |
| 09 | | 200 | | 3100 | | 64 | 1 | 7.34 | .003 | .022 | 4 | 29.31 | 2.07 | 120 |
| 10 | | | | | | | | | | | | | 2.60 | 400 |
| 11 | | | | | | | | | | | | | 1.90 | 80 |
| 12 | | 200 | | 2260 | | 88 | 1 | 66.30 | .001 | .007 | 4 | 26.52 | 2.00 | 100 |
| 13 | | | | | | | | | | | | | 2.20 | 160 |
| 14 | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | 225 | | 2240 | | 100 | | | | | | | 2.34 | 220 |
| 17 | | | | | | | 1 | 5.05 | .052 | .010 | 6 | 30.3 | 2.36 | 230 |
| 18 | | | | | | | | | | | | | 2.39 | 250 |
| 19 | | 225 | | 2230 | | 101 | 1 | 5.05 | .006 | .030 | 5 | 25.27 | 2.38 | 240 |
| 20 | | | | | | | | | | | | | 2.44 | 280 |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | 250 | | 2340 | | 107 | | | | | | | 2.39 | 250 |
| 24 | | | | | | | 1 | 5.28 | .022 | .116 | 1 | 5.28 | 2.57 | 380 |
| 25 | | | | | | | | | | | | | 2.32 | 210 |
| 26 | | 250 | | 2320 | | 108 | + | 4.95 | .034 | .168 | 2 | 9.8 | 2.47 | 300 |
| 27 | | | | | | | | | | | | | 2.44 | 280 |
| 28 | | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | | |
| 30 | | 250 | | 2330 | | 107 | | | | | | | 2.30 | 200 |
| 31 | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | |
| AVG. | | | | | | | | | | | | | | |
| MAX. | | | | | | | | | | | | | | |
| MIN. | | | | | | | | | | | | | | |

INF ME STILL IN ACCURATE ABNORMAL INF FLU

★ IN-OP

SOUTH PLANT PAGE 2 of 3

*(handwritten, top right)* METER IN / R LOWERED 02 DITCH 1'

| Date | SETTABLE | | MLSS | | SVI | | BOD | | NH3 | | TSS | | FECAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / | 01 | 02 | 01 | 02 | 01 | 02 | EFF | LBS/DAY | EFF | LBS/DAY | EFF | LBS/DAY | LOG | COUNT |
| | | 250 | | 2320 | | | | | | | | | 2.30 | 200 |
| 01 | | | | | | | 1 | 4.82 | .038 | .183 | 1 | 4.82 | 2.30 | 200 |
| 02 | | | | | | | 1 | 4.42 | .029 | .128 | 2 | 8.84 | 2.14 | 140 |
| 03 | | 250 | | 2400 | | 122 | | | | | | | 2.43 | 270 |
| 04 | | | | | | | | | | | | | 2.47 | 300 |
| 05 | | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | | |
| 07 | | 300 | | 2490 | | 120 | | | | | | | 2.23 | 170 |
| 08 | | | | | | | 1 | 4.42 | .036 | .159 | 3 | 13.2 | 2.66 | 460 |
| 09 | | | | | | | | | | | | | 2.68 | 480 |
| 10 | | 250 | | 2330 | | 107 | 1 | 3.84 | .040 | .153 | 7 | 26.88 | 2.34 | 220 |
| 11 | | | | | | | | | | | | | 2.47 | 300 |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | 150 | | 1290 | | 116 | | | | | | | 2.46 | 290 |
| 15 | | | | | | | 1 | 3.79 | .022 | .083 | 2 | 7.59 | 2.00 | 100 |
| 16 | | | | | | | | | | | | | 2.53 | 340 |
| 17 | | 200 | | 1600 | | 125 | 2 | 8.19 | .020 | .082 | 7 | 28.66 | 2.44 | 280 |
| 18 | | | | | | | | | | | | | 2.00 | 100 |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | 200 | | 1800 | | 111 | | | | | | | 2.17 | 150 |
| 22 | | | | | | | 3 | 9.00 | .021 | .063 | 3 | 9.00 | 2.25 | 180 |
| 23 | | | | | | | | | | | | | 2.17 | 150 |
| 24 | | 200 | | 1760 | | 114 | 2 | 6.00 | .031 | .093 | 4 | 12.00 | 2.30 | 200 |
| 25 | | | | | | | | | | | | | 2.30 | 200 |
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | |
| 28 | | 200 | | 1740 | | 115 | | | | | | | 2.24 | 175 |
| 29 | | | | | | | 2 | 7.61 | .038 | .145 | 4 | 15.21 | 2.17 | 150 |
| 30 | | | | | | | | | | | | | 2.14 | 140 |
| 31 | | 100 | | 1790 | | 56 | 1 | 3.93 | .044 | .173 | 5 | 19.64 | 2.20 | 160 |
| TOTAL | | | | | | | | | .38 | .262 | 38 | 145.87 | 2.11 | 130 |
| AVG. | | | | | | | | | .032 | .1262 | 3.8 | 14.587 | | |
| MAX. | | | | | | | | | | | 7 | | | |
| MIN. | | | | | | | | | | | 1 | | | |

*(handwritten, right)* AUG

000341   B00671

SEWAGE TREATMENT OPNS REPORT

MONTH _AUGUST_    YEAR _1997_    SOUTH PLANT    PAGE 2 of 2

| Date | SETTABLE | | M L S S | | S V I | | B O D | | N H 3 | | TSS | | F E C A L | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / | 01 | 02 | 01 | 02 | 01 | 02 | EFF | LBS/DAY | EFF | LBS/DAY | EFF | LBS/DAY | LOG | COUNT |
|  |  | 100 |  | 1790 |  |  |  |  |  |  |  |  |  |  |
| 01 |  |  |  |  |  |  |  |  |  |  |  |  | 2.47 | 300 |
| 02 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 03 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 04 |  | 100 |  | 810 |  | 123 |  |  |  |  |  |  | 2.47 | 300 |
| 05 |  |  |  |  |  |  | 1 | 3.82 | .073 | .279 | 1 | 3.82 | 2.32 | 210 |
| 06 |  |  |  |  |  |  |  |  |  |  |  |  | 2.38 | 240 |
| 07 |  | 50 |  | 500 |  | 100 |  |  | .107 | .474 |  |  | 2.04 | 110 |
| 08 |  |  |  |  |  |  | 1 | 4.43 |  |  |  |  | 2.00 | 100 |
| 09 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 11 |  | 50 |  | 410 |  | 122 |  |  |  |  |  |  | 2.11 | 130 |
| 12 |  |  |  |  |  |  | 3 | 12.51 | .031 | .1293 | 5 | 20.75 | 2.53 | 340 |
| 13 |  |  |  |  |  |  |  |  |  |  |  |  | 2.30 | 200 |
| 14 |  | 200 |  | 1950 |  | 102 | 3 | 11.22 | .012 | .045 | 1 | 3.75 | 1.95 | 90 |
| 15 |  |  |  |  |  |  |  |  |  |  |  |  | 1.95 | 90 |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 18 |  | 250 |  | 2350 |  | 106 |  |  |  |  |  |  | 2.23 | 170 |
| 19 |  |  |  |  |  |  |  |  | .254 | 2.46 | 4 | 15.25 | 2.36 | 230 |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  | 1.84 | 70 |
| 21 |  | 255 |  | 2310 |  | 110 |  |  | .093 | .306 | 3 | 9.88 | 2.25 | 180 |
| 22 |  |  |  |  |  |  |  |  |  |  |  |  | 2.00 | 100 |
| 23 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 25 |  | 300 |  | 240 |  | 124 |  |  |  |  |  |  | 2.41 | 260 |
| 26 |  |  |  |  |  |  |  |  |  |  |  |  | 1.77 | 60 |
| 27 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 28 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 29 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 30 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 31 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| AVG. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| MAX. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| MIN. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Right-margin notes:
- AVG=19? (near date 08)
- AVG=17? (near date 15)
- AVG=15? (near date 22)
- AVG = (near date 29)

B00672

# HOLLISTER, MISSOURI

30 DAY GEOMETRIC MEAN PERMIT     400/100 mL

000343

B00673

# Hollister Wast___ ___r Treatment Plant

## Fecal Colif___ ___l Worksheet

Water Bath Temperature 44.5 °C

> EFF

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | Ml. Filtered | Finished By | Finish Time | Colonies Counted | Fecal C. / 100 Ml. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-11-97 | 1400 | Blank | HB | B | B.H. | 1400 | 100 | HB | 1300 | 0 | 0/100 |
| 4-11-97 | 1400 | EFF | HB | 1 | B.H. | 1400 | 100 | HB | 1300 | 0 | 0/100 |
| 4-11-97 | 1400 | EFF | HB | 2 | B.H. | 1400 | 50 | HH | 1300 | 0 | 0/100 |

Fecal C./100 Ml. = Colonies Counted x 100 / Ml. Filtered

*Test Duration 24 Hours + or - 2 Hours*

> = greater than
< = less than
TNTC = Too Numerous To Count

> 1-200 = Swimming OK
> 201-1999 = Wade Only
> 2000 = No Bodily Contact

000344    B00674

Hollister Way ... for Treatment Plant

Water Bath Temperature

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | ML Filtered | Finished By | Finish Time | Colonies Counted | Fecal C./100 ML |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-22-97 | 1200 | Blank | MB | 1 | MB | 1350 | 100 | MB | 13:30 | 0 | |
| | | Eff out EFF | MB | 2 | MB | 1350 | 50 | MB | 13:30 | 0 | |
| | | Chlor EFF | MB | 3 | MB | 1350 | 100 | MB | 13:30 | 0 | |
| | | Chlor EFF | MB | 4 | MB | 1350 | 50 | MB | 13:30 | 48 | 96/100 |
| | | Chlor EFF | MB | 5 | MB | 1350 | 50 | MB | 13:30 | 36 | 72/100 |

Fecal C./100 ML = Colonies Counted x 100 / ML Filtered

*Test Duration 24 Hours + or - 2 Hours*

> = greater than
< = less than
TNTC = Too Numerous To Count

~1-200 = Swimming OK
~201-1999 = Wade Only
~2000 = No Bodily Contact

B00675

000345

Hollister ... for Treatment Plant ...

Water Bath Temperature

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | ml. Filtered | Finished By | Finish Time | Colonies Counted | Fecal C. / 100ML |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2/97 | 14:15 | BRNK | BM | 1 | BM | 14:30 | 100 | BM | 13:30 | -0- | 0/100 |
| 5/12/97 | 14:15 | EFF | BM | 2 | BM | 14:30 | 100 | BM | 13:30 | -0- | 0/100 |
| 5/12/97 | 14:15 | EFF | BM | 3 | BM | 14:30 | 100 | BM | 13:30 | -0- | 0/100 |

Fecal C./100 ML = Colonies Counted x 100 / ML Filtered

**Test Duration 24 Hours + or - 2 Hours**

> = greater than
< = less than
TNTC = Too Numerous To Count

< 1-200 - Swimming OK
> 201-1999 - Wade Only
> 2000 - No Bodily Contact

000346

B00676

Hollister Wa... Ter Treatment Plant

Water Bath Temperature

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | ml Filtered | Finished By | Finish Time | Colonies Counted | Fecal /100ML |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9 | 3:45 | EFF | BG | 1 | BH | 4:00 PM | 100 | BG | 2:00 | 0 | 0/100 > EFF |
| 5/9 | 3:45 | EFF | BG | 2 | BH | 4:00 PM | 100 | BG | 2:00 | 0 | 0/100 |
| 5/9 | 3:45 | BLANK | BG | 3 | BH | 4:00 PM | 10.0 | BG | 2:00 | 0 | 0/100 |

Fecal C./100 ML = Colonies Counted x 100 / ML Filtered

*Test Duration 24 Hours + or − 2 Hours*

> = greater than
< = less than
TNTC = Too Numerous To Count

1-200 = Swimming OK
201-1999 = Wade Only
2000 = No Bodily Contact

B00677

Hollister ... Treatment Plant

Water Bath Temperature

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | ml. Filtered | Finished By | Finish Time | Colonies Counted | Fecal C./ 100ML |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-11-97 | 15:00 | Blank | BD | 1 | BD | 15:20 | 100 | BD | 14:30 | 0 | 0/100 |
| " | " | Eft | " | 2 | BD | " | 100 | BD | 14:30 | 0 | 0/100 |
| " | " | Eff | " | 3 | BD | " | 100 | BD | 14:30 | 0 | 0/100 |

Fecal C./100 ML = Colonies Counted x 100 / ML Filtered

*Test Duration 24 Hours + or – 2 Hours*

> = greater than
< = less than
TNTC = Too Numerous To Count

< 1-200 = Swimming OK
201-1999 = Wade Only
> 2000  No Bodily Contact

000348

B00678
000341

**Hollister Wastewater Treatment Plant**

Fecal Coliform Worksheet

Water Bath Temperature

| Date Collected | Time Collected | Sample Location | Sample Collector | Plate Number | Started By | Start Time | ml Filtered | Finished By | Finish Time | Colonies Counted | Fecal C. / 100Ml |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-19-97 | 1330 | INF-81 | HB | Blank | HB | 1430 | 50 | BD | 14:13 | 0 | 0/100 |
| 6-19-97 | 1330 | EFF | HB | EFF | HB | 1430 | 50 | BD | 14:13 | 0 | 0/100 |

Fecal C./100 ML = Colonies Counted x 100 / ML Filtered

_Test Duration 24 Hours + or - 2 Hours_

> = greater than
< = less than
TNTC = Too Numerous To Count

< 1-200 = Swimming OK
< 201-1999 = Wade Only
> 2000 = No Bodily Contact

000349    B00679

# JACKSON, WYOMING

30 DAY GEOMETRIC MEAN PERMIT    200/100 mL

000350

B00680

**Jackson WWTP UV System Startup and Testing**
**Data and Results**

8/13/97 16:08
Page 4 of 4

| Test No. | Total flow to UV gpm | Flow from IPS gpm | Flow from Cell 2 gpm | UV Modules "ON" | Influent/Effluent Sample Delay, seconds | Influent Concentration TSS, mg/l | Influent Concentration % UV Trans. | Influent Concentration Fecal Coliform, No./100 ml | Effluent Concentration Fecal Coliform, No./100 ml |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 700 | 0 | 700 | 1 | 166 | 46.7 | 59.4 | 0 | 30 |
|   |   |   |   |   |   |   |   | 28,000 |   |
|   |   |   |   |   |   |   |   | 2,300 |   |
| 2 | 1,200 | 500 | 700 | 1,2 | 97 | 34.5 | 65.3 | 1,000 | 0 |
|   |   |   |   |   |   |   |   | 0 |   |
|   |   |   |   |   |   |   |   | 1,100 |   |
|   |   |   |   |   |   |   |   | 10 |   |
| 3 | 1,600 | 900 | 700 | 1,2,3 | 71 | 29.0 | 70.5 | 20,000 | 0 |
|   |   |   |   |   |   |   |   | 1,000 |   |
|   |   |   |   |   |   |   |   | 1,200 |   |
| 4 | 2,300 | 1,600 | 700 | 1,2,3,4 | 50 | 13.4 | 74.6 | 0 | 0 |
|   |   |   |   |   |   |   |   | 1,300 |   |
|   |   |   |   |   |   |   |   | 500 |   |
|   |   |   |   |   |   |   |   | 840 |   |
| 5 | 2,600 | 1,900 | 700 | 1,2,3,4,5 | 46 | 15.8 | 77.2 | 0 | 0 |
|   |   |   |   |   |   |   |   | 700 |   |
|   |   |   |   |   |   |   |   | 300 |   |
|   |   |   |   |   |   |   |   | 370 |   |
| 6 | 3,200 | 2,500 | 700 | 1,2,3,4,5,6 | 36 | 12.4 | 80.1 | 2,000 | 0 |
|   |   |   |   |   |   |   |   | 600 |   |
|   |   |   |   |   |   |   |   | 500 |   |
|   |   |   |   |   |   |   |   | 410 |   |

Notes:
1. Performance testing was conducted Friday, August 8, 1997. Refer to startup and testing field report for complete details.
2. Coliform analysis performed using membrane filter technique. Multiple dilutions used for influent coliform analysis. The different influent coliform counts are shown for the various dilutions. Only one dilution run for the effluent sample.
3. The "Influent/Effluent Sample Delay" is the time lag between influent and effluent sampling, based on velocity in the channel, intended so that the "same" water is being sampled for both influent and effluent.

000351

B00681

4

# LAWRENCEVILLE, VIRGINIA

30 DAY GEOMETRIC MEAN PERMIT    200/100 mL

000352    B00682

**TOWN OF LAWRENCEVILLE**
400 N. Main Street
Lawrenceville, Virginia 23868
Telephone 804-848-2414
Fax 804-848-9356

# FACSIMILE COVER LETTER

DATE _Nov 1, 1999_

FORWARD TO: _Eric_

COMPANY: _Ultra tech_

FAX NUMBER: _914 429 7527_

FROM: _C. J Dean_

COMMENTS: _Oct, Sept, July Fecal results._
_September are high due to_
_Hurricane Dennis and Floyd when_
_UV system was taken out service._
_UV Bulbs were changed the end of Sept._

IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION. PLEASE CONTACT
_office_ AT _____

NUMBER OF PAGES: COVER PLUS _3_

000353

B00683

Town of Lawrencville WWTP Monthly Report

| Effluent | | | | | | | | | October 1999 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Initials | Flow MGD | Fecal Coliform | TSS | CBOD'S | pH | Temp | D.O. | TKN | NH3-N |
| 1. Fri | MS | 1.4391 | | 2.30 | | 7.22 | 18.0 | 7.3 | | |
| 2. Sat | JS | 1.1858 | | | | 7.14 | 20.6 | 7.3 | | |
| 3. Sun | JS | 1.0963 | | | | 7.17 | 21.0 | 7.5 | | |
| 4. Mon | MS | 1.1119 | 1 | 3.90 | 2.00 | 7.48 | | 7.2 | 1.40 | |
| 5. Tue | MS | 1.0068 | 10 | 3.40 | 2.00 | 7.29 | | 7.8 | 1.70 | |
| 6. Wed. | MS | 1.0397 | 2 | 1.40 | 2.00 | 7.12 | | 8.2 | 1.10 | |
| 7. Thur | MS | 1.0418 | 7 | 1.70 | 2.00 | 7.47 | | 8.1 | 1.50 | |
| 8. Fri | MS | 1.0057 | | 4.80 | 2.00 | 7.47 | 17.7 | 7.5 | 1.40 | |
| 9. Sat | MS | 1.0310 | | | | 7.49 | | 7.0 | | |
| 10. Sun | MS | 1.0090 | | | | 7.22 | | 7.4 | | |
| 11. Mon | RW | 1.0498 | 6 | 3.70 | 2.00 | 7.29 | | 7.7 | 1.40 | |
| 12. Tue | RW | 1.1311 | 23 | 1.60 | 2.00 | 6.99 | | 8.0 | 1.30 | |
| 13. Wed | RW | 0.7769 | 3 | 3.30 | 2.00 | 6.93 | 17.5 | 7.6 | 1.50 | |
| 14. Thur | RW | 0.8435 | 18 | 2.40 | 2.00 | 7.37 | 17.5 | 7.8 | 1.50 | |
| 15. Fri | RW | 0.7438 | ????? | ????? | 2.00 | 7.13 | 16.7 | ????? | 1.70 | |
| 16. Sat | RW | 0.8836 | | | | 7.18 | 17.3 | 8.3 | | |
| 17. Sun | RW | 0.7266 | | | | 6.98 | 18.7 | 7.8 | | |
| 18. Mon | JS | 1.2429 | 9 | 3.00 | 2.00 | 7.21 | 17.3 | 7.4 | 1.10 | |
| 19. Tue | JS | 1.0135 | 44 | 1.50 | 2.00 | 6.85 | 15.3 | 7.9 | 0.88 | |
| 20. Wed | JS | 0.8099 | 5 | 2.80 | 2.00 | 6.84 | 16.2 | 9.4 | 1.00 | |
| 21. Thur | HJ | 1.0750 | 5 | 3.10 | 2.00 | 6.90 | 13.6 | 8.5 | 0.98 | |
| 22. Fri | JS | 0.9031 | | 1.40 | 3.00 | 6.71 | 13.6 | 7.7 | 0.88 | |
| 23. Sat | JS | 0.8470 | | | | 7.11 | 15.2 | 9.7 | | |
| 24. Sun | JS | 0.7406 | | | | 7.17 | 13.3 | 8.3 | | |
| 25. Mon | HJ | 0.7406 | | 2.00 | | 6.90 | 12.7 | 8.5 | | |
| 26. Tue | HJ | 0.8241 | | 3.20 | | 6.94 | 13.0 | 7.7 | | |
| 27. Wed | RW | 0.7322 | | 5.70 | | 6.83 | 15.0 | 8.2 | | |
| 28. Thur | HJ | 0.8890 | | 8.40 | | 6.91 | 12.4 | 8.5 | | |
| 29. Fri | | | | | | | | | | |
| 30. Sat | | | | | | | | | | |
| 31. Sun | | | | | | | | | | |
| | | | | | | | | | | |
| Total | | 26.84 | 133 | 57.40 | 31.00 | 199.3 | 322.60 | 214.3 | 19.34 | 0.00 |
| Average | | 0.95 | 10.23 | 2.97 | 2.07 | 7.12 | 16.13 | 7.65 | 1.29 | ERR |
| Minumum | | 0.0836 | 1 | 0 | 2 | 6.71 | 12.4 | 0 | 0.88 | ERR |
| Maximum | | 1.4391 | 44 | 8.4 | 3 | 7.49 | 21 | 9.7 | 1.7 | ERR |
| | | | 13 samples | | | | | | | |

000354    -    B00684

Town of Lawerencville WWTP Monthly Report

| Effluent | | | | | | | | | July 1999 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Initials | Flow MGD | Fecal Coliform | TSS | CBOD'5 | pH | Temp | D.O. | TKN | NH3-N |
| 1. Sun | MS | 0.4625 | | | | 7.44 | | 7.2 | | |
| 2. Mon | JS | 0.6244 | 185 | 5.70 | 2.00 | 7.34 | 24.3 | 7.2 | 1.5 | |
| 3. Tue | JS | 0.5718 | 6 | 1.00 | 2.00 | 7.18 | 22.9 | 8.2 | 1.3 | |
| 4. Wed | JS | 0.5034 | 17 | 1.00 | 2.00 | 7.19 | 22.7 | 7.3 | 1.5 | |
| 5. Thur | HJ | 0.4978 | 153 | 1.50 | 2.00 | 7.19 | 22.7 | 6.9 | 1.3 | |
| 6. Fri | JS | 0.4847 | 125 | 0.80 | 2.00 | 7.12 | 22.9 | 7.2 | 1.2 | |
| 7. Sat | JS | 0.4775 | | | | 7.22 | 27.3 | 7.2 | | |
| 8. Sun | JS | 0.4308 | | | | 7.20 | 26.6 | 6.9 | | |
| 9. Mon | JS | 0.4351 | 125 | 1.70 | 4.00 | 7.09 | 24.8 | 7.1 | 1.1 | |
| 10. Tue | JS | 0.4492 | 103 | 3.30 | 2.00 | 7.09 | 22.9 | 7.9 | 1.3 | |
| 11. Wed | CJD | 0.4217 | 305 | 2.40 | 2.00 | 7.10 | 25.9 | 6.7 | 1.5 | |
| 12. Thur | CJD | 0.4317 | 53 | 8.70 | 2.00 | 6.82 | 25.7 | 7.0 | 1.4 | |
| 13. Fri | CJD | 0.4303 | 980 | 3.10 | 1.00 | 7.60 | | 6.9 | 1.0 | |
| 14. Sat | MS | 0.4872 | | | | 7.34 | | 7.0 | | |
| 15. Sun | MS | 0.5713 | | | | 6.87 | | 6.9 | | |
| 16. Mon | JS | 0.4962 | 432 | 2.90 | 2.00 | 7.38 | 22.8 | 6.9 | 1.3 | |
| 17. Tue | JS | 0.4948 | 316 | 1.10 | 2.00 | 7.56 | 23.6 | 6.8 | 1.2 | |
| 18. Wed | JS | 0.5400 | 188 | 1.00 | 3.00 | 7.52 | 23.8 | 7.0 | 1.2 | |
| 19. Thur | JS | 0.4883 | 584 | 3.60 | 2.00 | 7.41 | 24.1 | 6.8 | 0.9 | |
| 20. Fri | JS | 0.4433 | 1600 | 2.60 | 2.00 | 7.39 | 23.8 | 6.8 | 1.1 | |
| 21. Sat | JS | 0.4852 | | | | 7.39 | 24.5 | 6.8 | | |
| 22. Sun | JS | 0.4708 | | | | 7.83 | 23.0 | 6.9 | | |
| 23. Mon | JS | 0.3753 | 998 | 5.20 | 2.00 | 7.66 | | 7.2 | 1.7 | |
| 24. Tue | HJ | 0.4691 | 47 | 2.50 | 2.00 | 7.02 | | 7.0 | 1.2 | |
| 25. Wed | JS | 0.4691 | 145 | 3.10 | 2.00 | 7.59 | 23.5 | 7.0 | 1.3 | |
| 26. Thur | JS | 0.5480 | 141 | 1.50 | 2.00 | 7.73 | 22.5 | 7.1 | 1.2 | |
| 27. Fri | JS | 0.6432 | 150 | 2.30 | 2.00 | 7.75 | 22.5 | 7.1 | 1.4 | |
| 28. Sat | MS | 0.5589 | | | | 7.69 | | 7.2 | | |
| 29. Sun | MS | 0.4623 | | | | 7.09 | | 7.3 | | |
| 30. Mon | JS | 0.4472 | 492 | 4.80 | 4.00 | 7.84 | 22.6 | 7.8 | 1.2 | |
| 31. Tue | JS | 0.4412 | 109 | 3.20 | 3.00 | 7.70 | 21.4 | 7.4 | 1.8 | |
| | | | | | | | | | | |
| Total | | 15.0943 | 7252 | .63 | 49.0000 | 228.3 | 546.8 | 220.8 | 28.56 | 0.0000 |
| Average | | 0.4869 | 329.636 | 2.864 | 2.2273 | 7.366 | 23.774 | 7.122 | 1.2982 | ERR |
| Minumum | | 0.3753 | 6.0000 | 0.8 | 1.0000 | 6.82 | 21.4 | 6.7 | 0.8600 | ERR |
| Maximum | | 0.6432 | 1600 | 8.7 | 4.0000 | 7.84 | 27.3 | 8.2 | 1.8000 | ERR |
| | | | | | | | | | | |
| | | | 22 samples | | | | | | | |

B00685

Town of Lawerencville WWTP Monthly Report

| Effluent | | | | | | | | SEPT. 1999 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Flow | Fecal | | | | | | |
| Date | Initials | MGD | Coliform | TSS | CBOD'5 | pH | Temp | D.O. | TKN | NH3-N |
| 1. Wed | JS | 0.4681 | 10 | 2.30 | 2.00 | 7.70 | 21.6 | 7.50 | 1.20 | |
| 2. Thur | JS | 0.4573 | 23 | 3.90 | 5.00 | 7.64 | 21.5 | 7.90 | 1.50 | |
| 3. Fri | JS | 0.4692 | 53 | 1.90 | 2.00 | 7.66 | 23.0 | 7.40 | 1.30 | |
| 4. Sat | JS | 0.4354 | | | | 7.57 | 23.7 | 7.20 | | |
| 5. Sun | JS | 0.4354 | | | | 7.21 | 21.8 | 6.80 | | |
| 6. Mon | HJ | 0.4892 | 18 | 8.00 | 4.00 | 7.08 | 20.8 | 7.50 | 1.20 | |
| 7. Tue | HJ | 0.6274 | 87 | 13.60 | 2.00 | 7.04 | 20.2 | 6.90 | 1.00 | |
| 8. Wed | JS | 1.1937 | 29 | 5.80 | 3.00 | 7.44 | 21.0 | 5.80 | 0.95 | |
| 9. Thur | JS | 0.9345 | 160 | 1.00 | 3.00 | 7.32 | 21.7 | 7.40 | 0.92 | |
| 10. Fri | JS | 1.0566 | 2400 | 2.20 | 2.00 | 7.28 | 21.4 | 7.10 | 1.10 | |
| 11. Sat | MS | 1.0056 | | | | 7.14 | 18.0 | 7.10 | | |
| 12. Sun | MS | 0.7833 | | | | 7.42 | 19.0 | 7.20 | | |
| 13. Mon | MS | 0.7016 | 370 | 1.80 | 2.00 | 7.28 | 20.0 | 7.40 | 1.10 | |
| 14. Tue | JS | 0.6063 | 47 | 2.10 | 2.00 | 7.50 | 21.1 | 7.30 | 0.95 | |
| 15. Wed | JS | 0.6195 | 15 | 2.20 | 2.00 | 7.32 | 21.3 | 7.50 | 1.00 | |
| 16. Thur | HJ | 2.2255 | 155 | 6.50 | 2.00 | 6.95 | 20.6 | nt | 0.72 | |
| 17. Fri | JS | 2.2255 | 3200 | 3.70 | 2.00 | 6.56 | 17.6 | 7.00 | 0.83 | |
| 18. Sat | JS | 1.1273 | | | | 6.83 | 20.4 | 7.30 | | |
| 19. Sun | JS | 0.8443 | | | | 7.07 | 21.3 | 7.20 | | |
| 20. Mon. | HJ | 0.7971 | 1560 | 3.30 | 2.00 | 7.03 | 18.5 | 7.80 | 0.97 | |
| 21. Tue | HJ | 0.8256 | 171 | 1.10 | 2.00 | 6.96 | 19.9 | 7.40 | 1.10 | |
| 22. Wed | HJ | 0.8991 | 81 | 1.60 | 2.00 | 7.31 | 17.6 | 7.80 | 1.30 | |
| 23. Thur | HJ | 0.7961 | 7 | 0.70 | 2.00 | 7.04 | 18.0 | 8.60 | 1.20 | |
| 24. Fri | HJ | 1.0722 | 324 | 1.60 | 2.00 | 7.01 | 17.1 | 7.60 | 1.30 | |
| 25. Sat | MS | 1.121 | | | | 7.22 | | 7.40 | | |
| 26. Sun | MS | 1.0252 | | | | 7.22 | | 7.20 | | |
| 27. Mon | JS | 0.9971 | 9 | 1.10 | 2.00 | 7.25 | 21.1 | 7.60 | 1.50 | |
| 28. Tue | JS | 1.3686 | 6 | 1.90 | 2.00 | 7.26 | 20.4 | 7.70 | 1.30 | |
| 29. Wed | JS | 1.5015 | 14 | 3.80 | 2.00 | 7.43 | 20.2 | 7.80 | 1.50 | |
| 30. Thur | JS | 1.5496 | 13 | 2.70 | 2.00 | 7.39 | 19.0 | 7.50 | 1.30 | |
| | | | | | | | | | | |
| Total | | 28.6568 | 8752 | 72.8 | 51 | 217.1 | 567.8 | 213.9 | 25.24 | 0 |
| Average | | 0.9552 | 397.82 | 3.31 | 2.32 | 7.24 | 20.28 | 7.13 | 1.15 | ERR |
| Minumum | | 0.4354 | 6 | 0.7 | 2 | 6.56 | 17.1 | 0 | 0.72 | ERR |
| Maximum | | 2.2255 | 3200 | 13.6 | 5 | 7.7 | 23.7 | 8.6 | 1.5 | ERR |
| | | | | | | | | | | |
| | | | 22 | | | | | | | |
| | | | samples | | | | | | | |

B00686

# LEAVENWORTH, WASHINGTON

30 DAY GEOMETRIC MEAN PERMIT     200/100 mL

000357  -  B00687

## Membrane Filter Coliform Test

City of Leavenworth

Months: August - December    Year: 1999

| Petri Dish Ref # | Sampling Date | Sample Location | Sample Volume in mls (ml) | Incubation Temp (°C) | Number of Modules | Start Incubation Time | End Incubation Date | End Incubation Time | Operator Initials | Actual Colony Count (x) | Calculation (x) *(100) (x) | Reported Colonies per 100 mL | Flow (mgd) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 08/09/99 | Blank | 25 | 44.5 | 4 | 9:30 | 08/10/99 | 9:30 | WR/KH | 0 | 0 | 0 | |
| B | 08/09/99 | Effluent | 25 | 44.5 | 4 | 9:30 | 08/10/99 | 9:30 | WR/KH | 0 | 0 | 0 | 0.399 |
| C | 08/09/99 | Effluent | 50 | 44.5 | 5 | 9:30 | 08/10/99 | 9:30 | WR/KH | 0 | 0 | 0 | |
| A | 08/10/99 | Blank | 25 | 44.5 | 3 | 10:30 | 08/11/99 | 10:30 | LT | 0 | 0 | 0 | |
| 1 | 08/10/99 | Effluent | 50 | 44.5 | 3 | 10:30 | 08/11/99 | 10:30 | LT | 0 | 0 | 0 | 0.416 |
| 2 | 08/10/99 | Effluent | 100 | 44.5 | 3 | 10:30 | 08/11/99 | 10:30 | LT | 0 | 0 | 0 | |
| 3 | 08/10/99 | Effluent | 100 | 44.5 | 3 | 10:30 | 08/11/99 | 10:30 | LT | 0 | 0 | 0 | |
| 4 | 08/10/99 | Effluent | 100 | 44.5 | 3 | 10:30 | 08/11/99 | 10:30 | LT | 0 | 0 | 0 | |
| A | 08/13/99 | Blank | 25 | 44.5 | 1 | 14:00 | 08/14/99 | 14:00 | WR | 0 | 0 | 0 | |
| B | 08/13/99 | Effluent | 25 | 44.5 | 1 | 14:00 | 08/14/99 | 14:00 | WR | 6 | 24 | 27 | 0.391 |
| C | 08/13/99 | Effluent | 50 | 44.5 | 1 | 14:00 | 08/14/99 | 14:00 | WR | 15 | 30 | 30 | |
| A | 08/19/99 | Blank | 25 | 44.5 | 1 | 13:45 | 08/19/99 | 13:45 | SB | 0 | | | |
| B | 08/19/99 | Effluent | 50 | 44.5 | 1 | 13:45 | 08/19/99 | 13:45 | SB | 8 | 32 | 24 | 0.385 |
| C | 08/19/99 | Effluent | 25 | 44.5 | 1 | 13:45 | 08/19/99 | 13:45 | SB | 8 | 16 | | |
| A | 08/23/99 | Blank | 50 | 44.5 | 1 | 13:33 | 08/24/99 | 13:30 | LT | 2 | 4 | | |
| B | 08/23/99 | Effluent | 50 | 44.5 | 1 | 13:35 | 08/24/99 | 13:30 | LT | 2 | 4 | 2.5 | 0.423 |
| C | 08/23/99 | Effluent | 100 | 44.5 | 1 | 13:35 | 08/24/99 | 13:30 | LT | 1 | 1 | | |
| A | 09/07/99 | Blank | 100 | 44.5 | 1 | 9:00 | 09/08/99 | 9:00 | LT | 0 | | | |
| B | 09/07/99 | Effluent | 100 | 44.5 | 1 | 9:00 | 09/08/99 | 9:00 | LT | INTC | | INTC | 0.389 |
| C | 09/07/99 | Effluent | 100 | 44.5 | 1 | 9:00 | 09/08/99 | 9:00 | LT | INTC | | | |
| A | 09/09/99 | Blank | 50 | 44.5 | 1 | 9:45 | 09/10/99 | 9:45 | LT | 0 | 0 | 0 | |
| B | 09/09/99 | Effluent | 50 | 44.5 | 1 | 9:45 | 09/10/99 | 9:45 | LT | 8 | 16 | 13 | 0.362 |
| C | 09/09/99 | Effluent | 50 | 44.5 | 1 | 9:45 | 09/10/99 | 9:45 | LT | 8 | 16 | | |
| A | 09/16/99 | Blank | 50 | 44.5 | 1 | 8:30 | 09/17/99 | 8:45 | LT | 0 | 0 | | |
| B | 09/16/99 | Effluent | 50 | 44.5 | 1 | 8:30 | 09/17/99 | 8:45 | LT | 5 | 10 | 10 | 0.361 |
| C | 09/16/99 | Effluent | 50 | 44.5 | 1 | 8:45 | 09/17/99 | 8:45 | HT | 5 | 10 | | |
| A | 09/22/99 | Blank | 25 | 44.5 | 1 | 13:30 | 09/23/99 | 13:30 | LT | 1 | | | |
| B | 09/22/99 | Effluent | 25 | 44.5 | 1 | 13:30 | 09/23/99 | 13:30 | HT | 1 | 4 | 10 | 0.383 |
| C | 09/22/99 | Effluent | 50 | 44.5 | 1 | 13:30 | 09/23/99 | 13:30 | LT | 8 | 16 | | |
| A | 09/29/99 | Blank | 50 | 44.5 | 1 | 10:00 | 09/30/99 | 10:00 | LT | 0 | 0 | 0 | |
| B | 09/29/99 | Effluent | 25 | 44.5 | 1 | 10:00 | 09/30/99 | 10:00 | LT | 0 | 0 | 0 | 0.389 |
| C | 09/29/99 | Effluent | 50 | 44.5 | 1 | 10:00 | 09/30/99 | 10:00 | LT | 0 | 0 | 0 | |
| A | 10/06/99 | Blank | 50 | 44.5 | 1 | 13:00 | 10/07/99 | 13:00 | HT | 3 | | | |
| B | 10/06/99 | Effluent | 35 | 44.5 | 1 | 13:00 | 10/07/99 | 13:00 | HT | 10 | 20 | 20 | 0.296 |
| C | 10/06/99 | Effluent | 50 | 44.5 | 1 | 13:00 | 10/07/99 | 13:00 | HT | 10 | 20 | | |
| A | 10/14/99 | Blank | 25 | 44.5 | 1 | 13:30 | 10/15/99 | 13:00 | LT | 4 | 16 | 20 | |
| B | 10/14/99 | Effluent | 25 | 44.5 | 1 | 13:30 | 10/15/99 | 13:00 | LT | 12 | 24 | | 0.295 |
| C | 10/14/99 | Effluent | 25 | 44.5 | 1 | 13:30 | 10/15/99 | 13:00 | LT | | | | |
| A | 10/20/99 | Blank | 50 | 44.5 | 1 | 15:00 | 10/21/99 | 15:00 | LT | 8 | 32 | 32 | |
| B | 10/20/99 | Effluent | 25 | 44.5 | 1 | 15:00 | 10/21/99 | 15:00 | LT | 16 | 32 | 32 | 0.288 |
| C | 10/20/99 | Effluent | 50 | 44.5 | 1 | 15:00 | 10/21/99 | 15:00 | LT | | | | |

* Note Fecal Testing results for September 7, 1999 represent a bulking incident

000358    B00688

# MEADVILLE, PA

30 DAY GEOMETRIC MEAN PERMIT     200/100 mL

000359          B00689

984 WATER STREET
FAX 814-333-3353

MEADVILLE, PA 16335-3497
PHONE 814-724-6000



# MEADVILLE AREA SEWER AUTHORITY

| Date JULY | FECAL |
|---|---|
| 1 | 13 |
| 2 | 140 |
| 3 | 0 |
| 4 | 500 |
| 5 | 300 |
| 6 | 282 |
| 7 | 407 |
| 8 | 22 |
| 9 | 308 |
| 10 | 3 |
| 11 | 0 |
| 12 | 2 |
| 13 | 0 |
| 14 | 0 |
| 15 | 0 |
| 16 | 2,073 |
| 17 | 760 |
| 18 | 0 |
| 19 | 23 |
| 20 | 0 |
| 21 | 0 |
| 22 | 0 |
| 23 | 0 |
| 24 | 0 |
| 25 | 77 |
| 26 | 83 |
| 27 | 13 |
| 28 | 386 |
| 29 | 2,143 |
| 30 | 3 |
| 31 | 16 |
| AVG> TOTAL | |

| Date August | FECAL |
|---|---|
| 1 | 0 |
| 2 | 7 |
| 3 | 0 |
| 4 | 0 |
| 5 | 630 |
| 6 | 623 |
| 7 | 0 |
| 8 | 3 |
| 9 | 3 |
| 10 | 0 |
| 11 | 3 |
| 12 | 1147 |
| 13 | 77 |
| 14 | 0 |
| 15 | 0 |
| 16 | 357 |
| 17 | 0 |
| 18 | 430 |
| 19 | 10 |
| 20 | 0 |
| 21 | 0 |
| 22 | 47 |
| 23 | 7 |
| 24 | 7 |
| 25 | 0 |
| 26 | 0 |
| 27 | 0 |
| 28 | 0 |
| 29 | 3 |
| 30 | 0 |
| 31 | 5 |
| AVG> TOTAL | |

| Date SEPT. | FECAL |
|---|---|
| 1 | 7 |
| 2 | 13 |
| 3 | 40 |
| 4 | 0 |
| 5 | 100 |
| 6 | 0 |
| 7 | 3 |
| 8 | 0 |
| 9 | 37 |
| 10 | 1383 |
| 11 | 3 |
| 12 | 0 |
| 13 | 0 |
| 14 | 0 |
| 15 | 0 |
| 16 | 0 |
| 17 | 7 |
| 18 | 40 |
| 19 | 3 |
| 20 | 0 |
| 21 | 3 |
| 22 | 70 |
| 23 | 0 |
| 24 | 0 |
| 25 | 0 |
| 26 | 0 |
| 27 | 0 |
| 28 | 0 |
| 29 | 0 |
| 30 | 4 |
| Report Total | |

| Post-it® Fax Note | 7671 | Date 11-1 | # of pages 1 |
|---|---|---|---|
| To Eric | | From Eric | |
| Co./Dept. Ultratech | | Co. MASA | |
| Phone # | | Phone # 814 724-6058 | |
| Fax # | | Fax # | |

B00690

000360

# SNOWMASS, COLORADO

30 DAY GEOMETRIC MEAN PERMIT    200/100 mL

B00691

000361

FROM : SNOWMASS U S        PHONE NO. : 9709036271        Oct. 29 1999 03:24PM P2

Discharge Fecal

| August 1999 | | Sept, 1999 | |
|---|---|---|---|
| 0 | | 1 | |
| 1 | | 4 | |
| 0 | | 2 | |
| 0 | | 0 | |
| 0 | | 4 | |
| 5 | | 4 | |
| 1 | | 0 | |
| 0 | | 1 | |
| 1 | | 0 | |

Fecal Coliform Bacteria, Number /100 ml
Discharge Limitation (Maximum Concentrations)
30 day. Avg.           7 day Avg
    200                   400

Garwood McN____

10-28-1999

B00692

# TRI-LAKES, COLORADO

30 DAY GEOMETRIC MEAN PERMIT     200/100 mL

000363   B00693

| TRI-LAKES WWTP FECAL COLIFORM TESTING | | | | | | SODIUM HYPOCHLORITE | | | | |
| MONTH OCT | | | YEAR 99 | | | | | | | |
| DATE | TIME | FLOW MGD | UV INTENSITY A | UV INTENSITY B | No. of UV bulbs on | FECAL C. no./100ml | NaOCL lbs. | DOSAGE ml/min | speed | stroke | % solution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1016 | | | | | | 220 | 15 | 40 | 70 | 0.5 |
| 2 | 0721 | | | | | | 183 | | | | |
| 3 | 1106 | | | | | | 134 | | | | |
| 4 | 1050 | 1.3 | 76 | 90 | 120 | 3 | 92 | | | | |
| 5 | 0856 | | | | | | 54/800 | | | | |
| 6 | 0707 | | | | | | 761 | | | | |
| 7 | 0950 | | | | | | 738 | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | 0830 | | | | | | 546 | | | | |
| 11 | | | | | | | | | | | |
| 12 | 0915 | 1.1 | 78 | 89 | 120 | 5 | 502 | | | | |
| 13 | 0929 | | | | | | 460 | | | | |
| 14 | 0831 | | | | | | 418 | | | | |
| 15 | 0911 | | | | | | 374 | | | | |
| 16 | | | | | | | | | | | |
| 17 | 0828 | | | Off | | | 299 | | | | |
| 18 | 0859 | 1.1 | 77 | | 80 | 3 | 258 | | | | |
| 19 | 0934 | | | | | | 216 | | | | |
| 20 | 0701 | | | | | | 178 | | | | |
| 21 | 0908 | | | | | | 138 | | | | |
| 22 | 0940 | | | | | | 44 * | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | 0857 | 1.20 | 87 | | 80 | 2 | 682 | | | | |
| 26 | 0924 | | | | | | 637 | | | | |
| 27 | 0859 | | | | | | 594 | | | | |
| 28 | 0848 | | | | | | 552 | | | | |
| 29 | 1124 | | | | | | 504 | 8 | 20 | 70 | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| MAX | | | | | | | | | | | |
| MIN | | | | | | | | | | | |
| AVG | | | | | | | | | | | |

1011   800

* 800 lbs @ 500

| TRI-LAKES WWTP FECAL COLIFORM TESTING | | | | | | SODIUM HYPOCHLORITE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | MONTH Sep | | YEAR 99 | | | | | | | |
| DATE | TIME | FLOW MGD | UV INTENSITY | | No. of UV bulbs on | FECAL C. no./100ml | NaOCL lbs. | DOSAGE | | | % solution |
| | | | A | B | | | | ml/min | speed | stroke | |
| 1 | 0906 | | | | | | 438 | | 40 | 70 | 0.5 |
| 2 | 0850 | | | | | | 397 | | | | |
| 3 | 0911 | | | | | | 356 | | | | |
| 4 | 0942 | | | | | | 319 | | | | |
| 5 | 0836 | | | | | | 280 | | | | |
| 6 | 0940 | | | | | | 242 | | | | |
| 7 | 1050 | | 91 | 102 | | 33 | 204 | | | | |
| 8 | 0853 | | | | | | 170 | | | | |
| 9 | 0841 | | | | | | 132 | | | | |
| 10 | 0931 | | | | | | 94 | 15 | 40 | 70 | 0.5 | Full 240lbs @ 1103 |
| 11 | 0700 | | | | | | 210 | | | | |
| 12 | 1120 | | | | | | 165 | | | | |
| 13 | 11.18 | 1.3 | 82 | 105/88 | 120 | 16 | 122 | | | | |
| 14 | | | | | | | 82 | | | | |
| 15 | 0926 | | | | | | 1460 | 3015 | 8040 | 70 | 0.25 | Full 80lbs @ 0852 |
| 16 | 0857 | | | | | | 42 | 15 | 40 | 70 | 0.125 | Full 80lbs @ |
| 17 | 0917 | | | | | | 44 | | | | | Full 800 0855 1905 |
| 18 | 0950 | | | | | | 770 | | | | |
| 19 | | | | | | | | | | | |
| 20 | 0921 | 1.3 | 83 | 70 | 120 | 6 | 682 | | | | |
| 21 | 0916 | | | | | | 640 | | | | |
| 22 | 0904 | | | | | | 598 | | | | |
| 23 | | | | | | | 556 | | | | |
| 24 | 0903 | | | | | | 514 | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | 1102 | 1.3 | 79 | 84 | 120 | 2 | 382 | | | | |
| 28 | 0854 | | | | | | 341 | | | | |
| 29 | 1004 | | | | | | 300 | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | 750 | | | | |
| MAX | | | | | | | | | | | |
| MIN | | | | | | | | | | | |
| AVG | | | | | | | | | | | |

710   lbs  x 10%

355    5%
71     1%

71

7.1 = .1%

7.1 x 5 = 35.5

B00695

000366

B00696

Cover Page
California DOH Letter
Harmonic Test
Equipment Specification

Shop Drawings
Schematics

**3**    Hydraulic Calculation
Dosage Calculation

**4**    Capabilities Brochure

**5**    Material Safety Data Sheets (MSDS)
Catalog Data Sheets

**6**    Typical System Operation
Typical Screen Illustrations
Assembly / Disassembly Instructions

**7**    Spare Parts
Replacement Parts
Shop Drawings (Consumable Parts)

Deliverable List
Customer Responsibility

Warranty

Certificate of Proper Installation
UV Operational Data Log

000367    B00697