# EXHIBIT 69



PERGAD 800-631-6989
EXHIBIT NO. _____ 34
FOR IDENTIFICATION
9-1-04  cp
DATE: _____  RPTR: _____

September 14, 2000


Bodell Construction
586 West Fine Drive
Salt Lake City, Utah 84115


ATTN: J. Gary Jeppson
SUBJ: UV System Submittal for Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir
      Outfall Adjustment Job No. W10-99 - Specification 11376

Dear Mr. Jeppson:

In an effort to speed things along we are providing this preliminary submittal response
based on GMP's comments of 9/7.

Upon return the original submittal we shall incorporate the information herein per the
format required by the contract documents and send the entire revised submittal
package.

It is our understanding that compliance with Title 22 is paramount to this project.  As the
specification contains areas that are in conflict with Title 22 we have based our
equipment offering upon Title 22 requirements.

1.  *Provide all input parameters and assumptions used in the calculation for  intensity,*
    *including the size of the array used by the program.*

        This information is not required by contract documents and thus not provided.
        We request that the Engineer provide their Title 22 calculations for the specified
        UV system that were performed prior to issuance of the specification.


2.  *Provide dosage and hydraulic calculations for peak wet weather flow.*

        This information is not required by contract documents nor is it a requirement of
        Title 22.

3. *Provide an installation list for the type of equipment proposed, i.e., horizontal low pressure units.*

   The list previously furnished contains both horizontal and vertical UV systems. A system with the designation "E" has horizontal lamp orientation while "T" exhibits vertical lamp orientation. Both our horizontal lamp - Eliminator™ series and vertical lamp -Terminator™ series UV systems use the same UV lamps, ballasts, and control circuit cards. Please note that the City and County of Honolulu already has an UltraTech UV system.

4. *Provide an analysis by a third party that shows operation of this equipment will not interfere with other plant equipment (refer to paragraph 1.3B).*

   An independent report is attached in response to the above.

5. *Cleaning station is located in roadway and this is not acceptable.*

   The location of the cleaning station is flexible. We would be pleased to relocate the station to a more desirable location, kindly advise.

6. *Equipment is shown on the walkway provided for operator access. This is not acceptable.*

   The control box is shown in a recommended location, it was not our intent to place it in a walkway. We would be pleased to relocate the control box the station to a more desirable location, kindly advise.

7. *UV supplier shall provide effluent weir. Provide details for this weir. It is unacceptable that it be provided by others.*

   The contract to provide equipment on this project is with Bodell Construction who will be providing the weir and information regarding it.

8. *Specifications require a dose pacing system. Provide details on this system.*

   UltraTech equipment utilizes UV lamps that are either on or off, lamp output can not be varied thus a dose pacing system is not applicable to our equipment.

9. *Provide UV transmission monitor as required by the specification.*

   A single beam UV transmission measuring at 254nm spectrophotometer will be provided. This unit reads out in 0-100% scale. A cut sheet shall be provided as soon as the manufacturer provides us with a new one as their instrument has been upgraded recently.

000115

10. *It is our understanding that the channel as designed must be modified to accommodate this equipment. Provide design drawings for this modification as called for in paragraph 1.3A*

This is being handled by Bodell Construction who has previously issued RFI #55

11. *Specification requires that the system be tested to meet California Title 22 or Hawaii R-1. Provide test data.*

Title 22 does not require that a UV system be tested. The UV system that was submitted is a conforming UV system and Title 22 approved. Documentation by the California Department of Health Services attesting to Title 22 approval was contained in our original submittal. Please note that the specified UV system is not a conforming UV, was not tested and only has received conditional Title 22 approval.

12. *Provide a hoist as is necessary for cleaning. The hoist is part of the cleaning station and must be provided by the UV equipment supplier.*

The contract to provide equipment on this project is with Bodell Construction who will be providing the hoist and information regarding it.

13. *Verify that the alarms are as called for in the contract drawings.*

We verify that all alarms applicable to our equipment are provided.

14. *Provide details on the drain for the cleaning station.*

A small submersible pump which can be used to drain the cleaning station shall be provided rather than valves and drain pipe connections.

15. *Spare parts: Provide 5% of the Total ballasts furnished with the system; and cleaning solution.*

5% of the ballasts shall be provided along with 100 lbs of anhydrous citric acid.

16. *Provide warranty for UV lamps.*

This warranty was provided in our submittal and can be found in the "Equipment Warranty" section of the document.

17. *Provide Chemical pump as required for the cleaning station*

A chemical pump shall be provided.

000116

*18. Provide grating and rubber mats as required by specifications*

The contract to provide equipment on this project is with Bodell Construction who will be providing the grating and rubber mats  and information regarding them.


We look forward to the courtesy of a reply prior to incorporation of the above in to the formal submittal.

Sincerely,


UltraTech Systems, Inc.
Greg E. Ellner

000117



PLAINTIFF'S
EXHIBIT NO. 63
FOR IDENTIFICATION
DATE: 9-1-04  RPTR:

# INDEX

## PROJECT OVERVIEW

## EQUIPMENT TESTED

## TEST EQUIPMENT USED

## TEST PROCEDURES

## RESULTS AND RECOMMENDATIONS

## TEST DATA SHEETS

APPROVED BY: _Lara Fassino_ DATE: _3-14-00_

000369

B00704

# PROJECT OVERVIEW

Tri-State Electric engaged the services of Current Technologies, Inc. to provide Harmonics testing at the West Boise WWTP in Boise, Idaho.

All services were performed by qualified technicians utilizing Current Technologies, Inc. testing guidelines in conjunction with applicable industry standards.

# EQUIPMENT TESTED

(2) 112.5 KVA Transformers

# TEST EQUIPMENT USED

Multi-Amp                Model: PMM-1          Cal Date:    01/03/00
Power Multimeter    SN: 132803-0        Cal Due:     07/03/00

# TEST PROCEDURES

The equipment was tested per bid specifications and Current Technologies, Inc. test procedures under applicable industry guidelines.

000370

B00705

## RESULTS AND RECOMMENDATIONS

1. Please see attached information.

000371

B00706

Harmonic snapshots were taken at the supply feed into the transformers feeding the UV disinfection system both loaded and unloaded. These values represent instantaneous snapshots.

Calculations were performed on the raw data per IEEE std 519-1992 as follows:

TDD - Total root sum square harmonic current distortion in % of the maximum demand load current.

THD - (voltage and current distortion factor)

$$\sqrt{\frac{\text{sum of squares of amplitude of all harmonics}}{\text{square of amplitude of fundamental}}}$$

000372

B00707

| CURRENT TECHNOLOGIES INC. ELECTRICAL TESTING/MAINTENANCE (800) 700-9853 | CUSTOMER: Tri-State Electric | JOB NUMBER: B2025 |
| --- | --- | --- |
| | | DATE: 3-9-00 |
| | LOCATION: West Boise WWTP | TECHNICIAN: JL |

## DATA

| TRANSFORMER 1 | VOLTAGE | | | CURRENT | | |
| --- | --- | --- | --- | --- | --- | --- |
| | A | B | C | A | B | C |
| **Unloaded** | | | | | | |
| Largest Single | 3rd | 5th | 3rd | 5th | 3rd | 3rd |
| Largest Single Value | 1.2 | 0.90 | 1.28 | 10.10 | 24.8 | 27.29 |
| THD % | 3.3 | 2.8 | 3.5 | 23 | 42 | 43 |
| **Demand** | | | | | | |
| Largest Single | 3rd | 2nd | 3rd | 5th | 5th | 5th |
| Largest Single Value | 1.33 | 2.44 | 1.25 | 9.51 | 10.01 | 10.06 |
| THD % | 4 | 7 | 3.4 | 20 | 19.5 | 21 |

| TRANSFORMER 2 | VOLTAGE | | | CURRENT | | |
| --- | --- | --- | --- | --- | --- | --- |
| | A | B | C | A | B | C |
| **Unloaded** | | | | | | |
| Largest Single | 2nd | 5th | 3rd | 5th | 3rd | 3rd |
| Largest Single Value | 0.89 | 0.93 | 1.25 | 9.89 | 18.04 | 22.81 |
| THD % | 3.5 | 2.9 | 3.6 | 25 | 37 | 40 |
| **Demand** | | | | | | |
| Largest Single | 3rd | 3rd | 3rd | 5th | 5th | 5th |
| Largest Single Value | 1.22 | 0.86 | 1.22 | 10.02 | 10.05 | 10.20 |
| THD % | 3.4 | 2.9 | 3.6 | 21 | 20 | 21 |

NOTES:  TDD APPEARS IN RED BOXES.

B00708

PART 1    GENERAL

DESCRIPTION

This document contains information on a horizontal UV system.

Equipment supplied with the UV system will include:
UV lamp modules
UV module supports
UV intensity detection systems
Module support rack for individual cleaning - service.
Cleaning system blower
Remote Power Monitoring Stations
Control enclosure
Start up and training services
Spare parts & materials required for complete installation and operation of the system

Weir Plate at discharge end of channel, grating, and rubber mats are included in this submittal. See Tab 5.

UltraTech Systems, Inc. is an American owned and controlled company that manufactures and designs equipment in the USA with American made components and stainless steel. The equipment provided shall meet the disinfection requirements of this project.

QUALITY ASSURANCE

UltraTech Systems, Inc. manufactures open channel ultraviolet disinfection equipment as provided for this project. A list of UV installations utilizing the same lamps and ballast as required for this project has been attached. Letters indicating compliance with California Title 22 are also attached.

All system testing is done at the factory. Factory testing simulates in-field conditions, including flow. Testing includes but is not limited to the following:
1.    All alarm capabilities including dry contacts for remote notification.
2.    Module
3.    RPMS
4.    Control enclosure
5.    PLC & Touch screen programming code.

The modules receive approximately eight hours factory run time. The entire system is powered up and run through diagnostic testing. Results of factory testing will be included with the equipment.

SUBMITTALS



UltraTech Systems, Inc. will submit under the provisions of the specification. (Section 11376)

Shop Drawings

A complete set of shop drawings for the horizontal UV system has been provided.

1.  Layout, overall dimensions, required clearances and general description of the UV equipment including locations are provided.

2.  Details of attached equipment are provided.

3.  Electrical control schematics for as built equipment will be provided with the Operation and Maintenance Manual prior to delivery.  Field wiring diagrams, control panel layout and list of materials are furnished with this submittal.

## SERVICES OF MANUFACTURER'S REPRESENTATIVE

Along with the equipment, included are up to 7 days of UltraTech provided supervision, commission of equipment and operator training in one trip.

As required, additional warranty servicing shall be provided in accordance with this equipment's warranty.

## WARRANTY

We warranty that the UV equipment shall meet the performance required for this project.  We further warranty that the UV equipment will not have an adverse effect on surrounding plant equipment.  Additional details regarding the warranty can be found in the warranty section of this document.



000375

B00710

MANUFACTURER

UltraTech has been approved to bid. We meet all requirements set forth in this paragraph namely:

Modular UV System.
UV lamps powered by electronic ballasts.
UV system has a cleaning system.
UV system fits in the available space and exhibits a level of head loss that is acceptable to this project.
Title 22 compliance

The latest state of the art components are used in the manufacture of the UV system.

## 2.2    GENERAL REQUIREMENTS

All requirements of this paragraph are met or exceeded by the UV system.

## 2.3    PERFORMANCE AND DESIGN CRITERIA

The effluent parameters for proper disinfection should meet the following criteria:
1.    UV transmission of effluent shall be at least 55% at 254nm.
2.    Total suspended solids into the system shall be < 5.0 mg/l.
3.    Average turbidity shall be 2 NTU.
4.    Flow rate:

| | |
|---|---|
| Daily Minimum | 0.7 MGD |
| Daily Maximum | 2.4 MGD |
| Avg. Dry Weather Flow | 2.5 MGD |
| Peak Dry Weather Flow | 3.5 MGD |
| Peak Wet Weather Flow | 6.5 MGD |

The UV disinfection system shall reduce the fecal coliform count to less than 2.2 MPN/100ml 7 day moving median. In addition, fecal coliforms shall not exceed 23 MPN/100ml more than once during any 30 day period and fecal coliforms shall not exceed 200 MPN/100ml for any proper sample. This performance is for all anticipated flows up and including maximum flow.

The UV systems provides the dosages required by this specification of 140 mw-s/cm$^2$ at max flow of and 100 mw-s/cm$^2$ at peak flow.

The submitted UV systems provide the required calculated dose using UV lamp output ≤70% and UV transmission through quartz ≤70% per Title 22. The specification allows for UV lamp output of more than 70% which would reduce the number of UV lamps required for compliance. The necessary dose is provided with one bank of UV lamps out of service.



2.4    DESIGN CONSTRUCTION AND MATERIALS

GENERAL

All metal components submerged in effluent are Type 316 stainless steel. All other metals are Type 316 stainless steel.

All welds are performed by inert gas welding.

The portion of the UV module housing the lamps is designed for complete submergence.

All materials utilized in the lamp module will not be affected by long term exposure to UV light.

UV LAMP SLEEVES

1.    The lamp sleeves are fabricated from Type 214 clear fused quartz tubing circular containing 99:9% silicon dioxide.

2.    The sleeve wall thickness is a nominal 1.5 mm.

3.    The quartz used for the sleeves is rated at 90% UV transmission.

The quartz sleeves are fitted to the module frame by means of a water tight UV resistant plastic gland nut and UV resistant o-ring assembly.

Each module connects to its power source (RPMS) utilizing a UL recognized multi-pin camlock style connector.

UV LAMPS

The UV system utilizes low pressure mercury vapor slimline lamps of the hot cathode instant start design. The coil wire cathodes are heated by the arc current. The filament is of the clamped design which is sufficiently rugged to withstand shock and vibration.

At least 90% of the UV light produced, is at the germicidal wavelength of 254nm.

The lamp is rated to produce no ozone.

The UV lamp is part# 007-58UTL-025 for horizontal system. The lamps are rated for an operational life of 13,000 hours.

The lamp has electrical connections at one end only. The connectors have positive locking and keyed one way connections. The lamp bases are ceramic and resistant to UV light and ozone.



000377

B00712

## UV MODULE

The module is Type 316 stainless steel with wetted parts that are passivated and electropolished. Ballasts are not part of the horizontal UV module.

Each lamp is enclosed in its own individual quartz sleeve. The open end of the sleeve connects to the module frame by means of a lamp end seal and compressed O-ring.

The horizontal system UV module frame is designed with individual seals at the quartz connection to isolate each lamp if a quartz fracture occurs. This seal will prevent moisture or water from the module frame and the other lamps within the module. (See Section 2 drawing module detail A).

The closed end of the quartz sleeve is protected by the module frame and is held by an UV resistant grommet so that it does not come in contact with the module frame.

Lamp wiring terminates at a single weatherproof connector located on the UV module frame above the water line.

The modules connect to their power source with cam-lock style connectors that visually show whether the connection is made and locked in place. This is not a threaded connection. The modules can be individually disconnected and removed from the channel.

At the point of exit from the module's power source the multiconductor cable passes through a waterproof strain relief.

Each UV module can be individually taken out of service. A horizontal module weighs approximately 85 lbs.

UV lamps and quartz sleeves can be removed and changed by operating personnel without disassembly of the module frame.

The UV modules are designed to provide a safe UV radiation condition while observing from overhead.

Proper effluent level over the UV modules is to be accomplished by others.



000378                    B00713

ELECTRICAL

HORIZONTAL SYSTEM

The horizontal UV system is divided in to 5 banks. Each bank receives its own power feed of 120/208 VAC 3 phase 4 wire Wye configuration power. Power feed is to be brought to the Remote Power Monitoring Stations that are next to the UV modules. A 120VAC feed of less than 25 amps is required for the UV system control box.

With 4 banks in service the maximum system power draw shall be less than 71kW. Each operating bank requires only 18kW of power.

Two RPMS will be provided per UV bank. Each module is connected to the RPMS by means of a cord and plug.

Each pair of RPMS require a 75 amp feed.

Each RPMS is weatherproof 316 stainless steel.

Each pair of RPMS has its own disconnect.

Each RPMS contains the ballasts to power the UV lamps in the modules. All control wiring is 24 volts DC.

All electrical components and ballast are housed in weatherproof Type 316 stainless steel enclosures.

BALLASTS

1.  Each pair of UV lamps is powered by an electronic ballast, Power Lighting model E296PI120G11. The power draw per UV lamp is <65 watts. Each ballast has a plug in connector to allow for quick and simple change out.

2.  Each ballast powers two UV (007-58) lamps.

3.  Ballast operating frequency is 20,000-30,000 HZ.

4.  Ballast efficiency has a minimum of 85%, defined as electrical output wattage divided by electrical input wattage.

5.  Ballast will operate at a current crest factor between 1.4 and 1.5.

6.  The ballast load side wiring is routed through the monitoring circuitry. The circuitry senses load side voltage to establish an indication of lamp status.



UltraTech
systems Inc



CONTROL & INSTRUMENTATION

The UV control and monitoring system gives local indication of the following system parameters:

1.  Individual lamp status
2.  UV intensity
3.  UV lamp out alarm
4.  Module failure alarm
5.  Low UV intensity
6.  Unsafe UV intensity
7.  Elapsed timers for each bank of lamps
8.  Wastewater flow rate
9.  Loss of flow alarm
10. Power supply failure alarm
11. High water level alarm
12. Low water level alarm

Non-resettable elapsed time meter for each bank of UV lamps.

Resettable elapsed time meter for each bank of UV lamps.

Field adjustable set points for flow pacing - one set point per bank.

Field adjustable set points for UV intensity.

Field adjustable set point for multiple lamp failure. (Factory preset for 5%)

In the event of failure or interruption of the control and monitoring system, the UV system will continue to operate and provide disinfection.

The UV control and monitoring system is provided with a Allen Bradley SLC 5/04 programmable logic controller and Total Control Products 10" touch screen.

The touch screen allows the operator panel icons to move from screen to screen and visual indications of faults and their location.

The system can be operated locally in either automatic or manual modes of operation.

Minor Alarms - The following are to be displayed:

1.  Low UV intensity: Should the UV intensity drop below the factory set point of 45%, an alarm is generated.

2.  Lamp out warning: In the event that a UV lamp fails an alarm is generated.

3.  Maximum lamp life warning: When the elapsed time meter within a bank reaches 8,000 hours, an alarm is generated.



3.    Maximum lamp life warning: When the elapsed time meter within a bank reaches 8,000 hours, an alarm is generated.

4.    Low water level alarm: If the water drops to a level to expose the uppermost lamp, an alarm is generated.

5.    High water level alarm: If the water rises 2" above nominal, an alarm will be generated.

6.    Low UV transmission alarm: An alarm is generated when UVT is below 55%.

Major Alarms

1.    Unsafe UV intensity: Should the UV intensity drop below the factory set point of 25%, an alarm is generated. . In AUTO mode this will cause all available lamps to energize.

2.    Module failure: In the event a UV module fails an alarm is generated. In AUTO mode this will cause all available lamps to energize including the redundant UV bank.

3.    Loss of flow: In the event that the signal from the flow meter is interrupted or not communicating with the PLC, an alarm will be generated. In AUTO mode this will cause all available lamps to energize.

4.    Horizontal system only - Adjacent lamp out warning: In the event that two or more adjacent lamps out, an alarm is generated. In AUTO mode this will cause all available lamps to energize.

5.    Multiple lamp failure: In the event there is more than a preset 5% lamp failure rate in a bank an alarm is generated. The preset percentage is field adjustable.

6.    Ballast failure: In the event two adjacent lamps within a module are out this will notify the operator that there is a potential ballast failure.

7.    DC power supply failure: If the primary DC power supply fails, an alarm is generated. Upon failure the secondary supply will energize.

8.    Low -low UV transmission alarm: An alarm is generated when UVT is below a predetermined minimum.

Alarms are visually displayed on the touch screen. The system is designed to make locating all alarms operator friendly. A register of the 100 most recent alarms is kept track of by the UV system.

Remote dry contact terminals to interface with the plant control system are provided for the following:



000381    B00716

2.    Common Major alarm

## UV INTENSITY MONITORING

UV detection system
1.    Each bank is equipped with a submersible UV sensor. The sensor is field calibrated. The sensor responds to the germicidal portion of light emitted.
2.    Sensor readout is displayed in a 0-100% scale. Sensor accuracy is within 1%.
3.    Each sensor provides the following:
3a. Minor alarm: low UV intensity, factory preset at 45%.
3b. Major alarm: unsafe UV intensity, factory preset at 25%
These presets are field adjustable.

In addition to UV lamp intensity monitoring, a continuous online UV transmission monitor is provided. The number of lamps operating will be determined by combining information from the UVT analyzer along with the flow meter signal. The PLC will automatically turn on and off UV lamps required based on information received from the UVT analyzer and the flow meter.

**Please note:** For the automatic mode function, the system requires a 4-20 mA signal from the effluent flow meter to the UV control enclosure.

## CLEANING SYSTEM

The UV system is provided with an out of channel cleaning system. Either individual modules or a group of modules can be lifted from a channel. A lifting device is provided to lift the UV modules.

For out of channel cleaning UltraTech provides an air blower, CPVC diffusers and a 316 SS liner to be located (imbedded) in concrete near the UV channels. This cleaning pit is sufficient to clean one UV bank. The cleaning pit is supplied with its own cover that will withstand a load of 350lbs.

Control of the blower and its status are displayed on the UV control panel.

## SPARE PARTS

Spare parts per the specifications, 10% UV lamps, 10% quartz, 50 o-rings, 4 face shields, cleaning chemical - powdered and 10 electronic ballasts are provided with the UV system.



## MISCELLANEOUS

General use instructions, description of the system operation, start up data, troubleshooting, repair data for lamp modules, control panel components etc. is sent with the UV system.

Maintenance data: Cleaning procedures, calibrations, replacement parts list and as built wiring diagrams for the control enclosures and the RPMS is delivered with the UV system.

All equipment will be shipped pre-assembled to the degree that is practical.

All equipment once received on-site shall be kept in a dry and safe place to prevent damage or deterioration of the UV equipment.

All equipment shall be packaged for suitable and safe transportation to the job site.

Circuit breakers provide visual trip indication and are capable of regular testing. No remote reset is available.

Installation instructions will be provided upon shipment of the equipment.

Install all equipment per the installation instructions.

## FIELD TESTING

Provided is a basic testing protocol for sampling:

********It is imperative that the UV modules have clean quartz sleeves prior to any performance testing*******

1.  All samples must be taken with a sterile sampler, which must be sterilized between each sampling. All samples must be placed in sterile sampling containers. The samples should be taken half way between the surface of the water and the channel floor. Skimming the surface of the effluent to obtain the sample is not acceptable.

2.  A sample should be taken JUST PRIOR to the UV reaction area and marked "Before UV Reaction Area".
    The next sample should be taken IMMEDIATELY following the last UV bank and marked "After UV Reaction Area".

3.  Flow rate at time of sampling should be noted on all samples. All samples should be tested for Fecal Coliform, BOD, TSS, and % UV Transmission at 254 $\eta$m.





000383

B00718

PLEASE NOTE: This is a recommended basic testing protocol. UltraTech Systems, Inc. will work with the engineer and owner to execute performance testing requirements.



000384    B00719