# EXHIBIT 72

# UltraTech systems Inc.

## Letter of Transmittal


PLAINTIFF'S
EXHIBIT NO. 36
FOR IDENTIFICATION
DATE: 9-1-04    RPTR:

| DATE: | 10-2-00 | PROJECT: | Wahiawa WWTP |
|---|---|---|---|

| TO: | Bodell Construction Co | FROM: | Horace E Payne |
|---|---|---|---|
| | 586 West Fine Drive | DEPT. | Operations |
| | Salt Lake City, UT 84115 | | |
| | (801) 261 - 4343 | | |
| ATTN: | Gary Jepson | | |

**WE ARE SENDING YOU THE FOLLOWING ITEMS:**

☒ Attached via Fed Ex P1      ☐ Under separate cover via

☐ Submittals     ☐ Manuals        ☐ Plans    ☐ Specifications
☒ Info Drawings  ☐ Copy of letter ☐ Prints   ☐ Purchase Orders

| COPIES | DATE | Sales Order # | DESCRIPTION |
|---|---|---|---|
| 1 | 10/2/00 | | Revised Submittal |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**THESE ARE TRANSMITTED as checked below:**

☐ For approval    ☒ For your use    ☒ As requested    ☒ For review / comment

**Remarks:**

*If enclosures are not as noted, kindly notify us at once.*

15 Kay Fries Drive • Stony Point, NY 10980 • (914) 429-0017 • FAX (914) 429-7527

000122