# EXHIBIT 73



**ASSOCIATES, INC.**                                                            Engineers/Architects

cc: GARY  2 pages

October 4, 2000

Bodell Construction Company
111 California Avenue
Wahiawa, HI 96786



PLAINTIFF'S
EXHIBIT NO. 56
FOR IDENTIFICATION
DATE 9/1/04  RPTR. LP

Attention: Mr. Kevin Harvey

RE: Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall Adjustment

Dear Mr. Harvey:

At the site meeting of September 27, 2000 you indicated that resubmittals for the Sand Filter, UV, and the electrical switch gear equipment should be made by Friday, September 29, 2000. As of the date of this letter we received only the filter submittal which was approved and returned to you on October 2, 2000.

Sand Filter Equipment: According to your construction schedule the Sand Filter equipment requires approximately 16 weeks for fabrication and delivery beginning by the second week of July 2000. This date is now October 3, 2000 (first-week of October) which is 10-week behind schedule. Please advise your plan of completion of the Sand Filters installation to meet the final completion date of April 24, 2001.

UV Equipment: The UV facility is a critical process that must be in operation, tested and accepted by April 24, 2001. As indicated in my letter dated September 28, 2000 the UV facility is 6-weeks (7 weeks, as of the date of this letter) behind schedule;

RECEIVED

OCT 0 4 2000

BODELL CONSTRUCTION CO.
Job No. _____                 000299

B00308



GMP ASSOCIATES, INC.

Engineers/Architects

Bodell Construction Company
Mr. Kevin Harvey
October 4, 2000
Page 2 of 2

Accordingly, and to ensure that the UV facility is operational, tested, and accepted by April 24, 2001, your submittal from Ultra-Tech will no longer be considered and you are hereby requested to comply with the Specifications Section 11376 providing the Trojan UV 4000 medium pressure UV lamp technology.

Sincerely

GMP ASSOCIATES, INC.

Safwat N. Gergis, P.E.
Project Manager

SNG/nhh

cc: Mr. Ted Saito, DCC
Mr. James Honke
Mr. Lee Mansfield

RECEIVED
OCT 0 4 2000
BODELL CONSTRUCTION CO.
Job No. _____

000300

Ltr029

B00309