# EXHIBIT 76



# UltraTech
systems Inc.

## FAX TRANSMISSION COVER SHEET

| | | |
|---|---|---|
| **DATE:** | October | |
| **TO:** | Bodell Construction - Wahiawa | **FAX:** (808) 622-2752 |
| **ATTN:** | Gary Jeppson | |
| **CC:** | Leroy Humpke, | |
| **FROM:** | Greg Ellner | |
| **SUBJ:** | Wahiawa & Kailua | |

**This fax consists of ( 2 ) page(s) including this page - No originals to follow**

Gary,

Kailua:

I am bringing the monochrome screen with me.

I will attempt to make the change to the flow pacing feature of our system per Tom Swan's fax of 10/18. There is a charge associated with this change.

Please email me the name and phone number of the electrical contractor who worked on Kailua as I may need their assistance during the screen swap out.

A response to your 10/17 letter is attached.


Wahiawa:

CA has approved our vertical UV systems for Title 22.

I will see you on Wednesday.

Greg

000265