# EXHIBIT 77



STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY

# DEPARTMENT OF HEALTH SERVICES

DRINKING WATER TECHNICAL OPERATIONS BRANCH
2151 BERKELEY WAY, ROOM 458
BERKELEY, CA 94704-1011
10) 540-2158   FAX (510) 540-2181

October 23, 2000

Mr. Greg Ellner
UltraTech Systems, Inc.
15 Kay Fries Drive
Stony Point, NY 10980

Dear Mr. Ellner:

CONDITIONAL ACCEPTANCE OF ULTRATECH VERTICAL LAMP UV SYSTEM
FOR DISINFECTION OF FILTERED WASTEWATER FOR WATER RECYCLING

The Department of Health Services (DHS) has reviewed the bioassay report produced by
HydrQual, Inc dated February 2000.  This document and others have been submitted to
support your request for DHS acceptance of the UltraTech open channel low-pressure
low intensity vertical lamp system for disinfection of filtered wastewater to produce
reclaimed water equivalent to that specified in Title 22 of the California Code of
Regulations (CCR).

As you are aware, the National Water Research Institute (NWRI) published guidelines in
1993 for use of open channel low pressure low intensity horizontal lamp UV systems to
provide filtered wastewater disinfection equivalent to that cited above.  Those guidelines
are entitled, "UV Disinfection Guidelines for Wastewater Reclamation in California and
UV Disinfection Research Needs Identification."

UltraTech's request for acceptance as a nonconforming UV system is consistent with the
following provision on page 16 of the Guidelines:

> "UV disinfection systems that do not conform to the requirements specified in the
> Wastewater Reclamation Criteria may be acceptable if it can be demonstrated to
> the satisfaction of the California Department of Health Services that they provide
> a degree of treatment and reliability equal to systems that have been shown to be
> acceptable to the regulatory agencies.  Determination of equivalency may require
> studies directed at the inactivation of viruses or other microorganisms by the UV
> system."

Based on a review of the HydroQual, Inc. report the following comments are offered on
the verification testing of the UltraTech vertical lamp UV disinfection system.

1. The vertical lamp system bioassayed did achieve a four-log inactivation of
   bacteriophage, although the phage used was not specifically identified as MS-2
   (ATCC 15597-B1).  A subsequent comparison to other collimated beam data from

000267

MS-2 UV inactivation studies using MS-2 (ATCC 15597-B1) bacteriophage showed the dose response curve to be nearly identical to previous results.

2. Based on the bioassay of the reactor, it would take a lamp loading of about 3 Lpm/lamp to achieve a dose of 140 mJ/cm$^2$ (based on the first equation given on page 15). This lamp loading does not account for end of lamp life, a fouling factor, or operation in water at 55%T.

3. The bioassay was conducted under a limited range of water quality conditions, that precluded the use of filtered secondary meeting the turbidity requirements in California's Water Recycling Criteria.

Based on your written commitment to test your vertical lamp system under the revised NWRI guidelines (once they are published), DHS will accept use of the UltraTech vertical lamp UV system for disinfecting filtered wastewater for up to 12 months subsequent to the publication of the revised NWRI Guidelines. The UV system, as a minimum, must conform to all appropriate NWRI UV disinfection guidelines. Proper design and construction with appropriate scaling factors (end of life lamp output, %T, etc.) must be documented and justified by the design engineer and UV manufacturer. All calculations leading to the full-scale design must be adequately detailed and documented in order for the department to complete any review. Full-scale systems should be designed to operate within similar flow loading ranges and under hydrodynamically identical conditions to those used in the bioassay. Any full-scale system must be properly tested to validate performance before the department will review any proposed permit or permit application.

Please feel free to respond to the issues raised in this letter. Any changes made to any feature on your system, as tested by HydroQual, Inc., should be reported (in writing) to the Department in advance of making the changes on any production version of your UV system. Your written notification will be reviewed to determine if additional performance testing will be required. The Department's Water Recycling Committee (WRC) will review all future study protocols. The WRC must approve all study protocols as a condition of accepting any final report. The WRC will also review the final report and, if appropriate, approve any future changes to the design criteria.

### References

HydroQual, Inc. "Ultraviolet Dose Bioassay of the Ultratech Systems Vertical Lamp Disinfection System (65% UV Transmittance)," February 2000.

National Water Research Institute "UV Disinfection Guidelines for Wastewater Reclamation in California and UV Disinfection Research Needs Identification," Fountain Valley, CA, 1993.

000268

October 23, 2000
Page 3 of 3


Very truly yours,

**Original signed by**


Richard H. Sakaji, PhD, PE
Senior Sanitary Engineer

cc:     WRC Committee
          chron

000269