# EXHIBIT 78



## CADES SCHUTTE FLEMING & WRIGHT
ATTORNEYS AT LAW

Cades Schutte Fleming & Wright Building · 1000 Bishop Street · Suite 1200 · Honolulu, Hawai'i 96813-4216
P.O. Box 939 · Honolulu, Hawai'i 96808-0939 · Tel (808) 521-9200 · Fax (808) 521-9210 · www.cades.com

October 25, 2000

PLAINTIFF'S
EXHIBIT NO. 57
FOR IDENTIFICATION
DATE: 4-1-04    RPTR:

*Via Facsimile Transmission and U.S. Mail*

GMP Associates, Inc.
1100 Alakea Street
Suite 1800
Honolulu, HI 96813-2833
Attn: Safwat Gergis

    Re:    Wahiawa WWTP Effluent Reuse and Wahiawa Reservoir Outfall
             Adjustment

Dear Mr. Gergis:

    This firm has been retained by Bodell Construction Company in connection with the direction which it recently received from you to discontinue the submittal process for the ultraviolet disinfection equipment Bodell bid the above-referenced project with the intent of providing, viz., the Ultratech system. As things presently stand, there is still time for GMP to perform the necessary substantive review of the Ultratech submittal and for the equipment to be released for fabrication, fabricated and installed so as not to impact the project schedule.

    It is therefore imperative that a meeting be held promptly to review this matter. If this matter is not promptly reviewed and reconsidered, and Bodell continues to be directed by your office to supply the Trojan system instead of the Ultratech system that formed the basis for Bodell's bid price, a claim will be submitted in excess of $700,000 along with a request for a substantial time extension. The facts and circumstances surrounding GMP's direction to Bodell to terminate further efforts to obtain approval of the Ultratech system will then be litigated at substantial cost to the City, GMP and Bodell and will likely take at least one to two years to fully resolve. It is not too late to avoid this costly and unnecessary sequence of events.

    Accordingly, on behalf of Bodell, I would like to request that a meeting be set up to discuss the as-bid basis for the selection of the ultraviolet disinfection equipment supplier and the cost and scheduling implications of changing suppliers at this point in time. It is requested that

B00357

000301

GMP Associates, Inc.
October 25, 2000
Page 2

this meeting be held at the City offices on October 30 or 31st. The following participants are requested to attend:

| | |
|---|---|
| City and County of Honolulu | Gary Yee and |
| | James Honke |
| | Cyril Yamada |
| | Ted Saito |
| GMP | Lee Mansfield |
| | Safwat Gergis |

Bodell Construction Company will be represented by Leroy Humke, Gary Jeppson, Kevin Harvey and the undersigned. Ultratech Systems, inc. will be represented by Greg Ellner. Also attending will be Paul Scott of Engineered Systems and Armand Cote, a Scheduling Consultant retained by Bodell.

Again, I would like to stress on behalf of Bodell that the appropriate time to resolve this matter is <u>before</u> the costs and delay impacts of switching suppliers is incurred – not afterwards. There is an opportunity to resolve this matter without unnecessarily expending hundreds of thousands of taxpayer dollars, which opportunity will be lost shortly.

Please confirm the time and location of the requested meeting as soon as possible.

Very truly yours,

David Schulmeister
for
CADES SCHUTTE FLEMING & WRIGHT

cc:  Gary Yee
 James Honke
 Cyril Hamada
 Ted Saito
 Lee Mansfield
 Leroy Humke
 Gary Jeppson
 Kevin Harvey
 Greg Ellner
 Paul Scott
 Armand Cote