# EXHIBIT 85



Via Email, Fax and FedEx

December 2000

City and County of Honolulu
Department of Design & Construction
650 South King Street, 11th Floor
Honolulu, HI 96813

ATTN: Gary Yee, Director
SUBJ: Post Bid Equipment Substitution Request
REF:   Wahiawa WWTP Effluent Reuse and Reservoir Outfall Adjustment

Dear Mr. Yee:

We respectfully request post bid substitution approval for our vertical lamp T4024i ultraviolet wastewater disinfection system.

We feel strongly that it is in the City & County's best interest to grant our request as the vertical UV system provides substantial energy savings along with significant maintenance savings over both the specified UV equipment and the UV equipment that UltraTech has already submitted for this project. Please note that the vertical lamp T4024i UV system features in channel automatic air scrub cleaning. The O&M savings associated with this vertical system are so dramatic that we guarantee them.

In addition to the economic benefit, another advantage associated with the vertical UV system would be the standardization of parts and operating procedures between the Kailua Regional WWTP and Wahiawa WWTP UV systems.

Addressing issues that have been raised by the project Engineer during submittal review specifically1.2.A:  The question of interpretation of experience becomes mute as the installation list already submitted contains more than 5 vertical installations. The question regarding tested and certified to meet California Title 22 also becomes an non issue as the vertical UV system is a "non conforming" by definition system and test data has been submitted and is on file with the California Department of Health Services which is why we were granted Title 22 approval by CADHS.  Just in case, we are going to take exception to 1.2.A. third paragraph as the words tested and certified are open to interpretation.

000282

Mr. Yee                                                                      Page 2
City & County of Honolulu                                                    12/19/00

Based on the project specifications take the following minor exceptions:

| | |
|---|---|
| 1.2.A. | The UV system has been approved for Title 22 in writing by CADHS, we are taking exception to the tested and certified requirement of the specification as this is not a true requirement of Title 22. |
| 1.3.B. | Although we are supremely confident and guarantee per 1.5.D that the UV equipment will not interfere with any other equipment at the plant we do not possess a report with all of the criteria in this section of the specifications. Perhaps if this section could be explained in greater detail we would not take exception to it. |
| 2.4.A.3 | UV lamps are vertically oriented and are perpendicular to the flow. This arrangement provides better mixing through the UV reaction area and allows for UV lamp changes without any equipment disassembly. Lamps are accessible with effluent flowing and can be changed without tools in less than 30 seconds per lamp. |
| 2.4.D.1 | The sleeve nut is a molded component manufactured from a UV resistant plastic. |
| 2.4.F.1 | The specified weir shall be furnished by the contractor, not the UV manufacturer. |
| 2.4.G.5 | The equipment requires 120/208 3phase, 4 wire, Wye configuration power. |
| 2.5 | The specified Slide Gates, Grating and Rubber mats shall be furnished by the contractor. |

In closing, we would have been pleased to offer this UV system at an early time however we recently received our California Department of Health Services certification for vertical lamp UV system. Being the manufacturer of both horizontal and vertical lamp UV systems no one is more qualified than we are to judge which is the superior UV system to have.

We look forward to receiving you approval for this substitution request.

Happy Holidays.

Very truly yours,

UltraTech Systems, Inc.
Greg E. Ellner
President

000283