# EXHIBIT 87

# WAHIAWA WWTP
EFFLUENT REUSE AND
RESERVOIR OUTFALL
ADJUSTMENT
CONTRACT No. W10-99
BODELL CONSTRUCTION COMPANY JOB No. 603

This submittal has been reviewed and verified in accordance with the requirements of the contract documents and is submitted for approval.

SUBMITTAL No.: 30C   DATE: 12-15-00

EQUIPMENT: ULTRAVIOLET DISINFECTION

SPEC. SECTION: 11376   COPIES: 8

PARAGRAPH: 1.3

CONTRACT DRAWING: 221

SUBCONTRACTOR: _____

SUPPLIER: ENGINEERED SYSTEMS

MANUFACTURER: ULTRATECH INC.

EXCEPTIONS TAKEN: YES X  NO ____
DETAILS OF EXCEPTION:
STRUCTURE HEIGHT PER RFI 55.

CERTIFIED BY: _/s/ Tony Swan_
BODELL CONSTRUCTION QUALITY CONTROL

000306

B00639