# EXHIBIT 89



**ASSOCIATES, INC.**

Engineers/Architects

RECEIVED

JAN 2 2 2001

BODELL CONSTRUCTION CO.
Job No._____

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment

Job No. W10-99

**Submittal 30C**
**Specification 11376**
**Ultraviolet Disinfection**

| | |
|---|---|
| REVIEWED | |
| MAKE CORRECTIONS NOTED | |
| REVISE AND RESUBMIT | |
| REJECTED | X |

Corrections or comments made on the shop drawings during this review do not relieve the Contractor from compliance with the requirements of the drawings and specifications. This review is only for general compliance with the requirements of the contract documents. The Contractor is responsible for confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating his or her work with that of all other trades and performing all work in a safe and satisfactory manner.

GMP ASSOCIATES, INC.

By __LAM__          Date __12/19/00__

RECEIVED  JAN 2 2001  BODELL CONSTRUCTION CO. Job No.

Remarks:

The resubmittal, 30C, is rejected due to noncompliance with the contract documents. Specific responses to the vendor's response to each of our 18 comments are as follows:

**EXHIBIT J**

1100 Alakea Street • Suite 1800 • Honolulu, Hawaii 96813-2833 • Telephone: (808) 521-4711 • Fax: (808) 538-3269
E-Mail: gmpassoc@lava.net

250030.020

C&C / Bodell
C007876



**ASSOCIATES, INC.**                                                                 Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30C
Specification 11376
Ultraviolet Disinfection
December 12, 2000
Page 2

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 1. | Accepted Earlier | See Submittal 30B. |
| 2. | Unacceptable | The UV manufacturer still has not shown that the UV system proposed will achieve the performance required in Specification Section 11376, paragraph 2.3B. |
| 3. | Unacceptable | List of installation sites provided does not meet the requirements of Specification Section 11376, paragraph 2.3B. |
| 4. | Unacceptable | Analysis as required by the specifications showing that operation of this equipment will not interfere with other plant equipment at the project site still has not been provided. |
| 5. | Accepted Earlier | See Submittal 30B. |
| 6. | Unacceptable | Equipment remains in the walkway space making access difficult. |
| 7. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |
| 8. | Accepted | None |
| 9. | Accepted | None |
| 10. | Accepted Earlier | See Submittal 30B. |
| 11. | Unacceptable | The test data required by Specification Section 11376, paragraph 1.2A has not been submitted. |
| 12. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |
| 13. | Accepted | None |
| 14. | Accepted Earlier | See Submittal 30B. |
| 15. | Accepted Earlier | See Submittal 30B. |

C&C / Bodell
C007877

250030.020



ASSOCIATES, INC.                                                     Engineers/Architects

Submittal Review Comments
Wahiawa WWTP Effluent Reuse & Wahiawa Reservoir Outfall Adjustment
Job No. W10-99
Submittal 30C
Specification 11376
Ultraviolet Disinfection
December 12, 2000
Page 3

| Comment No. | Response By UltraTech | Comment |
|---|---|---|
| 16. | Accepted Earlier | See Submittal 30B. |
| 17. | Accepted | None |
| 18. | Conditionally Accepted | Contractor must agree to issue supplier a change order at no additional cost to the City and County of Honolulu. |

—End of Remarks—

C&C / Bodell
C007878

250030.020