Document ID: 407337v1_skh

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI    5850-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Fax: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation, | CIVIL NO. CV03-00706 JMS-LEK (Contract) |
| Plaintiff, | DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT |
| vs. | AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation, | DEFENDANT CITY AND COUNTY OF HONOLULU'S AMENDED PRETRIAL STATEMENT |
| Defendant. | |
| | Trial Date: October 17, 2006 |

_____
*Caption continued*

Document ID: 407337v1_skh

CITY AND COUNTY OF HONOLULU,      )
                                  )
            Defendant, Third-Party )
            Plaintiff, and Counterclaim )
            Defendant,            )
                                  )
    vs.                           )
                                  )
ENGINEERED SYSTEMS, INC.,         )
                                  )
            Third-Party Defendant, )
            Counterclaim Plaintiff and )
            Cross-Claim Plaintiff. )
                                  )
CITY AND COUNTY OF HONOLULU,      )
                                  )
            Defendant, Cross-Claim )
            Plaintiff/Cross-Claim )
            Defendant,            )
                                  )
    vs.                           )
                                  )
ULTRA TECH SYSTEMS, INC., a       )
foreign Corporation,              )
                                  )
            Defendant, Cross-Claim )
            Defendant/Cross-Claim )
            Plaintiff and Cross-Claim )
            Plaintiff/Defendant,  )
                                  )
    vs.                           )
                                  )
OHIO PACIFIC TECH, INC., fka      )
GMP ASSOCIATES, INC., an Ohio     )
Corporation                       )
                                  )
            Cross-Claim           )
            Defendant/Plaintiff.  )
                                  )

2

Document ID: 407337v1_skh

## DEFENDANT, CROSS-CLAIM PLAINTIFF/DEFENDANT AND THIRD-PARTY PLAINTIFF/COUNTERCLAIM DEFENDANT CITY AND COUNTY OF HONOLULU'S AMENDED PRETRIAL STATEMENT

### A.    PARTIES

This Pretrial Statement is filed on behalf of Defendant City and County of Honolulu ('City').

Plaintiff Bodell Construction Company ('Bodell') and the City have settled Bodell's claims against the City, and the City has taken an assignment of Bodell's claims against Defendant Defendant Ohio Pacific Tech, Inc. f/k/a GMP Associates, Inc. ('GMP'). The City has also settled claims between the City, Cross-Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc. ('UTS'), and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. ('ESI'). However, said settlement is subject to City Council approval.

If the settlement is approved by the City Council, the remaining parties are the City (as the assignee of Bodell's claims against GMP), UTS, ESI and GMP.

### B.    JURISDICTION AND VENUE.

This is a civil action between citizens of different states. The matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. Subject matter jurisdiction, therefore, is conferred upon this court by 28. U.S.C. Section 1132.

1

Venue is this court is proper under 28 U.S.C. Section 1391(a) because Defendants do business within this judicial district and are subject to the personal jurisdiction of this court.

C.    **SUBSTANCE OF ACTION**

BRIEF FACTUAL BACKGROUND

This action was initially commenced by Bodell for damages arising out of its Contract with the City relative to the Wahiawa Wastewater Treatment Plant -- Effluent Reuse & Wahiawa Reservoir Outfall Adjustment, Job No. W10-99 (the 'Contract'). The Contract included the construction and installation of an ultraviolet ('UV') disinfection system at the Wahiawa Wastewater Treatment Plant ('WWTP') located in the City and County of Honolulu, State of Hawaii (the 'Project').

Pursuant to an agreement with the State of Hawaii, the City and County of Honolulu was required to upgrade its waste water treatment program at the WWTP. The City retained the services of GMP to advise the City as how to proceed in designing and constructing the improvements that were required in order to ensure compliance with the Consent Decree. GMP was ultimately retained by the City and served as the Design Engineer and Construction Manager for the Project.

Document ID: 407337v1_skh

As part of GMP's design work, GMP prepared a specification for bidding around the "System UV 4000 medium pressure UV lamp technology manufactured by Trojan Technologies, Inc." ("Trojan System"), which was a proprietary product. While the specifications provided that the UV system shall be the Trojan System "or equal," GMP knew that the vendor named in the specification would not bid if others were permitted to bid.

On or about November 8, 1999, the City solicited bids for the Project based on specifications prepared by GMP, which called for the Trojan System "or equal."

Prior to bidding, ESI requested approval from the City for a substitution of an UltraTech UV disinfection system as the "equal" of the Trojan System. On December 9, 1999, the City sent a letter to Paul Scott of ESI, approving "for bidding purposes only" the substitution of an UltraTech UV disinfection system, but providing also that the "Final Approval is subject to review of the fabrication drawings, shop drawings, and meeting all the requirements of the contract documents."

With the City's December 9, 1999 letter in hand, UTS and ESI approached contractors bidding on the Project to offer its equipment. Bodell submitted its bid to the City which included the UltraTech system.

Bodell was awarded the Contract for the Project and executed the Contract on February 25, 2000.

3

Thereafter, GMP rejected the UltraTech system as being not in conformance with the Project specifications.

Because GMP would not approve of the UltraTech system, Bodell made arrangements to purchase the Trojan System, but learned that Trojan Technologies had a new version of the Trojan System called the 'New Trojan System UV 4000' ('New Trojan System'), which was different from the Trojan System and lacked the 'experience' required by the Project specifications. GMP did not treat the New Trojan System to the same scrutiny that it applied to the UTS UV System that GMP rejected. GMP approved and Bodell purchased the New Trojan System, but at a much higher cost.

The City has taken an assignment of Bodell's claim against GMP for interference with contractual relations, which is set out as Count IV to Bodell's First Amended Complaint filed on February 17, 2004.

UTS and ESI have alleged claims against GMP and those claims are still part of this lawsuit.

### D.    UNDISPUTED FACTS

The following material facts are not reasonably disputable:

1.    The City retained GMP to design specifications for the Project and as the Construction Manager for the Project.

2.    GMP designed specifications which included the use of the Trojan System 'or equal'.

4

3. The City and County of Honolulu published the specifications drafted by GMP for public bidding for the construction of an ultraviolet disinfection system at the Wahiawa Wastewater Treatment Plant ("WWTP" or the "Project").

4. Bodell Construction Co. was awarded Contract for the Project, utilizing the bid submitted by UTS.

5. After repeated unsuccessful attempts to have the UTS system approved, Bodell eventually was forced to purchase the New Trojan System to stay on course with the timeline of the Project.

6. Trojan had since redesigned its system, and was marketing a new version called "The New Trojan System UV 4000™" ("New Trojan System"). While the new Trojan system required a shallower effluent channel and had never been used before, GMP approved the use of this system without hesitation.

7. Bodell's purchase of the New Trojan System was at an expense much greater than the cost of the UTS system.

E. **DISPUTED FACTUAL ISSUES**.

The following material facts are in dispute:

1. With respect to Bodell's claim against GMP, the main disputed issue is one of mixed fact and law and is whether GMP unreasonably, willfully, negligently and/or intentionally rejected the Ultratech UV disinfection system in favor of the more expensive New Trojan System;

2. Whether the Project specifications were ambiguous and/or improper;

3. Whether any UV System other than the Trojan UV System could satisfy the requirements of the Project specifications.

F.   **RELIEF PRAYED**

Bodell seeks damages against GMP for tortious interference with contractual relations between Bodell and the City.  Bodell's damages include, but are not limited to, the increased cost of purchasing the more expensive New Trojan System, for pre-judgment and post-judgment interest, and such other and further relief as the Court may deem just and proper.

G.   **POINTS OF LAW**

GMP is liable for interference with contractual relations because it unreasonably, willfully, negligently and/or intentionally rejected, and conspired with others to reject, any competitor of Trojan from being used for the Project. GMP's actions demonstrate both improper motive and an improper means in rejecting the UTS system.  Burgess v. Arita, 5 Haw. App. 581, 594, 704 P.2d 930, 939, recon. denied, 5 Haw. App. 682, 753 P.2d 253 (1985).  See also Kutcher v. Zimmerman, 87 Hawai'i 394, 405-06, 406, 957 P.2d 1076, 1087-88 (1998).

H.   **PREVIOUS MOTIONS**.

Previous motions made in the action are as follows:

1.   Defendant City and County of Honolulu's Motion for Leave to File an Amended Answer to Assert A Cross Claim Against Defendant Ultra Tech Systems, Inc. and Leave to File a Third Party Complaint Against Engineered Systems, Inc., filed September 10, 2004;

2.   Third-Party Defendant Engineered Systems Inc.'s Motion for Leave to File an Amended Answer to Assert a Cross Claim

Against Defendant City and County of Honolulu and Defendant Ohio Pacific Tech Inc., filed April 6, 2005;

3.  Defendant Counterclaimant Ohio Pacific Tech Corporation, Inc., fka GMP Associates, Inc.'s Motion for Summary Judgment, filed January 9, 2006;

4.  Plaintiff Bodell Construction Company's Motion for Summary Judgment Against Defendant City and County of Honolulu on Counts I and II of the First Amended Complaint filed February 13, 2004, filed January 9, 2006;

5.  Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Motion for Summary Judgment Against Cross-Claim Plaintiff/Defendant Ultra Tech Systems, Inc. and Third Party Defendant/ Counterclaim  Plaintiff Engineered System, Inc., filed February 17, 2006;

6.  Defendant, Cross-Claim Plaintiff/Defendant and Third-Party Plaintiff/Counterclaim Defendant City and County of Honolulu's Motion for Summary Judgment Against Plaintiff Bodell Construction Company, filed February 17, 2006;

7.  Cross-Claim Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc. and Third Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc. Motion for Partial Summary Judgment Against the City and County of Honolulu and Ohio Pacific Tech fka GMP Associates, Inc., on UTS' and ESI's Cross-Complaints and Dismissing the Cross-Claims brought against UTS and ESO by the City and GMP, filed February 17, 2006; and

8.  Cross-Defendant/Cross-Claim Plaintiff UltraTech Systems, Inc. and Third-Party Defendant/Cross-Claim Plaintiff Engineered Systems, Inc.'s FRCP Rule 56(f) Motion for Continuance of Defendant Cross-Claim Plaintiff/Defendant City and County of Honolulu's Motion for Summary Judgment and Defendant/Counterclaimant Ohio Pacific Tech Corporation Inc., fka GMP Associates' Motion for Summary Judgment, filed April 28, 2006.

7

I.    **WITNESSES TO BE CALLED**.

The City anticipates that the following witnesses are likely to be called to

testify at trial:

1.    Leroy Humke.  Pre-bid, pre-contract award, and post-contract award correspondence, events and negotiations.

2.    Mark Bodell.  Pre-bid, pre-contract award, and post-contract award correspondence, events and negotiations.

3.    J. Gary Jeppson.  Pre-bid, pre-contract award, and post-contract award correspondence, events and negotiations.

4.    Chuck Eckman.  Pre-bid, pre-contract award, and post-contract award correspondence, events and negotiations.

5.    Greg Ellner.  Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, Ultratech UV disinfection system performance and experience.

6.    Armand Cote.  Expert witness regarding construction standards of trade, construction management, and feasibility of Bodell's proposed installation of the Ultratech system.

7.    Sidney Ellner.  Expert witness regarding wastewater ultraviolet disinfection industry.

8.    Paul Scott.  Pre-bid, pre-contract award correspondence, events and negotiations, wastewater industry in Hawaii.

9.    Cyril Hamada.  Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

10.   Guy Inouye.  Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

11.   Dennis Kaneshiro.  Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

8

12. Theodore Saito. Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

13. Eldon Franklin. Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

14. James Honke. Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

15. Stephen Ching. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

16. Gary Q. L. Yee. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

17. Myron Fujimoto. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

18. Jack Pobuck. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

19. Roland Libby. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

20. William Liu. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

21. Tim Steinberger. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

22. Barry Fukunaga. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

23. Randal Fujiki. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

24. Ann Sakurao. City actions taken and correspondence pre- and post contract award re Wahiawa WWTP.

25. Leslie Toyota. Pre-bid, pre-contract award, and post contract award correspondence, events and negotiations, City procurement and specification practices.

26. Lee Mansfield. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

27. Jay Stone. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

28. Kai Andrade. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

29. Andrew L. Amuro. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

30. Safwat Gergis. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

31. Wahib Guirguis. Specification drafting, pre-bid, pre-contract award, post-contract award actions and correspondence of GMP.

32. Michael Elhoff. Pre-bid, pre-contract award, post-contract award actions, correspondence of Hawaii Engineering Systems, Inc.

33. Christopher W. Tabor. Performance, manufacturing and installation history of Infilco Degremont, Inc., and correspondence with GMP.

34. Arthur Shapiro. Performance, manufacturing and installation history of Infilco Degremont, Inc., and correspondence with GMP.

35. Chris Hong. Manufacturing, installation, and sales history of Infilco Degremont, Inc., and correspondence with GMP.

Document ID: 407337v1_skh

36.    Any lay witnesses or expert witnesses named by any other party in any initial disclosure, pretrial statement, or witness list.

37.    Additional lay and expert witnesses as identified in further discovery herein.

38.    The City will provide its Final Naming of Witnesses as required by the court rules and/or court order.

39.    The City reserves the right to retain and call any other expert witnesses as may be deemed necessary, including any and all witnesses to be disclosed by name or description in any of the Pretrial or Responsive Pretrial Statements of the other parties, all responses to request for answers to interrogatories, all Preliminary Naming of Witnesses, all Final Naming of Witnesses, all Settlement Conference Statements, and all other pleadings filed by all other parties, and in any amendments to or supplements of such pleadings, and/or rebuttal witnesses and critical witnesses disclosed in further discovery.  All witnesses designated through incorporation by reference in this Naming of Witnesses shall remain designated as adverse witnesses whether they may be subsequently withdrawn by any other party.

40.    The City reserves the right to amend its lay and expert witness list any time prior to or during trial, or as otherwise agreed by the parties, to delete witnesses, or to designate additional witnesses as necessary.  The City further reserves the right to call rebuttal witnesses as necessary.

Document ID: 407337v1_skh

## J.     EXHIBITS, SCHEDULES, AND SUMMARIES.

| Exhibit No. | Date and Document Description | Summary of Substance/Purpose | Identity of Sponsoring Witness |
|---|---|---|---|
| 1 | Design Contract between the City & County of Honolulu and GMP Associates, Inc. dated December 4, 1996 and all related amendments | Design Contract | Guy Inouye; Eldon Franklin; Cyril Hamada; Dennis Kaneshiro |
| 2 | Consent Decree between the City and State, filed on March 2, 1998. | Basis of the improvement project to the Wahiawa Wastewater Treatment Plant ('Project') | Guy Inouye; Eldon Franklin; Cyril Hamada; Dennis Kaneshiro |
| 3 | 10/23/98–Memorandum from Stephen Ching to James Honke | City's position discouraging the use of proprietary equipment | James Honke; Cyril Hamada |
| 4 | March 1999–Preliminary Engineering Report prepared by Calvin Kim & Associates, Inc. and Brown and Caldwell | Confirmation that the final decision as to the type of ultra violate system to be used for the Project was to be determined by GMP | Guy Inouye; Cyril Hamada; Dennis Kaneshiro |
| 5 | 4/23/99–Email from Mike Elhoff to Jay Stone relating to the transmittal of the ultra | GMP's receipt of Trojan's specification | Jay Stone (GMP); Mike Elhoff |

| | | | |
|---|---|---|---|
| | disinfection equipment specification | | (HES) |
| 6 | 4/23/99–Email from John Hart (Trojan) to Mike Elhoff relating to the transmittal of the ultra disinfection equipment specification for GMP's use | GMP's receipt of Trojan's specification | Jay Stone (GMP); Mike Elhoff (HES) |
| 7 | 5/8/99–Word processing request with vendor specifications attached | GMP's receipt of Trojan's specification | Jay Stone (GMP) |
| 8 | 5/19/99–Fax from Jay Stone to Mike Elhoff | Preparation of specification | Jay Stone (GMP); Mike Elhoff (HES) |
| 9 | 6/14/99 - Fax from Greg Ellner to Cyril Hamada | Information provided to City | Greg Ellner (UTS) |
| 10 | 8/18/99–Email from Jay Stone to HES | Preparation of specification | Jay Stone (GMP); Mike Elhoff (HES) |
| 11 | 8/20/99 - Email from HES to Jay Stone (GMP) | Preparation of specification | Jay Stone Mike Elhoff |
| 12 | 8/23/99 - Letter from Chris Tabor (Infilco Degremont) to Jay Stone (GMP) | Preparation of specification | Jay Stone |
| 13 | 9/1/99 - Record of Telephone Conversation between Michael Elhoff (HES) and Jay Stone (GMP) | Preparation of specification, reliance on Trojan for information about vertical systems | Jay Stone |
| 14 | 9/23/99 - Letter from Art Shapiro (Infilco Degremont) to Jay Stone (GMP) | Disregard of low-pressure system | Jay Stone |
| 15 | 9/30/99 - Fax from Mike Elhoff (HES) to Kathleen | Relationship with GMP concerning specification | Mike Elhoff |

|  |  |  |  |
|---|---|---|---|
|  | Ganiko-Orlowski (GMP) |  |  |
| 16 | 10/30/99–Fax from Dennis Kaneshiro to Lee Mansfield | Inquiry as to need to obtain 'sole source' approval | Dennis Kaneshiro; Lee Mansfield |
| 17 | Bid documents for the Project | Notice to bidders | Cyril Hamada; Guy Inouye |
| 18 | 1999–General Instructions to Bidders | Instructions to Bidders | Cyril Hamada; Guy Inouye |
| 19 | 7/99–General Conditions of Construction Contracts | General Conditions | Cyril Hamada; Guy Inouye |
| 20 | 11/18/99–Letter from Engineered Systems to City & County of Honolulu | Substitution request | Paul Scott |
| 21 | 11/23/99–GMP's analysis of UTS substitution request | GMP's rejection of UTS substitution request | Lee Mansfield; Jay Stone |
| 22 | 12/9/99–Letter from James Honke to Paul Scott | Approval of UTS System for bidding purposes | Cyril Hamada; James Honke |
| 23 | 12/10/99 - Letter from UltraTech Systems to Bidding Contractors | Proposal to contractors | Greg Ellner |
| 24 | 12/16/99–Bodell's bid proposal | Bid proposal | Leroy Humke |
| 25 | 12/16/99 - Memorandum on bid award | Memorandum on bid award | Cyril Hamada; Guy Inouye |
| 26 | 12/99–Bid results | Bid results | Cyril Hamada; |

14

Document ID: 407337v1_skh

| | | | Guy Inouye |
|---|---|---|---|
| 27 | 12/17/99 - Fax from Jay Stone (GMP) to Guy Inouye (Department of Design & Construction) | Request for information on UTS substitution request | Jay Stone; Guy Inouye |
| 28 | 12/17/99 - Fax from Jay Stone (GMP) to Guy Inouye (Department of Design & Construction) | Request for information on UTS substitution request | Jay Stone; Guy Inouye |
| 29 | Construction Management Contract between the City & County of Honolulu and GMP Associates, Inc. dated December 30, 1999 and all related amendments | Construction Management Contract | Cyril Hamada; Guy Inouye; Ted Saito; Dennis Kaneshiro |
| 30 | 1/19/00–Letter from Mark Bodell to City & County of Honolulu | Proposal to delete the UTS UV system from Bodell's bid | Guy Inouye; Leroy Humke |
| 31 | 2/25/00 - Contract between City and County of Honolulu and Bodell Construction Co. | Contract. | James Honke Cyril Hamada |
| 32 | 4/13/00 - Letter from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | Title 22 for UTS horizontal UV system | Greg Ellner |
| 33 | 4/13/00 - Letter from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | Title 22; Vertical system | Greg Ellner |
| 34 | 4/17/00–Letter from Chuck Eckman to Cyril Hamada | Proposing the use of the UTS horizontal UV system | Cyril Hamada |
| 35 | 4/27/00 - Project Meeting Minutes from City | GMP's stated opinion on UTS system before reviewing information; GMP's request for information from UTS | Cyril Hamada; Guy Inouye; Ted Saito; Dennis Kaneshiro; Eldon |

Document ID: 407337v1_skh

|    |    |    | Franklin; James Honke |
|----|----|----|----|
| 36 | 4/28/00 - Letter from Gary Jeppson (Bodell) to Greg Ellner (UltraTech) | Information requested of UTS; GMP's position on UTS | Greg Ellner Gary Jeppson |
| 37 | 5/2/00 - Minutes of Meeting | GMP's efforts to evaluate UTS; request for information | Jay Stone; Lee Mansfield |
| 38 | 5/4/00 - Fax from Greg Ellner (UltraTech) to Cyril Hamada (City and County of Honolulu) | Title 22 confirmation | Greg Ellner |
| 39 | 5/8/00 - Fax from Greg Ellner (UltraTech to Gary Jeppson (Bodell) | UTS provision of information requested | Greg Ellner |
| 40 | 5/9/00–Ultraviolet Disinfection equipment Pre Submittal Package from UltraTech | Pre-submittal package, UTS confidential information | Greg Ellner |
| 41 | 5/9/00–Letter from Gary Yee to GMP | Notice to proceed on construction management contract | Ted Saito |
| 42 | 5/9/00–Letter from Jay Stone to Cyril Hamada | Regarding Title 22 standards | Cyril Hamada; Jay Stone |
| 43 | 5/10/00–Notice to Proceed to Bodell | Notice to Proceed to Bodell | Ted Saito; Guy Inouye; Myron Fujimoto |
| 44 | 5/12/00–Letter from J. Gary Jeppson to GMP | Follow-up on comments from GMP that UTS would not satisfy Title 22 | J. Gary Jeppson; Jay Stone |
| 45 | 5/24/00 - Fax from Robert Clay (Trojan Tech.) to Mike Elhoff (HES) | Trojan's efforts to develop information about UTS | Michael Elhoff |
| 46 | 5/25/00 - Email from Robert Clay (Trojan Tech.) to Mike Elhoff | Efforts to get UTS rejected. Requests by GMP to HES | Michael Elhoff |

16

Document ID: 407337v1_skh

| 47 | 5/27/00 - Email from Dave Bos (Trojan Tech.) to Mike Elhoff | Trojan's development of info regarding UTS | Michael Elhoff |
|---|---|---|---|
| 48 | 5/30/00 - Fax from Robert Clay (Trojan Tech.) to Mike Elhoff | Trojan's development of information regarding low pressure system | Michael Elhoff |
| 49 | 5/31/00 - Email from Mike Elhoff to Robert Clay (Trojan Tech.) | Meeting between HES and GMP | Michael Elhoff |
| 50 | 6/1/00 - Fax from Nathen Myers (Trojan Tech.) to Mike Elhoff (HES) | Relationship between BIBS and GMP and conduct concerning UTS | Michael Elhoff Jay Stone |
| 51 | 6/2/00 - Fax from Mike Elhoff (NES) to Jay Stone (GMP | HES/GMP work on UTS evaluation | Michael Elhoff Jay Stone |
| 52 | 6/2/00–Revised Notice to Proceed to Bodell #1 | Notice to Proceed to Bodell | Ted Saito; Guy Inouye; Myron Fujimoto |
| 53 | 6/2/00–Letter from J. Gary Jeppson to GMP | Follow-up on notice to proceed and GMP's untimely performance | J. Gary Jeppson |
| 54 | 6/4/00 - Memorandum from JMKS to LAM | GMP's improper report concerning UTS | Michael Elhoff Jay Stone |
| 55 | 6/5/00 - Fax from Mike Elhoff (HES) to Lee Mansfield (GMP) | HES work with GMP evaluation | Michael Elhoff Lee Mansfield |
| 56 | UV Equipment Specification | UV Equipment Specification | Jay Stone; Lee Mansfield |
| 57 | 6/2/00–Letter from Safwat Gergis to Ted Saito | Follow-up on notice to proceed | Safwat Gergis; Ted Saito |
| 58 | 6/5/00 - Fax from Mike Elhoff (HES) to Lee Mansfield (GMP) | HES work with GMP evaluation | Michael Elhoff Lee Mansfield |

| 59 | 6/5/00–Draft of letter from Lee Mansfield to Cyril Hamada | Review of UTS UV system | Lee Mansfield |
|---|---|---|---|
| 60 | 6/5/00 - Fax from Jay Stone (GMP) to Mike Elhoff (HES) | GMP requests of HES | Jay Stone |
| 61 | 6/6/00–Bodell purchase order | Bodell purchase order | J. Gary Jeppson |
| 62 | 6/16/00 - Fax from Tom Swan (Bodell) to Eric Gulak and Greg Ellner (UltraTech) | Requests for work of UTS | Greg Ellner Jay Stone Lee Mansfield |
| 63 | 6/27/00 - Memorandum from JMKS to LAM | Erroneous calculations; evaluation of UTS | Jay Stone; Lee Mansfield |
| 64 | 6/28/00 - Letter from Greg Ellner (U1traTech) to Cyril Hamada (City & County of Honolulu | Dosage calculations | Greg Ellner Cyril Hamada |
| 65 | 6/29/00 - Letter from Jay Stone (GMP) to Chuck Eckman (Bodell) | Comments on submittal | Jay Stone |
| 66 | 6/30/00–Transmittal of GMP's calculations on UTS UV system to Cyril Hamada | GMP's calculations on UTS UV system | Jay Stone; Cyril Hamada |
| 67 | 7/12/00–Revised Notice to Proceed to Bodell #2 | Notice to Proceed to Bodell | Ted Saito; Guy Inouye; Myron Fujimoto |
| 68 | 7/13/00–Email from J. Gary Jeppson to Tom Swan | Analysis of GMP's bias | J. Gary Jeppson |
| 69 | 7/27/00 - Fax from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS' work on submittals | Greg Ellner |
| 70 | 7/31/00 - Fax from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS' work in response to GMP's questions | Greg Ellner |

| 71 | 7/31/00 - Fax from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS work in response to GMP's questions | Greg Ellner |
|----|----|----|----|
| 72 | 8/25/00 - Fax with Submittal from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS work on submittals | Greg Ellner |
| 73 | 8/28/00 - Fax with Submittals from Horace Payne (UltraTech) to Tom Swan (Bodell) | UTS work on submittals | Greg Ellner |
| 74 | 8/30/00 - Fax with Installation List from Horace Payne (UltraTech) to Gary Jeppson (Bodell) | UTS work on submittals | Greg Ellner |
| 75 | 9/7/00–Project Meeting Minutes | Project Meeting Minutes | Lee Mansfield; Jay Stone |
| 76 | 9/00 - Performance Data Submission from UltraTech | UTS work on submittals | Greg Ellner |
| 77 | 9/7/00 - Memo from GMP Associates | Comments on submittal | Lee Mansfield |
| 78 | 9/7/00 - Submittal from GMP Associates | Comments on submittal | Greg Ellner |
| 79 | 9/14/00 - Letter to Gary Jeppson (Bodell) from Greg Ellner (UltraTech) | Comments on response to submittal | Greg Ellner |
| 80 | 2000 - Project Submittal from UltraTech Systems, Inc. | Submittal | Greg Ellner |
| 81 | 10/2/00- Letter from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS work on submittals | Greg Ellner |
| 82 | 10/2/00 - Fax with Submittal from Horace Payne (UltraTech) to Gary Jeppson (Bodell) | UTS work on submittals | Greg Ellner |
| 83 | 10/4/00 - Letter from Safwat Gergis (GMP) to Kevin Harvey (Bodell) | GMP's instruction to Bodell to supply Trojan | Safwat Gergis |
| 84 | 10/6/00–Letter from J. Gary | Letter advising GMP as to | Safwat |

19

| | | | |
|---|---|---|---|
| | Jeppson to Safwat Gergis | the additional costs to be incurred by Bodell due to GMP's instructions to purchase the Trojan UV 4000 System | Gergis; J. Gary Jeppson |
| 85 | 10/11/00 - Email from Robert Clay to Nathen Myers and Neil Brown | Rejection of UTS and. improper efforts | Michael Elhoff |
| 86 | 10/11/00 - Letter from Leroy Humke (Bodell) to Robert Clay and David Schwarezel (Trojan Tech.) | Bodell's requirement to purchase Trojan | James Honke |
| 87 | 10/00 - Fax from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS' work; Title 22 for vertical system | Greg Ellner |
| 88 | 10/23/00 - Letter from Richard Sakaji (Dept. of Health Services) to Greg Ellner (UltraTech) | Tide 22 approved for vertical system | Greg Ellner |
| 89 | 10/25/00 - Letter from David Schulmeister (Cades, Schutte, Flemming & Wright) to Safwat Gergis (GMP) | Demand letter from Bodell's counsel | Safwat Gergis |
| 90 | 10/30/00 - Letter from Greg Ellner to Gary Jeppson (Bodell) | UTS' additional comments on GMP's response | Greg Ellner |
| 91 | 11/1/00 - Letter from David Schulmeister (Cades, Schutte, Flemming & Wright) to Safwat Gergis (GMP) | Letter from Bodell's counsel | Safwat Gergis |
| 92 | 11/2/00 - Fax from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | UTS' continued work on submittals | Greg Ellner |
| 93 | 11/2/00 - Fax from J. Gary Jeppson (Bodell) to Safwat Gergis (GMP) | UTS Submittal 30B | J. Gary Jeppson |
| 94 | 11/2/00- UTS Submittal 30B | UTS Submittal 30B | J. Gary |

| | | | Jeppson; Greg Ellner |
|---|---|---|---|
| 95 | 11/2/00- Submittal 30B Review Comments from GMP Associates | Comments on submittal | Lee Mansfield |
| 96 | 11/8/00 - Fax from Tom Swan (Bodell) to Safwat Gergis (GMP) | UTS submittals | Safwat Gergis |
| 97 | 11/9/00–Meeting Minutes | Meeting Minutes | Lee Mansfield |
| 98 | 11/15/00 - Email from Richard Pearcey to Mike Elhoff (HES) | Efforts to get UTS rejected | Michael Elhoff |
| 99 | 11/20/00- Submittal 30B Review Comments from GMP Associates | Comments on submittal | Lee Mansfield |
| 100 | 11/28/00- Submittal Review Comments from GMP Associates | Comments on submittal | Lee Mansfield |
| 101 | 12/13/00 - Letter from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | Rejection of submittal and response | Greg Ellner |
| 102 | 12/15/00 - Contract Cover Sheet from Bodell Construction | Submittal of 30C | James Honke; Lee Mansfield |
| 103 | 12/15/00 - Letter from Greg Ellner (UltraTech) to Gary Jeppson (Bodell) | Information on other installations | Greg Ellner |
| 104 | 12/19/00–Submittal Review Comments from GMP Associates | Rejection of submittal of 30C | Lee Mansfield |
| 105 | 12/19/00–Submittal Review Comments from GMP Associates | Rejection of submittal of 30C | James Honke |
| 106 | 12/20/00 - Letter from David Schulmeister (Cades, Schutte, Flemming & Wright) to Safwat Gergis (GMP) | Letter from Bodell's counsel | Safwat Gergis |

| 107 | 1/22/01 - Letter from Safwat Gergis (GMP) to Kevin Harvey | Letter from GMP regarding GMP's rejection of UTS Submittal 30c | Safwat Gergis |
| 108 | 1/25/01 - Letter from Leroy Humke to Safwat Gergis (GMP) | Letter regarding GMP's rejection of UTS Submittal 30c | Safwat Gergis; Leroy Humke |
| 108 | 1/29/01 - Letter from Mike Brown (Trojan Tech.) to Mike Elhoff (HES) | Commission on Trojan sale | Michael Elhoff |
| 109 | 3/15/01–Bodell purchase order | Purchase of Trojan UV 4000 | Leroy Humke |
| 110 | 5/21/01–Modification No. 1 to Consent Decree | Modification No. 1 to Consent Decree | Guy Inouye; Ted Saito |
| 111 | 1/14/03–Letter from David Schulmeister to Rae Loui | Letter from David Schulmeister to Rae Loui | Leroy Humke |
| 112 | 5/19/03 - Letter from David Schulmeister to Ivan Lui-Kwan | Letter from David Schulmeister to Ivan Lui-Kwan | Leroy Humke |
| 113 | 6/3/03–Letter to Tim Steinberger from Safwat Gergis | GMP's analysis of UTS UV System | Safwat Gergis; Ted Saito; Cyril Hamada |
| 114 | GMP Timeline | GMP Timeline | Safwat Gergis; |
| 115 | Any document attached as an exhibit to the oral depositions taken in this matter. | | |
| 116 | Any document identified in the pretrial statements or other pleadings of any other parties to this action. | | |

K.    **FURTHER DISCOVERY OR MOTIONS**.

Remaining discovery includes the depositions of the following witnesses:

1.    Lee Mansfield (GMP);

2.    Safwat Gergis (GMP);

3.    Kai Andrade (GMP);

4.    Bruce Bell (GMP's expert);

5.    Sidney Ellner (UTS' and Bodell's expert);

6.    Armand Cote (UTS' and Bodell's expert); and

7.    Dennis Kaneshiro (City).

L.    **STIPULATIONS**.

None.

M.    **AMENDMENTS, DISMISSALS**.

None.

N.    **SETTLEMENT DISCUSSION**.

The City reached a settlement of Bodell's claims and, as part of that

settlement, has been assigned Bodell's claims against GMP.  In addition, the City

reached an agreement with UTS and ESI that did not include an assignment of said

parties' claims against GMP.   The parties have participated in settlement

discussions but have yet to reach a settlement with GMP.

Document ID: 407337v1_skh

O.   **AGREED STATEMENT**.

n/a

P.   **BIFURCATION, SEPARATE TRIAL OF ISSUES**.

Bifurcation or a separate trial of Bodell's assigned claims against GMP may be warranted so that the assigned claims may be joined with the City's direct claims against GMP, which have been reserved by agreement between the City and GMP to be asserted in another suit.

Q.   **REFERENCE TO MASTER OR MAGISTRATE JUDGE**.

The City, as assignee of Bodell's claims against GMP, is amenable to the referral of this case to a magistrate judge.

R.   **TRIAL**.

Trial, by jury, is set for December 7, 2006.

S.   **ESTIMATE OF TRIAL TIME**.

The estimated number of court days is fifteen trail days.

Dated: Honolulu, Hawaii _September 19, 2006._

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

24