Document ID: 407334v1_skh

Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.    659-0
RONALD T. OGOMORI         5850-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Facsimile: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>             Plaintiff,<br>       vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>             Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE<br><br>[NATHAN H. YOSHIMOTO]<br><br><br><br><br><br><br><br><br><br>Trial Date: December 5, 2006 |

_____

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) |
| vs. | ) |
| ENGINEERED SYSTEMS, INC., | ) |
|     Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) |
| vs. | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) |
| vs. | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) |
|     Cross-Claim Defendant/Plaintiff. | ) |

Document ID: 407334v1_skh

DEFENDANT CITY AND COUNTY OF HONOLULU'S
NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Nathan H. Yoshimoto of Kobayashi Sugita & Goda hereby enters his appearance in the above entitled matter as additional counsel for Defendant City and County of Honolulu.

DATED:  Honolulu, Hawaii, September 21, 2006.

_____
BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
NATHAN H. YOSHIMOTO
    Attorneys for Defendant, Cross-Claim
    Plaintiff/Defendant and Third-Party
    Plaintiff/Counterclaim Defendant
    CITY AND COUNTY OF HONOLULU