Document ID: 407334v1_skh

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>   Defendant. | CIVIL NO. CV03-00706 JMS-LEK (Contract)<br><br>CERTIFICATE OF SERVICE |
| CITY AND COUNTY OF HONOLULU,<br><br>   Defendant, Third-Party Plaintiff, and Counterclaim Defendant,<br><br> vs.<br><br>ENGINEERED SYSTEMS, INC.,<br><br>   Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | |

*Caption continued*

4

|  |  |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) ) ) |
| Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) ) |
| vs. | ) ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) ) |
| Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) ) |
| vs. | ) ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) ) |
| Cross-Claim Defendant/Plaintiff. | ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date of filing, a true and correct copy of *Defendant City and County of Honolulu's Notice of Appearance of Counsel – Nathan H. Yoshimoto*, was duly served on the following via the United States District Court CM/ECF electronic filing system at their following last known e-mail address(es):

5

Document ID: 407334v1_skh

DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
e-mail: dschulmeister@cades.com; gvance@cades.com and kshigemura@cades.com
  Attorneys for Plaintiff
  BODELL CONSTRUCTION


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii 96813
e-mail: rsutton@silawgroup.com
  Attorneys for Defendant
  OHIO PACIFIC TECH CORPORATION, Inc.,
  fka GMP ASSOCIATES, INC.


MAILE R. CHUN, ESQ.
GARY Y. TAKEUCHI, ESQ.
Department of Corporation Counsel
530 S. King Street, Room 110
Honolulu, Hawaii 96813
e-mail: mchun@honolulu.gov and gtakeuchi@honolulu.gov
  Attorneys for Defendant
  CITY AND COUNTY OF HONOLULU


ADAM R. BIALEK
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604-3407
e-mail: Adam.Bialek@wilsonelser.com
  Attorney for Defendant
  ULTRA TECH SYSTEMS, INC.

ADRIAN W. ROSEHILL, ESQ.
STUBENBERG & DURRETT, LLP
Davies Pacific Center, Suite 2115
841 Bishop Street
Honolulu, Hawaii 96813
e-mail: arosehill@stubenbergdurrett.com
  Attorneys for Third-Party Defendant
  ENGINEERED SYSTEMS, INC.

    Dated: Honolulu, Hawaii September 21, 2006.

    _____
    BERT T. KOBAYASHI, JR.
    RONALD T. OGOMORI
    NATHAN H. YOSHIMOTO
     Attorneys for Defendant, Cross-Claim
     Plaintiff/Defendant and Third-Party
     Plaintiff/Counterclaim Defendant
     CITY AND COUNTY OF HONOLULU