# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/25/2006 | TIME: | |

COURT ACTION:  **EO: COURT ACTION:**

The Court is in receipt of counsel for Cross Claim Defendant/Cross Claim Plaintiff Ultra Tech Systems, Inc.'s ("UTS") letter dated September 18, 2006 seeking to reopen the non-dispositive motions deadline to file a motion to preclude the testimony of Bruce Bell at trial and to file a motion to preclude witnesses and/or to obtain default judgment on liability.  As the parties have a deadline to file motions in limine and UTS may file the motions being sought as motions in limine with the trial court,

**The request is therefore DENIED.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager