# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

## FACSIMILE

Telephone #: (914) 323-7000
Facsimile #: (914) 323-7001

3 Gannett Drive
White Plains, New York 10604-3407

The following facsimile has 4 pages including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise:

| | |
|---|---|
| Company: | Date: September 18, 2006 |
| Department: | From: Angela Pilla Soares on behalf of Adam R. Bialek |
| Attention: The Honorable Leslie E. Kobayashi | Attorney #: 8663 |
| Facsimile #: (808) 541-1386 | File #: 08167.00001 |
| Telephone #: (808) 541-1331 | Re: Bodell Construction Co. v. Ohio Pacific Tech, Inc. et al |

Please see attached correspondence.

cc:

**VIA FACSIMILE (808) 540-5022**

CADES SCHUTTE
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216
Attn: David Schulmeister, Esq.

**VIA FACSIMILE (808) 539-8799**

KOBAYASHI, SUGITA & GODA
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attn: Ronald T. Ogomori, Esq.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore
Miami • Chicago • White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY
Boston • McLean, VA • Stamford • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

906933.1

**VIA FACSIMILE (808) 521-5262**

SAKAI IWANAGA SUTTON, ATTORNEYS AT LAW
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii 96813
Attn: Richard C. Sutton, Jr., Esq.

**VIA FACSIMILE (808) 533-4399**

STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Attn: Andrian Rosehill, Esq.

906933.1

**WILSON, ELSER, MOSKOWITZ, EDELMAN &**
3 Gannett Drive, White Plains, New York 10604-3407  Tel: (914) 323-7000   (914) 323-

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London • Las Vegas*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

September 18, 2006

<u>VIA FACSIMILE</u>

The Honorable Leslie E. Kobayashi
Magistrate Judge
300 Ala Moana Boulevard, Room C-353
Honolulu, Hawaii 96850

Re: Bodell Construction Co. v. Ohio Pacific Tech, Inc. et al.
USDC Civil No. 03-00706 HG/LEK
Our File No.: 08167.00001

Dear Judge Kobayashi:

This firm represents Cross-Claim Defendant/Cross Claim Plaintiff, UltraTech Systems, Inc. ("UTS") and is special counsel to Third Party Defendant/Cross Claim Plaintiff, Engineered Systems, Inc. ("ESI") in the above referenced matter. We write this letter to the Court seeking a pre-motion conference as relief for Ohio Pacific Tech, Inc. f/k/a GMP Associates, Inc.'s ("GMP") actions is warranted.

The deposition of GMP's expert, Bruce Bell, was noticed for today, Monday, September 18, 2006 at 9 am at our offices located in White Plains, New York after the parties agreed upon this schedule last month. The deposition was to take place at our offices given the fact the witness resides fairly close to our offices and Bodell/UTS/ESI's expert Sidney Ellner could be deposed this week as well (he too, lives nearby). Despite numerous inquiries last week and over the weekend, no one responded as to their intentions with respect to their attendance at the deposition. Additionally, the witness himself has failed to appear at the deposition that was properly noticed and never objected to by anyone. At this time, we are requesting the Court's permission to file a Motion to Preclude the testimony of Bruce Bell at the time of trial.

Additionally, we note that we have yet to receive a Pre-Trial Statement from GMP and the Court's website fails to note that the said statement was filed. We recall that we specifically inquired of your Honor as to the timing of the filing of the Pre-Trial Statement. At Friday's conference, you specifically noted that GMP and the City had only until the end of the day to file their papers. We are unaware of any request for an extension. While we are currently uncertain as to the recourse for GMP's failure to file its Pre-Trial Statement in accordance with the Court's deadlines, we respectfully request that the Court allow us to file a motion for the appropriate preclusion order and/or allow UTS to obtain a default judgment on liability. We will argue that

1260194.1

September 18, 2006
Page 2

GMP waived its right to file a Pre-Trial Statement and therefore should not be allowed to introduce any witnesses or exhibits at trial.

We await the Court's instructions as to how to proceed in light of the foregoing events and whether a pre-motion conference will be scheduled. Thank you in advance for your time and assistance in resolving this matter.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Adam R. Bialek

AB/aps

cc: Ronald Ogomori Esq., Kobayashi Sugita & Goda
    Adrian Rosehill, Esq., Stubenberg & Durrett
    David Schulmeister, Esq., Cades Schutte
    Richard C. Sutton, Jr. Esq., Sakai Iwanaga Sutton

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1260194.1