# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/01/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 11/01/2006 | TIME: | |

COURT ACTION:  EO: A further settlement conference shall be held before U.S. Magistrate Judge Leslie E. Kobayashi in chambers on November 17, 2006 at 11 a.m. Parties shall submit a written settlement offer by November 7, 2006 with a copy of the offer to the court, and parties defending any claims shall submit a written settlement counter-offer by November 14, 2006 with a copy of the response to the court. Supplemental settlement conference statements are optional and need not be submitted.  If a party desires to do so, such statements shall be submitted by November 15, 2006.

Lead trial counsel and the parties' decision-makers (i.e., the person with the direct authority to settle the case up to the amount demanded in the written settlement offer) or, in the case of a municipality, the person with the authority to recommend settlement up to the amount demanded in the written settlement offer) **shall be physically present at the conference with authority to settle**.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager