ORIGINAL

Adrian Rosehill (AR 3868)
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Telephone: (808) 526-0892
arosehill@stubenbergdurrett.com

Attorneys for Third-Party Defendant/Cross- Claim Plaintiff
ENGINEERED SYSTEMS, INC.,

Adam R. Bialek (Admitted Pro Hac Vice – N.Y. Bar AB-6268)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
Telephone: (914) 323-7000
Facsimile: (914) 323-7001
Adam.Bialek@wilsonelser.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2006

at ___3___ o'clock and __36__ min. ___ M
SUE BEITIA, CLERK

Attorneys for Cross-Claim Defendant/Cross-Claim Plaintiff
ULTRATECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>OHIO PACIFIC TECH, INC. f/k/a GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>   Defendants.<br>-------------------------------------------------<br>CITY AND COUNTY OF HONOLULU,<br><br>   Defendant/Third-Party Plaintiff,<br>  v. | Civil No. 03-00706  (JMS/LEK)<br><br><br>**RULE 26 DISCLOSURE** ;<br>*CERTIFICATE OF SERVICE* |

1305830.1

ENGINEERED SYSTEMS, INC.,                    )
                                             )
      Third-Party Defendant/Cross-       )
      Claim Plaintiff.                   )
                                             )
CITY AND COUNTY OF HONOLULU,                 )
                                             )
      Defendant/Cross-Claim Plaintiff,   )
                                             )
  v.                                       )
                                             )
ULTRA TECH SYSTEMS, INC., a foreign          )
corporation,                                 )
                                             )
      Cross-Claim Defendant/             )
      Cross-Claim Plaintiff.             )
                                             )

Cross-Claim Defendant/Cross-Claim Plaintiff, ULTRATECH SYSTEMS, INC., ("UTS") and Third-Party Defendant/Cross-Claim Plaintiff, ENGINEERED SYSTEMS, INC. ("ESI") by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and STUDENBERG & DURRETT, provide the following initial disclosures of information pursuant to Federal Rule of Civil Procedure 26(a). The answers and disclosures made herein, subject to inadvertent or undiscovered errors, are based upon, and therefore limited by, the records and information still in existence, presently recollected, and thus far discovered in the course of the preparation of the disclosures. Consequently, ULTRATECH SYSTEMS, INC. and ENGINEERED SYSTEMS, INC. reserve the right to make any changes to and/or to supplement these responses and disclosures if it appears at

any time that omissions or errors have been made herein or that more accurate information is available.

## A.   __WITNESSES__

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. Greg Ellner
   33 Sunset Ridge, Carmel, NY  10512
   (845) 225-5444

2. Sidney Ellner
   25 Hissarlik Way, Bedford, NY 10506
   (914) 234-9373

3. Paul Scott
   P.O. Box 865
   333 Uluniu Street, Kailua-Oahu, Hawaii 96734
   (808) 263-2232

## B.   __DOCUMENTS__

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The following categories of documents have been identified to date.

(1) All documents previously exchanged by UTS and ESI.

## C.    DAMAGES

Computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

 (1) Lost sales of equipment:   $267,500 (vertical system) or $417,000 (horizontal system)

 (2) Lost profits on sale of equipment: $150,000.00

 (3) Lost profits on replacement lamps and parts per year:

         $70,000.00

 (4) Costs expended in preparing submittals: $60,000.00

   **Total:**       **$547,500-697,000**

For ESI Only:

 (1) Commission to ESI:    $30,000.00

 (2) Costs expended in preparing submittals: $5,000.00

   **Total:**       **$35,000.00**

## D.    INSURANCE AGREEMENTS

Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

(1)    Not applicable

**E.    EXPERT WITNESSES**

The identity of any person who may be used at trial to present evidence

under Rules702, 703, or 705 of the Federal Rules of Evidence.

(1) Sidney Ellner

Dated:  Honolulu, Hawaii
        November 6, 2006


STUBENBERG & DURRETT


By: _Adrian W. Rosehill_
    Adrian Rosehill (AR 3868)
    Davies Pacific Center
    841 Bishop Street, Suite 2115
    Honolulu, Hawaii  96813
    Telephone: (808) 526-0892
    arosehill@stubenbergdurrett.com


    Adam R. Bialek
    (Admitted Pro Hac Vice – N.Y. Bar
    AB-6268)
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    3 Gannett Drive
    White Plains, New York 10604
    Telephone:  (914) 323-7000
    Facsimile: (914) 323-7001
    Adam.Bialek@wilsonelser.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

BODELL CONSTRUCTION
COMPANY, a Utah corporation,

          Plaintiff,

     vs.

OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC., an Ohio
corporation; CITY AND COUNTY
OF HONOLULU; ULTRA TECH
SYSTEMS, INC., a foreign
corporation,

          Defendant.

_____

CITY AND COUNTY OF
HONOLULU,

          Defendant and
          Third Party
          Plaintiff,

     vs.

ENGINEERED SYSTEMS, INC.,

          Third Party
          Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. CV03-00706 (HG-LEK)
(Contract)

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was duly served on the parties listed below, at their last known address by hand-delivery or by U.S. mail, postage prepaid, addressed as follows:

TO:   DAVID SCHULMEISTER, ESQ.
KRISTIN S. SHIGEMURA, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii   96813

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

BERT T. KOBAYASHI, JR., ESQ.
RONALD T. OGOMORI, ESQ.
GEORGE GUSMAN, ESQ.
Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii   96813

and

CARRIE K. OKINAGA, ESQ.
Corporation Counsel
MAILE R. CHUN, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
Honolulu Hale
530 South King Street, Room 110
Honolulu, Hawaii   96813

2

Attorneys for Defendant, Third-Party Plaintiff
and Counter-Claim Defendant
CITY AND COUNTY OF HONOLULU


RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii   96813

Attorney for Defendant and Cross-Claim Defendant
OHIO PACIFIC TECH, INC., fka
GMP ASSOCIATES, INC.

DATED: Honolulu, Hawaii; November 6, 2006.


                              STUBENBERG & DURRETT



                    By: _____
                         Adrian Rosehill (AR 3868)
                         Davies Pacific Center
                         841 Bishop Street, Suite 2115
                         Honolulu, Hawaii  96813
                         Telephone: (808) 526-0892
                         arosehill@stubenbergdurrett.com


                         Adam R. Bialek
                         (Admitted Pro Hac Vice – N.Y. Bar
                         AB-6268)
                         WILSON, ELSER, MOSKOWITZ,
                         EDELMAN & DICKER LLP
                         3 Gannett Drive
                         White Plains, New York 10604
                         Telephone:  (914) 323-7000
                         Facsimile: (914) 323-7001
                         Adam.Bialek@wilsonelser.com


                              3