Of Counsel:
KOBAYASHI, SUGITA & GODA
BERT T. KOBAYASHI, JR.   659-0
RONALD T. OGOMORI       5850-0
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 539-8700
Facsimile: (808) 539-8799
Attorneys for Defendant,
  Cross-Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign Corporation,<br><br>Defendant. | CIVIL NO. CV03-00706 JMS-LEK<br>(Contract)<br><br>CERTIFICATE OF SERVICE<br>[Re: Defendant City and County of Honolulu's Exhibits "1" – "114"]<br><br>Trial Date: December 5, 2006 |

*Caption continued*

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Third-Party Plaintiff, and Counterclaim Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ENGINEERED SYSTEMS, INC., | ) |
| | ) |
|     Third-Party Defendant, Counterclaim Plaintiff and Cross-Claim Plaintiff. | ) ) ) |
| | ) |
| CITY AND COUNTY OF HONOLULU, | ) |
| | ) |
|     Defendant, Cross-Claim Plaintiff/Cross-Claim Defendant, | ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| ULTRA TECH SYSTEMS, INC., a foreign Corporation, | ) ) |
| | ) |
|     Defendant, Cross-Claim Defendant/Cross-Claim Plaintiff and Cross-Claim Plaintiff/Defendant, | ) ) ) ) |
| | ) |
| vs. | ) |
| | ) |
| OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio Corporation | ) ) ) |
| | ) |
|     Cross-Claim Defendant/Plaintiff. | ) ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date of filing, a true and correct copy of *Defendant City and County of Honolulu's Exhibits "1" – "114"*, was duly served on the following by hand delivery at their following last known address:

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
City Financial Tower, Suite 2307
201 Merchant Street
Honolulu, Hawaii  96813
e-mail: rsutton@silawgroup.com
  Attorneys for Defendant
  OHIO PACIFIC TECH CORPORATION, Inc.,
  fka GMP ASSOCIATES, INC.

Dated: Honolulu, Hawaii <u>November 7, 2006</u>.

BERT T. KOBAYASHI, JR.
RONALD T. OGOMORI
NATHAN H. YOSHIMOTO
  Attorneys for Defendant, Cross-
  Claim Plaintiff/Defendant and
  Third-Party Plaintiff/Counterclaim
  Defendant
  CITY AND COUNTY OF
  HONOLULU