ADRIAN W. ROSEHILL         3868-0
STUBENBERG & DURRETT
Davies Pacific Center
841 Bishop Street, Suite 705
Honolulu, Hawaii 96813
PH.: (808) 526-0892
FAX: (828) 533-4399
arosehill@stubenbergdurrett.com
Attorneys for
ENGINEERED SYSTEMS, INC.

ADAM R. BIALEK, ESQ.
WILSON ELSNER MOSKOWITZ,
EDELMAN & DICKER, LLP
3 Gannett Drive
White Plains, New York 10604-3407
Attorneys for
ULTRA TECH SYSTEMS, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2006

at ____ o'clock and ____ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC., an Ohio corporation; CITY AND COUNTY OF HONOLULU; ULTRA TECH SYSTEMS, INC., a foreign corporation,<br><br>　　　　Defendant. | CIVIL NO. CV03-00706 (HG-LEK)<br>(Contract)<br><br>CERTIFICATE OF SERVICE [RE: CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S EXHIBITS "1" - "91"]<br><br>Trial Date:<br>Date:　December 5, 2006<br>Time:　9:00 a.m.<br>Judge:　J. Michael Seabright |

| | |
|---|---|
| CITY AND COUNTY OF HONOLULU, | )<br>)<br>) |
| Defendant and Third Party Plaintiff, | )<br>)<br>)<br>) |
| vs. | )<br>) |
| ENGINEERED SYSTEMS, INC., | )<br>) |
| Third Party Defendant. | )<br>)<br>) |

**CERTIFICATE OF SERVICE [RE: CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S EXHIBITS "1" - "91"]**

The undersigned hereby certifies that on November 6, 2006, a true and correct copy of the *CROSS-DEFENDANT/CROSS-CLAIM PLAINTIFF ULTRATECH SYSTEMS, INC., AND THIRD-PARTY DEFENDANT/CROSS-CLAIM PLAINTIFF ENGINEERED SYSTEMS, INC.'S EXHIBITS "1" - "91"* was duly served on the parties listed below, at their last known address by hand-delivery, addressed as follows:

TO:   DAVID SCHULMEISTER, ESQ.
         KRISTIN S. SHIGEMURA, ESQ.
         Cades Schutte
         1000 Bishop Street, Suite 1200
         Honolulu, Hawaii   96813
               Attorneys for Plaintiff
               BODELL CONSTRUCTION COMPANY
         BERT T. KOBAYASHI, JR., ESQ.

2

RONALD T. OGOMORI, ESQ.
GEORGE GUSMAN, ESQ.
Kobayashi, Sugita & Goda
999 Bishop Street, Suite 2600
Honolulu, Hawaii   96813
    Attorneys for Defendant, Third-Party Plaintiff
    and Counter-Claim Defendant
    CITY AND COUNTY OF HONOLULU
    Honolulu, Hawaii   96813

RICHARD C. SUTTON, JR., ESQ.
Sakai Iwanaga & Sutton
201 Merchant Street
City Financial Tower, Suite 2307
Honolulu, Hawaii   96813
    Attorney for Defendant and Cross-Claim Defendant
    OHIO PACIFIC TECH, INC., fka GMP ASSOCIATES, INC.

DATED: Honolulu, Hawaii; November 7, 2006.

                STUBENBERG & DURRETT

                By: _____
                    Adrian Rosehill (AR 3868)
                    Davies Pacific Center
                    841 Bishop Street, Suite 2115
                    Honolulu, Hawaii   96813
                    Telephone: (808) 526-0892
                    arosehill@stubenbergdurrett.com

                    Adam R. Bialek
                    (Admitted Pro Hac Vice – N.Y. Bar
                    AB-6268)
                    WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER LLP
                    3 Gannett Drive
                    White Plains, New York 10604
                    Telephone: (914) 323-7000
                    Facsimile: (914) 323-7001
                    Adam.Bialek@wilsonelser.com