# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00706JMS-LEK

CASE NAME:       Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:      11/14/2006                   TIME:

COURT ACTION:  EO: Parties have notified the court that the remaining claims in the above entitled action have been settled, and therefore the Settlement Conference currently set for 11:00 11/17/06 is Vacated.  Counsel to put the Settlement on the Record with Mr. Adam Bialek permitted to participate by telephone on Friday, 11/17/06 at 11 a.m. before Magistrate Judge Leslie E. Kobayashi.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager