# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00706JMS-LEK

CASE NAME:       Bodell Construction company, a Utah corporation vs. Ohio
                 Pacific Tech, Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:  Richard C. Sutton, Jr.
                 Nathan H. Yoshimoto
                 Adam Bialek
                 Adrian W. Rosehill

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi       REPORTER:    FTR-Courtroom 7

DATE:     11/17/2006                TIME:        11:01-11:14

---

COURT ACTION:  EP: Settlement on the Record on Remaining Claims held.  Adam
Bialek participated by phone.

Terms stated. Trial date and all deadlines are Vacated.

Stipulation for Dismissal as to City and County of Honolulu and Ohio Pacific Tech, Inc.
due 12/18/06 to Judge J. Michael Seabright.

Status Conference Re: Dismissal as to City and County of Honolulu and Ohio Pacific
Tech, Inc. set for 9:30 12/22/06, LEK.

Stipulation for Dismissal as to Ultra Tech and Ohio Pacific Tech, Inc. due 12/5/06 to
Judge J. Michael Seabright.

Submitted by: Warren N. Nakamura, Courtroom Manager