# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Richard C. Sutton, Jr. <br> Ronald T. Ogomori <br> Adam Bialek <br> Adrian W. Rosehill |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/22/2006 | TIME: | 9:32-9:35 |

COURT ACTION:  EP: Status Conference Re: Dismissal held.  Adam Bialek participated by phone.

Stipulation for Dismissal is due **1/12/07**.

Further Status Conference Re: Dismissal set for 9:00 1/19/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager