# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/19/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00706JMS-LEK |
| CASE NAME: | Bodell Construction Company, a Utah corporation vs. Ohio Pacific Tech, Inc., et al. |
| ATTYS FOR PLA: | Richard C. Sutton, Jr.<br>Ronald T. Ogomori |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/19/2007 | TIME: | 9:07-9:13 |

COURT ACTION:  EP: Further Status Conference Re: Dismissal held.  Present were Richard C. Sutton, Jr., Esq. and Ronald T. Ogomori, Esq.  Counsel Adam Bialek was not available.

Settlement funds have been sent to Mr. Bialek and parties are waiting for Ultratech to sign.

Mr. Sutton has settlement check for City and County of Honolulu and parties are working on settlement documents.

Parties have until Monday 1/22/07 to submit documents.

Magistrate Judge Leslie E. Kobayashi will recommend to Judge J. Michael Seabright to enter Order for Dismissal with Prejudice in **one week**.

Submitted by: Warren N. Nakamura, Courtroom Manager