IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY, a Utah corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>OHIO PACIFIC TECH, INC., ET AL.,<br><br>        Defendants. | CIVIL NO.  03-00706 JMS-LEK |

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within sixty days of this Order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawai`i, January 26, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge