**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00706 JMS LEK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| OHIO PACIFIC TECH, INC., ET AL., | January 29, 2007 |
| Defendant(s). | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the ORDER OF DISMISSAL, by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, January 29, 2007, this case is DISMISSED with prejudice.

cc: All counsel of record

| January 29, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |