UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED




PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.80²
0004217584    JAN 29 2007
MAILED FROM ZIP CODE 96817

Alan J. Ma
Gerson & Hieneman

HIEN001   T968131002 1806 03 02/03/07
:GERSON AND HIENEMAN
       RETURN TO SENDER
       TEMPORARILY AWAY

       RETURN TO SENDER

ǀǀǀ.ǀǀ.ǀǀǀǀǀ.ǀǀǀǀǀǀǀ.ǀǀ.ǀǀǀǀ.ǀ.ǀǀǀǀ

RECEIVED
CLERK U.S. DISTRICT COURT

FEB - 5 2007

DISTRICT OF HAWAII

Alan J. Ma
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780
Honolulu, HI 96813

Owen Matsunaga

CV 03-00706 JMS LEK