ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00706 JMS LEK |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| OHIO PACIFIC TECH, INC., ET AL., | January 29, 2007 |
| Defendant(s). | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the ORDER OF DISMISSAL, by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, January 29, 2007, this case is DISMISSED with prejudice.

cc: All counsel of record

| January 29, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

## Other Orders/Judgments
1:03-cv-00706-JMS-LEK Bodell Construction v. GMP Hawaii, Inc., et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

**Notice of Electronic Filing**

The following transaction was entered on 1/29/2007 at 10:58 AM HST and filed on 1/29/2007
**Case Name:**　　　　Bodell Construction v. GMP Hawaii, Inc., et al
**Case Number:**　　　1:03-cv-706
**Filer:**
**WARNING: CASE CLOSED on 01/29/2007**
**Document Number:** 238

**Docket Text:**
JUDGMENT IN A CIVIL CASE. by Sue Beitia, Clerk/G. Santos, Deputy Clerk on 1/29/07. (gls, )


**1:03-cv-706 Notice has been electronically mailed to:**
Richard C. Sutton, Jr　rsutton@silawgroup.com
David Schulmeister　dschulmeister@cades.com, gvance@cades.com
Ronald T. Ogomori　rto@ksglaw.com, amb@ksglaw.com
Maile R. Chun　mchun@honolulu.gov
Nathan H. Yoshimoto　nhy@ksglaw.com, amb@ksglaw.com, mty@ksglaw.com
Kristin S. Shigemura　kshigemura@cades.com
Gary Y. Takeuchi　gtakeuchi@honolulu.gov
Adrian W. Rosehill　arosehill@stubenbergdurrett.com
Adam Bialek　Adam.Bialek@wilsonelser.com

**1:03-cv-706 Notice has been delivered by other means to:**

Keith Hunter
1001 Bishop Strett, Ste 115
Honolulu, Hi 96813

Bert T. Kobayashi , Jr
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Alan J. Ma
Gerson & Hieneman
Pacific Tower

1001 Bishop St Ste 780
Honolulu, HI 96813

Owen Matsunaga
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780
Honolulu, HI 96813

Jeffrey Tachiki
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market St 17th Flr
San Francisco, CA 94105-2725

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/29/2007] [FileNumber=219889-0]
[70f68ad000a16b620beaa77f4819dc67a5a9827bbe7917f77cfadcf1bcb5db7698d3
97f90bd5b0f51cf47ebe8870fbbcff9b576136fc9a6b340d359ea9eec5ff]]