IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY,<br>a Utah corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>OHIO PACIFIC TECH, INC., ET<br>AL.,<br><br>      Defendants. | CIVIL NO.  03-00706 JMS-LEK |

---

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within sixty days of this Order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawai`i, January 26, 2007.

J. Michael Seabright
United States District Judge

## Other Orders/Judgments

1:03-cv-00706-JMS-LEK Bodell Construction v. GMP Hawaii, Inc., et al

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 1/29/2007 at 10:47 AM HST and filed on 1/29/2007

**Case Name:**        Bodell Construction v. GMP Hawaii, Inc., et al

**Case Number:**      1:03-cv-706

**Filer:**

**Document Number:** 237

**Docket Text:**
ORDER of Dismissal. Signed by Judge J. MICHAEL SEABRIGHT on 1/26/07. (gls, )

**1:03-cv-706 Notice has been electronically mailed to:**

Richard C. Sutton, Jr rsutton@silawgroup.com

David Schulmeister dschulmeister@cades.com, gvance@cades.com

Ronald T. Ogomori rto@ksglaw.com, amb@ksglaw.com

Maile R. Chun mchun@honolulu.gov

Nathan H. Yoshimoto nhy@ksglaw.com, amb@ksglaw.com, mty@ksglaw.com

Kristin S. Shigemura kshigemura@cades.com

Gary Y. Takeuchi gtakeuchi@honolulu.gov

Adrian W. Rosehill arosehill@stubenbergdurrett.com

Adam Bialek Adam.Bialek@wilsonelser.com

**1:03-cv-706 Notice has been delivered by other means to:**

Keith Hunter
1001 Bishop Strett, Ste 115
Honolulu, Hi 96813

Bert T. Kobayashi , Jr
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Alan J. Ma
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780

Honolulu, HI 96813

Owen Matsunaga
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780
Honolulu, HI 96813

Jeffrey Tachiki
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market St 17th Flr
San Francisco, CA 94105-2725

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/29/2007] [FileNumber=219861-0]
[8036225ee5b1a407f9e9a3fbe08f0c714f57babc8dc83b56ea0d6dd5952c6852aacc
52b9f86fa0cf3b42b893f04ce456f154d6e1017ff92bc4413c6849a248b6]]