## Other Events

<u>1:03-cv-00706-JMS-LEK</u> Bodell Construction v. GMP Hawaii, Inc., et al **CASE CLOSED on 01/29/2007**

<br>

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

## Notice of Electronic Filing

The following transaction was entered on 1/29/2007 at 11:01 AM HST and filed on 1/29/2007

**Case Name:**           Bodell Construction v. GMP Hawaii, Inc., et al

**Case Number:**        <u>1:03-cv-706</u>

**Filer:**

**WARNING: CASE CLOSED on 01/29/2007**

**Document Number:** No document attached

**Docket Text:**
COURT'S CERTIFICATE of Service - a copy of [238] Judgment In Civil Case, [237] Order of Dismissal has been served by First Class Mail to the addresses of record on : Keith Hunter, Bert Kobayashi, Jr., Alan Ma, Owen Matsunaga and Jeffrey Tachiki. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (gls, )

**1:03-cv-706 Notice has been electronically mailed to:**

Richard C. Sutton, Jr rsutton@silawgroup.com

David Schulmeister dschulmeister@cades.com, gvance@cades.com

Ronald T. Ogomori rto@ksglaw.com, amb@ksglaw.com

Maile R. Chun mchun@honolulu.gov

Nathan H. Yoshimoto nhy@ksglaw.com, amb@ksglaw.com, mty@ksglaw.com

Kristin S. Shigemura kshigemura@cades.com

Gary Y. Takeuchi gtakeuchi@honolulu.gov

Adrian W. Rosehill arosehill@stubenbergdurrett.com

Adam Bialek Adam.Bialek@wilsonelser.com

**1:03-cv-706 Notice has been delivered by other means to:**

Keith Hunter
1001 Bishop Strett, Ste 115
Honolulu, Hi 96813

Bert T. Kobayashi , Jr
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600

Honolulu, HI 96813-3889

Alan J. Ma
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780
Honolulu, HI 96813

Owen Matsunaga
Gerson & Hieneman
Pacific Tower
1001 Bishop St Ste 780
Honolulu, HI 96813

Jeffrey Tachiki
Wilson Elser Moskowitz Edelman & Dicker LLP
525 Market St 17th Flr
San Francisco, CA 94105-2725

01/29/2007 11:01 AM